

September 15, 2025

Dr. Tamar Shirinian
Assistant Professor
Department of Anthropology
*Via Email:* tshirini@utk.edu

Subject: Notice of Administrative Leave

Dr. Shirinian,

This letter provides notice of my decision to place you on administrative leave (with pay) pending termination proceedings. This administrative leave is effective immediately and requires that you discontinue any university-related business while on leave. As such, you will have no need to be on campus.

Violence on a university campus wounds the heart of our academic mission, and no statement endorsing a campus shooting can be acceptable to an institution. As faculty members, even when we speak privately, our speech has a broader impact. By celebrating violence and murder in your social media posts, you have violated the university's expectations for the people teaching our students. Your decision to post incendiary comments publicly at a time of heightened anxiety reveals that you do not have the competencies necessary to be an effective instructor.

Teaching and shaping the lives of young people is core to the mission of the University of Tennessee, Knoxville. Faculty have a great responsibility as educators of America's future leaders to make sure students have a healthy educational environment in which to learn, wrestle with difficult issues, and express themselves civilly. That starts with modeling civil discourse, even when expressing personal opinions. The incendiary nature of your statements has already negatively impacted the academic environment and increases the risk of violence on our campus.

For these reasons, I am also initiating proceedings to terminate your tenure track appointment. Shortly, I will provide additional details regarding applicable procedures for expedited termination. (BT0006 – Board Policies Governing Academic Freedom, Responsibility, and Tenure.)

Sincerely,

*Donde Plowman*

Donde Plowman
Chancellor

cc: Randy Boyd, President, The University of Tennessee System

Office of the Chancellor
800 Andy Holt Tower  1331 Circle Park Drive  Knoxville, TN 37996-0180
865-974-2444  chancellor.utk.edu

*Flagship Campus of the University of Tennessee System*