

September 16, 2025

Dr. Tamar Shirinian
Assistant Professor
Department of Anthropology
*Via Email: tshirini@utk.edu*

Subject: Notice of Grounds for Termination

Dr. Shirinian,

As I explained in my letter yesterday placing you on administrative leave, your social media post creates grave concerns about your judgment as a faculty member. Given the public nature of your egregious misconduct and, after consulting with the Provost and President Boyd, I will continue to handle this matter directly as the chief executive officer of this campus. This letter provides notice of the grounds on which I have initiated an expedited termination of your tenure track appointment, procedures to be followed (including your rights to challenge any termination), and opportunities for you to respond to the proposed termination.

   A. <u>University Expectations for Faculty</u>

The Board of Trustees Policies Governing Academic Freedom, Responsibility, and Tenure (BT0006) first and foremost describes the "Academic Freedom *and Responsibility*" of a faculty member: "membership in a society of scholars enjoins upon a faculty member certain obligations to colleagues, to the University and to the State that guarantees academic freedom." (Article I.) Several policies clearly describe the freedom a faculty member has to seek knowledge and share that knowledge in the context of their academic discipline. But that freedom comes with the obligation to engage in a civil manner:

> When, as a citizen, a faculty member speaks outside the classroom or writes for publication, he or she should be free, as a citizen, to express his or her opinions. Each faculty member should conduct himself or herself professionally, should be accurate, should exercise appropriate restraint, should show respect for the opinions of others . . . .

(BT0006 Article I. Paragraph 7.) The Board of Trustees has entrusted campus administration with implementing this policy: "it is the duty of the administration . . . to remove from the faculty any faculty member who has been found, through proper procedures, seriously derelict in his or her responsibilities as a member of the academic community." (Article II. Paragraph 3.) Adequate cause for termination exists

Office of the Chancellor
800 Andy Holt Tower  1331 Circle Park Drive  Knoxville, TN 37996-0180
865-974-2444   chancellor.utk.edu

*Flagship Campus of the University of Tennessee System*

Case 3:25-cv-00528-TAV-JEM   Document 1-2   Filed 10/29/25   Page 1 of 4   PageID #: 41

when a faculty member engages in "any misconduct directly related to the fitness of the faculty member to engage in teaching, research, service, or administration." (Article III. Section J.1.). Appendix C sets out the procedures applicable in cases of misconduct, including the expedited termination in cases of egregious misconduct.

The Code of Conduct and the associated Guidance Document extend the expectation for civil and professional engagement to all employees, including without limitation specific expectations relating to respectful conduct:

> 5.1 Respect
>
> People are the University of Tennessee's most important resource; as such, employees are expected to treat one another, students, and the general public with dignity, respect, and professionalism at all times. Employees are expected to create an environment that promotes academic freedom, diversity, fair treatment and respect for others. Respectful conduct includes:
> (1) Treating others with dignity regardless of their position, role, or background;
> (2) Maintaining a professional and appropriate tone in written and verbal communication;
> (3) Providing positive or critical workplace feedback courteously;
> (4) Valuing another person's point of view, even when disagreement exists; and
> (5) Managing conflict in a proactive and mutually respectful way.

([HR0580](HR0580) Section 5.1.) "Gross misconduct" includes "[b]ehavior of any nature that brings the University into disrepute" and "[a]ny other action, behavior *or communication* that, as perceived by University officials adversely affects the University." (HR0580 Guidance Document: Gross Misconduct, Paragraphs (p) and (s).)

B. <u>Applicable Procedures</u>

The applicable policy and procedures are found in the Board of Trustees Policies Governing Academic Freedom, Responsibility, and Tenure, Article III.J.1.c.(2) (defining misconduct) and Appendix C, including § 8-Expedited Procedure for Termination or Suspension without Pay in Certain Cases of Misconduct:

> 8. In the following cases of alleged misconduct by a faculty member, the chief academic officer, after consulting with the Chancellor, the President, and the President of the Faculty Senate or the Faculty Senate Executive Committee, may invoke an expedited procedure to accomplish termination or suspension without pay, with comprehensive due process procedures to be offered after termination or suspension without pay:
> > a. alleged misconduct involving (i) acts or credible threats of harm to a person or University property . . . .

> Under the expedited procedure, the faculty member shall be offered the following process before termination or suspension without pay:
> (1) notice of the charges;
> (2) an explanation of the evidence; and
> (3) an informal opportunity to refute the charges . . . .
>
> After termination or suspension without pay, the faculty member shall be offered the full range of due process options available to faculty members in other Adequate Cause proceedings as set forth in paragraph 7 of this appendix, except that the termination or suspension without pay shall not be stayed pending the outcome of an ad hoc hearing committee if the faculty member elects that method of contesting the action. If the University's final determination after either a UAPA proceeding or an ad hoc hearing committee proceeding is favorable to the faculty member and concludes that the faculty member should not have been / should not be terminated for Adequate Cause, then full restitution of salary, academic position and tenure lost during the suspension without pay or termination shall be made.

As required by these procedures, before deciding to initiate termination proceedings, I consulted with System President Boyd and Faculty Senate President, Charles Noble. This letter provides notice of the charge of gross misconduct (Section A above), sets out the rationale for my conclusion that your social media post (attached) constitutes gross misconduct (Section C below, in addition to my letter yesterday), and describes your opportunities for responding to the charge of gross misconduct (Section D below).

C. <u>Social Media Post Inconsistent with Minimum Standards for Faculty</u>

Even as a public institution, the University of Tennessee upholds core values and strives to model civil discourse. Your post on social media (attached) went beyond expression of your disdain for the shooting victim by dehumanizing the man and his family. Your decision to post a public statement endorsing – even celebrating – violence and murder on a college campus constitutes a serious dereliction of your obligations as a member of this academic community. Your statements fail to meet the expectations for professional engagement set out in our policies. In my view your reckless use of incendiary language demonstrates that you lack the fitness to engage in teaching, research, or service as a member of this faculty.

D. <u>Your Opportunity to Respond</u>

As a result, any response to this letter should be directed to me. Given that your statements were made in writing, and the heightened emotion surrounding this issue, I conclude that it is in the University's interest to confine our discussion to writing so that there can be no misunderstandings or alternate interpretations. I invite you to provide a written response to this notice by Monday, September 22.

Sincerely,

*Donde Plowman*

Donde Plowman
Chancellor



**Hasmik Geghamyan**
5h · 👥

I've unfriended four people since Kirk's assassination. I get it, they're mourning him because of his message but the content of his message was full of hate, genocide apologia and bigotry yet they're treating him like the next best thing since Jesus. So my secular sensibilities find that to be blasphemous and a lil delulu. I guess we "grew" apart.

👍❤️🤭 42

 42          💬 15

Most relevant ⌄


**Michelle Gutierrez**
I've unfriended a handful of people too I just can't 🙄

1h   Like   Reply


**Tamar Shirinian**
The world is better off without him in it. Even those who are claiming to be sad for his wife and kids....like, his kids are better off living in a world without a disgusting psychopath like him and his wife, well, she's a sick fuck for marrying him so I dont care about her feelings.