UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| TAMAR SHIRINIAN,<br><br>  Plaintiff,<br><br>v.<br><br>DONDE PLOWMAN, *et al.*,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)  No.: 3:25-cv-528-TAV-JEM<br>)<br>)<br>)<br>)<br>) |

## **ORDER OF RECUSAL**

Pursuant to the provisions of 28 U.S.C. § 455, the undersigned judge hereby recuses himself in this matter.

ENTER:

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE
