# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# NORTHERN DIVISION

| | |
|---|---|
| TAMAR SHIRINIAN, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:25-cv-528 |
| ) | |
| v. ) | |
| ) | Judge Crytzer |
| THE UNIVERSITY OF TENNESSEE, ) | Magistrate Judge McCook |
| KNOXVILLE, ) | |
| ) | JURY DEMAND |
| DONDE PLOWMAN, ) | |
| RANDY BOYD and CHARLES NOBLE, ) | |
| In their personal and official capacities. ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND EXPEDITED HEARING[1]

Plaintiff moves this Court for a temporary restraining order to restrain Defendants from retaliating against her in any way based on her Facebook comment. Among other things, this would require Defendants to remove Plaintiff from being on administrative leave, allow her to return to teaching in the classroom and mentoring students, afford her the opportunity to publish as a UTK professor, halt any termination proceedings, and allow her tenure track to continue without any interference or retaliation.

---

[1] In September, the undersigned notified counsel for UTK that he was representing Dr. Shirinian. In October, notice that both this Complaint and this Motion would be filed was given. On November 4, 2025, opposing counsel accepted service on behalf of all Defendants. After conferring with opposing counsel, and with her permission, the undersigned counsel called the Court to find a hearing date that might work for all involved. Counsel was referred to the Court's on-line calendar and discovered that the Court is scheduled to hear a jury trial that begins the week of the 17th. The undersigned counsel called opposing counsel to see if either November 13th or 14th would work for a hearing date, as the Court appears to have availability on those dates, but was unable to reach her.

1

Dr. Tamar Shirinian is an Anthropology professor at UTK who has dedicated thousands of hours to academic study, including undergraduate and graduate work, original research, the writing of a dissertation, the writing of a book, the chairmanship of a professional organization, and holding editorial positions in academic journals. See Shirinian Declaration, attached as Exhibit 1. Dr. Shirinian is an exceptional, award-winning scholar with numerous publications. See id. She had excellent reviews and was on an early tenure track at UTK, having submitted her tenure file for consideration on August 25, 2025. See id. Dr. Shirinian's professional goal was to become a professor at a major research institution. See id. She was extremely proud to become a professor at UTK, a university where her husband also works, and loves teaching college students. See id.

On the night of September 12, 2025, while Dr. Shirinian was in her home, off work, and on personal time, she wrote a comment to a private Facebook post that her friend had posted. The private Facebook Post of Dr. Shirinian's friend stated as follows:

> "I've unfriended four people since Kirk's assassination. I get it, they're mourning him because of his message but the content of his message was full of hate, genocide apologia and bigotry yet they're treating him like the next best thing since Jesus. So my secular sensibilities find that to be blasphemous and a lil delulu. I guess we "grew" apart.

Dr. Shirinian responded to her friend's private Facebook post with a comment:

> The world is better off without him in it. Even those who are claiming to be sad for his wife and kids….like, his kids are better off living in a world without a disgusting psychopath like him and his wife, well, she's a sick fuck for marrying him so I don't care about her feelings.

See id. The Facebook post and comment referenced a well-known conservative activist named Charlie Kirk. Mr. Kirk, was a public figure of political importance who discussed and debated matters of public and political interest on various publicly broadcasted platforms. See id. Over the years, Dr. Shirinian followed Mr. Kirk's activist career and found his public political comments

2

Case 3:25-cv-00528-KAC-JEM    Document 11    Filed 11/05/25    Page 2 of 5    PageID #: 87

terrifying, infuriating and factually incorrect on a wide array of issues – particularly Kirk's comments on race, diversity, higher education, immigrants, women, Gaza, and the LGBTQ community.  See id.

Dr. Shirinian did not refer to herself as a UTK professor in any part of her private Facebook profile.  See id.  Dr. Shirinian did not refer to UTK in the comment.  See id.

Now, Dr. Shirinian is about to be fired.  See id.

In letters dated September 15, 2025, and September 16, 2025 (attached to the Complaint as Exhibit 1 and Exhibit 2), Chancellor Plowman notified Dr. Shirinian that, due to her Facebook post, she was being placed on administrative leave with pay pending termination proceedings.  See id.  Chancellor Plowman informed Dr. Shirinian that she was being placed on administrative leave (with pay) pending "expedited termination proceedings."  See id.  Chancellor Plowman instructed Dr. Shirinian to discontinue any university-related business.  See id. Chancellor Plowman informed Dr. Shirinian that UTK was initiating procedures to terminate her tenure track appointment and removed Dr. Shirinian from the classroom.  See id.

Plaintiff contends that, after weighing (1) Plaintiff's chances of succeeding on the merits; (2) if Plaintiff would likely be permanently harmed absent the injunction; (3) whether the injunction would cause substantial harm to third parties; and (4) whether the injunction would serve the public interest. *McGirr v. Rehme*, 891 F.3d 603, 610 (6th Cir. 2018); *Ohio Republican Party v. Brunner*, 543 F.3d 357, 361 (6th Cir. 2008), this Court must grant Plaintiff's motion.

Respectfully Submitted,

 /s/ Robert C. Bigelow, Esq.
Robert C. Bigelow, Esq. #022022
Bigelow Legal, PLLC
4235 Hillsboro Pike, Suite 301
Nashville, TN 37215
(615) 829-8986
rbigelow@bigelowlegal.com

## CERTIFICATE OF SERVICE

  I hereby certify that on November 5, 2025, a copy of the foregoing is being sent via email to all counsel listed below:

Rachel K. Powell, Esq.
Deputy General Counsel
The University of Tennessee
400 W. Summit Dr. – UT Tower #1117
Knoxville, TN 37902
(865) 974-0525
Attorney for Defendants

                    /s/ Robert C. Bigelow
                    Robert C. Bigelow #022022
                    Bigelow Legal, PLLC
                    4235 Hillsboro Pike, Suite 301
                    Nashville, TN 37215
                    rbigelow@bigelowlegal.com
                    (615) 829-8986

                    *Attorney for Plaintiff*

5

Case 3:25-cv-00528-KAC-JEM Document 11 Filed 11/05/25 Page 5 of 5 PageID #: 90