UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| TAMAR SHIRINIAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 3:25-cv-528-KAC-JEM |
| ) | |
| DONDE PLOWMAN, et al.; ) | |
| ) | |
| Defendants. ) | |

### ORDER

On October 29, 2025, Plaintiff Tamar Shirinian filed a complaint [Doc. 1] seeking injunctive relief and damages against Defendants The University of Tennessee, Knoxville; and Donde Plowman, Randy Boyd, and Charles Noble, in their personal and official capacities [See Doc. 1]. On November 5, Plaintiff filed a "Motion for a Temporary Restraining Order And Expedited Hearing" [Doc. 11]. Defendants have not yet appeared in this case. But Plaintiff represents that counsel for Defendants "accepted service on behalf of all Defendants" [See Doc. 11 at 1 n.1]. Defendants **MUST** file any response to Plaintiff's Motion by **November 19**. Plaintiffs **MUST** file any reply by **November 26**. If necessary, the Court will set an in-person hearing after the matter is fully briefed. See E.D. Tenn. L.R. 7.2.

SO ORDERED.

_/s/ Katherine A. Crytzer_
KATHERINE A. CRYTZER
United States District Judge