Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* All Defendants in this matter, in both capacities
was received by me on *(date)* 10/30/2025 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Rachel Powell, Esq., Deputy General Counsel for UTK , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
Donde Plowman, Randy Boyd and Charles Noble (in both capacities) on *(date)* 11/4/2025 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/6/2025

*Server's signature*

Robert C. Bigelow, Esq.
*Printed name and title*

Bigelow Legal PLLC
4235 Hillsboro Pike, Ste. 301
Nashville, TN 37215
*Server's address*

Additional information regarding attempted service, etc:

[Notary seal: Abbigail Anderson, State of Tennessee Notary Public, Davidson County, My Commission Expires 03-2028]

11/06/2025 ALA