UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| TAMAR SHIRINIAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:25-cv-528-KAC-JEM |
| | ) | |
| DONDE PLOWMAN, et al.; | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF TIME TO FILE A RESPONSE TO THE COMPLAINT**

Pursuant to Local Rule 12.1(a), the Plaintiff, by and through her counsel, and Defendants, Donde Plowman, Randy Boyd, and Charles Noble, in their personal and official capacities (collectively "Defendants"), by and through the University of Tennessee's Office of General Counsel, hereby provide notice that they agree and stipulate that the Defendants shall have an initial 21-day extension in which to respond to the Plaintiff's Complaint. Defendants' response will now be due on or before December 16, 2025.

Respectfully submitted this 17th day of November 2025.

/s/ Robert C. Bigelow by TMP w/ perm.
Robert C. Bigelow (BPR# 022022)
Bigelow Legal, PLLC
4235 Hillsboro Pike, Ste. 301
Nashville, TN 37215
(615) 829-8986
rbigelow@bigelowlegal.com

*Counsel for Plaintiff*


T. Mitchell Panter (BPR #031744)
The University of Tennessee
Office of General Counsel
505 Summer Place – UT Tower 1107
Knoxville, TN  37902
(865) 974-7268
mitchell.panter@tennessee.edu

*Counsel for Defendants Plowman, Boyd & Noble*