UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| TAMAR SHIRINIAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  3:25-cv-528-KAC-JEM |
| | ) |
| DONDE PLOWMAN, et al.; | ) |
| | ) |
| Defendants. | ) |

# ORDER

There is a significant lack of clarity and agreement regarding the scope of Plaintiff's "Motion for a Temporary Restraining Order And Expedited Hearing" [Doc. 11] [*See* Docs. 19, 20, 21, 22]. Accordingly, the Court **CANCELS** the currently-scheduled hearing on Plaintiff's "Motion for a Temporary Restraining Order And Expedited Hearing" [*See* Doc. 19].

However, the Parties **MUST** appear for an in-person Pretrial Conference on **Wednesday, December 10 at 2:30 p.m.** *See* Fed. R. Civ. P. 16(a). The Parties should be prepared to discuss the issues raised in the recent filings [*See* Docs. 20, 21, 22]. This includes, without limitation, (1) the scope of Plaintiff's "Motion for a Temporary Restraining Order And Expedited Hearing" [Doc. 11]; (2) Defendants' general right to timely notice and a hearing on any request for a preliminary injunction, *see* Fed. R. Civ. P. 65(a), 6(c); and (3) "expediting disposition of the action" and "discouraging wasteful pretrial activities," *see* Fed. R. Civ. P. 16(a). The Court will not hear evidence at the Pretrial Conference.

SO ORDERED.

/s/ Katherine A. Crytzer
KATHERINE A. CRYTZER
United States District Judge