IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| TAMAR SHIRINIAN, | ) | |
| | ) | |
| *Plaintiff*, | ) | Civil Action No. 3:25-cv-528 |
| | ) | |
| v. | ) | |
| | ) | Judge Crytzer |
| | ) | Magistrate Judge McCook |
| DONDE PLOWMAN, et al., | ) | |
| | ) | JURY DEMAND |
| | ) | |
| *Defendants.* | ) | |

### NOTICE OF STIPULATION TO EXTEND DEADLINE OF ANSWER TO AMENDED COMPLAINT

Plaintiff Tamar Shirinian, by and through counsel, respectfully submits this notice to inform the Court that, after discussion between counsel, Plaintiff extended Defendants deadline to file an Answer to the Amended Complaint until December 30, 2025.

Respectfully Submitted,

/s/ Robert C. Bigelow, Esq.
Robert C. Bigelow, Esq. #022022
Bigelow Legal, PLLC
4235 Hillsboro Pike, Suite 301
Nashville, TN 37215
(615) 829-8986

1

## CERTIFICATE OF SERVICE

      I hereby certify that on December 22, 2025, a copy of the foregoing will be sent via the Court's CM/ECF system to all counsel listed below:

Michael D. Fitzgerald, Esq.
T. Mitchell Panter, Esq.
The University of Tennessee
400 W. Summit Dr. – UT Tower #1117
Knoxville, TN 37902
(865) 974-0525
Attorneys for Defendants

                                                          /s/ Robert C. Bigelow, Esq.