# DECLARATION OF DR. TAMAR SHIRINIAN

I, Dr. Tamar Shirinian, declare under penalty of perjury pursuant to 28 U.S.C. 1746 that the following is true and correct:

1. I am an Anthropology professor at UTK who has dedicated thousands of hours to academic study, including undergraduate and graduate work, original research, the writing of a dissertation, the writing of a book, the chairmanship of a professional organization, and holding editorial positions in academic journals.

2. I have won awards based on my work and have been published in numerous publications.

3. I have had excellent reviews and was on an early tenure track at UTK, having submitted my tenure file for consideration on August 25, 2025.

4. My professional goal was to become a professor at a major research institution, and I was extremely proud to become a professor at UTK, a university where my husband also works.

5. I love teaching college and graduate students and teach two upper-level courses a semester.

6. An overwhelming majority of the time I spend as a professor is quite secluded. It is spent reading, researching, drafting scholarly articles for publication, and preparing for class.

7. I was also helping graduate students with their dissertations, which is a multi-year process.

8. On the night of September 12, 2025, while I was in my home, off work, and on my personal time, I wrote a comment to a private Facebook post that my friend posted.

9. The original post was about people she unfriended on Facebook who were mourning the death of Charlie Kirk.

10. Mr. Kirk was a public figure of political importance who discussed and debated matters of public and political interest on various publicly broadcasted platforms.

11. Over the years, I followed Mr. Kirk's activist career and found his public political comments terrifying, infuriating and factually incorrect on a wide array of issues – particularly Kirk's comments on race, diversity, higher education, immigrants, women, Gaza, and the LGBTQ community.

12. Specifically, my friend's post claimed that Mr. Kirk's message was full of hate, genocide apologia and bigotry, but that he was still being treated by many as the next best thing since Jesus.

13. I responded via a Facebook comment and claimed that the world was better off without Mr. Kirk in it. I also referenced his wife and kids.

14. I did not refer to myself as a UTK professor in any part of my private Facebook profile, nor did I refer to UTK in the comment I made.

15. On September 15, 2025, I received a letter from UTK's Chancellor, Dr. Donde Plowman. A true and accurate copy of the letter is attached to this Declaration as Exhibit 2.

16. On September 16 and 17, 2025, I received two almost identical letters from UTK's Chancellor, with the second one including the initial Facebook post and my comment at the end. A true and accurate copy of this letter is attached to this Declaration as Exhibit 3.

17. Chancellor Plowman informed me that, due to my Facebook post (which was really a comment), I was being placed on administrative leave, with pay, pending "expedited termination proceedings."

18. Chancellor Plowman instructed me to discontinue any university-related business.

19. Chancellor Plowman informed me that UTK was initiating procedures to terminate my tenure track appointment and removed me from the classroom.

20. She also accused me of promoting school shootings, something that I did not do.

21. On September 22, 2025, I emailed Chancellor Plowman a response. A true and accurate copy of the letter I sent is attached as <u>Exhibit 4</u>.

22. While I did write that the world was better off without Charlie Kirk, in no way was I claiming that violence is the answer to any problems. I do not believe that violence should be tolerated.

23. If Mr. Kirk had been struck and killed by a drunk driver and I commented that the world was "better off without Mr. Kirk," I am confident that no one would have claimed that I somehow endorsed people to drive under the influence, let alone drive drunk and kill someone.

24. I know that the University of Tennessee, Knoxville, based on the First Amendment, did not punish a UTK professor who, quite literally, encouraged people to run over protestors with their cars.

25. I know that UTK has allowed a neo-Nazi, white nationalist group to plan a lecture series on campus.

26. I know that UTK allowed white nationalist, Rick Tyler, to give a talk in UTK's Alumni Memorial Building for an event entitled "White Nationalism: Fact or Fiction" and that Mr. Tyler had drawn national recognition for his slogan "Make America White Again" billboards.

27. I believe that what I wrote as a comment to a friend's Facebook post pales in comparison to so many of the things that UTK has allowed under the umbrella of the First Amendment and believe their actions to be extremely hypocritical and inconsistent.

28. After being notified of my punishment, which I believe violated my First Amendment rights, numerous people associated with the University, including students I was helping, reached out to me in support of my return to UTK.

29. I have learned that, in a faculty meeting with the Chancellor, numerous faculty members spoke up against her decision to terminate my employment and that no one, other than the Chancellor, supported my termination.

30. I have also learned that my Department Chair wrote the Chancellor a letter supporting my return.

31. While I have also received hate mail from numerous people who are seemingly not associated with UTK, I feel very fortunate to have such support on campus and within my Department.

32. I declare under penalty of perjury pursuant to 28 U.S.C. 1746 that the foregoing is true and correct. Executed on November 5, 2025.

Respectfully Submitted,

*[signature]*

Tamar Shirinian