1          UNITED STATES DISTRICT COURT

2          EASTERN DISTRICT OF TENNESSEE

3                  AT KNOXVILLE

4    _____

5    Ta.m.AR SHIRINIAN,

6          Plaintiff,

7        v.                     Case No.

8    THE UNIVERSITY OF TENNESSEE      3:25-cv-528-KAC-JEM

9    KNOXVILLE, DONDE PLOWMAN, RANDY

10   BOYD, and CHARLES NOBLE, in

11   Their Personal and Official

12   Capacities,

13          Defendants.

14   _____

15               DEPOSITION OF DONDE PLOWMAN

16   DATE:          Wednesday, January 7, 2026

17   TIME:          11:20 a.m.

18   LOCATION:      UT Tower

19                  400 West Summit Hill Drive

20                  Knoxville, TN 37902

21   REPORTED BY:   Joni C. Bolden

22   JOB NO.:       7824638

23

24

                                          Page 1

Case 3:25-cv-00528-KAC-JEM    Document 45    Filed 01/21/26    Page 1 of 363
PageID #: 580

```
 1              A P P E A R A N C E S

 2    ON BEHALF OF PLAINTIFF TAMAR SHIRINIAN:

 3          ROBERT BIGELOW, ESQUIRE

 4          Bigelow Legal, PLLC

 5          4235 Hillsboro Pike

 6          Nashville, TN 37215

 7          rbigelow@bigelowlegal.com

 8          (865)804-6272

 9

10    ON BEHALF OF DEFENDANTS THE UNIVERSITY OF TENNESSEE

11    KNOXVILLE, DONDE PLOWMAN, RANDY BOYD, AND CHARLES

12    NOBLE:

13          MICHAEL D. FITZGERALD, ESQUIRE

14          University of Tennessee

15          400 West Summit Hill Drive - UT Tower Suite 1155

16          Knoxville, TN 37902

17          mike.fitzgerald@tennessee.edu

18          (865)974-9321

19

20    ALSO PRESENT:

21          Tamar Shirinian, Plaintiff

22          Tina Caiazza, Litigation Paralegal for Mike

23          Fitzgerald

24          Stephen Pendleton, Videographer
```

Page 2

```
 1                    I N D E X

 2    EXAMINATION:                              PAGE

 3        By Mr. Bigelow                         11

 4

 5                  E X H I B I T S

 6    NO.            DESCRIPTION                 PAGE

 7    Exhibit 18     CV of Donde Ashmos Plowman   16

 8    Exhibit 19     Email from Matthew Scoggins III

 9                   03/14/2025                  23

10    Exhibit 20     Email Frank Cuevas 03/17/2025   25

11    Exhibit 21     Email Tim Sigler 09/11/2025     26

12    Exhibit 22     Email NYT 09/11/2025 11:05 a.m.  27

13    Exhibit 23     Email NYT 09/11/2025 1:10 p.m.   28

14    Exhibit 24     Email NYT 09/11/2025 5:42 a.m.   29

15    Exhibit 25     Email NYT 09/11/2025 6:04 a.m.   31

16    Exhibit 26     Email The Atlantic Daily

17                   09/11/2025 7:07 p.m.        32

18    Exhibit 27     Email Chronicle of Higher Ed

19                   09/12/2025                  33

20    Exhibit 28     Email Inside Higher Ed 09/12/2025   34

21    Exhibit 29     Email The Blackburn Report

22                   09/12/2025                  35

23

24

                                          Page  3
```

```
 1            E X H I B I T S (Cont'd)

 2    NO.            DESCRIPTION                    PAGE

 3    Exhibit 30     Screenshots of D. Plowman Cell

 4                   Phone Text Thread Starting with

 5                   "I'm Holding Out Hope"           51

 6    Exhibit 31     Email Inside Higher Ed 09/15/2025

 7                   5:37 a.m.                        91

 8    Exhibit 32     Email from Carey Whitworth

 9                   09/15/2025 5:47 a.m.             94

10    Exhibit 33     Letter to Dr. Shirinian from

11                   Chancellor Donde Plowman

12                   09/15/2025                       96

13    Exhibit 34     Email from McCauley Parks

14                   09/14/2025 8:30 p.m.            106

15    Exhibit 35     Email to Plowman from J. Zomchick

16                   09/14/2025                      108

17    Exhibit 36     Email from Timothy Carnahan

18                   09/14/2025                      110

19    Exhibit 37     Email from J. Zomchick to T.

20                   Benton 09/14/2025              111

21    Exhibit 38     Email from Melissa Tindell

22                   09/14/2025 9:35 p.m.           112

23    Exhibit 39     Email from McCauley Parks

24                   09/15/2025 6:09 a.m.           114
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1              E X H I B I T S (Cont'd)

 2    NO.            DESCRIPTION                    PAGE

 3    Exhibit 40     Email from McCauley Parks

 4                   09/15/2025 Regarding Hadley Weaver

 5                   Email 10:39 a.m.               115

 6    Exhibit 41     Letter from House Rep. Rusty

 7                   Grills 09/15/2025              116

 8    Exhibit 42     Email from M. Parks 09/15/2025

 9                   09/15/2025 11:48 a.m.          117

10    Exhibit 43     Email from M. Parks 09/15/2025

11                   11:49 a.m.                     118

12    Exhibit 44     Email from C. Whitworth

13                   09/15/2025 12:47 p.m.          118

14    Exhibit 45     Email from D. Plowman to T.

15                   Shirinian 09/15/2025 12:58 p.m.   119

16    Exhibit 46     Email from M. Parks Re: Student

17                   Email 09/15/2025 1:06 p.m.     121

18    Exhibit 47     Email from Rep. Dan Howell

19                   09/15/2025                     121

20    Exhibit 48     Email from D. Plowman Reply to D.

21                   Howell 09/15/2025              123

22    Exhibit 49     Email from Cindy Moore

23                   09/15/2025 3:24 p.m.           126

24

                                              Page 5
```

```
 1              E X H I B I T S (Cont'd)

 2    NO.              DESCRIPTION                    PAGE

 3    Exhibit 50       Email from Trey Townsend

 4                     09/15/2025 4:04 p.m.           128

 5    Exhibit 51       Email from (Unknown) to D. Plowman

 6                     09/15/2025 4:15 p.m.           130

 7    Exhibit 52       Email from V. Standaert 09/15/2025

 8                     4:51 p.m.                      132

 9    Exhibit 53       Email from (Unknown) Student

10                     09/15/2025 6:38 p.m.           133

11    Exhibit 54       Email from Kamryn Dagel

12                     09/15/2025 7:41 p.m.           133

13    Exhibit 55       Email from

14                     toes.subnet7x@icloud.com

15                     09/15/2025                     135

16    Exhibit 56       Email from (Unknown) Alumni

17                     09/15/2025 10:12 p.m.          142

18    Exhibit 57       Email from Student to D. Plowman

19                     09/15/2025 10:33 p.m.          143

20    Exhibit 58       Email Chronical of Higher Ed

21                     09/16/2025 5:04 p.m.           144

22    Exhibit 59       Email Compass 09/16/2025 6:01 a.m. 148

23    Exhibit 60       Email 09/16/25 7:02 a.m. NY Times 149

24
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1              E X H I B I T S (Cont'd)

 2    NO.              DESCRIPTION                    PAGE

 3    Exhibit 61       Email from Carey Whitworth

 4                     9/16/2025 07:17 a.m.           154

 5    Exhibit 62       Email from David Frank

 6                     09/16/2025 7:58 p.m.           154

 7    Exhibit 63       Email from Student

 8                     09/16/2025 8:02 a.m.           160

 9    Exhibit 64       Texts with Randy Boyd

10                     09/16/2025 9:56 a.m.           170

11    Exhibit 65       Email M. Parks 09/16/2025

12                     10:33 a.m.                     172

13    Exhibit 66       Email NYT 09/16/2025 3:01 p.m. 175

14    Exhibit 67       Email D. Plowman Letter to

15                     Dr. Shirinian 09/16/2025       194

16    Exhibit 68       Email Chronicle of Higher Ed

17                     09/17/2025 5:02 a.m.           195

18    Exhibit 69       Text 09/17/2025 Matthew Scoggins 197

19    Exhibit 70       Email NYT 09/17/2025 5:45 p.m. 199

20    Exhibit 71       Email from Matthew Scoggins

21                     09/17/2025 7:39 a.m.           202

22    Exhibit 72       Email from Carey Whitworth

23                     09/18/2025 5:59 p.m.           205

24
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1              E X H I B I T S (Cont'd)

 2    NO.            DESCRIPTION                    PAGE

 3    Exhibit 73     Email Chronical of Higher

 4                   Education 09/19/2025 5:06 a.m.   206

 5    Exhibit 74     Email from Dr. Shirinian

 6                   09/22/2025 10:04 a.m.

 7                   (Letter Attached)                215

 8    Exhibit 75     Email from Dennis Duchon

 9                   09/22/2025 10:49 a.m.            233

10    Exhibit 76     Email from R. Boyd

11                   09/24/2025 8:36 p.m.             236

12    Exhibit 77     Email from Frank Cuevas 09/29/25  239

13    Exhibit 78     Text Messages with Randy Boyd

14                   10/14/2025 5:54 a.m.             239

15    Exhibit 79     Letter 11/03/2025 Middle East

16                   Studies Association (MESA)       243

17    Exhibit 80     Article, The Daily Beacon

18                   05/03/2024                       244

19    Exhibit 81     Article by Plowman & Beck

20                   Organization Science 2009        244

21

22          QUESTIONS INSTRUCTED NOT TO ANSWER

23                   PAGE       LINE

24                    186         14
```

```
 1                    P R O C E E D I N G S
 2                    THE REPORTER:  Good morning.  My name
 3       is Joni Bolden.  I am the reporter assigned by
 4       Veritext to take the record of this proceeding.  We
 5       are now on the record at 11:20 a.m.
 6                    This is the deposition of --
 7                    Will you please state your name?
 8                    DR. PLOWMAN:  Donde Plowman.
 9                    THE REPORTER:  Thank you.
10                    Taken in the matter of the -- of -- I'm
11       sorry, pronounce it again?
12                    DR. PLOWMAN:  Tamar Shirinian.
13                    THE REPORTER:  Tamar Shirinian vs. the
14       University of Tennessee Knoxville, Donde Plowman,
15       Randy Boyd, and Charles Noble, on January 7, 2026, in
16       Knoxville, Tennessee, at the -- I'm not exactly sure
17       what this building is called.
18                    MR. FITZGERALD:  Tennessee Tower.
19                    THE REPORTER:  Okay.  Thank you.  UT
20       Tower or Tennessee Tower?
21                    MR. FITZGERALD:  UT Tower, beg your
22       pardon.
23                    THE REPORTER:  Thank you.
24                    UT Tower in Knoxville, Tennessee.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1                  I am a notary authorized to take
 2       acknowledgements and administer oaths in Tennessee.
 3                  Additionally, absent an objection on
 4       the record before the witness is sworn, all parties
 5       and the witness understand and agree that any
 6       certified transcript produced from the recording of
 7       this proceeding:
 8                       - is intended for all uses permitted
 9                          under applicable procedural and
10                          evidentiary rules and laws in the
11                          same manner as a deposition recorded
12                          by stenographic means; and
13                       - shall constitute written stipulation
14                          of such.
15                  At this time, will everyone in
16       attendance please identify yourself for the record,
17       beginning from my right and going around.
18                  MR. FITZGERALD:  My name is Mike
19       Fitzgerald.  I'm with the Office of the General
20       Counsel for the University of Tennessee, and I
21       represent all the defendants, including defendant
22       Plowman.
23                  MS. CAIAZZA:  Tina Caiazza, paralegal
24       for the University of Tennessee.
```

www.veritext.com                Veritext Legal Solutions                800-556-8974

```
 1                    THE VIDEOGRAPHER:  Stephen Pendleton,
 2      the videographer.
 3                    MS. SHIRINIAN:  Tamar Shirinian, the
 4      plaintiff.
 5                    MR. BIGELOW:  Rob Bigelow.  I'm the
 6      attorney for Dr. Shirinian.
 7                    DR. PLOWMAN:  Donde Plowman,
 8      chancellor, University of Tennessee Knoxville.
 9                    THE REPORTER:  Thank you.
10                    Hearing no objection, I will swear the
11      witness.
12                    Please raise your right hand.
13      WHEREUPON,
14                    DONDE PLOWMAN,
15      called as a witness and having been first duly sworn
16      to tell the truth, the whole truth, and nothing but
17      the truth, was examined and testified as follows:
18                    THE REPORTER:  Thank you.
19                    You may proceed.
20                    EXAMINATION
21      BY MR. BIGELOW:
22          Q    Good morning, Chancellor.  How -- or yeah,
23      good morning.  How are you this morning?
24          A    Good.
```

www.veritext.com                Veritext Legal Solutions                800-556-8974

1      Q    Good.  As I said before, my name is Rob

2  Bigelow.  As you know, I represent Dr. Shirinian.

3          My guess is, I know the answer to this

4  question, but have you ever given a deposition before?

5      A    Actually, I have.  A couple of times.

6      Q    Okay.  And --

7      A    I remember two that I did.

8      Q    And tell me about those times.

9      A    One was a professor here at the University

10  of Tennessee who was bringing a complaint against the

11  university for gender discrimination.  I had left and

12  gone to Nebraska to take a job there.  I came back for

13  that deposition.

14          And the second deposition I ever did was for

15  a faculty member at the University of Nebraska who was

16  bringing a complaint about gender discrimination after

17  I had come back here.  And so, it was during COVID, I

18  did it on Zoom.

19      Q    So this is completely different.

20      A    Absolutely.

21      Q    Yeah.  Well, I appreciate you showing up

22  today.  I don't have a whole lot of rules, but I do

23  want to tell you my rules.  They're nothing grand or

24  great.

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1              One is, of course, to tell the truth.
 2         A    Right.
 3         Q    The second is, if you don't understand
 4    something that I'm saying, or if I'm speaking too
 5    quickly, just say like, "Hey, Rob, please slow down.
 6    I don't get what you're saying."
 7         A    Okay.
 8         Q    And I'll happily do that.
 9         A    Okay.
10         Q    The third is, people generally have a
11    tendency to say, "uh-huh," or, "uh-uh."  I ask that
12    you not do that, and that's just so the court reporter
13    can do her job, and it makes things difficult.
14              Finally, if you need to take a break for any
15    reason whatsoever, that's not an issue whatsoever.
16         A    Okay.  Okay.
17         Q    Just let me know, and you can take a break.
18         A    Okay.
19         Q    I will do my very best to try and get you
20    out of here in an efficient manner.
21         A    Okay.
22         Q    I will probably, because of kind of your
23    request, speed through things a little bit.
24         A    Okay.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

1     Q    So, if -- I will not lead you, but if -- I
2   will lead a little bit more and see if your counsel
3   has objections.  If they have no objections, then,
4   I'll just keep it as a leading question, and you're
5   very smart, and you can answer accordingly.
6     A    Okay.
7              MR. BIGELOW:  Is that fair, Mike?
8              MR. FITZGERALD:  Yes.
9   BY MR. BIGELOW:
10    Q    Just to try and help.
11    A    Okay.  Thank you.
12    Q    Sure.  What we will do then is, it's
13  eleven-something.  In theory, I have eight hours.  I'm
14  hoping not to use all eight hours.
15             If we need to come back for any reason, and
16  I know that the court reporter said that she needs to
17  leave at like 5:30, I hope not to have to have you
18  come back, but, if we do, then, that's what we're
19  going to have to do.  And with that said, if you're
20  like, "No, I need to leave early," like I have said,
21  that's totally fine.
22    A    Okay.
23    Q    I'm going to hand you something right here
24  that's your CV.

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1        A    I'm going to grab my glasses.
 2        Q    Certainly.
 3             MR. FITZGERALD:  We're going to
 4   continue numbering the --
 5             MR. BIGELOW:  We are, just to make it
 6   easier, as we agreed to earlier.  Yes.
 7             THE WITNESS:  Yes.  Okay.
 8   BY MR. BIGELOW:
 9        Q    Do you agree that this is your CV?
10        A    Yes.
11        Q    And you are currently, as it states, the
12   chancellor of the University of Tennessee?
13        A    Yes, I am.
14        Q    And how long have you been the chancellor?
15        A    Since July of 2019.
16        Q    How did you become the chancellor?  How did
17   that work?
18        A    I was selected by the president and the
19   board of trustees.
20        Q    And, when you say, "the president," you're
21   talking about President Boyd?
22        A    Yes.
23        Q    How did President Boyd know you?
24        A    I was one of four finalists.  I applied for
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

1    the job, and I interviewed with him.

2        Q    Did he know you prior to that?

3        A    Not really.  I was on the faculty in the

4    College of Business here, but I didn't know him, nor

5    did he know me.

6        Q    Okay.  Is it fair to say that you are very

7    well published?

8        A    I would say I'm well published.

9        Q    Okay.

10       A    In my field, I wouldn't call it "very well

11   published," but that's, you know --

12       Q    Fair enough.  Okay.  You are well published,

13   then.  And, as was discussed earlier, is it --

14   publications take a lot of time and effort; correct?

15       A    Correct.

16                MR. BIGELOW:  Okay.  That -- let's mark

17   that as Exhibit 18, please.

18                (Exhibit 18 was marked for

19                identification.)

20                MR. BIGELOW:  If you can hand it the

21   court reporter, I appreciate it.

22                THE WITNESS:  There you go.

23   BY MR. BIGELOW:

24       Q    Are you familiar with this email?

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1       A    No.
 2       Q    Okay.  The top one is an email.  It's from
 3  Matthew Scoggins to D. Plowman.
 4       A    Scoggins.
 5       Q    Is that you?
 6       A    That's me.
 7       Q    And it's dated March 14th?
 8       A    Correct.
 9       Q    Sorry.  Does this refresh your recollection?
10       A    I get a lot of emails.
11       Q    I'm sure you do.
12       A    -- emails.
13       Q    I guess a better question is, is this an
14  email to you?
15       A    Yes, it is.
16       Q    Okay.  And it's flagged for a follow-up;
17  right?  Is that what that says?
18       A    Yes.
19       Q    What does that mean?
20       A    Probably means we'll have a conversation
21  about what's in here, or he'll have a conversation
22  with the people that are involved in this.  I'm not
23  sure exactly what that means.
24       Q    Who is Matthew Scoggins?
```

www.veritext.com        Veritext Legal Solutions        800-556-8974

```
 1        A     He's chief of staff for the chancellor.

 2        Q     Okay.  What is -- what does he do as chief

 3   of staff?

 4        A     He works with the vice chancellors and with

 5   me, the cabinet, to largely makes sure the trains keep

 6   running, that we're executing on what we've decided to

 7   do.

 8        Q     And the email, kind of underneath, it says,

 9   "From Derek Alderman."  Do you know who Derek Alderman

10   is?

11        A     Derek was last year's faculty senate chair.

12        Q     And the other people on this email is John

13   Zomchick, who is the provost; is that correct?

14        A     Correct.

15        Q     And then Charles Noble?

16        A     The chair-elect of the faculty senate and --

17        Q     And then Lori --

18        A     Amber Roessner, who was the previous past

19   chair.

20        Q     Okay.  And it says, "Dear Matthew and John,

21   I'm out of town giving a talk.  I apologize for being

22   brief.  Please see email below from Stephanie Bohon

23   inquiring about the disruptions caused by Charlie Kirk

24   rally.  Any insight or response you can provide will
```

www.veritext.com               Veritext Legal Solutions               800-556-8974

1    be appreciated," and then it continues; correct?

2          A    Uh-huh.

3          Q    At this point in time, March of 2025, did
4    you know who Charlie Kirk was?

5          A    I knew who he was.  Didn't know a lot about
6    him, but I knew who he was.

7          Q    Okay.  And what was your understanding, at
8    that time, of Charlie Kirk?

9          A    I knew that he founded whatever the name of
10   that organization is.  Yeah.  Turning Point USA.  I
11   knew that.

12         Q    Okay.  And what did you know about Turning
13   Point USA

14         A    Organization for young people, young,
15   conservative people that get trained in the summer
16   about kind of how to make trouble on campuses, to be
17   honest.

18         Q    Yeah.  Did that Charlie Kirk rally cause any
19   disruptions on campus?  And, to help you out, you can
20   look at the last email.

21         A    This was in anticipation of the rally.  The
22   rally was very peacefully completed.  We had a lot of
23   security planning that went into that, the planning
24   for that rally.

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1            It was sponsored by a student organization,
 2    Turning Point USA, their local chapter.  It was a --
 3    it was peaceful, and I would say I don't know what you
 4    mean by disruption.
 5            Q    Okay.  Well, I want to --
 6            A    Twenty-five hundred students out on the lawn
 7    is a big event, so there was a lot that went into it.
 8            Q    Okay.  I want to turn your attention to the
 9    email that is right underneath from Stephanie Bohon,
10    that was included in all of this.
11            And it says, "Hi, Derek, I hope you are
12    doing as well as can be expected.  To date, I have had
13    four reports from faculty members whose classes in HSS
14    were disrupted yesterday from the very long and very
15    loud rally yesterday.
16            "From my ninth floor office, with the window
17    shut, I could hear every word, including the heckling
18    of transgender and black male students."
19            Did I read that correctly?
20            A    That's what I'm seeing on what I have.
21            Q    So it wasn't peaceful then?
22            A    I don't know what you mean by that.
23            Q    Well, I mean, if there's heckling of
24    transgender and black male students, then, it's fair
```

www.veritext.com            Veritext Legal Solutions            800-556-8974

1   to say it's not a peaceful rally, if there's --

2        A    Well, this is what's Dr. Bohon put in her

3   email.  I don't -- I'm not going to respond to that

4   really.  I don't --

5        Q    Did -- okay.  Do you have any reason to

6   doubt Dr. Bohon?

7        A    No.

8        Q    Okay.

9        A    People's perceptions are what they are.

10        Q    Dr. Bohon continues, "It is my understanding

11   that the university has a time, place, manner policy.

12   Can you please find out who is responsible for

13   allowing this event to occur within feet of a building

14   used only for classrooms during a time when all

15   classrooms are used?

16             "What reason was there for not holding the

17   event in Circle Park or another space, where there are

18   far fewer classrooms or move the event to Friday or

19   holding it much later in the day?

20             "Also, if classes were to be disrupted, what

21   reason was there for faculty not to be given advanced

22   notice, so they could reschedule midterms or move

23   their classes online?

24             "I'd appreciate answers that faculty senate

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1   can provide on this, so we don't have to file a
 2   records request."
 3           Do you know if any follow-up was done based
 4   on that request?
 5       A   I don't know.  This is a email between
 6   Stephanie and Derek.  I don't know.
 7       Q   But you, ultimately, were copied on this;
 8   correct?
 9       A   Yes.  Sure.
10       Q   Okay.  Did you look into it?
11       A   I spent time with the people planning this
12   event.  I saw videos of the event.  So I don't know
13   what you mean.  Did I look into this specific
14   allegation?
15       Q   Yes.
16       A   We have 2,500 faculty, 4 faculty members
17   raised an issue.
18           It was -- it -- it took place on the outside
19   amphitheater, where we have lots of events in the
20   middle of the afternoon so --
21       Q   So, is the answer no, you did not look into
22   it?
23       A   I don't remember whether I, quote -- what do
24   you mean by "look into it"?
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

1          I was aware of the rally.  I was aware of
2    the planning of it.  I saw bits and pieces of the
3    video afterwards of what happened.
4          I did not track -- I don't get involved in
5    tracking down a specific exchange between two people
6    like that, so I did not track this down.
7          Q    Okay.  I'm not trying to trick you.  I
8    promise.  I'm just asking you.  I was just asking
9    because what this email said was that there were --
10   was heckling of students, your students, and I was
11   just wondering if you had looked into it at all.
12         A    I looked into what happened at the event and
13   was so grateful it was safe and no one was hurt.
14                   MR. BIGELOW:  I'd like this to be
15   Exhibit 19, please.
16                   (Exhibit 19 was marked for
17                   identification.)
18   BY MR. BIGELOW:
19         Q    Who is Frank Cuevas?
20         A    Vice Chancellor for Student Life.
21         Q    And this is an email to you from the vice
22   chancellor dated March 17, 2025; correct?
23         A    Correct.
24         Q    And it's thanking -- well, what is this

1   email about?

2       A    This is going to be a long day if we assume

3   I remember every single email that I get.

4       Q    You don't --

5       A    So this email is --

6       Q    Ma'am, you don't have to remember.  That's

7   why I'm giving it to you.

8       A    It -- it appears to be -- let's see,

9   positive feedback from TP -- TPUSA.

10              So I suspect these are a number of emails

11  saying, "Thank you for letting us organize this.

12  Thank you for the kind words.  Nice to meet you.

13  Thanks for helping us."

14              Our student life staff worked with Turning

15  Point USA, the student organization, as they do any

16  organization who brings someone on campus, to help

17  them organize it, plan it, and get it executed in a

18  way that is a successful event.

19              So that appears to be what that is.

20      Q    Okay.  Thank you.  Again, I mean, I'm just

21  giving you -- that's why I gave it to you, ma'am.

22              Who is Susannah Marshman?

23      A    She's assistant vice chancellor for

24  leadership and engagement.

```
 1       Q     And who is Byron Hughes?
 2       A     He is associate vice chancellor for student
 3   life, and he's the dean of students.
 4                   MR. BIGELOW:  Okay.  Can I have that
 5   marked as Exhibit 20, please?
 6                   (Exhibit 20 was marked for
 7                   identification.)
 8   BY MR. BIGELOW:
 9       Q     I just handed you a piece of paper where, at
10   the top, it says, "From Tim Sigler, Exchange
11   Administrative Group."
12                   Do you know what the Exchange Administrative
13   Group is?
14       A     I do not.
15       Q     And then, one of the ccs, it says, "Carey
16   Whitworth."
17                   Do you know who Carey Whitworth is?
18       A     She's the vice president for government
19   relations.
20       Q     Do you know who Josh Warren is?
21       A     He works for her.  Most of those are people
22   that are on her team.  They are housed in Nashville,
23   and they work for the UT system.
24                   MR. BIGELOW:  Okay.  Can we have that
```

www.veritext.com            Veritext Legal Solutions            800-556-8974

1  as Exhibit 21 please?

2                   (Exhibit 21 was marked for

3                   identification.)

4  BY MR. BIGELOW:

5       Q    What I just handed you is a New York Times

6  article that was sent to you on Thursday, September

7  11th; correct?

8       A    Yes.

9       Q    And, within that email to you, on the third

10 page, there's a article that says, "Conservative

11 Christians are mourning Charlie Kirk as a martyr."

12            What does that mean to you, if anything?

13      A    Well, I don't have an interpretation of

14 that.  I'd say it means what the words say on the

15 page.

16      Q    What -- how do you interpret that?  Like

17 what does the word "martyr" mean to you?

18      A    You know, someone who died for a purpose.

19 I -- I don't know.

20      Q    Do you associate any sort of like religious

21 connotation to the word "martyr"?

22      A    No.

23      Q    You don't?  Okay.

24            Can we have marked as Exhibit 22, please.

```
 1                    (Exhibit 22 was marked for

 2                    identification.)

 3              This is a New York Times article that was

 4    sent to you on September 11th, 2025; correct?

 5         A    You know, I subscribe to the New York Times,

 6    and this is how I get it, in my email.  So I wouldn't

 7    call it an email from the New York Times.  This is how

 8    I read the New York Times.

 9         Q    It's an email from someone who works for the

10    New York Times.

11         A    Okay.

12         Q    Or from a -- from your subscription,

13    essentially; correct?

14         A    Correct.

15         Q    Yes.

16                    MR. FITZGERALD:  Object that it's from

17    someone with The New York Times.

18                    THE WITNESS:  Yeah.

19                    MR. FITZGERALD:  I agree that -- part

20    of the New York Times subscription because I'm also a

21    subscriber.

22                    MR. BIGELOW:  Right.

23    BY MR. BIGELOW:

24         Q    The third page of that, has an article on
```

www.veritext.com            Veritext Legal Solutions            800-556-8974

```
1    it, says, "Where Charlie Kirk stood on key political
2    issues."  What is your understanding as to where
3    Charlie Kirk stood on key political issues?
4         A    I really don't know where he stood on lots
5    of issues.  I know he's a conservative, politically.
6                   MR. BIGELOW:  Have that as Exhibit 23.
7                   (Exhibit 23 was marked for
8                   identification.)
9    BY MR. BIGELOW:
10        Q    Do you have a subscription to Inside Higher
11   Ed?
12        A    Yes, I do.
13        Q    And what is "Inside Higher Ed"?
14        A    It's a newsletter that comes out about
15   higher education issues, and topics, and happenings.
16   And most every chancellor and president in the country
17   subscribes to it, would be my guess.
18        Q    And the second page of this packet states
19   an -- has an article that's -- where the headline is
20   "Turning Point USA Founder, Charlie Kirk, Killed at
21   Utah Valley University."
22             And, underneath it, it says, "Kirk was a
23   driving force behind a modern conservative movement on
24   college campuses.  Utah governor called his death a
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

1  political assassination"; is that correct?  Did I read
2  that correctly?
3       A    You read it correctly.
4       Q    Do you agree that his death was a political
5  assassination?
6       A    His death was a murder on a college campus.
7       Q    Okay.  But you don't -- you don't think
8  it -- you would not agree with the Utah governor?
9       A    I don't know.  I don't know if I agree with
10  that or not.
11       Q    Okay.  Have that as Exhibit 24, please.
12                 (Exhibit 24 was marked for
13                 identification.)
14            What is Compass?  It says, "From Compass to
15  D. Plowman."
16       A    It's another subscription I take.  It's a
17  local newsletter about local events in the city.
18       Q    On the fourth -- one, two, three, four,
19  five -- fifth page, I'm sorry, there's a line, on the
20  second to bottom paragraph that says, "My heart is
21  just breaking on the news that Charlie Kirk has
22  passed, US Representative Tim Burchett had said in a
23  short video.
24            "He was a good guy.  I talked to him the

1  night we passed a Big Beautiful Bill.  He called me
2  and was making sure I was still on board.  We talked
3  about what was going on in the country and how we're
4  going to get together sometime.  It's just horrific
5  news."
6          Do you know Representative Tim Burchett?
7      A   Yes, I do.
8      Q   And have you spoken with him about
9  Dr. Shirinian or any of her -- or her comments in this
10 matter?
11     A   No, I have not.
12     Q   Okay.  Has he contacted you or any of the
13 people in your administration?
14     A   Not to my knowledge.  About this event?
15 About Dr. Shirinian?
16     Q   Yes.
17     A   No.
18     Q   He has not?
19     A   He hasn't -- me or any of my team.
20     Q   Has any of your team talked to you about
21 Representative Burchett's -- any of his public
22 comments on this issue?
23     A   I have seen some of his public comments on
24 this issue.

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1      Q    Okay.  What public comments have you seen?
 2      A    Just some of the social media postings that
 3  happened around that time.
 4      Q    Okay.  Do you remember what any of those
 5  said?
 6      A    Not specifically.  I know they were -- you
 7  know, one was outraged, another one was, "I'm on it."
 8      Q    What did you interpret him to mean by
 9  saying, "I'm on it."
10      A    I didn't interpret it.  I follow him.  I see
11  things he puts out there.  I don't -- I don't know
12  what he meant by that.
13      Q    Did you see his post regarding the
14  individuals in the administration at the University of
15  Tennessee who are in charge?
16      A    I don't think I know what you're referring
17  to.
18                THE WITNESS:  Okay.  I have that as
19  Exhibit 25, please.
20                (Exhibit 25 was marked for
21                identification.)
22                THE WITNESS:  Okay.
23  BY MR. BIGELOW:
24      Q    Do you subscribe to the Atlantic Daily?
```

www.veritext.com            Veritext Legal Solutions            800-556-8974

```
1        A    I must.  I subscribe to the Atlantic so --
2        Q    The Atlantic, I'm sorry.
3        A    Yeah.
4        Q    And do you receive daily emails from the
5   Atlantic?
6        A    I guess I do.  I don't know.
7        Q    Fair.  And this is dated Thursday, September
8   11th; correct?
9        A    Yes.
10            MR. BIGELOW:  I'll have this as Exhibit
11  26, please.
12            (Exhibit 26 was marked for
13            identification.)
14  BY MR. BIGELOW:
15       Q    Again, this is from the -- what I just
16  handed you is from the Chronicle of Higher Education
17  dated September 12, 2025.
18       A    Correct.
19       Q    And the second page states, "The Meaning of
20  Charlie Kirk."
21            And then, the third page states, "The fatal
22  shooting of conservative activists who adopted higher
23  ed as his ultimate foil is a signal event that could
24  profoundly shape debates over the nation's future."
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1            Based on his comment, "adopted higher ed as
 2    his ultimate foil," what does that mean to you, if
 3    anything?
 4        A    I don't know what he meant by it.  I don't
 5    know what he meant by it.
 6        Q    Okay.  That will be Exhibit 27.
 7                 (Exhibit 27 was marked for
 8                 identification.)
 9            Do you know why anyone considers -- why
10    anyone would consider that Mr. Kirk had higher ed as
11    his foil?
12        A    I don't know.
13        Q    Okay.  This is from the Inside Higher Ed
14    dated September 12th.
15            And the second page, the article is
16    entitled, "Charlie Kirk Killing Feeds Fears for Higher
17    Ed's Future."
18            And, underneath, it says, "The provocateur
19    supercharged the rights depiction of campuses as
20    intolerant leftist spaces."
21            Would you agree with that description of
22    Mr. Kirk?
23        A    I don't know enough about his whole body of
24    work, so to say, "supercharged" --
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1                    MR. FITZGERALD:  Asking her if she
 2    thinks he was a provocateur?
 3                    MR. BIGELOW:  No.  Just if she would
 4    agree with that categorization of Mr. Kirk.
 5                    THE WITNESS:  I -- I think he did
 6    believe that campuses are -- have an agenda, a
 7    left-wing agenda.  I think he probably -- yeah, I
 8    would assert that he thinks that.
 9                    I don't know about supercharged
10    provocateur.  Yeah.
11    BY MR. BIGELOW:
12        Q    But, obviously, someone viewed him as a
13    supercharged provocateur?
14        A    Yeah.  Sure.
15        Q    So this is Exhibit 28.
16                    (Exhibit 28 was marked for
17                    identification.)
18             Again, I'm just trying to do this for speed
19    and not --
20        A    Right.
21        Q    Yeah.
22        A    Appreciate it.  Thank you.
23        Q    Absolutely.  My pleasure.
24                    What I just handed you is -- it's from the
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1    Office of Senator Marsha Blackburn.  It's to Carey
 2    Whitworth and the Exchange Administrative Group.
 3         A    Correct.
 4         Q    And it talked -- and it kind of addresses
 5    Marshall Blackburn Center, Marsha Blackburn's view of
 6    the assassination of Charlie Kirk.
 7              And part of it says, "I encourage every
 8    person who is mourning for his tremendous loss to
 9    honor his legacy by supporting the movement he
10    championed to realize a conservative, prosperous, and
11    free United States of America"; correct?
12         A    Uh-huh.
13         Q    Yes?
14         A    Yes.
15         Q    I'm sorry.
16         A    I'm sorry.
17         Q    That's okay.  Again --
18         A    That's her -- yes.  What am I saying, "yes,"
19    to?  Yes.  That's what she said.
20         Q    That's just what she said.  That's all.
21         A    Yeah.  Correct.
22                   MR. BIGELOW:  It's Exhibit 29, please.
23                   (Exhibit 29 was marked for
24                   identification.)
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1                    THE WITNESS:  Okay.
 2   BY MR. BIGELOW:
 3        Q    Actually, before I even get into this, are
 4   you a member of any social, political, or religious
 5   groups in Knoxville?
 6             We can go one by one.  Social?
 7        A    I -- I belong to the Cherokee Country Club.
 8   I guess that's social.
 9        Q    And where is that?
10        A    On Lyon's View.  Is that the name of the
11   road?  Pike?
12                    MR. FITZGERALD:  Lyon's View Road?
13                    THE WITNESS:  Yeah.
14   BY MR. BIGELOW:
15        Q    And how long have you belonged to the
16   Cherokee Country Club?
17        A    Since I moved here, in 2019.
18        Q    Is it like -- is it a golf club?
19        A    I play golf there.
20        Q    Okay.  And any other social organizations?
21        A    Executive Women's Association.  I don't call
22   that really social.  No.  I'd say I don't think so.
23        Q    Okay.  What about political groups?
24        A    No.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1        Q     What about religious groups?

 2        A     I'm not a member of any church here.

 3        Q     Okay.  With regards to kind of your, what I

 4   will call, communication tools, what emails do you use

 5   to communicate?

 6        A     I have a -- my work email.  I have two work

 7   emails, dplowman@utk.edu, and I have another one that

 8   is chancellor@utk.edu, which is more of a public.

 9              If you don't know me and don't know my

10   email, then, you can reach me by going to

11   chancellor@utk.edu.

12        Q     What about your private email?

13        A     And I have a private email account that's

14   Gmail.

15        Q     And what is that?

16        A     dplowman2, the number 2, at gmail.com.

17        Q     Are those only three email accounts you --

18        A     Uh-huh.

19                    THE REPORTER:  Was that a "yes"?

20                    THE WITNESS:  That was a "yes."  Sorry.

21   Bad habit.

22   BY MR. BIGELOW:

23        Q     Have you emailed anyone on your private

24   email account with regards to anything that has to do
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1   with this matter?
 2         A     No.
 3         Q     Okay.  Do you have more than one phone
 4   number?
 5         A     I do.
 6         Q     And what are your phone -- like --
 7         A     This going to be embarrassing.  I can tell
 8   you my personal number.  I forget the number that's
 9   the university-related one.  512-771-5072 is the one I
10   have had forever.
11               And then, I have another one here.  I have
12   to go look it up.  I'm sorry.  I can't tell you what
13   the number is, but it's 865.
14               MR. FITZGERALD:  It's on the website.
15               THE WITNESS:  Yeah.
16               MR. FITZGERALD:  -- 974 number.
17               THE WITNESS:  It's on all my cards.
18   BY MR. BIGELOW:
19         Q     Do you ever use your personal number when it
20   has to deal with things involving your role as a
21   chancellor?
22         A     I -- I have used it that way.  I'll tell you
23   what, they're both on one phone.  I regret having done
24   that because it's confusing.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1            But I -- I use them both kind of
 2    interchangeably.
 3        Q    Okay.  Do you only have that one phone?
 4        A    Uh-huh.
 5        Q    Yes?
 6        A    Correct.  Yes.  I have one phone.
 7        Q    Again, I know it's hard --
 8        A    It has two lines on it.
 9        Q    Okay.  With regards to any other
10    communications tools you have, other than email,
11    what -- name for me all the communication tools you
12    use.
13            And when I say that, I mean like social
14    media, messaging apps, WhatsApp, Signal, so on, and so
15    forth.
16        A    I have WhatsApp.  I don't really use it.
17    There was a period when I was using it.
18            I went to Japan and was on business, and
19    people thought that was an easier way for us to
20    communicate with one another for four days.
21            I am -- I have four different social media
22    accounts.  One is on Instagram.  That's primarily
23    where students and their parents are.  One is on
24    Facebook.  That's where grandparents are.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1            I have one that is linked in that is -- my
 2   peers, professionally, are there.
 3            What's the fourth one?  Oh, X, which is
 4   where athletic ball fans are.
 5       Q    Do you text, generally, on any of those
 6   accounts?  Like do people -- when people write you
 7   messages on those -- or message, I suppose, is a
 8   better word.
 9       A    I get private messages.  I don't really use
10   it.
11            We monitor -- those are all accounts that I
12   use to present the university, the chancellor, what
13   I'm doing, what -- what we're about.  And I will get
14   private messages now and again, let's say, from a
15   parent whose student didn't get admitted.
16            And then, I -- I have -- there are people
17   who are helping me with those accounts, so they will
18   be checking those messages to see if there's somebody
19   we need to respond back to.
20       Q    Okay.  Do people check all of those accounts
21   for you?
22       A    Uh-huh.
23       Q    Are there --
24       A    There's four social media.
```

www.veritext.com            Veritext Legal Solutions            800-556-8974

```
 1        Q     Are there any other accounts that people
 2   don't check?
 3        A     Not that I -- no.  No other social media.
 4   Those are the four platforms I'm on.
 5        Q     Any other accounts you use to communicate,
 6   even like personally, with people?
 7        A     No.
 8        Q     Okay.
 9        A     I mean, my -- the text messaging associated
10   with my two phone lines.
11        Q     Okay.
12        A     That's it.
13        Q     Okay.  Who is your boss?  Do you have a
14   boss?  I take it --
15        A     Randy Boyd.
16        Q     Okay.  And who is his boss?
17        A     The board of trustees.
18        Q     Okay.  Are you familiar with what I just
19   handed you?
20        A     Yes.
21        Q     And what is it?
22        A     These are from -- these are text messages
23   that appeared on either of my two phone lines.
24              So I see the very first one, when I was
```

Page 41

1  notified by John about Professor Shirinian's post, and
2  you see my response.  That's my response to John.
3       Q    And this was Sunday, September 14th, at 3:40
4  p.m.?
5       A    Correct.
6       Q    And your -- if I'm correct, you are the
7  right-hand side of the text messages; correct?  It's,
8  "I'm holding out" --
9       A    Correct.  Correct.
10      Q    Right.  When you said, "I'm holding out hope
11 that it is fake, and she didn't actually do that,"
12 how -- did -- John is who?  I'm sorry, I should --
13      A    The provost.
14      Q    Okay.  John Zomchick?
15      A    Correct.
16      Q    Did he send you -- are there text messages
17 prior to this between the two of you?  I mean, I would
18 imagine --
19      A    I'm sure there --
20      Q    -- you didn't just start with that; right?
21      A    No.  Correct.
22      Q    And do you remember what that text message
23 was or those text messages were?
24      A    This is about Dr. Shirinian's post, and my

www.veritext.com          Veritext Legal Solutions          800-556-8974

response was, it's -- there's a lot -- there are a lot of fake accounts out there.

The -- the post was so outrageous. My reaction was, I am holding out hope that it is fake, and she didn't actually do that. Yeah. That's my response.

Q    Do you know if -- is it Dr. Zomchick?

A    Correct.

Q    If Dr. Zomchick actually sent you the post, the comment itself?

A    I don't know if he did. I saw it on social media.

Q    Okay. You did see it on social media?

A    Sure.

Q    Okay. And what social media did you see it?

A    I -- I saw it once it was retweeted or reposted.

Q    How -- who retweeted it?

A    I don't -- a gazillion people. I don't know. I don't remember who it was. It was -- it went viral.

Q    Okay. You said you were holding out hope that it is fake. What did you do to find out whether it was fake or not?

1      A    I don't really remember.  I know I had a
2   meeting later, Sunday night, with the lawyers to talk
3   about this.
4           So one -- one way you would find out, I
5   didn't do this, but would be to see if that was a
6   parody account or something.  There's a lot of those
7   out there.  I didn't do that.
8      Q    But do you know if the university did
9   anything to find out whether it was fake or not?
10     A    I don't know.
11     Q    But you have no knowledge of anything being
12  done to find out?
13     A    No.  No.
14     Q    Okay.  Do you know if they called IT?
15     A    I don't know.
16     Q    Okay.  At this point in time, September
17  14th, other than texting with Dr. Zomchick, who else
18  were you communicating with?
19     A    I would have been communicating, largely by
20  phone, with the lawyers.  And I -- as I said, we had a
21  meeting that night with Zomchick, and with Matthew
22  Scoggins, and probably with Tisha Benton.
23          I was communicating with all three of them.
24  I can't specify exactly what times of the day or

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1   whatever.  I don't remember that.  But those are the
 2   three main people I would have been communicating
 3   with.
 4        Q    You said Zomchick, Tisha Benton, and who
 5   else?
 6        A    Matthew Scoggins.
 7        Q    Matthew Scoggins.  And you said you had a
 8   meeting with lawyers?
 9        A    Later that evening, we had a Zoom call with
10   general counsel.
11        Q    And who is general counsel?
12        A    Ryan Stinett and whoever from his team was
13   on the call.  There was somebody, but, I don't
14   remember who it was.
15                THE WITNESS:  It wasn't you, I don't
16   think.
17   BY MR. BIGELOW:
18        Q    Do you know how many people were on that
19   call?
20        A    If I -- I don't know specifically.  I would
21   say probably five or six.
22        Q    Was Randy Boyd, on that call?
23        A    I don't remember if he was on Sunday night.
24   I know he was on Monday morning.  We had another call
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

1  with lawyers and Randy, and I don't remember if he was
2  Sunday night or not.
3      Q    Okay.  And you asked Dr. Zomchick to find
4  out if Dr. Shirinian teaches undergrads; correct?
5      A    Correct.
6      Q    Do you know what, if anything, he did to
7  find that out?
8      A    I don't know specifically what he did.
9      Q    Okay.  To this day, do you know what classes
10 that Dr. Shirinian taught?
11     A    I know that it was an undergraduate course
12 and one that was cross-listed as an undergrad and a
13 graduate course.  Two courses.
14     Q    Do you know if the undergraduate course --
15 well, I mean, would you agree that the undergraduate
16 course was a upper level undergraduate course?
17     A    I don't know that.  I don't know.
18     Q    Well, he obviously confirmed that she
19 teaches undergraduates, and you said, "Thanks for
20 checking."
21         And he writes to you, "I also got an email
22 from a student who saw the post.  I'll forward to all
23 who were on the call"; correct?
24     A    Correct.

Page 46

www.veritext.com          Veritext Legal Solutions          800-556-8974

Case 3:25-cv-00528-KAC-JEM   Document 45   Filed 01/21/26   Page 46 of 363
PageID #: 625

```
 1       Q     Do you know who that student was?

 2       A     I don't remember that.  I don't know.

 3       Q     Do you know if anyone followed up with that

 4   student?

 5       A     I don't know.

 6       Q     Do you know what the email said?

 7       A     I don't know.

 8       Q     Okay.  The next -- on the next page, if

 9   you'll turn the page, was September 15th.

10             And you write, "I'm sorry we're at this

11   point, but appreciate your leadership more than we --

12   I can express.  We'll get through this," and you kind

13   of go back and forth; correct?

14       A     Correct.

15       Q     And then, the next page after that, there's

16   something that's cut off, but, ultimately, it says,

17   "Letter ready.  Are you going to give RJ a heads up?"

18             Do you know who -- well, who is RJ?

19       A     RJ is the interim executive dean of the

20   College of Arts and Sciences.

21       Q     And when you said, "a heads up" -- well,

22   first of all, what letter are you referring to?

23       A     The letter I was ready to -- I was going to

24   send to Dr. Shirinian, the first letter where I told
```

Case 3:25-cv-00528-KAC-JEM     Document 45     Filed 01/21/26     Page 47 of 363
PageID #: 626

```
 1  her about my reaction, and what we were going to do.
 2       Q    Did anyone help you write that letter?
 3       A    Sure.  The lawyers helped me write it.
 4  That's --
 5       Q    Anyone else?
 6       A    It wouldn't -- I imagine that Matthew
 7  Scoggins looked at it as well, and -- and the -- and
 8  John Zomchick.
 9       Q    Did Mr. Boyd, President Boyd?
10       A    I don't know if he saw it.  He knew I was
11  going -- he knew the decision and that I was going to
12  send it, but I don't know whether he actually looked
13  at the wording of that letter.
14       Q    Mr. -- or Dr. Zomchick's response was that
15  he found someone to cover class, is waiting for the
16  letter before he reaches out to the department head.
17           Did you reach out to the department head?
18       A    No.
19       Q    Okay.  Did you reach out to any students in
20  Professor Shirinian's classes?
21       A    No.
22       Q    Did you reach out to Professor Shirinian?
23       A    No.
24       Q    Why did you not do any of those things?
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1        A     I -- I would never reach out to students in
 2   something -- well, first of all, something like this
 3   has never happened, but I wouldn't reach out to
 4   students directly in a personnel matter about a
 5   professor.
 6              And I did not reach out to Dr. Shirinian
 7   because I -- this was not a conversation.  It was a
 8   decision I had made, based on the action that she
 9   took.
10        Q     Do you think you should have reached out to
11   her?
12        A     No.
13        Q     Is that action -- does it kind of correspond
14   with all of your writings on leadership?
15        A     I don't know.
16              MR. FITZGERALD:  Object to --
17              MR. BIGELOW:  If she understands that
18   question.  If she doesn't --
19              MR. FITZGERALD:  -- if --
20              THE WITNESS:  I have never written a
21   letter about how you terminate someone or written an
22   article about that.
23   BY MR. BIGELOW:
24        Q     And what article is that?
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1      A    I said, I have never written an article
 2  about how to terminate someone.
 3      Q    Okay.  Dr. Zomchick continues working on a
 4  revision to the letter, so I guess he was working --
 5      A    He was involved in the drafting of it.
 6      Q    And says, "I'll text him as soon as you get
 7  it and send it"; correct?
 8      A    Yes.
 9      Q    And then you respond, "You're the best.  OGC
10  is holding us up."
11      A    Yeah.
12      Q    What does that mean?
13      A    They were taking more time than I wanted
14  them to take.  We were waiting on them to sign off on
15  it.
16      Q    And then he writes, "Almost there.  Going to
17  refer Charlie Noble to you"; correct?
18      A    Correct.
19      Q    And he says, "He emailed me to talk."
20      A    Uh-huh.
21      Q    Did you ever speak with Charlie Noble?
22      A    Yes.  I think that -- that next text is cut
23  off, too.  I'm going to call him.
24      Q    It's on the next page.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1      A    Yeah.  I called Charlie to let him know what
 2   was happening.  I do that with every faculty senate
 3   chair if there's something big happening on campus
 4   that I want them to have a heads up and know about it.
 5                    MR. BIGELOW:  Okay.  Let's have that as
 6   Exhibit 30.
 7                    (Exhibit 30 was marked for
 8                    identification.)
 9                    And I'm going to ask the court reporter
10   to help me out a little bit because we're kind of
11   going back a little bit in time.
12                    If you would hand the chancellor
13   Exhibit 3.  I'm going to ask you to do this a couple
14   more times.  I'm sorry.  It's just to make it easy.
15                    THE REPORTER:  Since I'm typing, if I
16   could put these right here?
17                    THE WITNESS:  Okay.
18                    MR. BIGELOW:  Absolutely.
19                    THE REPORTER:  They are in reverse
20   order, numerically.
21                    THE WITNESS:  Okay.
22   BY MR. BIGELOW:
23      Q    If you would, Chancellor, please look at
24   Exhibit 3.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1        A    Okay.
 2        Q    And Exhibit 3, a lot of people -- have you
 3   ever been on -- you've been on Facebook.  You said you
 4   had Facebook; right.
 5        A    Uh-huh.
 6        Q    So, to be fair, Dr. Shirinian's comment is
 7   not a post, it's a comment; correct?  The post is
 8   above it.
 9        A    I -- I'm not sure what that distinction
10   means.  It's a comment posted on Facebook, so --
11        Q    Correct.  So, in Facebook, there's something
12   called a post.
13        A    Okay.
14        Q    And that's the initial post; right?
15        A    Okay.
16        Q    And the initial post is the first one;
17   correct?
18        A    Right.  Correct.
19        Q    And then, the comments are in response to --
20        A    Right.
21        Q    -- the initial post; correct?
22        A    Correct.
23        Q    Okay.  So the initial post says, "I have
24   unfriended four people since Kirk's assassination.  I
```

```
 1   get it.
 2            "They're mourning him because of his
 3   message, but the content of his message was full of
 4   hate, genocide apologia, and bigotry, yet they're
 5   treating him like the next best thing since Jesus, so
 6   my secular sensibilities find that to be blasphemous
 7   and a little delulu.  I guess we grew apart."
 8            Did I read that correctly?
 9       A   Yes.  You did.
10       Q   So, when you initially saw this, and you saw
11   someone say that Charlie Kirk's messages were full of
12   hate, did you look into whether his messages were full
13   of hate?
14       A   No.  My attention was focused on the comment
15   that our faculty member made on a public social media.
16       Q   Did you look into his -- whether Charlie
17   Kirk's comments were full of genocide apologia?
18       A   No.
19       Q   Do you look at whether his comments were
20   bigoted?
21       A   No.
22       Q   Do you think that would be important to have
23   done?
24       A   No.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1        Q    So, if someone had posted, "I'm glad
 2   Johnny's dead.  Johnny killed my father," and
 3   Dr. Shirinian made a comment on that post, "The world
 4   is better off without Johnny in it.  Even his kids,
 5   who are claiming to be sad for his wife -- even those
 6   who are claiming to be sad for his wife and kids, like
 7   his kids are better off living in a world without a
 8   disgusting psychopath like him and his wife.  Well,
 9   she's a sick fuck for marrying him, so I don't care
10   about her," do you think it would be important to see
11   if Johnny actually killed someone?
12                  MR. FITZGERALD:  I object to the
13   question --
14                  MR. BIGELOW:  You're welcome to object.
15   I know.
16                  THE WITNESS:  No.  Because my focus
17   would have been on the language used by the member of
18   our community, the faculty member in our university.
19   That was my focus.
20                  This is about this post and this
21   person.  And it's not about Charlie Kirk or Johnny and
22   Johnny's father.
23   BY MR. BIGELOW:
24        Q    So it doesn't matter to you what the initial
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

1  post says?

2      A     No.

3      Q     So yes, it does not matter; right?

4      A     It does not matter.

5      Q     Okay.

6      A     What matters to me is the actions and

7  behavior of a member of our faculty, regardless of who

8  the person is or who the content this -- or that our

9  faculty member was responding to.

10     Q     Did you -- at this point in time when you

11 were discussing all of this with people, did you look

12 into whether Dr. Shirinian made this post as a faculty

13 member or as a private individual?

14     A     To be honest with you, that doesn't matter

15 to me.  It was -- it's not private when it's on social

16 media, whether you're in a -- in a private group,

17 those things get screenshot, which is what happened

18 here, and put out all over the place.

19     Q     So it's true, even -- I mean, even if

20 Dr. Shirinian were to have said this to someone, and

21 they recorded it, and it made it public, your answer

22 would be the same?

23     A     I would have been appalled.  Yeah.

24     Q     Yeah.  Because you view it as reprehensible;

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
1   correct?
2        A     I -- I view this as reprehensible, a public
3   statement where, however it was intended, that does
4   not reflect the -- the values of our university and
5   undermines the mission and the trust that the public
6   has in us.
7              That's my responsibility, not who the
8   original person was.
9        Q     Do you think everyone views this as
10  reprehensible or do you think --
11       A     I'm sure there are people who don't view it
12  as reprehensible.
13       Q     Okay.  I ask you, if you would, to go to
14  Exhibit 16.
15       A     Okay.
16       Q     Just -- I'll give you a minute to look at
17  that, if you would.
18       A     Okay.  I'm getting these slightly out of
19  order.  Okay.  Okay.  The one dated 2016, "No UT
20  Penalty," September 27, 2016?
21       Q     Yes.  Okay.  September 27th.  Yes, ma'am.
22             And this is a article on Knox News about a
23  comment that was made by a UT faculty member; correct?
24  Glen Reynolds?
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1        A    Correct.

 2        Q    And that comment was made when motorists

 3   were protesting in Charlotte, North Carolina; correct?

 4        A    Correct.

 5        Q    And the comment was, "Run them down"; right?

 6        A    Yeah.  "Run them down."

 7        Q    Yeah.  And a lot of people took that to mean

 8   run down the protesters; right?

 9        A    I -- I don't know.  I just -- for the

10   record, I was not here in 2016.  I have no knowledge

11   about this.  I've heard about it since then.

12             So I -- I really can't speak to what people

13   thought at the time or what happened here.

14        Q    Have people brought it to your attention

15   recently, that --

16        A    Since this incident, yes.

17        Q    That they were upset that Professor Reynolds

18   said to run protestors down?  Have people brought that

19   to your attention?

20        A    Dr. Shirinian brought it to my attention

21   in -- in, I think, one -- one of her letters to me.

22             But yes.  I heard it from people in the

23   faculty senate as well.

24        Q    And, at the time, do you know who Melanie
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1   Wilson was?
 2        A    Correct.  Yes, I do.  She was the former
 3   dean.
 4        Q    Does she still work here?
 5        A    No.  She took a job somewhere else.
 6        Q    Okay.  And Dean Wilson at the time said that
 7   this tweet was an exercise of Mr. Reynolds' First
 8   Amendment rights and that she -- and that,
 9   nevertheless, the tweet offended many members of our
10   community and beyond.
11             And I -- and she understood the hurt and
12   frustration they feel; correct?
13        A    Correct.
14        Q    You still have authority over Glen Reynolds
15   today, don't you?
16        A    He's on our faculty as of right now, yes.
17   In the law school.
18        Q    So there are a lot of people who are very
19   offended by his tweet; correct?
20        A    I'm sure there are.
21        Q    Why is nothing being brought against him?
22        A    Right now?
23        Q    Yeah.
24        A    Why would anything be brought against him
```

1    about something that happened in 2016?

2         Q    Because a lot of people are upset about it.

3         A    Well, it -- people have not come to me about

4    that.

5              And I -- I would say that I don't feel --

6    I've said this publicly, I'm not responsible for the

7    decisions that a previous chancellor made, and I -- I

8    really can't speak to that.

9         Q    But you have authority to fire him now, if

10   you wanted to.

11        A    Not for something he did under another

12   chancellor five or six years ago.

13        Q    Why not?

14        A    I don't have that authority.

15        Q    Why do you claim you do not have that

16   authority?

17        A    I don't know.  That's how I see my role.

18        Q    Okay.

19        A    I go back digging up stuff from the past and

20   saying, "Oh, I want to make -- I want to take some

21   position about that now myself."

22             I would -- that has no credibility.  No.

23        Q    Do you have any idea what the University of

24   Tennessee did after Professor Reynolds' tweet, like as

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1  far as an investigation is concerned?
 2       A    I don't.  No.
 3       Q    Did you look into that?
 4       A    No.
 5       Q    Okay.  If you look at the second page of
 6  this article, it talks about it a little bit.
 7            And it says that, "Wilson wrote that the law
 8  school's investigation included an examination of the
 9  facts, policies, and the university's faculty
10  handbook, and the law.
11            "She said she also talked to Reynolds,
12  university leadership, and the general council, as
13  well as students, staff, faculty, alumni council, and
14  the Dean Circle"; correct?
15       A    Correct.
16       Q    Now there's a lot of that you did not do;
17  correct?
18       A    With -- with regard to Glen Reynolds?
19       Q    No.  With regards to Dr. Shirinian.
20       A    I'm not sure what your point is.  What --
21  I -- say that again.  What is the question?
22       Q    You didn't talk to students; correct?
23       A    About Dr. Shirinian's post?
24       Q    Correct.
```

```
 1        A    No.  I did not.

 2        Q    Before acting?

 3        A    No.

 4        Q    You did not talk to staff members that she

 5   worked with; correct?

 6        A    Correct.

 7        Q    You didn't talk with faculty she worked

 8   with; correct?

 9        A    Correct.

10        Q    You didn't talk with her -- the dean of her

11   college; correct?

12        A    I didn't.

13        Q    Okay.  Did anyone for you do any of these

14   things?

15        A    I don't know if Dr. Zomchick spoke with RJ

16   about this ahead of time.  I don't know.

17        Q    Okay.  Did you talk to her department chair?

18        A    No.  I did not.

19        Q    Okay.  Do you disagree with what Dean Wilson

20   did in this case?

21        A    I -- I don't have a comment on it because I

22   don't know the situation, the setting.

23             I think every situation has its own context.

24   This was almost ten years ago.
```

www.veritext.com                Veritext Legal Solutions                800-556-8974

1    Q    If someone did that today, what would you
2    do?

3    A    I can't say what I would do.  The same
4    situation, Charlotte, the same thing happens here, and
5    this happened, I -- I don't know.  I'd have to be part
6    of the moment, the context, the history, the setting.

7         All I know, I'm responsible for the setting
8    as it is now and the faculty who work for this
9    university now.  I'm not responsible for what happened
10   in the past.

11   Q    Do you think what the university does or
12   does not do in the past, does that have anything to do
13   with what they do or do not do currently?

14   A    I will say this, I'm not sure I understand
15   your question.  I don't feel bound by the decisions
16   that previous chancellors made or the way they handled
17   conflicts.

18        I do it in a way that I think is appropriate
19   and that is consistent with the mission of the
20   university, as I see it now and as I'm responsible for
21   executing on.

22   Q    Did you contact any of the lawyers at the
23   law school about this?

24   A    No.

```
 1       Q    Did you contact any other lawyers, outside
 2   of those You spoke with that one night.
 3       A    Any other law school faculty?  Any other
 4   lawyers?
 5       Q    Any other lawyers.  Yes, ma'am.  With
 6   regards to Dr. Shirinian.
 7                 MR. FITZGERALD:  Outside of the Office
 8   of the General Counsel?
 9   BY MR. BIGELOW:
10       Q    Outside of the Office of the General
11   Counsel?
12       A    I spoke to a lawyer.
13       Q    Who is that?
14       A    Personal lawyer.  When I saw this was a
15   personal, and I don't feel I'm responsible for sharing
16   the content of that conversation --
17       Q    I'm not asking you to share the content.
18   I'm just saying, who was that lawyer?
19       A    I can't remember his name.  That's
20   embarrassing.  I'll get it for you.
21       Q    And when did you call?
22       A    And I paid him for my services.  I spent one
23   hour with him.
24       Q    When was that?
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

1      A     Would have been sometime this fall, after
2   receiving notice from our lawyers from you that now --
3   now there was going to be a possible personal
4   liability, I went and talked to a lawyer to get some
5   advice.
6      Q     If you would, please turn to Exhibit 15.
7            And that's the board of trustees' policy for
8   affirming principles of free speech; correct?
9      A     Correct.
10     Q     Did you look at this policy prior to issuing
11  a decision?
12     A     I have looked at this policy several times.
13  So did I look at it Sunday morning, Sunday night,
14  Monday morning.  I don't -- I don't know that I did or
15  not.  I -- I looked at it in the course of putting
16  together those letters.
17           So, somewhere in there, I saw -- I looked
18  at -- I reviewed this again, but --
19     Q     If you would, turn to page two, specifically
20  Section 3C, where it says, "The university must be
21  committed to maintaining a campus as a marketplace of
22  ideas for all students and all faculty in which the
23  free exchange of ideas is not to be suppressed because
24  the ideas put forth are thought by some, or even by

```
1    most, members of the university community to be
2    offensive, unwise, immoral, indecent, disagreeable,
3    conservative, liberal, traditional, or radical, or
4    wrongheaded."
5              In your viewpoint, why does what
6    Dr. Shirinian -- why does her comment not fall within
7    that?
8         A    Her comment has nothing to do with
9    marketplace of ideas, opinions, politics.  It is a
10   egregious, reckless action, taken at a time when the
11   country is on edge because this murder on a college
12   campus has just happened.
13             There's nothing in this that is about an
14   exchange of ideas.
15        Q    Okay.  Let's delve further into that.  So
16   you said, initially, it has nothing to do with
17   politics.  Would you agree that Charlie Kirk was a
18   political figure?
19        A    Sure.
20        Q    Okay.  So the post itself, it says, "I have
21   unfriended four people since Kirk's assassination."
22        A    That's not the post that's of concern to me.
23   The post I'm responsible -- the person I'm responsible
24   for, is Dr. Shirinian, who said the world is better
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1  off without him, his kids are better off living in a
 2  world without a disgusting psychopath like him and his
 3  wife.  Well, she's a sick fuck for marrying him.
 4          That's my concern.  Not the one above.
 5      Q    I understand that, but, again, it cannot be
 6  read -- I mean, maybe you did read it without looking
 7  what the main post was, but it is a comment to a post.
 8          It's not just -- she didn't just say that
 9  out of Dr. Shirinian didn't say that out of nowhere.
10          Would you agree that she said that in
11  response to the post?
12      A    That's where it lies, but it is irrelevant
13  to me.
14      Q    So the initial post is irrelevant to you?
15      A    Correct.
16      Q    Okay.
17      A    I'm not responsible for that person.  I'm
18  responsible for the organization where this person
19  works.
20          And this post undermined the trust of the
21  public in this public university.  It damaged the
22  reputation of our university.  And it -- it,
23  potentially, could have caused great havoc and
24  jeopardized the safety of people on our campus.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1   That's the post of my concern.

 2        Q    So all you're concerned about is this?

 3   This --

 4        A    I'm concerned about the -- this went viral

 5   and people's reaction about why would a university

 6   professor post something like that?

 7        Q    So, if you're only looking at this and not

 8   at this -- when I say "I'm," I -- that's a horrible

 9   question, and that's my first horrible question I've

10   asked.

11             If you're only looking at Dr. Shirinian's

12   comment and not the post itself, how do you know who

13   this is about, "The world is better off without him in

14   it"?

15        A    Well, obviously, anyone who read this note

16   knew who that was in reference to.

17             But this person, Hasmik Geghamyan, that's

18   not somebody I'm responsible for.  That person doesn't

19   work for the university.

20        Q    Ma'am, that's not my question --

21        A    This person works for the university.

22        Q    That's not my question.  My question is, how

23   do you know who Dr. Shirinian is referring to?

24        A    Okay.  I -- it says, "Kirk's assassination,"
```

```
 1   so I did, I guess, reference it, or other people
 2   retweeted it and -- and you saw that.
 3          But I'm not --again, my responsibilities
 4   don't have to do with this person.
 5      Q    But so you did read the initial post?
 6      A    Sure.  I read it.
 7      Q    And you did know that she was responding to
 8   the initial post --
 9      A    What you asked me about --
10      Q    -- otherwise, it makes no sense.
11      A    -- was about his politics, what I understand
12   of that text.
13      Q    Yeah.  Specifically, I mean, the initial
14   post says, "I get it.  They're mourning him because of
15   his messages, but the content of his message was full
16   of hate, genocide apologia, and bigotry, yet, they're
17   treating him like the next best thing since Jesus."
18      A    And your question?
19      Q    You didn't care about that part?
20      A    I cared about this, and a university faculty
21   member being on social media where thousands, and
22   thousands, and thousands of people saw this.
23      Q    But did you care about the rest of the
24   sentences of the initial post, other than the first
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1   sentence?

 2        A    No.

 3        Q    You did not?

 4        A    Not really.

 5        Q    Okay.  Do you believe you should have cared

 6   about it?

 7        A    No.

 8        Q    Do you believe that the first post has

 9   anything to do with the exchange of ideas?

10        A    That's not the post in question that I'm

11   responsible --

12        Q    That's question to you, Counselor -- or

13   Chancellor.

14             Do you believe that the initial post has

15   anything to do with the free exchange of ideas?

16        A    It has more in it than this one does.  This

17   one has none.

18        Q    Or, perhaps, someone could read it to say,

19   "I agree with you, in that his messages were full of

20   hate, genocide apologia and bigotry, and I'm glad the

21   world is not in it with him anymore"; correct?  That

22   could be read like that?

23        A    It could be read all sorts of ways, I'm

24   sure.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

1      Q    For sure.  For sure.  But you chose to read
2  it how you wanted to read it?
3      A    I chose to read it as it says there, his
4  kids are better off living in a world without their
5  father.  His wife is a sick F-U-C-K.  That's what I
6  read.  That's what's here.  That's the issue.
7           And our faculty member posted it.  That's my
8  concern.  And what -- what the intent was of the
9  person who posted it, this is what was posted, and
10  this now represents the university and its mission,
11  for which I'm responsible.
12      Q    You don't know the intent because you didn't
13  ask before --
14      A    It doesn't matter.  What matters is these
15  words, written by a professor at the University of
16  Tennessee.
17      Q    Are you aware of President Boyd paying money
18  to a campaign that he ultimately found out was
19  bigoted -- a political campaign that he ultimately
20  found out was bigoted?
21      A    I'm not sure I know exactly what you're
22  referring to.
23      Q    Okay.  So you don't know what I'm talking
24  about?

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1        A    I -- I don't know if -- if I do or not.  I
 2   know that he -- it was in the newspaper in the last
 3   few years about hosting a breakfast for someone whose
 4   views -- you know, I -- I don't know.
 5             I'm not sure where you're going.  What's
 6   your question?
 7        Q    No.  So you do know about it?
 8        A    Is that the one you're talking about?
 9        Q    Yes, ma'am.
10        A    Why don't -- if you describe the specific
11   one --
12        Q    -- you're spot on.  So my point is this,
13   ultimately, is it your understanding that President
14   Boyd apologized and said, "Oh, I shouldn't have done
15   that"?
16        A    I believe he did.
17        Q    Should he have been given the chance to
18   apologize?
19        A    Should he have been given -- he took the --
20   it -- he did it.  He initiated it.
21        Q    Okay.  If you or if the board had fired him
22   after his initial donation, would that have been -- do
23   you think that would have been fair?
24        A    I really don't -- I -- that question, I -- I
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
1    don't know -- I don't know how -- what that has to do
2    with this.
3        Q    Has a lot to do with it, but that's okay.
4    I'm just asking you the question.
5            If the board, if one of the faculty members
6    donated, or if someone in your university donates, to
7    a campaign of a bigot, should that person be fired?
8                MR. FITZGERALD:  Object to the form.
9    Hypothetical.
10   BY MR. BIGELOW:
11       Q    You can answer.
12       A    I don't think Randy Boyd should have been
13   fired for what he did, if that's what you're asking
14   me.
15       Q    That's not my question.  If someone donated
16   to the campaign that -- of a bigot, and they work at
17   the university, should they be fired?
18       A    Faculty members can donate to whatever
19   political campaigns they want to as a -- as an
20   individual.
21       Q    Why?
22       A    Why can they?
23       Q    Yeah.
24       A    They're citizens.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1        Q    Okay.

 2        A    And they have a right to their opinions

 3   about who they're going to vote for and who they

 4   support.  We ask them not to do it on university --

 5   representing themselves as a university official.

 6        Q    What if they donated to the KKK as a

 7   citizen?

 8        A    That's their choice.

 9        Q    Okay.  If you would, look at Exhibit 9.

10        A    Okay.

11        Q    Thank you, Chancellor.  And what is Exhibit

12   9?

13        A    It's titled, "Philosophy on Institutional

14   and Leadership Statements."

15        Q    And is this a policy that's currently in

16   effect, a system-wide policy?

17        A    I'm assuming it is.

18        Q    Okay.  It says on here the effective date

19   was --

20        A    Yeah --

21        Q    -- 3/3/25; correct?

22        A    Uh-huh.

23        Q    It says, "The principal mission of the

24   University of Tennessee is the pursuit and the
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1   dissemination of knowledge through teaching, research,
 2   and service"; correct?
 3        A    Correct.
 4        Q    How did Dr. Shirinian's comment strike
 5   against that principal mission?
 6        A    Classroom instructors have a responsibility
 7   for modeling to students, young people, children of
 8   the citizens of the state, respectful interaction and
 9   discourse around the multiple viewpoints that are
10   represented on the campus.
11             And that post was completely the opposite of
12   respectful engagement.  And our instructors have a
13   responsibility to be role models.  Educating students
14   is fundamental to what we do here.
15             And it -- every single one of those three
16   things require the public's trust and the public's
17   belief that we are delivering on the mission of the
18   university.
19             And I've said it, I'll say it again, that
20   tweet, that -- that post undermined that.
21        Q    Would donating to the KKK be within the
22   pursuit of the university missio?.
23        A    Somebody's political views --
24        Q    But you said -- go ahead.  I'm sorry.  I
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
1    didn't mean to interrupt you.
2         A    Whoever someone -- donations to a political
3    campaign are someone's business.
4              That's very different than calling a public
5    figure who was murdered on a college campus, in the
6    moment right after it happened, the -- the kinds of
7    things that were in that tweet.  That's not even
8    comparable.
9         Q    But that's just your viewpoint; correct?
10        A    That's the viewpoint of the chancellor of
11   the University of Tennessee Knoxville.
12        Q    It's not everyone's viewpoint.
13        A    Okay.
14        Q    Would you agree with that?
15        A    Sure.
16        Q    Okay.  When you were talking about it's okay
17   if -- as long as they donated to the KKK in their
18   individual capacity; right?  Like their personal
19   private capacity as opposed to not on behalf of the
20   university; correct?  That's what you said.
21        A    That's the way people make the donations.
22   Yeah.
23        Q    Okay.
24        A    We would not want a department to make a
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

1    donation, but an individual can do what they want.

2         Q    For sure.  Agreed.  Let's continue.

3              "To foster this mission, when speaking in

4    the name of -- on behalf of the university or any

5    university unit, university employees shall honor the

6    principle of institutional neutrality and refrain from

7    making statements on disputed political, moral, and

8    religious topics."

9              Explain to me what the principle of

10   institutional neutrality is.

11        A    What that means is that we do not believe

12   that it's the university's responsibility to comment

13   on the political issues of the day or -- unless it

14   directly relates to our mission as a -- as a campus,

15   teaching, research service.

16        Q    Where does it say that second part, "unless

17   it relates to the mission"?  Where does it say that?

18        A    If it was a campus-specific issue, we would

19   speak to it.  But we're -- we have no -- we're never

20   going to take a political position as a university.

21   The chancellor's, the presidents.  That's not what we

22   do.

23        Q    My question was where does it say the second

24   part of what you said?  It doesn't say that, does it?

Case 3:25-cv-00528-KAC-JEM    Document 45    Filed 01/21/26    Page 76 of 363
PageID #: 655

```
 1   That's what you interpreted to mean; right?

 2        A    Okay.   That's how I would approach it.

 3        Q    Yeah.   But, in fact, it doesn't just say,

 4   "political," it also says "moral"?

 5        A    Correct.

 6        Q    Right?  So, when you say, "This is

 7   despicable what you did, Dr. Shirinian.  No one should

 8   ever do this.  This is horrific," that's your moral

 9   position; correct?

10        A    My position, as the CEO of the campus, is

11   that that statement hurt the university.  It damaged

12   us.  And I'm responsible.

13        Q    But you're making a moral position on that.

14   You're saying, "This is despicable.  I find this to be

15   despicable."  That's your moral position, is it not?

16        A    It's -- it is my position as the chancellor.

17   I'm responsible for how the public views the

18   university and how we deliver on our mission.

19             And I'm responsible for stewarding the trust

20   that we've built up here.  So that's -- that's part of

21   my job.

22        Q    Why should you get to decide what's moral

23   and what's not?

24        A    I -- I don't -- I -- I think you're -- who
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
1   says -- I -- I don't know what you're talking about.
2   I mean, who says --
3        Q    Some --
4        A    -- I get to decide?
5        Q    You said, "This is despicable.  This is
6   horrific."  Other people might say, "It's not
7   despicable."  Other people might say, "You know what?
8   I agree."
9        A    I'm sure they do.  They're not the CEO of
10  the campus.
11       Q    Right.  So why do you get to decide?
12       A    I'm the CEO.  I'm in charge of this campus.
13       Q    So that's why you get to decide what's moral
14  and what's not?
15       A    I get to decide about the behavior of our
16  faculty and staff and how -- how people should be held
17  accountable.
18            If I feel like they're -- if I determine
19  that they're undermining the mission of the university
20  and if what they do jeopardizes the safety,
21  potentially -- which that tweet did, that comment did,
22  and if it jeopardizes the potential safety of the
23  campus.
24       Q    Did Dr. Shirinian make that comment on
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1   behalf of the university?
 2        A    It doesn't matter to me.
 3        Q    Okay.
 4        A    It's a public --
 5        Q    Do you know if that matters under the law?
 6   Do you know?
 7        A    I'm not a lawyer.  I don't know.
 8        Q    You don't know if it matters whether she
 9   said something in her private capacity or whether she
10   said something as a --
11        A    A matters to what?  To whether she gets to
12   be employed here or if she had -- gets to do that as a
13   citizen of the United States?
14        Q    Whether she gets to be employed here.
15        A    I don't think the law would -- would --
16   determines that.
17                   MR. FITZGERALD:  Object --
18                   THE WITNESS:  But I'm not a lawyer.
19                   MR. FITZGERALD:  Object to the form --
20   asking legal questions.
21                   MR. BIGELOW:  It's not a legal
22   question.
23   BY MR. BIGELOW:
24        Q    "Public statements" -- we'll go on, "Public
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1  statements in the name of the university should be
 2  avoided, except where determined by the president, the
 3  chancellor of a campus, or vice president of the
 4  Institute of Public Service to be appropriate to
 5  address an issue that bears materially and directly on
 6  the university's core mission."
 7       A    That's exactly the second part.  It said
 8  better than I did of what I was talking about earlier.
 9       Q    What is the core mission of the university?
10       A    The core mission of the university is the
11  education of young people or education of people who
12  enroll here, it's the discovery of new ideas, and it's
13  serving the greater community.  That's the mission.
14       Q    What's the role of the university?
15       A    The role of the university?
16       Q    Yeah.
17       A    I just -- I just laid it out.
18       Q    Okay.  Because this says, "The role of the
19  university is to provide an impartial platform for
20  scholarly debate.  It is not to settle those debates."
21       A    I agree with that.
22       Q    So if people could view --
23       A    This is --
24       Q    If people could view Dr. Shirinian's
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1    comment, if some people could view it as horrific, and
 2    some people could say, "You know what?  I agree with
 3    that.  I don't think it's horrific.  I think that's
 4    correct," people can debate that; correct?
 5         A    What are they debating, whether his wife is
 6    a sick fuck?  What do you mean by that?  That's not an
 7    idea.  What is that?
 8         Q    I'm talking about whether the world is
 9    better off without Charlie Kirk in it.
10         A    You can debate that, but if you're going to
11    put that out there, where the whole world knows that a
12    university professor has said that, you've put
13    yourself at risk.
14         Q    But you settled that debate, didn't you, as
15    far as the University of Tennessee is concerned?
16         A    I didn't enter into that debate.  I
17    terminated -- I put -- I put Professor Shirinian on
18    administrative leave.
19         Q    But, in doing that, you settled that debate.
20         A    That's your opinion.
21         Q    Would you agree with that?
22         A    No.
23         Q    You don't?  Okay.
24         A    My actions weren't about Charlie Kirk.  My
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1    actions were about Dr. Shirinian.
 2         Q    Because you ignored Charlie Kirk.
 3         A    My actions have to do with the conduct of
 4    professor at the University of Tennessee.
 5         Q    So you took it in a vacuum, you took her
 6    comment in a vacuum?
 7         A    Is that a question?
 8         Q    Yes.
 9         A    No, I didn't.
10         Q    You didn't.  So you looked at all the things
11    Charlie Kirk said and whether the initial post might
12    have some validity to it.  You did that?
13         A    No.
14         Q    You didn't look into whether Charlie Kirk
15    might have messages full of hate; right?
16         A    We've been over this before.
17         Q    Right.  So you took it --
18         A    I said earlier, the original post --
19         Q    -- you did not?
20         A    -- is irrelevant to me.
21         Q    Right.  So, again, you took it in a vacuum?
22         A    That's -- those are your words.
23         Q    Okay.
24         A    I don't agree with that.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

1      Q     Were you institutionally neutral when you
2   made your decision?
3      A     Institutionally neutral about Charlie Kirk
4   has nothing -- this isn't about Charlie Kirk.
5      Q     Institutionally neutral about
6   Dr. Shirinian's comment.
7      A     That's not what institutional neutrality is
8   about.  I am not neutral about her comments.  I found
9   them abhorrent and risk for the university's safety.
10     Q     It says, "The position of institutional
11  neutrality is not intended to limit the speech of the
12  university's community acting or speaking as
13  individuals in their own names and not in the name of
14  the university."
15          Did you not limit her, Dr. Shirinian's,
16  speech speaking as an individual in her own name and
17  not in the name of the university?
18     A     Once again, there was nothing in that post
19  that had anything to do with ideas.
20          It was a cavalier representation of human
21  life and death on a college campus, that happened on a
22  college campus, at a time when the whole country was
23  worried there could be more of this.  It was reckless.
24     Q     In your opinion?

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1        A    Yes.

 2        Q    And you could also see how someone could

 3   read it that her response, her comment, was in

 4   response to the post, which talks about his messages;

 5   correct?  And his ideas?  You could see how someone

 6   could read it that way, can't you?

 7        A    It doesn't matter to me.  What matters to me

 8   is what she put down there.

 9        Q    That's not my question, ma'am.  My question

10   is, if you could see that someone could read it that

11   way.

12        A    People could read anything they want into

13   anything that's in print.

14        Q    I'm going to continue for a moment.

15        A    Okay.

16        Q    "Rather, institutional neutrality allows the

17   university to be a true marketplace of ideas in which

18   students, faculty, and staff have the broadest

19   possible attitude to speak, write, listen, challenge,

20   learn, and discuss any issue.

21             "However, when acting in a personal capacity

22   as a citizen, an employee of the university speaks

23   publicly or writes for publication, the employee shall

24   take care to ensure that the employee statements are
```

```
 1   not reasonably interpreted as being made on the behalf
 2   of the university.
 3           "Likewise, the position of institutional
 4   neutrality is not intended to limit faculty members'
 5   academic freedom, as recognized by board policy BT 006
 6   and campus faculty handbooks"; correct?
 7       A   Correct.
 8       Q   Okay.  And it says, "Questions about this
 9   policy, including questions about whether particular
10   activities are subject to this policy, should be
11   directed to the general counsel of the university";
12   correct?
13       A   Correct.
14       Q   Okay.  Are you relying on any sort of advice
15   of counsel as a defense in this case?
16       A   I'm not sure what you mean by that.  I have
17   consulted general counsel about this entire case.
18       Q   No.  What I'm asking you is, are you relying
19   on it as a defense?
20           For instance, if -- I'm just going to give
21   you a for instance.  I'm not telling you to --
22       A   Yeah.
23       Q   -- tell me what anyone who is in the counsel
24   said -- general counsel said to you.
```

www.veritext.com            Veritext Legal Solutions            800-556-8974

1          But, for instance, if someone in -- who is a
2   lawyer said, "You know what?  You're totally fine as a
3   institution under the First Amendment.  You're good to
4   go," you, if you wanted to, could use it as a defense,
5   being like, "Hey, so and so told me I'm -- there's no
6   issues with the First Amendment."
7       A    I could do that.  I think it would be
8   unwise.  I use general -- I use the counsel as my --
9   they advise me on the risks of things.  They -- they
10  make recommendations as how they understand the law.
11         And, at the end of the day, I make the
12  decisions, not the lawyers.
13      Q    Why would that be unwise, though?  I mean,
14  you're -- like you've said, you're not a lawyer,
15  you've said that in one of your answers, and this is a
16  legal issue.
17         So, if one of your lawyers said to you, "You
18  know what?  You are totally fine under the First
19  Amendment," why would you not say to the university,
20  "Ryan Stinett, who is our general counsel, said we're
21  totally fine under the First Amendment.  There's
22  nothing to worry about."  Why would you not say that?
23              MR. FITZGERALD:  Well, I object to the
24  question --

```
 1                    MR. BIGELOW:  You're welcome.  You're
 2    welcome to object.
 3                    THE WITNESS:  It's -- let's be clear.
 4    I took this action, I made this decision, because I
 5    believe that faculty who work for this university have
 6    a responsibility to conduct themselves publicly in a
 7    way that doesn't undermine the trust of the public and
 8    doesn't put at risk the campus.
 9                    I made that decision, not the lawyers
10    did.
11    BY MR. BIGELOW:
12        Q    Okay.  Did you take the law into
13    consideration?
14        A    I got advice from lawyers.  Yes.
15        Q    You're choosing not to have advice of
16    counsel as a defense; correct?
17        A    I don't think I understand what that means.
18        Q    Okay.  So, in some cases, and let me just
19    give you a little --
20                    MR. FITZGERALD:  Rob, she's filed an
21    answer.  She's in -- raised her affirmative defenses.
22    It's not on there, so I think that answers the
23    question.
24                    MR. BIGELOW:  Okay.  That's fair.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1                    THE REPORTER:  Just a heads up, I need
 2    to move my car so it doesn't get towed.
 3                    MR. BIGELOW:  Okay.  Why don't we take
 4    a 20-minute break, and then, maybe if we can order, so
 5    we can have lunch, at least, for --
 6                    MR. FITZGERALD:  I just ordered --
 7                    MR. BIGELOW:  You already did.  Thank
 8    you so much.  I really appreciate it.
 9                    THE REPORTER:  -- off --
10                    MR. BIGELOW:  Awesome.
11                    Yeah.  Let's go off the record.
12                    THE VIDEOGRAPHER:  We are off the
13    record.  The time is 12:46.
14                    (Off the record.)
15                    THE VIDEOGRAPHER:  We are on the
16    record.  The time is 1:23.
17    BY MR. BIGELOW:
18         Q    Going to hand you a packet that we're not
19    going to take too much time with.
20              Again, this is from your Higher Ed
21    subscription, Inside Higher Ed; correct?
22         A    Yes.
23         Q    And it's dated Monday, September 15th, 5:37
24    a.m.
```

www.veritext.com                Veritext Legal Solutions                800-556-8974

```
 1              And, in the second page, there's an article
 2    about the president's administration withholding $660
 3    million for college access programs; correct?
 4         A    Where is that?  On the second page?
 5         Q    Hopefully.
 6         A    Okay.
 7         Q    And then, under it, it says, "Five more
 8    faculty staff removed for Kirk comments."
 9         A    Okay.
10         Q    Are you aware of any faculty around the
11    nation who have been removed for commenting about
12    Charlie Kirk, other than Dr. Shirinian?
13         A    I am aware that, at other universities,
14    faculty were removed.
15         Q    And have you spoken with administration in
16    any of those universities or colleges?
17         A    Not about those events, but, within the SEC,
18    the chancellors and presidents talk once a month about
19    campus issues.
20              So we've talked, in general, about how we're
21    handling political unrest and whatever, but not about
22    these specific cases.
23         Q    Have you -- and when I say "spoken with," I
24    shouldn't have limited to spoken with, I --
```

www.veritext.com                Veritext Legal Solutions                800-556-8974

```
 1   communicated with.  Have you communicated with any

 2   other individuals at other universities about people

 3   like Dr. Shirinian who have been terminated for --

 4        A    I have communicated with a few presidents

 5   who had similar issues.  One would be Brian Noland.

 6             But I -- but I don't know any of the detail

 7   about those.

 8        Q    And who are the others?  Brian Noland is

 9   where?

10        A    One, another one, I remember is Jim Clements

11   at Clemson, although he stepped down recently.

12        Q    And where is Brian Noland?

13        A    East Tennessee State.

14        Q    Have you spoken with anyone else, other than

15   that, like any other in Tennessee?

16        A    Those are the ones that come to mind, that

17   I'm thinking of right now.

18        Q    Have you spoken with anyone at Austin Peay?

19   University?

20        A    No.

21        Q    Have you spoken with anyone at MTSU?

22        A    No.

23        Q    Okay.  Are you aware that other universities

24   have put people who have said things about Charlie
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1   Kirk -- placed them back into teaching?

 2        A    I'm aware of that.

 3        Q    Are you aware of other -- what universities

 4   have done that and -- as far as what you know?

 5        A    I know that the court in Texas and the court

 6   in South Dakota, those are the two I know about -- I

 7   know about.

 8        Q    Okay.

 9        A    The judge, I believe, said you need to

10   rehire them or something.

11        Q    Have you read about the recent Austin

12   Peay --

13        A    No.

14        Q    -- professor who was placed back in the

15   settlement in that case?

16        A    No.  I have not.

17               MR. BIGELOW:  Okay.  So let's put this

18   as Exhibit 31.

19               (Exhibit 31 was marked for

20               identification.)

21   BY MR. BIGELOW:

22        Q    I am handing you an email from Carey

23   Whitworth to a bunch of different people, including

24   yourself.  And it addresses an email received by
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

1   Representative Chris Todd.

2          Who is Representative Chris Todd?

3     A    Chair of the House Ag and Natural Resources

4   Committee.

5     Q    Why, if at all, is that relevant to the

6   University of Tennessee?

7     A    I don't know.  I can't -- I don't know why

8   Carey -- Carey updates us and sends us things.  I

9   can't answer that question.  I don't know.

10    Q    Okay.  Does he have anything to do with how

11  much -- does Representative Todd have anything to do

12  with the money the University of Tennessee gets or

13  does not get from the state?

14    A    The entire legislature has to do with that.

15    Q    Okay.

16    A    Every single one of them vote on the budget

17  every year.

18    Q    Okay.  Is that a concern of yours, with

19  regards to how you treated this case?

20    A    No.

21    Q    Okay.  Do you recognize that an overwhelming

22  majority of -- actually, let me ask you, of the

23  politicians who contacted you or your administration

24  as far as the political divide, were any of them

1   Democrats?

2       A    I believe I had one email from a
3   representative.  It wasn't a Democrat.  I didn't get a
4   ton of -- you know, you're -- you're inferring that I
5   got a lot of contact from people in the state
6   legislature.  That didn't happen.

7            I had one person send me a comment, and that
8   person is a Republican, but they are mostly
9   Republican, as we all know.

10      Q    Who was that person?

11      A    I don't remember.  It's in the record
12  somewhere.

13      Q    How did you know that they were a
14  Republican?  I'm just asking.  I mean, if you don't
15  know who they are, I'm -- how do you know they're
16  Republican?

17      A    I don't remember the person's name.

18      Q    Okay.  Is Representative Chris Todd a
19  Republican?

20      A    Yes.

21      Q    Okay.

22               MR. FITZGERALD:  We done with that?

23               THE REPORTER:  Not yet.

24               MR. BIGELOW:  Thirty-two, please.

```
 1                    (Exhibit 32 was marked for

 2                    identification.)

 3                    THE WITNESS:  Okay.  Doesn't have a

 4      number on it.  Oh, you're putting the number.  Okay.

 5      Got it.  That's your job.

 6      BY MR. BIGELOW:

 7          Q    Are you aware of the president, UTK

 8      president -- or Tennessee president, I'm sorry, not

 9      just UTK, posting on X about this?

10          A    I remember when he did.  Yes.

11          Q    Okay.  And what, if any, part did you play

12      in that?

13          A    I played no part in that.

14          Q    Okay.  Do you know anyone who did?

15          A    No.

16          Q    Okay.  Did he do that of his own accord, as

17      far as you know?

18          A    I don't know.  I don't know.

19          Q    Have you discussed that with him?

20          A    No.

21          Q    Okay.  This has been previously marked, and

22      I'm just going to use this, just -- I just hand it to

23      you.

24                    President Boyd's post, which is dated
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
1   September 15th at 8:22 a.m., states that, "Celebrating
2   or advocating violence and murder is reprehensible and
3   has no place at the University of Tennessee."
4           In your opinion, how did Dr. Shirinian,
5   we'll start with celebrate, how did she celebrate
6   violence?
7       A   She posted a statement that said the world
8   is better off without him, his children are better off
9   without the psychopath who was murdered on a college
10  campus.
11      Q   If Charlie Kirk had died in a different
12  manner, let's say he was hit by a drunk driver, would
13  you think that Dr. Shirinian's post would have been
14  celebrating drunk driving?
15              MR. FITZGERALD:  Object to the form.
16  Hypothetical.
17  BY MR. BIGELOW:
18      Q   You can answer.
19      A   I have no -- I don't know.  I don't even
20  follow that question.
21      Q   Okay.  So let's pretend that Charlie Kirk
22  had been killed by a drunk driver, and Dr. Shirinian
23  had posted the exact same post that -- the exact same
24  comment that she did.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1        A     The world is better off without him?
 2        Q     Would -- my question, however, is would
 3   Dr. Shirinian have been celebrating drunk driving?
 4        A     Some could have seen it that way.
 5        Q     Would you have seen it that way?
 6        A     I don't know.
 7        Q     You don't --
 8        A     It's hypothetical.
 9        Q     You don't know?
10        A     I don't know.  I don't know if I would have.
11        Q     Okay.  Would you have seen that as
12   advocating drunk driving?
13        A     I would have seen it -- I would have seen it
14   possibly as a somewhat careless attitude about
15   reckless behavior --
16        Q     Okay.
17        A     -- on the part of a truck driver.  I don't
18   know.  I -- I --
19        Q     That's fair.  Thank you.
20        A     Okay.
21                  MR. BIGELOW:  This is going to be 33;
22   correct?
23                  (Exhibit 33 was marked for
24                  identification.)
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1   BY MR. BIGELOW:
 2        Q     This is the letter that you sent to
 3   Dr. Shirinian on September 15th; correct?
 4        A     Correct.
 5        Q     And, in this letter, you state that this is
 6   providing her with notice of your decision to place
 7   her on administrative leave with pay, pending
 8   termination; correct?
 9        A     Correct.
10        Q     Did the president's X post have any
11   influence on you?
12        A     On what I wrote in this -- in this letter?
13        Q     On your decision?
14        A     No.
15        Q     You -- why did you decide to place
16   Dr. Shirinian leave with pay, as opposed to just
17   firing her?
18        A     I believe what I -- what I was saying in
19   this letter is I will send you another letter talking
20   about how we're going to proceed on the termination.
21              And it was not long.  It -- it didn't take
22   long before I knew that we heard from you, that she
23   had hired a lawyer.
24              But my decision was to -- the most immediate
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1   thing for me was removing her from the classroom until
 2   we sorted through all the rest of it.
 3        Q    What do you mean by sorting "through all the
 4   rest of it"?
 5        A    Figuring out how we were going to do this.
 6        Q    Has that been figured out?
 7        A    Well, it's taken a different turn because
 8   she's filed a lawsuit.
 9        Q    But she didn't file a lawsuit for a little
10   bit of time, though; correct?  I mean, you had time
11   between this and the lawsuit?
12        A    I believe that was because -- saying you
13   were gone, you were on vacation, is what I heard, and
14   it took about 50 days.
15        Q    All I'm asking you is, there was time
16   between this letter, significant time between this
17   letter and the lawsuit itself; correct?
18        A    Yes.
19        Q    And do you know what was the reason for
20   that?
21        A    I just said what I thought it was.
22        Q    Okay.  Because I was on vacation for 50
23   days?
24        A    I think it had to do with getting you to be
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1   able to set this all up, like schedule it.
 2        Q    Okay.  That's your understanding as to why
 3   there was a delay between you sending this to
 4   Dr. Shirinian and, ultimately, the lawsuit?
 5        A    I think I have lost track of the question
 6   there.
 7        Q    You -- I'm --
 8        A    You started by asking me why I had -- why
 9   didn't --
10        Q    Yeah.  You --
11        A    -- terminate her.
12        Q    That's right.
13        A    Because we were going to go through the --
14   this -- these -- an expedited process.
15             The expedited process got a little bit
16   hijacked, once we knew there was a lawsuit.  That's my
17   perspective.
18        Q    Okay.  What was that expedited process that
19   Dr. Shirinian could have gone through?
20        A    The expedited process, it was that I did not
21   use the go to the department head, go to the faculty
22   review of it, have the provost initiate it.
23             I decided, since I was the ultimate decider,
24   I was just going to decide and not put all the rest of
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

1    those people -- many of them would have been being
2    deposed, like we are today.
3              So all of their -- all of them would have
4    been a recommendation to me.  I'm the ultimate
5    decision maker, either way.  So that was the expedited
6    process.
7         Q    And what do you base that on?
8         A    Base what on?
9         Q    That you would have been the ultimate
10   decision maker?
11        A    That's my role.  Nobody is fired from the
12   university without -- no faculty member is ever fired
13   from the university without my signing off on it.
14        Q    Could the president fire someone?
15        A    The president fire one of our faculty
16   members?
17        Q    Uh-huh.
18        A    It's never happened, to my knowledge.
19        Q    That wasn't my question.
20        A    I don't know.  Whether he could?
21        Q    Yeah.
22        A    I don't think so.
23        Q    Can the board fire someone?
24        A    I don't know.  I mean, that's just not how

www.veritext.com          Veritext Legal Solutions          800-556-8974

1  it works.

2      Q    Who can the board fire?

3      A    They can fire the president, and the

4  president can fire me.

5      Q    Okay.  Can the board fire you?

6      A    I'm sure, if the board told the president

7  they wanted me fired, I'd be fired.

8      Q    Okay.  You write, "The administrative leave

9  is effective immediately and requires you to

10  discontinue any university-related business while on

11  leave.  As such, you will have no need to be on

12  campus."

13          And you say, "Violence on a university

14  campus wounds the heart of the academic mission, and

15  no statement endorsing a campus shooting can be

16  acceptable to an institution."

17          How did Dr. Shirinian's comment endorse a

18  shooting, a campus shooting?

19      A    The world is better off without him.  His

20  children are better off without that psychopath or

21  whatever the specific words are.

22          That's condoning -- in my view, condoning

23  violence and murder that happened on a college campus.

24      Q    That's just in your view?

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1        A     That's in my view.

 2        Q     Okay.  What does it mean to you to "endorse"

 3   something?

 4        A     Endorse means find acceptable.

 5        Q     Okay.  You write, "Your decision to post

 6   incendiary comments publicly at a time of heightened

 7   anxiety reveals that you do not have the competencies

 8   necessary to be an effective instructor."

 9              What are the competencies necessary to be an

10   effective instructor?

11        A     One of them is good judgment.

12        Q     So your claim was that, because of this

13   comment, Dr. Shirinian did not have sufficient

14   judgment to be a university professor?

15        A     She exercised terrible judgment in making

16   the decision to make that post, and then, go back into

17   a classroom of undergraduates.

18              To me, that was a terrible judgment, bad

19   decision making, that shows a lack of understanding of

20   what her role is.

21        Q     How is that different than someone

22   contributing to the -- money to the KKK?

23        A     I don't -- I don't understand your question.

24   How -- what does that even -- what does that have to
```

1    do with this?
2         Q    Well, earlier you said that, if someone
3    donated money to the KKK on their own time and as a
4    private citizen, you would not and could not fire them
5    from the University of Tennessee.
6              So how is that different than this?
7         A    A check is very different than a public
8    comment that goes viral, with thousands and thousands
9    of people seeing it, endorsing the death of someone
10   that a lot of young people looked up to.  A lot of
11   people didn't care about him.
12             And, at that moment in time, when every
13   president in the country was worried about another
14   such situation, it was reckless.
15        Q    Would you consider a faculty member writing
16   a check to the KKK to be incendiary and reckless?
17        A    It is not at all the same.
18        Q    What if they --
19        A    You're trying to make me say it's the same.
20   It's not the same.
21        Q    I'm not trying to make you say anything,
22   ma'am.
23             What if that professor had African American
24   students?  Would that be difficult for his or --

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1        A    How would they even know that he wrote the
 2   check or she wrote the check?
 3        Q    You can see it in donations or if someone
 4   outed them.  If someone said, "Bill Smith, professor,
 5   writes a check for $5,000 to the KKK."
 6        A    It's not the same.
 7        Q    Okay.
 8        A    As in a moment of a -- of a anxious nation,
 9   worrying about where there -- where the next shooting
10   is going to take place.  It's not at all the same.
11        Q    Are you still worried about that?
12        A    I worry about it every single day.
13        Q    Okay.
14        A    Part of my job is keeping this campus safe.
15   It's a huge part.
16        Q    So, if anyone now said anything similar to
17   what Dr. Shirinian said, you would fire them now as
18   well?
19        A    I have never seen anything as outrageous as
20   that post, to be honest with you.
21        Q    That's not my question.
22        A    And -- and the other thing is, I would say,
23   every situation, you look at the moment in time and
24   the setting.  If it was that reckless and that
```

1  threatening to the safety, yes, I would.

2       Q    If they did it today?

3       A    Uh-huh.

4       Q    Six -- five months removed?

5       A    If it -- if it was in the context of a

6  moment right now, where it could potentially lead to

7  or incite other people to do something crazy.

8            But I think you -- you keep asking me to

9  answer these hypothetical questions, which seems --

10      Q    Who decides what's incendiary?

11      A    I decided it, in this case.

12           MR. BIGELOW:  Okay.  Let's put that as

13  Number 33.

14  BY MR. BIGELOW:

15      Q    Did the opinions of students have any

16  relevance or did you give them any weight in your

17  decision to terminate Dr. Shirinian?

18      A    I received notices from students, current

19  and past.  I don't know that they were in her class.

20           I received emails from parents, citizens,

21  alums.  All of it affects how I think about something.

22      Q    Okay.  So yes?

23      A    So yes --

24      Q    That matters to you?

```
 1        A    Yeah.

 2        Q    Okay.

 3        A    But I don't make decisions like taking a

 4   vote of what people think.

 5                  MR. BIGELOW:  We put this as Exhibit

 6   34, please.

 7                  (Exhibit 34 was marked for

 8                  identification.)

 9   BY MR. BIGELOW:

10        Q    Some of these, we can go by quick, just so

11   you know, like, it's not going to take forever, even

12   though it may look like it.

13        A    Okay.  Okay.

14        Q    This is another email that was forwarded --

15   no, that was from you to Dr. Zomchick; correct?

16             It says, "Forward concerning post from

17   Professor Tamar Shirinian"; correct?

18        A    Yes.

19        Q    Did you call any of the students or alumni

20   to discuss this with them?

21        A    No.

22        Q    Okay.  When you received notice that

23   Dr. Shirinian had allegedly made this post -- or this

24   comment, I'm sorry, what, if any, efforts did the
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

1    university take to ensure that it was actually done,
2    that it wasn't just made up by someone in AI?

3         A    I -- I don't know.  I don't -- I did not
4    direct IT to go do that.

5         Q    Why not?

6         A    I didn't see it necessary.

7         Q    Could have been fake; right?

8         A    I said that earlier, I believe

9         Q    That it could have -- you agree?

10        A    My first question -- reaction was, the first
11   thing you showed me, surely, tell me, this is a fake.
12   Turns out it wasn't.

13        Q    It turns out it wasn't.  But between notice
14   that it was allegedly done and making a decision, you
15   never contacted IT to ensure that it was correct?

16        A    Is that a question?

17        Q    That is a question.

18        A    No.  I did not.

19        Q    So, in theory, what you could have done was
20   said something about something completely fake and
21   potentially destroyed someone's life?

22                  MR. FITZGERALD:  Object to the form.

23   BY MR. BIGELOW:

24        Q    Would you agree with that?

```
 1       A     No.

 2       Q     So, when President Boyd posted what he did,

 3  as far as you know, there was no one at the University

 4  of Tennessee who said, "This is a -- we absolutely

 5  know that this came from Dr. Shirinian"?

 6                    MR. FITZGERALD:  Object to the form.

 7                    THE WITNESS:  That never was raised.

 8  Dr. Shirinian admitted to me that she made the post.

 9  BY MR. BIGELOW:

10       Q     That was after you decided what was going to

11  happen; correct?

12       A     Correct.

13       Q     Okay.  As of this email, which is sent to

14  you -- who is McCauley Parks?

15                    (Exhibit 35 was marked for

16                     identification.)

17       A     She works in my office, and she helps me

18  with communication, social media.  She monitors the

19  public inbox.  So she was reporting how many, at this

20  moment in time, had come in on the public inbox.

21  BY MR. BIGELOW:

22       Q     She said, at this moment in time, you have

23  received two emails; correct?

24       A     Yeah.  That was Sunday at -- what it was --
```

```
 1   8:34.
 2        Q    Why does that matter, how many emails you
 3   received?
 4        A    I'm always trying to figure out what is the
 5   temperature, and what's going viral, and what isn't.
 6        Q    You mean based on how people view things?
 7        A    Based on whether or not there's going to be
 8   a safety risk, whether there's going to be a huge
 9   disruption to the campus.  So we monitor.
10        Q    Were they monitoring safety risk emails or
11   just regular emails?
12        A    It's one of the ways we look at potential
13   safety risks.  Has something gone viral?  Are we
14   getting lots of email?  What is the community thinking
15   of this?
16        Q    So we talked, earlier, about Professor
17   Reynolds; correct?
18        A    Correct.
19        Q    So if you received 3, 400 emails today about
20   Professor Reynolds and saying, "This is
21   irresponsible," and "How dare he," and "This is
22   horrible," would that matter to you?
23        A    About something he did ten years ago?
24        Q    Yeah.  If they --
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1        A    I wouldn't --

 2        Q    -- just found out about it now?

 3        A    I wouldn't respond about it.

 4        Q    Why not?

 5        A    It -- it -- that's not what happened.

 6   The -- the university knew about it, responded,

 7   investigated, and made a decision.

 8             So I can't -- I'm not -- I'm having --

 9   having trouble seeing the parallels.

10        Q    Well, one of the parallels is that the

11   university investigated and did a lot of steps with

12   that, and that this administration did not make a full

13   investigation.  That's one of the answers.

14        A    Okay.

15        Q    Only because you asked, so I answered.

16        A    Yeah.  Okay.

17                  THE REPORTER:  Mark this one?

18                  MR. BIGELOW:  Thirty-six, please.

19                  (Exhibit 36 was marked for

20                  identification.)

21   BY MR. BIGELOW:

22        Q    This is, do you know who Timothy Carnahan

23   is?

24        A    I do not.
```

Page 110

```
 1       Q    Okay.  Whoever that is, just sent this email
 2   to a whole slew of people; correct?
 3       A    Uh-huh.
 4       Q    Including a bunch of people in the world of
 5   politics, and including the Office of Research
 6   Compliance, and a whole bunch others; is that fair?
 7       A    Uh-huh.
 8       Q    Okay.  We can move on from that.  That is
 9   Exhibit 36.
10            What I just handed you is a letter from John
11   Zomchick, dated Sunday, September 14th, 8:54.  It's to
12   you and a number of other people.
13            And it states, "Concern regarding faculty
14   member Tamar Shirinian's public conduct."
15            Do you believe that her conduct was public
16   conduct?
17       A    Absolutely.
18               MR. BIGELOW:  Okay.  Could we marked
19   that as 37, please?
20               (Exhibit 37 was marked for
21               identification.)
22   BY MR. BIGELOW:
23       Q    This next exhibit is from Melissa Tindell.
24   Do you know who that is?
```

```
 1        A    Yes.

 2        Q    Who is that?

 3        A    She's now the Vice President of

 4   Communications and Marketing in the UT system office.

 5   She was acting at the time.

 6        Q    And she informs you and others, including

 7   President Boyd, that she was up to about 95 emails;

 8   correct?

 9        A    Where does that say that?

10        Q    It says it in the --

11        A    Oh, yeah --

12        Q    -- one sentence.

13        A    -- one.  Yeah.

14        Q    And that those emails have been forwarded to

15   Tisha?

16        A    Correct.

17        Q    Who is Tisha?

18        A    Tisha Benton.  I spoke of her earlier.  Vice

19   Chancellor for Campus Marketing and Communications.

20        Q    Okay.  Thank you.

21                  THE REPORTER:  Thirty-eight?

22                  MR. BIGELOW:  Yep.  That was 38.

23                  (Exhibit 38 was marked for

24                  identification.)
```

BY MR. BIGELOW:

    Q    This is an email from McCauley Parks to you.
And, at the bottom, it's an email from -- it includes
an email from James Gregory.

        Do you know who James Gregory is?

    A    I do not.

    Q    Okay.  Well, James Gregory sends this email,
and the third page, it has a -- looks like a
screenshot or something like that.  And one of the
screenshots is from this guy, Robbie Starbuck.

        Do you know who Robbie Starbuck is?

    A    I did not at the time.  I do now.

    Q    And when did you learn of when Robbie
Starbuck -- who Robbie Starbuck is?

    A    Somewhere in the midst of all of this.  Who
is this person?  Somebody emails an influencer among
the conservative movement, I guess you'd call him.  I
had never heard of him.

    Q    And what do you know about him?  What did
you learn about him?

    A    I didn't -- I don't know very much about
him.  I know he started this, and he does a lot of
stuff like this around the country, I guess.  I don't
know.  I don't know him.

```
 1      Q    Do you know any facts about Robbie Starbuck,
 2  other than what you told me?
 3      A    No.  I do not.
 4      Q    Okay.  Did you research him at all?
 5      A    No.
 6      Q    Okay.  Did you ask anyone to research him
 7  for you?
 8      A    No.
 9      Q    Why not?
10      A    I didn't see a purpose in that.
11      Q    Okay.  So, this guy, Robbie Starbuck,
12  basically says University of Tennessee must take
13  action and says, essentially, you need a fire, but you
14  have no -- you had no interest in seeing who this
15  person was and what he stood for or believed in?
16      A    No.
17           MR. BIGELOW:  Okay.  Have it be 39,
18  please.
19           (Exhibit 39 was marked for
20           identification.)
21  BY MR. BIGELOW:
22      Q    This is a email from McCauley Parks, and, at
23  the bottom, is a email from Charles Weaver; correct?
24      A    From Hadley Weaver, looks like.
```

Page 114

```
 1       Q    Hadley Weaver; correct?

 2       A    Yes.

 3       Q    Giving Hadley Weaver's viewpoint; correct?

 4       A    What?

 5       Q    Giving -- providing you with their view;

 6  right?

 7       A    Correct.

 8       Q    Okay.  And her father was the first

 9  chancellor at the University of Tennessee; correct?

10       A    I -- that's what it says.

11       Q    Do you know her?

12       A    No.

13       Q    Did you reach out to her?

14       A    No.

15            MR. BIGELOW:  Okay.  That's Exhibit 40.

16            (Exhibit 40 was marked for

17            identification.)

18  BY MR. BIGELOW:

19       Q    I just handed you, Chancellor, was a email

20  from Kyle Faulkner to Casey Whitworth; correct?

21       A    Carey Whitworth?

22       Q    Or Carey Whitworth, I'm sorry.  And the

23  subject is, "Letter to President Boyd"; correct?

24       A    Correct.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

1    Q    And, attached to it, is a letter from Rusty
2    Grills who is Rusty Grills.
3    A    He is -- represents District 77 in the State
4    of Tennessee.  He's in the House of Representatives.
5    Q    Okay.  Do you -- where is -- do you know
6    where District 77 is?
7    A    I do not.
8    Q    Okay.  And he's on the Ag and Natural
9    Resources.  He's the chairman, it says?
10   A    I don't -- does it say that?  I don't know.
11   Q    It does.  Yeah.  Yeah.  And what is
12   Representative Grills asking you to do?
13   A    It's one of many we got saying this is
14   unfortunate, it's inappropriate, I hope it -- I'm
15   bringing it to your attention.
16              MR. BIGELOW:  And Exhibit 41, please.
17              (Exhibit 41 was marked for
18              identification.)
19   BY MR. BIGELOW:
20   Q    This is dated Monday, September 15th, 11:48
21   a.m.  It's from McCauley Parks to you; correct?
22   A    She's forwarding me all of these.  She's
23   forwarding emails from the public chancellor's
24   account.

```
 1       Q    Absolutely.

 2       A    It's her job.

 3       Q    And it's from someone in Utah; correct?

 4       A    It says Layton -- Steve Bailing from Layton,

 5   Utah.  Correct.

 6       Q    And I guess I know the answer to this, but

 7   you did not contact Steve Bailing in Layton, Utah?

 8       A    No.

 9                 MR. BIGELOW:  Okay.  That's Exhibit 42.

10                 (Exhibit 42 was marked for

11                 identification.)

12   BY MR. BIGELOW:

13       Q    Again, this is another kind of the same --

14   along the same line of questioning.  It's someone

15   named Ron Solmonson.  And I would imagine you did not

16   contact Ron Solmonson either?

17       A    I did not.

18       Q    Okay.  That's --

19                 MR. FITZGERALD:  Can we stipulate that

20   all of the emails that came into Chancellor --

21                 THE WITNESS:  Right.

22                 MR. FITZGERALD:  -- were forwarded to

23   her and that she didn't respond to any of them?

24                 MR. BIGELOW:  That's fine.  Well, she
```

```
 1    did respond to some, though.  That's why -- so we
 2    cannot stipulate to that.
 3                    THE WITNESS:  No.  Well, what are
 4    you --
 5                    MR. BIGELOW:  Because she did respond
 6    to some of them.
 7                    MR. FITZGERALD:  Okay.  Let's --
 8                    THE WITNESS:  Those were text messages
 9    with my team.  I didn't respond to a single email like
10    this.
11    BY MR. BIGELOW:
12        Q    Okay.  Well, we'll just go through.  That's
13    Exhibit 43.
14                    (Exhibit 43 was marked for
15                    identification.)
16        A    Is this is the same one we just --
17        Q    Same one, except this one says, "Sharing
18    from the tarmac.  Deplaning now.  Randy, I'll call you
19    in a few"; fair?  So it's a little different.
20        A    Okay.
21                    MR. BIGELOW:  So we'll do this as 44.
22                    (Exhibit 44 was marked for
23                    identification.)
24                    MR. FITZGERALD:  This is Carey
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
1    Whitworth, is sharing from the tarmac.
2                    THE WITNESS:  Right.
3                    MR. BIGELOW:  That's right.  That's
4    right.  It says what it says.  I'm not saying that she
5    had said that.  I'm not suggesting that.
6                    MR. FITZGERALD:  Okay.
7    BY MR. BIGELOW:
8         Q    This is dated September 15, 2025, 12:58 p.m.
9    And it's a letter -- or an email to Dr. Shirinian
10   saying, "Please see the attached letter"; correct?
11            And this is --
12        A    No.  It -- okay.  Yes.
13        Q    Am I wrong?
14        A    It's the same letter we just looked at.
15        Q    Correct.  Correct.  I'm just -- wanted to
16   make sure that this was like -- I just wanted to get
17   the time in, that's all, which I did not do earlier.
18        A    Okay.
19                    MR. BIGELOW:  So it's going to be 45.
20                    (Exhibit 45 was marked for
21                    identification.)
22   BY MR. BIGELOW:
23        Q    This is one kind of along same -- it's from
24   McCauley Parks to you.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

1          But this one is a little different, in that,
2    this is from a student.  Did you afford, like, the
3    weight of these emails from students, any more weight
4    than you did just the general public?
5         A    I really can't answer that question.
6         Q    Okay.
7         A    Probably not.
8         Q    Okay.
9         A    If it had been a student in her classroom,
10   which I don't think I got one, would be different, you
11   know, I would have paid attention to it.
12        Q    Okay.  Did you get any comments or responses
13   from any students in Dr. Shirinian's class?
14        A    I don't -- I don't think I did.  I don't
15   know.  I wouldn't know.
16             I had -- I remember one email from someone
17   that was in a class of hers before, an alum.
18        Q    And that was at a positive email; correct?
19        A    No.
20        Q    It was not?
21        A    No.
22        Q    Who was that person?
23        A    I don't remember the name
24        Q    Okay.  You can get it, I'm sure; right?

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1        A     Uh-huh.
 2                    MR. BIGELOW:  Okay.  That's 46.
 3                    (Exhibit 46 was marked for
 4                    identification.)
 5                    MR. FITZGERALD:  What's 46?
 6                    MR. BIGELOW:  The one we just -- the
 7   one I just handed.
 8                    MR. FITZGERALD:  Okay.
 9                    MR. BIGELOW:  Which from a student.
10   BY MR. BIGELOW:
11        Q     This next one, Exhibit -- will be marked as
12   Exhibit 47, is an email from Representative Dan
13   Howell; correct?
14                    (Exhibit 47 was marked for
15                    identification.)
16        A     I think that's the one I told you earlier I
17   couldn't remember his name.
18        Q     Yeah.  And it says, "I commend you for the
19   swift action you took regarding the professor who
20   celebrated the assassination of Charlie Kirk.  You
21   have my gratitude and unwavering support"; correct?
22        A     Correct.
23        Q     So that's 47.  You responded to
24   Representative Howell; correct?
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

1      A    I did.

2      Q    Why did you respond to Representative Howell

3  and not all these other people, including students?

4      A    I believe that this was in the context of

5  some other emails that had to do with the Institute

6  for Civics, if I -- if I'm recalling this correctly,

7  and I could be wrong, about maybe we need to do some

8  programming around this.

9      Q    It's -- ma'am, I'm sorry to interrupt.  It's

10  not, actually, because it's in response to the email

11  that I just read you, which is just simply --

12      A    But I think that one was.  I don't know.

13      Q    No.  It's at the bottom of that same email.

14      A    Okay.

15      Q    It's, "Chancellor Plowman, I commend you for

16  the swift action you took regarding the professor who

17  celebrated the assassination of Charlie Kirk."

18      A    Okay.

19      Q    "You have my gratitude and unwavering

20  support."

21         And you responded, "Thanks for your message.

22  We need peace and love at this time, not hatred and

23  violence.  I appreciate you."

24         So my question remains, why did you respond

```
1   to him, but not all the students and not all -- anyone
2   else who was involved?
3       A    He -- I think he was the one and only
4   legislative person I heard from, and I responded back,
5   let him know I read that, read his email.
6       Q    Again, that's not my question, though.
7   Why --
8       A    That's why --
9            MR. FITZGERALD:  -- question.
10  BY MR. BIGELOW:
11      Q    Why did you respond to him and no one else?
12      A    I just said, he's an elected official, and I
13  responded back.
14            MR. BIGELOW:  Can we have that marked
15  as 48, please?
16            (Exhibit 48 was marked for
17            identification.)
18  BY MR. BIGELOW:
19      Q    What I just handed you is an email from
20  Cindy Moore to you and cc'ing Matthew Scoggins, and it
21  says, "Trustee Email Account," and it's date is
22  September 15th at 3:24.
23            What is the "Trustee Email Account"?
24      A    The trustee, Cindy Moore, is the corporate
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

secretary, and she's responsible for the support to
the board chair, John Compton, and the board of
trustees.

So, when emails come to the trustee account
that relates to a specific campus event, she will
forward it onto the chancellor.

Q    Okay.  At this point in time, as of Monday,
September 15, 2025, had you spoken with any
trustees --

A    No.

Q    -- about this issue?  You had not?

A    No.

Q    Okay.  Had anyone in your administration?

A    No.

Q    Had any of the trustees contacted you?

A    No.

Q    Has any of the trustees since contacted you
about this?

A    No.

Q    Has any of the trustees contacted anyone in
your administration about this?

A    No.

Q    Do you -- have you checked on that, or do
you just -- is that just a guess?

www.veritext.com          Veritext Legal Solutions          800-556-8974

1      A     I would -- I believe I would know.  If they
2  contacted anyone who works for me, I would know that.
3      Q     This is a email that apparently was received
4  from the trustees by an individual named Jesus Garcia;
5  correct?
6      A     Correct.
7      Q     And it's stating that Mr. Garcia was writing
8  to inform the board and others that he has decided not
9  to proceed with his intended application to the
10  master's program in aerospace engineering; correct?
11      A     Correct.
12      Q     Did -- I mean, I -- my guess is, you did not
13  reach out to Mr. Garcia and talk with him about this.
14      A     I did not.
15      Q     Do you know if anyone in your administration
16  did?
17      A     I don't know for sure, but I would bet no
18  one did.  This came through the trustees.  It came to
19  Randy Boyd.  We didn't respond to these emails.
20      Q     So I guess part of the reason I'm asking
21  this is, you don't know if any of these emails are
22  from actual individuals or not?
23      A     No.
24              MR. BIGELOW:  Okay.  That's Exhibit 48.

```
 1                    (Exhibit 49 was marked for

 2                    identification.)

 3                    MS. CAIAZZA:  I think that's 49.

 4                    THE REPORTER:  It is.

 5                    MR. BIGELOW:  Okay.  I'm sorry.

 6   BY MR. BIGELOW:

 7        Q    You received emails that also supported

 8   Dr. Shirinian, didn't you?

 9        A    I don't remember.  I probably got a few, but

10   it was overwhelmingly negative.  I can -- I can tell

11   you that.

12        Q    Do you remember any that you received?

13        A    Not today, I don't remember them.  I don't.

14        Q    Okay.  This is an email from Trey Townsend

15   to you.

16        A    Correct.

17        Q    And Trey is an alumni of the university, and

18   he says he's highly discouraged to see the

19   university's reaction to political outcry over the

20   social media posts of the assistant professor.

21             And he goes on from there to say that her

22   post was sought out by online political actors and

23   that it's hardly worthy of termination.

24             By relenting to the whims of political
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
1   extremists, the university is damaging its reputation
2   as an educational institution and that faculty and
3   students should be able to freely state their opinion
4   of public figures; correct?
5        A    Correct.
6        Q    Now, you would agree that Mr. Kirk was a
7   public figure; correct?
8        A    Yes.
9        Q    Okay.  And then, he goes on to say, as a
10  Knoxville native, he knows, from experience, that the
11  University of Tennessee has immense influence in East
12  Tennessee.
13            Terminating Professor Shirinian will only
14  signal that the university is more interested in
15  avoiding the ire of politicians than being a beacon of
16  knowledge and fairness in the region.
17            Are you the least bit worried that faculty
18  members at the University of Tennessee are afraid to
19  make private statements?
20       A    No.  I'm not -- I'm not worried about that.
21       Q    Do you know that they're, in fact, afraid of
22  making private statements?
23       A    When you say, "they," who is they?
24                 MR. FITZGERALD:  Objection.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1   BY MR. BIGELOW:
 2       Q    Certain -- that faculty members at the
 3   University of Tennessee are afraid to make private
 4   statements.  Are you --
 5       A    There are some, I'm sure.
 6       Q    Do you know that, though?
 7       A    That's a very general statement you just
 8   made.  So what, exactly -- tell me the question again.
 9       Q    Let me make it easier.  Are you aware that
10   there has been a faculty resolution?
11       A    I have it in my office.
12       Q    Okay.  And part of that resolution is that
13   members of the faculty are afraid to make
14   statements --
15       A    That resolution --
16       Q    -- privately; correct?
17       A    Yes.  That's right.
18              MR. BIGELOW:  Okay.  That's Exhibit 50,
19   please.
20              (Exhibit 50 was marked for
21              identification.)
22   BY MR. BIGELOW:
23       Q    We don't know who this is from, I'm not sure
24   why it's whited out, but it's Monday, September 15th,
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1   at 4:15 p.m.
 2            And it's from someone who writes, "I'm
 3   writing to register my disgust at your
 4   administration's actions in this case.  Rarely have I
 5   seen such craven leadership and an utter incoherent
 6   rationale as this.  Endorsing school violence, do you
 7   even know who Charlie Kirk was or the reprehensible
 8   positions he espoused?
 9            "Should -- you should certainly remember
10   him.  You let him rabble-rouse on campus last semester
11   and inflict his brand of stochastic terrorism on
12   students, faculty, and staff alike, with nary a worry
13   about our wellbeing then.  What's changed?
14            "I'm appalled that you would let
15   provocateurs in Kirk's mold dictate a decision like
16   this and hound a hardworking instructor.
17            "Remember, we can earn only a fraction of
18   your handsome salary to stand in front of students
19   maintaining crap like Kirk's advocacy of slavery,
20   disdain for civil rights, and, yes, indifference to
21   gun violence, nonetheless -- trying, nonetheless, to
22   educate them.
23            "With this decision, you have hung out every
24   University of Tennessee instructor to dry and shown
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1   Your Chancellorship's true colors."
 2              Did I read that correctly?
 3        A    Yes.
 4        Q    Did you read these?
 5        A    Yes.  I read them.
 6                   MR. BIGELOW:  Okay.  That's Exhibit 51,
 7   please.
 8                   (Exhibit 51 was marked for
 9                   identification.)
10                   MR. FITZGERALD:  Rob?
11                   MR. BIGELOW:  Yes?
12                   MR. FITZGERALD:  Can we go off the
13   record for two minutes?
14                   MR. BIGELOW:  Yes.
15                   MR. FITZGERALD:  Thank you.
16                   THE VIDEOGRAPHER:  We are off the
17   record.
18                   (Off the record.)
19                   MR. BIGELOW:  -- time I'm sure that you
20   all didn't talk about anything.  Okay.  I'd be remiss
21   not to ask.
22                   MR. FITZGERALD:  I understand.
23   BY MR. BIGELOW:
24        Q    I am going to hand you another exhibit.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

1          This is from Vanessa Standaert, and it's to
2   you and Ms. Standaert saying, "I have just learned
3   have fired a faculty member for expressing their
4   thoughts about Charlie Kirk's recent murder.
5          "While I do not agree with what was said,
6   this seems to fall, very obviously, in the arena of
7   protected speech or on the First Amendment."
8          My question to you is, do you have any
9   training at all in the First Amendment?
10     A    I'm not a legal scholar.  I'm not a First
11  Amendment expert.
12     Q    I know that, but my question is whether you
13  have any training.
14     A    What do you mean by the word "training"?
15     Q    Have you ever -- has anyone ever given a
16  presentation to you about the First Amendment, for
17  instance?
18     A    Sure.
19     Q    Okay.  And who has done that?
20     A    We've had presentations by general counsel
21  at some of the all cabinet meetings that President
22  Boyd hosts.
23     Q    Okay.  Anyone else?
24     A    Not to my knowledge that I can think of

www.veritext.com          Veritext Legal Solutions          800-556-8974

1    right now.
2                    MR. BIGELOW:  Okay.  This is Exhibit
3    52.
4                    (Exhibit 52 was marked for
5                    identification.)
6    BY MR. BIGELOW:
7         Q    This is from someone who is a student --
8    student concern over firing of a professor.
9              "Greetings, Chancellor.  I'm very concerned
10   and, frankly, appalled at that the seemingly double
11   standard of the university firing a professor for
12   strong remarks.
13             "When faced with a similar issue from 2016
14   with Professor Glenn Reynolds, your response was
15   wholly forgiving."
16             Now, admittedly, as you stated, that was not
17   your response; correct?  That was the University of
18   Tennessee's response?
19        A    Correct.
20        Q    Do you feel as though there's a double
21   standard between Tennessee's response to Professor
22   Reynolds and Tennessee's response to Dr. Shirinian?
23        A    I don't have an answer to that question.
24        Q    Okay.  So do you see any --

1        A    I don't see any relevance of that case to

2    this one.

3                    MR. BIGELOW:  This is going to be

4    Exhibit -- okay, if you would, do the last one as 53.

5                    (Exhibit 53 was marked for

6                    identification.)

7                    MR. BIGELOW:  This is going to be

8    Exhibit 54.

9                    (Exhibit 54 was marked for

10                    identification.)

11    BY MR. BIGELOW:

12        Q    This is from Kamryn Dagel.  Do you know who

13    Kamryn Dagel is?

14        A    What did you ask me?

15        Q    If you knew who Kamryn Dagel was, this --

16        A    No.  I have no idea.

17        Q    Okay.  So this is Exhibit 54.  This is just

18    another email, dated Monday, September 15th at 7:58

19    p.m., that says, "Tamar was in a private group, while

20    Glenn was advocating for murder -- to murder

21    protestors by running them over in a public message.

22    You're an absolute hypocrite and very biased."

23                    Do you know that Professor Shirinian was in

24    a private group when she posted this comment?

```
 1        A      I was told that.

 2        Q      Does that matter to you at all?

 3        A      Social media, there's no such thing as

 4   private.

 5        Q      Is there anything -- such a thing as

 6   private, in general?

 7        A      I mean, what does that mean?

 8        Q      Well, I mean, you said there's no such thing

 9   as private in social media.

10               Are you saying, so if you send a text

11   message to someone, and then, a third party sees a

12   text message, takes a picture of it, and sends it to

13   the world, what you did wasn't private, it's now

14   public; is that your position?

15        A      That is -- that would be the position of the

16   university over me.  You have my texts.

17        Q      I have what texts?

18        A      Those texts you presented to me came as a

19   public records request off my personal phone.

20        Q      And those texts were done in your capacity,

21   made in your capacity, as the chancellor of the

22   University of Tennessee; correct?

23        A      Correct.

24        Q      Okay.  If -- are you married?
```

1      A     Yes.

2      Q     Okay.  If you sent a text message to your

3   husband, and it was just between the two of you in a

4   personal capacity, and someone took a picture of it,

5   and sent it to everyone, would that be personal or

6   would it be public?

7      A     Let's think about how that works.  I send it

8   to my husband.  Who's the someone that took a

9   screenshot of it?

10     Q     I don't know.  Someone who was walking by

11  you at the time.

12                 MR. FITZGERALD:  Object to the form.

13  Hypothetical.

14                 MR. BIGELOW:  It is hypothetical, but

15  it's very relevant.

16                 THE WITNESS:  I stood before the

17  faculty and said -- and I will say, in -- in answer to

18  what you're asking, when you put something on social

19  media, it is not private or personal.

20                 It may be a personal thought, but it

21  becomes the possession of the world who's reading it.

22                 MR. BIGELOW:  That's Exhibit 55.

23                 (Exhibit 55 was marked for

24                 identification.)

```
 1   BY MR. BIGELOW:

 2       Q    This is another email, dated September 15,

 3   2025 at 10:12 p.m.

 4            The author says, "I'm a UTK alumni and a

 5   donor.  I'm appalled at the direction and leadership

 6   of our national administration and your response to

 7   it.

 8            "We should be applauding Dr. Shirinian's

 9   willingness to speak truth to power, but, apparently,

10   free speech only applies to those you agree with.

11            "Have you even read what Charlie Kirk said

12   about women, LGBTQ+ and others?  But, actually, that's

13   irrelevant.

14            "Our professors should not be disciplined in

15   any way for exercising their First Amendment rights,

16   inside the classroom or outside of it.

17            "This whole thing is a disgrace.  I'm

18   reconsidering my annual donation."

19            In answering his question, had you read what

20   Charlie Kirk said about women?

21       A    This issue, I'll say again --

22       Q    Could you just answer the question?

23       A    It's not about Charlie Kirk.

24       Q    I'm not -- can you just answer the question?
```

```
 1        A     No.  I had not read his positions.
 2        Q     After receiving this email or after this, at
 3    any time between your decision to terminate
 4    Dr. Shirinian and today, have you read about what
 5    Charlie Kirk said about women?
 6        A     Your question implies that whatever his
 7    opinions were justified someone murdering him.
 8        Q     That's not my question, ma'am.
 9        A     Well, that's what it implies.
10        Q     Well, can you answer my question?
11        A     Had I read his opinions?  I have not read a
12    single thing he's written.  I see him on TV.  I see
13    him here and there on social media.
14        Q     You haven't seen anything on writing about
15    what Charlie Kirk said?
16        A     Sure.  I've seen that.
17        Q     Okay.  That was my question.
18        A     You asked me have I read what he's written
19    about women.
20        Q     Yes, ma'am.
21        A     I have not read anything by Charlie Kirk.
22        Q     Okay.
23        A     I've read what other people say about
24    Charlie Kirk.  I've read some of his postings here and
```

```
 1   there.
 2        Q    Have you read some of his quotations, what
 3   he has said?
 4                   MR. FITZGERALD:  She doesn't know.
 5                   THE WITNESS:  I don't know.
 6                   MR. FITZGERALD:  She's read that.
 7                   THE WITNESS:  What?
 8                   MR. BIGELOW:  I'm asking her.
 9                   THE WITNESS:  Okay.
10                   MR. BIGELOW:  But thanks.
11                   THE WITNESS:  I watched some of the
12   video when he was here interacting with our students.
13   BY MR. BIGELOW:
14        Q    When you get emails like this --
15        A    That anonymous one?  This one, that's
16   anonymous?
17        Q    Well, it's not anonymous.  It's from
18   someone.  It's whoever from the university sent this
19   out.  It was whited out.
20        A    Okay.
21        Q    So it's not really anonymous.
22        A    Okay.  All right.
23        Q    You can find it, I'm sure, if you'd like.
24             When you're invited and asked if you've read
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1   any of these things, do you think it's a good idea to
 2   do that?
 3       A    To read them?
 4       Q    To look into Charlie Kirk, when all these
 5   people are like, "Have you looked into him?"
 6       A    This was not about Charlie Kirk.  You're
 7   trying to make it about it.  It's about a professor
 8   and what she said.
 9       Q    About who?
10       A    It's not what she said about who.
11       Q    It's not?
12       A    It's what she said about his death, his
13   children having to live without a father, and his
14   wife.  That's what this is about, posting that on
15   social media.  This is not about Charlie Kirk.
16       Q    So it doesn't matter who the subject of the
17   comment is or what that person did, to you?
18       A    Do you to justify their murder?
19       Q    Yeah.
20       A    No.  It does not.
21       Q    Okay.  So if --
22       A    -- put a statement out saying that murder
23   was okay, no.
24       Q    What if it's Osama bin Laden, and she said
```

```
 1   that about Osama bin Laden?
 2              MR. FITZGERALD:  Object to the form.
 3              THE WITNESS:  This is -- I mean,
 4   really.
 5   BY MR. BIGELOW:
 6      Q    What if it was?  Does that -- would you --
 7      A    I'm not -- I don't know what I would do.
 8   I -- I -- it's inappropriate for faculty members to
 9   use that kind of language, and show a callous
10   disregard for human life, and stay employed at the
11   University of Tennessee.  That's what it's about.
12      Q    Well, you can lecture me.  All I'm trying to
13   get I get to is, you're saying that it doesn't matter
14   who the person is, and I'm saying, okay, if that's
15   what you're saying, it doesn't matter what that person
16   did, then.  It doesn't matter.
17          So it doesn't matter if it's Osama bin
18   Laden.  It doesn't matter if it's a Saddam Hussein.
19   It doesn't matter if it's Jeffrey Dahmer.  It doesn't
20   matter to you.
21      A    That's really not what we're talking about
22   in this case.
23      Q    No.  But that is what we're talking about.
24      A    Those are not figures that are relevant in
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
1   this case.
2        Q    But it is.
3        A    No.  They're not the relevant figures.
4        Q    Because -- no.  But it is because you're
5   saying it doesn't matter who it is.  But --
6                MR. FITZGERALD:  Rob, are you asking a
7   question, or are you arguing with --
8                MR. BIGELOW:  I'm asking a question.
9                THE WITNESS:  It didn't matter to me.
10  BY MR. BIGELOW:
11       Q    If it was -- let me make it easier.  If
12  Charlie Kirk were a mass murderer, would your response
13  have been different?
14       A    I --
15               MR. FITZGERALD:  Object to the form.
16               THE WITNESS:  Hypothetical questions.
17  It's not relevant here.
18               MR. BIGELOW:  It's extremely relevant.
19  BY MR. BIGELOW:
20       Q    Could you answer the question please?
21       A    If Charlie Kirk had been a mass murderer,
22  I -- I don't know what I would answer that.  I -- I
23  would -- this -- this is ridiculous.
24               That's not what we're talking about.  We're
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

1    talking about a professor who went out with careless,

2    reckless comments about a political figure in this

3    country, whether you'd like him or not.

4        Q    Could you answer my question?  I know you

5    don't want to.  Can you please answer my question?

6        A    If --

7                 MR. FITZGERALD:  Remind us what the

8    question was again?

9                 THE WITNESS:  If Charlie Kirk had been

10   a mass murderer, would I have approved of Professor

11   Shirinian saying, "I'm glad he is dead"?

12   BY MR. BIGELOW:

13       Q    Not would you have approved.  Would you have

14   fired her for it?

15       A    I don't know if I would have or not.  Okay?

16   That's the answer.  I don't know.

17       Q    What would it depend on?

18       A    I don't know.

19                 MR. BIGELOW:  That's 55, please.

20                 THE REPORTER:  I think that's --

21                 MR. BIGELOW:  Or, I'm sorry, 56.  That

22   was 56.

23                 (Exhibit 56 was marked for

24                 identification.)

BY MR. BIGELOW:

    Q    This is an email from a student who asked you to reconsider; correct?

             (Exhibit 57 was marked for identification.)

    A    Yes.

    Q    And that student says, in part, "We believe in the cultural value of systems that don't reflect our own lives. I believe there are people on campus who are using social media and act politically motivated vindictiveness towards people they consider moral opponents"; is that correct?

    A    That's what's on this piece of paper.

    Q    Okay. And this student invited you to have lunch with them; correct?

    A    Correct.

    Q    And, I take it, you did not have --

    A    I did not.

    Q    Okay. But, like you, this student says, "As a Buddhist, this message is meant to convey my love for justice and teamwork."

           And you've mentioned you want love as well; correct? And this individual is saying he wants love too; right?

```
 1        A     Correct.  Correct.

 2        Q     So this is just his viewpoint compared to

 3   your viewpoint; right?

 4        A     That's right.

 5                  MR. BIGELOW:  Okay.  This is 57.

 6                  (Exhibit 58 was marked for

 7                  identification.)

 8                  THE REPORTER:  Fifty-eight.

 9                  MR. BIGELOW:  Fifty-eight.  I'm doing

10   my best, I promise.  Thank you.

11   BY MR. BIGELOW:

12        Q     This is a --

13                  MR. BIGELOW:  What time is it?  We're

14   doing okay.

15   BY MR. BIGELOW:

16        Q     This is an email that was sent to you about

17   your subscription -- or from your subscription with

18   the Chronicle of Higher Education; correct?

19        A     Correct.

20        Q     Dated September 15th, at 5:04 --

21        A     September 16th.

22        Q     Or September 16th, at 5:04 a.m.

23              And the first article that it cites is an

24   article that states, "Charlie Kirk's Watch List Made
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
1    Some Professors' Lives a Living Hell."
2              Did I read that correctly?
3        A    Yes.
4        Q    Do you have any idea why someone would say
5    that?
6        A    No.
7        Q    Did you --
8        A    I don't know what this is about.
9        Q    Did you look into that?
10       A    No.
11       Q    Are you cognizant of what this "watch list"
12   is?
13       A    Turning Point USA has a watch list, I
14   understand.  This says, "Charlie Kirk's watch list."
15       Q    Is -- how does Charlie Kirk relate to
16   Turning Point USA?
17       A    He founded it.
18       Q    Okay.  So what do you know about this watch
19   list?
20       A    It's a list of professors that somebody has
21   put on their -- their website that they don't like
22   because I think they're too left-leaning.
23       Q    How do you think that that could make
24   professors' lives a living hell?
```

Page 145

```
 1       A    I don't know.
 2       Q    Do you think professors have been targeted
 3   because of this watch list?
 4       A    If your name is on that list, it would be
 5   very uncomfortable and very disappointing.  And yeah,
 6   I mean --
 7       Q    And --
 8       A    -- they are a target, I suppose.
 9       Q    And it doesn't mean that those professors
10   have done anything wrong to be on that list; is
11   that --
12       A    No.
13       Q    Would you agree with that?
14       A    I agree with that.
15       Q    Okay.  On page -- one, two, three, four --
16   five, there's a caption.  Unfortunately, the image of
17   the story is not available.
18            But it says, "Professors are allowed to say
19   hateful things.  That doesn't mean they should."
20            Do you agree that professors are allowed to
21   say hateful things?
22       A    Sure.
23       Q    Was Professor Shirinian's comment, in your
24   viewpoint, hateful?
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1        A    It was beyond hateful.

 2        Q    It was a step above hateful?

 3        A    It was -- it was reckless at the point in

 4   time that we were in this country.

 5        Q    Okay.  That's --

 6                  THE REPORTER:  It's actually 58.  I

 7   could go backwards.  Yes.  Sorry.

 8                  MR. BIGELOW:  I am pretty sure that's

 9   59.  Oh, no.  I -- you are right.

10   BY MR. BIGELOW:

11        Q    So just can we get off record, just for a

12   second?

13                  THE REPORTER:  Yeah.  Just so we're

14   lined back up?

15                  MR. BIGELOW:  Just so we're on point.

16                  THE VIDEOGRAPHER:  -- off record.  Time

17   is 2:38.

18                  (Off the record.)

19                  THE VIDEOGRAPHER:  We are on the

20   record.  The time is 2:41.

21   BY MR. BIGELOW:

22        Q    As promised, I'm trying to get you out of

23   here as quick as possible, whether you believe it or

24   not.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

1          What I'm handing you next is, I think, what
2     you get from Compass?
3          A    Correct.
4          Q    And it's dated September 16th, 6:01 a.m.
5               And, if you'll go to the sixth page, it
6     says, "On Monday, the University of Tennessee
7     Knoxville became the latest public university in the
8     state to discipline faculty members for social media
9     comments about the murder of conservative activist,
10    Charlie Kirk, on the campus of Utah Valley
11    University."
12              And then, it has a public statement that you
13    made; correct?
14         A    Correct.
15         Q    And then, the second page after that, I'm
16    sorry, talks about, "Conservative social media
17    influencer, Robbie Starbuck, posted a screenshot of a
18    social media comment Shirinian made on someone else's
19    post, saying of Kirk," and then, it goes on from
20    there; correct?
21         A    Correct.
22              MR. BIGELOW:  Okay.  This is 59.
23              (Exhibit 59 was marked for
24              identification.)

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1              MR. BIGELOW:  We don't even need the
 2    whole thing, but I will make -- I'll give you a copy
 3    as well, obviously.
 4              This is going to be Exhibit 60.
 5              (Exhibit 60 was marked for
 6              identification.)
 7    BY MR. BIGELOW:
 8        Q    This is from the New York Times, and it's
 9    dated September 16th at 7:02 a.m.
10              And, if you go to the part that starts,
11    "Free speech," and it's a question mark, you'll see at
12    the bottom of, I think, the fourth or fifth page.
13        A    Uh-huh.
14        Q    The next page starts off, "What are
15    Americans allowed to say?"
16              If you look at the second paragraph, and
17    that says, "But in the days since a gunman
18    assassinated Charlie Kirk, Republicans have sought a
19    new target, not a discreet person or any odious policy
20    idea, but what they call leftist ideology.
21              "President Trump, this past weekend, blamed
22    Democrats for political violence and said his
23    administration would investigate left-leaning groups.
24              "Today, his aides outline of plan they would
```

1  label left-wing activity that led to violence as
2  domestic terrorism."
3        And then, on the next page, it talks
4  about -- it starts, "Now, though, Trump officials say
5  Kirk's killing may provide a framework they need to
6  publish.
7        "The liberal groups, people who celebrated
8  the murder or characterized his views, are creating an
9  environment where things like this are inevitably
10 going to happen, President JD Vance said on Kirk's
11 podcast."
12       Do you agree with the Vice President and
13 what he said, what I just quoted?
14    A    What statement is by the Vice President?
15 What are you talking about?
16    Q    "People who celebrated the murder or
17 mischaracterized his views," meaning Kirk's views,
18 "are creating an environment where things like this
19 are inevitably going to happen."
20    A    I think I'm getting tired because I don't --
21 I don't follow that question.  I'm sorry.  I need you
22 to ask me one more time.
23    Q    Sure.  Our Vice President stated, on a
24 podcast, that, "People who celebrated Charlie Kirk's

                                        Page 150

www.veritext.com          Veritext Legal Solutions          800-556-8974

Case 3:25-cv-00528-KAC-JEM    Document 45    Filed 01/21/26    Page 150 of 363
                              PageID #: 729

1  murder or mischaracterized Charlie Kirk's views are
2  creating an environment where things like this,"
3  undoubtedly the assassination or violence, "are
4  inevitably going to happen."
5      A    I don't agree with that.
6      Q    You do not agree with that?
7      A    I don't know what the -- I -- I don't know
8  if he's right or wrong, so I'm going to say I don't
9  agree.
10     Q    Okay.  And then, the next page starts off,
11  "The truth is that political violence is rare";
12  correct?
13     A    Yeah.
14     Q    And then, the page after that, and then, we
15  won't go on much longer with this, I promise, as far
16  as this exhibit, this second -- or the first full
17  paragraph states, "So Republicans are demanding
18  punishment for Kirk's critics.
19          "People have been fired for their jobs after
20  conservatives surfaced ugly posts in which they
21  celebrated Kirk's death or even just criticized his
22  beliefs."
23          Like that's what happened here; correct?
24     A    Professor Shirinian said nothing about his

```
 1   beliefs.
 2        Q    Okay.  Well, and that's your opinion;
 3   correct?
 4        A    That's what -- I'm looking at the words of
 5   the post.
 6        Q    Okay.  So what you're saying is, she
 7   celebrated his death?
 8        A    Yes.
 9        Q    Okay.  Let's say that you're correct.  Let's
10   say that she did.  Should she be fired for celebrating
11   his death?
12        A    Yes.
13        Q    Okay.  In fact, it goes on to say, "The
14   South Carolina congresswoman wants to cut funding for
15   schools where teachers criticize Kirk."
16             Do you think that's fair to do that?
17        A    No.
18        Q    And it says, "The Pentagon suspended an army
19   colonel who called the assassination tragic, but said
20   Kirk has spread hate, racism, homophobia, misogyny,
21   and transphobia."
22             Did I read that correctly?
23        A    You read it correctly.
24                  MR. BIGELOW:  Okay.  That's Exhibit 60.
```

Case 3:25-cv-00528-KAC-JEM    Document 45    Filed 01/21/26    Page 152 of 363
                              PageID #: 731

1    BY MR. BIGELOW:

2        Q    Actually, before we get to this, let me give

3    you something else.

4            This is an email from Carey Whitworth to Tim

5    Sigler and others, and it discusses Marianne's THEC

6    proposal for a new degree in civic and constitutional

7    thought.

8            Do you know anything about a potential new

9    degree in civic and constitutional thought?

10       A    I know we're pursuing some new degrees, some

11   degrees to be offered over there.  I don't know any

12   specifics about this.

13           If this is one or two degrees, I don't know,

14   but I know we're pursuing getting some new programs

15   approved.

16       Q    How did that come about?

17       A    How did this specific program proposal come

18   about?

19       Q    Yeah.

20       A    The Institute of American Civics is

21   proposing some majors, and minors, and new courses

22   that is located in the Howard Baker School of Public

23   Policy.

24       Q    Do you know what, if anything, that has to

1    do with the Attorney General?  Because, in this email,
2    it says, "I need to reach to Skrmetti."
3        A    I have no idea what that's about.
4                MR. BIGELOW:  Okay.  And it's going to
5    be 61.
6                (Exhibit 61 was marked for
7                identification.)
8                MR. BIGELOW:  And then, the other
9    document that I handed you will ultimately be 62,
10   which I'm handing to opposing counsel.
11               (Exhibit 62 was marked for
12               identification.)
13               MR. BIGELOW:  Or have I -- did I give
14   that to you?
15               MR. FITZGERALD:  Yeah.  I got it.
16               MR. BIGELOW:  Okay.
17   BY MR. BIGELOW:
18        Q    And this is from a faculty member; correct?
19        A    Teaching associate professor.  Yes.
20        Q    And the faculty member's name is David
21   Frank.
22               And Professor Frank writes, "I write to
23   express my deep concern for the chilling of free
24   expression and the freedom of speech on campus, given

```
 1    the recent decision to initiate termination
 2    proceedings against a professor for comments on social
 3    media.
 4           "While I do not wish to defend the
 5    professor's statements here, I do believe it is worth
 6    at least considering that the statement -- that
 7    stating one's personal beliefs that the world is
 8    better off without a divisive and polarizing figure is
 9    quite far from endorsing violence and murder against
10    them."  I'm going to stop right there.
11           Would you agree with his last sentence,
12    which is, "stating one's personal beliefs that the
13    world is better off without a divisive and polarizing
14    political figure is quite far from endorsing violence
15    and murder against them"?
16        A    No.
17        Q    You disagree with that?
18        A    I thought that the -- that the post of
19    Professor Shirinian --
20        Q    Shirinian?
21        A    Yes.  Minimized human life and endorsed
22    violence and murder.
23        Q    Did you reach out to your faculty member who
24    wrote this to you?
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1      A    No.

 2      Q    Is there any reason why not?

 3      A    I got a hundred emails.  Hundreds.

 4      Q    From faculty members?

 5      A    You're reading -- we've gone through quite a

 6    few here.  No.  I did not reach out to any of these

 7    people.

 8      Q    There weren't very many from faculty members

 9    to you, though, were there?

10      A    I didn't reach out to a single faculty

11    member.

12              MR. BIGELOW:  That's 62.

13    BY MR. BIGELOW:

14      Q    This is just another email to you, dated

15    September 16th, 8:02 a.m.

16              It's from a student; correct?

17      A    I don't see who it's from.

18      Q    It's whited out, apparently for --

19      A    "I'm a -- I felt proud to be a student."

20    Okay.

21      Q    "Until yesterday, I felt proud to be a

22    student."

23      A    Right.  Right.

24      Q    "Now, I feel ashamed.  I feel ashamed to
```

Page 156

1  attend and work for a university that disregards an
2  individual's right to free speech."
3      A    You're asking me if that -- this is from a
4  student?  That's what it says here.
5      Q    Yes.  And then, ultimately, the student,
6  again, quotes -- or talks about Professor Reynolds;
7  correct?
8      A    Correct.
9      Q    Do you know -- what do you know about
10 Turning Point USA?
11     A    I know that they're a conservative group for
12 young people.  A lot of students are involved with
13 them, people in young ages.
14     Q    Do you know that one of their big points is
15 First Amendment?
16     A    I -- I don't know what their big points are.
17 I don't know.
18     Q    Did you know that or -- until I told you?
19     A    No.  I did not.
20     Q    Okay.  Have you spoken with anyone involved
21 with Turning Point USA?
22     A    I had some interaction with Turning Point
23 USA at Nebraska, University of Nebraska, before I came
24 here.

```
 1        Q    And what were your interactions with them?
 2        A    A professor shot the finger, on video, to
 3    students at -- to Turning Point USA students, and
 4    it -- it was just as social media was going crazy.  It
 5    went viral.
 6            The professor was an instructor, came to us
 7    concerned about her safety.  I was the executive vice
 8    chancellor.  We removed her from the class.
 9            She wanted a policeman outside the class.
10    We weren't able to do that.  She took another
11    assignment and did not continue teaching the courses
12    she had been teaching.
13            So I have some experience with Turning Point
14    USA.  That's how I first knew about it.
15        Q    Is it fair to say -- and I think you've
16    already said this, but I just want to be very clear --
17    that the reason you punished Dr. Shirinian is just
18    because you feel like what she said was like above
19    hate, which is just as you said before?
20        A    I made the decision I did because a public
21    university depends on public trust, for one.
22            And the second -- and the second aspect of
23    that was that, when we lose, that we lose everything.
24            And I felt that it wasn't about politics,
```

Page 158

1  her beliefs.  There was nothing in that post about her

2  beliefs.  It was reckless behavior, at a time when

3  safety was an ultimate concern, and those kind of

4  comments can lead to other sorts of things.

5      Q    The reason I ask you is because you said

6  that you dealt with Turning Point USA before, and you

7  had had the police involved; correct, if I understand

8  your testimony correctly?

9      A    The -- she had made a request to have armed

10 police outside the classroom.

11     Q    Outside the classroom.

12     A    And we said we cannot offer a course where,

13 in order to be safe, you have to walk past armed

14 guards, therefore, we're going to put somebody else in

15 instead of you, and she agreed to that.

16          Later, she changed her mind about it.  She

17 was upset that she was not in the classroom.  It was a

18 safety issue.

19     Q    Did you fire her?

20     A    No.

21     Q    Okay.  And she flicked off students from

22 Turning Point USA?  Yes?

23     A    Yes.

24              MR. BIGELOW:  That is 63.

```
 1                    (Exhibit 63 was marked for

 2                    identification.)

 3    BY MR. BIGELOW:

 4        Q    This is -- what is it -- a text message

 5    between you and --

 6        A    Randy.  Randy Boyd.

 7        Q    -- President Boyd?

 8        A    Correct.

 9        Q    And it's dated September 16th, 9:56 a.m.?

10        A    Correct.

11        Q    And it says -- and I believe you're saying

12    this; correct?

13             "Just so you know" --

14        A    Correctly -- correct.

15        Q    -- "the Department of Anthropology has been

16    receiving threats."

17        A    Yes.

18        Q    "We are monitoring, recording, saving all

19    messages, working closely with the police."

20             Tell me about those threats.

21        A    I didn't -- I can't say much more about

22    them, other than it was reported to us that the

23    department was receiving threatening phone calls, so

24    we pulled -- pulled in the police and asked them to
```

1    take over sort of handling it and advising about that.

2         Q    Who was it reported by?

3         A    I don't know the name of the person from the

4    department that reported it.  Like an office person or

5    something like that.

6         Q    So someone in an office somewhere at

7    University of --

8         A    The office of the Department of

9    Anthropology.  That's what this is about, is the

10   department.

11        Q    So someone in the Department of Anthropology

12   said that people in the department have been receiving

13   threats?

14        A    What they said was, "We've been receiving

15   threats."

16             I don't know if it's on the department phone

17   line, if it's other specific faculty.  I don't -- but

18   the department reported receiving threats.

19        Q    Are you -- were you, and are you, very

20   concerned about violence on campus?

21        A    Yes.

22        Q    And who are you concerned about violence

23   against?

24        A    Everyone.

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1         Q     Okay.

 2         A     Faculty, staff, and students.

 3         Q     What have you done to ensure the safety of

 4   Dr. Shirinian?

 5         A     We have -- in response to this, we engaged

 6   the police.  I don't know exactly what they did, but

 7   we asked them to look at the threats and make some

 8   recommendations about what to do.

 9         Q     Did you ask the police to do that?

10         A     I did not.  Someone on -- by me -- my behalf

11   did that.

12         Q     Who did that?

13         A     I don't know.  It would have been Matthew

14   Scoggins or -- probably Matthew Scoggins, or it could

15   have been Paul Byrnes, who the police report to.

16         Q     How do you know that someone did that?

17         A     I was told it happened.

18         Q     By who?

19         A     I don't remember.

20         Q     Are there any police reports that you know

21   of?

22         A     Not that I know of.  That doesn't mean there

23   aren't.  I don't know.

24         Q     Sure.  President Boyd asked you, "How big is
```

1  the department?"

2          And you responded.  And then, he said, "330

3  undergraduate students majoring?"

4          And you said, "Yes."

5          What does that matter, about how many

6  undergraduate students are in -- as in the major, have

7  that as a major?

8      A    I was trying to clarify what majors meant.

9  Just the president is further removed from all of this

10  than I am, so I was trying to clarify the distinction

11  between undergrads, masters, and PhD students.

12          I had said "majors" in the first one.  I

13  wasn't sure he would understand what that meant.

14      Q    To you, is there a difference, any

15  differences, between undergraduates and graduate

16  students?

17      A    I'm not sure what you mean by that question.

18  The curriculum is different.  They're ages are

19  different.  How they study is different.

20      Q    Do you believe that, if Dr. Shirinian was

21  back in the classroom, do you believe that the

22  students, that the undergraduate students, are able to

23  engage in debate, even if someone were to bring up the

24  issue in this case?

```
 1        A    I'm not --
 2                  MR. FITZGERALD:  Object to the form.
 3                  THE WITNESS:  I'm not sure what you're
 4      asking me.
 5      BY MR. BIGELOW:
 6        Q    Yeah.  So if you said today -- or if
 7      Dr. Shirinian was -- if you decided to bring
 8      Dr. Shirinian back to the classroom, and, if she had
 9      students who were undergraduate majors, and someone
10      brought up this Charlie Kirk issue, and she, as a
11      professor said, "We can talk about that, and let me
12      explain," do you think that your undergraduate
13      students would be able to handle that?
14        A    I'm going to say.  I don't know that.
15                  MR. FITZGERALD:  Object to the form.
16                  THE WITNESS:  And I don't -- the
17      question is a problem because you're asking me about a
18      decision that's down the road or I -- I have -- I'm
19      not sure exactly what you're talking about, if she
20      would come back in the classroom.
21                  She's not in the classroom, and there's
22      a reason she's not.
23      BY MR. BIGELOW:
24        Q    Okay.  Let me ask you differently.  Do you
```

Case 3:25-cv-00528-KAC-JEM     Document 45     Filed 01/21/26     Page 164 of 363
PageID #: 743

```
 1    think your undergraduate students are able to
 2    adequately debate the issue in this case amongst
 3    themselves?
 4         A    That shouldn't be the subject of a course.
 5    That's not the subject of a class.
 6         Q    That's not what I asked you.
 7                    MR. FITZGERALD:  I object to any
 8    question about your students.
 9                    There are 40,000 students over there.
10    I don't think she can say anything on behalf of all
11    40,000 of them.
12                    MR. BIGELOW:  I think she can say
13    whether undergraduates are able to debate very
14    difficult issues.
15                    MR. FITZGERALD:  I don't think she can.
16                    THE WITNESS:  We have 39,000, or
17    what -- however many we have.  We're up -- 36,000
18    undergraduate students.
19                    And -- and furthermore, that's not what
20    we do in the classroom.  We did -- we debate
21    disciplines and topics.  We don't debate current
22    events that are irrelevant, we shouldn't be, to a
23    discipline or to a course of study.
24                    So it's -- the question itself is
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1   poorly -- it's not a --
 2   BY MR. BIGELOW:
 3        Q    Well, let me make it better then.
 4             In a politics course, if they were -- or
 5   hey, no, let's say in a First Amendment course, if
 6   they were debating this issue --
 7        A    That's not what Dr. Shirinian teaches.
 8        Q    I'm not saying what Dr. Shirinian teaches.
 9   That's not my question.  I'm saying --
10        A    You started with that.  You started with,
11   if --
12        Q    And you changed my question.
13        A    Okay.
14        Q    I'm asking you a new question now.
15             In a First Amendment course, basic First
16   Amendment, undergraduates, do you think that this
17   issue could be debated in a classroom?
18                  MR. FITZGERALD:  Object to the form.
19   BY MR. BIGELOW:
20        Q    You can answer.
21        A    I don't know.  I don't -- I don't know what
22   the question is.  Are undergraduates capable of
23   debating things?  Yes.  They are.
24        Q    Yes.  That's my -- that's my question.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

1       A    Are they -- are they capable of debating
2  this?  I don't know.
3       Q    Is there anything they're not capable of
4  debating?
5       A    I don't know.  It's -- what kind of
6  question -- I don't know what that is.  I don't know
7  what their -- their capabilities are.
8            They're bright.  They're earnest.  Most of
9  them.  I mean, but we're talking big generalities.
10 It's --
11      Q    Later on in this email or this text
12 exchange --
13      A    Right.
14      Q    -- you say, "Took a beating with the faculty
15 senate today."
16      A    Correct.
17      Q    Why did you say you "took a beating"?
18      A    There was a faculty senate meeting that
19 normally has 50 people at it.  There were probably two
20 or three hundred there.
21           And a lot -- it was -- I -- I chose to
22 explain to the group -- it came right after this whole
23 incident, and I -- I explained to them what -- what I
24 had done and why I did it and -- and let them have

Case 3:25-cv-00528-KAC-JEM    Document 45    Filed 01/21/26    Page 167 of 363
PageID #: 746

```
 1   their opportunity for feedback, for questions, for
 2   comments.
 3            And it was pretty lively.  And most -- and
 4   every person who spoke, probably eight or ten people
 5   all were speaking -- what did I say?
 6            "Crowded room.  Lots of jeering and
 7   sustained applause for each speaker.  One person
 8   yelled."
 9            And you -- you read it.  So, yeah, it was a
10   animated experience.
11            And I -- but I answered their questions, or
12   I listened to them, to what they had to say.
13       Q    You started saying something, and you
14   stopped yourself, and you said, "For the people who
15   spoke, they all were," then, you stopped.  What were
16   you --
17       A    They were all speaking in -- against what we
18   had done.  Every single one of them.
19       Q    Okay.  In support of -- they were speaking
20   in support of Dr. Shirinian?
21       A    Yeah.  They were speaking -- questioning
22   about free speech.  They didn't use her name, really,
23   most --
24       Q    When someone yelled, "Who made you the
```

1    arbiter for what civility?" what was your answer?

2          A    I don't think I answered that.

3          Q    What is your answer to that?

4          A    The answer to that?

5          Q    Yeah.

6          A    The president board and the board of

7    trustees.  That's the answer.

8          Q    Is that they have instilled in you that you

9    get to be the decision maker?

10         A    I'm the CEO.  I make the decisions.  I

11   didn't say that that day, the faculty senate meeting.

12   I just let it go.

13         Q    What did you say to the faculty senate,

14   other than what you just said now?  Because you said

15   you did not say that; correct?

16         A    I didn't answer that question.

17         Q    You didn't?  Why not?

18         A    There was nothing to answer.  I think I

19   said, "I'm the chancellor and it's my decision."

20              Something like that.  I don't know.  The

21   minutes would reflect it, I'm sure.

22         Q    President Boyd responds, "I'm sorry.  I was

23   worried they were just being quiet and organizing.

24   KNS wasn't helpful today."

www.veritext.com          Veritext Legal Solutions          800-556-8974

1        Do you have any clue what he's talking
2   about, when he says, "KNS"?  I guess Knoxville News
3   Sentinel wasn't helpful --
4        A    Yeah.  And I don't know.  I -- I suppose
5   they were at that meeting.  I -- I don't know what he
6   was referring to.  The -- maybe the first article they
7   wrote about it.  I don't know.
8                 MR. BIGELOW:  Okay.  That's 64, Exhibit
9   64.
10                (Exhibit 64 was marked for
11                identification.)
12  BY MR. BIGELOW:
13       Q    This is from McCauley Parks, and it's dated
14  Tuesday, September 16th, 10:33 a.m.  It's to you, and
15  it has a number of attachments that we don't have.
16            But it's Ms. Parks; correct?  Ms. Parks?
17       A    As in M-I-S-S?
18       Q    No.  Like it's --
19       A    Mrs.
20       Q    Mrs. Parks.  Mrs. Parks.  Sorry.  I was
21  just -- it states that she is discussing -- attaching
22  emails with negative feedback or concerns regarding
23  yesterday's faculty change, a few of our students and
24  faculty; correct?  So it's feedback, here's some

1   feedback?

2       A    She monitors and reads the chancellor's
3   inbox and summarizes and sends to me what's in there.
4   I don't get those emails directly.

5       Q    Why do you care about any of that?

6       A    I want to know what the campus is thinking.

7       Q    But, if you're not going to talk with
8   students about this or talk with professors about it,
9   why do you care?

10      A    I still care.  I don't have the time to talk
11  to everyone who writes me an email.

12      Q    Well, you took the time to talk to the
13  politician who wrote you.  You wrote them back.

14      A    It didn't take more than about ten seconds.

15      Q    Okay.

16      A    And the question is?

17      Q    You could respond, "Thank you for your
18  concern"; right?  And that just takes ten seconds?

19      A    Is that a question or a statement?

20      Q    That's a question.

21      A    -- direction about what I should have done?
22  Is it a question, or is it a statement?

23      Q    Could you do that?

24      A    I could.

```
 1        Q    Okay.
 2        A    I make decisions about what's the best use
 3   of my time.
 4        Q    As the CEO, as you should; right?
 5        A    Right.
 6        Q    Yeah.  For sure.
 7             MR. BIGELOW:  That's Exhibit 65.
 8             (Exhibit 65 was marked for
 9             identification.)
10   BY MR. BIGELOW:
11        Q    I meant to ask you, has your view of
12   management changed as the CEO, now that you're a CEO,
13   being the CEO, versus when you were not the CEO?
14        A    My -- from my discipline as a management
15   professor?
16        Q    Yeah.  Yeah.
17        A    It's grown a lot.  Yeah.
18        Q    Okay.  Has it changed?
19        A    Growth means change.  Yeah.
20        Q    Tell me how it's changed.
21        A    I -- I would like to object.  I do have a --
22   a deadline that I'd like to get through here.  I don't
23   see how this is relevant.  I'm sorry.
24        Q    It's very relevant, and you can't object.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1       A    I'll give you two precise examples.

 2            One of the things I have learned is how

 3  quickly you have to adapt on the fly and how much

 4  strategic planning has to be a guideline, and you have

 5  to adapt as you go.

 6            That's something I have learned, how much

 7  more quickly that has to be done than I used to think

 8  it did.  That's one thing.

 9            The second thing I have learned is that

10  emergent solutions to problems are much more prevalent

11  than I thought they were.  I was a scholar of

12  complexity theory.

13            Those are two things that I have learned by

14  being the CEO, being the manager, that I didn't really

15  know firsthand when I was a professor.

16       Q    Are you getting upset at me?

17       A    I'm getting frustrated with going through

18  emails that you read to me, and then, I say, "Yeah.

19  That's what you read."

20       Q    And why is that frustrating to you?

21       A    Because I don't think it's a good use of our

22  time.  I don't understand why we're doing this.

23       Q    Okay.  Are you a lawyer?

24       A    I think you know the answer to that
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1   question.  No.  I'm not a lawyer.
 2        Q    Okay.
 3             MR. FITZGERALD:  Rob, let's just get
 4   back on track.
 5   BY MR. BIGELOW:
 6        Q    I mean, I -- you're getting upset and I just
 7   wanting to -- let me make this -- explain to you why.
 8             Do you have any idea -- or what is your idea
 9   of how this has affected my client's life?
10        A    I am sure it's been very traumatic.  She's
11   losing her employment, her paycheck.  Her post has
12   made her a public figure that she never wanted to be,
13   I'm sure.
14             But that's what we're dealing with.  Not a
15   public figure, a public name.
16        Q    And what did she have to do to get in the
17   position she was, prior to making this Facebook
18   comment?
19        A    What do you mean?  What does it take to
20   become a professor?
21        Q    To be in a position where you have applied,
22   put forth a dossier, to become a -- to receive tenure?
23        A    Years and years of research, and service,
24   and teaching, and responsible behavior.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1      Q    So tremendous amount of time and effort?
 2      A    Uh-huh.
 3      Q    And that's why we're here; right?
 4      A    We're here over her post and the damage it
 5   cost -- cost the university
 6      Q    And the damage it cost her.
 7      A    That's why we're here.  Yeah.
 8      Q    Correct?
 9      A    That's why you're here, and that's why we're
10   here.
11      Q    That's right.  So that's why we're taking
12   time to do this.
13            This is Exhibit 66.  It's from the New York
14   Times to you, "Breaking News Death Penalty Sought in
15   Charlie Kirk Killing," September 16, 2025, 3:01 p.m.
16                 (Exhibit 66 was marked for
17                 identification.)
18            If you look to the third page, it states,
19   "Here's how the government is trying to silence
20   Charlie Kirk's critics."  It's Exhibit 66.
21            This is a email from you to Dr. Shirinian,
22   Tuesday, September 16th, 4:06 p.m.
23            And it says, "Dr. Shirinian, please see the
24   attached letter."
```

1          And it's the letter that starts -- and I
2    want to spend a little bit of time with this letter --
3    "Dr. Shirinian, as I explained in my letter yesterday,
4    I placed you on administrative leave.  Your social
5    media post creates grave concerns about your judgment
6    as a faculty member, given the public nature of your
7    egregious misconduct.
8          "And, after consulting with the provost and
9    President Boyd, I will continue to handle this matter
10   directly as the chief executive officer of this
11   campus.
12         "This letter provides notice of the grounds
13   in which I have initiated an expedited termination of
14   your tenure track appointment, procedures to be
15   followed, including your rights to challenge my
16   termination, and opportunities for you to respond to
17   the proposed termination."
18         As far as expedited termination, did you
19   follow the proper procedure?
20      A    I followed what I called was an expedited.
21   It wasn't the normal procedure.  And I explained this
22   earlier.
23         Ultimately, all of those steps, which I
24   skipped, are recommendations to me, the final decision

www.veritext.com          Veritext Legal Solutions          800-556-8974

1  maker.

2          And, in this case, I decided just to be the

3  one who terminated her.  The process usually -- in --

4  has the provost doing that, giving notice of it.

5          And then, it -- the process proceeds.  And I

6  decided not to use that process because I'm the

7  ultimate decision maker, and I didn't want to involve

8  all those other people, get -- dragging them into a

9  lawsuit.

10     Q    So, based on that, can you fire anyone that

11  you want who is on campus?

12     A    I -- I don't know how to answer that

13  question.  Can I fire?  Would I fire anyone?

14     Q    No.  Can you?  Are you allowed to,

15  unilaterally?

16     A    I'm allowed to do this.

17     Q    That's not my question.  You stated that

18  those steps are just recommendations, and, "I did what

19  I wanted to as the -- as the CEO."

20          And I'm saying, can you do that with anyone?

21     A    I suppose I could.

22     Q    Okay.  Let's go on.  "University

23  expectations for faculty, the board of trustees'

24  policies governing academic freedom, responsibility,

1    and tenure, first and foremost, describes academic
2    freedom and responsibility of a faculty member,
3    membership in a society of scholars, enjoins upon a
4    faculty member certain obligations to colleagues, to
5    the university, and to the state that guarantees
6    academic freedom.
7              "Several policies clearly describe the
8    freedom.  A faculty member has to seek knowledge and
9    share that knowledge in the context of their academic
10   discipline, but that freedom comes with the
11   obligations to engage in a civil manner."
12             Who decides what a civil manner is?
13        A    Well, I believe what they're trying to do --
14   this -- this is from the policy.  It's described there
15   below.  That came directly from the board of trustees'
16   policies.
17        Q    My question to you, Chancellor, was simply,
18   who decides what is engaging --
19        A    The board of --
20        Q    -- in a civil manner?
21        A    "The board of trustees here specified, each
22   faculty member should conduct himself or herself
23   professionally, should be accurate, should exercise
24   appropriate restraint, and should show respect for

www.veritext.com          Veritext Legal Solutions          800-556-8974

1    opinions of others."

2            That's part of the paragraph there.  That

3    is --

4        Q    I'm going to get to that.  But what I quoted

5    was, "But that freedom comes with the obligation to

6    engage in a civil manner."

7        A    And below was what I --

8        Q    And I'll get --

9        A    -- description of that.

10       Q    And I will get to that.  I will get to that.

11   But who decides what is a civil manner?

12       A    In this case, I decided whether the behavior

13   was consistent with what the policies laid out in the

14   paragraph below,

15       Q    It says, "When, as a citizen, a faculty

16   member speaks outside the classroom or writes for

17   publication, he or she should be free, as a citizen,

18   to express his or her opinions."

19           Is saying that the world is better without

20   Charlie Kirk an opinion?

21       A    Well, what you read, what -- what you just

22   read earlier was within their discipline and seek

23   knowledge and share that knowledge in the context of

24   their academic discipline.  That was --

1    Q    I am -- promise you, I'm trying to get you
2    out of here, but you're not answering my question.
3          What I asked you was, is saying, "The world
4    is better off without Charlie Kirk," an opinion?
5    A    That is her personal opinion about a person.
6    It's not her opinion about her discipline, or the
7    theories, or the philosophies in her discipline.
8    Q    But that is an opinion, is the answer?
9    A    It's an opinion.
10   Q    Again, I'm not trying to trick you.  I'm
11   just trying to get you out of here.
12         So that is an opinion.  Is saying that, "His
13   children are better off without their dad," is that an
14   opinion?
15   A    It's an opinion that does not show respect
16   for the opinions of others.  It's an opinion that does
17   not exercise appropriate restraint.
18   Q    But it's an opinion?
19   A    It's an opinion.
20   Q    And -- okay.  And saying his children are
21   better off is an opinion?
22   A    That shows absolutely no appropriate
23   restraint.
24   Q    Okay.  "The board of trustees has entrusted

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1   campus administration with implementing this policy.
 2   It is the duty of the administration to remove the
 3   faculty -- any faculty member who has been found,
 4   through proper procedures, seriously derelict and his
 5   or her responsibilities as a member of the academic
 6   community.  Adequate cause" -- well, first and
 7   foremost, it states here, "as a member of the academic
 8   community."
 9            Was Professor Shirinian saying -- putting
10   her post out as a member of the academic community?
11        A    She is a member of the academic community.
12   She didn't say one way or another, whether it's my
13   personal opinion, my public opinion, my discipline's
14   opinion.
15        Q    She didn't cite that she was a University of
16   Tennessee professor at all, did she?
17        A    No.
18        Q    Or mention that at all, and that was --
19        A    Takes -- takes ten seconds to figure out if
20   somebody -- on social media these days, where they
21   work.  So that's -- that's just the world we live in.
22        Q    "Adequate cause for termination exists when
23   a faculty member engages in any misconduct directly
24   related to the fitness of the faculty member to engage
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

1    in teaching, research, service, or administration."
2           How is her, Professor Shirinian's, comment
3    related to her teaching?
4        A    Directly related to the fitness of the
5    faculty member to engage in those activities.
6           And my view was, that was such a reckless
7    decision she made, that it showed such poor judgment
8    and any kind of common decency for other human beings,
9    that I considered that really gross misconduct.  That
10   was my interpretation.
11       Q    And what about -- is that your answer with
12   regards to research, service, and administration as
13   well?  Just to -- or do you have different answers?
14       A    It's for all of it combined.
15       Q    Okay.  It says, "Appendix C sets out the
16   procedures applicable in cases of misconduct,
17   including the expedited termination, in case of
18   egregious misconduct.
19           "The code of conduct and associated guidance
20   extend the expectations for civil and professional
21   engagement to all employees, including, without
22   limitations, specific expectations related to
23   respectful comment, respectful conduct."
24           And then it says, "Respect"; right?

www.veritext.com          Veritext Legal Solutions          800-556-8974

1     A     Uh-huh.

2     Q     And it talks about respect.

3     A     Right.

4     Q     And, specifically, it says, "People are the

5   University of Tennessee's most important resource.  As

6   such, employees are expected to treat one another,

7   students, and the general public with dignity,

8   respect, professionalism.

9           "Employees are expected to create an

10  environment that promotes academic freedom, diversity,

11  fair treatment, and respect for others.  Respectful

12  conduct includes," and then it gives a list of things;

13  right?

14    A     Correct.

15    Q     And, later on, it talks about applicable

16  procedures.

17          It says, "The applicable policy and

18  procedures are found in the board of trustees'

19  policies governing academic freedom, responsibility,

20  and tenure."

21          And it talks about what's supposed to

22  happen; correct?

23    A     Correct.

24    Q     Now it says, "In the following cases of

```
1    alleged misconduct by a faculty member, the chief
2    academic officer, after consulting with the
3    chancellor, president, and the president of the
4    faculty senate or the Faculty Senate Executive
5    Committee, may invoke an expedited procedure to
6    accomplish termination or suspension without pay, with
7    comprehensive due process procedures to be offered
8    after termination or suspension without pay."
9           Now, explain this to me.  It states here
10   that, "The chief academic officer, after consulting
11   with the chancellor, or the president, and the
12   president of the faculty senate, or the Faculty Senate
13   Executive Committee."
14          You're not the chief academic officer, are
15   you?
16       A    No.
17       Q    Well, who is?
18       A    The provost.   And I have explained this
19   like at least three times.
20          I did not require the provost to do that in
21   this case because his recommendation was going to come
22   to me, and I did not want to put him in the middle of
23   a lawsuit as well.
24          It's my decision.  I'll take the
```

1    responsibility for it.
2        Q    So that's a board of trustees policy;
3    correct?  So you have the power to ignore a board of
4    trustees policy.
5        A    I ignored it in this case, I guess you'd
6    say.
7        Q    Have you ignored a policy of the board of
8    trustees before?
9        A    Not of this nature.  And, by the way, I did
10   that with the -- with the counsel from general
11   counsel.  Okay?
12       Q    They counseled you to ignore --
13                  MR. FITZGERALD:  Nope.
14                  THE WITNESS:  I discussed with them
15   what I was going to do, so it wasn't a big surprise.
16   BY MR. BIGELOW:
17       Q    Okay.  Well, you said that they counseled
18   you to do it, and that's interesting.
19                  What did they say to you, when they
20   counseled you to do this?
21                  MR. FITZGERALD:  Object to the form.
22                  And don't answer that.
23                  MR. BIGELOW:  She said that they
24   counseled her to do it.

Case 3:25-cv-00528-KAC-JEM    Document 45    Filed 01/21/26    Page 185 of 363
PageID #: 764

```
1                    THE WITNESS:  No.  I did not say that.
2      That is you putting words in my mouth.  I did not say
3      that.
4                    MR. BIGELOW:  We can --
5                    THE WITNESS:  I said I did that in
6      conversation with general counsel.
7                    MR. BIGELOW:  Can you repeat the
8      chancellor's answer, please?
9                    (The reporter repeated the record as
10                   requested.)
11                   MR. FITZGERALD:  -- here.  Let's keep
12     this moving.
13                   MR. BIGELOW:  Well, I --
14                   MR. FITZGERALD:  She's not going to
15     answer any questions about any conversations she had
16     with --
17                   MR. BIGELOW:  That's fine.  You're
18     instructing her not to answer, despite waiving
19     privilege, she just waived privilege, is what you're
20     saying.
21                   MR. FITZGERALD:  She did not waive
22     privilege.
23                   MR. BIGELOW:  Okay.  Well, we can talk
24     about whatever we need to talk about after that.
```

www.veritext.com        Veritext Legal Solutions        800-556-8974

```
 1                    MR. FITZGERALD:  Sure.
 2                    MR. BIGELOW:  Which is fine.  But
 3     you're instructing her not to say anything, is what
 4     you're saying?
 5                    MR. FITZGERALD:  Yes.
 6                    MR. BIGELOW:  Could you repeat that one
 7     more time?  I'm sorry.
 8                    THE REPORTER:  Just a moment.
 9                    (The reporter repeated the record as
10                    requested.)
11                    MR. BIGELOW:  -- your client not to
12     speak.  We'll take it up with the Court or whatever
13     later.  It's fine.
14                    MR. FITZGERALD:  Sure.
15     BY MR. BIGELOW:
16         Q    It says, under the -- actually, continuing,
17     it says, "May invoke an expedited procedure to
18     accomplish termination or suspension without pay, with
19     comprehensive due process procedures to be offered
20     after termination or suspension without pay;
21              "A, alleged misconduct involving acts or
22     credible threats of harm to a person or university
23     property."
24              Are you claiming that anything Dr. Shirinian
```

1    did was a act or credible threat of harm to a person
2    or university property?
3         A     It was a -- it was a threat of harm to the
4    university's reputation.  And I consider reputation
5    the property of the university.
6         Q     Is that what the procedure says?  Does it
7    say, "Alleged misconduct involving threats of harm to
8    reputation"?
9         A     No.  What it says, you skipped over earlier
10   in the document, where it talks about gross misconduct
11   includes behavior of any nature that brings the
12   university into disrepute and any other --
13        Q     I'm actually not talking about that,
14   Chancellor.
15             I'm talking about the paragraph at the
16   bottom of the page, where it specifically says, "In
17   the following cases of an alleged misconduct by a
18   faculty member, the chief academic officer, after
19   consulting with the chancellor, president, and the
20   president of the faculty senate or the Faculty Senate
21   Executive Committee may invoke an expedited procedure
22   to accomplish termination or suspension without pay,
23   with comprehensive due process procedures to be
24   offered after termination or suspension without pay,

Page 188

```
 1   A, alleged misconduct involving acts or credible acts
 2   of harm to a person or university property."
 3              Are you trying to tell me that you interpret
 4   "university property" to mean the credibility or
 5   the -- what did you say?
 6        A    Reputation.
 7        Q    Reputation.  That's property?
 8        A    Yes.
 9        Q    Have you ever heard of university property
10   or -- as reputation of a university being categorized
11   as university property?
12        A    Are you asking me that?
13        Q    Yes.
14        A    No.
15        Q    You're just -- that's your interpretation?
16        A    Uh-huh.
17        Q    And, since you're the CEO, you get to
18   interpret; right?  Yes?
19        A    That's one of the reasons for doing this.
20        Q    Okay.
21        A    I'd had like to record to note that you
22   skipped over the definition of gross misconduct,
23   behavior --
24        Q    I'm happy to read the whole thing.  I was
```

```
 1   just trying to save you time.  I'll read the whole
 2   thing.
 3            "Respect, people are the University of
 4   Tennessee's most important resource, as such employees
 5   expected" --
 6                    MR. FITZGERALD:  Rob --
 7                    THE WITNESS:  Come on.
 8                    MR. BIGELOW:  No.  She's saying, for
 9   the record, I skipped it.  I want to adhere to what --
10   she's making a complaint, and I'm rectifying that
11   complaint.
12                    MR. FITZGERALD:  You've made it an
13   exhibit.  We can move on.
14                    This is -- actually, can we take a
15   break for a minute?
16                    THE WITNESS:  I need about five
17   minutes.
18                    MR. BIGELOW:  Yeah.
19                    THE VIDEOGRAPHER:  We are off the
20   record.  The time is 3:32.
21                    (Off the record.)
22                    THE VIDEOGRAPHER:  We are on the --
23   BY MR. BIGELOW:
24        Q    -- up, chance for a little bit more about
```

Case 3:25-cv-00528-KAC-JEM    Document 45    Filed 01/21/26    Page 190 of 363
PageID #: 769

1  the exhibit that you just previously had in front of
2  you.  We're not quite done.
3         The policy that was that we were talking
4  about, actually, the policy on page two, states that,
5  "In cases of alleged misconduct by a faculty member,"
6  and then, it goes on, and it talks about expedited
7  procedure to accomplish termination.
8         But it says, "To accomplish termination or
9  suspension without pay."
10         But Professor Shirinian was suspended with
11  pay; correct?
12      A    Correct.
13      Q    Why was that decision made?
14      A    I made the decision to allow her to continue
15  to be paid while we worked through the process.
16         And I didn't know, it wasn't really clear
17  exactly what the -- how the process would unfold or
18  how long it would take at the time I made that
19  decision.
20      Q    Okay.  The next page, page three of three of
21  Exhibit 67, states that, "Under the expedited
22  procedure, the faculty member shall be offered the
23  following process before termination or suspension
24  without pay."

1        And then it says different things, notice of
2    charges, explanation of the evidence, and informal
3    opportunity to refute the charges; correct?
4        A    Correct.
5        Q    And it says, "After termination or
6    suspension without pay, a faculty member shall be
7    afforded the full range of due process options
8    available to faculty members in other adequate cause
9    proceedings, as set forth in paragraph seven, except
10   that the termination without pay shall not be stayed
11   pending the outcome of an ad hoc hearing committee, if
12   the faculty member elects that method of contesting
13   this action.
14       "If the final determination by either UAPA
15   proceeding or an ad hoc hearing committee proceeding
16   as favorable to the community member and concludes
17   that the faculty member should not have been/should
18   not have been terminated for adequate cause, then,
19   full restitution of salary, academic position, and
20   tenure lost during the suspension without pay or
21   termination shall be made."
22       All that to say, in your understanding, what
23   are Professor Shirinian's to options under this,
24   should she choose to elect either of those two

```
1    options?
2         A    Okay.  I am not well versed in either of the
3    two processes in detail, but she will be afforded
4    exactly what's laid out in the handbook for someone
5    who has been terminated.
6              And there are two different processes, and
7    I -- I am not -- I'm not an expert in either one of
8    them.
9         Q    Okay.
10        A    She'll be informed, and be able to choose
11   and --
12        Q    And when is she able to do that?  Do you
13   know?
14        A    When she's been terminated.  She's not
15   terminated yet.
16        Q    Okay.  So she can't do that now?
17        A    Correct.  My understanding is that that's
18   once termination has happened, and, once it happens,
19   I'll fulfill whatever it is I'm required to do for
20   that.
21        Q    "As required by these procedures, before
22   deciding to initiate termination proceedings, I have
23   consulted with System President Boyd and Faculty
24   Senate President Charles Noble; correct?
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1        A     Yes.   That's what it says.

 2        Q     "This letter provides notice of the charge

 3   of gross misconduct," sets out the rationale, and it

 4   goes on.

 5              And then, you end, "Even as a public

 6   institution, University of Tennessee upholds core

 7   values and strives to model civil discourse," and it

 8   just goes on from there; correct?

 9        A     Right.   Correct.

10        Q     And you invite Dr. Shirinian to respond to

11   you; correct?

12        A     Yes.

13        Q     And she did?

14        A     Yes.   She did.

15              MR. BIGELOW:   Okay.   So again, that's

16   Exhibit 67, for the only bit of levity in this entire

17   process.

18                   (Exhibit 67 was marked for

19                   identification.)

20   BY MR. BIGELOW:

21        Q     This is a Wednesday, September 17th, it

22   looks like 5:02, although maybe I need to -- 5:02

23   a.m., the Chronicle of Higher Education.

24              It's -- and, on the fourth page, it states,
```

```
1    "These college employees and students have been
2    punished for comments on Charlie Kirk's death."
3         A    Yes.
4         Q    Similar to Dr. Shirinian; correct?
5         A    Uh-huh.
6         Q    Yes?
7         A    Yes.
8                    MR. BIGELOW:  Okay.  And that's 68.
9                    (Exhibit 68 was marked for
10                   identification.)
11   BY MR. BIGELOW:
12        Q    I gave you what I think is a text message
13   exchange between you and others, perhaps -- or do you
14   recognize this, is a better question?
15        A    Actually, I -- I mean, I don't right off,
16   just reading it blind here.
17        Q    Okay.
18        A    Am I in this group?
19        Q    I don't know the answer to that.
20        A    I -- I think it would have my initials, if I
21   was.  Let's see.
22        Q    Or not necessarily because it could be --
23   you could be the right-hand side --
24        A    Okay.  Okay.  So let's assume that's me.
```

Case 3:25-cv-00528-KAC-JEM    Document 45    Filed 01/21/26    Page 195 of 363
PageID #: 774

```
 1       Q    This is in reference to something by the
 2   United Campus Workers; correct?
 3       A    Yes.
 4       Q    And do you know what that -- what is the
 5   United Campus Workers?
 6       A    I think like a union group sort of,
 7   organized labor.
 8       Q    And are -- do they have a lot of workers on
 9   your campus?
10       A    I don't know what's the size of their group.
11   It's not huge, but --
12       Q    Okay.
13       A    They -- they think of themselves as
14   representing the workers.
15       Q    Okay.
16            THE REPORTER:  I'm sorry to interrupt.
17   Could you just turn the microphone -- put one on over
18   there --
19            THE WITNESS:  Oh.
20            THE REPORTER:  Thank you.
21            THE WITNESS:  Okay.  Great.
22   BY MR. BIGELOW:
23       Q    And someone says -- "MS."  Who might "MS"
24   be?  Any -- and I know this is just a guess.  I'm not
```

Case 3:25-cv-00528-KAC-JEM    Document 45    Filed 01/21/26    Page 196 of 363
PageID #: 775

1    going to hold you to it.
2        A    In the -- you know, I can't read this text.
3    Is it in here?
4        Q    -- I guess "MS" is Matthew Scoggins.
5        A    "MS," I'm sure that's Matthew Scoggins.
6        Q    Right.  Yeah.  In fact, it is because it's
7    right here.
8        A    Yeah.
9        Q    And then, "RP."  Any idea of who "RP" is?
10       A    I'm not -- I don't know who that would be.
11       Q    Okay.  Whoever it is says Ryan had -- Ryan
12   already has this, wanted to send it to you; right?
13       A    Yes.
14                MR. BIGELOW:  Okay.  That's Exhibit 69.
15                (Exhibit 69 was marked for
16                identification.)
17   BY MR. BIGELOW:
18       Q    What does Carey Whitworth do as the Vice
19   President of Government Relations?
20       A    She advocates for the entire university
21   system with legislature and in Washington, but heavily
22   in the state.
23       Q    You later sent Dr. Shirinian another email,
24   on Wednesday the 17th, saying, "A copy of your social

```
1   media post inadvertently was not included with the
2   letter I sent yesterday," and you just sent another
3   one --
4        A    Yeah.  It was -- that should have been
5   attached.
6        Q    Just kind of a housekeeping --
7        A    Right.
8        Q    -- kind of thing; is that fair to say?
9        A    Yeah.  Exactly.
10       Q    Okay.  This is, again, New York Times a part
11  of your subscription, Wednesday, 17th of September,
12  5:45 p.m.
13            The second page has an article that's
14  entitled, "After Charlie Kirk's Killing Barack Obama
15  Said the Nation is in a Political Crisis."
16            Would you agree with that statement at the
17  time?
18       A    I don't -- I -- I think we've been in a
19  political crisis for a long time.  I wouldn't just
20  attribute it to his killing.
21       Q    How does that political crisis affect your
22  job, as the CEO of The University of Tennessee
23  Knoxville?
24       A    I'd say it's hard for every university
```

```
 1  president and chancellor right now, just because the
 2  higher education has become a bit of a target in the
 3  country.
 4           And so, it's a lot harder than it used to
 5  be.
 6      Q    As someone who is a big proponent of higher
 7  education, not that you care or need to know, I'm
 8  curious as to why you think people target higher
 9  education.
10      A    Well, this White House has targeted us.
11      Q    Yeah.  But why?  Why?
12      A    I don't know.
13      Q    Do you think it might be because,
14  speculation, admittedly, but do you think it might be
15  because higher education overwhelmingly deals with
16  facts, and things like scientific method, and provable
17  facts, and such?
18      A    I think it's way bigger than that.
19      Q    Yeah.
20      A    Yeah.
21      Q    Fair.
22              MR. BIGELOW:  That's Exhibit 70.
23              (Exhibit 70 was marked for
24              identification.)
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

BY MR. BIGELOW:

    Q    This is another email to you dated Thursday, September 18th, 7:39 a.m.

        Matthew Scoggins sent it; correct? Chancellor?

    A    I'm sorry.

    Q    That's okay.

    A    Ask -- I was trying --

    Q    I know.  It's okay.

    A    I haven't read this before.

    Q    It's somewhat unfair of me to hand you something and say --

    A    Okay.  So --

    Q    -- don't read the whole thing.

    A    What is the question?

    Q    All I said was this an email to you from Matthews Scoggins.

    A    He is forwarding me something that came into the public box as -- it looks like --

    Q    Yep.

    A    -- because it came from McCauley.

    Q    Yep.  And it is sent to you, dated September 16th --

    A    Correct.

```
 1        Q     -- at 6:21 p.m.

 2        A     Right.

 3        Q     "Dear Chancellor Plowman, I am writing from

 4   my non-UT account in an attempt to remain anonymous."

 5        A     Right.

 6        Q     "But I just received the email below from a

 7   faculty -- fellow faculty member in the English

 8   department, and I'm concerned that this person is

 9   taking UT Listserv to criticize our school's

10   leadership and promote unrest.

11              "This is the kind of rhetoric -- is this the

12   kind of rhetoric we want to tolerate from our

13   faculty?"

14              And then, it cites a email that apparently

15   was to the English faculty; correct?

16        A     Yes.  It seems that way.

17        Q     And the email, we don't know who it's from

18   because it's whited out.

19        A     Right.

20        Q     It states, Dear Colleagues, you have seen

21   the news by now and, indeed, Donde Plowman's craven

22   and completely incoherent email.  Apparently, she is

23   against advocating violence on school campuses, one of

24   Charlie Kirk's own causes 'celebre.'
```

1          "You will remember him well, no doubt, as UT
2     let him rabble rouse on campus last semester,
3     inflicting his brand of" -- and we talked about this;
4     right?
5          A    Correct.
6          Q    Do you think that this email -- someone was
7     saying this email was -- believed that this email was
8     promoting unrest?  Do you agree with that position or
9     no?
10          A    I -- I don't know.
11          Q    Okay.
12          A    I -- you know, people are expressing
13     themselves.
14                    MR. BIGELOW:  And this is Exhibit 71.
15                    (Exhibit 71 was marked for
16                    identification.)
17     BY MR. BIGELOW:
18          Q    This is a email from Carey Whitworth.
19     Again, this is in regards to something with a
20     potential American -- or establishment of a new major
21     within IAC on civic and constitutional thought.
22               And it's, "Sent over a draft.  Would like
23     General Skrmetti to consider signing in support of
24     this."

1          Is it normal to get like an AG to sign off
2     on courses that are going to be taught?
3          A    I'll give you some context for this.
4          Q    Please do.
5          A    When General Skrmetti, before he was the
6     general, he was legal counsel in the governor's
7     office.
8          And he was very in -- central to us getting
9     the allotment from the governor to establish the
10    Civics Institute and has been very closely, you know,
11    involved in the starting of it.
12         So, anytime we ask for a new major, for
13    approval of a new major, we get letters of -- everyone
14    does this throughout the state, you get letters from
15    people who know something about the program,
16    recommending I think you should do this.
17         So I suspect -- I've never talked to Carey
18    about this, but I suspect this was much more in his
19    capacity as having been the person who helped us
20    establish the Civics Institute and establish it in a
21    way that it is about multiple viewpoints, and
22    respectful interaction, and teaching, and learning
23    civics, so --
24         Q    Do you --

1      A      -- that would be my guess.

2      Q      Fair.  Do you know anything, or have you

3  heard anything, about the state of Tennessee teaming

4  up with Turning Point USA to put TPUSA chapters in

5  every high school and college --

6      A      Just what anyone has read in the newspaper.

7      Q      So yes, you have?

8      A      I've -- I've read it in the newspaper.

9      Q      Okay.

10     A      Other -- I don't know anything officially.

11     Q      What do you think about what you've read in

12  the -- well, what have you read in the newspaper?

13     A      I've read -- I read some people saying that

14  Governor Lee wants to do that, and I've then read

15  somewhere where Governor Lee has said sort of like

16  this.

17            So I don't know.  I don't know any details

18  about it.  I just read the headlines on that.

19     Q      Have you read statements from politicians

20  saying that they are backing Turning Point USA?

21     A      I haven't read anything, but I just haven't

22  paid attention to it.

23     Q      Okay.  So but you've heard about this?

24     A      Yeah.  Right.  I have.

1      Q    Okay.  If I were -- and I may -- if I were
2  to hand you a bunch of statements, do you have any
3  reason to not believe statements in the press that
4  were made about that?
5      A    No.
6      Q    Okay.  There was, recently, a filing in
7  court that included statements made by politicians.
8      A    Okay.
9      Q    Did you read that filing?
10     A    No.
11     Q    Okay.
12     A    I don't know anything about that.
13              MR. BIGELOW:  Okay.  That's 72.
14              (Exhibit 72 was marked for
15              identification.)
16  BY MR. BIGELOW:
17     Q    And when I say, "a filing in court," I mean
18  in this case.
19     A    Yeah.
20     Q    Just so you know I'm not just randomly
21  saying a filing in any case.
22     A    Okay.
23     Q    This is from the Chronicle of Higher
24  Education, dated September 19th, 5:06 a.m., and it's

```
 1   to your email; correct?
 2                  (Exhibit 73 was marked for
 3                  identification.)
 4        A     Uh-huh.
 5                  THE REPORTER:  Is that a yes?
 6                  THE WITNESS:  Yes.  It's my regular
 7   subscription to the Chronicle of Higher Education.
 8   BY MR. BIGELOW:
 9        Q     We can move on.  I'm not even going to --
10        A     Okay.
11        Q     Have you seen or heard of Senator Blackburn
12   talking about the assassination of Charlie Kirk and
13   that it's unfathomable that, "radical leftists are
14   celebrating his murder"?
15        A     I have seen a few posts.
16        Q     Okay.
17        A     Yeah.
18        Q     I'm not --
19        A     Yeah.
20        Q     Okay.  Again, I'm just trying to help you
21   out --
22        A     Yeah.  Thank you.
23        Q     -- as far as time is concerned.
24                  This is an email from Dr. Shirinian to you.
```

```
 1        A     Yep.

 2        Q     And it's in response to --

 3        A     Right.

 4        Q     -- your invitation; correct?

 5        A     Right.

 6        Q     I want to -- I want you to turn your

 7   attention to that email.  It's dated September -- or

 8   the letter itself, dated of September 22, 2025.

 9              First of all, did you read this?

10        A     Of course.  Yeah.  I did.

11        Q     Okay.  She starts in that she didn't envy

12   your position, being a chancellor at a major

13   academic -- major research institution is an

14   incredible accomplishment.

15              "And, as a woman, I look up to" -- she says

16   she looks up to you as someone who's achieved and

17   succeeded in endeavors in that position.

18              She states that the Facebook comment she

19   made privately and not in her capacity at -- as a UT

20   professor was ineloquent and heartless, it was

21   sensitive, and so on, so forth.

22              I can continue to read all of this, if you

23   would like me to, and I'm happy to do that.

24              Is there anything in this that you just
```

1   disagree with or think is incorrect, as someone who's
2   read it?
3       A    What I remember from this letter, and I read
4   it more than once, was a desire, on the part of
5   Dr. Shirinian, to help me understand what was going on
6   in her head at the time that she did that.
7            That's how I read it.  Like what was I
8   thinking about, what had made me angry, and all these
9   other -- all these things going on, and in Charlie
10  Kirk's positions about all these things.
11           And I don't question any of that.  My -- so
12  I -- I saw the major purpose of it.  She kind of
13  apologized in the first sentence or two, and then,
14  explained really where her mental state was at, at the
15  time she did it.
16           That's how I think about the letter.
17      Q    Based on this, could you understand her
18  mental state?
19      A    Yes.  It doesn't change how I think about
20  the actions that she chose to take.
21      Q    And you recognize that she is a long-time
22  advocate for peace; correct?
23      A    I -- I read that in here.  Yes.
24      Q    And she explained that her comment -- she

```
 1   explained to you that her comment was in response to a
 2   post about Charlie Kirk; correct?
 3        A    Uh-huh.
 4        Q    So she gave you the context of her comment;
 5   correct?
 6        A    Yes.  Yes.
 7        Q    Do you believe that?
 8        A    Yes.
 9        Q    Do you believe her?
10        A    Yes.
11        Q    Okay.  And then, she also talked with you
12   about how -- she talked -- she addressed the -- the
13   genocide and Gaza; correct?
14        A    Uh-huh.
15        Q    And how she is affected and was affected by
16   the genocide in Gaza, and as it -- how it has real
17   true and difficult, extremely difficult, meaning --
18        A    Right.
19        Q    -- with regards to her life, and her family,
20   and such; correct?
21        A    Right.
22        Q    And she also tied that to statements of
23   Charlie Kirk; correct?
24        A    Uh-huh.
```

1      Q    And she did that with regards to Charlie

2    Kirk's positions on Martin Luther King, and Charlie

3    Kirk's positions on women, and Charlie Kirk's position

4    on diversity, and Kyle Rittenhouse, and the LGBTQ

5    community, and a whole bunch of things; correct?

6      A    Right.

7      Q    Having read all of those things with Charlie

8    Kirk, you were aware of some, but maybe not all, of

9    those things; is that fair, or is that not fair to

10   say?

11     A    Things she was thinking about or things

12   that --

13     Q    No.  Things that Charlie Kirk had said.

14     A    I was aware of -- I -- I couldn't say.  I

15   could have written this down and put those footnotes

16   in there.  I didn't know that much, but I -- I know

17   the general tenor, I would say.

18     Q    Did the things on page three, the, the

19   citations to what things Charlie Kirk said, do they

20   disgust to you?

21     A    I don't agree with them.

22     Q    That's not my question, though.

23     A    But I don't think -- do they disgust me?

24     Q    Do they -- I mean, you can read them.

```
 1   I'll -- if you want to read them all.  In fact,
 2   there's only 11.
 3       A    I mean, it -- it -- a ton of it disgusts me.
 4       Q    Okay.  Yeah.  That's fair.
 5            Do you agree -- it's the second to last
 6   page, and, admittedly, it's a supposition, if you had
 7   done -- it's the third full paragraph, "If you had
 8   done nothing or failed to act after complaints from
 9   the legislature, I'm confident that Mr. Starbuck,
10   Mr. Burchett, or Mr. Zachery would have asked for your
11   resignation and/or said that you were a DEI hire, as
12   is often their modus app operandi with women."
13            Do you agree with that?
14       A    I'm not -- I don't know that they would have
15   wanted to fire me, but I'm sure that -- I know there
16   are people who think I was a DEI hire.  There's plenty
17   of people who think that.  About those people, I don't
18   know.
19       Q    Did Mr. -- Who is Mr. Zachary, do you know?
20       A    Jason Zachary is a representative from the
21   Knoxville area to the state legislature.
22       Q    Has he chimed in with -- about any of this,
23   to your knowledge?
24       A    I haven't talked to him about it.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1      Q    Do you know if he said anything?

 2      A    I don't know.

 3      Q    Okay.  Professor Shirinian, it goes on, it

 4  says that she's, "at a loss why so many people fail to

 5  speak out when others, including people who are

 6  supposed to act as leaders, openly use words

 7  designated to provoke and incite violence."

 8           And then she cites six instances where

 9  someone, in fact, the President of the United States,

10  has openly endorsed and promoted violence.

11           Do you see that?

12      A    I do.

13      Q    Have you ever spoken out publicly against

14  his endorsements, President Trump's endorsements, of

15  violence?

16      A    No.

17      Q    Why not?

18      A    I don't think that's my job.

19      Q    Why do you say that?

20      A    My job is to run this university and try to

21  fulfill the mission that we have.

22           It's not my job to opine about what other

23  politicians say on either side of anything.  That's --

24  I don't see that as my job.
```

www.veritext.com            Veritext Legal Solutions            800-556-8974

1    Q    So your job is confined, in your opinion, is
2    confined to opining on what happens simply within the
3    University of Tennessee Knoxville?
4    A    If I'm going to opine, it would be about
5    that.  My focus is this university and trying to
6    deliver on our mission for the people of Tennessee.
7    Q    The reason I ask is because you have stated
8    openly that you were more than disgusted and you
9    thought what Professor Shirinian stated was more than
10   hate, it was a -- whatever that might be; correct?
11        And yet, there are individuals on your
12   campus and, frankly, a -- organizations on your
13   campus, who support people who have said things that
14   are openly, openly violent, openly suggesting violence
15   or endorsing violence as we've read; right?
16   A    I don't know.  I don't know about
17   organizations on our campus that openly encourage
18   violence.
19   Q    No.  I'm not saying that they openly
20   encourage violence.  I'm saying they support people
21   who openly encourage violence.
22   A    You mean like President Trump?
23   Q    Yeah.
24   A    Sure.  There are organizations that support

1    all sorts of things, student organizations especially.
2    We've got over 500 of them.
3         Q    So the reason I ask is, if you believe, and
4    I don't believe it, but if you believe that Professor
5    Shirinian was endorsing violence, and there are
6    other -- that there are groups on campus who support
7    people or back people who endorse violence, what's,
8    the difference between the two?
9         A    Well, it's a -- it's a very big difference
10   to me.  It's one step removed, and you're -- people
11   support political figures for all sorts of reasons.
12           In the case of Dr. Shirinian, it was
13   straight out the world is better off without him, his
14   kids are better off without him and his wife is, which
15   was at a time -- it was -- it was the judgment.  It
16   was the action.
17           It's not politics.  It's not about the
18   speech.  It's about taking an action at a time when --
19   when campuses throughout the country were anxious and
20   nervous that there could be something happen on our
21   campus.  It was -- it was a reckless choice.
22        Q    When you hear of other universities
23   returning professors, does that make you think twice
24   that you're not?

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1        A     No.

 2        Q     Well, why not?

 3        A     In those cases, the court told them to do

 4   it, the two that I mentioned, Texas and South Dakota.

 5   I don't know about others.

 6        Q     What about the cases where the court hasn't

 7   told them to do it in Tennessee, like Austin P and

 8   MTSU?

 9        A     I'm basing my -- my decision on what

10   happened here, in this situation.  It doesn't change

11   me.

12                    MR. BIGELOW:  That's Exhibit 74.

13                    (Exhibit 74 was marked for

14                    identification.)

15                    MR. BIGELOW:  If you could hand the

16   Chancellor Exhibit 7.  I'm sorry, I should have asked

17   earlier.  There we go.

18                    THE WITNESS:  Back here?

19                    MR. BIGELOW:  Thank you.  Yeah.  It's

20   the one -- it's -- at the top, it says, "University of

21   Tennessee Knoxville," and it's a memorandum.

22                    THE WITNESS:  Okay.

23   BY MR. BIGELOW:

24        Q     Have you seen this before?
```

Case 3:25-cv-00528-KAC-JEM    Document 45    Filed 01/21/26    Page 215 of 363
PageID #: 794

```
 1        A    Yes.

 2        Q    And so, what is it?

 3        A    It's been a while since I looked at it.

 4   It's minutes, isn't it, of the faculty senate?

 5        Q    No.  It's actually a memorandum.

 6        A    Okay.

 7        Q    It's a memorandum to Charles Noble, and it

 8   asks that Provost Zomchick provide written responses

 9   to a number of questions.

10        A    Okay.  I have seen it.  It's been a while

11   since I looked at it.

12        Q    Have you spoken with Provost Zomchick about

13   this?

14        A    I don't know that I spoke about this memo.

15   I spoke about him.  He went before the senate to

16   answer a bunch of questions about this right about

17   this time, so --

18        Q    Do you know if the university and/or

19   Professor Zomchick has responded, in writing, as

20   requested by the faculty senate?

21        A    I don't know.  I don't know.

22        Q    Okay.  Do you think it's important to

23   respond to these questions in writing to the faculty

24   senate?
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

1    A    I think that it's -- it's important to
2    respond to them.  I think doing it orally is -- is
3    fine as well, so --
4    Q    Okay.  I want to go over these a little bit.
5    A    Okay.
6    Q    At the bottom, it says -- it has a bunch of
7    relevant law and policy, document links.
8    A    Right.
9    Q    Have you read -- I mean, I guess this is a
10   good question.  Have you read the First Amendment?
11   A    Yes.
12   Q    Okay.  And have you read the 14th Amendment?
13   A    Not recently.
14   Q    Okay.  Have you read the Tennessee Campus
15   Free Speech Protection Act?
16   A    Yes.
17   Q    And have you read the rest of the policies
18   cited here?
19   A    Yes.
20   Q    Okay.  Have you read --
21   A    I'm not an expert on the entire faculty
22   handbook, but I have read the sections relevant to
23   this.
24   Q    Understood.  Under number one, it says, "The

1 university is pursuing the termination of

2 Dr. Shirinian under the faculty handbook section," and

3 then, it cites and it talks about bypassing standard

4 procedures.

5        A    Right.

6        Q    Sorry?

7        A    Right.  Yes.

8        Q    Okay.  And those procedures include

9 consultation with tenured faculty, department head's

10 recommendation, dean's recommendation.

11        And how -- that was skipped over by invoking

12 the expedited procedures outlined; correct?

13        A    Correct.

14        Q    And we discussed this earlier; correct?

15        A    Uh-huh.

16        Q    And then, it talks about kind of the things

17 that we discussed.

18        A    Right.

19        Q    And I guess your answer to -- and we won't

20 go deep into this, I promise -- it says, "Given the

21 publicly stated reasons for termination do not meet

22 the narrow criteria for invoking the expedited

23 procedure, what specific grounds is the university now

24 proceeding with termination?"

1          And you already answered that.  Basically,
2     it's your decision; correct?
3          A    Right.  Correct.
4          Q    Okay.  And then, it says, "Irrespective of
5     this case, of Dr. Shirinian's university position,
6     that failure to follow the guidelines of the faculty
7     handbook while moving forward with termination
8     proceedings of a faculty member would not -- is it the
9     university's position -- I'm sorry -- that failure to
10    follow the guidelines while moving forward with
11    termination proceedings of a faculty member would not
12    represent a due process violation?"
13         Do you have an answer to that?
14         A    I don't think it's a due process violation.
15    I have said I went outside the normal procedure, and
16    I've said the reasons I did that.
17         Q    Do you think the normal procedure is part of
18    due process?
19         A    It's -- yeah.  It's one manifestation of due
20    process.
21         Q    Okay.  And then, it goes on, "University
22    policies delineate faculty speech into three
23    categories," and it talks about those three
24    categories; correct?

```
 1        A    Yes.
 2        Q    And it talks about -- the first category is
 3   workplace speech within a faculty member's
 4   professional expertise, second is workplace speech
 5   outside the professional expertise, and the third is
 6   speech outside the workplace and their role as a
 7   faculty member, private citizen speech.
 8             And you would agree that this is private
 9   citizen speech; correct?
10        A    Yes.
11        Q    Okay.  It then goes on to talk about the
12   right of faculty.  And I'm trying to hurry, like you
13   can tell.
14        A    Yep.
15        Q    The right of faculty speech as a private
16   citizen is affirmed, which states, in the faculty
17   handbook 213, which states that, "When faculty members
18   communicate citizens on a matter of public concern,
19   they operate independently of the university."
20             Would you agree that Dr. Shirinian was
21   operating independently of the university?
22        A    Okay.  Here's where I differ --
23        Q    Okay.
24        A    -- with these faculty members and with this
```

Page 220

```
 1   line of questioning is that, much of what exists in
 2   policy was written along before social media.
 3            And I think the distinction between personal
 4   or private and public is fading.  That's my view.
 5            And, when I'm held responsible for what
 6   faculty member said in her private speech, on social
 7   media that gets 80,000 retweets, it's a different
 8   world.  That's how I view it.
 9       Q    Have you talked with members of -- with the
10   trustees to change that policy to reflect your view?
11       A    That's a great question.  And one of the
12   things that, when we get through some of this, I have
13   been talking with the president and general counsel
14   about how do we need to modify guidelines about social
15   media.
16            Having said that, I don't really think you
17   need a guideline that says you may not call someone's
18   widow a stupid F-U-C-K.
19            I don't think we need a policy about that.
20   That's common sense.  But do we need to revise some of
21   this?  Probably.
22       Q    My question, though, was have you talked
23   with members of the trustees about that?
24       A    Not members of the trustees.  I've talked to
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1   the president and I have talked to some of the general
 2   counsel lawyers.
 3        Q    And you mentioned the fact that Professor
 4   Hernan swore, and that seems to upset you.  Is that
 5   fair to say, that she used the F word?
 6        A    It was -- mostly, it was the tone of the
 7   entire thing.  It was dismissive of someone's life,
 8   and someone's father, and someone's husband.
 9        Q    Which she apologized for; correct?
10        A    In that letter to me, not publicly.
11        Q    Wasn't that letter made public?
12        A    I didn't make it public.
13                  MR. FITZGERALD:  It was part of the
14   public records production.  I didn't think --
15                  THE WITNESS:  So when someone asked for
16   it.
17                  MR. FITZGERALD:  Right.
18   BY MR. BIGELOW:
19        Q    So are you trying to say that you would
20   think differently if she made it public?
21        A    I'm just saying she did not make a public
22   apology.  Her apology to me became public among the
23   people who asked for it.
24        Q    If she were to make a public apology, would
```

1   that have mattered?

2       A    I don't have an answer for that.  I don't

3   know.

4       Q    And then, it continues, "The right of

5   faculty speech as a private citizen is affirmed in the

6   faculty handbook, which states the faculty members

7   communicate as citizens on matters of public concern."

8           You would agree that this was a matter of

9   public concern; right?

10      A    The Charlie Kirk murder?  Sure.

11      Q    Yes.  And Dr. Shirinian's comment, it's a

12  matter of public concern; correct?  I mean a whole

13  bunch of people --

14      A    Uh-huh.

15      Q    Yes?

16      A    Yes.

17      Q    Okay.  Would you agree that, as a -- and

18  it was a -- I would imagine, based on all the response

19  you've gotten, you would agree that it's a important

20  matter of public concern?

21      A    Right.

22      Q    Okay.  Yes?

23      A    Yes.

24      Q    Okay.  It says that, "operate independently

1    of the university, and the faculty members have rights

2    common to all citizens, including the right to voice

3    their opinions."

4            Are you suggesting that, because of social

5    media, the rights that are common to all citizens,

6    including the right to voice their opinions, is kind

7    of vanished because of social media?

8        A    It's -- it hasn't vanished, but it's become

9    very murky.

10           And I also think that free speech is not

11   without limits.  There are consequences to actions

12   that are at play here.

13       Q    Are you cognizant of the fact that the rules

14   for public institutions are different than the rules

15   of private institutions?

16       A    I am cognizant of that.

17       Q    Okay.  And that you have higher standards as

18   a public university; correct?  As far as free speech

19   is concerned, you can't just fire someone for whatever

20   reason if it -- under the First Amendment?

21       A    My understanding is that, because we're --

22   the courts have interpreted being public employees as

23   being the government, and that's different for a

24   private school.  So that's the difference I

1    understand.

2         Q    Absolutely.

3         A    I don't know that that's a higher standard.

4         Q    I guess an easier question would be, if you

5    were the CEO of Google, and someone said whatever they

6    said, and you said, "I don't like that.  You're

7    fired," they wouldn't have a First Amendment claim.

8    You understand that?

9         A    Yes.  Correct.

10        Q    Okay.  Let's continue, "The mirror -- this

11   mirrors similar language and board of trustees

12   policy," and then, it list a number of questions.

13             "One, how does the administration reconcile

14   its actions in this case with the specific protections

15   of faculty's private citizen speech, as outlined in

16   the faculty handbook, and protect faculty free speech

17   rights as private citizens going forward?"

18             I don't --

19        A    Yeah.  I don't have an answer to that

20   question.  I'm not up to speed on those sections of

21   the handbook.

22        Q    Okay.  I would imagine the same, your same,

23   answers for the next two; is that fair to say?

24        A    Yes.  Yes.

```
 1        Q    Okay.  And it talks about the Tennessee
 2   Campus Free Speech Act that states that, "Concerns
 3   about the civility shall never be used to close off
 4   discussions of ideas, however offensive they may be";
 5   right?  Now --
 6        A    Yeah.  There's an important piece there,
 7   "discussion of ideas."  That's not what was in this
 8   posting.
 9        Q    According --
10        A    That's how I looked at it.
11        Q    According to you?
12        A    Yeah.  According to me.
13        Q    But not according to some?
14        A    Correct.
15        Q    Okay.  And they ask, "How does the
16   administration reconcile this invitation of
17   termination proceedings against Dr. Shirinian with
18   specific unequivocal protections for faculty speech?"
19             Your answer, I think, is that there's no
20   unequivocal protections for faculty speech; is that
21   true?
22        A    I think we have very broad freedom of speech
23   on our campus, but there are consequences at times.
24        Q    Are there any unequivocal protections for
```

Page 226

Case 3:25-cv-00528-KAC-JEM    Document 45    Filed 01/21/26    Page 226 of 363
PageID #: 805

1  faculty speech?

2      A    Of course.  When it relates to their

3  research, the concepts they're trying to teach in

4  their class, their discovery, where they publish, what

5  journals they want to publish in, how they interpret

6  their findings, that's all about that.

7      Q    Are there any, as private citizens?

8      A    Are there any what, as private --

9      Q    Unequivocal protections of speech for

10  faculty members --

11      A    I think --

12      Q    -- when they're as private citizens?

13      A    I think the policies that we have at the

14  university have tried to include that and cover that.

15  I think that we need to work on those related to

16  social media.

17      Q    So your answer is no, there's really nothing

18  that's unequivocal?

19      A    I don't -- no.  I'm not saying, "yes," and

20  I'm not saying, "no."  I don't know.

21      Q    Okay.  It talks about, "he university's

22  fundamental duty of care to provide safe workplace is

23  particularly important in context of tenure track,"

24  and it goes on about that, and says that, "The Faculty

```
 1   Affairs Committee" --
 2               MR. BIGELOW:  I'm sorry, we can take
 3   a --
 4               THE REPORTER:  I'm just stretching.
 5   BY MR. BIGELOW:
 6       Q    "The Faculty Affairs Committee is deeply
 7   concerned that the university's response to a faculty
 8   member being targeted with a violent bigoted
 9   harassment through its own official channels is
10   falling short of the duty of care."
11               Do you agree that you have, and still have,
12   a duty of care to Professor Shirinian?
13       A    Of course.
14       Q    Okay.  Do you think that the university has
15   met its duty of care?
16       A    I don't think that's the same thing as
17   holding people accountable for what I consider
18   reckless actions.
19               So I am responsible for her safety, just
20   like am and anyone else on the campus.
21       Q    My question is, do you think that the
22   university has met its duty of care with respect to
23   Dr. Shirinian?
24       A    Yes.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

1     Q    Okay.

2     A    Yes.

3     Q    What protocol is there, when a faculty

4  member is targeted with violent, bigoted, or

5  threatening harassment?

6     A    I -- I don't know the answer to that.  We

7  have experts in the campus level office of

8  communications to help with that, that have helped

9  faculty with that.

10    Q    Okay.  What specific actions -- and you

11  addressed this briefly -- basically, you don't know,

12  you think someone contacted the police, but you're

13  unsure; is that fair?

14    A    Someone contacted the police.  I'm sure of

15  that.  I can't tell you who it was.

16    Q    Okay.

17    A    And I don't know exactly what they did.

18    Q    Okay.  Does the university currently provide

19  or facilitate legal support, public relations

20  assistance, or other institutional resources for

21  faculty facing organized external harassment

22  campaigns?

23    A    I don't know.

24    Q    Okay.  If you get to decide things, do you

```
 1    agree that that reveals a lack of, like, clear,
 2    transparent protocols for reviewing faculty speech?
 3                    MR. FITZGERALD:  Object to the form.
 4    BY MR. BIGELOW:
 5         Q    You can answer, if you understand what I'm
 6    asking you.
 7         A    I don't think that I do.  I'm not sure that
 8    we -- what we have is -- there's a lack of
 9    transparency.
10              I was very clear about the fact I -- I
11    created a unique process.  I didn't hide that.  That
12    was not a secret.
13              And I've just earlier said, I think we need
14    to work on some of the policies of the board of
15    trustees.
16         Q    Do you think that some people might find
17    your decision to be arbitrary?
18         A    I'm sure some people do.
19         Q    Okay.  And I think the answer you've -- what
20    are the university's explicit written protocols
21    regarding review of faculty member's personal speech
22    or personal social media activity?  Are there any that
23    you know of at least?
24         A    Not explicit about this distinction.  We
```

Page 230

Case 3:25-cv-00528-KAC-JEM    Document 45    Filed 01/21/26    Page 230 of 363
PageID #: 809

```
 1   have -- we have guidelines about how to -- how to be
 2   effective on social media.  But it doesn't speak to
 3   exactly, I think, what you're asking about.
 4        Q    Just a couple more going down the line.  How
 5   does the administration respond to the perception that
 6   review is inconsistent?
 7        A    I don't have a response to that.  How does
 8   the university -- I don't have a response.  I didn't
 9   even think about that.
10        Q    I mean, I think when they're saying that
11   they're taking consideration, like the Reynolds post
12   that we discussed earlier, I would imagine; is that
13   fair to say?
14        A    I don't know what they're thinking.  I don't
15   know what's behind this question.  This came from some
16   faculty senate member.  So I don't know.
17        Q    Do you think that the university's decision,
18   with regards to Mr. Reynolds, is inconsistent with the
19   university's decision with regards to Professor
20   Shirinian?
21        A    No.
22        Q    How is it consistent?
23        A    I -- I -- what I've tried to say earlier is
24   I -- I don't think whether it's consistent or
```

Page 231

1   inconsistent is relevant to this case.

2           So is it consistent?  Is it inconsistent?  I

3   don't know.  It was ten years ago.  Totally different

4   time in our country.

5       Q    But you know about it, though?

6       A    Of course I know about it.  Everybody knows

7   about it.

8       Q    Is there anything that you know of to

9   suggest that the First Amendment has changed between

10  then and now?

11      A    Well, the First Amendment hasn't changed.

12      Q    Okay.

13      A    The world has changed.  And how we interpret

14  things has changed.

15      Q    Has the First Amendment changed, though?

16      A    No.

17      Q    Okay.  So a university, the dean of a law

18  school, stated, years ago, that what was done was

19  consistent with the First Amendment; correct?

20      A    Okay.

21      Q    Yes?

22      A    Yes.

23      Q    Do you disagree with that?

24      A    I -- I don't -- that she did that?  That

1    that's what she said?

2         Q    Do you disagree with --

3         A    I don't with disagree with what she --

4         Q    Okay.

5         A    -- that's what she said.

6         Q    Okay.  Fair enough.  Let's see.  Okay.

7    That's -- actually, that was already Exhibit 7, so we

8    don't need to go back to it.

9         A    Okay.

10                  MR. BIGELOW:  We're now going to be on

11   Exhibit 75.

12                  (Exhibit 75 was marked for

13                  identification.)

14   BY MR. BIGELOW:

15        Q    And this is just -- who is Dennis Duchon?

16        A    Duchon.  That's my husband.

17        Q    Duchon.  Okay.  And your husband is, I

18   guess, emailing you a New York Times article; correct?

19        A    He reads like crazy and sends me stuff all

20   the time.

21        Q    Okay.  And it's about the firing of

22   educators over Kirk comments following a similar

23   playbook; correct?

24        A    That's what this says.  Yeah.

```
 1       Q    Did you read that article?

 2       A    I'm sure I skimmed it.

 3       Q    When you generally get articles from the

 4  Times or whatever, do you read them, or do you skim

 5  them, at least?

 6       A    I skim everything.

 7       Q    You skim everything.  Okay.  And same

 8  thing --

 9       A    And probably read headlines more than I

10  actually read the whole article.

11            If I see a headline that gets my attention,

12  I might read it.

13       Q    Okay.

14       A    I might skim it.

15       Q    Same question with the Higher Ed and all

16  kind of other things that I have been showing you

17  today?

18       A    Right.

19       Q    Okay.  And then, it says that, "Conservative

20  efforts to call it and punish educators over liberal

21  ideas have grown for years, led, in part, by Charlie

22  Kirk himself"; correct?

23       A    Uh-huh.

24                 MR. BIGELOW:  That was 75.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

BY MR. BIGELOW:

     Q    This is an email from President Boyd to you.
It says "Re: Neland Stadium," Wednesday, September 24,
2025 at 10:31 p.m.; correct?

     A    Yeah.

     Q    And this is in regards to someone talking
about what?  Do you remember?  A seat --

     A    Said Danny White was so upset about what had
happened, he volunteered to pay for the College of
Education of Kirk's kids.  That was completely a false
story.

     Q    And also, so was that a seat being honored
for Charlie Kirk in your stadium; correct.

     A    Correct.

     Q    Do you know who Cindy and Mike Korn [ph]
are?

     A    Say that again?

     Q    Do you know who Cindy and Mike Korn [ph]
are?

     A    No.

     Q    Okay.

     A    I do not.  Somebody who wrote to Randy.

     Q    Yeah.

     A    He knows everyone.  And he often sends me

1    stuff, and I try to track it down if I can.
2        Q    And they stated that Charlie Kirk was a huge
3    bigot; right?  And not to honor that?
4        A    Correct.
5             MR. BIGELOW:  Okay.  That's Exhibit 76.
6    We're going to mark it at that.
7             (Exhibit 76 was marked for
8             identification.)
9    BY MR. BIGELOW:
10       Q    This is -- what I just handed to you is a
11   email from Frank Cuevas to you.  It's -- it says, "Re:
12   Fearless Debates," Monday, September 29, 10:26 a.m.
13            And it's discussing a group called Fearless
14   Debates; correct?
15       A    Yes.  That's what this -- that's what it
16   says.
17       Q    And it says, on the second page, that, "A
18   internet duo, who called themselves Fearless Debates,
19   brought a table and chairs to TSU's national campus.
20            "They were wearing red MAGA hats and
21   attempted to provoke arguments with passing students
22   by displaying signs that says, DEI should be illegal,
23   deport all aliens now.  Let's talk"; correct?
24       A    Correct.

Page 236

1          Q     And, apparently, these people either were

2     on, or had been on, your campus; correct?

3          A     That's what this says.  I -- I don't

4     remember anything about it.

5          Q     Okay.  Yeah.  This says, Mr. Cuevas says to

6     you, "They had been to campus.  They were set up at

7     Volunteer Boulevard and Cumberland Avenue on the

8     public sidewalks.  They were here last Monday."

9               Does that worry you, that these people were

10    on your campus?

11         A     We are always looking out to anticipate is

12    something happening that could blow up, regardless of

13    the content or who it is.

14              And what -- what Frank specified here was

15    where they were, which is important because, if you're

16    going to have a protest on campus, you -- you got to

17    be sponsored by someone.

18              So, when they're not sponsored, and they

19    just show up, where are they?  They were on the public

20    sidewalks, which is where they're allowed to be,

21    anyone who wants to stand out with a sign and talk

22    about whatever.

23         Q     But if that could promote or bring about

24    violence, why would you let that on campus?

```
 1                    MR. FITZGERALD:  Object to the form.
 2                    THE WITNESS:  It's not a matter of
 3     letting it on campus.  It's in public -- it's in a
 4     public walkway.
 5     BY MR. BIGELOW:
 6         Q    You're saying that the First Amendment
 7     allows it?
 8         A    Yeah.
 9         Q    Okay.  And does that answer the same with
10     regards to like the Ku Klux Klan, for instance, and
11     with regards to like white nationalists?
12         A    Unless some group agreed to sponsor them,
13     which hasn't happened, you know, in a while.  I don't
14     know when it ever happened.
15              But yes.  They have to -- they have to do
16     what they're doing in certain areas, unless they are a
17     guest of some group or some department, some student
18     group.
19         Q    Are you aware of a white nationalist
20     speaking on this campus in a university building?
21         A    Back in like 2016, or '15, or something like
22     that?  Yes.  I watched it from afar.  I mean, I saw
23     the social media about it.
24         Q    And was that done pursuant to the First
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
1    Amendment, I would imagine?
2         A    I -- I don't know any of the specifics.
3         Q    Okay.
4         A    I don't know who invited them.  We have --
5    our policies are more clear now about that than they
6    used to be so --
7         Q    Except for the social media one?
8         A    Yeah.  Right.
9                   MR. BIGELOW:  Yeah.  It's Exhibit 77.
10                  (Exhibit 77 was marked for
11                  identification.)
12                  THE WITNESS:  Okay.
13                  MR. BIGELOW:  That's what I'm saying,
14   that last one was 77; right?  We're at 78 now.
15                  (Exhibit 78 was marked for
16                  identification.)
17   BY MR. BIGELOW:
18        Q    Are you aware of a petition to reinstate
19   Dr. Shirinian?
20        A    Yes.
21        Q    Okay.  And it was signed by thousand-plus,
22   thousands of people; is that --
23        A    Correct.
24        Q    Does that have any weight for you or not
```

Page 239

```
 1   really?
 2       A    No.
 3       Q    Okay.  Sorry, that might be two in one --
 4       A    Yeah, it is.
 5       Q    This is a text message between you and
 6   President Boyd.
 7            When he says it wasn't just politicians, it
 8   was an alumni, I think --
 9       A    Think what he was -- yeah, go ahead.  I'm
10   sorry.
11       Q    Do you know what -- yeah.  Explain that, if
12   you would.
13       A    Who was it we were hearing from?  We heard
14   from everyone, every different kind of group.
15            Yes.  Some politicians went out there and
16   tweeted, and you've seen some emails from some.  We
17   heard from alumni, from parents, from students, from
18   former students.  That's alumni, so that's what he's
19   making reference to.
20       Q    And then you said to him, "We did the right
21   thing.  One of the speakers said thank you for being
22   so transparent about how much this university holds up
23   to white supremacy."
24            I take it you were being tongue in cheek.
```

1      A    These were -- this was in reference to that
2    meeting of the faculty.
3      Q    And someone mentioned white supremacy?
4      A    They said, "Thank you for supporting white
5    supremacy," basically.
6      Q    Why would anyone say that?
7      A    I have no idea.
8      Q    Okay.  And then, he said, "That's a total
9    misread of the situation.
10      A    Yep.
11      Q    And then you responded, "Lots of one-issue
12    people."  What does that mean?
13      A    What does white supremacy have to do with
14    this?  That's what I meant.
15      Q    Okay.
16      A    Same question you asked, like, why would you
17    say something about thank you for upholding white
18    supremacy?
19      Q    I mean, my guess is,  it's in relation to
20    allowing a white supremacist on campus.
21              MR. FITZGERALD:  Object to the form.
22    BY MR. BIGELOW:
23      Q    Would you agree that --
24      A    That's not the context in what that was

www.veritext.com          Veritext Legal Solutions          800-556-8974

1    said.  This was at the faculty senate meeting --
2         Q    Okay.
3         A    -- talking about this situation.
4         Q    And then, someone wrote, "If someone had
5    said that about -- said the same comment about George
6    Floyd remaining family, there would have been a riot
7    on campus."
8              What -- do you know what that means?
9         A    No.  That was Randy responding.  I think he
10   was just saying that it cut -- it should cut both ways
11   kind of thing.
12              MR. BIGELOW:  Okay.  That's Exhibit 78.
13   BY MR. BIGELOW:
14        Q    What I just handed you is a letter from
15   November 3, 2025.  Have you read this letter?
16        A    I read it when I got it.  It's been a while
17   since I looked at it.
18        Q    And it's from the Middle East Studies
19   Association of North America.
20        A    Right.
21        Q    And it's written by a constitutional law
22   professor at Yale; correct?
23        A    Yes.
24        Q    And the professor writes, essentially, that

1 what they believe you did was against the First
2 Amendment; correct?
3     A    Correct.
4     Q    And did you respond to that?
5     A    No.
6     Q    Are you planning on responding to that?
7     A    No.
8     Q    Okay.  It also talks about policies and that
9 stuff we talked about before; correct?
10     A    Correct.
11             MR. BIGELOW:  Okay.  Okay.  That's 79.
12             (Exhibit 79 was marked for
13             identification.)
14 BY MR. BIGELOW:
15     Q    This is a article from the Daily Beacon, May
16 3, 2024.  This -- and it states, "This was not the
17 result any of us wanted."
18         That's one of your statements; correct?  And
19 it's with regards to the arrest of nine demonstrators?
20     A    Correct.
21     Q    And what were the demonstrations about?
22     A    This was back to two springs ago really.
23 Israel, Gaza, that whole -- the demonstration during
24 that period.

1      Q    And it's people --

2      A    And -- and the issue was we imposed time,

3  place, and manner restrictions and warned people that,

4  if they failed to abide by them, camping is a felony.

5  We would enforce the law.

6           And, when they refused to leave, they got

7  arrested.

8      Q    And, in this article, you state, "Free

9  speech is the backbone of any university where debate

10 should lead to better solutions and a more durable

11 democracy"; is that correct?

12     A    Correct.

13     Q    And do you still believe that?

14     A    Absolutely.

15              MR. BIGELOW:  Okay.  That's Exhibit 80.

16              (Exhibit 80 was marked for

17              identification.)

18              MR. BIGELOW:

19 BY MR. BIGELOW:

20     Q    I've actually read a lot of your stuff.

21 It's very interesting.  This is Exhibit 81.

22              (Exhibit 81 was marked for

23              identification.)

24     A    This is a really good journal, by the way.

```
 1        Q    Yeah.  And it's a well-written --
 2        A    Not all of them are, most of them are.
 3   Yeah.
 4        Q    It's a well-written article.  And how do you
 5   know Professor Beck?
 6        A    She was a doctoral student of mine when I
 7   was at UT San Antonio.  And then, I hired her at
 8   Nebraska.  At this time, she was at -- at Charlotte,
 9   but I -- I hired her at Nebraska.
10        Q    Of all the articles that you wrote, I found
11   this to be particularly on point.  It's called,
12   "Experiencing Rare and Unusual Events Richly"; right?
13        A    Uh-huh.
14        Q    Would you agree that, what happened in this
15   matter was a rare and unusual event, with regards to
16   Dr. Shirinian's comment?
17        A    Yes.  Yes.
18        Q    Okay.  And then, it says, "The role of
19   middle managers in animating and guiding
20   organizational interpretation"; correct?
21        A    Correct.
22        Q    Okay.  I'm glad we are serenaded by cars,
23   too.
24             And in this, you write a number of things,
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

1    you and a Professor Beck write a number of things,

2    including, "Middle managers, play a crucial and

3    hitherto neglected role in enriching the experience of

4    interpretations of rare and unusual events"; correct?

5         A    Correct.

6         Q    And you state that your model suggests that,

7    "When middle managers actively participate during all

8    stages of interpretive process, organizations are less

9    likely to make mistakes"; correct?

10        A    Correct.

11        Q    And you talk a lot about kind of how to deal

12   with rare and unusual events.

13             And the first thing you talk about, if I'm

14   correct, and it's your writing, so you'll undoubtedly

15   correct me, is basically like to research; correct?

16        A    Uh-huh.

17        Q    And part of it is, frankly, like to take

18   your time to talk with lots of people and research;

19   correct?

20        A    Right.

21        Q    Okay.  And then, and you also say,

22   "Organizational interpretation processes are subject

23   to cognitive biases because individuals have limited

24   information processing capacities"; correct?

Page 246

1        A      Uh-huh.

2        Q      That kind of goes in theme with the whole

3    article; correct?

4        A      Correct.

5        Q      And then you have a stage of interpretation,

6    where it talks about where rumors start to fly.  You

7    talk about that; right?

8        A      Right.

9        Q      And the anticipatory stages and the rare

10   events.  And then you have a conference, so there's a

11   lot of different stages; right?

12       A      Right.  Right.

13       Q      And it's basically a lot about like, look,

14   involve a lot of other people, and take your time in

15   coming to decisions; correct?

16       A      Right.  Correct.

17              MR. BIGELOW:  That's 81.

18              And what time are we?  Okay.  I have

19   more questions, and I'm going to try and get you out

20   of here by 5:30, to get you out and to get you out as

21   well, to get back to Nashville.

22              It is very dependent on you, as far as

23   I'm happy to like lead a little bit, if you'd like me

24   to, or we can just go late.

```
 1                    MR. FITZGERALD:  Let's --
 2                    MR. BIGELOW:  Just being --
 3                    MR. FITZGERALD:  Move ahead.  If I
 4       think it's getting out of hand --
 5                    MR. BIGELOW:  Fair.  I'm just wanting
 6       to make it easier on all, which is why I'm asking
 7       counsel that because we could sit here for next three
 8       hours and be like, "Objection," and, "Leading."  Like,
 9       "Okay."
10       BY MR. BIGELOW:
11            Q    You understand that offensive or disturbing
12       speech can be constitutionally protected; correct?
13            A    Yes.  I -- I understand that.
14            Q    And you understand that viewpoint
15       discrimination is prohibited by the --
16            A    Correct.
17            Q    -- correct?  You understand that at the time
18       you acted against Dr. Shirinian; correct?
19            A    Correct.
20            Q    Now, you learned about her initial Facebook
21       comment after it was shared by third parties; correct?
22            A    Uh-huh.
23            Q    Now, with regards to your decisions, can
24       President Boyd override decisions you make?
```

```
 1        A    Sure.

 2        Q    Can the board of trust override decisions

 3   you make as well?

 4        A    Sure.

 5        Q    Okay.  And you understood that the comment

 6   that was made on Facebook, as we talked about -- and

 7   it was -- you understand it was made off campus;

 8   correct?

 9        A    It was made on social media.

10        Q    Yes.  But it wasn't when she was on campus,

11   physically on campus.  She was in her bed.

12        A    Okay.  I don't know where she was.

13        Q    Okay.  And you understand it was made on her

14   personal time?

15        A    I -- all I know is on social media.  Okay?

16   That's just all I know but --

17        Q    Did anyone tell you that it was made on her

18   personal time?  Like she didn't make it in her office.

19        A    No one told me that.

20        Q    Okay.

21        A    I mean --

22        Q    Do you have any reason to doubt that?

23        A    No.

24        Q    Okay.  And she did not identify herself as a
```

Page 249

```
 1    UT professor anywhere in the post; correct?

 2         A    Correct.

 3         Q    Or on her social media?

 4         A    Correct.

 5         Q    And you understand that it was not directed

 6    at any student, her comment?

 7         A    Correct.

 8         Q    And it was not directed at any colleague;

 9    correct?

10         A    Correct.

11         Q    And, as we discussed before, you didn't ask

12    her about the context before acting?

13         A    Correct.

14         Q    Or what she meant or anything like that?

15              Do you understand the difference between

16    condemning a person and endorsing murder?

17         A    I understand the difference between that.

18         Q    Okay.  And it's true that her comment did

19    not call for anyone to be harmed; is that correct?

20         A    I think her comment led to the potential for

21    harm.

22         Q    But that's not my question.  Did her comment

23    call for anyone to be harmed?

24         A    No specific person.  No.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1      Q    Okay.  Did it instruct anyone to commit
 2  violence?  It did not; right?
 3      A    No.
 4      Q    Okay.  Did encourage anyone to commit
 5  violence?
 6      A    No.
 7      Q    Did you consult with a linguist or a speech
 8  expert before acting?
 9      A    No.
10      Q    Okay.  Did you consult with any First
11  Amendment scholars before acting?
12      A    No.
13      Q    Before placing her on leave, did you con
14  conduct a full investigation?
15      A    Did I investigate the words that she wrote
16  down there and someone else wrote them?  No.
17      Q    Okay.  Did -- but did you conduct a full
18  formal investigation?
19      A    No.
20      Q    Okay.  Did you interview students?
21      A    No.
22      Q    Did you interview faculty colleagues?
23      A    No.
24      Q    Did you consult with campus police?
```

Page 251

1    A    No.  And let me just say something.  I would
2  never do any of that regarding a personnel action,
3  ever.  Ever.
4    Q    Did you assess whether there was any actual
5  disruption?
6    A    I assessed the potential for future
7  disruption.
8    Q    Okay.  But no, as far as actual disruption;
9  is that correct?
10    A    There had been no disruption yet.
11    Q    Okay.  Did you document any threat that was
12  tied to her speech?
13    A    I don't -- I don't know of a specific threat
14  tied to her speech.  I know the department received
15  threats that were related to the whole scene.
16    Q    And you know that Dr. Shirinian received
17  threats?
18    A    Yes.
19    Q    After the fact; correct?
20    A    Right.
21    Q    After President Boyd said that what she did
22  was -- after his post; correct?
23    A    I -- I don't know when she received them,
24  but I accept her word that that's when she -- when she

1    received them.
2        Q    No violence actually occurred as a result of
3    her comment; correct?
4        A    Correct.
5        Q    No classes were disrupted?
6        A    No.  Not that I know of.
7        Q    No students refused to attend classes?
8        A    No.  You mean after I took the action?
9        Q    Or before?
10       A    Between the time of her tweet, her post, and
11   the Monday that I gave her the letter, no, there was
12   none of that.
13       Q    No student was harmed because of her
14   comment; correct?
15       A    I -- I -- not that I know of.
16       Q    And you don't have any police reports --
17       A    I -- I --
18       Q    -- to your knowledge?  You have,
19   specifically --
20       A    I don't have any.
21       Q    Okay.  No emergency measures were taken;
22   correct?
23       A    I don't know about that.  I don't know.
24       Q    Can you tell me what emergency measures

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1   were --
 2        A    I don't know what they -- I don't know if
 3   there were or what the police might have been --
 4   they -- they are surveillance a lot of the time.
 5        Q    Okay.
 6        A    So I don't know.  I can't answer that.
 7        Q    You cannot point to any emergency measures
 8   that were taken?
 9        A    Today, I cannot.
10        Q    Okay.  So you can't identify any disruptions
11   that were caused by her speech?
12        A    Well, 80,000, or whatever the number was,
13   posts on X is a disruption about the University of
14   Tennessee.  That's a huge disruption.
15        Q    Fair.  Do you know what the Pickering
16   balancing test is?
17        A    Yes.  But don't make me explain it.
18        Q    Okay.
19        A    I know I read the judge's ruling.
20        Q    Yeah.  Did that in -- was that taken into
21   consideration by you before making a decision?
22        A    I was informed of it beforehand, but -- but
23   I -- I want to reiterate, for me, this wasn't about
24   free speech.  It was about consequences for workplace
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

1   behavior or workplace consequences for behavior.
2           And was the threat of something happening
3   greater than the need for free speech?  I was
4   concerned that it could be, but that wasn't the only
5   reason I did it.
6           It was for the damage it caused to the
7   public's trust in the university.
8       Q    Are you familiar with a person by the name
9   of Hargrove, Professor Hargrove?
10      A    No.
11      Q    Okay.  Was there a professor at the UTK
12  campus who people got upset because there was a racial
13  slur posted on a whiteboard?
14      A    Oh, several years ago?
15      Q    Yep.
16      A    Yes.  It was the name of a record album in
17  IGGA.
18      Q    And a number of students demanded her
19  termination; correct?
20      A    No.
21      Q    Okay.
22      A    Nor was she terminated.
23      Q    Was there any public outrage?
24      A    There was a lot of public outrage.

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1        Q     But you're saying students did not say that
 2   she should be terminated?
 3        A     Not really.
 4        Q     Okay.  Was there ever a letter written for
 5   you that asked you to --
 6        A     A letter written for me?
 7        Q     To you -- I'm sorry -- by student government
 8   to demand her resignation?
 9        A     I'm sure there was.
10        Q     So yes, then?
11        A     I thought you meant students in her class.
12        Q     No.  Students in general?
13        A     Yeah.
14        Q     Okay.
15        A     Student body president and some of that
16   group.  Yeah.
17        Q     And was that professor suspended?
18        A     No.  She -- we asked her to go do -- if I'm
19   remembering this correctly, she went to the Teaching
20   and Learning Center and got some instruction on how to
21   be more sensitive about how she introduces topics.
22              I think she was out of the classroom for a
23   couple of weeks.  I might have the specifics wrong
24   about that, but --
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

1      Q    Did you -- have you ever observed Professor
2    Shirinian teaching?
3      A    No.
4      Q    Did you ever review any of her materials?
5      A    No.
6      Q    Did you ever look and see what her reviews
7    were from students?
8      A    I have seen some since, but not before I
9    made this decision.
10     Q    And they were excellent reviews, were they
11   not?
12     A    Pretty good.  Yeah.
13     Q    Excellent?
14     A    Yes.  The ones I saw.  Yeah.
15     Q    Did you -- some of these, you asked -- I'm
16   just trying to hurry up, which is why I'm --
17     A    No.
18              MR. FITZGERALD:  You're fine.
19   BY MR. BIGELOW:
20     Q    Did you ever conduct any sort of mission
21   impact assessment before acting?
22     A    Say that again.  A mission impact assessment
23   for what?
24     Q    Before acting on this?

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1        A    I don't think I know what that means.
 2        Q    Okay.  Well --
 3        A    Did I analyze the potential harm from this
 4   or --
 5        Q    Yeah.
 6        A    -- negativity, or would there be a lawsuit
 7   and blah, blah, blah?
 8        Q    Yeah.
 9        A    I thought about all those things.
10        Q    Okay.  Did you ever -- were you ever
11   involved with kind of a tally of who was pro and who
12   was con, as far as Dr. Shirinian's speech?
13        A    No.
14        Q    You were not?
15        A    You mean, like, on campus and --
16        Q    No.  Like within the university, like if
17   there's -- if there are emails about we've done --
18   we've run numbers on --
19        A    No.  No.
20        Q    Okay.
21        A    No.  And, I mean, my -- my sense was, was
22   the -- the major thing I heard from faculty was they
23   were against what I've done, and I -- and I kind of
24   anticipated that's mainly what I would hear.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1        Q    Do you know if President Boyd was involved
 2   with any sort of social media tallies, as to like how
 3   many percentage of the people were pro what he said or
 4   anti?
 5        A    I -- I don't know of anything like that.
 6        Q    Okay.  Would it surprise you that such a
 7   thing exists?
 8        A    Sort of.
 9        Q    Okay.  You're going to be surprised, then.
10        A    Okay.
11        Q    Did UT continue normal operations after
12   Professor Shirinian's post?
13        A    I'm -- what -- I'm not sure what that refers
14   to, "normal operations."
15        Q    Yeah.  Were any --
16        A    We changed out the instructor of that class.
17   That's not normal operation.
18        Q    Were any programs canceled because of her
19   comment, or academic functions, or classes?
20        A    No.  Not to my -- no.
21        Q    Okay.  If Dr. Shirinian had praised Charlie
22   Kirk, would you have disciplined her?  It's fair to
23   say you wouldn't have; right?  If she had said,
24   "Charlie Kirk was a great guy," would you have
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1   disciplined her?
 2                   MR. FITZGERALD:  Let her answer the
 3   question.
 4                   THE WITNESS:  Probably not.
 5   BY MR. BIGELOW:
 6       Q    If she had condemned a progressive activist,
 7   would you have disciplined her?
 8       A    Depends on how the condemnation went, but
 9   probably not.
10       Q    So the content of her opinion was the
11   problem; is that fair to say?
12       A    There was no content in -- in what she
13   posted that was about ideas or -- or philosophies that
14   Charlie Kirk or anyone else believed in that she
15   didn't.
16            Her post was this -- her comment, the world
17   is better off without him, his children are better off
18   without him, and his wife," I've already said that.
19            So that, to me, that's not about political
20   opinion or a -- you know, this or that.  It was a --
21   an act and a behavior that -- that really damaged the
22   university.
23       Q    But that's her viewpoint though; correct?
24   At the time, that was her viewpoint, not yours, but
```

Page 260

1  hers?

2       A     Her view of what?

3       Q     That the world is a better place without

4  Charlie Kirk, and is kids are better off, and his

5  wife.

6       A     So -- and so that's an example of the limits

7  of speech on campus, and --

8       Q     My question, though, that that -- is, to

9  you, is that was her viewpoint, not yours; correct?

10      A     It's her viewpoint.

11      Q     Yeah.

12      A     And the way she expressed it damaged the

13  university.

14      Q     Okay.  Was Charlie Kirk allowed to speak on

15  campus?

16      A     Yes.  He was invited by Turning Point USA,

17  and he came in the spring of 2025.

18      Q     And UTK provided security for that

19  appearance; correct?

20      A     Yes.

21      Q     And they knew his views were controversial;

22  correct?

23      A     Yes.

24      Q     And they knew that many students found his

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1   views to be offensive and intimidating; correct?
 2        A    Yes.
 3        Q    They didn't cancel his appearance because of
 4   student discomfort; correct?
 5        A    Correct.
 6        Q    And they didn't claim that his speech
 7   created an unsafe campus; correct?
 8        A    Who didn't claim that?
 9        Q    UTK didn't claim that his speech created an
10   unsafe campus?
11        A    We were nervous that it could be pulled off
12   safely, and we were able to do it.
13        Q    They defended his right to speak under the
14   First Amendment; correct?
15        A    Correct.
16        Q    These are easy questions, some of them.
17             UTK enrolls women; correct?  Students?
18        A    Yes.
19        Q    And they enroll black students; correct?
20        A    Correct.
21        Q    They enroll LGBTQ students; correct?
22        A    Correct.
23        Q    And they enroll immigrants and international
24   students; correct?
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1        A    Correct.

 2        Q    And in large numbers, frankly, with all of

 3   those; correct?

 4        A    Yes.

 5        Q    And you understand that some students feel

 6   intimidated by Mr. Kirk's views?

 7        A    I'm sure they are.

 8        Q    But, yes, you understand that; correct?

 9        A    Yes.

10        Q    And his speech is still protected, despite

11   that; correct?

12        A    Correct.

13        Q    And you claim that Dr. Shirinian's speech

14   made students feel unsafe?

15        A    It could have.

16        Q    But you don't know if it did?  You -- it

17   just could have; correct?

18        A    My concern was that it was throwing gasoline

19   on a fire.

20        Q    I'm going to ask again.  But you don't know

21   it did, you're just saying it could have; correct?

22        A    That was my concern.  Correct.

23        Q    Yes.  Okay.  And that claim wasn't based on

24   any prior involvement involving Dr. Shirinian or
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
1    anything like that; correct?
2         A    No.
3         Q    And it wasn't based on any documented
4    disruption; correct?
5         A    Correct.
6         Q    It was just your belief; correct?
7         A    Correct.
8         Q    It wasn't based on any expert assessment,
9    was it?
10        A    It was based on having seen the image of
11   Charlie Kirk being murdered in a setting that looked
12   exactly like it did on our campus.
13             And my first reaction was, that could have
14   happened here.
15        Q    So it wasn't supported -- and I'm not
16   saying -- so your claim that it was a reasonably
17   predictable disruption, it wasn't supported by
18   documented facts, it was just saying, by your
19   support -- thought that this might happen here because
20   it happened elsewhere?
21        A    It -- it could have.
22        Q    But is it fair that it was not supported by
23   any documented facts?
24        A    It didn't happen, but we don't know if it
```

Page 264

```
 1   didn't happen because of her actions or mine.
 2        Q    But any -- I mean, to be fair, anything
 3   could happen here?
 4        A    Sure.
 5        Q    Okay.  Are you aware that prominent
 6   political figures sometimes use rhetoric referencing
 7   violence?
 8        A    Sure.
 9        Q    And you're aware that such rhetoric can make
10   people feel intimidated or unsafe?
11        A    Yes.
12        Q    You agree that Dr. Shirinian's speech was
13   critical of Charlie Kirk; correct?
14        A    Well, yeah.
15             MR. FITZGERALD:  Object to the form.
16             THE WITNESS:  I mean, she sort of --
17   she just approved of his death, the world is better
18   off without him.  I don't know if that's criticizing
19   his views or what that is.
20   BY MR. BIGELOW:
21        Q    Does UT apply the same potential risk of
22   violence rationale to all political speech?
23        A    I believe we do.
24        Q    So it applied it to the white supremacist on
```

Page 265

1   campus?

2        A    Again, that was 10, 11, 12 years ago.

3        Q    So you're saying it's just different

4   political times?

5        A    Yeah.  Very different.

6        Q    Okay.  So, ten years ago, people were more

7   tolerant of the KKK?

8        A    I -- I don't know.  Ten years ago there was

9   much more canceling of things.  We try not to do that

10  anymore.

11       Q    Would you agree that the First Amendment

12  does not permit the government to favor one viewpoint

13  over another?

14       A    Yes.

15               MR. FITZGERALD:  Object to that last

16  question, that it calls for a legal conclusion, but --

17               THE WITNESS:  Okay.

18               MR. FITZGERALD:  -- she answered it

19  anyway.

20  BY MR. BIGELOW:

21       Q    Before disciplining Dr. Shirinian, did you

22  consider any alternative discipline, like you're going

23  to be temporarily suspended?

24       A    To be honest, no.

Page  266

1      Q    Absent her Facebook comment, you wouldn't
2  have placed her on leave; is that fair to say?
3      A    Correct.
4            MR. BIGELOW:  Should just take a break
5  for -- what time is it?
6            THE REPORTER:  5:01.
7            MR. BIGELOW:  Like for five minutes,
8  and we'll come back and finish up.
9            THE VIDEOGRAPHER:  We are off the
10 record.  The time is 5:01.
11           (Off the record.)
12           THE VIDEOGRAPHER:  Time is 5:07.
13 BY MR. BIGELOW:
14     Q    Do you know if the trustees were made aware
15 that Dr. Shirinian had been placed on administrative
16 leave?
17     A    They know it.  They do know it now.
18     Q    How do they know it?
19     A    At the last board of trustees meeting, in
20 the executive session, they were told and briefed a
21 little bit about it.
22     Q    And who briefed them?
23     A    Mike's boss.
24     Q    Okay.  Do you know if --

```
 1                    THE REPORTER:  -- Mike?
 2                    THE WITNESS:  Ryan Stinett.
 3   BY MR. BIGELOW:
 4        Q    Do you know if the trustees are aware that
 5   Dr. Shirinian wants to be reinstated?
 6        A    I don't know that they know about that.
 7        Q    Okay.  Do you know that she wants to be
 8   reinstated?
 9        A    Yes.
10        Q    In your view, is there any chance that you
11   would ever reinstate Dr. Shirinian?
12        A    No.
13        Q    Okay.  If there was a court order?
14        A    If there's a court order, I have to follow
15   the court order.
16        Q    And when you said, "No," why do -- why did
17   you say no?
18        A    Because I don't think any real change has
19   taken place here.  I made the decision I made, and
20   I'm -- I think it was the right decision.
21        Q    As the CEO?
22        A    Uh-huh.
23        Q    Yes?
24        A    Yes.
```

Page 268

```
1        Q    But you are aware that she's seeking
2   reinstatement; correct?
3        A    Yes.
4        Q    Okay.  And but you just don't know if the
5   trustees are or not; correct?
6        A    Yeah.  I -- I don't know what they know
7   about that specifically.
8        Q    And do you know -- aware that there's --
9   that -- do you know if they are aware that there's
10  litigation on this issue?
11       A    Yes.
12       Q    Do they have the ability to reinstate
13  Dr. Shirinian?
14       A    I mean, I think the board of trustees can,
15  as I said earlier, override a decision I've made.
16       Q    And they didn't direct you to rescind the --
17  your discipline; correct?
18       A    No.
19       Q    And they didn't direct you to halt
20  termination proceedings; correct?
21       A    No.
22       Q    And they didn't chime in as to whether what
23  was done violated due process or not; correct?
24       A    Correct.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1        Q    So they didn't really take any remedial
 2   action whatsoever --
 3        A    Correct.
 4        Q    -- with regards to Dr. Shirinian; correct?
 5        A    Correct.
 6        Q    Despite having the power to do so, as you
 7   said; correct?
 8        A    I would think they do.
 9        Q    Okay.
10        A    They don't tend to do things like that, but
11   yeah.
12        Q    Have you ever heard something called "a
13   heckler's veto"?
14        A    Veto, a heckler's veto?  No.
15        Q    No?  Okay.  University of Tennessee has not
16   adopted a blanket ban on neo-Nazi speech; correct?
17        A    Correct.
18        Q    And they haven't adopted a blanket ban on
19   white supremacy speech; correct?
20        A    No.  No.  I don't -- I don't think we've
21   banned any speech.
22        Q    Okay.  Have they enacted a ban on any
23   extremist political speech?  Have they enacted a ban
24   on any extremist speech that people consider be
```

Page 270

```
 1   disgusting or beyond the pale?

 2        A     No.

 3        Q     Or extra hateful?

 4        A     No.

 5        Q     You would agree that neo-Nazi ideology can

 6   make students feel unsafe; correct?

 7        A     Sure.

 8        Q     And the same thing with white supremacists?

 9        A     Correct.

10        Q     And you would agree that those are more

11   closely associated with real-world violence than

12   anything said by Dr. Shirinian; correct?

13                    MR. FITZGERALD:  Object to the --

14                    THE WITNESS:  I'm not going to -- no, I

15   don't know that.  No.  I -- the answer is no.  I don't

16   know that.

17   BY MR. BIGELOW:

18        Q     University of Tennessee Knoxville has

19   permitted extremist political viewpoints in the past;

20   correct?

21        A     Yes.

22        Q     Are you aware of any professor who was

23   disciplined for praising Charlie Kirk?

24        A     No.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

1      Q    Did you receive a copy of the initial
2   complaint in this matter?
3      A    Yes.
4      Q    And did you receive a copy of the amended
5   complaint in this matter?
6      A    Yes.
7      Q    Okay.  The amended complaint was filed in
8   December, and there was a answer to that complaint;
9   correct?  And you have that answer in your hand;
10  correct?
11     A    Correct.
12     Q    What did you do -- if -- what did you do to
13  answer to -- for your answers to that amended
14  complaint?  How did you determine what answers you
15  were going to make?
16     A    I worked with legal counsel question by
17  question, like what -- this is what we think the --
18  you would want to answer.
19          And, sometimes, it -- most of the times, I
20  said yes.  Other times, we amended it slightly.  It's
21  a process.
22     Q    There's Section B, which is a section about
23  activist -- conservative activist, Charlie Kirk.
24     A    Okay.

```
 1        Q     It's paragraphs 14 through 26.
 2        A     Yes.
 3        Q     I want you -- pay attention to your answers
 4   to paragraphs 15 through 25.  What were your answers,
 5   15 through 25?
 6        A     I lack sufficient knowledge or information
 7   to admit or deny the allegations.
 8        Q     Why did you say that?
 9        A     Because the -- the statement was unclear or
10   vague, and I -- you know, so like, on 15, what are you
11   referring to?
12        Q     Okay.  What --
13              MR. FITZGERALD:  Robert, I don't think
14   she can -- the testimony about the answer without the
15   amended complaint.
16              MR. BIGELOW:  Well, I'm happy to share.
17   BY MR. BIGELOW:
18        Q     It says -- 15 says, "Mr. Kirk was a
19   political figure of political importance who discussed
20   and debated matters of public and political interest
21   in various publicly broadcasted platforms."
22        A     Yeah.  So the -- the reason I answered how I
23   did was that last phrase in there, all that qualifying
24   language.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1       Q    Okay.  And it says, "After January" --
 2   paragraph 17 says, "After January 6, 2021, when many
 3   Republicans thought Mr. -- was over, and Mr. Kirk
 4   embraced Stop the Steal movement, causing the 2020
 5   election -- claiming the 2020 election was stolen by
 6   Democrats as a result of widespread election fraud."
 7       A    Yeah.  I can't -- you know what, what I
 8   have, it does not match what you have, so I don't have
 9   all that information.
10       Q    No.  These are the -- I'm sorry to -- let me
11   explain this.
12       A    Okay.
13       Q    These are the statements that were made in
14   the complaint, the amended complaint, and those are
15   your answers.
16       A    Okay.
17       Q    So, for instance, this, paragraph 18 says,
18   "The 2020 election was not stolen by Democrats as a
19   result of widespread election fraud."
20            And what is your answer to that?
21       A    "The defendant, Donde Plowman, and lacks
22   sufficient knowledge or information to admit or deny
23   the allegations."
24       Q    Do you lack sufficient knowledge to admit or
```

Page 274

1   deny that statement?

2       A    I -- I don't even -- I don't -- I don't

3   really know where we're going here, so I don't have --

4   I don't have a good answer to that.

5       Q    Do you know if that statement is true or

6   false?

7                MR. FITZGERALD:  I think she said, in

8   her answer, that she doesn't have sufficient

9   information to admit or deny that allegation.

10               THE WITNESS:  Yeah.  I -- if we're

11  going to go through all of these versus -- I need -- I

12  need a lot more time to do that.

13  BY MR. BIGELOW:

14      Q    Okay.  Well, we're not going to take a lot

15  more time, unless you want to, but we're going to go

16  through it, some of them.

17          For instance, number 20, which says,

18  "Mr. Kirk espoused many conservative political views

19  concerted, by many, to be radical."

20          And you admitted to that earlier today, that

21  you agreed with that, but in your --

22      A    If anything in there was somewhat opinion,

23  that was my answer.

24      Q    Okay.  Okay.  Let's go to 21 -- 22, then.

1          "Mr. Kirk called the country's passing of
2    Civil Rights Act of 1964 a huge mistake."
3          That's not --
4     A    I don't know that.  I have never read it or
5    written it.  Okay?
6     Q    Did --
7     A    So I said I lack sufficient knowledge or
8    information.
9     Q    Did you perform any sort of research
10   whatsoever, to see if any of this, any of what was in
11   this complaint, was true or false?
12    A    I didn't do research.  I relied on my
13   lawyers to do it.
14    Q    Okay.  So you didn't do anything of your own
15   accord?
16    A    No.
17    Q    You just --
18    A    Other than go through, line by line, once it
19   was kind of put together, do I agree with that answer
20   or do I not?
21    Q    Okay.  And that is true for the -- there's a
22   section on Charlie Kirk's position on the role of
23   women in society?
24    A    What's the number of that paragraph?

1      Q     It's from 27, paragraph 27, all the way
2   through 37.
3      A     Okay.  And the answer is going to be the
4   same.  I have not read his positions on women.  I --
5   so I'm not going to answer --
6      Q     But --
7      A     -- that I -- I'm not going to admit or deny.
8   I lack sufficient information to answer that question.
9   That was an option for me, wasn't it?
10      Q     It absolutely was.  But what I wanted to ask
11   you was, Professor Shirinian informed you of these
12   things in her response to you --
13      A     That has --
14      Q     -- which you said you read; correct?
15      A     And what I'm telling you, for the 15th time,
16   that Charlie Kirk's political views had nothing to do
17   with my decision about Professor Shirinian.
18      Q     Ma'am, that's not what I'm asking you.  What
19   I am asking you is --
20      A     Okay.
21      Q     -- for the umpteenth time --
22      A     Okay.
23      Q     -- is simply this, when there are statements
24   of fact, the statements don't ask what you believed

Case 3:25-cv-00528-KAC-JEM    Document 45    Filed 01/21/26    Page 277 of 363
PageID #: 856

```
1   her viewpoints to mean or not mean.  They are simple
2   statements of fact --
3        A    Okay.  Give me -- give --
4        Q    -- asking if you know --
5        A    Okay.  Give me one where you -- where you
6   think I --
7        Q    Does that that make more sense?
8        A    Give me one where you don't think I answered
9   it, like, correctly or something.
10       Q    I mean, there's hundreds, and I'm not going
11  to go over all hundreds, but there are hundreds.
12            For instance, on March 25, 2025, Mr. Kirk
13  hosted an event on the campus of UTK during which he
14  stated that UTK should be defunded and to fire liberal
15  professors.
16       A    I don't -- I don't know he said that.  So I
17  answered, "I don't have the knowledge."
18       Q    And you didn't do any sort of investigation
19  once --
20       A    No.
21       Q    Okay.  That's fine.
22       A    No.
23       Q    And that's true with all of the statements;
24  correct?
```

```
 1      A    Correct.

 2      Q    Is you just let your counsel deal with it

 3   and then --

 4      A    I reviewed it.  We went through them.

 5      Q    How long did that take you?

 6      A    I don't know.

 7               MR. FITZGERALD:  She testified earlier

 8   that she spent about two hours doing it.

 9               MR. BIGELOW:  Yeah.  About two hours.

10   Okay.

11               THE WITNESS:  Sounds about right.

12   BY MR. BIGELOW:

13      Q    Paragraph 42, "The death of George Floyd

14   sparked outrage by millions of Americans, had led to

15   some of the largest civil rights protests since the

16   civil rights movement" --

17      A    And led to some of the largest civil -- I

18   don't have sufficient knowledge to answer that.

19      Q    Okay.  Okay.  What about the specific quotes

20   that were in the complaint that Dr. Shirinian had

21   previously given to you?

22      A    For example?

23      Q    For example, on the Alex Stein show, aired

24   December 14th, Mr. Kirk stated, "You know, I used to
```

Page 279

Case 3:25-cv-00528-KAC-JEM    Document 45    Filed 01/21/26    Page 279 of 363
PageID #: 858

```
 1    say, hey, if you, as a gay person, were to go to Gaza,

 2    they would throw you off the buildings; right?  Now,

 3    they don't have any buildings left.  So I don't --

 4    wait, is that too soon?  Maybe you shouldn't kill

 5    Jews, you stupid Muslims."

 6         A    And so what number is --

 7                   MR. FITZGERALD:  Well, I object to the

 8    form.

 9                   You're suggesting that she should have

10    admitted that because Dr. Shirinian put that in her

11    letter --

12                   MR. BIGELOW:  Let -- first of all,

13    let's -- your objection is not proper, so let me

14    continue.

15                   THE WITNESS:  What -- what paragraph is

16    that, where you just --

17                   MR. BIGELOW:  That's paragraph 66.

18                   MR. FITZGERALD:  You're asking --

19                   MR. BIGELOW:  Again -- thank you.

20                   MR. FITZGERALD:  Okay.

21    BY MR. BIGELOW:

22         Q    I mean, if it's -- let's make things even

23    easier.  One of the things that was stated was --

24    later on was the loss of UT system and UTK agriculture
```

Page 280

Case 3:25-cv-00528-KAC-JEM    Document 45    Filed 01/21/26    Page 280 of 363
PageID #: 859

```
1  system being affected by cuts, political cuts.
2       A     So why don't you state that specifically?
3       Q     I will.
4       A     -- hear it.  Yep.
5       Q     UTK Institute of Agricultural was the most
6  affected program, with over $31 million in funding
7  that was taken away.
8       A     It was the most affected?  I don't know that
9  to be true.
10      Q     Okay.  So, if that was taken from something
11 that was specifically from the University of
12 Tennessee, but you're just saying I -- there's a
13 lot --
14      A     I didn't go look any of that up.
15      Q     Okay.
16      A     And maybe I should have, but I didn't.
17      Q     Okay.  That's fair.
18      A     We were affected, there's no doubt, by those
19 cuts.
20      Q     Are you aware that -- did you work with
21 anyone else, other than counsel, to answer these?
22      A     No.
23      Q     Have you reviewed the answers of any of your
24 fellow defendants with regards to this?
```

Page 281

```
 1        A    No.

 2        Q    Okay.  One of the statements that was made

 3   was, "President Boyd has access to lawyers who work in

 4   the UTK's Office of General Counsel," and you stated

 5   that was too vague.  What -- could you tell me why

 6   that's too vague?

 7        A    He has access.  What does that mean?  I

 8   mean --

 9        Q    Do you not know what the word "access"

10   means?

11        A    I know what the word "access" means.

12        Q    And that's what that means.

13        A    What number is that?

14        Q    186.

15        A    Can you read it again?

16        Q    "President Boyd has access to the lawyers

17   who work in UTK's Office of General Counsel."

18        A    Okay.  Maybe I should have said "admit"

19   there.  I don't know.

20        Q    Okay.  Do you believe that you have any

21   responsibility to do any amount of research whatsoever

22   when answering questions to a lawsuit, specifically in

23   a complaint?

24        A    I relied on my lawyers to help me do this.
```

1    Q    Okay.  A number of the things that were
2  stated, for instance, I suppose your answer is true.
3  I'm not going to go through everything because I
4  wanted to get you out here.
5        But your answer as to you were just relying
6  on your lawyers is true for all of this; is that fair?
7    A    There were some where I didn't agree with
8  what they had proposed, and we changed them.
9    Q    Okay.
10   A    But we used a rule of thumb that, if it
11  included some sort of a clause that was a opinion or
12  it wasn't a fact from somewhere, and our view was, it
13  was not our job to go look up every single thing and
14  answer factually, I know that to be true.
15                    MR. FITZGERALD:  I'm letting this go --
16                    MR. BIGELOW:  That -- I'm --
17                    MR. FITZGERALD:  You're getting real
18  close to asking privileged questions.
19                    MR. BIGELOW:  I mean, I'm actually
20  being kind for not going into -- she said, "Well,
21  here's what my lawyer's told," so I'm not getting into
22  that.
23  BY MR. BIGELOW:
24    Q    But what -- for instance, paragraph 330, and

1    it states, "In 2019, University of Tennessee allowed

2    white nationalist, Rick Tyler, to rent space on campus

3    and give a talk in UTK'S alumni Memorial Building for

4    an event called -- entitled, "White Nationalism, Fact

5    or Fiction," and you said you lacked knowledge as to

6    whether that's --

7        A    I lack any knowledge about that.  And I did

8    not think it was my job to go look up 450, or whatever

9    the number is, statements, many --

10       Q    Because it would take too long?

11       A    No.  Because many of them included, as I

12   said before, sort of clauses, it seemed like an

13   opinion.

14       Q    Is the fact there is no policy in UTK'S

15   handbook that allows Chancellor Plowman to initiate

16   termination proceedings, is that an opinion, or is

17   that a fact?

18       A    Say that again.  There is no policy --

19       Q    There is no policy in UTK's handbook that

20   allows Chancellor Plowman to initiate termination

21   proceedings.  Is that an opinion, or is that a fact?

22                   MR. FITZGERALD:  What are you reading

23   from?

24                   MR. BIGELOW:  Paragraph 368.

```
 1                    THE WITNESS:  I didn't have the faculty
 2     handbook in front of me.  I don't -- you know, so if I
 3     don't -- if I can't say, "no," and I can't say, "yes,"
 4     I said, "I have insufficient knowledge."
 5     BY MR. BIGELOW:
 6         Q    Because you didn't have the faculty handbook
 7     in front of you at the time?
 8         A    Yeah.
 9                    MR. BIGELOW:  Okay.  I don't have any
10     further questions.
11                    MR. FITZGERALD:  Okay.
12                    THE WITNESS:  Yeah.
13                    THE VIDEOGRAPHER:  We are off the
14     record.  The time is 5:27.
15                    (Signature waived.)
16                    (Whereupon, at 5:27 p.m., the
17                    proceeding was concluded.)
18
19
20
21
22
23
24
```

www.veritext.com            Veritext Legal Solutions            800-556-8974

```
1              CERTIFICATE OF DEPOSITION OFFICER

2              I, JONI C. BOLDEN, the officer before whom

3    the foregoing proceedings were taken, do hereby

4    certify that any witness(es) in the foregoing

5    proceedings, prior to testifying, were duly sworn;

6    that the proceedings were recorded by me and

7    thereafter reduced to typewriting by a qualified

8    transcriptionist; that said digital audio recording of

9    said proceedings are a true and accurate record to the

10   best of my knowledge, skills, and ability; that I am

11   neither counsel for, related to, nor employed by any

12   of the parties to the action in which this was taken;

13   and, further, that I am not a relative or employee of

14   any counsel or attorney employed by the parties

15   hereto, nor financially or otherwise interested in the

16   outcome of this action.       Joni Bolden


17                                   JONI C. BOLDEN

18                         Certified Reporter in and for the

19                                   State of Tennessee

20

21

22

23

24

                                              Page 286
```

```
 1              CERTIFICATE OF TRANSCRIBER
 2              I, DAWN STCLAIR, do hereby certify that this
 3    transcript was prepared from the digital audio
 4    recording of the foregoing proceeding, that said
 5    transcript is a true and accurate record of the
 6    proceedings to the best of my knowledge, skills, and
 7    ability; that I am neither counsel for, related to,
 8    nor employed by any of the parties to the action in
 9    which this was taken; and, further, that I am not a
10    relative or employee of any counsel or attorney
11    employed by the parties hereto, nor financially or
12    otherwise interested in the outcome of this action.
13
14
15                                    DAWN STCLAIR
16
17
18
19
20
21
22
23
24

                                              Page 287
```

| | | | |
|---|---|---|---|
| **&** | | | |

**&** 8:19

**0**

**006** 85:5
**03/14/2025** 3:9
**03/17/2025**
  3:10
**05/03/2024**
  8:18
**07:17** 7:4
**09/11/2025**
  3:11,12,13,14
  3:15,17
**09/12/2025**
  3:19,20,22
**09/14/2025**
  4:14,16,18,20
  4:22
**09/15/2025** 4:6
  4:9,12,24 5:4,7
  5:8,9,10,13,15
  5:17,19,21,23
  6:4,6,7,10,12
  6:15,17,19
**09/16/2025**
  6:21,22 7:6,8
  7:10,11,13,15
**09/16/25** 6:23
**09/17/2025**
  7:17,18,19,21
**09/18/2025**
  7:23

**09/19/2025** 8:4
**09/22/2025** 8:6
  8:9
**09/24/2025**
  8:11
**09/29/25** 8:12

**1**

**10** 266:2
**10/14/2025**
  8:14
**106** 4:14
**108** 4:16
**10:04** 8:6
**10:12** 6:17
  136:3
**10:26** 236:12
**10:31** 235:4
**10:33** 6:19 7:12
  170:14
**10:39** 5:5
**10:49** 8:9
**11** 3:3 211:2
  266:2
**11/03/2025**
  8:15
**110** 4:18
**111** 4:20
**112** 4:22
**114** 4:24
**115** 5:5
**1155** 2:15
**116** 5:7

**117** 5:9
**118** 5:11,13
**119** 5:15
**11:05** 3:12
**11:20** 1:17 9:5
**11:49** 5:11
**11th** 26:7 27:4
  32:8
**12** 32:17 266:2
**121** 5:17,19
**123** 5:21
**126** 5:23
**128** 6:4
**12:46** 88:13
**12:47** 5:13
**12:58** 5:15
  119:8
**12th** 33:14
**130** 6:6
**132** 6:8
**133** 6:10,12
**135** 6:15
**14** 8:24 273:1
**142** 6:17
**143** 6:19
**144** 6:21
**148** 6:22
**149** 6:23
**14th** 17:7 42:3
  44:17 111:11
  217:12 279:24
**15** 64:6 119:8
  124:8 136:2
  238:21 273:4,5

**273:**10,18
**154** 7:4,6
**15th** 47:9 88:23
  95:1 97:3
  116:20 123:22
  128:24 133:18
  144:20 277:15
**16** 3:7 56:14
  175:15
**160** 7:8
**16th** 144:21,22
  148:4 149:9
  156:15 160:9
  170:14 175:22
  200:23
**17** 23:22 274:2
**170** 7:10
**172** 7:12
**175** 7:13
**17th** 194:21
  197:24 198:11
**18** 3:7 16:17,18
  274:17
**186** 8:24
  282:14
**18th** 200:3
**19** 3:8 23:15,16
**194** 7:15
**195** 7:17
**1964** 276:2
**197** 7:18
**199** 7:19
**19th** 205:24

**1:06** 5:17
**1:10** 3:13
**1:23** 88:16

## 2

**2** 37:16
**2,500** 22:16
**20** 3:10 25:5,6
88:4 275:17
**2009** 8:20
**2016** 56:19,20
57:10 59:1
132:13 238:21
**2019** 15:15
36:17 284:1
**202** 7:21
**2020** 274:4,5,18
**2021** 274:2
**2024** 243:16
**2025** 19:3
23:22 27:4
32:17 119:8
124:8 136:3
175:15 207:8
235:4 242:15
261:17 278:12
**2026** 1:16 9:15
**205** 7:23
**206** 8:4
**21** 3:11 26:1,2
275:24
**213** 220:17
**215** 8:7

**22** 3:12 26:24
27:1 207:8
275:24
**23** 3:9,13 28:6
28:7
**233** 8:9
**236** 8:11
**239** 8:12,14
**24** 3:14 29:11
29:12 235:3
**243** 8:16
**244** 8:18,20
**25** 3:10,15
31:19,20 273:4
273:5 278:12
**26** 3:11,16
32:11,12 273:1
**27** 3:12,18 33:6
33:7 56:20
277:1,1
**27th** 56:21
**28** 3:13,20
34:15,16
**28335** 286:16
**29** 3:14,21
35:22,23
236:12
**29837** 287:14
**2:38** 147:17
**2:41** 147:20

## 3

**3** 51:13,24 52:2
109:19 242:15

243:16
**3/3/25** 73:21
**30** 4:3 51:6,7
**31** 3:15 4:6
91:18,19 281:6
**32** 3:17 4:8
94:1
**33** 3:19 4:10
96:21,23
105:13
**330** 163:2
283:24
**34** 3:20 4:13
106:6,7
**35** 3:22 4:15
108:15
**36** 4:17 110:19
111:9
**36,000** 165:17
**368** 284:24
**37** 4:19 111:19
111:20 277:2
**37215** 2:6
**37902** 1:20
2:16
**38** 4:21 112:22
112:23
**39** 4:23 114:17
114:19
**39,000** 165:16
**3:01** 7:13
175:15
**3:24** 5:23
123:22

**3:25** 1:8
**3:32** 190:20
**3c** 64:20

## 4

**4** 22:16
**40** 5:3 115:15
115:16
**40,000** 165:9,11
**400** 1:19 2:15
109:19
**41** 5:6 116:16
116:17
**42** 5:8 117:9,10
279:13
**4235** 2:5
**43** 5:10 118:13
118:14
**44** 5:12 118:21
118:22
**45** 5:14 119:19
119:20
**450** 284:8
**46** 5:16 121:2,3
121:5
**47** 5:18 121:12
121:14,23
**48** 5:20 123:15
123:16 125:24
**49** 5:22 126:1,3
**4:04** 6:4
**4:06** 175:22
**4:15** 6:6 129:1

Case 3:25-cv-00528-KAC-JEM     Document 45     Filed 01/21/26     Page 289 of 363
PageID #: 868

**4:51**  6:8

**5**

**5,000**  104:5
**50**  6:3 98:14,22
128:18,20
167:19
**500**  214:2
**51**  4:5 6:5
130:6,8
**512-771-5072**
38:9
**52**  6:7 132:3,4
**528**  1:8
**53**  6:9 133:4,5
**54**  6:11 133:8,9
133:17
**55**  6:13 135:22
135:23 142:19
**56**  6:16 142:21
142:22,23
**57**  6:18 143:4
144:5
**58**  6:20 144:6
147:6
**59**  6:22 147:9
148:22,23
**5:01**  267:6,10
**5:04**  6:21
144:20,22
**5:06**  8:4 205:24
**5:07**  267:12
**5:27**  285:14,16

**5:30**  14:17
247:20
**5:42**  3:14
**5:45**  7:19
198:12
**5:47**  4:9
**5:54**  8:14
**5:59**  7:23

**6**

**6**  274:2
**60**  6:23 149:4,5
152:24
**61**  7:3 154:5,6
**62**  7:5 154:9,11
156:12
**63**  7:7 159:24
160:1
**64**  7:9 170:8,9
170:10
**65**  7:11 172:7,8
**66**  7:13 175:13
175:16,20
280:17
**660**  89:2
**67**  7:14 191:21
194:16,18
**68**  7:16 195:8,9
**69**  7:18 197:14
197:15
**6:01**  6:22 148:4
**6:04**  3:15
**6:09**  4:24

**6:21**  201:1
**6:38**  6:10

**7**

**7**  1:16 9:15
215:16 233:7
**70**  7:19 199:22
199:23
**71**  7:20 202:14
202:15
**72**  7:22 205:13
205:14
**73**  8:3 206:2
**74**  8:5 215:12
215:13
**75**  8:8 233:11
233:12 234:24
**76**  8:10 236:5,7
**77**  8:12 116:3,6
239:9,10,14
**78**  8:13 239:14
239:15 242:12
**7824638**  1:22
**79**  8:15 243:11
243:12
**7:02**  6:23 149:9
**7:07**  3:17
**7:39**  7:21 200:3
**7:41**  6:12

**8**

**80**  8:17 244:15
244:16
**80,000**  221:7
254:12

**804-6272**  2:8
**81**  8:19 244:21
244:22 247:17
**865**  2:8,18
38:13
**8:02**  7:8 156:15
**8:22**  95:1
**8:30**  4:14
**8:34**  109:1
**8:36**  8:11
**8:54**  111:11

**9**

**9**  73:9,12
**9/16/2025**  7:4
**91**  4:7
**94**  4:9
**95**  112:7
**96**  4:12
**974**  38:16
**974-9321**  2:18
**9:35**  4:22
**9:56**  7:10 160:9

**a**

**a.m.**  1:17 3:12
3:14,15 4:7,9
4:24 5:5,9,11
6:22,23 7:4,8
7:10,12,17,21
8:4,6,9,14 9:5
88:24 95:1
116:21 144:22
148:4 149:9
156:15 160:9

Case 3:25-cv-00528-KAC-JEM    Document 45    Filed 01/21/26    Page 290 of 363
PageID #: 869

170:14 194:23
200:3 205:24
236:12
**abhorrent** 83:9
**abide** 244:4
**ability** 269:12
286:10 287:7
**able** 99:1 127:3
158:10 163:22
164:13 165:1
165:13 193:10
193:12 262:12
**above** 52:8
66:4 147:2
158:18
**absent** 10:3
267:1
**absolute**
133:22
**absolutely**
12:20 34:23
51:18 108:4
111:17 117:1
180:22 225:2
244:14 277:10
**academic** 85:5
101:14 177:24
178:1,6,9
179:24 181:5,7
181:10,11
183:10,19
184:2,10,14
188:18 192:19
207:13 259:19

**accept** 252:24
**acceptable**
101:16 102:4
**access** 89:3
282:3,7,9,11,16
**accomplish**
184:6 187:18
188:22 191:7,8
**accomplishm...**
207:14
**accord** 94:16
276:15
**account** 37:13
37:24 44:6
116:24 123:21
123:23 124:4
201:4
**accountable**
78:17 228:17
**accounts** 37:17
39:22 40:6,11
40:17,20 41:1
41:5 43:2
**accurate**
178:23 286:9
287:5
**achieved**
207:16
**acknowledge...**
10:2
**act** 143:10
188:1 211:8
212:6 217:15
226:2 260:21

276:2
**acted** 248:18
**acting** 61:2
83:12 84:21
112:5 250:12
251:8,11
257:21,24
**action** 49:8,13
65:10 87:4
114:13 121:19
122:16 192:13
214:16,18
252:2 253:8
270:2 286:12
286:16 287:8
287:12
**actions** 55:6
81:24 82:1,3
129:4 208:20
224:11 225:14
228:18 229:10
265:1
**actively** 246:7
**activist** 148:9
260:6 272:23
272:23
**activists** 32:22
**activities** 85:10
182:5
**activity** 150:1
230:22
**actors** 126:22
**acts** 187:21
189:1,1

**actual** 125:22
252:4,8
**actually** 12:5
36:3 42:11
43:5,9 48:12
54:11 92:22
107:1 122:10
136:12 147:6
153:2 187:16
188:13 190:14
191:4 195:15
216:5 233:7
234:10 244:20
253:2 283:19
**ad** 192:11,15
**adapt** 173:3,5
**additionally**
10:3
**address** 80:5
**addressed**
209:12 229:11
**addresses** 35:4
91:24
**adequate** 181:6
181:22 192:8
192:18
**adequately**
165:2
**adhere** 190:9
**administer**
10:2
**administration**
30:13 31:14
89:2,15 92:23

www.veritext.com                    Veritext Legal Solutions                    800-556-8974

110:12 124:13
124:21 125:15
136:6 149:23
181:1,2 182:1
182:12 225:13
226:16 231:5
**administratio...**
129:4
**administrative**
25:11,12 35:2
81:18 97:7
101:8 176:4
267:15
**admit** 273:7
274:22,24
275:9 277:7
282:18
**admitted** 40:15
108:8 275:20
280:10
**admittedly**
132:16 199:14
211:6
**adopted** 32:22
33:1 270:16,18
**advanced**
21:21
**advice** 64:5
85:14 87:14,15
**advise** 86:9
**advising** 161:1
**advocacy**
129:19

**advocate**
208:22
**advocates**
197:20
**advocating**
95:2 96:12
133:20 201:23
**aerospace**
125:10
**afar** 238:22
**affairs** 228:1,6
**affect** 198:21
**affected** 174:9
209:15,15
281:1,6,8,18
**affects** 105:21
**affirmative**
87:21
**affirmed**
220:16 223:5
**affirming** 64:8
**afford** 120:2
**afforded** 192:7
193:3
**afraid** 127:18
127:21 128:3
128:13
**african** 103:23
**afternoon**
22:20
**ag** 92:3 116:8
203:1
**agenda** 34:6,7

**ages** 157:13
163:18
**ago** 59:12
61:24 109:23
232:3,18
243:22 255:14
266:2,6,8
**agree** 10:5 15:9
27:19 29:4,8,9
33:21 34:4
46:15 65:17
66:10 69:19
75:14 78:8
80:21 81:2,21
82:24 107:9,24
127:6 131:5
136:10 146:13
146:14,20
150:12 151:5,6
151:9 155:11
198:16 202:8
210:21 211:5
211:13 220:8
220:20 223:8
223:17,19
228:11 230:1
241:23 245:14
265:12 266:11
271:5,10
276:19 283:7
**agreed** 15:6
76:2 159:15
238:12 275:21

**agricultural**
281:5
**agriculture**
280:24
**ahead** 61:16
74:24 240:9
248:3
**ai** 107:2
**aides** 149:24
**aired** 279:23
**album** 255:16
**alderman** 18:9
18:9
**alex** 279:23
**aliens** 236:23
**alike** 129:12
**allegation**
22:14 275:9
**allegations**
273:7 274:23
**alleged** 184:1
187:21 188:7
188:17 189:1
191:5
**allegedly**
106:23 107:14
**allotment**
203:9
**allow** 191:14
**allowed** 146:18
146:20 149:15
177:14,16
237:20 261:14
284:1

Page 5

Case 3:25-cv-00528-KAC-JEM    Document 45    Filed 01/21/26    Page 292 of 363
PageID #: 871

allowing  21:13 241:20

allows  84:16 238:7 284:15 284:20

alternative  266:22

alum  120:17

alumni  6:16 60:13 106:19 126:17 136:4 240:8,17,18 284:3

alums  105:21

amber  18:18

amended  272:4 272:7,13,20 273:15 274:14

amendment  58:8 86:3,6,19 86:21 131:7,9 131:11,16 136:15 157:15 166:5,15,16 217:10,12 224:20 225:7 232:9,11,15,19 238:6 239:1 243:2 251:11 262:14 266:11

america  35:11 242:19

american  103:23 153:20

202:20

americans  149:15 279:14

amount  175:1 282:21

amphitheater  22:19

analyze  258:3

angry  208:8

animated  168:10

animating  245:19

annual  136:18

anonymous  138:15,16,17 138:21 201:4

answer  8:22 12:3 14:5 22:21 55:21 72:11 87:21 92:9 95:18 105:9 117:6 120:5 132:23 135:17 136:22 136:24 137:10 141:20,22 142:4,5,16 166:20 169:1,3 169:4,7,16,18 173:24 177:12 180:8 182:11 185:22 186:8 186:15,18

195:19 216:16 218:19 219:13 223:2 225:19 226:19 227:17 229:6 230:5,19 238:9 254:6 260:2 271:15 272:8,9,13,18 273:14 274:20 275:4,8,23 276:19 277:3,5 277:8 279:18 281:21 283:2,5 283:14

answered  110:15 168:11 169:2 219:1 266:18 273:22 278:8,17

answering  136:19 180:2 282:22

answers  21:24 86:15 87:22 110:13 182:13 225:23 272:13 272:14 273:3,4 274:15 281:23

anthropology  160:15 161:9 161:11

anti  259:4

anticipate  237:11

anticipated  258:24

anticipation  19:21

anticipatory  247:9

antonio  245:7

anxiety  102:7

anxious  104:8 214:19

anymore  69:21 266:10

anytime  203:12

anyway  266:19

apart  53:7

apologia  53:4 53:17 68:16 69:20

apologize  18:21 71:18

apologized  71:14 208:13 222:9

apology  222:22 222:22,24

app  211:12

appalled  55:23 129:14 132:10 136:5

apparently  125:3 136:9 156:18 201:14 201:22 237:1

Case 3:25-cv-00528-KAC-JEM    Document 45    Filed 01/21/26    Page 293 of 363    PageID #: 872

| | | | |
|---|---|---|---|
| **appearance** 261:19 262:3 | **approval** 203:13 | **arts** 47:20 | **assassination** 29:1,5 35:6 52:24 65:21 67:24 121:20 122:17 151:3 152:19 206:12 |
| **appeared** 41:23 | **approved** 142:10,13 153:15 265:17 | **ashamed** 156:24,24 | |
| **appears** 24:8 24:19 | **apps** 39:14 | **ashmos** 3:7 | |
| **appendix** 182:15 | **arbiter** 169:1 | **asked** 46:3 67:10 68:9 110:15 137:18 138:24 143:2 160:24 162:7 162:24 165:6 180:3 211:10 215:16 222:15 222:23 241:16 256:5,18 257:15 | **assert** 34:8 |
| **applauding** 136:8 | **arbitrary** 230:17 | | **assess** 252:4 |
| **applause** 168:7 | **area** 211:21 | | **assessed** 252:6 |
| **applicable** 10:9 182:16 183:15 183:17 | **areas** 238:16 | | **assessment** 257:21,22 264:8 |
| | **arena** 131:6 | | **assigned** 9:3 |
| **application** 125:9 | **arguing** 141:7 | | **assignment** 158:11 |
| **applied** 15:24 174:21 265:24 | **arguments** 236:21 | **asking** 23:8,8 34:1 63:17 72:4,13 79:20 85:18 93:14 98:15 99:8 105:8 116:12 125:20 135:18 138:8 141:6,8 157:3 164:4,17 166:14 189:12 230:6 231:3 248:6 277:18 277:19 278:4 280:18 283:18 | **assistance** 229:20 |
| | **armed** 159:9,13 | | **assistant** 24:23 126:20 |
| **applies** 136:10 | **army** 152:18 | | |
| **apply** 265:21 | **arrest** 243:19 | | **associate** 25:2 26:20 154:19 |
| **appointment** 176:14 | **arrested** 244:7 | | |
| **appreciate** 12:21 16:21 21:24 34:22 47:11 88:8 122:23 | **article** 8:17,19 26:6,10 27:3 27:24 28:19 33:15 49:22,24 50:1 56:22 60:6 89:1 144:23,24 170:6 198:13 233:18 234:1 234:10 243:15 244:8 245:4 247:3 | | **associated** 41:9 182:19 271:11 |
| | | | **association** 8:16 36:21 242:19 |
| | | **asks** 216:8 | **assume** 24:2 195:24 |
| **appreciated** 19:1 | | **aspect** 158:22 | **assuming** 73:17 |
| **approach** 77:2 | | **assassinated** 149:18 | **athletic** 40:4 |
| **appropriate** 62:18 80:4 178:24 180:17 180:22 | **articles** 234:3 245:10 | | **atlantic** 3:16 31:24 32:1,2,5 |
| | | | **attached** 8:7 116:1 119:10 |

www.veritext.com    Veritext Legal Solutions    800-556-8974

175:24 198:5
**attaching**
170:21
**attachments**
170:15
**attempt** 201:4
**attempted**
236:21
**attend** 157:1
253:7
**attendance**
10:16
**attention** 20:8
53:14 57:14,19
57:20 116:15
120:11 204:22
207:7 234:11
273:3
**attitude** 84:19
96:14
**attorney** 11:6
154:1 286:14
287:10
**attribute**
198:20
**audio** 286:8
287:3
**austin** 90:18
91:11 215:7
**author** 136:4
**authority** 58:14
59:9,14,16
**authorized**
10:1

**available**
146:17 192:8
**avenue** 237:7
**avoided** 80:2
**avoiding**
127:15
**aware** 23:1,1
70:17 89:10,13
90:23 91:2,3
94:7 128:9
210:8,14
238:19 239:18
265:5,9 267:14
268:4 269:1,8
269:9 271:22
281:20
**awesome** 88:10

**b**

**b** 3:5 4:1 5:1
6:1 7:1 8:1
272:22
**back** 12:12,17
14:15,18 40:19
47:13 51:11
59:19 91:1,14
102:16 123:4
123:13 147:14
163:21 164:8
164:20 171:13
174:4 214:7
215:18 233:8
238:21 243:22
247:21 267:8

**backbone**
244:9
**backing** 204:20
**backwards**
147:7
**bad** 37:21
102:18
**bailing** 117:4,7
**baker** 153:22
**balancing**
254:16
**ball** 40:4
**ban** 270:16,18
270:22,23
**banned** 270:21
**barack** 198:14
**base** 100:7,8
**based** 22:3 33:1
49:8 109:6,7
177:10 208:17
223:18 263:23
264:3,8,10
**basic** 166:15
**basically**
114:12 219:1
229:11 241:5
246:15 247:13
**basing** 215:9
**beacon** 8:17
127:15 243:15
**bears** 80:5
**beating** 167:14
167:17

**beautiful** 30:1
**beck** 8:19 245:5
246:1
**bed** 249:11
**beg** 9:21
**beginning**
10:17
**behalf** 2:2,10
75:19 76:4
79:1 85:1
162:10 165:10
**behavior** 55:7
78:15 96:15
159:2 174:24
179:12 188:11
189:23 255:1,1
260:21
**beings** 182:8
**belief** 74:17
264:6
**beliefs** 151:22
152:1 155:7,12
159:1,2
**believe** 34:6
69:5,8,14
71:16 76:11
87:5 91:9 93:2
97:18 98:12
107:8 111:15
122:4 125:1
143:7,9 147:23
155:5 160:11
163:20,21
178:13 205:3

www.veritext.com
800-556-8974

| | | | |
|---|---|---|---|
| 209:7,9 214:3 | **biased** 133:22 | 112:22 113:1 | 186:23 187:2,6 |
| 214:4,4 243:1 | **biases** 246:23 | 114:17,21 | 187:11,15 |
| 244:13 265:23 | **big** 20:7 30:1 | 115:15,18 | 190:8,18,23 |
| 282:20 | 51:3 157:14,16 | 116:16,19 | 194:15,20 |
| **believed** 114:15 | 162:24 167:9 | 117:9,12,24 | 195:8,11 |
| 202:7 260:14 | 185:15 199:6 | 118:5,11,21 | 196:22 197:14 |
| 277:24 | 214:9 | 119:3,7,19,22 | 197:17 199:22 |
| **belong** 36:7 | **bigelow** 2:3,4 | 121:2,6,9,10 | 200:1 202:14 |
| **belonged** 36:15 | 3:3 11:5,5,21 | 123:10,14,18 | 202:17 205:13 |
| **benton** 4:20 | 12:2 14:7,9 | 125:24 126:5,6 | 205:16 206:8 |
| 44:22 45:4 | 15:5,8 16:16 | 128:1,18,22 | 215:12,15,19 |
| 112:18 | 16:20,23 23:14 | 130:6,11,14,19 | 215:23 222:18 |
| **best** 13:19 50:9 | 23:18 25:4,8 | 130:23 132:2,6 | 228:2,5 230:4 |
| 53:5 68:17 | 25:24 26:4 | 133:3,7,11 | 233:10,14 |
| 144:10 172:2 | 27:22,23 28:6 | 135:14,22 | 234:24 235:1 |
| 286:10 287:6 | 28:9 31:23 | 136:1 138:8,10 | 236:5,9 238:5 |
| **bet** 125:17 | 32:10,14 34:3 | 138:13 140:5 | 239:9,13,17 |
| **better** 17:13 | 34:11 35:22 | 141:8,10,18,19 | 241:22 242:12 |
| 40:8 54:4,7 | 36:2,14 37:22 | 142:12,19,21 | 242:13 243:11 |
| 65:24 66:1 | 38:18 45:17 | 143:1 144:5,9 | 243:14 244:15 |
| 67:13 70:4 | 49:17,23 51:5 | 144:11,13,15 | 244:18,19 |
| 80:8 81:9 95:8 | 51:18,22 54:14 | 147:8,10,15,21 | 247:17 248:2,5 |
| 95:8 96:1 | 54:23 63:9 | 148:22 149:1,7 | 248:10 257:19 |
| 101:19,20 | 72:10 79:21,23 | 152:24 153:1 | 260:5 265:20 |
| 155:8,13 166:3 | 87:1,11,24 | 154:4,8,13,16 | 266:20 267:4,7 |
| 179:19 180:4 | 88:3,7,10,17 | 154:17 156:12 | 267:13 268:3 |
| 180:13,21 | 91:17,21 93:24 | 156:13 159:24 | 271:17 273:16 |
| 195:14 214:13 | 94:6 95:17 | 160:3 164:5,23 | 273:17 275:13 |
| 214:14 244:10 | 96:21 97:1 | 165:12 166:2 | 279:9,12 |
| 260:17,17 | 105:12,14 | 166:19 170:8 | 280:12,17,19 |
| 261:3,4 265:17 | 106:5,9 107:23 | 170:12 172:7 | 280:21 283:16 |
| **beyond** 58:10 | 108:9,21 | 172:10 174:5 | 283:19,23 |
| 147:1 271:1 | 110:18,21 | 185:16,23 | 284:24 285:5,9 |
| | 111:18,22 | 186:4,7,13,17 | |

www.veritext.com Veritext Legal Solutions 800-556-8974

| | | | |
|---|---|---|---|
| **bigelowlegal....** 2:7 | **blind** 195:16 | 9:15 15:21,23 | **broad** 226:22 |
| **bigger** 199:18 | **blow** 237:12 | 41:15 45:22 | **broadcasted** 273:21 |
| **bigot** 72:7,16 236:3 | **board** 15:19 30:2 41:17 | 48:9,9 70:17 71:14 72:12 | **broadest** 84:18 |
| **bigoted** 53:20 70:19,20 228:8 229:4 | 64:7 71:21 72:5 85:5 100:23 101:2,5 | 108:2 112:7 115:23 125:19 131:22 160:6,7 | **brought** 57:14 57:18,20 58:21 58:24 164:10 236:19 |
| **bigotry** 53:4 68:16 69:20 | 101:6 124:2,2 125:8 169:6,6 | 162:24 169:22 176:9 193:23 | **bt** 85:5 |
| **bill** 30:1 104:4 | 177:23 178:15 178:19,21 | 235:2 240:6 248:24 252:21 | **buddhist** 143:20 |
| **bin** 139:24 140:1,17 | 180:24 183:18 185:2,3,7 | 259:1 282:3,16 | **budget** 92:16 |
| **bit** 13:23 14:2 51:10,11 60:6 | 225:11 230:14 249:2 267:19 | **boyd's** 94:24 | **building** 9:17 21:13 238:20 284:3 |
| 98:10 99:15 127:17 176:2 | 269:14 | **brand** 129:11 202:3 | **buildings** 280:2 280:3 |
| 190:24 194:16 199:2 217:4 | **body** 33:23 256:15 | **break** 13:14,17 88:4 190:15 267:4 | **built** 77:20 |
| 247:23 267:21 | **bohon** 18:22 20:9 21:2,6,10 | **breakfast** 71:3 | **bunch** 91:23 111:4,6 205:2 |
| **bits** 23:2 | **bolden** 1:21 9:3 | **breaking** 29:21 175:14 | 210:5 216:16 217:6 223:13 |
| **black** 20:18,24 262:19 | 286:2,17 | **brian** 90:5,8,12 | **burchett** 29:22 30:6 211:10 |
| **blackburn** 3:21 35:1,5 206:11 | **boss** 41:13,14 41:16 267:23 | **brief** 18:22 | **burchett's** 30:21 |
| **blackburn's** 35:5 | **bottom** 29:20 113:3 114:23 | **briefed** 267:20 267:22 | **business** 16:4 39:18 75:3 |
| **blah** 258:7,7,7 | 122:13 149:12 188:16 217:6 | **briefly** 229:11 | 101:10 |
| **blamed** 149:21 | **boulevard** 237:7 | **bright** 167:8 | **bypassing** 218:3 |
| **blanket** 270:16 270:18 | **bound** 62:15 | **bring** 163:23 164:7 237:23 | **byrnes** 162:15 |
| **blasphemous** 53:6 | **box** 200:19 **boyd** 1:10 2:11 7:9 8:10,13 | **bringing** 12:10 12:16 116:15 **brings** 24:16 188:11 | **byron** 25:1 |

Case 3:25-cv-00528-KAC-JEM    Document 45    Filed 01/21/26    Page 297 of 363    PageID #: 876

| c | campaigns | 261:7,15 262:7 | careless 96:14 |
|---|---|---|---|

**c** 1:21 2:1 5:12
9:1 70:5
182:15 221:18
286:2,17
**cabinet** 18:5
131:21
**caiazza** 2:22
10:23,23 126:3
**call** 16:10 27:7
36:21 37:4
45:9,13,19,22
45:24 46:23
50:23 63:21
106:19 113:17
118:18 149:20
221:17 234:20
250:19,23
**called** 9:17
11:15 28:24
30:1 44:14
51:1 52:12
152:19 176:20
236:13,18
245:11 270:12
276:1 284:4
**calling** 75:4
**callous** 140:9
**calls** 160:23
266:16
**campaign**
70:18,19 72:7
72:16 75:3

**campaigns**
72:19 229:22
**camping** 244:4
**campus** 19:19
24:16 29:6
51:3 64:21
65:12 66:24
74:10 75:5
76:14,18 77:10
78:10,12,23
80:3 83:21,22
85:6 87:8
89:19 95:10
101:12,14,15
101:18,23
104:14 109:9
112:19 124:5
129:10 143:9
148:10 154:24
161:20 171:6
176:11 177:11
181:1 196:2,5
196:9 202:2
213:12,13,17
214:6,21
217:14 226:2
226:23 228:20
229:7 236:19
237:2,6,10,16
237:24 238:3
238:20 241:20
242:7 249:7,10
249:11 251:24
255:12 258:15

261:7,15 262:7
262:10 264:12
266:1 278:13
284:2
**campuses**
19:16 28:24
33:19 34:6
201:23 214:19
**cancel** 262:3
**canceled**
259:18
**canceling** 266:9
**capabilities**
167:7
**capable** 166:22
167:1,3
**capacities** 1:12
246:24
**capacity** 75:18
75:19 79:9
84:21 134:20
134:21 135:4
203:19 207:19
**caption** 146:16
**car** 88:2
**cards** 38:17
**care** 54:9 68:19
68:23 84:24
103:11 171:5,9
171:10 199:7
227:22 228:10
228:12,15,22
**cared** 68:20
69:5

**careless** 96:14
142:1
**carey** 4:8 7:3
7:22 25:15,17
35:1 91:22
92:8,8 115:21
115:22 118:24
153:4 197:18
202:18 203:17
**carnahan** 4:17
110:22
**carolina** 57:3
152:14
**cars** 245:22
**case** 1:7 61:20
85:15,17 91:15
92:19 105:11
129:4 133:1
140:22 141:1
163:24 165:2
177:2 179:12
182:17 184:21
185:5 205:18
205:21 214:12
219:5 225:14
232:1
**cases** 87:18
89:22 182:16
183:24 188:17
191:5 215:3,6
**casey** 115:20
**categories**
219:23,24

categorization 34:4
categorized 189:10
category 220:2
cause 19:18 181:6,22 192:8 192:18
caused 18:23 66:23 254:11 255:6
causes 201:24
causing 274:4
cavalier 83:20
cc'ing 123:20
ccs 25:15
celebrate 95:5 95:5
celebrated 121:20 122:17 150:7,16,24 151:21 152:7
celebrating 95:1,14 96:3 152:10 206:14
celebre 201:24
cell 4:3
center 35:5 256:20
central 203:8
ceo 77:10 78:9 78:12 169:10 172:4,12,12,13 172:13 173:14

177:19 189:17 198:22 225:5 268:21
certain 128:2 178:4 238:16
certainly 15:2 129:9
certificate 286:1 287:1
certified 10:6 286:18
certify 286:4 287:2
chair 18:11,16 18:19 51:3 61:17 92:3 124:2
chairman 116:9
chairs 236:19
challenge 84:19 176:15
championed 35:10
chance 71:17 190:24 268:10
chancellor 4:11 11:8,22 15:12 15:14,16 18:1 23:20,22 24:23 25:2 28:16 37:8,11 38:21 40:12 51:12,23 59:7,12 69:13

73:11 75:10 77:16 80:3 112:19 115:9 115:19 117:20 122:15 124:6 132:9 134:21 158:8 169:19 178:17 184:3 184:11 188:14 188:19 199:1 200:5 201:3 207:12 215:16 284:15,20
chancellor's 76:21 116:23 171:2 186:8
chancellors 18:4 62:16 89:18
chancellorshi... 130:1
change 170:23 172:19 208:19 215:10 221:10 268:18
changed 129:13 159:16 166:12 172:12 172:18,20 232:9,11,13,14 232:15 259:16 283:8
channels 228:9

chapter 20:2
chapters 204:4
characterized 150:8
charge 31:15 78:12 194:2
charges 192:2,3
charles 1:10 2:11 9:15 18:15 114:23 193:24 216:7
charlie 18:23 19:4,8,18 26:11 28:1,3 28:20 29:21 32:20 33:16 35:6 50:17,21 51:1 53:11,16 54:21 65:17 81:9,24 82:2 82:11,14 83:3 83:4 89:12 90:24 95:11,21 121:20 122:17 129:7 131:4 136:11,20,23 137:5,15,21,24 139:4,6,15 141:12,21 142:9 144:24 145:14,15 148:10 149:18 150:24 151:1 164:10 175:15

Case 3:25-cv-00528-KAC-JEM Document 45 Filed 01/21/26 Page 299 of 363 PageID #: 878

175:20 179:20 180:4 195:2 198:14 201:24 206:12 208:9 209:2,23 210:1 210:2,3,7,13,19 223:10 234:21 235:13 236:2 259:21,24 260:14 261:4 261:14 264:11 265:13 271:23 272:23 276:22 277:16

**charlotte** 57:3 62:4 245:8

**check** 40:20 41:2 103:7,16 104:2,2,5

**checked** 124:23

**checking** 40:18 46:20

**cheek** 240:24

**cherokee** 36:7 36:16

**chief** 18:1,2 176:10 184:1 184:10,14 188:18

**children** 74:7 95:8 101:20 139:13 180:13 180:20 260:17

**chilling** 154:23

**chime** 269:22

**chimed** 211:22

**choice** 73:8 214:21

**choose** 192:24 193:10

**choosing** 87:15

**chose** 70:1,3 167:21 208:20

**chris** 92:1,2 93:18

**christians** 26:11

**chronical** 6:20 8:3

**chronicle** 3:18 7:16 32:16 144:18 194:23 205:23 206:7

**church** 37:2

**cindy** 5:22 123:20,24 235:15,18

**circle** 21:17 60:14

**citations** 210:19

**cite** 181:15

**cited** 217:18

**cites** 144:23 201:14 212:8 218:3

**citizen** 73:7 79:13 84:22 103:4 179:15 179:17 220:7,9 220:16 223:5 225:15

**citizens** 72:24 74:8 105:20 220:18 223:7 224:2,5 225:17 227:7,12

**city** 29:17

**civic** 153:6,9 202:21

**civics** 122:6 153:20 203:10 203:20,23

**civil** 129:20 178:11,12,20 179:6,11 182:20 194:7 276:2 279:15 279:16,17

**civility** 169:1 226:3

**claim** 59:15 102:12 225:7 262:6,8,9 263:13,23 264:16

**claiming** 54:5,6 187:24 274:5

**clarify** 163:8,10

**class** 48:15 105:19 120:13 120:17 158:8,9 165:5 227:4 256:11 259:16

**classes** 20:13 21:20,23 46:9 48:20 253:5,7 259:19

**classroom** 74:6 98:1 102:17 120:9 136:16 159:10,11,17 163:21 164:8 164:20,21 165:20 166:17 179:16 256:22

**classrooms** 21:14,15,18

**clause** 283:11

**clauses** 284:12

**clear** 87:3 158:16 191:16 230:1,10 239:5

**clearly** 178:7

**clements** 90:10

**clemson** 90:11

**client** 187:11

**client's** 174:9

**close** 226:3 283:18

**closely** 160:19 203:10 271:11

www.veritext.com          Veritext Legal Solutions          800-556-8974

**club** 36:7,16,18
**clue** 170:1
**code** 182:19
**cognitive**
246:23
**cognizant**
145:11 224:13
224:16
**colleague** 250:8
**colleagues**
178:4 201:20
251:22
**college** 16:4
28:24 29:6
47:20 61:11
65:11 75:5
83:21,22 89:3
95:9 101:23
195:1 204:5
235:9
**colleges** 89:16
**colonel** 152:19
**colors** 130:1
**combined**
182:14
**come** 12:17
14:15,18 59:3
90:16 108:20
124:4 153:16
153:17 164:20
184:21 190:7
267:8
**comes** 28:14
178:10 179:5

**coming** 247:15
**commend**
121:18 122:15
**comment** 33:1
43:10 52:6,7
52:10 53:14
54:3 56:23
57:2,5 61:21
65:6,8 66:7
67:12 74:4
76:12 78:21,24
81:1 82:6 83:6
84:3 93:7
95:24 101:17
102:13 103:8
106:24 133:24
139:17 146:23
148:18 174:18
182:2,23
207:18 208:24
209:1,4 223:11
242:5 245:16
248:21 249:5
250:6,18,20,22
253:3,14
259:19 260:16
267:1
**commenting**
89:11
**comments** 30:9
30:22,23 31:1
52:19 53:17,19
83:8 89:8
102:6 120:12

142:2 148:9
155:2 159:4
168:2 195:2
233:22
**commit** 251:1,4
**committed**
64:21
**committee** 92:4
184:5,13
188:21 192:11
192:15 228:1,6
**common** 182:8
221:20 224:2,5
**communicate**
37:5 39:20
41:5 220:18
223:7
**communicated**
90:1,1,4
**communicating**
44:18,19,23
45:2
**communication**
37:4 39:11
108:18
**communicati...**
39:10 112:4,19
229:8
**community**
54:18 58:10
65:1 80:13
83:12 109:14
181:6,8,10,11
192:16 210:5

**comparable**
75:8
**compared**
144:2
**compass** 6:22
29:14,14 148:2
**competencies**
102:7,9
**complaint**
12:10,16
190:10,11
272:2,5,7,8,14
273:15 274:14
274:14 276:11
279:20 282:23
**complaints**
211:8
**completed**
19:22
**completely**
12:19 74:11
107:20 201:22
235:10
**complexity**
173:12
**compliance**
111:6
**comprehensive**
184:7 187:19
188:23
**compton** 124:2
**con** 251:13
258:12

Case 3:25-cv-00528-KAC-JEM    Document 45    Filed 01/21/26    Page 301 of 363
PageID #: 880

| | | | |
|---|---|---|---|
| **concepts** 227:3 | **condemning** | 275:18 | **consulting** |
| **concern** 65:22 | 250:16 | **conservatives** | 176:8 184:2,10 |
| 66:4 67:1 70:8 | **condoning** | 151:20 | 188:19 |
| 92:18 111:13 | 101:22,22 | **consider** 33:10 | **cont'd** 4:1 5:1 |
| 132:8 154:23 | **conduct** 82:3 | 103:15 143:11 | 6:1 7:1 8:1 |
| 159:3 171:18 | 87:6 111:14,15 | 188:4 202:23 | **contact** 62:22 |
| 220:18 223:7,9 | 111:16 178:22 | 228:17 266:22 | 63:1 93:5 |
| 223:12,20 | 182:19,23 | 270:24 | 117:7,16 |
| 263:18,22 | 183:12 251:14 | **consideration** | **contacted** |
| **concerned** 60:1 | 251:17 257:20 | 87:13 231:11 | 30:12 92:23 |
| 67:2,4 81:15 | **conference** | 254:21 | 107:15 124:15 |
| 132:9 158:7 | 247:10 | **considered** | 124:17,20 |
| 161:20,22 | **confident** 211:9 | 182:9 | 125:2 229:12 |
| 201:8 206:23 | **confined** 213:1 | **considering** | 229:14 |
| 224:19 228:7 | 213:2 | 155:6 | **content** 53:3 |
| 255:4 | **confirmed** | **considers** 33:9 | 55:8 63:16,17 |
| **concerning** | 46:18 | **consistent** | 68:15 237:13 |
| 106:16 | **conflicts** 62:17 | 62:19 179:13 | 260:10,12 |
| **concerns** | **confusing** | 231:22,24 | **contesting** |
| 170:22 176:5 | 38:24 | 232:2,19 | 192:12 |
| 226:2 | **congresswo...** | **constitute** | **context** 61:23 |
| **concerted** | 152:14 | 10:13 | 62:6 105:5 |
| 275:19 | **connotation** | **constitutional** | 122:4 178:9 |
| **concluded** | 26:21 | 153:6,9 202:21 | 179:23 203:3 |
| 285:17 | **consequences** | 242:21 | 209:4 227:23 |
| **concludes** | 224:11 226:23 | **constitutional...** | 241:24 250:12 |
| 192:16 | 254:24 255:1 | 248:12 | **continue** 15:4 |
| **conclusion** | **conservative** | **consult** 251:7 | 76:2 84:14 |
| 266:16 | 19:15 26:10 | 251:10,24 | 158:11 176:9 |
| **condemnation** | 28:5,23 32:22 | **consultation** | 191:14 207:22 |
| 260:8 | 35:10 65:3 | 218:9 | 225:10 259:11 |
| **condemned** | 113:17 148:9 | **consulted** | 280:14 |
| 260:6 | 148:16 157:11 | 85:17 193:23 | **continues** 19:1 |
| | 234:19 272:23 | | 21:10 50:3 |

| | | | |
|---|---|---|---|
| 223:4 | 52:22 56:1,23 | 144:18,19 | 244:11,12 |
| **continuing** | 57:1,3,4 58:2 | 148:3,13,14,20 | 245:20,21 |
| 187:16 | 58:12,13,19 | 148:21 151:12 | 246:4,5,9,10,14 |
| **contributing** | 60:14,15,17,22 | 151:23 152:3,9 | 246:15,15,19 |
| 102:22 | 60:24 61:5,6,8 | 154:18 156:16 | 246:24 247:3,4 |
| **controversial** | 61:9,11 64:8,9 | 157:7,8 159:7 | 247:15,16 |
| 261:21 | 66:15 69:21 | 160:8,10,12,14 | 248:12,16,17 |
| **conversation** | 73:21 74:2,3 | 167:16 169:15 | 248:18,19,21 |
| 17:20,21 49:7 | 75:9,20 77:5,9 | 170:16,24 | 249:8 250:1,2 |
| 63:16 186:6 | 81:4,4 84:5 | 175:8 183:14 | 250:4,7,9,10,13 |
| **conversations** | 85:6,7,12,13 | 183:22,23 | 250:19 252:9 |
| 186:15 | 87:16 88:21 | 185:3 191:11 | 252:19,22 |
| **convey** 143:20 | 89:3 96:22 | 191:12 192:3,4 | 253:3,4,14,22 |
| **copied** 22:7 | 97:3,4,8,9 | 193:17,24 | 255:19 260:23 |
| **copy** 149:2 | 98:10,17 | 194:8,9,11 | 261:9,19,22 |
| 197:24 272:1,4 | 106:15,17 | 195:4 196:2 | 262:1,4,5,7,14 |
| **core** 80:6,9,10 | 107:15 108:11 | 200:4,24 | 262:15,17,19 |
| 194:6 | 108:12,23 | 201:15 202:5 | 262:20,21,22 |
| **corporate** | 109:17,18 | 206:1 207:4 | 262:24 263:1,3 |
| 123:24 | 111:2 112:8,16 | 208:22 209:2,5 | 263:8,11,12,17 |
| **correct** 16:14 | 114:23 115:1,3 | 209:13,20,23 | 263:21,22 |
| 16:15 17:8 | 115:7,9,20,23 | 210:5 213:10 | 264:1,4,5,6,7 |
| 18:13,14 19:1 | 115:24 116:21 | 218:12,13,14 | 265:13 267:3 |
| 22:8 23:22,23 | 117:3,5 119:10 | 219:2,3,24 | 269:2,5,17,20 |
| 26:7 27:4,13 | 119:15,15 | 220:9 222:9 | 269:23,24 |
| 27:14 29:1 | 120:18 121:13 | 223:12 224:18 | 270:3,4,5,7,16 |
| 32:8,18 35:3 | 121:21,22,24 | 225:9 226:14 | 270:17,19 |
| 35:11,21 39:6 | 125:5,6,10,11 | 232:19 233:18 | 271:6,9,12,20 |
| 42:5,6,7,9,9,15 | 126:16 127:4,5 | 233:23 234:22 | 272:9,10,11 |
| 42:21 43:8 | 127:7 128:16 | 235:4,13,14 | 277:14 278:24 |
| 46:4,5,23,24 | 132:17,19 | 236:4,14,23,24 | 279:1 |
| 47:13,14 50:7 | 134:22,23 | 237:2 239:23 | **correctly** 20:19 |
| 50:17,18 52:7 | 143:3,12,15,16 | 242:22 243:2,3 | 29:2,3 53:8 |
| 52:11,17,18,21 | 143:23 144:1,1 | 243:9,10,18,20 | 122:6 130:2 |

145:2 152:22
152:23 159:8
160:14 256:19
278:9
**correspond**
49:13
**cost** 175:5,5,6
**council** 60:12
60:13
**counsel** 10:20
14:2 45:10,11
63:8,11 85:11
85:15,17,23,24
86:8,20 87:16
131:20 154:10
185:10,11
186:6 203:6
221:13 222:2
248:7 272:16
279:2 281:21
282:4,17
286:11,14
287:7,10
**counseled**
185:12,17,20
185:24
**counselor**
69:12
**country** 28:16
30:3 36:7,16
65:11 83:22
103:13 113:23
142:3 147:4
199:3 214:19

232:4
**country's** 276:1
**couple** 12:5
51:13 231:4
256:23
**course** 13:1
46:11,13,14,16
46:16 64:15
159:12 165:4
165:23 166:4,5
166:15 207:10
227:2 228:13
232:6
**courses** 46:13
153:21 158:11
203:2
**court** 1:1 13:12
14:16 16:21
51:9 91:5,5
187:12 205:7
205:17 215:3,6
268:13,14,15
**courts** 224:22
**cover** 48:15
227:14
**covid** 12:17
**crap** 129:19
**craven** 129:5
201:21
**crazy** 105:7
158:4 233:19
**create** 183:9
**created** 230:11
262:7,9

**creates** 176:5
**creating** 150:8
150:18 151:2
**credibility**
59:22 189:4
**credible** 187:22
188:1 189:1
**crisis** 198:15,19
198:21
**criteria** 218:22
**critical** 265:13
**criticize** 152:15
201:9
**criticized**
151:21
**criticizing**
265:18
**critics** 151:18
175:20
**cross** 46:12
**crowded** 168:6
**crucial** 246:2
**cuevas** 3:10
8:12 23:19
236:11 237:5
**cultural** 143:8
**cumberland**
237:7
**curious** 199:8
**current** 105:18
165:21
**currently** 15:11
62:13 73:15
229:18

**curriculum**
163:18
**cut** 47:16 50:22
152:14 242:10
242:10
**cuts** 281:1,1,19
**cv** 1:8 3:7 14:24
15:9

**d**

**d** 2:13 3:1 4:3
5:14,20,20 6:5
6:18 7:14 9:1
17:3 29:15
**dad** 180:13
**dagel** 6:11
133:12,13,15
**dahmer** 140:19
**daily** 3:16 8:17
31:24 32:4
243:15
**dakota** 91:6
215:4
**damage** 175:4
175:6 255:6
**damaged** 66:21
77:11 260:21
261:12
**damaging**
127:1
**dan** 5:18
121:12
**danny** 235:8

dare 109:21
date 1:16 20:12
  73:18 123:21
dated 17:7
  23:22 32:7,17
  33:14 56:19
  88:23 94:24
  111:11 116:20
  119:8 133:18
  136:2 144:20
  148:4 149:9
  156:14 160:9
  170:13 200:2
  200:22 205:24
  207:7,8
david 7:5
  154:20
dawn 287:2,15
day 21:19 24:2
  44:24 46:9
  76:13 86:11
  104:12 169:11
days 39:20
  98:14,23
  149:17 181:20
dead 54:2
  142:11
deadline
  172:22
deal 38:20
  246:11 279:2
dealing 174:14
deals 199:15

dealt 159:6
dean 25:3
  47:19 58:3,6
  60:14 61:10,19
  232:17
dean's 218:10
dear 18:20
  201:3,20
death 28:24
  29:4,6 83:21
  103:9 139:12
  151:21 152:7
  152:11 175:14
  195:2 265:17
  279:13
debate 80:20
  81:4,10,14,16
  81:19 163:23
  165:2,13,20,21
  244:9
debated 166:17
  273:20
debates 32:24
  80:20 236:12
  236:14,18
debating 81:5
  166:6,23 167:1
  167:4
december
  272:8 279:24
decency 182:8
decide 77:22
  78:4,11,13,15
  97:15 99:24

229:24
decided 18:6
  99:23 105:11
  108:10 125:8
  164:7 177:2,6
  179:12
decider 99:23
decides 105:10
  178:12,18
  179:11
deciding
  193:22
decision 48:11
  49:8 64:11
  83:2 87:4,9
  97:6,13,24
  100:5,10 102:5
  102:16,19
  105:17 107:14
  110:7 129:15
  129:23 137:3
  155:1 158:20
  164:18 169:9
  169:19 176:24
  177:7 182:7
  184:24 191:13
  191:14,19
  215:9 219:2
  230:17 231:17
  231:19 254:21
  257:9 268:19
  268:20 269:15
  277:17

decisions 59:7
  62:15 86:12
  106:3 169:10
  172:2 247:15
  248:23,24
  249:2
deep 154:23
  218:20
deeply 228:6
defend 155:4
defendant
  10:21 274:21
defendants
  1:13 2:10
  10:21 281:24
defended
  262:13
defense 85:15
  85:19 86:4
  87:16
defenses 87:21
definition
  189:22
defunded
  278:14
degree 153:6,9
degrees 153:10
  153:11,13
dei 211:11,16
  236:22
delay 99:3
delineate
  219:22

deliver  77:18
  213:6
delivering
  74:17
delulu  53:7
delve  65:15
demand  256:8
demanded
  255:18
demanding
  151:17
democracy
  244:11
democrat  93:3
democrats  93:1
  149:22 274:6
  274:18
demonstration
  243:23
demonstrations
  243:21
demonstrators
  243:19
dennis  8:8
  233:15
deny  273:7
  274:22 275:1,9
  277:7
department
  48:16,17 61:17
  75:24 99:21
  160:15,23
  161:4,8,10,11
  161:12,16,18

163:1 201:8
  218:9 238:17
  252:14
depend  142:17
dependent
  247:22
depends  158:21
  260:8
depiction  33:19
deplaning
  118:18
deport  236:23
deposed  100:2
deposition  1:15
  9:6 10:11 12:4
  12:13,14 286:1
derek  18:9,9,11
  20:11 22:6
derelict  181:4
describe  71:10
  178:7
described
  178:14
describes  178:1
description  3:6
  4:2 5:2 6:2 7:2
  8:2 33:21
  179:9
designated
  212:7
desire  208:4
despicable  77:7
  77:14,15 78:5
  78:7

despite  186:18
  263:10 270:6
destroyed
  107:21
detail  90:6
  193:3
details  204:17
determination
  192:14
determine
  78:18 272:14
determined
  80:2
determines
  79:16
dictate  129:15
died  26:18
  95:11
differ  220:22
difference
  163:14 214:8,9
  224:24 250:15
  250:17
differences
  163:15
different  12:19
  39:21 75:4
  91:23 95:11
  98:7 102:21
  103:6,7 118:19
  120:1,10
  141:13 163:18
  163:19,19
  182:13 192:1

193:6 221:7
  224:14,23
  232:3 240:14
  247:11 266:3,5
differently
  164:24 222:20
difficult  13:13
  103:24 165:14
  209:17,17
digging  59:19
digital  286:8
  287:3
dignity  183:7
direct  107:4
  269:16,19
directed  85:11
  250:5,8
direction  136:5
  171:21
directly  49:4
  76:14 80:5
  171:4 176:10
  178:15 181:23
  182:4
disagree  61:19
  155:17 208:1
  232:23 233:2,3
disagreeable
  65:2
disappointing
  146:5
discipline
  148:8 165:23
  172:14 178:10

Case 3:25-cv-00528-KAC-JEM    Document 45    Filed 01/21/26    Page 306 of 363
PageID #: 885

179:22,24
180:6,7 266:22
269:17
**discipline's**
181:13
**disciplined**
136:14 259:22
260:1,7 271:23
**disciplines**
165:21
**disciplining**
266:21
**discomfort**
262:4
**discontinue**
101:10
**discouraged**
126:18
**discourse** 74:9
194:7
**discovery**
80:12 227:4
**discreet** 149:19
**discrimination**
12:11,16
248:15
**discuss** 84:20
106:20
**discussed** 16:13
94:19 185:14
218:14,17
231:12 250:11
273:19

**discusses** 153:5
**discussing**
55:11 170:21
236:13
**discussion**
226:7
**discussions**
226:4
**disdain** 129:20
**disgrace**
136:17
**disgust** 129:3
210:20,23
**disgusted** 213:8
**disgusting** 54:8
66:2 271:1
**disgusts** 211:3
**dismissive**
222:7
**displaying**
236:22
**disputed** 76:7
**disregard**
140:10
**disregards**
157:1
**disrepute**
188:12
**disrupted**
20:14 21:20
253:5
**disruption** 20:4
109:9 252:5,7
252:8,10

254:13,14
264:4,17
**disruptions**
18:23 19:19
254:10
**dissemination**
74:1
**distinction** 52:9
163:10 221:3
230:24
**district** 1:1,2
116:3,6
**disturbing**
248:11
**diversity**
183:10 210:4
**divide** 92:24
**divisive** 155:8
155:13
**doctoral** 245:6
**document**
154:9 188:10
217:7 252:11
**documented**
264:3,18,23
**doing** 20:12
40:13 81:19
144:9,14
173:22 177:4
189:19 217:2
238:16 279:8
**domestic** 150:2
**donate** 72:18

**donated** 72:6
72:15 73:6
75:17 103:3
**donates** 72:6
**donating** 74:21
**donation** 71:22
76:1 136:18
**donations** 75:2
75:21 104:3
**donde** 1:9,15
2:11 3:7 4:11
9:8,14 11:7,14
201:21 274:21
**donor** 136:5
**dossier** 174:22
**double** 132:10
132:20
**doubt** 21:6
202:1 249:22
281:18
**dplowman** 37:7
**dplowman2**
37:16
**dr** 4:10 7:15
8:5 9:8,12 11:6
11:7 12:2 21:2
21:6,10 30:9
30:15 42:24
43:7,9 44:17
46:3,4,10
47:24 48:14
49:6 50:3 52:6
54:3 55:12,20
57:20 60:19,23

www.veritext.com
Case 3:25-cv-00528-KAC-JEM   Document 45   Filed 01/21/26   Page 307 of 363
PageID #: 886

61:15 63:6
65:6,24 66:9
67:11,23 74:4
77:7 78:24
80:24 82:1
83:6,15 89:12
90:3 95:4,13
95:22 96:3
97:3,16 99:4
99:19 101:17
102:13 104:17
105:17 106:15
106:23 108:5,8
119:9 120:13
126:8 132:22
136:8 137:4
158:17 162:4
163:20 164:7,8
166:7,8 168:20
175:21,23
176:3 187:24
194:10 195:4
197:23 206:24
208:5 214:12
218:2 219:5
220:20 223:11
226:17 228:23
239:19 245:16
248:18 252:16
258:12 259:21
263:13,24
265:12 266:21
267:15 268:5
268:11 269:13

270:4 271:12
279:20 280:10
**draft** 202:22
**drafting** 50:5
**dragging** 177:8
**drive** 1:19 2:15
**driver** 95:12,22
  96:17
**driving** 28:23
  95:14 96:3,12
**drunk** 95:12,14
  95:22 96:3,12
**dry** 129:24
**duchon** 8:8
  233:15,16,17
**due** 184:7
  187:19 188:23
  192:7 219:12
  219:14,18,19
  269:23
**duly** 11:15
  286:5
**duo** 236:18
**durable** 244:10
**duty** 181:2
  227:22 228:10
  228:12,15,22

**e**

**e** 2:1,1 3:1,5 4:1
  5:1 6:1 7:1 8:1
  9:1,1
**earlier** 15:6
  16:13 80:8

82:18 103:2
107:8 109:16
112:18 119:17
121:16 176:22
179:22 188:9
215:17 218:14
230:13 231:12
231:23 269:15
275:20 279:7
**early** 14:20
**earn** 129:17
**earnest** 167:8
**easier** 15:6
  39:19 128:9
  141:11 225:4
  248:6 280:23
**east** 8:15 90:13
  127:11 242:18
**eastern** 1:2
**easy** 51:14
  262:16
**ed** 3:18,20 4:6
  6:20 7:16
  28:11,13 32:23
  33:1,10,13
  88:20,21
  234:15
**ed's** 33:17
**edge** 65:11
**educate** 129:22
**educating**
  74:13
**education** 8:4
  28:15 32:16

80:11,11
144:18 194:23
199:2,7,9,15
205:24 206:7
235:10
**educational**
  127:2
**educators**
  233:22 234:20
**effect** 73:16
**effective** 73:18
  101:9 102:8,10
  231:2
**efficient** 13:20
**effort** 16:14
  175:1
**efforts** 106:24
  234:20
**egregious**
  65:10 176:7
  182:18
**eight** 14:13,14
  112:21 144:8,9
  168:4
**either** 41:23
  100:5 117:16
  192:14,24
  193:2,7 212:23
  237:1
**elect** 18:16
  192:24
**elected** 123:12
**election** 274:5,5
  274:6,18,19

Page 21

www.veritext.com
Veritext Legal Solutions
800-556-8974
Case 3:25-cv-00528-KAC-JEM   Document 45   Filed 01/21/26   Page 308 of 363
PageID #: 887

**elects** 192:12
**eleven** 14:13
**else's** 148:18
**email** 3:8,10,11
3:12,13,14,15
3:16,18,20,21
4:6,8,13,15,17
4:19,21,23 5:3
5:5,8,10,12,14
5:16,17,18,20
5:22 6:3,5,7,9
6:11,13,16,18
6:20,22,23 7:3
7:5,7,11,13,14
7:16,19,20,22
8:3,5,8,10,12
16:24 17:2,14
18:8,12,22
19:20 20:9
21:3 22:5 23:9
23:21 24:1,3,5
26:9 27:6,7,9
37:6,10,12,13
37:17,24 39:10
46:21 47:6
91:22,24 93:2
106:14 108:13
109:14 111:1
113:2,3,4,7
114:22,23
115:19 118:9
119:9 120:16
120:18 121:12
122:10,13

123:5,19,21,23
125:3 126:14
133:18 136:2
137:2 143:2
144:16 153:4
154:1 156:14
167:11 171:11
175:21 197:23
200:2,16 201:6
201:14,17,22
202:6,7,7,18
206:1,24 207:7
235:2 236:11
**emailed** 37:23
50:19
**emailing**
233:18
**emails** 17:10,12
24:10 32:4
37:4,7 105:20
108:23 109:2
109:10,11,19
112:7,14
113:16 116:23
117:20 120:3
122:5 124:4
125:19,21
126:7 138:14
156:3 170:22
171:4 173:18
240:16 258:17
**embarrassing**
38:7 63:20

**embraced**
274:4
**emergency**
253:21,24
254:7
**emergent**
173:10
**employed**
79:12,14
140:10 286:11
286:14 287:8
287:11
**employee** 84:22
84:23,24
286:13 287:10
**employees** 76:5
182:21 183:6,9
190:4 195:1
224:22
**employment**
174:11
**enacted** 270:22
270:23
**encourage** 35:7
213:17,20,21
251:4
**endeavors**
207:17
**endorse** 101:17
102:2,4 214:7
**endorsed**
155:21 212:10
**endorsements**
212:14,14

**endorsing**
101:15 103:9
129:6 155:9,14
213:15 214:5
250:16
**enforce** 244:5
**engage** 163:23
178:11 179:6
181:24 182:5
**engaged** 162:5
**engagement**
24:24 74:12
182:21
**engages** 181:23
**engaging**
178:18
**engineering**
125:10
**english** 201:7
201:15
**enjoins** 178:3
**enriching**
246:3
**enroll** 80:12
262:19,21,23
**enrolls** 262:17
**ensure** 84:24
107:1,15 162:3
**enter** 81:16
**entire** 85:17
92:14 194:16
197:20 217:21
222:7

www.veritext.com
Veritext Legal Solutions
800-556-8974

**entitled** 33:16
198:14 284:4
**entrusted**
180:24
**environment**
150:9,18 151:2
183:10
**envy** 207:11
**es** 286:4
**especially**
214:1
**espoused** 129:8
275:18
**esquire** 2:3,13
**essentially**
27:13 114:13
242:24
**establish** 203:9
203:20,20
**establishment**
202:20
**evening** 45:9
**event** 20:7
21:13,17,18
22:12,12 23:12
24:18 30:14
32:23 124:5
245:15 278:13
284:4
**events** 22:19
29:17 89:17
165:22 245:12
246:4,12
247:10

**everybody**
232:6
**everyone's**
75:12
**evidence** 192:2
**evidentiary**
10:10
**exact** 95:23,23
**exactly** 9:16
17:23 44:24
70:21 80:7
128:8 162:6
164:19 191:17
193:4 198:9
229:17 231:3
264:12
**examination**
3:2 11:20 60:8
**examined**
11:17
**example** 261:6
279:22,23
**examples** 173:1
**excellent**
257:10,13
**except** 80:2
118:17 192:9
239:7
**exchange** 23:5
25:10,12 35:2
64:23 65:14
69:9,15 167:12
195:13

**executed** 24:17
**executing** 18:6
62:21
**executive** 36:21
47:19 158:7
176:10 184:4
184:13 188:21
267:20
**exercise** 58:7
178:23 180:17
**exercised**
102:15
**exercising**
136:15
**exhibit** 3:7,8,10
3:11,12,13,14
3:15,16,18,20
3:21 4:3,6,8,10
4:13,15,17,19
4:21,23 5:3,6,8
5:10,12,14,16
5:18,20,22 6:3
6:5,7,9,11,13
6:16,18,20,22
6:23 7:3,5,7,9
7:11,13,14,16
7:18,19,20,22
8:3,5,8,10,12
8:13,15,17,19
16:17,18 23:15
23:16 25:5,6
26:1,2,24 27:1
28:6,7 29:11
29:12 31:19,20

32:10,12 33:6
33:7 34:15,16
35:22,23 51:6
51:7,13,24
52:2 56:14
64:6 73:9,11
91:18,19 94:1
96:23 106:5,7
108:15 110:19
111:9,20,23
112:23 114:19
115:15,16
116:16,17
117:9,10
118:13,14,22
119:20 121:3
121:11,12,14
123:16 125:24
126:1 128:18
128:20 130:6,8
130:24 132:2,4
133:4,5,8,9,17
135:22,23
142:23 143:4
144:6 148:23
149:4,5 151:16
152:24 154:6
154:11 160:1
170:8,10 172:7
172:8 175:13
175:16,20
190:13 191:1
191:21 194:16
194:18 195:9

Page 23

www.veritext.com    Veritext Legal Solutions    800-556-8974
Case 3:25-cv-00528-KAC-JEM    Document 45    Filed 01/21/26    Page 310 of 363
PageID #: 889

197:14,15
199:22,23
202:14,15
205:14 206:2
215:12,13,16
233:7,11,12
236:5,7 239:9
239:10,15
242:12 243:12
244:15,16,21
244:22
**exists** 181:22
221:1 259:7
**expectations**
177:23 182:20
182:22
**expected** 20:12
183:6,9 190:5
**expedited**
99:14,15,18,20
100:5 176:13
176:18,20
182:17 184:5
187:17 188:21
191:6,21
218:12,22
**experience**
127:10 158:13
168:10 246:3
**experiencing**
245:12
**expert** 131:11
193:7 217:21
251:8 264:8

**expertise** 220:4
220:5
**experts** 229:7
**explain** 76:9
164:12 167:22
174:7 184:9
240:11 254:17
274:11
**explained**
167:23 176:3
176:21 184:18
208:14,24
209:1
**explanation**
192:2
**explicit** 230:20
230:24
**express** 47:12
154:23 179:18
**expressed**
261:12
**expressing**
131:3 202:12
**expression**
154:24
**extend** 182:20
**external** 229:21
**extra** 271:3
**extremely**
141:18 209:17
**extremist**
270:23,24
271:19

**extremists**
127:1

**f**

**f** 70:5 221:18
222:5
**facebook** 39:24
52:3,4,10,11
174:17 207:18
248:20 249:6
267:1
**faced** 132:13
**facilitate**
229:19
**facing** 229:21
**fact** 77:3
127:21 152:13
197:6 211:1
212:9 222:3
224:13 230:10
252:19 277:24
278:2 283:12
284:4,14,17,21
**facts** 60:9
114:1 199:16
199:17 264:18
264:23
**factually**
283:14
**faculty** 12:15
16:3 18:11,16
20:13 21:21,24
22:16,16 51:2
53:15 54:18

55:7,9,12
56:23 57:23
58:16 60:9,13
61:7 62:8 63:3
64:22 68:20
70:7 72:5,18
78:16 84:18
85:4,6 87:5
89:8,10,14
99:21 100:12
100:15 103:15
111:13 127:2
127:17 128:2
128:10,13
129:12 131:3
135:17 140:8
148:8 154:18
154:20 155:23
156:4,8,10
161:17 162:2
167:14,18
169:11,13
170:23,24
176:6 177:23
178:2,4,8,22
179:15 181:3,3
181:23,24
182:5 184:1,4
184:4,12,12
188:18,20,20
191:5,22 192:6
192:8,12,17
193:23 201:7,7
201:13,15

216:4,20,23
217:21 218:2,9
219:6,8,11,22
220:3,7,12,15
220:16,17,24
221:6 223:5,6
223:6 224:1
225:16,16
226:18,20
227:1,10,24
228:6,7 229:3
229:9,21 230:2
230:21 231:16
241:2 242:1
251:22 258:22
285:1,6
**faculty's**
225:15
**fading** 221:4
**fail** 212:4
**failed** 211:8
244:4
**failure** 219:6,9
**fair** 14:7 16:6
16:12 20:24
32:7 52:6
71:23 87:24
96:19 111:6
118:19 152:16
158:15 183:11
198:8 199:21
204:2 210:9,9
211:4 222:5
225:23 229:13

231:13 233:6
248:5 254:15
259:22 260:11
264:22 265:2
267:2 281:17
283:6
**fairness** 127:16
**fake** 42:11 43:2
43:4,23,24
44:9 107:7,11
107:20
**fall** 64:1 65:6
131:6
**falling** 228:10
**false** 235:10
275:6 276:11
**familiar** 16:24
41:18 255:8
**family** 209:19
242:6
**fans** 40:4
**far** 21:18 60:1
81:15 91:4
92:24 94:17
108:3 151:15
155:9,14
176:18 206:23
224:18 247:22
252:8 258:12
**fatal** 32:21
**father** 54:2,22
70:5 115:8
139:13 222:8

**faulkner**
115:20
**favor** 266:12
**favorable**
192:16
**fearless** 236:12
236:13,18
**fears** 33:16
**feedback** 24:9
168:1 170:22
170:24 171:1
**feeds** 33:16
**feel** 58:12 59:5
62:15 63:15
78:18 132:20
156:24,24
158:18 263:5
263:14 265:10
271:6
**feet** 21:13
**fellow** 201:7
281:24
**felony** 244:4
**felt** 156:19,21
158:24
**fewer** 21:18
**fiction** 284:5
**field** 16:10
**fifth** 29:19
149:12
**fifty** 144:8,9
**figure** 65:18
75:5 109:4
127:7 142:2

155:8,14
174:12,15
181:19 273:19
**figured** 98:6
**figures** 127:4
140:24 141:3
214:11 265:6
**figuring** 98:5
**file** 22:1 98:9
**filed** 87:20 98:8
272:7
**filing** 205:6,9
205:17,21
**final** 176:24
192:14
**finalists** 15:24
**finally** 13:14
**financially**
286:15 287:11
**find** 21:12
43:23 44:4,9
44:12 46:3,7
53:6 77:14
102:4 138:23
230:16
**findings** 227:6
**fine** 14:21 86:2
86:18,21
117:24 186:17
187:2,13 217:3
257:18 278:21
**finger** 158:2
**finish** 267:8

Case 3:25-cv-00528-KAC-JEM    Document 45    Filed 01/21/26    Page 312 of 363
PageID #: 891

**fire** 59:9 100:14
100:15,23
101:2,3,4,5
103:4 104:17
114:13 159:19
177:10,13,13
211:15 224:19
263:19 278:14
**fired** 71:21
72:7,13,17
100:11,12
101:7,7 131:3
142:14 151:19
152:10 225:7
**firing** 97:17
132:8,11
233:21
**first** 11:15
41:24 47:22,24
49:2 52:16
58:7 67:9
68:24 69:8
86:3,6,18,21
107:10,10
115:8 131:7,9
131:10,16
136:15 144:23
151:16 157:15
158:14 163:12
166:5,15,15
170:6 178:1
181:6 207:9
208:13 217:10
220:2 224:20

225:7 232:9,11
232:15,19
238:6,24 243:1
246:13 251:10
262:14 264:13
266:11 280:12
**firsthand**
173:15
**fitness** 181:24
182:4
**fitzgerald** 2:13
2:23 9:18,21
10:18,19 14:8
15:3 27:16,19
34:1 36:12
38:14,16 49:16
49:19 54:12
63:7 72:8
79:17,19 86:23
87:20 88:6
93:22 95:15
107:22 108:6
117:19,22
118:7,24 119:6
121:5,8 123:9
127:24 130:10
130:12,15,22
135:12 138:4,6
140:2 141:6,15
142:7 154:15
164:2,15 165:7
165:15 166:18
174:3 185:13
185:21 186:11

186:14,21
187:1,5,14
190:6,12
222:13,17
230:3 238:1
241:21 248:1,3
257:18 260:2
265:15 266:15
266:18 271:13
273:13 275:7
279:7 280:7,18
280:20 283:15
283:17 284:22
285:11
**five** 20:6 29:19
45:21 59:12
89:7 105:4
146:16 190:16
267:7
**flagged** 17:16
**flicked** 159:21
**floor** 20:16
**floyd** 242:6
279:13
**fly** 173:3 247:6
**focus** 54:16,19
213:5
**focused** 53:14
**foil** 32:23 33:2
33:11
**follow** 17:16
22:3 31:10
95:20 150:21
176:19 219:6

219:10 268:14
**followed** 47:3
176:15,20
**following**
183:24 188:17
191:23 233:22
**follows** 11:17
**footnotes**
210:15
**force** 28:23
**foregoing**
286:3,4 287:4
**foremost** 178:1
181:7
**forever** 38:10
106:11
**forget** 38:8
**forgiving**
132:15
**form** 72:8
79:19 95:15
107:22 108:6
135:12 140:2
141:15 164:2
164:15 166:18
185:21 230:3
238:1 241:21
265:15 280:8
**formal** 251:18
**former** 58:2
240:18
**forth** 39:15
47:13 64:24
174:22 192:9

Page 26

www.veritext.com
Veritext Legal Solutions
800-556-8974

Case 3:25-cv-00528-KAC-JEM    Document 45    Filed 01/21/26    Page 313 of 363
PageID #: 892

207:21
**forward** 46:22
  106:16 124:6
  219:7,10
  225:17
**forwarded**
  106:14 112:14
  117:22
**forwarding**
  116:22,23
  200:18
**foster** 76:3
**found** 48:15
  70:18,20 83:8
  110:2 181:3
  183:18 245:10
  261:24
**founded** 19:9
  145:17
**founder** 28:20
**four** 15:24
  20:13 29:18
  39:20,21 40:24
  41:4 52:24
  65:21 146:15
**fourth** 29:18
  40:3 149:12
  194:24
**fraction** 129:17
**framework**
  150:5
**frank** 3:10 7:5
  8:12 23:19
  154:21,22

236:11 237:14
**frankly** 132:10
  213:12 246:17
  263:2
**fraud** 274:6,19
**free** 35:11 64:8
  64:23 69:15
  136:10 149:11
  154:23 157:2
  168:22 179:17
  217:15 224:10
  224:18 225:16
  226:2 244:8
  254:24 255:3
**freedom** 85:5
  154:24 177:24
  178:2,6,8,10
  179:5 183:10
  183:19 226:22
**freely** 127:3
**friday** 21:18
**front** 129:18
  191:1 285:2,7
**frustrated**
  173:17
**frustrating**
  173:20
**frustration**
  58:12
**fuck** 54:9 66:3
  81:6
**fulfill** 193:19
  212:21

**full** 53:3,11,12
  53:17 68:15
  69:19 82:15
  110:12 151:16
  192:7,19 211:7
  251:14,17
**functions**
  259:19
**fundamental**
  74:14 227:22
**funding** 152:14
  281:6
**further** 65:15
  163:9 285:10
  286:13 287:9
**furthermore**
  165:19
**future** 32:24
  33:17 252:6

## g

**g** 9:1
**garcia** 125:4,7
  125:13
**gasoline** 263:18
**gay** 280:1
**gaza** 209:13,16
  243:23 280:1
**gazillion** 43:19
**geghamyan**
  67:17
**gender** 12:11
  12:16

**general** 10:19
  45:10,11 60:12
  63:8,10 85:11
  85:17,24 86:8
  86:20 89:20
  120:4 128:7
  131:20 134:6
  154:1 183:7
  185:10 186:6
  202:23 203:5,6
  210:17 221:13
  222:1 256:12
  282:4,17
**generalities**
  167:9
**generally** 13:10
  40:5 234:3
**genocide** 53:4
  53:17 68:16
  69:20 209:13
  209:16
**george** 242:5
  279:13
**getting** 56:18
  98:24 109:14
  150:20 153:14
  173:16,17
  174:6 203:8
  248:4 283:17
  283:21
**give** 47:17
  56:16 85:20
  87:19 105:16
  149:2 153:2

www.veritext.com
Veritext Legal Solutions
800-556-8974

154:13 173:1
203:3 278:3,3
278:5,8 284:3
**given** 12:4
21:21 71:17,19
131:15 154:24
176:6 218:20
279:21
**gives** 183:12
**giving** 18:21
24:7,21 115:3
115:5 177:4
**glad** 54:1 69:20
142:11 245:22
**glasses** 15:1
**glen** 56:24
58:14 60:18
**glenn** 132:14
133:20
**gmail** 37:14
**gmail.com.**
37:16
**go** 16:22 36:6
38:12 47:13
56:13 59:19
74:24 79:24
86:4 88:11
99:13,21,21
102:16 106:10
107:4 118:12
130:12 147:7
148:5 149:10
151:15 169:12
173:5 177:22

215:17 217:4
218:20 233:8
240:9 247:24
256:18 275:11
275:15,24
276:18 278:11
280:1 281:14
283:3,13,15
284:8
**goes** 103:8
126:21 127:9
148:19 152:13
191:6 194:4,8
212:3 219:21
220:11 227:24
247:2
**going** 10:17
14:19,23 15:1
15:3 21:3 24:2
30:3,4 37:10
38:7 47:17,23
48:1,11,11
50:16,23 51:9
51:11,13 64:3
71:5 73:3
76:20 81:10
84:14 85:20
88:18,19 94:22
96:21 97:20
98:5 99:13,24
104:10 106:11
108:10 109:5,7
109:8 119:19
130:24 133:3,7

149:4 150:10
150:19 151:4,8
154:4 155:10
158:4 159:14
164:14 171:7
173:17 179:4
184:21 185:15
186:14 197:1
203:2 206:9
208:5,9 213:4
225:17 231:4
233:10 236:6
237:16 247:19
259:9 263:20
266:22 271:14
272:15 275:3
275:11,14,15
277:3,5,7
278:10 283:3
283:20
**golf** 36:18,19
**good** 9:2 11:22
11:23,24 12:1
29:24 86:3
102:11 139:1
173:21 217:10
244:24 257:12
275:4
**google** 225:5
**gotten** 223:19
**governing**
177:24 183:19
**government**
25:18 175:19

197:19 224:23
256:7 266:12
**governor** 28:24
29:8 203:9
204:14,15
**governor's**
203:6
**grab** 15:1
**graduate** 46:13
163:15
**grand** 12:23
**grandparents**
39:24
**grateful** 23:13
**gratitude**
121:21 122:19
**grave** 176:5
**great** 12:24
66:23 196:21
221:11 259:24
**greater** 80:13
255:3
**greetings** 132:9
**gregory** 113:4
113:5,7
**grew** 53:7
**grills** 5:7 116:2
116:2,12
**gross** 182:9
188:10 189:22
194:3
**grounds** 176:12
218:23

Case 3:25-cv-00528-KAC-JEM   Document 45   Filed 01/21/26   Page 315 of 363
PageID #: 894

**group** 25:11,13
35:2 55:16
133:19,24
157:11 167:22
195:18 196:6
196:10 236:13
238:12,17,18
240:14 256:16
**groups** 36:5,23
37:1 149:23
150:7 214:6
**grown** 172:17
234:21
**growth** 172:19
**guarantees**
178:5
**guards** 159:14
**guess** 12:3
17:13 28:17
32:6 36:8 50:4
53:7 68:1
113:17,23
117:6 124:24
125:12,20
170:2 185:5
196:24 197:4
204:1 217:9
218:19 225:4
233:18 241:19
**guest** 238:17
**guidance**
182:19
**guideline** 173:4
221:17

**guidelines**
219:6,10
221:14 231:1
**guiding** 245:19
**gun** 129:21
**gunman** 149:17
**guy** 29:24
113:10 114:11
259:24

**h**

**h** 3:5 4:1 5:1
6:1 7:1 8:1
**habit** 37:21
**hadley** 5:4
114:24 115:1,3
**halt** 269:19
**hand** 11:12
14:23 16:20
42:7 51:12
88:18 94:22
130:24 195:23
200:11 205:2
215:15 248:4
272:9
**handbook**
60:10 193:4
217:22 218:2
219:7 220:17
223:6 225:16
225:21 284:15
284:19 285:2,6
**handbooks**
85:6

**handed** 25:9
26:5 32:16
34:24 41:19
111:10 115:19
121:7 123:19
154:9 236:10
242:14
**handing** 91:22
148:1 154:10
**handle** 164:13
176:9
**handled** 62:16
**handling** 89:21
161:1
**handsome**
129:18
**happen** 93:6
108:11 150:10
150:19 151:4
183:22 214:20
264:19,24
265:1,3
**happened** 23:3
23:12 31:3
49:3 55:17
57:13 59:1
62:5,9 65:12
75:6 83:21
100:18 101:23
110:5 151:23
162:17 193:18
215:10 235:9
238:13,14
245:14 264:14

264:20
**happening** 51:2
51:3 237:12
255:2
**happenings**
28:15
**happens** 62:4
193:18 213:2
**happily** 13:8
**happy** 189:24
207:23 247:23
273:16
**harassment**
228:9 229:5,21
**hard** 39:7
198:24
**harder** 199:4
**hardworking**
129:16
**hargrove** 255:9
255:9
**harm** 187:22
188:1,3,7
189:2 250:21
258:3
**harmed** 250:19
250:23 253:13
**hasmik** 67:17
**hate** 53:4,12,13
68:16 69:20
82:15 152:20
158:19 213:10
**hateful** 146:19
146:21,24

Page 29

www.veritext.com    Veritext Legal Solutions    800-556-8974
Case 3:25-cv-00528-KAC-JEM    Document 45    Filed 01/21/26    Page 316 of 363
PageID #: 895

147:1,2 271:3
**hatred** 122:22
**hats** 236:20
**havoc** 66:23
**he'll** 17:21
**head** 48:16,17
99:21 208:6
**head's** 218:9
**headline** 28:19
234:11
**headlines**
204:18 234:9
**heads** 47:17,21
51:4 88:1
**hear** 20:17
214:22 258:24
281:4
**heard** 57:11,22
97:22 98:13
113:18 123:4
189:9 204:3,23
206:11 240:13
240:17 258:22
270:12
**hearing** 11:10
192:11,15
240:13
**heart** 29:20
101:14
**heartless**
207:20
**heavily** 197:21
**heckler's**
270:13,14

**heckling** 20:17
20:23 23:10
**heightened**
102:6
**held** 78:16
221:5
**hell** 145:1,24
**help** 14:10
19:19 24:16
48:2 51:10
206:20 208:5
229:8 282:24
**helped** 48:3
203:19 229:8
**helpful** 169:24
170:3
**helping** 24:13
40:17
**helps** 108:17
**hereto** 286:15
287:11
**hernan** 222:4
**hey** 13:5 86:5
166:5 280:1
**hi** 20:11
**hide** 230:11
**high** 204:5
**higher** 3:18,20
4:6 6:20 7:16
8:3 28:10,13
28:15 32:16,22
33:1,10,13,16
88:20,21
144:18 194:23

199:2,6,8,15
205:23 206:7
224:17 225:3
234:15
**highly** 126:18
**hijacked** 99:16
**hill** 1:19 2:15
**hillsboro** 2:5
**hire** 211:11,16
**hired** 97:23
245:7,9
**history** 62:6
**hit** 95:12
**hitherto** 246:3
**hoc** 192:11,15
**hold** 197:1
**holding** 4:5
21:16,19 42:8
42:10 43:4,22
50:10 228:17
**holds** 240:22
**homophobia**
152:20
**honest** 19:17
55:14 104:20
266:24
**honor** 35:9
76:5 236:3
**honored**
235:12
**hope** 4:5 14:17
20:11 42:10
43:4,22 116:14

**hopefully** 89:5
**hoping** 14:14
**horrible** 67:8,9
109:22
**horrific** 30:4
77:8 78:6 81:1
81:3
**hosted** 278:13
**hosting** 71:3
**hosts** 131:22
**hound** 129:16
**hour** 63:23
**hours** 14:13,14
248:8 279:8,9
**house** 5:6 92:3
116:4 199:10
**housed** 25:22
**housekeeping**
198:6
**howard** 153:22
**howell** 5:18,21
121:13,24
122:2
**hss** 20:13
**huge** 104:15
109:8 196:11
236:2 254:14
276:2
**hughes** 25:1
**huh** 13:11 19:2
35:12 37:18
39:4 40:22
50:20 52:5
73:22 100:17

Page 30

105:3 111:3,7
121:1 149:13
175:2 183:1
189:16 195:5
206:4 209:3,14
209:24 218:15
223:14 234:23
245:13 246:16
247:1 248:22
268:22
**human** 83:20
140:10 155:21
182:8
**hundred** 20:6
156:3 167:20
**hundreds**
156:3 278:10
278:11,11
**hung** 129:23
**hurry** 220:12
257:16
**hurt** 23:13
58:11 77:11
**husband** 135:3
135:8 222:8
233:16,17
**hussein** 140:18
**hypocrite**
133:22
**hypothetical**
72:9 95:16
96:8 105:9
135:13,14
141:16

**i**

**iac** 202:21
**icloud.com**
6:14
**idea** 59:23 81:7
133:16 139:1
145:4 149:20
154:3 174:8,8
197:9 241:7
**ideas** 64:22,23
64:24 65:9,14
69:9,15 80:12
83:19 84:5,17
226:4,7 234:21
260:13
**identification**
16:19 23:17
25:7 26:3 27:2
28:8 29:13
31:21 32:13
33:8 34:17
35:24 51:8
91:20 94:2
96:24 106:8
108:16 110:20
111:21 112:24
114:20 115:17
116:18 117:11
118:15,23
119:21 121:4
121:15 123:17
126:2 128:21
130:9 132:5

133:6,10
135:24 142:24
143:5 144:7
148:24 149:6
154:7,12 160:2
170:11 172:9
175:17 194:19
195:10 197:16
199:24 202:16
205:15 206:3
215:14 233:13
236:8 239:11
239:16 243:13
244:17,23
**identify** 10:16
249:24 254:10
**ideology**
149:20 271:5
**igga** 255:17
**ignore** 185:3,12
**ignored** 82:2
185:5,7
**iii** 3:8
**illegal** 236:22
**image** 146:16
264:10
**imagine** 42:18
48:6 117:15
223:18 225:22
231:12 239:1
**immediate**
97:24
**immediately**
101:9

**immense**
127:11
**immigrants**
262:23
**immoral** 65:2
**impact** 257:21
257:22
**impartial** 80:19
**implementing**
181:1
**implies** 137:6,9
**importance**
273:19
**important**
53:22 54:10
183:5 190:4
216:22 217:1
223:19 226:6
227:23 237:15
**imposed** 244:2
**inadvertently**
198:1
**inappropriate**
116:14 140:8
**inbox** 108:19
108:20 171:3
**incendiary**
102:6 103:16
105:10
**incident** 57:16
167:23
**incite** 105:7
212:7

www.veritext.com          Veritext Legal Solutions          800-556-8974

include   218:8
    227:14
included   20:10
    60:8 198:1
    205:7 283:11
    284:11
includes   113:3
    183:12 188:11
including   10:21
    20:17 85:9
    91:23 111:4,5
    112:6 122:3
    176:15 182:17
    182:21 212:5
    224:2,6 246:2
incoherent
    129:5 201:22
inconsistent
    231:6,18 232:1
    232:2
incorrect   208:1
incredible
    207:14
indecent   65:2
independently
    220:19,21
    223:24
indifference
    129:20
individual
    55:13 72:20
    75:18 76:1
    83:16 125:4
    143:23

individual's
    157:2
individuals
    31:14 83:13
    90:2 125:22
    213:11 246:23
ineloquent
    207:20
inevitably
    150:9,19 151:4
inferring   93:4
inflict   129:11
inflicting   202:3
influence   97:11
    127:11
influencer
    113:16 148:17
inform   125:8
informal   192:2
information
    246:24 273:6
    274:9,22 275:9
    276:8 277:8
informed
    193:10 254:22
    277:11
informs   112:6
initial   52:14,16
    52:21,23 54:24
    66:14 68:5,8
    68:13,24 69:14
    71:22 82:11
    248:20 272:1

initially   53:10
    65:16
initials   195:20
initiate   99:22
    155:1 193:22
    284:15,20
initiated   71:20
    176:13
inquiring   18:23
inside   3:20 4:6
    28:10,13 33:13
    88:21 136:16
insight   18:24
instagram
    39:22
instance   85:20
    85:21 86:1
    131:17 238:10
    274:17 275:17
    278:12 283:2
    283:24
instances   212:8
instilled   169:8
institute   80:4
    122:5 153:20
    203:10,20
    281:5
institution   86:3
    101:16 127:2
    194:6 207:13
institutional
    73:13 76:6,10
    83:7,10 84:16
    85:3 229:20

institutionally
    83:1,3,5
institutions
    224:14,15
instruct   251:1
instructed   8:22
instructing
    186:18 187:3
instruction
    256:20
instructor
    102:8,10
    129:16,24
    158:6 259:16
instructors
    74:6,12
insufficient
    285:4
intended   10:8
    56:3 83:11
    85:4 125:9
intent   70:8,12
interacting
    138:12
interaction
    74:8 157:22
    203:22
interactions
    158:1
interchangea...
    39:2
interest   114:14
    273:20

**interested**
127:14 286:15
287:12
**interesting**
185:18 244:21
**interim** 47:19
**international**
262:23
**internet** 236:18
**interpret** 26:16
31:8,10 189:3
189:18 227:5
232:13
**interpretation**
26:13 182:10
189:15 245:20
246:22 247:5
**interpretations**
246:4
**interpreted**
77:1 85:1
224:22
**interpretive**
246:8
**interrupt** 75:1
122:9 196:16
**interview**
251:20,22
**interviewed**
16:1
**intimidated**
263:6 265:10
**intimidating**
262:1

**intolerant**
33:20
**introduces**
256:21
**investigate**
149:23 251:15
**investigated**
110:7,11
**investigation**
60:1,8 110:13
251:14,18
278:18
**invitation**
207:4 226:16
**invite** 194:10
**invited** 138:24
143:14 239:4
261:16
**invoke** 184:5
187:17 188:21
**invoking**
218:11,22
**involve** 177:7
247:14
**involved** 17:22
23:4 50:5
123:2 157:12
157:20 159:7
203:11 258:11
259:1
**involvement**
263:24
**involving** 38:20
187:21 188:7

189:1 263:24
**ire** 127:15
**irrelevant**
66:12,14 82:20
136:13 165:22
**irrespective**
219:4
**irresponsible**
109:21
**israel** 243:23
**issue** 13:15
22:17 30:22,24
70:6 76:18
80:5 84:20
86:16 124:11
132:13 136:21
159:18 163:24
164:10 165:2
166:6,17
241:11 244:2
269:10
**issues** 28:2,3,5
28:15 76:13
86:6 89:19
90:5 165:14
**issuing** 64:10

**j**

**j** 4:15,19
**james** 113:4,5,7
**january** 1:16
9:15 274:1,2
**japan** 39:18

**jason** 211:20
**jd** 150:10
**jeering** 168:6
**jeffrey** 140:19
**jem** 1:8
**jeopardized**
66:24
**jeopardizes**
78:20,22
**jesus** 53:5
68:17 125:4
**jews** 280:5
**jim** 90:10
**job** 1:22 12:12
13:13 16:1
58:5 77:21
94:5 104:14
117:2 198:22
212:18,20,22
212:24 213:1
283:13 284:8
**jobs** 151:19
**john** 18:12,20
42:1,2,12,14
48:8 111:10
124:2
**johnny** 54:2,4
54:11,21
**johnny's** 54:2
54:22
**joni** 1:21 9:3
286:2,17
**josh** 25:20

www.veritext.com Veritext Legal Solutions 800-556-8974
Case 3:25-cv-00528-KAC-JEM Document 45 Filed 01/21/26 Page 320 of 363 PageID #: 899

| | | | |
|---|---|---|---|
| **journal** 244:24 | 35:4 37:3 39:1 | 149:18 152:15 | **klan** 238:10 |
| **journals** 227:5 | 47:12 49:13 | 152:20 164:10 | **klux** 238:10 |
| **judge** 91:9 | 51:10 117:13 | 175:15 179:20 | **knew** 19:5,6,9 |
| **judge's** 254:19 | 119:23 140:9 | 180:4 206:12 | 19:11 48:10,11 |
| **judgment** | 159:3 167:5 | 209:2,23 210:8 | 67:16 97:22 |
| 102:11,14,15 | 182:8 198:6,8 | 210:13,19 | 99:16 110:6 |
| 102:18 176:5 | 201:11,12 | 223:10 233:22 | 133:15 158:14 |
| 182:7 214:15 | 208:12 218:16 | 234:22 235:13 | 261:21,24 |
| **july** 15:15 | 224:6 234:16 | 236:2 259:22 | **know** 12:2,3 |
| **justice** 143:21 | 240:14 242:11 | 259:24 260:14 | 13:17 14:16 |
| **justified** 137:7 | 246:11 247:2 | 261:4,14 | 15:23 16:2,4,5 |
| **justify** 139:18 | 258:11,23 | 264:11 265:13 | 16:11 18:9 |
| **k** | 276:19 283:20 | 271:23 272:23 | 19:4,5,12 20:3 |
| | **kinds** 75:6 | 273:18 274:3 | 20:22 22:3,5,6 |
| **k** 70:5 221:18 | **king** 210:2 | 275:18 276:1 | 22:12 25:12,17 |
| **kac** 1:8 | **kirk** 18:23 19:4 | 278:12 279:24 | 25:20 26:18,19 |
| **kamryn** 6:11 | 19:8,18 26:11 | **kirk's** 52:24 | 27:5 28:4,5 |
| 133:12,13,15 | 28:1,3,20,22 | 53:11,17 65:21 | 29:9,9 30:6 |
| **keep** 14:4 18:5 | 29:21 32:20 | 67:24 129:15 | 31:6,7,11,16 |
| 105:8 186:11 | 33:10,16,22 | 129:19 131:4 | 32:6 33:4,5,9 |
| **keeping** 104:14 | 34:4 35:6 | 144:24 145:14 | 33:12,23 34:9 |
| **key** 28:1,3 | 54:21 65:17 | 150:5,10,17,24 | 37:9,9 39:7 |
| **kids** 54:4,6,7 | 81:9,24 82:2 | 151:1,18,21 | 43:7,11,20 |
| 66:1 70:4 | 82:11,14 83:3 | 175:20 195:2 | 44:1,8,10,14,15 |
| 214:14 235:10 | 83:4 89:8,12 | 198:14 201:24 | 45:18,20,24 |
| 261:4 | 91:1 95:11,21 | 208:10 210:2,3 | 46:6,8,9,11,14 |
| **kill** 280:4 | 121:20 122:17 | 210:3 235:10 | 46:17,17 47:1 |
| **killed** 28:20 | 127:6 129:7 | 263:6 276:22 | 47:2,3,5,6,7,18 |
| 54:2,11 95:22 | 136:11,20,23 | 277:16 | 48:10,12 49:15 |
| **killing** 33:16 | 137:5,15,21,24 | **kkk** 73:6 74:21 | 51:1,4 54:15 |
| 150:5 175:15 | 139:4,6,15 | 75:17 102:22 | 57:9,24 59:17 |
| 198:14,20 | 141:12,21 | 103:3,16 104:5 | 61:15,16,22 |
| **kind** 13:22 18:8 | 142:9 145:15 | 266:7 | 62:5,7 64:14 |
| 19:16 24:12 | 148:10,19 | | 67:12,23 68:7 |

www.veritext.com        Veritext Legal Solutions        800-556-8974

| | | | |
|---|---|---|---|
| 70:12,21,23 | 157:9,9,11,14 | 235:15,18 | 284:5,7 285:4 |
| 71:1,2,4,4,7 | 157:16,17,18 | 238:13,14 | 286:10 287:6 |
| 72:1,1 78:1,7 | 160:13 161:3 | 239:2,4 240:11 | **knows** 81:11 |
| 79:5,6,7,8 81:2 | 161:16 162:6 | 242:8 245:5 | 127:10 232:6 |
| 86:2,18 90:6 | 162:13,16,20 | 249:12,15,16 | 235:24 |
| 91:4,5,6,7 92:7 | 162:22,23 | 252:13,14,16 | **knox** 56:22 |
| 92:7,9 93:4,9 | 164:14 166:21 | 252:23 253:6 | **knoxville** 1:3,9 |
| 93:13,15,15 | 166:21 167:2,5 | 253:15,23,23 | 1:20 2:11,16 |
| 94:14,17,18,18 | 167:6,6 169:20 | 254:2,2,6,15,19 | 9:14,16,24 |
| 95:19 96:6,9 | 170:4,5,7 | 258:1 259:1,5 | 11:8 36:5 |
| 96:10,10,18 | 171:6 173:15 | 260:20 263:16 | 75:11 127:10 |
| 98:19 100:20 | 173:24 177:12 | 263:20 264:24 | 148:7 170:2 |
| 100:24 104:1 | 191:16 193:13 | 265:18 266:8 | 198:23 211:21 |
| 105:19 106:11 | 195:19 196:4 | 267:14,17,17 | 213:3 215:21 |
| 107:3 108:3,5 | 196:10,24 | 267:18,24 | 271:18 |
| 110:22 111:24 | 197:2,10 199:7 | 268:4,6,6,7 | **kns** 169:24 |
| 113:5,11,19,21 | 199:12 200:9 | 269:4,6,6,8,9 | 170:2 |
| 113:22,24,24 | 201:17 202:10 | 271:15,16 | **korn** 235:15,18 |
| 114:1 115:11 | 202:12 203:10 | 273:10 274:7 | **ku** 238:10 |
| 116:5,10 117:6 | 203:15 204:2 | 275:3,5 276:4 | **kyle** 115:20 |
| 120:11,15,15 | 204:10,17,17 | 278:4,16 279:6 | 210:4 |
| 122:12 123:5 | 205:12,20 | 279:24 281:8 | |
| 125:1,2,15,17 | 210:16,16 | 282:9,11,19 | **l** |
| 125:21 127:21 | 211:14,15,18 | 283:14 285:2 | |
| 128:6,23 129:7 | 211:19 212:1,2 | **knowledge** | **label** 150:1 |
| 131:12 133:12 | 213:16,16 | 30:14 44:11 | **labor** 196:7 |
| 133:23 135:10 | 215:5 216:14 | 57:10 74:1 | **lack** 102:19 |
| 138:4,5 140:7 | 216:18,21,21 | 100:18 127:16 | 230:1,8 273:6 |
| 141:22 142:4 | 223:3 225:3 | 131:24 178:8,9 | 274:24 276:7 |
| 142:15,16,18 | 227:20 229:6 | 179:23,23 | 277:8 284:7 |
| 145:8,18 146:1 | 229:11,17,23 | 211:23 253:18 | **lacked** 284:5 |
| 151:7,7 153:8 | 230:23 231:14 | 273:6 274:22 | **lacks** 274:21 |
| 153:10,11,13 | 231:15,16 | 274:24 276:7 | **laden** 139:24 |
| 153:14,24 | 232:3,5,6,8 | 278:17 279:18 | 140:1,18 |

laid 80:17
179:13 193:4
language 54:17
140:9 225:11
273:24
large 263:2
largely 18:5
44:19
largest 279:15
279:17
late 247:24
latest 148:7
law 58:17 60:7
60:10 62:23
63:3 79:5,15
86:10 87:12
217:7 232:17
242:21 244:5
lawn 20:6
laws 10:10
lawsuit 98:8,9
98:11,17 99:4
99:16 177:9
184:23 258:6
282:22
lawyer 63:12
63:14,18 64:4
79:7,18 86:2
86:14 97:23
173:23 174:1
lawyer's
283:21
lawyers 44:2
44:20 45:8

46:1 48:3
62:22 63:1,4,5
64:2 86:12,17
87:9,14 222:2
276:13 282:3
282:16,24
283:6
layton 117:4,4
117:7
lead 14:1,2
105:6 159:4
244:10 247:23
leaders 212:6
leadership
24:24 47:11
49:14 60:12
73:14 129:5
136:5 201:10
leading 14:4
248:8
leaning 145:22
149:23
learn 84:20
113:13,20
learned 131:2
173:2,6,9,13
248:20
learning
203:22 256:20
leave 14:17,20
81:18 97:7,16
101:8,11 176:4
244:6 251:13
267:2,16

lecture 140:12
led 150:1
234:21 250:20
279:14,17
lee 204:14,15
left 12:11 34:7
145:22 149:23
150:1 280:3
leftist 33:20
149:20
leftists 206:13
legacy 35:9
legal 2:4 79:20
79:21 86:16
131:10 203:6
229:19 266:16
272:16
legislative
123:4
legislature
92:14 93:6
197:21 211:9
211:21
letter 4:10 5:6
7:14 8:7,15
47:17,22,23,24
48:2,13,16
49:21 50:4
97:2,5,12,19,19
98:16,17
111:10 115:23
116:1 119:9,10
119:14 175:24
176:1,2,3,12

194:2 198:2
207:8 208:3,16
222:10,11
242:14,15
253:11 256:4,6
280:11
letters 57:21
64:16 203:13
203:14
letting 24:11
238:3 283:15
level 46:16
229:7
levity 194:16
lgbtq 136:12
210:4 262:21
liability 64:4
liberal 65:3
150:7 234:20
278:14
lies 66:12
life 23:20 24:14
25:3 83:21
107:21 140:10
155:21 174:9
209:19 222:7
likely 246:9
likewise 85:3
limit 83:11,15
85:4
limitations
182:22
limited 89:24
246:23

Case 3:25-cv-00528-KAC-JEM    Document 45    Filed 01/21/26    Page 323 of 363
PageID #: 902

limits  224:11
  261:6
line  8:23 29:19
  117:14 161:17
  221:1 231:4
  276:18,18
lined  147:14
lines  39:8 41:10
  41:23
linguist  251:7
linked  40:1
links  217:7
list  144:24
  145:11,13,14
  145:19,20
  146:3,4,10
  183:12 225:12
listed  46:12
listen  84:19
listened  168:12
listserv  201:9
litigation  2:22
  269:10
little  13:23 14:2
  51:10,11 53:7
  60:6 87:19
  98:9 99:15
  118:19 120:1
  176:2 190:24
  217:4 247:23
  267:21
live  139:13
  181:21

lively  168:3
lives  143:9
  145:1,24
living  54:7 66:1
  70:4 145:1,24
local  20:2
  29:17,17
located  153:22
location  1:18
long  15:14
  20:14 24:2
  36:15 75:17
  97:21,22
  191:18 198:19
  208:21 279:5
  284:10
longer  151:15
look  19:20
  22:10,13,21,24
  38:12 51:23
  53:12,16,19
  55:11 56:16
  60:3,5 64:10
  64:13 73:9
  82:14 104:23
  106:12 109:12
  139:4 145:9
  149:16 162:7
  175:18 207:15
  247:13 257:6
  281:14 283:13
  284:8
looked  23:11
  23:12 48:7,12

  64:12,15,17
  82:10 103:10
  119:14 139:5
  216:3,11
  226:10 242:17
  264:11
looking  66:6
  67:7,11 152:4
  237:11
looks  113:8
  114:24 194:22
  200:19 207:16
lori  18:17
lose  158:23,23
losing  174:11
loss  35:8 212:4
  280:24
lost  99:5
  192:20
lot  12:22 16:14
  17:10 19:5,22
  20:7 43:1,1
  44:6 52:2 57:7
  58:18 59:2
  60:16 72:3
  93:5 103:10,10
  110:11 113:22
  157:12 167:21
  172:17 196:8
  199:4 244:20
  246:11 247:11
  247:13,14
  254:4 255:24
  275:12,14

  281:13
lots  22:19 28:4
  109:14 168:6
  241:11 246:18
loud  20:15
love  122:22
  143:20,22,23
lunch  88:5
  143:15
luther  210:2
lyon's  36:10,12

m

m  5:8,10,16
  7:11 170:17
ma'am  24:6,21
  56:21 63:5
  67:20 71:9
  84:9 103:22
  122:9 137:8,20
  277:18
made  49:8
  53:15 54:3
  55:12,21 56:23
  57:2 59:7
  62:16 83:2
  85:1 87:4,9
  106:23 107:2
  108:8 110:7
  128:8 134:21
  144:24 148:13
  148:18 158:20
  159:9 168:24
  174:12 182:7

www.veritext.com          Veritext Legal Solutions          800-556-8974

190:12 191:13
191:14,18
192:21 205:4,7
207:19 208:8
222:11,20
249:6,7,9,13,17
257:9 263:14
267:14 268:19
268:19 269:15
274:13 282:2
**maga** 236:20
**main** 45:2 66:7
**maintaining**
64:21 129:19
**major** 163:6,7
202:20 203:12
203:13 207:12
207:13 208:12
258:22
**majoring** 163:3
**majority** 92:22
**majors** 153:21
163:8,12 164:9
**make** 15:5
19:16 51:14
59:20 75:21,24
78:24 86:10,11
102:16 103:19
103:21 106:3
110:12 119:16
127:19 128:3,9
128:13 139:7
141:11 145:23
149:2 162:7

166:3 169:10
172:2 174:7
214:23 222:12
222:21,24
246:9 248:6,24
249:3,18
254:17 265:9
271:6 272:15
278:7 280:22
**maker** 100:5,10
169:9 177:1,7
**makes** 13:13
18:5 68:10
**making** 30:2
76:7 77:13
102:15,19
107:14 127:22
174:17 190:10
240:19 254:21
**male** 20:18,24
**management**
172:12,14
**manager**
173:14
**managers**
245:19 246:2,7
**manifestation**
219:19
**manner** 10:11
13:20 21:11
95:12 178:11
178:12,20
179:6,11 244:3

**march** 17:7
19:3 23:22
278:12
**marianne's**
153:5
**mark** 16:16
110:17 149:11
236:6
**marked** 16:18
23:16 25:5,6
26:2,24 27:1
28:7 29:12
31:20 32:12
33:7 34:16
35:23 51:7
91:19 94:1,21
96:23 106:7
108:15 110:19
111:18,20
112:23 114:19
115:16 116:17
117:10 118:14
118:22 119:20
121:3,11,14
123:14,16
126:1 128:20
130:8 132:4
133:5,9 135:23
142:23 143:4
144:6 148:23
149:5 154:6,11
160:1 170:10
172:8 175:16
194:18 195:9

197:15 199:23
202:15 205:14
206:2 215:13
233:12 236:7
239:10,15
243:12 244:16
244:22
**marketing**
112:4,19
**marketplace**
64:21 65:9
84:17
**married** 134:24
**marrying** 54:9
66:3
**marsha** 35:1,5
**marshall** 35:5
**marshman**
24:22
**martin** 210:2
**martyr** 26:11
26:17,21
**mass** 141:12,21
142:10
**master's**
125:10
**masters** 163:11
**match** 274:8
**materially** 80:5
**materials** 257:4
**matter** 9:10
30:10 38:1
49:4 54:24
55:3,4,14

Page 38

www.veritext.com
Veritext Legal Solutions
800-556-8974
Case 3:25-cv-00528-KAC-JEM   Document 45   Filed 01/21/26   Page 325 of 363
PageID #: 904

70:14 79:2
84:7 109:2,22
134:2 139:16
140:13,15,16
140:17,18,19
140:20 141:5,9
163:5 176:9
220:18 223:8
223:12,20
238:2 245:15
272:2,5
**mattered** 223:1
**matters** 55:6
70:14 79:5,8
79:11 84:7
105:24 223:7
273:20
**matthew** 3:8
7:18,20 17:3
17:24 18:20
44:21 45:6,7
48:6 123:20
162:13,14
197:4,5 200:4
**matthews**
200:17
**mccauley** 4:13
4:23 5:3
108:14 113:2
114:22 116:21
119:24 170:13
200:21
**mean** 17:19
20:4,22,23

22:13,24 24:20
26:12,17 31:8
33:2 39:13
41:9 42:17
46:15 50:12
55:19 57:7
66:6 68:13
75:1 77:1 78:2
81:6 85:16
86:13 93:14
98:3,10 100:24
102:2 109:6
125:12 131:14
134:7,7,8
140:3 146:6,9
146:19 162:22
163:17 167:9
174:6,19 189:4
195:15 205:17
210:24 211:3
213:22 217:9
223:12 231:10
238:22 241:12
241:19 249:21
253:8 258:15
258:21 265:2
265:16 269:14
278:1,1,10
280:22 282:7,8
283:19
**meaning** 32:19
150:17 209:17
**means** 10:12
17:20,23 26:14

52:10 76:11
87:17 102:4
172:19 242:8
258:1 282:10
282:11,12
**meant** 31:12
33:4,5 143:20
163:8,13
172:11 241:14
250:14 256:11
**measures**
253:21,24
254:7
**media** 31:2
39:14,21 40:24
41:3 43:12,13
43:15 53:15
55:16 68:21
108:18 126:20
134:3,9 135:19
137:13 139:15
143:10 148:8
148:16,18
155:3 158:4
176:5 181:20
198:1 221:2,7
221:15 224:5,7
227:16 230:22
231:2 238:23
239:7 249:9,15
250:3 259:2
**meet** 24:12
218:21

**meeting** 44:2
44:21 45:8
167:18 169:11
170:5 241:2
242:1 267:19
**meetings**
131:21
**melanie** 57:24
**melissa** 4:21
111:23
**member** 12:15
36:4 37:2
53:15 54:17,18
55:7,9,13
56:23 68:21
70:7 100:12
103:15 111:14
131:3 154:18
155:23 156:11
176:6 178:2,4
178:8,22
179:16 181:3,5
181:7,10,11,23
181:24 182:5
184:1 188:18
191:5,22 192:6
192:12,16,17
201:7 219:8,11
220:7 221:6
228:8 229:4
231:16
**member's**
154:20 220:3
230:21

Case 3:25-cv-00528-KAC-JEM Document 45 Filed 01/21/26 Page 326 of 363 PageID #: 905

| | | | |
|---|---|---|---|
| **members** 20:13 22:16 58:9 61:4 65:1 72:5 72:18 85:4 100:16 127:18 128:2,13 140:8 148:8 156:4,8 192:8 220:17 220:24 221:9 221:23,24 223:6 224:1 227:10 **membership** 178:3 **memo** 216:14 **memorandum** 215:21 216:5,7 **memorial** 284:3 **mental** 208:14 208:18 **mention** 181:18 **mentioned** 143:22 215:4 222:3 241:3 **mesa** 8:16 **message** 40:7 42:22 53:3,3 68:15 122:21 133:21 134:11 134:12 135:2 143:20 160:4 195:12 240:5 | **messages** 8:13 40:7,9,14,18 41:22 42:7,16 42:23 53:11,12 68:15 69:19 82:15 84:4 118:8 160:19 **messaging** 39:14 41:9 **met** 228:15,22 **method** 192:12 199:16 **michael** 2:13 **microphone** 196:17 **middle** 8:15 22:20 184:22 242:18 245:19 246:2,7 **midst** 113:15 **midterms** 21:22 **mike** 2:22 10:18 14:7 235:15,18 268:1 **mike's** 267:23 **mike.fitzgerald** 2:17 **million** 89:3 281:6 **millions** 279:14 **mind** 90:16 159:16 | **mine** 245:6 265:1 **minimized** 155:21 **minors** 153:21 **minute** 56:16 88:4 190:15 **minutes** 130:13 169:21 190:17 216:4 267:7 **mirror** 225:10 **mirrors** 225:11 **mischaracteri...** 150:17 151:1 **misconduct** 176:7 181:23 182:9,16,18 184:1 187:21 188:7,10,17 189:1,22 191:5 194:3 **misogyny** 152:20 **misread** 241:9 **missio** 74:22 **mission** 56:5 62:19 70:10 73:23 74:5,17 76:3,14,17 77:18 78:19 80:6,9,10,13 101:14 212:21 213:6 257:20 257:22 | **mistake** 276:2 **mistakes** 246:9 **model** 194:7 246:6 **modeling** 74:7 **models** 74:13 **modern** 28:23 **modify** 221:14 **modus** 211:12 **mold** 129:15 **moment** 62:6 75:6 84:14 103:12 104:8 104:23 105:6 108:20,22 187:8 **monday** 45:24 64:14 88:23 116:20 124:7 128:24 133:18 148:6 236:12 237:8 253:11 **money** 70:17 92:12 102:22 103:3 **monitor** 40:11 109:9 **monitoring** 109:10 160:18 **monitors** 108:18 171:2 **month** 89:18 **months** 105:4 |

| | | | |
|---|---|---|---|
| **moore** 5:22 123:20,24 | 139:18,22 148:9 150:8,16 | **nashville** 2:6 25:22 247:21 | 194:22 199:7 221:14,17,19 |
| **moral** 76:7 77:4,8,13,15,22 78:13 143:12 | 151:1 155:9,15 155:22 206:14 223:10 250:16 | **nation** 89:11 104:8 198:15 | 221:20 227:15 230:13 233:8 255:3 275:11 |
| **morning** 9:2 11:22,23,23 45:24 64:13,14 | **murdered** 75:5 95:9 264:11 | **nation's** 32:24 **national** 136:6 236:19 | 275:12 **needs** 14:16 **negative** |
| **motivated** 143:11 | **murderer** 141:12,21 142:10 | **nationalism** 284:4 | 126:10 170:22 **negativity** 258:6 |
| **motorists** 57:2 **mourning** 26:11 35:8 | **murdering** 137:7 | **nationalist** 238:19 284:2 **nationalists** | **neglected** 246:3 **neither** 286:11 287:7 |
| 53:2 68:14 | **murky** 224:9 **muslims** 280:5 | 238:11 **native** 127:10 | **neland** 235:3 **neo** 270:16 |
| **mouth** 186:2 **move** 21:18,22 | **n** | **natural** 92:3 116:8 | 271:5 **nervous** 214:20 |
| 88:2 111:8 190:13 206:9 | **n** 2:1 3:1 9:1 **name** 9:2,7 | **nature** 176:6 185:9 188:11 | 262:11 **neutral** 83:1,3 |
| 248:3 **moved** 36:17 | 10:18 12:1 19:9 36:10 | **nazi** 270:16 271:5 | 83:5,8 **neutrality** 76:6 |
| **movement** 28:23 35:9 | 39:11 63:19 76:4 80:1 | **nebraska** 12:12 12:15 157:23 | 76:10 83:7,11 84:16 85:4 |
| 113:17 274:4 279:16 | 83:13,16,17 93:17 120:23 | 157:23 245:8,9 **necessarily** | **never** 49:1,3,20 50:1 76:19 |
| **moving** 186:12 219:7,10 | 121:17 146:4 154:20 161:3 | 195:22 **necessary** | 100:18 104:19 107:15 108:7 |
| **mtsu** 90:21 215:8 | 168:22 174:15 255:8,16 | 102:8,9 107:6 **need** 13:14 | 113:18 174:12 203:17 226:3 |
| **multiple** 74:9 203:21 | **named** 117:15 125:4 | 14:15,20 40:19 88:1 91:9 | 252:2 276:4 **nevertheless** |
| **murder** 29:6 65:11 95:2 | **names** 83:13 **narrow** 218:22 | 101:11 114:13 122:7,22 149:1 | 58:9 |
| 101:23 131:4 133:20,20 | **nary** 129:12 | 150:5,21 154:2 186:24 190:16 | |

www.veritext.com
800-556-8974

**new** 26:5 27:3,5
27:7,8,10,17,20
80:12 149:8,19
153:6,8,10,14
153:21 166:14
175:13 198:10
202:20 203:12
203:13 233:18
**news** 29:21
30:5 56:22
170:2 175:14
201:21
**newsletter**
28:14 29:17
**newspaper**
71:2 204:6,8
204:12
**nice** 24:12
**night** 30:1 44:2
44:21 45:23
46:2 63:2
64:13
**nine** 243:19
**ninth** 20:16
**noble** 1:10 2:12
9:15 18:15
50:17,21
193:24 216:7
**noland** 90:5,8
90:12
**non** 201:4
**nope** 185:13
**normal** 176:21
203:1 219:15

219:17 259:11
259:14,17
**normally**
167:19
**north** 57:3
242:19
**notary** 10:1
**note** 67:15
189:21
**notice** 21:22
64:2 97:6
106:22 107:13
176:12 177:4
192:1 194:2
**notices** 105:18
**notified** 42:1
**november**
242:15
**number** 24:10
37:16 38:4,8,8
38:13,16,19
94:4,4 105:13
111:12 170:15
216:9 217:24
225:12 245:24
246:1 254:12
255:18 275:17
276:24 280:6
282:13 283:1
284:9
**numbering**
15:4
**numbers**
258:18 263:2

**numerically**
51:20
**ny** 6:23
**nyt** 3:12,13,14
3:15 7:13,19

## o

**o** 9:1
**oaths** 10:2
**obama** 198:14
**object** 27:16
49:16 54:12,14
72:8 79:17,19
86:23 87:2
95:15 107:22
108:6 135:12
140:2 141:15
164:2,15 165:7
166:18 172:21
172:24 185:21
230:3 238:1
241:21 265:15
266:15 271:13
280:7
**objection** 10:3
11:10 127:24
248:8 280:13
**objections** 14:3
14:3
**obligation**
179:5
**obligations**
178:4,11

**observed** 257:1
**obviously**
34:12 46:18
67:15 131:6
149:3
**occur** 21:13
**occurred** 253:2
**odious** 149:19
**offended** 58:9
58:19
**offensive** 65:2
226:4 248:11
262:1
**offer** 159:12
**offered** 153:11
184:7 187:19
188:24 191:22
**office** 10:19
20:16 35:1
63:7,10 108:17
111:5 112:4
128:11 161:4,6
161:8 203:7
229:7 249:18
282:4,17
**officer** 176:10
184:2,10,14
188:18 286:1,2
**official** 1:11
73:5 123:12
228:9
**officially**
204:10

Case 3:25-cv-00528-KAC-JEM    Document 45    Filed 01/21/26    Page 329 of 363
PageID #: 908

| | | | |
|---|---|---|---|
| **officials** 150:4 | 60:5 61:13,17 | 121:2,8 122:14 | 195:17,24,24 |
| **ogc** 50:9 | 61:19 65:15,20 | 122:18 124:7 | 196:12,15,21 |
| **oh** 40:3 59:20 | 66:16 67:24 | 124:13 125:24 | 197:11,14 |
| 71:14 94:4 | 69:5 70:23 | 126:5,14 127:9 | 198:10 200:7,9 |
| 112:11 147:9 | 71:21 72:3 | 128:12,18 | 200:13 202:11 |
| 196:19 255:14 | 73:1,9,10,18 | 130:6,20 | 204:9,23 205:1 |
| **okay** 9:19 12:6 | 75:13,16,16,23 | 131:19,23 | 205:6,8,11,13 |
| 13:7,9,16,16,18 | 77:2 79:3 | 132:2,24 133:4 | 205:22 206:10 |
| 13:21,24 14:6 | 80:18 81:23 | 133:17 134:24 | 206:16,20 |
| 14:11,22 15:7 | 82:23 84:15 | 135:2 137:17 | 207:11 209:11 |
| 16:6,9,12,16 | 85:8,14 87:12 | 137:22 138:9 | 211:4 212:3 |
| 17:2,16 18:2 | 87:18,24 88:3 | 138:20,22 | 215:22 216:6 |
| 18:20 19:7,12 | 89:6,9 90:23 | 139:21,23 | 216:10,22 |
| 20:5,8 21:5,8 | 91:8,17 92:10 | 140:14 142:15 | 217:4,5,12,14 |
| 22:10 23:7 | 92:15,18,21 | 143:14,19 | 217:20 218:8 |
| 24:20 25:4,24 | 93:18,21 94:3 | 144:5,14 | 219:4,21 |
| 26:23 27:11 | 94:4,11,14,16 | 145:18 146:15 | 220:11,22,23 |
| 29:7,11 30:12 | 94:21 95:21 | 147:5 148:22 | 223:17,22,24 |
| 31:1,4,18,22 | 96:11,16,20 | 151:10 152:2,6 | 224:17 225:10 |
| 33:6,13 35:17 | 98:22 99:2,18 | 152:9,13,24 | 225:22 226:1 |
| 36:1,20,23 | 101:5,8 102:2 | 154:4,16 | 226:15 227:21 |
| 37:3 38:3 39:3 | 102:5 104:7,13 | 156:20 157:20 | 228:14 229:1 |
| 39:9 40:20 | 105:12,22 | 159:21 162:1 | 229:10,16,18 |
| 41:8,11,13,16 | 106:2,13,13,22 | 164:24 166:13 | 229:24 230:19 |
| 41:18 42:14 | 108:13 110:14 | 168:19 170:8 | 232:12,17,20 |
| 43:13,15,22 | 110:16 111:1,8 | 171:15 172:1 | 233:4,6,6,9,17 |
| 44:14,16 46:3 | 111:18 112:20 | 172:18 173:23 | 233:21 234:7 |
| 46:9 47:8 | 113:7 114:4,6 | 174:2 177:22 | 234:13,19 |
| 48:19 50:3 | 114:11,17 | 180:20,24 | 235:21 236:5 |
| 51:5,17,21 | 115:8,15 116:5 | 182:15 185:11 | 237:5 238:9 |
| 52:1,13,15,23 | 116:8 117:9,18 | 185:17 186:23 | 239:3,12,21 |
| 55:5 56:13,15 | 118:7,12,20 | 189:20 191:20 | 240:3 241:8,15 |
| 56:18,19,19,21 | 119:6,12,18 | 193:2,9,16 | 242:2,12 243:8 |
| 58:6 59:18 | 120:6,8,12,24 | 194:15 195:8 | 243:11,11 |

Page 43

www.veritext.com    Veritext Legal Solutions    800-556-8974
Case 3:25-cv-00528-KAC-JEM    Document 45    Filed 01/21/26    Page 330 of 363
PageID #: 909

244:15 245:18
245:22 246:21
247:18 248:9
249:5,12,13,15
249:20,24
250:18 251:1,4
251:10,17,20
252:8,11
253:21 254:5
254:10,18
255:11,21
256:4,14 258:2
258:10,20
259:6,9,10,21
261:14 263:23
265:5 266:6,17
267:24 268:7
268:13 269:4
270:9,15,22
272:7,24
273:12 274:1
274:12,16
275:14,24,24
276:5,14,21
277:3,20,22
278:3,5,21
279:10,19,19
280:20 281:10
281:15,17
282:2,18,20
283:1,9 285:9
285:11
**once** 43:16
83:18 89:18

99:16 193:18
193:18 208:4
276:18 278:19
**one's** 155:7,12
**ones** 90:16
257:14
**online** 21:23
126:22
**openly** 212:6
212:10 213:8
213:14,14,14
213:17,19,21
**operandi**
211:12
**operate** 220:19
223:24
**operating**
220:21
**operation**
259:17
**operations**
259:11,14
**opine** 212:22
213:4
**opining** 213:2
**opinion** 81:20
83:24 95:4
127:3 152:2
179:20 180:4,5
180:6,8,9,12,14
180:15,16,18
180:19,21
181:13,13,14
213:1 260:10

260:20 275:22
283:11 284:13
284:16,21
**opinions** 65:9
73:2 105:15
137:7,11 179:1
179:18 180:16
224:3,6
**opponents**
143:12
**opportunities**
176:16
**opportunity**
168:1 192:3
**opposed** 75:19
97:16
**opposing**
154:10
**opposite** 74:11
**option** 277:9
**options** 192:7
192:23 193:1
**orally** 217:2
**order** 51:20
56:19 88:4
159:13 268:13
268:14,15
**ordered** 88:6
**organization**
8:20 19:10,14
20:1 24:15,16
66:18
**organizational**
245:20 246:22

**organizations**
36:20 213:12
213:17,24
214:1 246:8
**organize** 24:11
24:17
**organized**
196:7 229:21
**organizing**
169:23
**original** 56:8
82:18
**osama** 139:24
140:1,17
**outcome**
192:11 286:16
287:12
**outcry** 126:19
**outed** 104:4
**outline** 149:24
**outlined** 218:12
225:15
**outrage** 255:23
255:24 279:14
**outraged** 31:7
**outrageous**
43:3 104:19
**outside** 22:18
63:1,7,10
136:16 158:9
159:10,11
179:16 219:15
220:5,6

Page 44

**override** 248:24 249:2 269:15

**overwhelming** 92:21

**overwhelmin...** 126:10 199:15

**own** 61:23 83:13,16 94:16 103:3 143:9 201:24 228:9 276:14

## p

**p** 2:1,1 9:1 215:7

**p.m.** 3:13,17 4:14,22 5:13 5:15,17,23 6:4 6:6,8,10,12,17 6:19,21 7:6,13 7:19,23 8:11 42:4 119:8 129:1 133:19 136:3 175:15 175:22 198:12 201:1 235:4 285:16

**packet** 28:18 88:18

**page** 3:2,6 4:2 5:2 6:2 7:2 8:2 8:23 26:10,15 27:24 28:18

29:19 32:19,21 33:15 47:8,9 47:15 50:24 60:5 64:19 89:1,4 113:8 146:15 148:5 148:15 149:12 149:14 150:3 151:10,14 175:18 188:16 191:4,20,20 194:24 198:13 210:18 211:6 236:17

**paid** 63:22 120:11 191:15 204:22

**pale** 271:1

**paper** 25:9 143:13

**paragraph** 29:20 149:16 151:17 179:2 179:14 188:15 192:9 211:7 274:2,17 276:24 277:1 279:13 280:15 280:17 283:24 284:24

**paragraphs** 273:1,4

**paralegal** 2:22 10:23

**parallels** 110:9 110:10

**pardon** 9:22

**parent** 40:15

**parents** 39:23 105:20 240:17

**park** 21:17

**parks** 4:13,23 5:3,8,10,16 7:11 108:14 113:2 114:22 116:21 119:24 170:13,16,16 170:20,20

**parody** 44:6

**part** 27:19 35:7 62:5 68:19 76:16,24 77:20 80:7 94:11,13 96:17 104:14 104:15 125:20 128:12 143:7 149:10 179:2 198:10 208:4 219:17 222:13 234:21 246:17

**participate** 246:7

**particular** 85:9

**particularly** 227:23 245:11

**parties** 10:4 248:21 286:12 286:14 287:8

287:11

**party** 134:11

**passed** 29:22 30:1

**passing** 236:21 276:1

**past** 18:18 59:19 62:10,12 105:19 149:21 159:13 271:19

**paul** 162:15

**pay** 97:7,16 184:6,8 187:18 187:20 188:22 188:24 191:9 191:11,24 192:6,10,20 235:9 273:3

**paycheck** 174:11

**paying** 70:17

**peace** 122:22 208:22

**peaceful** 20:3 20:21 21:1

**peacefully** 19:22

**peay** 90:18 91:12

**peers** 40:2

**penalty** 56:20 175:14

**pending** 97:7 192:11

Case 3:25-cv-00528-KAC-JEM    Document 45    Filed 01/21/26    Page 332 of 363
PageID #: 911

| | | | |
|---|---|---|---|
| **pendleton** 2:24 | 168:4,14 177:8 | 67:18,21 68:4 | **philosophy** |
| 11:1 | 183:4 190:3 | 70:9 72:7 93:7 | 73:13 |
| **pentagon** | 199:8 202:12 | 93:8,10 113:16 | **phone** 4:4 38:3 |
| 152:18 | 203:15 204:13 | 114:15 120:22 | 38:6,23 39:3,6 |
| **people** 13:10 | 211:16,17,17 | 123:4 139:17 | 41:10,23 44:20 |
| 17:22 18:12 | 212:4,5 213:6 | 140:14,15 | 134:19 160:23 |
| 19:14,15 22:11 | 213:13,20 | 149:19 161:3,4 | 161:16 |
| 23:5 25:21 | 214:7,7,10 | 168:4,7 180:5 | **phrase** 273:23 |
| 30:13 39:19 | 222:23 223:13 | 187:22 188:1 | **physically** |
| 40:6,6,16,20 | 228:17 230:16 | 189:2 201:8 | 249:11 |
| 41:1,6 43:19 | 230:18 237:1,9 | 203:19 250:16 | **pickering** |
| 45:2,18 52:2 | 239:22 241:12 | 250:24 255:8 | 254:15 |
| 52:24 55:11 | 244:1,3 246:18 | 280:1 | **picture** 134:12 |
| 56:11 57:7,12 | 247:14 255:12 | **person's** 93:17 | 135:4 |
| 57:14,18,22 | 259:3 265:10 | **personal** 1:11 | **piece** 25:9 |
| 58:18 59:2,3 | 266:6 270:24 | 38:8,19 63:14 | 143:13 226:6 |
| 65:21 66:24 | **people's** 21:9 | 63:15 64:3 | **pieces** 23:2 |
| 68:1,22 74:7 | 67:5 | 75:18 84:21 | **pike** 2:5 36:11 |
| 75:21 78:6,7 | **percentage** | 134:19 135:4,5 | **place** 21:11 |
| 78:16 80:11,11 | 259:3 | 135:19,20 | 22:18 55:18 |
| 80:22,24 81:1 | **perception** | 155:7,12 180:5 | 95:3 97:6,15 |
| 81:2,4 84:12 | 231:5 | 181:13 221:3 | 104:10 244:3 |
| 90:2,24 91:23 | **perceptions** | 230:21,22 | 261:3 268:19 |
| 93:5 100:1 | 21:9 | 249:14,18 | **placed** 91:1,14 |
| 103:9,10,11 | **perform** 276:9 | **personally** 41:6 | 176:4 267:2,15 |
| 105:7 106:4 | **period** 39:17 | **personnel** 49:4 | **placing** 251:13 |
| 109:6 111:2,4 | 243:24 | 252:2 | **plaintiff** 1:6 2:2 |
| 111:12 122:3 | **permit** 266:12 | **perspective** | 2:21 11:4 |
| 137:23 139:5 | **permitted** 10:8 | 99:17 | **plan** 24:17 |
| 143:9,11 150:7 | 271:19 | **petition** 239:18 | 149:24 |
| 150:16,24 | **person** 35:8 | **ph** 235:15,18 | **planning** 19:23 |
| 151:19 156:7 | 54:21 55:8 | **phd** 163:11 | 19:23 22:11 |
| 157:12,13 | 56:8 65:23 | **philosophies** | 23:2 173:4 |
| 161:12 167:19 | 66:17,18 67:17 | 180:7 260:13 | 243:6 |

www.veritext.com Veritext Legal Solutions 800-556-8974

| | | | |
|---|---|---|---|
| **platform** 80:19 | 9:12,14 10:22 | **policeman** | 273:19,19,20 |
| **platforms** 41:4 | 11:7,7,14 17:3 | 158:9 | 275:18 277:16 |
| 273:21 | 29:15 122:15 | **policies** 60:9 | 281:1 |
| **play** 36:19 | 201:3 274:21 | 177:24 178:7 | **politically** 28:5 |
| 94:11 224:12 | 284:15,20 | 178:16 179:13 | 143:10 |
| 246:2 | **plowman's** | 183:19 217:17 | **politician** |
| **playbook** | 201:21 | 219:22 227:13 | 171:13 |
| 233:23 | **plus** 239:21 | 230:14 239:5 | **politicians** |
| **played** 94:13 | **podcast** 150:11 | 243:8 | 92:23 127:15 |
| **please** 9:7 | 150:24 | **policy** 21:11 | 204:19 205:7 |
| 10:16 11:12 | **point** 19:3,10 | 64:7,10,12 | 212:23 240:7 |
| 13:5 16:17 | 19:13 20:2 | 73:15,16 85:5 | 240:15 |
| 18:22 21:12 | 24:15 28:20 | 85:9,10 149:19 | **politics** 65:9,17 |
| 23:15 25:5 | 44:16 47:11 | 153:23 178:14 | 68:11 111:5 |
| 26:1,24 29:11 | 55:10 60:20 | 181:1 183:17 | 158:24 166:4 |
| 31:19 32:11 | 71:12 124:7 | 185:2,4,7 | 214:17 |
| 35:22 51:23 | 145:13,16 | 191:3,4 217:7 | **poor** 182:7 |
| 64:6 93:24 | 147:3,15 | 221:2,10,19 | **poorly** 166:1 |
| 106:6 110:18 | 157:10,21,22 | 225:12 284:14 | **position** 59:21 |
| 111:19 114:18 | 158:3,13 159:6 | 284:18,19 | 76:20 77:9,10 |
| 116:16 119:10 | 159:22 204:4 | **political** 28:1,3 | 77:13,15,16 |
| 123:15 128:19 | 204:20 245:11 | 29:1,4 36:4,23 | 83:10 85:3 |
| 130:7 141:20 | 254:7 261:16 | 65:18 70:19 | 134:14,15 |
| 142:5,19 | **points** 157:14 | 72:19 74:23 | 174:17,21 |
| 175:23 186:8 | 157:16 | 75:2 76:7,13 | 192:19 202:8 |
| 203:4 | **polarizing** | 76:20 77:4 | 207:12,17 |
| **pleasure** 34:23 | 155:8,13 | 89:21 92:24 | 210:3 219:5,9 |
| **plenty** 211:16 | **police** 159:7,10 | 126:19,22,24 | 276:22 |
| **pllc** 2:4 | 160:19,24 | 142:2 149:22 | **positions** 129:8 |
| **plowman** 1:9 | 162:6,9,15,20 | 151:11 155:14 | 137:1 208:10 |
| 1:15 2:11 3:7 | 229:12,14 | 198:15,19,21 | 210:2,3 277:4 |
| 4:3,11,15 5:14 | 251:24 253:16 | 214:11 260:19 | **positive** 24:9 |
| 5:20 6:5,18 | 254:3 | 265:6,22 266:4 | 120:18 |
| 7:14 8:19 9:8,8 | | 270:23 271:19 | |

Case 3:25-cv-00528-KAC-JEM    Document 45    Filed 01/21/26    Page 334 of 363
PageID #: 913

| | | | |
|---|---|---|---|
| **possession** 135:21 | 95:7,23 108:2 133:24 148:17 255:13 260:13 | **president** 15:18 15:20,21,23 25:18 28:16 | **prevalent** 173:10 |
| **possible** 64:3 84:19 147:23 | **posting** 94:9 139:14 226:8 | 48:9 70:17 71:13 80:2,3 | **previous** 18:18 59:7 62:16 |
| **possibly** 96:14 | **postings** 31:2 137:24 | 94:7,8,8,24 100:14,15 | **previously** 94:21 191:1 279:21 |
| **post** 31:13 42:1 42:24 43:3,9 46:22 52:7,7 52:12,14,16,21 52:23 54:3,20 55:1,12 60:23 65:20,22,23 66:7,7,11,14,20 67:1,6,12 68:5 68:8,14,24 69:8,10,14 74:11,20 82:11 82:18 83:18 84:4 94:24 95:13,23 97:10 102:5,16 104:20 106:16 106:23 108:8 126:22 148:19 152:5 155:18 159:1 174:11 175:4 176:5 181:10 198:1 209:2 231:11 250:1 252:22 253:10 259:12 260:16 | **posts** 126:20 151:20 206:15 254:13 | 101:3,4,6 103:13 108:2 112:3,7 115:23 131:21 149:21 150:10,12,14 150:23 160:7 162:24 163:9 169:6,22 176:9 184:3,3,11,12 188:19,20 193:23,24 197:19 199:1 212:9,14 213:22 221:13 222:1 235:2 240:6 248:24 252:21 256:15 259:1 282:3,16 | **primarily** 39:22 |
| | **potential** 78:22 109:12 153:8 202:20 250:20 252:6 258:3 265:21 | | **principal** 73:23 74:5 |
| | **potentially** 66:23 78:21 105:6 107:21 | | **principle** 76:6 76:9 |
| | **power** 136:9 185:3 270:6 | | **principles** 64:8 |
| | **praised** 259:21 | | **print** 84:13 |
| | **praising** 271:23 | | **prior** 16:2 42:17 64:10 174:17 263:24 286:5 |
| | **precise** 173:1 | | |
| | **predictable** 264:17 | | |
| | **prepared** 287:3 | **president's** 89:2 97:10 | **private** 37:12 37:13,23 40:9 40:14 55:13,15 55:16 75:19 79:9 103:4 127:19,22 128:3 133:19 133:24 134:4,6 134:9,13 135:19 220:7,8 220:15 221:4,6 223:5 224:15 224:24 225:15 225:17 227:7,8 227:12 |
| | **present** 2:20 40:12 | **presidents** 76:21 89:18 90:4 | |
| | **presentation** 131:16 | **press** 205:3 | |
| **posted** 52:10 54:1 70:7,9,9 | **presentations** 131:20 | **pretend** 95:21 | |
| | **presented** 134:18 | **pretty** 147:8 168:3 257:12 | |

www.veritext.com          Veritext Legal Solutions          800-556-8974

| | | | |
|---|---|---|---|
| **privately** | **proceed** 11:19 | **professionali...** | 259:12 271:22 |
| 128:16 207:19 | 97:20 125:9 | 183:8 | 277:11,17 |
| **privilege** | **proceeding** 9:4 | **professionally** | **professor's** |
| 186:19,19,22 | 10:7 192:15,15 | 40:2 178:23 | 155:5 |
| **privileged** | 218:24 285:17 | **professor** 12:9 | **professors** |
| 283:18 | 287:4 | 42:1 48:20,22 | 136:14 145:1 |
| **pro** 258:11 | **proceedings** | 49:5 57:17 | 145:20,24 |
| 259:3 | 155:2 192:9 | 59:24 67:6 | 146:2,9,18,20 |
| **probably** 13:22 | 193:22 219:8 | 70:15 81:12,17 | 171:8 214:23 |
| 17:20 34:7 | 219:11 226:17 | 82:4 91:14 | 278:15 |
| 44:22 45:21 | 269:20 284:16 | 102:14 103:23 | **profoundly** |
| 120:7 126:9 | 284:21 286:3,5 | 104:4 106:17 | 32:24 |
| 162:14 167:19 | 286:6,9 287:6 | 109:16,20 | **program** |
| 168:4 221:21 | **proceeds** 177:5 | 121:19 122:16 | 125:10 153:17 |
| 234:9 260:4,9 | **process** 99:14 | 126:20 127:13 | 203:15 281:6 |
| **problem** | 99:15,18,20 | 132:8,11,14,21 | **programming** |
| 164:17 260:11 | 100:6 177:3,5 | 133:23 139:7 | 122:8 |
| **problems** | 177:6 184:7 | 142:1,10 | **programs** 89:3 |
| 173:10 | 187:19 188:23 | 146:23 151:24 | 153:14 259:18 |
| **procedural** | 191:15,17,23 | 154:19,22 | **progressive** |
| 10:9 | 192:7 194:17 | 155:2,19 157:6 | 260:6 |
| **procedure** | 219:12,14,18 | 158:2,6 164:11 | **prohibited** |
| 176:19,21 | 219:20 230:11 | 172:15 173:15 | 248:15 |
| 184:5 187:17 | 246:8 269:23 | 174:20 181:9 | **prominent** |
| 188:6,21 191:7 | 272:21 | 181:16 182:2 | 265:5 |
| 191:22 218:23 | **processes** 193:3 | 191:10 192:23 | **promise** 23:8 |
| 219:15,17 | 193:6 246:22 | 207:20 212:3 | 144:10 151:15 |
| **procedures** | **processing** | 213:9 214:4 | 180:1 218:20 |
| 176:14 181:4 | 246:24 | 216:19 222:3 | **promised** |
| 182:16 183:16 | **produced** 10:6 | 228:12 231:19 | 147:22 |
| 183:18 184:7 | **production** | 242:22,24 | **promote** |
| 187:19 188:23 | 222:14 | 245:5 246:1 | 201:10 237:23 |
| 193:21 218:4,8 | **professional** | 250:1 255:9,11 | **promoted** |
| 218:12 | 182:20 220:4,5 | 256:17 257:1 | 212:10 |

Case 3:25-cv-00528-KAC-JEM    Document 45    Filed 01/21/26    Page 336 of 363
PageID #: 915

| | | | |
|---|---|---|---|
| **promotes** 183:10 | **protesting** 57:3 | **psychopath** 54:8 66:2 95:9 101:20 | **publication** 84:23 179:17 |
| **promoting** 202:8 | **protestors** 57:18 133:21 | **public** 30:21,23 31:1 37:8 | **publications** 16:14 |
| **pronounce** 9:11 | **protests** 279:15 | 53:15 55:21 | **publicly** 59:6 84:23 87:6 |
| **proper** 176:19 181:4 280:13 | **protocol** 229:3 | 56:2,5 66:21 66:21 75:4 | 102:6 212:13 218:21 222:10 |
| **property** 187:23 188:2,5 | **protocols** 230:2 230:20 | 77:17 79:4,24 79:24 80:4 | 273:21 |
| 189:2,4,7,9,11 | **proud** 156:19 156:21 | 87:7 103:7 108:19,20 | **publish** 150:6 227:4,5 |
| **proponent** 199:6 | **provable** 199:16 | 111:14,15 116:23 120:4 | **published** 16:7 16:8,11,12 |
| **proposal** 153:6 153:17 | **provide** 18:24 22:1 80:19 | 127:4,7 133:21 134:14,19 | **pulled** 160:24 160:24 262:11 |
| **proposed** 176:17 283:8 | 150:5 216:8 227:22 229:18 | 135:6 148:7,12 153:22 158:20 | **punish** 234:20 |
| **proposing** 153:21 | **provided** 261:18 | 158:21 174:12 174:15,15 | **punished** 158:17 195:2 |
| **prosperous** 35:10 | **provides** 176:12 194:2 | 176:6 181:13 183:7 194:5 | **punishment** 151:18 |
| **protect** 225:16 | **providing** 97:6 115:5 | 200:19 220:18 221:4 222:11 | **purpose** 26:18 114:10 208:12 |
| **protected** 131:7 248:12 263:10 | **provocateur** 33:18 34:2,10 34:13 | 222:12,14,20 222:21,22,24 | **pursuant** 238:24 |
| **protection** 217:15 | **provocateurs** 129:15 | 223:7,9,12,20 224:14,18,22 | **pursuing** 153:10,14 218:1 |
| **protections** 225:14 226:18 | **provoke** 212:7 236:21 | 229:19 237:8 237:19 238:3,4 | **pursuit** 73:24 74:22 |
| 226:20,24 227:9 | **provost** 18:13 42:13 99:22 | 255:23,24 273:20 | **put** 21:2 51:16 55:18 64:24 |
| **protest** 237:16 | 176:8 177:4 184:18,20 | **public's** 74:16 74:16 255:7 | 81:11,12,17,17 84:8 87:8 |
| **protesters** 57:8 | 216:8,12 | | 90:24 91:17 |

99:24 105:12
106:5 135:18
139:22 145:21
159:14 174:22
184:22 196:17
204:4 210:15
276:19 280:10
**puts** 31:11
**putting** 64:15
94:4 181:9
186:2

## q

**qualified** 286:7
**qualifying**
273:23
**question** 12:4
14:4 17:13
49:18 54:13
60:21 62:15
67:9,9,20,22,22
68:18 69:10,12
71:6,24 72:4
72:15 76:23
79:22 82:7
84:9,9 86:24
87:23 92:9
95:20 96:2
99:5 100:19
102:23 104:21
107:10,16,17
120:5 122:24
123:6,9 128:8
131:8,12

132:23 136:19
136:22,24
137:6,8,10,17
141:7,8,20
142:4,5,8
149:11 150:21
163:17 164:17
165:8,24 166:9
166:12,14,22
166:24 167:6
169:16 171:16
171:19,20,22
174:1 177:13
177:17 178:17
180:2 195:14
200:15 208:11
210:22 217:10
221:11,22
225:4,20
228:21 231:15
234:15 241:16
250:22 260:3
261:8 266:16
272:16,17
277:8
**questioning**
117:14 168:21
221:1
**questions** 8:22
79:20 85:8,9
105:9 141:16
168:1,11
186:15 216:9
216:16,23

225:12 247:19
262:16 282:22
283:18 285:10
**quick** 106:10
147:23
**quickly** 13:5
173:3,7
**quiet** 169:23
**quite** 155:9,14
156:5 191:2
**quotations**
138:2
**quote** 22:23
**quoted** 150:13
179:4
**quotes** 157:6
279:19

## r

**r** 2:1 8:10 9:1
**rabble** 129:10
202:2
**racial** 255:12
**racism** 152:20
**radical** 65:3
206:13 275:19
**raise** 11:12
**raised** 22:17
87:21 108:7
**rally** 18:24
19:18,21,22,24
20:15 21:1
23:1

**randomly**
205:20
**randy** 1:9 2:11
7:9 8:13 9:15
41:15 45:22
46:1 72:12
118:18 125:19
160:6,6 235:22
242:9
**range** 192:7
**rare** 151:11
245:12,15
246:4,12 247:9
**rarely** 129:4
**rather** 84:16
**rationale** 129:6
194:3 265:22
**rbigelow** 2:7
**reach** 37:10
48:17,19,22
49:1,3,6
115:13 125:13
154:2 155:23
156:6,10
**reached** 49:10
**reaches** 48:16
**reaction** 43:4
48:1 67:5
107:10 126:19
264:13
**read** 20:19 27:8
29:1,3 53:8
66:6,6 67:15
68:5,6 69:18

Case 3:25-cv-00528-KAC-JEM   Document 45   Filed 01/21/26   Page 338 of 363
PageID #: 917

69:22,23 70:1
70:2,3,6 84:3,6
84:10,12 91:11
122:11 123:5,5
130:2,4,5
136:11,19
137:1,4,11,11
137:18,21,23
137:24 138:2,6
138:24 139:3
145:2 152:22
152:23 168:9
173:18,19
179:21,22
189:24 190:1
197:2 200:10
200:14 204:6,8
204:11,12,13
204:13,14,18
204:19,21
205:9 207:9,22
208:2,3,7,23
210:7,24 211:1
213:15 217:9
217:10,12,14
217:17,20,22
234:1,4,9,10,12
242:15,16
244:20 254:19
276:4 277:4,14
282:15

**reading** 135:21
156:5 195:16
284:22

**reads** 171:2
233:19
**ready** 47:17,23
**real** 209:16
268:18 271:11
283:17
**realize** 35:10
**really** 16:3 21:4
28:4 36:22
39:16 40:9
44:1 57:12
59:8 69:4
71:24 88:8
120:5 138:21
140:4,21
168:22 173:14
182:9 191:16
208:14 221:16
227:17 240:1
243:22 244:24
256:3 260:21
270:1 275:3
**reason** 13:15
14:15 21:5,16
21:21 98:19
125:20 156:2
158:17 159:5
164:22 205:3
213:7 214:3
224:20 249:22
255:5 273:22
**reasonably**
85:1 264:16

**reasons** 189:19
214:11 218:21
219:16
**recalling** 122:6
**receive** 32:4
174:22 272:1,4
**received** 91:24
105:18,20
106:22 108:23
109:3,19 125:3
126:7,12 201:6
252:14,16,23
253:1
**receiving** 64:2
137:2 160:16
160:23 161:12
161:14,18
**recent** 91:11
131:4 155:1
**recently** 57:15
90:11 205:6
217:13
**reckless** 65:10
83:23 96:15
103:14,16
104:24 142:2
147:3 159:2
182:6 214:21
228:18
**recognize**
92:21 195:14
208:21
**recognized**
85:5

**recollection**
17:9
**recommendat...**
100:4 184:21
218:10,10
**recommendat...**
86:10 162:8
176:24 177:18
**recommending**
203:16
**reconcile**
225:13 226:16
**reconsider**
143:3
**reconsidering**
136:18
**record** 9:4,5
10:4,16 57:10
88:11,13,14,16
93:11 130:13
130:17,18
147:11,16,18
147:20 186:9
187:9 189:21
190:9,20,21
255:16 267:10
267:11 285:14
286:9 287:5
**recorded** 10:11
55:21 286:6
**recording** 10:6
160:18 286:8
287:4

www.veritext.com          Veritext Legal Solutions          800-556-8974

**records** 22:2
134:19 222:14
**rectifying**
190:10
**red** 236:20
**reduced** 286:7
**refer** 50:17
**reference** 67:16
68:1 196:1
240:19 241:1
**referencing**
265:6
**referring** 31:16
47:22 67:23
70:22 170:6
273:11
**refers** 259:13
**reflect** 56:4
143:8 169:21
221:10
**refrain** 76:6
**refresh** 17:9
**refused** 244:6
253:7
**refute** 192:3
**regard** 60:18
**regarding** 5:4
31:13 111:13
121:19 122:16
170:22 230:21
252:2
**regardless** 55:7
237:12

**regards** 37:3,24
39:9 60:19
63:6 92:19
182:12 202:19
209:19 210:1
231:18,19
235:6 238:10
238:11 243:19
245:15 248:23
270:4 281:24
**region** 127:16
**register** 129:3
**regret** 38:23
**regular** 109:11
206:6
**rehire** 91:10
**reinstate**
239:18 268:11
269:12
**reinstated**
268:5,8
**reinstatement**
269:2
**reiterate**
254:23
**relate** 145:15
**related** 38:9
101:10 181:24
182:3,4,22
227:15 252:15
286:11 287:7
**relates** 76:14
76:17 124:5
227:2

**relation** 241:19
**relations** 25:19
197:19 229:19
**relative** 286:13
287:10
**relenting**
126:24
**relevance**
105:16 133:1
**relevant** 92:5
135:15 140:24
141:3,17,18
172:23,24
217:7,22 232:1
**relied** 276:12
282:24
**religious** 26:20
36:4 37:1 76:8
**relying** 85:14
85:18 283:5
**remain** 201:4
**remaining**
242:6
**remains** 122:24
**remarks**
132:12
**remedial** 270:1
**remember** 12:7
22:23 24:3,6
31:4 42:22
43:20 44:1
45:1,14,23
46:1 47:2
63:19 90:10

93:11,17 94:10
120:16,23
121:17 126:9
126:12,13
129:9,17
162:19 202:1
208:3 235:7
237:4
**remembering**
256:19
**remind** 142:7
**remiss** 130:20
**remove** 181:2
**removed** 89:8
89:11,14 105:4
158:8 163:9
214:10
**removing** 98:1
**rent** 284:2
**rep** 5:6,18
**repeat** 186:7
187:6
**repeated** 186:9
187:9
**reply** 5:20
**report** 3:21
162:15
**reported** 1:21
160:22 161:2,4
161:18
**reporter** 9:2,3
9:9,13,19,23
11:9,18 13:12
14:16 16:21

Page 53

Case 3:25-cv-00528-KAC-JEM    Document 45    Filed 01/21/26    Page 340 of 363
PageID #: 919

37:19 51:9,15
51:19 88:1,9
93:23 110:17
112:21 126:4
142:20 144:8
147:6,13 186:9
187:8,9 196:16
196:20 206:5
228:4 267:6
268:1 286:18
**reporting**
108:19
**reports** 20:13
162:20 253:16
**reposted** 43:17
**reprehensible**
55:24 56:2,10
56:12 95:2
129:7
**represent**
10:21 12:2
219:12
**representation**
83:20
**representative**
29:22 30:6,21
92:1,2,11 93:3
93:18 116:12
121:12,24
122:2 211:20
**representatives**
116:4
**represented**
74:10

**representing**
73:5 196:14
**represents**
70:10 116:3
**republican**
93:8,9,14,16,19
**republicans**
149:18 151:17
274:3
**reputation**
66:22 127:1
188:4,4,8
189:6,7,10
**request** 13:23
22:2,4 134:19
159:9
**requested**
186:10 187:10
216:20
**require** 74:16
184:20
**required**
193:19,21
**requires** 101:9
**reschedule**
21:22
**rescind** 269:16
**research** 74:1
76:15 111:5
114:4,6 174:23
182:1,12
207:13 227:3
246:15,18
276:9,12

282:21
**resignation**
211:11 256:8
**resolution**
128:10,12,15
**resource** 183:5
190:4
**resources** 92:3
116:9 229:20
**respect** 178:24
180:15 182:24
183:2,8,11
190:3 228:22
**respectful** 74:8
74:12 182:23
182:23 183:11
203:22
**respond** 21:3
40:19 50:9
110:3 117:23
118:1,5,9
122:2,24
123:11 125:19
171:17 176:16
194:10 216:23
217:2 231:5
243:4
**responded**
110:6 121:23
122:21 123:4
123:13 163:2
216:19 241:11
**responding**
55:9 68:7

242:9 243:6
**responds**
169:22
**response** 18:24
42:2,2 43:1,6
48:14 52:19
66:11 84:3,4
122:10 132:14
132:17,18,21
132:22 136:6
141:12 162:5
207:2 209:1
223:18 228:7
231:7,8 277:12
**responses**
120:12 216:8
**responsibilities**
68:3 181:5
**responsibility**
56:7 74:6,13
76:12 87:6
177:24 178:2
183:19 185:1
282:21
**responsible**
21:12 59:6
62:7,9,20
63:15 65:23,23
66:17,18 67:18
69:11 70:11
77:12,17,19
124:1 174:24
221:5 228:19

Case 3:25-cv-00528-KAC-JEM   Document 45   Filed 01/21/26   Page 341 of 363
PageID #: 920

| | | | |
|---|---|---|---|
| **rest** 68:23 98:2 | 109:17,20 | 175:11 182:24 | **risk** 81:13 83:9 |
| 98:4 99:24 | 132:14,22 | 183:3,13 | 87:8 109:8,10 |
| 217:17 | 157:6 231:11 | 189:18 194:9 | 265:21 |
| **restitution** | 231:18 | 195:15,23 | **risks** 86:9 |
| 192:19 | **rhetoric** 201:11 | 197:6,7,12 | 109:13 |
| **restraint** | 201:12 265:6,9 | 198:7 199:1 | **rittenhouse** |
| 178:24 180:17 | **richly** 245:12 | 201:2,5,19 | 210:4 |
| 180:23 | **rick** 284:2 | 202:4 204:24 | **rj** 47:17,18,19 |
| **restrictions** | **ridiculous** | 207:3,5 209:18 | 61:15 |
| 244:3 | 141:23 | 209:21 210:6 | **road** 36:11,12 |
| **result** 243:17 | **right** 10:17 | 213:15 216:16 | 164:18 |
| 253:2 274:6,19 | 11:12 13:2 | 217:8 218:5,7 | **rob** 11:5 12:1 |
| **returning** | 14:23 17:17 | 218:18 219:3 | 13:5 87:20 |
| 214:23 | 20:9 27:22 | 220:12,15 | 130:10 141:6 |
| **retweeted** | 34:20 42:7,10 | 222:17 223:4,9 | 174:3 190:6 |
| 43:16,18 68:2 | 42:20 51:16 | 223:21 224:2,6 | **robbie** 113:10 |
| **retweets** 221:7 | 52:4,14,18,20 | 226:5 234:18 | 113:11,13,14 |
| **reveals** 102:7 | 55:3 57:5,8 | 236:3 239:8,14 | 114:1,11 |
| 230:1 | 58:16,22 73:2 | 240:20 242:20 | 148:17 |
| **reverse** 51:19 | 75:6,18 77:1,6 | 245:12 246:20 | **robert** 2:3 |
| **review** 99:22 | 78:11 82:15,17 | 247:7,8,11,12 | 273:13 |
| 230:21 231:6 | 82:21 90:17 | 247:12,16 | **roessner** 18:18 |
| 257:4 | 99:12 105:6 | 251:2 252:20 | **role** 38:20 |
| **reviewed** 64:18 | 107:7 115:6 | 259:23 262:13 | 59:17 74:13 |
| 279:4 281:23 | 117:21 119:2,3 | 268:20 279:11 | 80:14,15,18 |
| **reviewing** | 119:4 120:24 | 280:2 | 100:11 102:20 |
| 230:2 | 128:17 132:1 | **rights** 33:19 | 220:6 245:18 |
| **reviews** 257:6 | 138:22 143:24 | 58:8 129:20 | 246:3 276:22 |
| 257:10 | 144:3,4 147:9 | 136:15 176:15 | **ron** 117:15,16 |
| **revise** 221:20 | 151:8 155:10 | 224:1,5 225:17 | **room** 168:6 |
| **revision** 50:4 | 156:23,23 | 276:2 279:15 | **rouse** 129:10 |
| **reynolds** 56:24 | 157:2 167:13 | 279:16 | 202:2 |
| 57:17 58:7,14 | 167:22 171:18 | **riot** 242:6 | **rp** 197:9,9 |
| 59:24 60:11,18 | 172:4,5 175:3 | | |

| | | | |
|---|---|---|---|
| **rule**  283:10 | **san**  245:7 | 264:16,18 | 191:8 192:1,5 |
| **rules**  10:10 | **save**  190:1 | 266:3 281:12 | 194:1 196:23 |
| 12:22,23 | **saving**  160:18 | **says**  17:17 18:8 | 197:11 207:15 |
| 224:13,14 | **saw**  22:12 23:2 | 18:20 20:11 | 212:4 215:20 |
| **ruling**  254:19 | 43:11,16 46:22 | 25:10,15 26:10 | 217:6,24 |
| **rumors**  247:6 | 48:10 53:10,10 | 28:1,22 29:14 | 218:20 219:4 |
| **run**  57:5,6,8,18 | 63:14 64:17 | 29:20 33:18 | 221:17 223:24 |
| 212:20 258:18 | 68:2,22 208:12 | 35:7 47:16 | 227:24 233:24 |
| **running**  18:6 | 238:22 257:14 | 50:6,19 52:23 | 234:19 235:3 |
| 133:21 | **saying**  13:4,6 | 55:1 60:7 | 236:11,16,17 |
| **rusty**  5:6 116:1 | 24:11 31:9 | 64:20 65:20 | 236:22 237:3,5 |
| 116:2 | 35:18 59:20 | 67:24 68:14 | 237:5 240:7 |
| **ryan**  45:12 | 63:18 77:14 | 70:3 73:18,23 | 245:18 273:18 |
| 86:20 197:11 | 97:18 98:12 | 77:4 78:1,2 | 273:18 274:1,2 |
| 197:11 268:2 | 109:20 116:13 | 80:18 83:10 | 274:17 275:17 |
| **s** | 119:4,10 131:2 | 85:8 89:7 | **scene**  252:15 |
| | 134:10 139:22 | 106:16 112:10 | **schedule**  99:1 |
| **s**  2:1 3:5 4:1 5:1 | 140:13,14,15 | 114:12,13 | **scholar**  131:10 |
| 6:1 7:1 8:1 9:1 | 141:5 142:11 | 115:10 116:9 | 173:11 |
| 170:17,17 | 143:23 148:19 | 117:4 118:17 | **scholarly**  80:20 |
| **sad**  54:5,6 | 152:6 160:11 | 119:4,4 121:18 | **scholars**  178:3 |
| **saddam**  140:18 | 166:8,9 168:13 | 123:21 126:18 | 251:11 |
| **safe**  23:13 | 177:20 179:19 | 133:19 136:4 | **school**  58:17 |
| 104:14 159:13 | 180:3,12,20 | 143:7,19 | 62:23 63:3 |
| 227:22 | 181:9 186:20 | 145:14 146:18 | 129:6 153:22 |
| **safely**  262:12 | 187:4 190:8 | 148:6 149:17 | 201:23 204:5 |
| **safety**  66:24 | 197:24 202:7 | 152:18 154:2 | 224:24 232:18 |
| 78:20,22 83:9 | 204:13,20 | 157:4 160:11 | **school's**  60:8 |
| 105:1 109:8,10 | 205:21 213:19 | 170:2 175:23 | 201:9 |
| 109:13 158:7 | 213:20 222:21 | 179:15 182:15 | **schools**  152:15 |
| 159:3,18 162:3 | 227:19,20 | 182:24 183:4 | **science**  8:20 |
| 228:19 | 231:10 238:6 | 183:17,24 | **sciences**  47:20 |
| **salary**  129:18 | 239:13 242:10 | 187:16,17 | **scientific** |
| 192:19 | 256:1 263:21 | 188:6,9,16 | 199:16 |

Case 3:25-cv-00528-KAC-JEM    Document 45    Filed 01/21/26    Page 343 of 363
PageID #: 922

scoggins 3:8
7:18,20 17:3,4
17:24 44:22
45:6,7 48:7
123:20 162:14
162:14 197:4,5
200:4,17
screenshot
55:17 113:9
135:9 148:17
screenshots 4:3
113:10
seat 235:7,12
sec 89:17
second 12:14
13:3 28:18
29:20 32:19
33:15 60:5
76:16,23 80:7
89:1,4 147:12
148:15 149:16
151:16 158:22
158:22 173:9
198:13 211:5
220:4 236:17
seconds 171:14
171:18 181:19
secret 230:12
secretary 124:1
section 64:20
218:2 272:22
272:22 276:22
sections 217:22
225:20

secular 53:6
security 19:23
261:18
see 14:2 18:22
24:8 31:10,13
40:18 41:24
42:2 43:13,15
44:5 54:10
59:17 62:20
84:2,5,10
104:3 107:6
114:10 119:10
126:18 132:24
133:1 137:12
137:12 149:11
156:17 172:23
175:23 195:21
212:11,24
233:6 234:11
257:6 276:10
seeing 20:20
103:9 110:9
114:14
seek 178:8
179:22
seeking 269:1
seemed 284:12
seemingly
132:10
seems 105:9
131:6 201:16
222:4
seen 30:23 31:1
96:4,5,11,13,13

104:19 129:5
137:14,16
201:20 206:11
206:15 215:24
216:10 240:16
257:8 264:10
sees 134:11
selected 15:18
semester
129:10 202:2
senate 18:11,16
21:24 51:2
57:23 167:15
167:18 169:11
169:13 184:4,4
184:12,12
188:20,20
193:24 216:4
216:15,20,24
231:16 242:1
senator 35:1
206:11
send 42:16
47:24 48:12
50:7 93:7
97:19 134:10
135:7 197:12
sending 99:3
sends 92:8
113:7 134:12
171:3 233:19
235:24
sense 68:10
221:20 258:21

278:7
sensibilities
53:6
sensitive
207:21 256:21
sent 26:6 27:4
43:9 97:2
108:13 111:1
135:2,5 138:18
144:16 197:23
198:2,2 200:4
200:22 202:22
sentence 69:1
112:12 155:11
208:13
sentences 68:24
sentinel 170:3
september 26:6
27:4 32:7,17
33:14 42:3
44:16 47:9
56:20,21 88:23
95:1 97:3
111:11 116:20
119:8 123:22
124:8 128:24
133:18 136:2
144:20,21,22
148:4 149:9
156:15 160:9
170:14 175:15
175:22 194:21
198:11 200:3
200:22 205:24

Page 57

| | | | |
|---|---|---|---|
| 207:7,8 235:3 | **she'll** 193:10 | 208:5 212:3 | **show** 140:9 |
| 236:12 | **shirinian** 1:5 | 213:9 214:5,12 | 178:24 180:15 |
| **serenaded** | 2:2,21 4:10 | 218:2 220:20 | 237:19 279:23 |
| 245:22 | 5:15 7:15 8:5 | 226:17 228:12 | **showed** 107:11 |
| **seriously** 181:4 | 9:12,13 11:3,3 | 228:23 231:20 | 182:7 |
| **service** 74:2 | 11:6 12:2 30:9 | 239:19 248:18 | **showing** 12:21 |
| 76:15 80:4 | 30:15 46:4,10 | 252:16 257:2 | 234:16 |
| 174:23 182:1 | 47:24 48:22 | 259:21 263:24 | **shown** 129:24 |
| 182:12 | 49:6 54:3 | 266:21 267:15 | **shows** 102:19 |
| **services** 63:22 | 55:12,20 57:20 | 268:5,11 | 180:22 |
| **serving** 80:13 | 60:19 63:6 | 269:13 270:4 | **shut** 20:17 |
| **session** 267:20 | 65:6,24 66:9 | 271:12 277:11 | **sick** 54:9 66:3 |
| **set** 99:1 192:9 | 67:23 77:7 | 277:17 279:20 | 70:5 81:6 |
| 237:6 | 78:24 81:17 | 280:10 | **side** 42:7 |
| **sets** 182:15 | 82:1 89:12 | **shirinian's** 42:1 | 195:23 212:23 |
| 194:3 | 90:3 95:4,22 | 42:24 48:20 | **sidewalks** |
| **setting** 61:22 | 96:3 97:3,16 | 52:6 60:23 | 237:8,20 |
| 62:6,7 104:24 | 99:4,19 102:13 | 67:11 74:4 | **sigler** 3:11 |
| 264:11 | 104:17 105:17 | 80:24 83:6,15 | 25:10 153:5 |
| **settle** 80:20 | 106:17,23 | 95:13 101:17 | **sign** 50:14 |
| **settled** 81:14,19 | 108:5,8 119:9 | 111:14 120:13 | 203:1 237:21 |
| **settlement** | 126:8 127:13 | 136:8 146:23 | **signal** 32:23 |
| 91:15 | 132:22 133:23 | 182:2 192:23 | 39:14 127:14 |
| **seven** 192:9 | 137:4 142:11 | 219:5 223:11 | **signature** |
| **several** 64:12 | 148:18 151:24 | 245:16 258:12 | 285:15 286:16 |
| 178:7 255:14 | 155:19,20 | 259:12 263:13 | 287:14 |
| **shape** 32:24 | 158:17 162:4 | 265:12 | **signed** 239:21 |
| **share** 63:17 | 163:20 164:7,8 | **shooting** 32:22 | **significant** |
| 178:9 179:23 | 166:7,8 168:20 | 101:15,18,18 | 98:16 |
| 273:16 | 175:21,23 | 104:9 | **signing** 100:13 |
| **shared** 248:21 | 176:3 181:9 | **short** 29:23 | 202:23 |
| **sharing** 63:15 | 187:24 191:10 | 228:10 | **signs** 236:22 |
| 118:17 119:1 | 194:10 195:4 | **shot** 158:2 | **silence** 175:19 |
| | 197:23 206:24 | | |

www.veritext.com     Veritext Legal Solutions     800-556-8974

| | | | |
|---|---|---|---|
| **similar** 90:5 | **slavery** 129:19 | **somebody** | 257:20 259:2,8 |
| 104:16 132:13 | **slew** 111:2 | 40:18 45:13 | 265:16 276:9 |
| 195:4 225:11 | **slightly** 56:18 | 67:18 113:16 | 278:18 283:11 |
| 233:22 | 272:20 | 145:20 159:14 | 284:12 |
| **simple** 278:1 | **slow** 13:5 | 181:20 235:22 | **sorted** 98:2 |
| **simply** 122:11 | **slur** 255:13 | **somebody's** | **sorting** 98:3 |
| 178:17 213:2 | **smart** 14:5 | 74:23 | **sorts** 69:23 |
| 277:23 | **smith** 104:4 | **someone's** 75:3 | 159:4 214:1,11 |
| **single** 24:3 | **social** 31:2 36:4 | 107:21 221:17 | **sought** 126:22 |
| 74:15 92:16 | 36:6,8,20,22 | 222:7,8,8 | 149:18 175:14 |
| 104:12 118:9 | 39:13,21 40:24 | **somewhat** | **sounds** 279:11 |
| 137:12 156:10 | 41:3 43:11,13 | 96:14 200:11 | **south** 91:6 |
| 168:18 283:13 | 43:15 53:15 | 275:22 | 152:14 215:4 |
| **sit** 248:7 | 55:15 68:21 | **soon** 50:6 280:4 | **space** 21:17 |
| **situation** 61:22 | 108:18 126:20 | **sorry** 9:11 17:9 | 284:2 |
| 61:23 62:4 | 134:3,9 135:18 | 29:19 32:2 | **spaces** 33:20 |
| 103:14 104:23 | 137:13 139:15 | 35:15,16 37:20 | **sparked** 279:14 |
| 215:10 241:9 | 143:10 148:8 | 38:12 42:12 | **speak** 50:21 |
| 242:3 | 148:16,18 | 47:10 51:14 | 57:12 59:8 |
| **six** 45:21 59:12 | 155:2 158:4 | 74:24 94:8 | 76:19 84:19 |
| 105:4 110:18 | 176:4 181:20 | 106:24 115:22 | 136:9 187:12 |
| 212:8 | 197:24 221:2,6 | 122:9 126:5 | 212:5 231:2 |
| **sixth** 148:5 | 221:14 224:4,7 | 142:21 147:7 | 261:14 262:13 |
| **size** 196:10 | 227:16 230:22 | 148:16 150:21 | **speaker** 168:7 |
| **skills** 286:10 | 231:2 238:23 | 169:22 170:20 | **speakers** |
| 287:6 | 239:7 249:9,15 | 172:23 187:7 | 240:21 |
| **skim** 234:4,6,7 | 250:3 259:2 | 196:16 200:6 | **speaking** 13:4 |
| 234:14 | **society** 178:3 | 215:16 218:6 | 76:3 83:12,16 |
| **skimmed** 234:2 | 276:23 | 219:9 228:2 | 168:5,17,19,21 |
| **skipped** 176:24 | **solmonson** | 240:3,10 256:7 | 238:20 |
| 188:9 189:22 | 117:15,16 | 274:10 | **speaks** 84:22 |
| 190:9 218:11 | **solutions** | **sort** 26:20 | 179:16 |
| **skrmetti** 154:2 | 173:10 244:10 | 85:14 161:1 | **specific** 22:13 |
| 202:23 203:5 | | 196:6 204:15 | 23:5 71:10 |

| | | | |
|---|---|---|---|
| 76:18 89:22 | 227:1,9 230:2 | **staff** 18:1,3 | **state** 9:7 74:8 |
| 101:21 124:5 | 230:21 244:9 | 24:14 60:13 | 90:13 92:13 |
| 153:17 161:17 | 248:12 251:7 | 61:4 78:16 | 93:5 97:5 |
| 182:22 218:23 | 252:12,14 | 84:18 89:8 | 116:3 127:3 |
| 225:14 226:18 | 254:11,24 | 129:12 162:2 | 148:8 178:5 |
| 229:10 250:24 | 255:3 258:12 | **stage** 247:5 | 197:22 203:14 |
| 252:13 279:19 | 261:7 262:6,9 | **stages** 246:8 | 204:3 208:14 |
| **specifically** | 263:10,13 | 247:9,11 | 208:18 211:21 |
| 31:6 45:20 | 265:12,22 | **stand** 129:18 | 244:8 246:6 |
| 46:8 64:19 | 270:16,19,21 | 237:21 | 281:2 286:19 |
| 68:13 183:4 | 270:23,24 | **standaert** 6:7 | **stated** 132:16 |
| 188:16 253:19 | **speed** 13:23 | 131:1,2 | 150:23 177:17 |
| 269:7 281:2,11 | 34:18 225:20 | **standard** | 213:7,9 218:21 |
| 282:22 | **spend** 176:2 | 132:11,21 | 232:18 236:2 |
| **specifics** | **spent** 22:11 | 218:3 225:3 | 278:14 279:24 |
| 153:12 239:2 | 63:22 279:8 | **standards** | 280:23 282:4 |
| 256:23 | **spoke** 61:15 | 224:17 | 283:2 |
| **specified** | 63:2,12 112:18 | **starbuck** | **statement** 56:3 |
| 178:21 237:14 | 168:4,15 | 113:10,11,14 | 77:11 95:7 |
| **specify** 44:24 | 216:14,15 | 113:14 114:1 | 101:15 128:7 |
| **speculation** | **spoken** 30:8 | 114:11 148:17 | 139:22 148:12 |
| 199:14 | 89:15,23,24 | 211:9 | 150:14 155:6 |
| **speech** 64:8 | 90:14,18,21 | **start** 42:20 | 171:19,22 |
| 83:11,16 131:7 | 124:8 157:20 | 95:5 247:6 | 198:16 273:9 |
| 136:10 149:11 | 212:13 216:12 | **started** 99:8 | 275:1,5 |
| 154:24 157:2 | **sponsor** 238:12 | 113:22 166:10 | **statements** |
| 168:22 214:18 | **sponsored** 20:1 | 166:10 168:13 | 73:14 76:7 |
| 217:15 219:22 | 237:17,18 | **starting** 4:4 | 79:24 80:1 |
| 220:3,4,6,7,9 | **spot** 71:12 | 203:11 | 84:24 127:19 |
| 220:15 221:6 | **spread** 152:20 | **starts** 149:10 | 127:22 128:4 |
| 223:5 224:10 | **spring** 261:17 | 149:14 150:4 | 128:14 155:5 |
| 224:18 225:15 | **springs** 243:22 | 151:10 176:1 | 204:19 205:2,3 |
| 225:16 226:2 | **stadium** 235:3 | 207:11 | 205:7 209:22 |
| 226:18,20,22 | 235:13 | | 243:18 274:13 |

Case 3:25-cv-00528-KAC-JEM    Document 45    Filed 01/21/26    Page 347 of 363
PageID #: 926

| | | | |
|---|---|---|---|
| 277:23,24 | **steps** 110:11 | 120:2,9 121:9 | 262:17,19,21 |
| 278:2,23 282:2 | 176:23 177:18 | 132:7,8 143:2 | 262:24 263:5 |
| 284:9 | **steve** 117:4,7 | 143:7,14,19 | 263:14 271:6 |
| **states** 1:1 15:11 | **stewarding** | 156:16,19,22 | **studies** 8:16 |
| 28:18 32:19,21 | 77:19 | 157:4,5 214:1 | 242:18 |
| 35:11 79:13 | **stinett** 45:12 | 238:17 245:6 | **study** 163:19 |
| 95:1 111:13 | 86:20 268:2 | 250:6 253:13 | 165:23 |
| 144:24 151:17 | **stipulate** | 256:7,15 262:4 | **stuff** 59:19 |
| 170:21 175:18 | 117:19 118:2 | **students** 20:6 | 113:23 233:19 |
| 181:7 184:9 | **stipulation** | 20:18,24 23:10 | 236:1 243:9 |
| 191:4,21 | 10:13 | 23:10 25:3 | 244:20 |
| 194:24 201:20 | **stochastic** | 39:23 48:19 | **stupid** 221:18 |
| 207:18 212:9 | 129:11 | 49:1,4 60:13 | 280:5 |
| 220:16,17 | **stolen** 274:5,18 | 60:22 64:22 | **subject** 85:10 |
| 223:6 226:2 | **stood** 28:1,3,4 | 74:7,13 84:18 | 115:23 139:16 |
| 243:16 284:1 | 114:15 135:16 | 103:24 105:15 | 165:4,5 246:22 |
| **stating** 125:7 | **stop** 155:10 | 105:18 106:19 | **subscribe** 27:5 |
| 155:7,12 | 274:4 | 120:3,13 122:3 | 31:24 32:1 |
| **stay** 140:10 | **stopped** 168:14 | 123:1 127:3 | **subscriber** |
| **stayed** 192:10 | 168:15 | 129:12,18 | 27:21 |
| **stclair** 287:2,15 | **story** 146:17 | 138:12 157:12 | **subscribes** |
| **steal** 274:4 | 235:11 | 158:3,3 159:21 | 28:17 |
| **stein** 279:23 | **straight** 214:13 | 162:2 163:3,6 | **subscription** |
| **stenographic** | **strategic** 173:4 | 163:11,16,22 | 27:12,20 28:10 |
| 10:12 | **stretching** | 163:22 164:9 | 29:16 88:21 |
| **step** 147:2 | 228:4 | 164:13 165:1,8 | 144:17,17 |
| 214:10 | **strike** 74:4 | 165:9,18 | 198:11 206:7 |
| **stephanie** | **strives** 194:7 | 170:23 171:8 | **succeeded** |
| 18:22 20:9 | **strong** 132:12 | 183:7 195:1 | 207:17 |
| 22:6 | **student** 5:16 | 236:21 240:17 | **successful** |
| **stephen** 2:24 | 6:9,18 7:7 20:1 | 240:18 251:20 | 24:18 |
| 11:1 | 23:20 24:14,15 | 253:7 255:18 | **sufficient** |
| **stepped** 90:11 | 25:2 40:15 | 256:1,11,12 | 102:13 273:6 |
| | 46:22 47:1,4 | 257:7 261:24 | 274:22,24 |

275:8 276:7
277:8 279:18
**suggest** 232:9
**suggesting**
119:5 213:14
224:4 280:9
**suggests** 246:6
**suite** 2:15
**summarizes**
171:3
**summer** 19:15
**summit** 1:19
2:15
**sunday** 42:3
44:2 45:23
46:2 64:13,13
108:24 111:11
**supercharged**
33:19,24 34:9
34:13
**support** 73:4
121:21 122:20
124:1 168:19
168:20 202:23
213:13,20,24
214:6,11
229:19 264:19
**supported**
126:7 264:15
264:17,22
**supporting**
35:9 241:4
**suppose** 40:7
146:8 170:4

177:21 283:2
**supposed**
183:21 212:6
**supposition**
211:6
**suppressed**
64:23
**supremacist**
241:20 265:24
**supremacists**
271:8
**supremacy**
240:23 241:3,5
241:13,18
270:19
**sure** 9:16 14:12
17:11,23 18:5
22:9 30:2
34:14 42:19
43:14 48:3
52:9 56:11
58:20 60:20
62:14 65:19
68:6 69:24
70:1,1,21 71:5
75:15 76:2
78:9 85:16
101:6 119:16
120:24 125:17
128:5,23
130:19 131:18
137:16 138:23
146:22 147:8
150:23 162:24

163:13,17
164:3,19
169:21 172:6
174:10,13
187:1,14 197:5
211:15 213:24
223:10 229:14
230:7,18 234:2
249:1,4 256:9
259:13 263:7
265:4,8 271:7
**surely** 107:11
**surfaced**
151:20
**surprise** 185:15
259:6
**surprised**
259:9
**surveillance**
254:4
**susannah** 24:22
**suspect** 24:10
203:17,18
**suspended**
152:18 191:10
256:17 266:23
**suspension**
184:6,8 187:18
187:20 188:22
188:24 191:9
191:23 192:6
192:20
**sustained** 168:7

**swear** 11:10
**swift** 121:19
122:16
**swore** 222:4
**sworn** 10:4
11:15 286:5
**system** 25:23
73:16 112:4
193:23 197:21
280:24 281:1
**systems** 143:8

**t**

**t** 3:5 4:1,19 5:1
5:14 6:1 7:1
8:1
**ta.m.ar** 1:5
**table** 236:19
**take** 9:4 10:1
12:12 13:14,17
16:14 29:16
41:14 50:14
59:20 76:20
84:24 87:12
88:3,19 97:21
104:10 106:11
107:1 114:12
143:17 161:1
171:14 174:19
184:24 187:12
190:14 191:18
208:20 228:2
240:24 246:17
247:14 267:4

270:1 275:14
279:5 284:10
**taken**  9:10
65:10 98:7
253:21 254:8
254:20 268:19
281:7,10 286:3
286:12 287:9
**takes**  134:12
171:18 181:19
181:19
**talk**  18:21 44:2
50:19 60:22
61:4,7,10,17
89:18 125:13
130:20 164:11
171:7,8,10,12
186:23,24
220:11 236:23
237:21 246:11
246:13,18
247:7 284:3
**talked**  29:24
30:2,20 35:4
60:11 64:4
89:20 109:16
202:3 203:17
209:11,12
211:24 221:9
221:22,24
222:1 243:9
249:6
**talking**  15:21
70:23 71:8

75:16 78:1
80:8 81:8
97:19 140:21
140:23 141:24
142:1 150:15
164:19 167:9
170:1 188:13
188:15 191:3
206:12 221:13
235:6 242:3
**talks**  60:6 84:4
148:16 150:3
157:6 183:2,15
183:21 188:10
191:6 218:3,16
219:23 220:2
226:1 227:21
243:8 247:6
**tallies**  259:2
**tally**  258:11
**tamar**  2:2,21
9:12,13 11:3
106:17 111:14
133:19
**target**  146:8
149:19 199:2,8
**targeted**  146:2
199:10 228:8
229:4
**tarmac**  118:18
119:1
**taught**  46:10
203:2

**teach**  227:3
**teachers**
152:15
**teaches**  46:4,19
166:7,8
**teaching**  74:1
76:15 91:1
154:19 158:11
158:12 174:24
182:1,3 203:22
256:19 257:2
**team**  25:22
30:19,20 45:12
118:9
**teaming**  204:3
**teamwork**
143:21
**tell**  11:16 12:8
12:23 13:1
38:7,12,22
85:23 107:11
126:10 128:8
160:20 172:20
189:3 220:13
229:15 249:17
253:24 282:5
**telling**  85:21
277:15
**temperature**
109:5
**temporarily**
266:23
**ten**  61:24
109:23 168:4

171:14,18
181:19 232:3
266:6,8
**tend**  270:10
**tendency**  13:11
**tennessee**  1:2,8
2:10,14 9:14
9:16,18,20,24
10:2,20,24
11:8 12:10
15:12 31:15
59:24 70:16
73:24 75:11
81:15 82:4
90:13,15 92:6
92:12 94:8
95:3 103:5
108:4 114:12
115:9 116:4
127:11,12,18
128:3 129:24
134:22 140:11
148:6 181:16
194:6 198:22
204:3 213:3,6
215:7,21
217:14 226:1
254:14 270:15
271:18 281:12
284:1 286:19
**tennessee's**
132:18,21,22
183:5 190:4

Case 3:25-cv-00528-KAC-JEM    Document 45    Filed 01/21/26    Page 350 of 363
PageID #: 929

**tennessee.edu**
2:17
**tenor** 210:17
**tenure** 174:22
176:14 178:1
183:20 192:20
227:23
**tenured** 218:9
**terminate**
49:21 50:2
99:11 105:17
137:3
**terminated**
81:17 90:3
177:3 192:18
193:5,14,15
255:22 256:2
**terminating**
127:13
**termination**
97:8,20 126:23
155:1 176:13
176:16,17,18
181:22 182:17
184:6,8 187:18
187:20 188:22
188:24 191:7,8
191:23 192:5
192:10,21
193:18,22
218:1,21,24
219:7,11
226:17 255:19
269:20 284:16

284:20
**terrible** 102:15
102:18
**terrorism**
129:11 150:2
**test** 254:16
**testified** 11:17
279:7
**testifying** 286:5
**testimony**
159:8 273:14
**texas** 91:5
215:4
**text** 4:4 7:18
8:13 40:5 41:9
41:22 42:7,16
42:22,23 50:6
50:22 68:12
118:8 134:10
134:12 135:2
160:4 167:11
195:12 197:2
240:5
**texting** 44:17
**texts** 7:9
134:16,17,18
134:20
**thank** 9:9,19,23
11:9,18 14:11
24:11,12,20
34:22 73:11
88:7 96:19
112:20 130:15
144:10 171:17

196:20 206:22
215:19 240:21
241:4,17
280:19
**thanking** 23:24
**thanks** 24:13
46:19 122:21
138:10
**thec** 153:5
**theme** 247:2
**theories** 180:7
**theory** 14:13
107:19 173:12
**thing** 53:5 62:4
68:17 98:1
104:22 107:11
134:3,5,8
136:17 137:12
149:2 173:8,9
189:24 190:2
198:8 200:14
222:7 228:16
234:8 240:21
242:11 246:13
258:22 259:7
271:8 283:13
**things** 13:13,23
31:11 38:20
48:24 55:17
61:14 74:16
75:7 82:10
86:9 90:24
92:8 109:6
139:1 146:19

146:21 150:9
150:18 151:2
159:4 166:23
173:2,13
183:12 192:1
199:16 208:9
208:10 210:5,7
210:9,11,11,13
210:18,19
213:13 214:1
218:16 221:12
229:24 232:14
234:16 245:24
246:1 258:9
266:9 270:10
277:12 280:22
280:23 283:1
**think** 29:7
31:16 34:5,7
36:22 45:16
49:10 50:22
53:22 54:10
56:9,10 57:21
61:23 62:11,18
71:23 72:12
77:24 79:15
81:3,3 86:7
87:17,22 95:13
98:24 99:5
100:22 105:8
105:21 106:4
120:10,14
121:16 122:12
123:3 126:3

www.veritext.com        Veritext Legal Solutions        800-556-8974

| | | | |
|---|---|---|---|
| 131:24 135:7 | 250:20 256:22 | **thread** 4:4 | 21:11,14 22:11 |
| 139:1 142:20 | 258:1 268:18 | **threat** 188:1,3 | 31:3 44:16 |
| 145:22,23 | 268:20 269:14 | 252:11,13 | 50:13 51:11 |
| 146:2 148:1 | 270:8,20 | 255:2 | 55:10 57:13,24 |
| 149:12 150:20 | 272:17 273:13 | **threatening** | 58:6 61:16 |
| 152:16 158:15 | 275:7 278:6,8 | 105:1 160:23 | 65:10 83:22 |
| 164:12 165:1 | 284:8 | 229:5 | 88:13,16,19 |
| 165:10,12,15 | **thinking** 90:17 | **threats** 160:16 | 98:10,10,15,16 |
| 166:16 169:2 | 109:14 171:6 | 160:20 161:13 | 102:6 103:3,12 |
| 169:18 173:7 | 208:8 210:11 | 161:15,18 | 104:23 108:20 |
| 173:21,24 | 231:14 | 162:7 187:22 | 108:22 112:5 |
| 195:12,20 | **thinks** 34:2,8 | 188:7 252:15 | 113:12 119:17 |
| 196:6,13 | **third** 13:10 | 252:17 | 122:22 124:7 |
| 198:18 199:8 | 26:9 27:24 | **three** 29:18 | 130:19 135:11 |
| 199:13,14,18 | 32:21 113:8 | 37:17 44:23 | 137:3 144:13 |
| 202:6 203:16 | 134:11 175:18 | 45:2 74:15 | 147:4,16,20 |
| 204:11 208:1 | 211:7 220:5 | 146:15 167:20 | 150:22 159:2 |
| 208:16,19 | 248:21 | 184:19 191:20 | 171:10,12 |
| 210:23 211:16 | **thirty** 93:24 | 191:20 210:18 | 172:3 173:22 |
| 211:17 212:18 | 110:18 112:21 | 219:22,23 | 175:1,12 176:2 |
| 214:23 216:22 | **thought** 39:19 | 248:7 | 187:7 190:1,20 |
| 217:1,2 219:14 | 57:13 64:24 | **throw** 280:2 | 191:18 198:17 |
| 219:17 221:3 | 98:21 135:20 | **throwing** | 198:19 206:23 |
| 221:16,19 | 153:7,9 155:18 | 263:18 | 208:6,15,21 |
| 222:14,20 | 173:11 202:21 | **thumb** 283:10 | 214:15,18 |
| 224:10 226:19 | 213:9 256:11 | **thursday** 26:6 | 216:17 232:4 |
| 226:22 227:11 | 258:9 264:19 | 32:7 200:2 | 233:20 244:2 |
| 227:13,15 | 274:3 | **tied** 209:22 | 245:8 246:18 |
| 228:14,16,21 | **thoughts** 131:4 | 252:12,14 | 247:14,18 |
| 229:12 230:7 | **thousand** | **tim** 3:11 25:10 | 248:17 249:14 |
| 230:13,16,19 | 239:21 | 29:22 30:6 | 249:18 253:10 |
| 231:3,9,10,17 | **thousands** | 153:4 | 254:4 260:24 |
| 231:24 240:8,9 | 68:21,22,22 | **time** 1:17 10:15 | 267:5,10,12 |
| 242:9 248:4 | 103:8,8 239:22 | 16:14 19:3,8 | 275:12,15 |

277:15,21
285:7,14
**times** 6:23 12:5
12:8 26:5 27:3
27:5,7,8,10,17
27:20 44:24
51:14 64:12
149:8 175:14
184:19 198:10
226:23 233:18
234:4 266:4
272:19,20
**timothy** 4:17
110:22
**tina** 2:22 10:23
**tindell** 4:21
111:23
**tired** 150:20
**tisha** 44:22
45:4 112:15,17
112:18
**titled** 73:13
**tn** 1:20 2:6,16
**today** 12:22
58:15 62:1
100:2 105:2
109:19 126:13
137:4 149:24
164:6 167:15
169:24 234:17
254:9 275:20
**todd** 92:1,2,11
93:18

**toes.subnet7x**
6:14
**together** 30:4
64:16 276:19
**told** 47:24 86:5
101:6 114:2
121:16 134:1
157:18 162:17
215:3,7 249:19
267:20 283:21
**tolerant** 266:7
**tolerate** 201:12
**ton** 93:4 211:3
**tone** 222:6
**tongue** 240:24
**took** 22:18 49:9
57:7 58:5
71:19 82:5,5
82:17,21 87:4
98:14 121:19
122:16 135:4,8
158:10 167:14
167:17 171:12
253:8
**tools** 37:4
39:10,11
**top** 17:2 25:10
215:20
**topics** 28:15
76:8 165:21
256:21
**total** 241:8
**totally** 14:21
86:2,18,21

232:3
**towards** 143:11
**towed** 88:2
**tower** 1:18 2:15
9:18,20,20,21
9:24
**town** 18:21
**townsend** 6:3
126:14
**tp** 24:9
**tpusa** 24:9
204:4
**track** 23:4,6
99:5 174:4
176:14 227:23
236:1
**tracking** 23:5
**traditional**
65:3
**tragic** 152:19
**trained** 19:15
**training** 131:9
131:13,14
**trains** 18:5
**transcriber**
287:1
**transcript** 10:6
287:3,5
**transcriptionist**
286:8
**transgender**
20:18,24
**transparency**
230:9

**transparent**
230:2 240:22
**transphobia**
152:21
**traumatic**
174:10
**treat** 183:6
**treated** 92:19
**treating** 53:5
68:17
**treatment**
183:11
**tremendous**
35:8 175:1
**trey** 6:3 126:14
126:17
**trick** 23:7
180:10
**tried** 227:14
231:23
**trouble** 19:16
110:9
**truck** 96:17
**true** 55:19
84:17 130:1
209:17 226:21
250:18 275:5
276:11,21
278:23 281:9
283:2,6,14
286:9 287:5
**trump** 149:21
150:4 213:22

Case 3:25-cv-00528-KAC-JEM     Document 45     Filed 01/21/26     Page 353 of 363
PageID #: 932

| | | | |
|---|---|---|---|
| **trump's** 212:14 | 175:19 178:13 | 42:17 46:13 | 246:16 247:1 |
| **trust** 56:5 | 180:1,10,11 | 64:19 91:6 | 248:22 268:22 |
| 66:20 74:16 | 189:3 190:1 | 93:24 108:23 | **ultimate** 32:23 |
| 77:19 87:7 | 200:8 206:20 | 130:13 135:3 | 33:2 99:23 |
| 158:21 249:2 | 213:5 220:12 | 146:15 153:13 | 100:4,9 159:3 |
| 255:7 | 222:19 227:3 | 167:19 173:1 | 177:7 |
| **trustee** 123:21 | 257:16 | 173:13 191:4 | **ultimately** 22:7 |
| 123:23,24 | **tsu's** 236:19 | 192:24 193:3,6 | 47:16 70:18,19 |
| 124:4 | **tuesday** 170:14 | 208:13 214:8 | 71:13 99:4 |
| **trustees** 15:19 | 175:22 | 215:4 225:23 | 154:9 157:5 |
| 41:17 64:7 | **turn** 20:8 47:9 | 240:3 243:22 | 176:23 |
| 124:3,9,15,17 | 64:6,19 98:7 | 279:8,9 | **umpteenth** |
| 124:20 125:4 | 196:17 207:6 | **tyler** 284:2 | 277:21 |
| 125:18 169:7 | **turning** 19:10 | **typewriting** | **unclear** 273:9 |
| 177:23 178:15 | 19:12 20:2 | 286:7 | **uncomfortable** |
| 178:21 180:24 | 24:14 28:20 | **typing** 51:15 | 146:5 |
| 183:18 185:2,4 | 145:13,16 | | **under** 10:9 |
| 185:8 221:10 | 157:10,21,22 | **u** | 59:11 79:5 |
| 221:23,24 | 158:3,13 159:6 | | 86:3,18,21 |
| 225:11 230:15 | 159:22 204:4 | **u** 70:5 221:18 | 89:7 187:16 |
| 267:14,19 | 204:20 261:16 | **uapa** 192:14 | 191:21 192:23 |
| 268:4 269:5,14 | **turns** 107:12 | **ugly** 151:20 | 217:24 218:2 |
| **truth** 11:16,16 | 107:13 | **uh** 13:11,11,11 | 224:20 262:13 |
| 11:17 13:1 | **tv** 137:12 | 19:2 35:12 | **undergrad** |
| 136:9 151:11 | **tweet** 58:7,9,19 | 37:18 39:4 | 46:12 |
| **try** 13:19 14:10 | 59:24 74:20 | 40:22 50:20 | **undergrads** |
| 212:20 236:1 | 75:7 78:21 | 52:5 73:22 | 46:4 163:11 |
| 247:19 266:9 | 253:10 | 100:17 105:3 | **undergraduate** |
| **trying** 23:7 | **tweeted** 240:16 | 111:3,7 121:1 | 46:11,14,15,16 |
| 34:18 103:19 | **twenty** 20:6 | 149:13 175:2 | 163:3,6,22 |
| 103:21 109:4 | **twice** 214:23 | 183:1 189:16 | 164:9,12 165:1 |
| 129:21 139:7 | **two** 12:7 23:5 | 195:5 206:4 | 165:18 |
| 140:12 147:22 | 29:18 37:6 | 209:3,14,24 | **undergraduates** |
| 163:8,10 | 39:8 41:10,23 | 218:15 223:14 | 46:19 102:17 |
| | | 234:23 245:13 | |

Page 67

Case 3:25-cv-00528-KAC-JEM   Document 45   Filed 01/21/26   Page 354 of 363
PageID #: 933

| | | | |
|---|---|---|---|
| 163:15 165:13 | **understands** | 10:20,24 11:8 | 134:16,22 |
| 166:16,22 | 49:17 | 12:9,11,15 | 138:18 140:11 |
| **undermine** | **understood** | 15:12 21:11 | 148:6,7,11 |
| 87:7 | 58:11 217:24 | 28:21 31:14 | 157:1,23 |
| **undermined** | 249:5 | 38:9 40:12 | 158:21 161:7 |
| 66:20 74:20 | **undoubtedly** | 44:8 54:18 | 175:5 177:22 |
| **undermines** | 151:3 246:14 | 56:4 59:23 | 178:5 181:15 |
| 56:5 | **unequivocal** | 60:12 62:9,11 | 183:5 187:22 |
| **undermining** | 226:18,20,24 | 62:20 64:20 | 188:2,5,12 |
| 78:19 | 227:9,18 | 65:1 66:21,22 | 189:2,4,9,10,11 |
| **underneath** | **unfair** 200:11 | 67:5,19,21 | 190:3 194:6 |
| 18:8 20:9 | **unfathomable** | 68:20 70:10,15 | 197:20 198:22 |
| 28:22 33:18 | 206:13 | 72:6,17 73:4,5 | 198:24 212:20 |
| **understand** | **unfold** 191:17 | 73:24 74:18,22 | 213:3,5 215:20 |
| 10:5 13:3 | **unfortunate** | 75:11,20 76:4 | 216:18 218:1 |
| 62:14 66:5 | 116:14 | 76:5,5,20 | 218:23 219:5 |
| 68:11 86:10 | **unfortunately** | 77:11,18 78:19 | 219:21 220:19 |
| 87:17 102:23 | 146:16 | 79:1 80:1,9,10 | 220:21 224:1 |
| 130:22 145:14 | **unfriended** | 80:14,15,19 | 224:18 227:14 |
| 159:7 163:13 | 52:24 65:21 | 81:12,15 82:4 | 228:14,22 |
| 173:22 208:5 | **unilaterally** | 83:14,17 84:17 | 229:18 231:8 |
| 208:17 225:1,8 | 177:15 | 84:22 85:2,11 | 232:17 238:20 |
| 230:5 248:11 | **union** 196:6 | 86:19 87:5 | 240:22 244:9 |
| 248:13,14,17 | **unique** 230:11 | 90:19 92:6,12 | 254:13 255:7 |
| 249:7,13 250:5 | **unit** 76:5 | 95:3 100:12,13 | 258:16 260:22 |
| 250:15,17 | **united** 1:1 | 101:10,13 | 261:13 270:15 |
| 263:5,8 | 35:11 79:13 | 102:14 103:5 | 271:18 281:11 |
| **understanding** | 196:2,5 212:9 | 107:1 108:3 | 284:1 |
| 19:7 21:10 | **universities** | 110:6,11 | **university's** |
| 28:2 71:13 | 89:13,16 90:2 | 114:12 115:9 | 60:9 76:12 |
| 99:2 102:19 | 90:23 91:3 | 126:17 127:1 | 80:6 83:9,12 |
| 192:22 193:17 | 214:22 | 127:11,14,18 | 126:19 188:4 |
| 224:21 | **university** 1:8 | 128:3 129:24 | 219:9 227:21 |
| | 2:10,14 9:14 | 132:11,17 | 228:7 230:20 |

Page 68
www.veritext.com Veritext Legal Solutions 800-556-8974
Case 3:25-cv-00528-KAC-JEM Document 45 Filed 01/21/26 Page 355 of 363 PageID #: 934

231:17,19
**unknown** 6:5,9
6:16
**unrest** 89:21
201:10 202:8
**unsafe** 262:7
262:10 263:14
265:10 271:6
**unsure** 229:13
**unusual** 245:12
245:15 246:4
246:12
**unwavering**
121:21 122:19
**unwise** 65:2
86:8,13
**updates** 92:8
**upholding**
241:17
**upholds** 194:6
**upper** 46:16
**upset** 57:17
59:2 159:17
173:16 174:6
222:4 235:8
255:12
**usa** 19:10,13
20:2 24:15
28:20 145:13
145:16 157:10
157:21,23
158:3,14 159:6
159:22 204:4
204:20 261:16

**use** 14:14 37:4
38:19 39:1,12
39:16 40:9,12
41:5 86:4,8,8
94:22 99:21
140:9 168:22
172:2 173:21
177:6 212:6
265:6
**used** 21:14,15
38:22 54:17
173:7 199:4
222:5 226:3
239:6 279:24
283:10
**uses** 10:8
**using** 39:17
143:10
**usually** 177:3
**ut** 1:18 2:15
9:19,21,24
25:23 56:19,23
112:4 201:4,9
202:1 207:19
245:7 250:1
259:11 265:21
280:24
**utah** 28:21,24
29:8 117:3,5,7
148:10
**utk** 94:7,9
136:4 255:11
261:18 262:9
262:17 278:13

278:14 280:24
281:5
**utk's** 282:4,17
284:3,14,19
**utk.edu** 37:7,8
**utk.edu.** 37:11
**utter** 129:5

**v**

**v** 1:7 6:7
**vacation** 98:13
98:22
**vacuum** 82:5,6
82:21
**vague** 273:10
282:5,6
**validity** 82:12
**valley** 28:21
148:10
**value** 143:8
**values** 56:4
194:7
**vance** 150:10
**vanessa** 131:1
**vanished** 224:7
224:8
**various** 273:21
**veritext** 9:4
**versed** 193:2
**versus** 172:13
275:11
**veto** 270:13,14
270:14

**vice** 18:4 23:20
23:21 24:23
25:2,18 80:3
112:3,18
150:12,14,23
158:7 197:18
**video** 23:3
29:23 138:12
158:2
**videographer**
2:24 11:1,2
88:12,15
130:16 147:16
147:19 190:19
190:22 267:9
267:12 285:13
**videos** 22:12
**view** 35:5 36:10
36:12 55:24
56:2,11 80:22
80:24 81:1
101:22,24
102:1 109:6
115:5 172:11
182:6 221:4,8
221:10 261:2
268:10 283:12
**viewed** 34:12
**viewpoint** 65:5
75:9,10,12
115:3 144:2,3
146:24 248:14
260:23,24
261:9,10

266:12
**viewpoints**
74:9 203:21
271:19 278:1
**views** 56:9 71:4
74:23 77:17
150:8,17,17
151:1 261:21
262:1 263:6
265:19 275:18
277:16
**vindictiveness**
143:11
**violated** 269:23
**violation**
219:12,14
**violence** 95:2,6
101:13,23
122:23 129:6
129:21 149:22
150:1 151:3,11
155:9,14,22
161:20,22
201:23 212:7
212:10,15
213:14,15,18
213:20,21
214:5,7 237:24
251:2,5 253:2
265:7,22
271:11
**violent** 213:14
228:8 229:4

**viral** 43:21
67:4 103:8
109:5,13 158:5
**voice** 224:2,6
**volunteer**
237:7
**volunteered**
235:9
**vote** 73:3 92:16
106:4
**vs** 9:13

| w |
|---|

**wait** 280:4
**waiting** 48:15
50:14
**waive** 186:21
**waived** 186:19
285:15
**waiving** 186:18
**walk** 159:13
**walking** 135:10
**walkway** 238:4
**want** 12:23
20:5,8 51:4
59:20,20 72:19
75:24 76:1
84:12 142:5
143:22 158:16
171:6 176:2
177:7,11
184:22 190:9
201:12 207:6,6
211:1 217:4

227:5 254:23
272:18 273:3
275:15
**wanted** 50:13
59:10 70:2
86:4 101:7
119:15,16
158:9 174:12
177:19 197:12
211:15 243:17
277:10 283:4
**wanting** 174:7
248:5
**wants** 143:23
152:14 204:14
237:21 268:5,7
**warned** 244:3
**warren** 25:20
**washington**
197:21
**watch** 144:24
145:11,13,14
145:18 146:3
**watched**
138:11 238:22
**way** 24:18
38:22 39:19
44:4 62:16,18
75:21 84:6,11
87:7 96:4,5
100:5 136:15
181:12 185:9
199:18 201:16
203:21 244:24

261:12 277:1
**ways** 69:23
109:12 242:10
**we've** 18:6
77:20 82:16
89:20 131:20
156:5 161:14
198:18 213:15
214:2 258:17
258:18 270:20
**wearing** 236:20
**weaver** 5:4
114:23,24
115:1
**weaver's** 115:3
**website** 38:14
145:21
**wednesday**
1:16 194:21
197:24 198:11
235:3
**weekend**
149:21
**weeks** 256:23
**weight** 105:16
120:3,3 239:24
**welcome** 54:14
87:1,2
**wellbeing**
129:13
**went** 19:23
20:7 39:18
43:20 64:4
67:4 142:1

|  |  |  |  |
|---|---|---|---|
| 158:5 216:15 | **widow** 221:18 | 215:18,22 | 227:15 230:14 |
| 219:15 240:15 | **wife** 54:5,6,8 | 222:15 238:2 | 281:20 282:3 |
| 256:19 260:8 | 66:3 70:5 81:5 | 239:12 260:4 | 282:17 |
| 279:4 | 139:14 214:14 | 265:16 266:17 | **worked** 24:14 |
| **west** 1:19 2:15 | 260:18 261:5 | 268:2 271:14 | 61:5,7 191:15 |
| **whatsapp** | **willingness** | 275:10 279:11 | 272:16 |
| 39:14,16 | 136:9 | 280:15 285:1 | **workers** 196:2 |
| **whatsoever** | **wilson** 58:1,6 | 285:12 286:4 | 196:5,8,14 |
| 13:15,15 270:2 | 60:7 61:19 | **woman** 207:15 | **working** 50:3,4 |
| 276:10 282:21 | **window** 20:16 | **women** 136:12 | 160:19 |
| **whims** 126:24 | **wing** 34:7 | 136:20 137:5 | **workplace** |
| **white** 199:10 | 150:1 | 137:19 210:3 | 220:3,4,6 |
| 235:8 238:11 | **wish** 155:4 | 211:12 262:17 | 227:22 254:24 |
| 238:19 240:23 | **withholding** | 276:23 277:4 | 255:1 |
| 241:3,4,13,17 | 89:2 | **women's** 36:21 | **works** 18:4 |
| 241:20 265:24 | **witness** 10:4,5 | **wondering** | 25:21 27:9 |
| 270:19 271:8 | 11:11,15 15:7 | 23:11 | 66:19 67:21 |
| 284:2,4 | 16:22 27:18 | **word** 20:17 | 101:1 108:17 |
| **whiteboard** | 31:18,22 34:5 | 26:17,21 40:8 | 125:2 135:7 |
| 255:13 | 36:1,13 37:20 | 131:14 222:5 | **world** 54:3,7 |
| **whited** 128:24 | 38:15,17 45:15 | 252:24 282:9 | 65:24 66:2 |
| 138:19 156:18 | 49:20 51:17,21 | 282:11 | 67:13 69:21 |
| 201:18 | 54:16 79:18 | **wording** 48:13 | 70:4 81:8,11 |
| **whitworth** 4:8 | 87:3 94:3 | **words** 24:12 | 95:7 96:1 |
| 5:12 7:3,22 | 108:7 117:21 | 26:14 70:15 | 101:19 111:4 |
| 25:16,17 35:2 | 118:3,8 119:2 | 82:22 101:21 | 134:13 135:21 |
| 91:23 115:20 | 135:16 138:5,7 | 152:4 186:2 | 155:7,13 |
| 115:21,22 | 138:9,11 140:3 | 212:6 251:15 | 179:19 180:3 |
| 119:1 153:4 | 141:9,16 142:9 | **work** 15:17 | 181:21 214:13 |
| 197:18 202:18 | 164:3,16 | 25:23 33:24 | 221:8 232:13 |
| **wholly** 132:15 | 165:16 185:14 | 37:6,6 58:4 | 260:16 261:3 |
| **wide** 73:16 | 186:1,5 190:7 | 62:8 67:19 | 265:17 271:11 |
| **widespread** | 190:16 196:19 | 72:16 87:5 | **worried** 83:23 |
| 274:6,19 | 196:21 206:6 | 157:1 181:21 | 103:13 104:11 |

Case 3:25-cv-00528-KAC-JEM    Document 45    Filed 01/21/26    Page 358 of 363
PageID #: 937

| | | | |
|---|---|---|---|
| 127:17,20 | **wrong** 119:13 | 106:1 108:24 | **year** 92:17 |
| 169:23 | 122:7 146:10 | 109:24 110:16 | **year's** 18:11 |
| **worry** 86:22 | 151:8 256:23 | 112:11,13 | **years** 59:12 |
| 104:12 129:12 | **wrongheaded** | 116:11,11 | 61:24 71:3 |
| 237:9 | 65:4 | 121:18 139:19 | 109:23 174:23 |
| **worrying** 104:9 | **wrote** 60:7 | 146:5 147:13 | 174:23 232:3 |
| **worth** 155:5 | 97:12 104:1,2 | 151:13 153:19 | 232:18 234:21 |
| **worthy** 126:23 | 155:24 170:7 | 154:15 164:6 | 255:14 266:2,6 |
| **wounds** 101:14 | 171:13,13 | 168:9,21 169:5 | 266:8 |
| **write** 40:6 | 235:22 242:4 | 170:4 172:6,16 | **yelled** 168:8,24 |
| 47:10 48:2,3 | 245:10 251:15 | 172:16,17,19 | **yep** 112:22 |
| 84:19 101:8 | 251:16 | 173:18 175:7 | 200:20,22 |
| 102:5 154:22 | | 190:18 197:6,8 | 207:1 220:14 |
| 245:24 246:1 | **x** | 198:4,9 199:11 | 241:10 255:15 |
| **writes** 46:21 | **x** 3:1,5 4:1 5:1 | 199:19,20 | 281:4 |
| 50:16 84:23 | 6:1 7:1 8:1 | 204:24 205:19 | **yesterday** |
| 104:5 129:2 | 40:3 94:9 | 206:17,19,22 | 20:14,15 |
| 154:22 171:11 | 97:10 254:13 | 207:10 211:4 | 156:21 176:3 |
| 179:16 242:24 | **y** | 213:23 215:19 | 198:2 |
| **writing** 103:15 | **yale** 242:22 | 219:19 225:19 | **yesterday's** |
| 125:7 129:3 | **yeah** 11:22 | 226:6,12 | 170:23 |
| 137:14 201:3 | 12:21 19:10,18 | 233:24 235:5 | **york** 26:5 27:3 |
| 216:19,23 | 27:18 32:3 | 235:23 237:5 | 27:5,7,8,10,17 |
| 246:14 | 34:7,10,14,21 | 238:8 239:8,9 | 27:20 149:8 |
| **writings** 49:14 | 35:21 36:13 | 240:4,9,11 | 175:13 198:10 |
| **written** 10:13 | 38:15 43:5 | 245:1,3 254:20 | 233:18 |
| 49:20,21 50:1 | 50:11 51:1 | 256:13,16 | **young** 19:14,14 |
| 70:15 137:12 | 55:23,24 57:6 | 257:12,14 | 74:7 80:11 |
| 137:18 210:15 | 57:7 58:23 | 258:5,8 259:15 | 103:10 157:12 |
| 216:8 221:2 | 68:13 72:23 | 261:11 265:14 | 157:13 |
| 230:20 242:21 | 73:20 75:22 | 266:5 269:6 | **z** |
| 245:1,4 256:4 | 77:3 80:16 | 270:11 273:22 | **zachary** 211:19 |
| 256:6 276:5 | 85:22 88:11 | 274:7 275:10 | 211:20 |
| | 99:10 100:21 | 279:9 285:8,12 | |

**[zachery - zoom]**

**zachery** 211:10
**zomchick** 4:15
  4:19 18:13
  42:14 43:7,9
  44:17,21 45:4
  46:3 48:8 50:3
  61:15 106:15
  111:11 216:8
  216:12,19
**zomchick's**
  48:14
**zoom** 12:18
  45:9

www.veritext.com
Veritext Legal Solutions
800-556-8974

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.