```
 1            UNITED STATES DISTRICT COURT

 2        EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

 3   _____

 4   TAMAR SHIRINIAN,

 5             Plaintiff,

 6       v.                           Case No.

 7   THE UNIVERSITY OF TENNESSEE         3:25-cv-528-KAC-JEM

 8   KNOXVILLE; DONDE PLOWMAN; RANDY

 9   BOYD; and CHARLES NOBLE, in

10   Their Personal and Official

11   Capacities,

12             Defendants.

13   _____

14           VIDEOTAPED DEPOSITION OF RANDY BOYD

15   DATE:         Thursday, January 8, 2026

16   TIME:         9:09 a.m.

17   LOCATION:     UT Tower

18                 400 West Summit Hill Drive

19                 Knoxville, TN 37902

20   REPORTED BY:  Joni C. Bolden

21   JOB NO.:      7824825

22

23

24
```

Page 1

Case 3:25-cv-00528-KAC-JEM    Document 46    Filed 01/21/26    Page 1 of 406
PageID #: 943

```
1                    A P P E A R A N C E S

2    ON BEHALF OF PLAINTIFF TAMAR SHIRINIAN:

3          ROBERT BIGELOW, ESQUIRE

4          Bigelow Legal, PLLC

5          4235 Hillsboro Pike

6          Nashville, TN 37215

7          rbigelow@bigelowlegal.com

8          (865) 804-6272

9

10   ON BEHALF OF DEFENDANTS THE UNIVERSITY OF TENNESSEE

11   KNOXVILLE, DONDE PLOWMAN, RANDY BOYD, AND CHARLES

12   NOBLE:

13         MICHAEL FITZGERALD, ESQUIRE

14         University of Tennessee

15         505 Summer Place

16         Knoxville, TN 37902

17         mike.fitzgerald@tennessee.edu

18         (865) 974-9321

19

20   ALSO PRESENT:

21         Stephen Pendleton, Videographer

22         Tamar Shirinian, Plaintiff

23         Tina Caiazza, Paralegal, University of Tennessee

24
```

Page 2

Case 3:25-cv-00528-KAC-JEM    Document 46    Filed 01/21/26    Page 2 of 406
PageID #: 944

```
 1                          I N D E X
 2    EXAMINATION:                                    PAGE
 3         By Mr. Bigelow                              8
 4
 5                        E X H I B I T S
 6    NO.              DESCRIPTION                     PAGE
 7    Exhibit 82       Email from Cindy Moore
 8                     September 10, 2025, 5:21 p.m.    198
 9    Exhibit 83       Email from Melissa Tindell      200
10    Exhibit 84       Wall Street Journal Subscription
11                     Email                           202
12    Exhibit 85       Email September 14, 2025,
13                     11:43 a.m.                       208
14    Exhibit 86       Email September 14, 2025,
15                     8:05 p.m.                        209
16    Exhibit 87       Email September 14, 2025,
17                     11:03 p.m.                       212
18    Exhibit 88       Email from Randy Boyd to
19                     Melissa Tindell                  215
20    Exhibit 89       Email September 15, 2025,
21                     9:42 a.m.                        215
22    Exhibit 90       Email September 15, 2025,
23                     10:00 a.m.                       218
24
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1                    E X H I B I T S (Cont'd)

 2    NO.             DESCRIPTION                      PAGE

 3    Exhibit 91      Email Helen Spencer to

 4                    Tisha Benton September 15, 2025,

 5                    10:17 p.m.                        223

 6    Exhibit 92      Email September 15, 2025,

 7                    12:28 p.m.                        231

 8    Exhibit 93      Email September 15, 2025,

 9                    2:52 p.m.                         236

10    Exhibit 94      Email Chronicle of Higher

11                    Education, September 16, 2025,

12                    5:05 a.m.                         237

13    Exhibit 95      Email September 16, 2025,

14                    8:43 a.m.                         264

15    Exhibit 96      Email Chronicle of Higher

16                    Education September 22, 2025,

17                    3:42 a.m.                         279

18    Exhibit 97      Wall Street Journal Article       280

19    Exhibit 98      Chronical of Higher Education

20                    Article September 23, 2025        280

21    Exhibit 99      Email September 24, 2025,

22                    10:51 p.m.                        282

23    Exhibit 100     Email September 24, 2025,

24                    8:36 p.m.                         286
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1                    E X H I B I T S (Cont'd)

 2    NO.              DESCRIPTION                     PAGE

 3    Exhibit 101     Defendant Randy Boyd's Answer to

 4                    Plaintiff's Amended Complaint    299

 5

 6             QUESTIONS INSTRUCTED NOT TO ANSWER

 7                        PAGE        LINE

 8                        319          3

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1              P R O C E E D I N G S
 2              THE REPORTER:  Good morning.  My name
 3   is Joni Bolden; I am the reporter assigned by Veritext
 4   to take the record of this proceeding.  We are now on
 5   the record at 9:09 a.m.
 6              This is the deposition of Randy Boyd
 7   taken in the matter of Tamar Shirinian vs. The
 8   University of Tennessee Knoxville, Donde Plowman,
 9   Randy Boyd, and Charles Noble on January 8, 2026, at
10   UT Tower in Knoxville, Tennessee.
11              I am a notary authorized to take
12   acknowledgments and administer oaths in Tennessee.
13              Additionally, absent an objection on
14   the record before the witness is sworn, all parties
15   and the witness understand and agree that any
16   certified transcript produced from the recording of
17   this proceeding:
18                  - is intended for all uses permitted
19                    under applicable procedural and
20                    evidentiary rules and laws in the
21                    same manner as a deposition recorded
22                    by stenographic means; and
23                  - shall constitute written stipulation
24                    of such.
```

Page 6

Case 3:25-cv-00528-KAC-JEM   Document 46   Filed 01/21/26   Page 6 of 406
PageID #: 948

```
 1                    At this time, will everyone in
 2     attendance please identify yourself for the record.
 3     We'll begin with my right and go around this way.
 4                    MR. FITZGERALD:  Hello.  My name is
 5     Mike Fitzgerald.  I'm with the Office of the General
 6     Counsel for the University of Tennessee, and I'm
 7     counsel for the defendants, including Defendant Randy
 8     Boyd.
 9                    MS. CAIAZZA:  Tina Caiazza, paralegal
10     for the University of Tennessee.
11                    THE VIDEOGRAPHER:  Stephen Pendleton,
12     the videographer.
13                    DR. SHIRINIAN:  Tamar Shirinian,
14     Plaintiff.
15                    MR. BIGELOW:  Robb Bigelow, the
16     attorney for Dr. Shirinian.
17                    MR. BOYD:  Randy Boyd, president of the
18     UT system.
19                    THE REPORTER:  Thank you.
20                    Hearing no objection, I'll swear the
21     witness.
22                    Mr. Boyd, please raise your right hand.
23     //
24     //
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1   WHEREUPON,

 2                      RANDY BOYD,

 3   called as a witness and having been first duly sworn

 4   to tell the truth, the whole truth, and nothing but

 5   the truth, was examined and testified as follows:

 6                      THE REPORTER:  Thank you.

 7                      We may proceed.

 8                      EXAMINATION

 9   BY MR. BIGELOW:

10       Q    Good morning, President Boyd.  How are you

11   this morning?

12       A    Good morning.

13       Q    As I said before, my name is Robb Bigelow.

14   We spoke very briefly earlier.  I represent Dr.

15   Shirinian.  Have you ever given a deposition before?

16       A    Yes.

17       Q    Okay.  And how many times?

18       A    I don't know.

19       Q    More than ten?

20       A    I don't think so, but I'm not sure.

21       Q    Okay.  What type of cases did those involve?

22       A    They were all with my company, PetSafe.

23       Q    Okay.  And what company was that?

24       A    My company was Radio Systems Corporation.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1        Q    And what time frame were those depositions,
 2   generally?
 3        A    Yeah --
 4        Q    I'm not holding you to it, I promise.
 5        A    Probably somewhere between 1993 and
 6   two-thousand and -- 2013.
 7        Q    Okay.  So it's been a minute?
 8        A    Yes.
 9        Q    Okay.  Have you ever given a deposition in
10   your capacity as the president of the UT system?
11        A    No.
12        Q    Okay.  I just have a few ground rules.  I'm
13   sure you've heard them before, which is this:  one,
14   most importantly, just tell the truth.
15             The second is, if you don't understand
16   something I'm saying -- I'm from the north originally,
17   although I've lived in Tennessee for a long time now.
18   But I still have a tendency to speak quickly
19   occasionally.  If I do and you're like, "Hey, Bigelow,
20   slow down," I'll happily slow down.  Or if I say
21   something you don't understand, just let me know.
22        A    Can I ask the question where are you from?
23        Q    I'm from -- born in Detroit.  Grew up in
24   suburban Detroit, Grosse Pointe, Michigan.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1        A     Okay.
 2        Q     Like -- yeah.  My folks were both public
 3    school teachers.  I only say that because a lot of
 4    times people will associate Grosse Pointe, Michigan,
 5    with, like, "Oh, well" --
 6        A     Yeah.
 7        Q     Yeah.
 8        A     Lions -- Lions fan?
 9        Q     Oh, yeah, huge Lions fan.
10        A     Yeah.  Believe it or not --
11        Q     Oh, really?
12        A     Yeah.
13        Q     Oh, that's -- let's go.
14        A     Very -- very --
15        Q     That's awesome.
16        A     Yeah, I'm very sad this year.  We -- we
17    actually went to the playoff game last year.  That's
18    a -- we'll talk about that another day.
19        Q     My brother owns a restaurant up in northern
20    Michigan, and Mrs. Ford spends a lot of time up on
21    Crystal Lake up in northern Michigan and goes to his
22    place a lot and has become friends with her and says
23    the nicest things about her and says, like, how
24    awesome she is and all that kind of stuff.  So I don't
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

1  know if you know her or not.

2      A    No.

3      Q    She's a very interesting and cool person.

4  Anyway -- okay.  So that's one thing.  The second

5  is -- or the third, I suppose, try not to say uh-huh

6  or uh-uh.  People do it all the time.  I do it as

7  well.  It's really hard on the court reporters because

8  they don't know what to do when that happens.  Just

9  yes or no or whatever the answer happens to be.  Fair?

10     A    Yes.

11               MR. FITZGERALD:  Can I throw in one

12  more instruction?

13               MR. BIGELOW:  Yeah.

14               MR. FITZGERALD:  It's not my

15  deposition, I know.  But yesterday, there were times

16  when both you and Dr. Plowman were talking at the same

17  time.

18               MR. BIGELOW:  I will not do that today.

19  The reason that happened yesterday is because we were

20  under some time constraints and occasionally the

21  answers, frankly, were going a little long.  And I was

22  trying to -- so that's why.

23               MR. FITZGERALD:  Yeah.

24               MR. BIGELOW:  Normally I wouldn't do

```
 1   that.  Totally fair point, though.
 2   BY MR. BIGELOW:
 3       Q    I will do my best not to interrupt you.
 4                 MR. FITZGERALD:  Yeah.  I'm not
 5   fussing.  It's just a cleaner record if you let him
 6   finish his answer and he lets you finish his question.
 7                 THE REPORTER:  I actually should have
 8   fussed, so thank you.
 9                 MR. FITZGERALD:  Yeah.
10                 MR. BIGELOW:  Absolutely.
11   BY MR. BIGELOW:
12       Q    Finally, if you need to take a break at any
13   time for any reason -- literally any reason, I don't
14   really care -- just say, "Hey, can I take a break?"
15       A    Sure.  Got it.
16       Q    Including for lunch.  As we talked about, I
17   think we're going to take about an hour break so
18   everyone including the court reporter and the
19   videographer can grab lunch.
20            With that said, it's my understanding that
21   you went to the University of Tennessee once upon a
22   time?
23       A    Yes.
24       Q    And you did so while you were working for
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

1  your father's company?

2      A    Yes.

3      Q    Could you -- you don't have to in phenomenal

4  detail, but could you explain kind of what took you

5  from there to the position you have now, and that

6  position being the president of the UT system;

7  correct?

8      A    Yeah.  Okay.  Trying to think about how to

9  do this in a very concise manner 'cause -- but it is

10  the typical story that you've heard a hundred times:

11  dog fence salesman becomes president of the University

12  of Tennessee.

13         So very, very briefly, my dad had a -- a

14  factory that made electric fencing for cattle and

15  horses.  He didn't believe in going to college.  He

16  told me it was a waste of time.  The only reason why

17  you go to college is to get a job and he could give me

18  a job in the factory right then, so why waste your

19  time?

20         But for me, I believed in the value of

21  education.  My peers were going, and I just wanted

22  the -- the accomplishment of being able to get a

23  degree.  And so he made me an offer that I thought was

24  incredible.  He would give me a job so I could pay my

www.veritext.com          Veritext Legal Solutions          800-556-8974

1    way through.

2            And I thought how blessed am I that I can
3    actually work and have a -- and be able to pay my way
4    through college.  I graduated from high school early
5    at 16 and started UT at 16 and graduated in three
6    years, age 19, not because I was smart but because I'm
7    cheap.  It just turns out that it's cheaper to
8    graduate early.

9            Went to work for my dad for two years until
10   I realized he was not that smart and was underpaying
11   me and started my own business, which failed within
12   six months.  And so I -- and then I realized my dad
13   was smarter than I gave him credit for, and I -- but I
14   was too proud to go back.

15           And so I started a second business, which
16   was a very pedestrian business, selling electric
17   fencing out of the back of a Dodge Maxivan with no
18   air, no radio, to farm stores all over the southeast.

19           After -- I had -- I had no air conditioning
20   because there's a theme:  I'm cheap.  And air
21   conditioning used up too much gas, and I didn't want
22   to waste air conditioning on just keeping me
23   comfortable.

24           But -- but I didn't have a radio on purpose

www.veritext.com            Veritext Legal Solutions            800-556-8974

1    because I wanted to make sure I was listening to my
2    customers.  And if you listen to your customers long
3    enough, they'll tell you what you need to hear.  About
4    six years into this, customers started asking me for
5    this product called the Invisible Fence.
6            They said the thing that every salesman
7    likes to hear:  it doesn't matter how much it costs;
8    we'll buy as many as you can get.  And so long story
9    short, I bet everything I owned, which wasn't much, on
10   creating what we -- our version of an invisible fence.
11           We did a lot of things wrong, but the one
12   thing we did right, everybody else that decided to
13   compete with Invisible Fence created franchise
14   dealerships.
15           I'd like to say I had a brilliant strategy
16   of going direct to retailers.  It wasn't really.  It
17   was just the only thing I knew how to do.  I didn't
18   know how to set up -- or dealerships.  So we
19   created -- we set up direct, sold direct to stores.
20   We were about half the price of the competition.
21           My goal was to sell a hundred units a month.
22   The first month we sold 3,000 units.  My distributing
23   business, after six years, was doing a million and a
24   half dollars' worth of business.  In the first six

www.veritext.com                    Veritext Legal Solutions                    800-556-8974

```
1   months with this business, I did a million dollars, in
2   the next year, five million, and nine, and so on.
3            Sold the company in 2020.  We were doing 650
4   million in sales with 4,000 products and 1400
5   employees.  Through that process, in two-thousand
6   and -- starting around 2006, 2007, I had this epiphany
7   that I really didn't need to work anymore.
8            And everything I was working for was to give
9   away to some charity when I died or to my kids.  And
10  we didn't want to give them too much.  So I started
11  realizing that really my -- my life is really
12  dedicated to giving back.
13           So I started spending more of my time as
14  well as my money in giving back.  In 2007, I created
15  a -- a non-profit called -- actually, two things.  We
16  created a -- one initiative in Knoxville to make it
17  the most pet-friendly city in America.
18           And by the way, we got voted the second --
19  or the most pet-friendly city in the southeast three
20  years ago.  We were making progress.  We have the most
21  dog parks per capita of any community in the country,
22  so some progress in that front.  And that would make
23  sense because I'm in the pet business.
24           But in trade for that, Mayor Ragsdale, who
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1    was the county mayor at the time, he had to help me

 2    create the dog parks.  He asked me to help him with a

 3    favor that he -- or a mission that he had, which was

 4    to provide opportunities for more young people in Knox

 5    County to be able to go to at least technical college

 6    and community college free of tuition and fees.

 7             And we specifically wanted to focus on what

 8    we refer to as underserved students that had three

 9    things -- missing three things.  One, they didn't have

10    the athletic or academic ability to get a free ride.

11    Second, they didn't have the money to go.

12             And third, and maybe it turned out most

13    importantly, there was no one in their life that could

14    provide them the mentoring and the encouragement to be

15    able to go.  And so we created a program that did

16    those three things.

17             We provided a -- a last dollar

18    scholarship -- or did three things.  We provided them

19    a last dollar scholarship so that everybody could go

20    free of tuition and fees.  Second, we provided

21    them -- we required them to do some kind of service

22    project, one day's worth of community service each

23    semester.

24             And then third, we matched them up with a
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

1     mentor, which it's a much longer story than we need to

2     probably go into here.  But the mentoring part was the

3     critical element.  We -- the first year, we sent -- we

4     did this all through private dollars.  The first year

5     we sent 300 kids to school.  The next year, 500.  The

6     next year, 700.

7               Now at the end of the 17 years today, we've

8     sent -- we've had -- we've had over 550,000 students

9     across the state of Tennessee fill out FAFSAs and

10    apply.  133,000 have gone to college free of tuition

11    and fees.  That experience helped begin the shift from

12    businessperson to public servant.

13              In 2013, one of my former board members,

14    Bill Haslam, who was then the governor, said, "I'd

15    like for you to come and work for me in state

16    government in higher education."  He actually offered

17    me a particular job.  And I said, I -- I'm a business

18    guy.  I have zero desire in going to government.  It's

19    too slow.  It's too bureaucratic.  I'll never do that.

20              But I volunteered for 30 days to lead a --

21    or -- or 90 days to lead a -- an initiative to look at

22    what we needed to do to reenergize our higher

23    education initiative across the state.  Realized

24    shortly in that it's going to take a year.

1        So I took a year off from my company and
2    spent a year as the governor's special advisor on
3    higher education.  I'll make a note that it's amazing
4    the number of jobs you can get when you're willing to
5    work for free.  So I -- I get to make up my own title.
6    I'm not getting paid.

7        But it was the year that changed my life
8    because in that year I realized that if you really
9    want to make a difference, true -- everything that I
10   thought about a government was true.  It's slow.  It's
11   bureaucratic.

12       But if you really want to make a difference,
13   you can make a bigger impact in public service than
14   you can anyplace else.  In that year, the following
15   year, the first -- the -- within the first 60 days,
16   the governor announced a mission for the state, the
17   Drive to 55, to go from 32 percent post-secondary
18   attainment to 55 percent post-secondary attainment.

19       And never as a private individual could
20   ever, like, set a mission for the state.  But in this
21   capacity, you could.  That year, we created five
22   strategies to get there, one of which was to take that
23   little idea that we had in Knoxville about Knox
24   Promise that became Tennessee -- or Knox Achieves that

1    became Tennessee Achieves.

2            We -- we were able to be there when the

3    governor announced -- I was with the governor --

4    announced at the state of the state in 2014 that he

5    was going to create a new program called Tennessee

6    Promise which made it possible for every student in

7    the state of Tennessee to be able to go to technical

8    college and community college free of charge, and it

9    wouldn't cost the taxpayers a penny.

10           And so that was the year that changed my

11   life.  When he asked me to come back to be a

12   commissioner of economic community development to

13   bring jobs to all those students that were graduating,

14   I said yes.  Did that for two years.

15           Then decided we had some incredible

16   initiatives around running -- around helping our rural

17   communities around finishing the Drive to 55.  And --

18   and we had some initiatives around trying to mitigate

19   the -- the damages of substance abuse and misuse,

20   focused mostly on opioids.

21           There was so much work to be done, and I was

22   worried that we wouldn't be able to get it done in the

23   last two years of his administration.  So decided that

24   to try to add on to his legacy, his mission, that I

www.veritext.com          Veritext Legal Solutions          800-556-8974

1  would run for governor and add another four to eight
2  years.
3        I failed.  But, you know, when it was over,
4  it was -- I -- when I started running for governor,
5  I -- for the first 60 days, I would always say, "It's
6  not about the job.  I don't really want the job.  It's
7  about completing the mission," until my campaign
8  manager told me, "Stop saying that.  You have to say
9  you want the job."
10       But when I lost, it really wasn't that big a
11 deal because I just thought, okay, that was one way to
12 a means to an end.  How else can we go about achieving
13 these same goals?  And miraculously, a week after the
14 election, Joe DiPietro called me up and said, "We've
15 been talking about" -- there's a little bit of a -- a
16 banter in between.
17       But at the end of a lunch, he said, "By the
18 way, I'm thinking about retiring.  Would you be
19 interested in being the president of the University of
20 Tennessee?"
21       Talked to my two bosses, two potential
22 bosses, John Compton, who was the chairman, and Bill
23 Haslam, who was the -- the governor, said, "Look, I'll
24 do this for six months, but it's got to be like when I

www.veritext.com          Veritext Legal Solutions          800-556-8974

1   was a special advisor on higher education.  I have to
2   be able to come in and be transformative.  If you want
3   somebody just to be a caretaker, pick somebody else."
4           And they said I could.  And within the six
5   months, I realized that if you really wanted to make a
6   difference in the lives of the people of Tennessee,
7   there's probably no other a better place than as the
8   president of the University of Tennessee.  So I've
9   stuck around now for seven years.  So that's
10  relatively short story, but that's the story.
11          Q    That's fantastic.
12          A    Yeah.
13          Q    Thank you for sharing.  As someone whose dad
14  taught high school, public high school building
15  trades, and whose mom taught 1st grade for 36 years
16  public school in the same classroom, to me, one of
17  your wonderful accomplishments is the Tennessee
18  Promise.  I applaud you for that.  I think that's
19  fantastic.
20          A    I appreciate that.  Thank you.
21          Q    I really -- I truly mean that.
22          A    Thank you.
23          Q    Could you, for a moment, speak on your run
24  for being governor?  When was that?  What did you

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1   learn?

 2        A    So I announced in March of 2017, and we lost

 3   in, I think, August 4th of 2018.  The best part about

 4   running for governor -- I'll just talk -- talk about

 5   the best part about running for governor -- is getting

 6   to know the people of the state.

 7             And I think you can't -- you can't require

 8   this, but I think it would be great for any president

 9   of a land grant university who's charge is to serve

10   the people of the state to somehow get to know the

11   people of the state before you take the job.  And I

12   couldn't think of a better way of getting to know the

13   people the state than doing that.

14             I would spend 16 hours a day for year, a

15   year and a half, going to lunches, to town halls, to

16   every type of venue talking to people what they --

17   about what they needed and -- and got to know the

18   people of our state.  And so I think it -- for me, it

19   helped me be able to serve the people of the state

20   better.

21        Q    And the president at the time was President

22   Trump?

23        A    Yes.

24        Q    Okay.  How, if at all, did he play in
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1   running for governor?
 2        A    I can't recall.  I mean, he was -- he was
 3   the president, and so -- but it didn't really -- he
 4   wasn't really a -- a big factor in the -- in the
 5   governor phase.
 6        Q    Okay.  Did people -- like, you ran as a
 7   Republican?
 8        A    Yes.
 9        Q    Okay.  Did people try to get his endorsement
10   as they ran for governor?
11        A    I don't know.
12        Q    Okay.  Did you try to get his endorsement?
13        A    No.
14        Q    Okay.  Ultimately, did whoever won -- was it
15   Bill Lee who ultimately won?
16        A    Yes.
17        Q    Do you know if Governor Lee ended up with
18   his endorsement?
19        A    I don't believe so.
20        Q    You did not.  Okay.  Okay.  But do you know
21   for a fact, or are you guessing?  Because it was my
22   understanding --
23        A    It -- I'm mostly sure that he did not, but
24   that -- but it's been nine years ago, so in the
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

1  last -- maybe -- maybe during the general election, he
2  might have.  During the -- I could say during the
3  primary, I'm -- I'm pretty sure that he did not.
4      Q    What is your understanding about current
5  politicians with regards to having the endorsement of
6  President Trump?  Is it a big deal for Republicans to
7  have President Trump's endorsement?
8      A    I'm staying so much out of politics now in
9  this job I couldn't really tell you.  It's not -- it's
10 not something I spend a lot of time thinking about.
11     Q    Okay.  Would it surprise you if generally
12 most Republicans say it's a pretty big deal to have
13 President Trump's endorsement?
14              MR. FITZGERALD:  Object to the form.
15              THE WITNESS:  Repeat the question.
16 BY MR. BIGELOW:
17     Q    Would it surprise you if most Republicans
18 today who run for office say it's a big deal to have
19 President Trump's endorsement?
20     A    No.
21     Q    Okay.  And currently, or at least, let's
22 say, within the last year, how many phones have you
23 used?  Do you just have one phone?  Do you have
24 multiple phones?

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1        A    I have two phones.

 2        Q    Okay.  And what are those numbers?

 3        A    My personal number is (865) 599-5149.  And

 4   the UT phone, I don't know the number.

 5        Q    Okay.  As far as any sort of communications,

 6   either in your personal or professional capacity, what

 7   platforms do you use?  And when I say that, I mean,

 8   you know, text messaging, WhatsApp, Signal, Instagram,

 9   iMessage, Facebook, so on and so forth, anything that

10   you use.

11        A    You need me to list every form of

12   communication?

13        Q    Please.

14        A    I have -- I get email.  I have text.

15   Sometimes Messenger.  Sometimes on Instagram.  But

16   those are both very, very rare.  And sometimes when

17   I'm in Europe, because -- I'll use WhatsApp.

18        Q    Okay.  So the first thing you said was

19   email; correct?

20        A    Yes.

21        Q    How many different emails do you use to

22   communicate with people?

23        A    Two.

24        Q    And what are those emails?
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

1      A     randy@tennessee.edu and rdb@randyboyd.com.

2      Q     Those are the only two?

3      A     Yes.

4      Q     Okay.  And is the rdb@randyboyd.com, is that

5   more personal side things?

6      A     It's my personal email.

7      Q     Okay.  Do you ever use it for non-personal

8   things occasionally, or is it always personal?

9      A     Define personal.

10     Q     Okay.  That's fair.

11     A     Yeah.

12     Q     That's fair.  As far as, you said you use

13  text, and through what?  Like, just text on your two

14  different phones?

15     A     I think it's true that I probably never text

16  on the UT phone.  Every once a year somebody might

17  accidentally send a text 'cause they get saw it on an

18  old business card, but I don't text on that phone.

19  It's usually all on the -- the 599-5149 number.

20     Q     That's the personal, your personal number?

21     A     Mm-hmm.

22     Q     Do you ever delete any of those texts --

23     A     Yes.

24     Q     -- or do you keep them?  How often do you

```
 1   delete them?
 2        A     Probably once a week.
 3        Q     And you do so just as a matter of course?
 4        A     Yes.
 5        Q     Okay.  Who's your provider?
 6        A     AT&T, I believe.  Pretty sure.
 7        Q     And have you had that same phone this past
 8   year?
 9        A     Yes.
10        Q     Okay.  You also mentioned messages -- well,
11   actually, let me go backwards for a second.  Do you
12   delete all of your text messages from that phone once
13   a week or --
14        A     Yes.
15        Q     Okay.  You'd mentioned Messenger as another
16   form.  What are you -- what Messenger?
17        A     Sorry.  That's a -- a product of -- of Meta
18   attached with Facebook.
19        Q     Okay.  Like Facebook Messenger, like --
20        A     Yeah.
21        Q     -- friends and things like that?
22        A     If I post something, people might send a
23   message based on a post.
24        Q     How many Facebook accounts do you have?
```

www.veritext.com                Veritext Legal Solutions                800-556-8974

```
 1        A    I have one personal one that I'm -- I use
 2   for family.  And then there's a former Randy Boyd
 3   Facebook page left over from the campaign that we'll
 4   use sometimes to post, amplify certain messages.  And
 5   then third, there -- there's a UT president Facebook
 6   page.  I believe that's the only ones I know of.
 7        Q    Do you delete any of those messages?
 8        A    Yes.
 9        Q    And how often do you delete them?
10        A    I'm not sure.
11        Q    Okay.  Is there any --
12        A    There's not that many.
13        Q    Is there any reason why you delete them?
14        A    This may be not correct, but I've always
15   thought that it was using up too much memory, and so
16   I -- I delete pictures.  I delete messages and so keep
17   everything as -- as lean as possible.  And I'm very
18   anti clutter.
19        Q    Is the same answer true for your text
20   messages?
21        A    Yes.
22        Q    Okay.  Did anyone ever -- did it ever come
23   to your attention that when you are sued, you
24   shouldn't delete all of your messages?
```

www.veritext.com                Veritext Legal Solutions                800-556-8974

```
 1        A    No.

 2        Q    Okay.  Let's have the same questions with

 3   Instagram.  How many Instagram accounts do you have?

 4        A    Probably the same three.  One personal one,

 5   one from the old Randy Boyd account from the campaign,

 6   and then one UT -- UT president account.

 7        Q    And same thing with the clutter, do you

 8   usually delete those after a week?

 9        A    Yes.  Yeah, it's -- there's so few.  It may

10   not be every -- every week 'cause there's just -- you

11   know, I may not get a Instagram message, a single one,

12   in a month, so --

13        Q    Totally fair.  And then you'd mentioned

14   WhatsApp.  And I think -- I don't want to

15   mischaracterize what you said, obviously.  I think you

16   said like when you travel occasionally overseas?

17        A    Yes.

18        Q    And is that really the only time you use

19   that, or do you use it out, like, when you're -- do

20   you ever use it when you're here?

21        A    No.

22        Q    Okay.  So if you're going overseas, is that

23   your exclusive messaging that you use?

24        A    No, just with certain groups.
```

```
 1        Q     Okay.  What groups are those?
 2        A     St. Jude's marathons.  So when we -- when we
 3   go to run a marathon in Berlin or Sydney, they create
 4   a WhatsApp account.  And that's -- and that's how
 5   everybody communicates.
 6        Q     And you're like -- you're an avid marathon
 7   runner; correct?
 8        A     Yes.
 9        Q     How many marathons have you run?
10        A     Fifty-seven.
11        Q     Congrats.  That's awesome.
12        A     Thank you.
13        Q     How many continents have you run marathons
14   in?
15        A     Seven, including Antarctica.  That's always
16   the one everybody asks me.
17        Q     That's fantastic.  Have you visited every
18   country?  And the only reason I ask is I have a friend
19   who told me the other day he's visited every country
20   but two, which I was astounded by.
21        A     I'm curious what two.
22        Q     And when he says visit every country, he
23   says he has to stay overnight there.  That's his,
24   like, rule.  You can't just, like, touch down.  The
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
1   two are maybe not surprising:  Venezuela and North
2   Korea.
3        A    Okay.  I've got one of those two, but I'm
4   surprised, like, he's been to Sudan and South Sudan.
5   So I -- there's 196, according to the UN, 'cause I am
6   trying to count or trying to get there.  It is one of
7   the goals.  I'm at 85, so I got a long ways to go.
8        Q    But you'll get there.
9        A    I'll -- yeah, there'll be certain ones like,
10  say, South Sudan that I might save to the last.  So at
11  least you say, you know, he met his end, but at least
12  he made the --
13       Q    I'm a Methodist, and I sing in my choir.
14  And he is a choir member with me.
15       A    That's impressive.  A hundred -- yeah.
16       Q    And it's really cool.  I suppose I should
17  ask you along those lines, why are you a Lions fan?
18  And I'm sorry for that because I'm a Lions fan too,
19  and I feel your pain.
20       A    I pull for the underdog, and -- and they
21  just had a very exciting team.
22       Q    How long have you been a Lions fan?
23       A    Four years.  So I'm also a Titans fan.  And
24  you have to pull for somebody if you're a Titans fan.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1    You got to -- you -- you got to have a backup if
 2    you're a Titans fan.
 3         Q    Titans are my second team, and I have a
 4    tough time.
 5         A    It's tough.
 6         Q    It's tough.
 7               MR. FITZGERALD:  Robb, we received a
 8    public records request for documents, and we imaged
 9    his phone.
10               MR. BIGELOW:  We can talk about that
11    later.  I'm not asking about it.
12               MR. FITZGERALD:  Okay.
13               MR. BIGELOW:  I'm not -- I mean, we'll
14    deal with it whenever we deal with it.
15               MR. FITZGERALD:  Okay.
16    BY MR. BIGELOW:
17         Q    As far as groups you are involved in,
18    social, political, religious groups, in the last,
19    like, I don't know, three years, what social groups,
20    if any, have you been involved with?
21         A    So you mentioned religious would be Erin
22    Presbyterian Church.
23               THE REPORTER:  I'm sorry.  What
24    Presbyterian?
```

www.veritext.com                Veritext Legal Solutions                800-556-8974

```
 1                    THE WITNESS:  Erin, E-R-I-N.
 2                    THE REPORTER:  Thank you.
 3                    THE WITNESS:  Erin Presbyterian Church.
 4       Sorry.
 5                    Maybe further define social.  I'm
 6       trying to think of what --
 7       BY MR. BIGELOW:
 8           Q    I don't know.  Country clubs or fraternities
 9       or civic clubs, I suppose, although this may or may
10       not be considered social.  Just --
11           A    So I -- I'm not a member of a fraternity,
12       not a member of a country club.  I am theoretically,
13       technically, a member of the Knoxville Downtown Rotary
14       Club, but I'm setting the record for the most meetings
15       missed.  Pretty sure I own that.
16           Q    Fair.  Yeah.  Fair.  Political organizations
17       that you --
18           A    I'm -- I'm not in any political
19       organizations now.
20           Q    Okay.  What political organizations were you
21       in?
22           A    In 1975 and '76, I was in the Teenage
23       Republicans, and that's it.
24           Q    What led you to the Republican Party?
```

Page 34

```
 1        A    My father.
 2        Q    Okay.  Tell me more.
 3        A    Said that "the Boyds are Republicans and so
 4   that's what you are, son."  It's like Ernest
 5   Hemingway.  Which one -- For Whom the Bell -- no,
 6   Farewell to Arms:  "Why are you a communist?"
 7   "Because everybody in this community are communist."
 8   It's just that's what we -- the family was.  This is
 9   the family thing.
10        Q    What kept you in the Republican party?
11        A    I thought I aligned at -- with -- with
12   their -- generally with their philosophy.
13        Q    Just tell me more about that, if you would.
14        A    I believed in free trade, in less
15   government, and lower taxes.
16        Q    When did you first -- well, do you know who
17   Charlie Kirk is?
18        A    I -- I know more about him now than I did.
19   Yes, I do.  I know -- yes, I do.
20        Q    When did you first become aware that there
21   was a person named Charlie Kirk?
22        A    Probably truly aware on the day of his
23   murder.  I was reminded afterwards that he had spoken
24   on our campus earlier that year.  But when he
```

www.veritext.com            Veritext Legal Solutions            800-556-8974

1    spoke -- somebody had mentioned the name, and I
2    didn't -- it didn't register.
3           But it just -- I just knew that we had
4    somebody on campus that may be controversial.  And I
5    knew that the campus took -- and the campus reported
6    to me afterwards that we had no incident.  But I -- I
7    couldn't recall who the person was.
8         Q    When he came to -- you said you remembered
9    when he came to campus; is that correct?
10        A    No, I knew that we had somebody that was
11   coming that was controversial.  Somebody had mentioned
12   the name.  I had forgotten the name.
13        Q    Okay.  So as of the day he was murdered, how
14   much -- what did you know about him?
15        A    Nothing.
16        Q    Okay.  The day he was murdered, what did you
17   learn about him?
18        A    Very little that day.
19        Q    What about in the -- you know, as you know,
20   we're here because of a comment involving Charlie
21   Kirk.  Would you agree with that?
22        A    Yes.
23        Q    Okay.  Between the time Mr. Kirk was
24   murdered and the time you learned about that comment,

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1  what did you learn about Charlie Kirk?
 2       A    Not much, but I can't recall.  I did -- I
 3  did not spend time researching Charlie Kirk.
 4       Q    Between that time period, did you look at
 5  any newspapers?
 6       A    Yes.
 7       Q    And was Charlie Kirk's name all over, like,
 8  the front page of pretty much every newspaper?
 9       A    Yes.
10       Q    Okay.  Did you read any newspapers?
11       A    Yes.
12       Q    Okay.  So it was big news?
13       A    Yes.
14       Q    Like, it took up all the headlines.  Is that
15  fair to say, at the --
16       A    Yes.
17       Q    Okay.  I want to go to a few things.  I want
18  to delve into your role as the president of the UT
19  system.  Could you explain that to me?
20       A    Yes.  So the board of trustees appoint -- or
21  appoints the president to oversee the entire
22  corporation of the University of Tennessee, which
23  includes five campuses and two institutes, and then
24  also we manage Oak Ridge National Labs through a
```

www.veritext.com                Veritext Legal Solutions                800-556-8974

1  partnership with UT-Battelle.  So my responsibility is
2  to operate this entire organization.
3      Q    So you're the boss of all of the
4  chancellors?
5      A    Yeah.  One of my most important roles is to
6  select leaders.  So I have -- yes.
7      Q    Is that a fair thing to say?
8      A    Yeah.  Yes.
9      Q    Okay.  And then based on what you're saying,
10  your boss is the board of trustees?
11      A    Yes.
12      Q    Okay.  How big is the board of trustees?
13      A    Fourteen.
14      Q    Do you know their names?
15      A    Yes.
16      Q    Okay.  Who are they?
17      A    You want me to say all of them?
18      Q    Yeah.  I'm just curious.
19      A    Okay.  John Compton is the chair of the
20  board.  The chairman of the -- oh, I'll just give you
21  the -- the names.  We have Jamie Woodson, Bill Rhodes,
22  Lang Wiseman, Decosta Jenkins, Brad Box, Shanea
23  McKinney, Chris Patterson, David Wade, David Watson,
24  and Bill Haslam.

www.veritext.com          Veritext Legal Solutions          800-556-8974

1         And by statute, whomever the commissioner of
2    agriculture is also on the board.  And the current --
3    the -- the current one is Andy Holt.
4         Q    Super impressive, by the way.  I mean, I
5    have --
6         A    It's my bosses.
7         Q    I have friend groups where if you're like,
8    name all your friend groups, I'm like, I can tell you
9    all about them.  But if you -- sometimes I'll blank.
10   But thank you.  And they are your -- like you said,
11   they're your bosses.  How did they get appointed?
12        A    Twelve of the 14 are -- well, no, 11 of the
13   14 are appointed by the governor.  One is there by
14   statute, which is Andy Holt, the commissioner of
15   agriculture.  And two currently were appointed by --
16   one by the speaker of the house and one by the -- the
17   lieutenant governor and the speaker of the senate.
18        Q    Okay.  Do you know if the entire board are
19   Republicans?  Or is it mixed, or do you know?
20        A    I -- I don't know.  We -- we never ask them
21   their political affiliation.
22        Q    Okay.  Okay.  How do you know -- and I did
23   my best to write down all the people you named.  I'm
24   going to go by last names.  And I do know the first

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1   name of Mr. Compton.  How do you know John Compton?
 2        A    He was a business leader in Knoxville
 3   for -- for many years, somebody I became aware of.  He
 4   also joined a -- a private equity company called
 5   Clayton, Dubilier & Rice.  And that company actually
 6   acquired my old company.  And then of course I know
 7   him as my -- my boss at the University of Tennessee.
 8        Q    Are you guys friends?
 9        A    Yes.
10        Q    Okay.  Do you hang out socially?
11        A    A little.
12        Q    I'm sorry?
13        A    Yes.
14        Q    Okay.  Well, like when was the last time you
15   saw Mr. Compton?
16        A    For business, for lunch this Monday.
17        Q    Okay.  Have you ever spoken with him about
18   this case?
19        A    Yes.
20        Q    Okay.  And what have you told him?
21        A    I've given him an update on where we're at
22   in the process.
23        Q    Okay.  And let's go to -- and again, I'm
24   sorry.  I only wrote down last names.  Let's go to Mr.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1   or Ms. Woodson.
 2        A    It's Ms. Woodson.  Jamie Woodson.
 3        Q    And do know Ms. Woodson?
 4        A    Yes.
 5        Q    And how do you know Ms. Woodson?
 6        A    She's been a education advocate and leader
 7   in the state of Tennessee for some time and became the
 8   executive director for SCORE, which advocates for
 9   educational reform.  So we worked closely together
10   when I was leading educational reform efforts for the
11   state of Tennessee.  And we've known each other ever
12   since.
13        Q    Okay.  Is she a friend?  Do you consider a
14   friend?
15        A    Yes.
16        Q    Okay.  And you've known her for like
17   ten-plus years?
18        A    I would say I -- since 2008, so 17 years.
19        Q    And have you ever spoken with Ms. Woodson
20   about this case?
21        A    We briefed the board at the -- at a board
22   meeting in our audit and compliance meeting.  And
23   actually, our attorney was the one that briefed
24   the -- the entire board about the case.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1       Q     Okay.  When was that?

 2       A     October 23, 2025.

 3       Q     And why was the board briefed?

 4       A     They're briefed on all legal matters.

 5       Q     Okay.  Do they have decision-making

 6   authority?

 7       A     They have a decision-making authority.

 8       Q     Okay.  Who is Mr. or Ms. Rhodes?

 9       A     Bill Rhodes, he's from Memphis.  He's a --

10   he was a graduate of UT Martin, and he's a member of

11   the board of trustees.  And he's the chairman of the

12   finance committee.

13       Q     I have a very true affinity for UT Martin,

14   but because we're in litigation, I will not tell you

15   what that is because the people who I love, I cannot

16   do that.  Complete aside.  But it's a great school.

17   It's a great school.

18       A     I agree.

19       Q     And how long have you known Mr. Rhodes?

20       A     I'm not sure.

21       Q     Are you friends?

22       A     Yes.

23       Q     Okay.  Have you spoken with him about this

24   case?
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1      A      Only in the context of the audit and
 2   compliance hearing where the attorney was briefing
 3   him.
 4      Q      Okay.  Have you -- and I should have asked
 5   you about this, and I apologize.  I said spoken with
 6   regards to Mr. Compton.  Have you texted or
 7   communicated aside from speaking with Mr. Compton
 8   about this case?
 9      A      Say that again.
10      Q      So when I asked you, have you spoken with
11   Mr. Compton a few minutes ago about this case, you
12   said, "Yes, I've spoken with about this case."  But
13   what I didn't ask you and I should have is, have you
14   communicated with him in any other way, like all the
15   things that we've mentioned like email, text, message,
16   so on and so forth.
17      A      Not that I recall.  There was a -- a general
18   email, which I think you have a copy of, that I sent
19   to the board, making them aware of actions we may be
20   taking.  But I haven't -- I don't recall any other
21   communications about the case.
22      Q      Okay.  Or for that matter, Dr. Shirinian?
23   When I say this case, I mean issues involving this
24   case.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1      A    Not that I recall.
 2      Q    Okay.  And same question with Ms. Woodson.
 3  Have you communicated with her, like text messaging
 4  or --
 5      A    No.
 6      Q    Okay.  And what about Mr. Rhodes?
 7      A    No.
 8      Q    Okay.  Next, I believe you mentioned either
 9  Mr. or Ms. Wiseman?
10      A    Mr. Lang Wiseman.
11      Q    Okay.  And how do you know Mr. Wiseman?
12      A    I've known him, I think, since he became the
13  legal counsel for Governor Lee.
14      Q    So he's a lawyer?
15      A    He is.
16      Q    Okay.  Are you friends?
17      A    Yes.
18      Q    Do you hang out socially?
19      A    No.
20      Q    Okay.  Have you spoken with him about this
21  case ever?
22      A    Not beyond the context that we discussed.
23      Q    Okay.  Same answer with text messaging and
24  the like --
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1        A     Yeah.

 2        Q     -- or any sort of other messaging?

 3        A     No.

 4        Q     Okay.  Ms. Jenkins?

 5        A     Mr. Jenkins.

 6        Q     Mr. Jenkins.

 7        A     Decosta Jenkins.

 8        Q     And who is Decosta Jenkins?

 9        A     Former CEO of NES, National Electric --

10   NES -- NEC -- the national power company.  And --

11                MR. FITZGERALD:  It's NES.

12                THE WITNESS:  NES.

13                MR. FITZGERALD:  Yeah.

14   BY MR. BIGELOW:

15        Q     Have you known Mr. Jenkins a long time?

16        A     Just through this board.  So I guess I'm not

17   sure when he came on the board.  I think it would've

18   been two-thousand and -- I don't know.  But he's --

19   he's just through the board.

20        Q     Okay.  Have you spoken with him about this

21   case?

22        A     Not beyond the context that we've discussed

23   with others.  We -- we had a -- a board meeting on

24   October 23rd at the audit and compliance committee in
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1   which our attorneys or general counsel shared a
 2   briefing of the case with them.
 3       Q    At that board meeting, did you speak?
 4       A    I don't recall.
 5       Q    Are there minutes for that board meeting?
 6       A    Not in audit and compliance, a private
 7   session.  But mostly it was mostly the attorneys, if
 8   not all the attorneys.  Usually, we -- we rely on the
 9   general counsel to provide legal briefs.
10       Q    Okay.  But you don't recall.  So you might
11   have spoken, but you just don't know?
12       A    I don't know.
13       Q    Okay.  Have you communicated with Mr.
14   Jenkins about this case or Dr. Shirinian?
15       A    No.
16       Q    Okay.  Mr. or Ms. Box?
17       A    Mr. Brad Box.
18       Q    Mr. Brad Box.  And who is Mr. Box?
19       A    He's an attorney from Jackson, Tennessee.
20       Q    And how do you know him?
21       A    Through the board.
22       Q    Are you friends with him?
23       A    Yes.
24       Q    Okay.  How long have y'all been friends?
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1      A    Just through the role of the -- of the
 2  board.
 3      Q    Okay.  Same question, have you spoken with
 4  him about this case at all?
 5      A    No, other than the -- in the context of
 6  having our attorneys brief him.
 7      Q    Okay.  And potentially -- but you don't
 8  recall -- potentially at that meeting.  What about Mr.
 9  or Ms. McKinney?
10      A    Miss.
11      Q    Ms. McKinney.  And who is Ms. McKinney?
12      A    She works for -- she's in HR working for
13  AutoZone in Memphis.  And she's a pharmacist or has a
14  degree in pharmacy.
15      Q    And do you only know her through the context
16  of this board?
17      A    Yes.
18      Q    Okay.  Do you ever meet her outside of the
19  confines of board meetings?
20      A    Out -- we -- she does come to other UT
21  functions, and but just through UT functions.
22      Q    Okay.  Have you ever spoken with her about
23  Dr. Shirinian or this case?
24      A    No.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1      Q    Okay.   I may have -- the --
 2                MR. FITZGERALD:  Patterson.
 3                MR. BIGELOW:  Patterson.  Sorry.  My --
 4                THE WITNESS:  Yeah, Chris Patterson.
 5                MR. BIGELOW:  I was doing as best as I
 6   could.
 7                THE WITNESS:  Attorney.
 8   BY MR. BIGELOW:
 9      Q    Chris Patterson?
10      A    An attorney in Memphis.
11      Q    Same question, sir -- well, first of all,
12   how do you know him?  Just through the board?
13      A    Just through the board.
14      Q    Okay.  Have you spoken with him about this
15   case?
16      A    No.
17      Q    Or Dr. Shirinian?
18      A    No.
19      Q    Okay.  What about Mr. or Ms. Wade?
20      A    Mr. David Wade, current CEO of EPB power
21   company in Chattanooga.  I've only known him through
22   this -- through his official role with UT.
23      Q    And I know this is so broken record, but I
24   have to do it.  Right.  Have you spoke with him about
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1  this case?
 2        A    No.
 3        Q    Okay.  And same thing, any sort of
 4  communications?
 5        A    No.
 6        Q    Okay.  Mr. or Ms. Watson?
 7        A    Mr. David Watson.  I think he's the chairman
 8  of an automobile dealership, franchises in
 9  Chattanooga.
10        Q    And have you spoken with him about this
11  case?
12        A    No.
13        Q    Same question with regards to messaging at
14  all?
15        A    No.
16        Q    Okay.  Mr. Haslam?
17        A    Yeah, Mr. Bill Haslam, former governor,
18  former mayor, former business executive.
19        Q    How long have you known Mr. Haslam, Governor
20  Haslam?
21        A    Probably since 2006.
22        Q    Are you friends?
23        A    Yes.
24        Q    Good friends?
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1        A    Yes.
 2        Q    Okay.  Have you spoken with him about either
 3   this case or Dr. Shirinian?
 4        A    No.
 5        Q    Okay.  And Mr. Holt, same questions.
 6        A    Commissioner of agriculture, former state
 7   representative.  I've known him since 2018.
 8        Q    Friends?
 9        A    Yes.
10        Q    Spoken with him about this case?
11        A    No.
12        Q    Or Dr. Shirinian?
13        A    No.
14        Q    I'm going to ask you the same question.  Did
15   you communicate with any of these people about Charlie
16   Kirk?
17        A    No.
18        Q    Like, perhaps like after he got shot, have
19   any of them texted you?  Did any of them text you or
20   call you after he got shot?
21        A    No.
22        Q    Okay.  As far as --
23                   MR. FITZGERALD:  Robb?
24                   MR. BIGELOW:  Yeah.
```

www.veritext.com        Veritext Legal Solutions        800-556-8974

```
 1                    MR. FITZGERALD:  I'm looking at the
 2      webpage of the board, and I see a name he may have
 3      left off.
 4                    MR. BIGELOW:  Please.
 5                    MR. FITZGERALD:  Okay.  In the interest
 6      of completeness, Donnie Smith.
 7                    THE WITNESS:  Sorry.  Yes.  He's our
 8      one -- one board member that is out of state.  So I
 9      was going -- going geographically across the state,
10      and I left him off.  He's in Arkansas.  But Donnie
11      Smith.
12      BY MR. BIGELOW:
13           Q    And who is Donnie Smith?
14           A    Former CEO of Tyson Foods.
15           Q    Same questions, sir, are you friends with
16      Mr. Smith?
17           A    Yes.
18           Q    Okay.  How long have you been friends with
19      Mr. Smith?
20           A    Since I've been in this role.
21           Q    Okay.  And he's one of your bosses?
22           A    Yes.
23           Q    So you're friends with all your bosses,
24      essentially?
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1        A    Yes.
 2        Q    Okay.  And you speak with them -- do you
 3   speak with all of them outside of the realm of your
 4   position?  Or are you -- do you socialize with any of
 5   them aside from Mr. Compton?
 6        A    Socialize being a -- if you -- would you
 7   consider if you go to a football game that that would
 8   be socializing?
 9        Q    Absolutely.
10        A    Then yes.
11        Q    Okay.  Is there a -- again, just kind of in
12   the manner of completeness, is there a student --
13   isn't there a student member of the board?
14        A    Yeah, there are.  There's also -- yes, there
15   is a student member.  Thank you.  Sorry.  It changes
16   every year, but yes.
17        Q    Who is the current student member of the
18   board, if you know, if you remember?
19        A    I know her -- I -- but I can't recall her
20   name at this second, which is embarrassing.
21        Q    That's okay.
22        A    She's a -- she's a student at the University
23   of Tennessee Martin studying to be a lawyer, wants to
24   be a lawyer.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1       Q    Ashlee Mallon?

 2       A    Yes.  Thank you.

 3       Q    Sure.  And my guess -- I know this is going

 4  out on a huge limb -- is that you haven't had like a

 5  sit-down discussion with Ms. Mallon about this matter?

 6       A    No.

 7       Q    One of the things that you mentioned when we

 8  were chatting earlier about your prior businesses was

 9  your customers and your attention to customers; right?

10            As the president of the UT system, I know

11  you don't necessarily have customers per se, but do

12  you have a -- and with your focus, I think I know the

13  answer -- but with your focus on education and the

14  importance of education, who are the most important

15  people to you in the world of -- aside from -- well,

16  who are the most important people to you in the world

17  of the UT system?

18       A    The students.

19       Q    Yeah.  I figured that was going to be your

20  answer.  I figured that was going to be your answer.

21  And is that fair to say, I mean, frankly, even above

22  the board, like your main focus is the students?

23       A    That's why we're here.

24       Q    Yeah.  Do you care what students think?
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1         A     Yes.

 2         Q     Do you try to interact with students?

 3         A     Yes.

 4         Q     Because they're your main -- not customers,

 5   but they're your main people; correct?

 6         A     They're our mission.

 7         Q     Yeah, absolutely.  When did Dr.

 8   Shirinian -- when did you first become aware of Dr.

 9   Shirinian's post or comment, Facebook comment?

10         A     I don't remember the exact date.

11         Q     Okay.  Do you ever post on Facebook?

12         A     Yes.

13         Q     Have you ever posted on Facebook?

14         A     Yes.

15         Q     And I'm not going to ask you to explain it,

16   but I'll just try and -- so we're not here all day.

17               But when someone posts on Facebook, it's the

18   person who owns that account; correct?  Like if you

19   post a post, you're controlling your Facebook account

20   and other people can comment on your post; correct?

21   Does that make -- am I making sense?

22         A     Yes.

23         Q     Like so if UT won, which they did, in

24   basketball the other day; right?  If UT wins in
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1   basketball and you post "awesome job UT basketball,

 2   big win," which you may or may not have done, other

 3   people can then comment on that post; correct?

 4        A    Yes.

 5        Q    And their comments are in response to your

 6   original post, whatever that post is?

 7        A    Yes.

 8        Q    Okay.  I mean, that's fairly obvious;

 9   correct?

10        A    Yes, I believe so.

11        Q    Yeah.  Okay.  You mentioned earlier a visit

12   to the University of Tennessee by a gentleman named

13   Charlie Kirk; correct?

14        A    What was the question?

15        Q    You mentioned earlier that Mr. Kirk had been

16   on the UT campus, that you at least were aware of

17   that?

18        A    In this deposition?

19        Q    Yes.  Yes, sir.

20        A    Yes, I did mention that.  Yeah.

21        Q    What I want to hand you for a second is what

22   has previously been marked as Exhibit 19.  And you all

23   already have that.

24        A    Thank you.
```

```
 1       Q    And just take a moment to read that over, if
 2  you would.
 3       A    Okay.
 4       Q    Do you know who Stephanie Bohon is?
 5       A    No.
 6       Q    Okay.  At the very bottom of it, there's a
 7  email from Stephanie Bohon to Derek Alderman.  Do you
 8  know who Derek Alderman is?
 9       A    No.
10       Q    Okay.  And at the very top, which there's a
11  email from Matthew Scoggins to Chancellor Plowman.  I
12  know you know who Chancellor Plowman is.  Do you know
13  who Matthew Scoggins is?
14       A    Scoggins, yes.
15       Q    Scoggins.  Sorry.
16       A    Yeah.
17       Q    And who is he?
18       A    He's her chief of staff.
19       Q    Okay.  And it's his job to kind of keep her
20  up to date as to what's going on in the university and
21  help her do her job; correct?
22       A    I believe so.
23       Q    Okay.  Do you have a chief of staff?
24       A    No.
```

```
 1        Q     Okay.  Why not?

 2        A     I thought you just -- you can do a decent

 3   enough job staying on top of -- of things

 4   with -- directly with my -- my direct reports.

 5        Q     Okay.  Stephanie Bohon appears to be, at

 6   least based on these emails, a professor in the

 7   department of sociology; correct?

 8        A     The only information I have is what's on

 9   this -- this document you gave me.

10        Q     Yes, sir.

11        A     But based on this document, I believe so.

12        Q     And she is essentially complaining about the

13   Charlie Kirk rally; correct?

14        A     Yes.

15        Q     And her complaints include that there were

16   individuals heckling transgender and black male

17   students; correct?

18        A     That's what she wrote.

19        Q     If something like that is accurate, I mean,

20   what, if anything, as the president of the University

21   of Tennessee, what should a university do to react to

22   that?

23        A     To react to it after the fact?

24        Q     Yeah, like if you receive this email saying,
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

1     "Dear President, I work -- I'm a professor," and you

2     receive this email, what do you think should be done

3     on behalf of the university?

4         A    Well, the -- the complainant, if it's

5     Stephanie Bohon, references events on campus have a

6     certain time, place, and manner.  And so there are

7     some policies around time, place, and manner.  I

8     think an appropriate response would be to investigate

9     to see if a proper time, place, and manner was

10     observed.

11         Q    And what about with what about the heckling?

12         A    Just, I think the same -- same applies.

13     I -- I think that would fall under the manner portion

14     of that.

15         Q    Do you think it's appropriate to investigate

16     who was heckling?

17         A    Probably.

18         Q    Okay.  For instance, if it was UT students,

19     perhaps?  And I'm not saying it is.  I have no idea,

20     obviously.

21         A    Yeah.

22         Q    But is that something that should be

23     investigated?

24         A    Yeah, I'm not sure how -- at that point, how

www.veritext.com        Veritext Legal Solutions        800-556-8974

```
 1  you would know.  So after the fact --
 2       Q    I guess video.
 3       A    I think it would depend if there was a --
 4  there was a complaint by a student.  Then that
 5  probably would've -- that would probably necessitate
 6  some type of investigation.
 7       Q    Okay.  Thank you, sir.  May I have that
 8  back?  Thank you.
 9                 MR. FITZGERALD:  Robb, can we take a
10  two-minute break?
11                 MR. BIGELOW:  Absolutely.
12                 MR. FITZGERALD:  Thanks.
13                 THE VIDEOGRAPHER:  We are off the
14  record.  The time is 10:08.
15                 (Off the record.)
16                 THE VIDEOGRAPHER:  We are on the
17  record.  The time is 10:15.
18  BY MR. BIGELOW:
19       Q    Sir, I'm going to hand you a policy.  It
20  says system-wide policy on philosophy on institutional
21  and leadership statements with an effective date of
22  3/3/25.  And it is currently marked as Exhibit 9.
23       A    Thank you.
24       Q    Certainly.  Take a couple minutes and look
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

1    that over, if you would.  It hurts me to even say this
2    to anyone who's the president of a university, but
3    please don't mark that up, only because it's been
4    entered into exhibits already.
5         A    Sorry.
6         Q    That's okay.
7         A    Okay.
8         Q    I'm not trying to tell you what to do, but I
9    am trying to tell you what to do simply because --
10                   MR. BIGELOW:  Just let the record
11   reflect that it was a clean copy prior to me handing
12   it to the president.
13                   THE WITNESS:  Yeah, I missed that --
14                   MR. BIGELOW:  And frankly --
15                   THE REPORTER:  We could change it out
16   if --
17                   MR. BIGELOW:  -- if you all don't care,
18   I'm okay for him to mark it up if it'll help him.
19                   THE WITNESS:  Yeah.  I'll --
20                   MR. BIGELOW:  If you're okay with it.
21                   MR. FITZGERALD:  I am.
22   BY MR. BIGELOW:
23        Q    Then you are welcome to mark it up, if
24   something --

```
 1        A    Sorry.  I -- I missed that in your
 2   instructions and my wife's.
 3        Q    That's --
 4        A    I apologize.
 5        Q    You could tell your wife that, "Hey, guess
 6   what?"
 7        A    It's all her fault.
 8        Q    "I got handed a document and I started
 9   writing on it."
10        A    Okay.
11        Q    Are you familiar with this policy?
12        A    Yes.
13        Q    And when did you become familiar with this
14   policy?
15        A    I helped write it.
16        Q    Okay.  What I want to do is --
17        A    Let me rephrase that.  I encouraged the
18   writing of the policy.
19        Q    Who did you encourage it to?
20        A    I think our general counsel wrote it.
21        Q    Okay.  It's a policy that was adopted by, I
22   would imagine, the board?
23        A    Yes.
24        Q    Okay.  And what -- are policies to be
```

Page 61

1   followed?

2        A    Yes.

3        Q    When the board said this is a -- is everyone

4   supposed to follow it, you and the chancellor and the

5   professors and everyone else?

6        A    Yes.

7        Q    Okay.  What happens if you don't follow it?

8        A    It depends.  There can be exceptions to

9   policies.

10       Q    Okay.  Okay.  But whose decision is that?

11       A    Mine.

12       Q    Okay.  Okay.  Anyone else?

13       A    Depends on the policy.

14       Q    Okay.  Can professors decide what they want

15  as far as policies are concerned?

16       A    No.

17       Q    Okay.  Can your chancellors decide what they

18  want with regards to policies?  Can they just ignore

19  policies if they want?

20       A    They cannot ignore policies, but there may

21  be an exception.

22       Q    How do they decide if there's an exception?

23       A    I trust their good judgment, but they

24  sometimes consult with me.  Depends on the -- on the

www.veritext.com            Veritext Legal Solutions            800-556-8974

1   situation.
2        Q    Okay.  If they don't consult with you, is
3   that problematic if they just decide something on
4   their own accord?
5        A    It would depend.
6        Q    Okay.  What does that depend on?
7        A    On the -- on the -- the judgment that
8   they -- they used and the -- the significance of
9   the -- of the policy and the -- the situation.
10       Q    Okay.  As far as policies go, do you believe
11  this to be a very important policy as far as the
12  University of Tennessee is concerned?
13       A    Yes.
14       Q    Okay.  So if one was to break this policy,
15  that would be something of import; correct?
16       A    Yes.
17       Q    Okay.  I want to go over the policy with
18  you.
19       A    Okay.
20       Q    It starts "The principal mission of the
21  University of Tennessee is the pursuit and the
22  dissemination of knowledge through teaching, research,
23  and service"; correct?
24       A    Yes.

www.veritext.com          Veritext Legal Solutions          800-556-8974

1      Q    And that's the principal stated mission of

2  the University of Tennessee; correct?

3      A    Yes.

4      Q    How does that occur?  How do you accomplish

5  that?

6      A    It's a broad question, but --

7      Q    It is.

8      A    -- we recruit, educate, graduate students --

9  recruit, educate -- I mean, sorry.  We recruit the

10 best faculty we can to help achieve that mission,

11 provide this -- the -- the academic success support

12 that they need to make sure that they can graduate.

13          Second part of it, on the research, is to

14 identify areas that the world needs to have more

15 knowledge about and do research to help make the world

16 a better place.

17          And we try to get grants to help support

18 that, in -- in most cases, and provide our faculty and

19 students sometimes with additional aid, support they

20 need to be able to accomplish that mission of doing

21 research.

22          And service, we want to make an impact in

23 the -- in the state, the country, and the world to

24 make people's lives better.  And we do that in a lot

1    of different ways, from creating free dental clinics
2    in the -- in the rural parts of our state so that
3    people can get free dental care, or with our extension
4    offices providing STEM education to 4-H students.
5            So it's a -- a hundred -- maybe a thousand
6    or more different initiatives around service.
7        Q    One of the things that you said is you
8    recruit some of the best faculty in the world;
9    correct?
10       A    Yes.
11       Q    Were you aware of who Dr. Shirinian was
12   before you saw her Facebook comment?
13       A    No.
14       Q    When, if at all, did you begin to
15   investigate who Dr. Shirinian was?
16       A    I did not investigate.
17       Q    Do you know to this day who she is?
18       A    I know -- I know a little bit about her
19   background.  I know her -- her discipline.
20       Q    How did you come to know that?
21       A    Information that's been shared with me, but
22   I can't recall exactly from where.
23       Q    Okay.  What can you tell me that you know or
24   don't know about her?

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1       A    She's a professor in our -- in sociology and
 2    anthropology, I think.  And she's been with us maybe
 3    five years.  I may have known more at some point, but
 4    I can't recall all the details now.  I'm sorry.
 5       Q    You don't have to apologize.  I'm just
 6    asking.
 7       A    Yeah.
 8       Q    Is there anything else that you know about
 9    her?
10       A    I think her -- no, I'm -- I'm guessing, so
11    no, I'll just stick with that.
12       Q    Okay.  I was going to ask you more about
13    this, and I will ask you more about this, but I'm
14    going to do a little bit of a turn for a moment, if
15    you will just let me for a second.
16            What I'm handing you has been marked as
17    Exhibit 74.  And if you would, take as long as you'd
18    like to read that over.
19       A    Okay.
20       Q    What did I just hand you, sir, if you know?
21       A    You sent me -- or handed me an email -- oh,
22    no, you handed me a -- yeah, an email from Chancellor
23    Plowman to Dr. Shirinian and one from Dr. Shirinian to
24    Chancellor Plowman.  And then there's an attachment of
```

Case 3:25-cv-00528-KAC-JEM   Document 46   Filed 01/21/26   Page 66 of 406
PageID #: 1008

```
 1   the email or the letter from Dr. Shirinian to
 2   Chancellor Plowman.
 3        Q    Is it fair to say this is the first time
 4   you've seen this?
 5        A    No.
 6        Q    Oh, you've seen this before?
 7        A    Yes.
 8        Q    Okay.  When did you see this?
 9        A    I don't recall.
10        Q    Okay.  What, if any, import do you see,
11   having now reread this, to Dr. Shirinian's Facebook
12   comment?
13        A    What import?
14        Q    If any.
15        A    What do you mean by import exactly?
16        Q    Now knowing -- well, I guess we can -- let's
17   take it this way.  Let's delve into this.
18        A    It's -- yeah, it's six pages, so it might be
19   easier to talk about what it is you're asking about
20   specifically.
21        Q    Well, let's -- we'll talk about it, and then
22   I'll ask again.  The initial question is how, if at
23   all, would now knowing this information or being
24   reminded of this information play into your viewpoints
```

Case 3:25-cv-00528-KAC-JEM    Document 46    Filed 01/21/26    Page 67 of 406
PageID #: 1009

1  on Dr. Shirinian's Facebook comment in this case?

2      A     In reading her opening paragraph, she

3  was -- sorry?

4      Q     Not just the opening, but the entirety of

5  what you just read.

6      A     She was apologetic and contrite for the

7  Facebook page that she made -- posted.

8      Q     Explain what do you mean by that.

9      A     "Admittedly, the Facebook comment I made was

10 ineloquent and heartless.  It was insensitive and, I

11 assure you, uncharacteristic of me as a person,

12 mother, friend, and someone who advocates for social

13 justice.  And for that, I apologize."  So I'm taking

14 from that that she felt remorse and regret for making

15 the post.  Her words.

16     Q     What do you mean by "contrite"?

17     A     Well, maybe I'll -- I'll take the word --

18 remove the word "contrite."  She was apologetic.

19     Q     Okay.  Did you learn, from reading this,

20 about any of the rhetoric that Mr. Kirk had previously

21 used?

22     A     I did.

23     Q     Had you known about that before?

24     A     No.

1      Q     How does that make you feel when you read
2   that rhetoric?
3      A     I don't agree with his rhetoric.
4      Q     Is it pretty hateful, in your opinion?
5      A     I only have what I read, but definitely not
6   consistent with what I would support.  However, I'll
7   just add, 'cause at some point we have to get this on
8   the record, but it's -- it's not about Charlie Kirk.
9           It's not about Charlie Kirk's political
10  position or what he says or doesn't say.  This isn't
11  a -- this isn't a case about Charlie Kirk.
12     Q     Why do you say that?
13     A     This is about making -- our faculty making
14  offensive and abhorrent comments that do not reflect
15  the values of our -- don't reflect the behavior that
16  we would expect from our university faculty or staff.
17  We want to be a place where people treat people with
18  civility and respect.  This is the exact opposite of
19  that.
20          Second, in the context that we were in, we
21  had a situation in which a student was murdered on
22  another -- or a -- a person was murdered on another
23  college campus.  So the context matters that this is
24  something that happened.  We're commenting at a -- at

www.veritext.com          Veritext Legal Solutions          800-556-8974

1    a -- on a -- at a moment where there was a murder on
2    another campus.
3           And so we were concerned about the safety of
4    our faculty, students, and staff at that moment in
5    time.  That's what's relevant.  Charlie Kirk was not
6    relevant, so I don't spend a lot of time thinking
7    about what his opinions were or -- or weren't.  That
8    didn't have any relevance to our decision.
9        Q    You don't perhaps spend a lot of time
10   thinking about it, but Professor Shirinian certainly
11   did, didn't she?
12       A    Apparently.
13       Q    Is that important?
14       A    In the facts of this case, I -- I can't say
15   whether it's important.  Important to who?
16       Q    Do you --
17       A    Important -- why -- why is it important?
18       Q    Do you believe it's important to this case?
19       A    No.
20       Q    And that's because why?
21       A    Her statements were inconsistent with our
22   mission to create civility and respect.  In the
23   context of a murder on another campus, we believe that
24   it created a situation that could cause -- put some of

www.veritext.com          Veritext Legal Solutions          800-556-8974

1   our students, faculty, and staff in harm's way.

2           And I'll just maybe reiterate that, that as

3   the president of the University of Tennessee, we --

4   you asked me what my number one mission is and why I

5   do this job.  It's to make sure our students get

6   educated, but I guess even more important than that is

7   to make sure that I keep them safe.

8       Q    Now, you just said to me that context

9   matters; correct?

10      A    Yes.

11      Q    You believe that; is that correct?

12      A    Yes.

13      Q    Okay.  And we also established that you

14  knew, because it's obvious, that when someone makes a

15  Facebook post, the comments underneath that are in

16  response to the post; correct?  You already said that

17  under oath.  Do you remember that?

18      A    Yes.

19      Q    Okay.  I'm going to hand you what's been

20  marked as Exhibit 3.  If you would, please read the

21  actual post out loud.

22      A    "I've unfriended four people since Kirk's

23  assassination.  I get it.  They're mourning him

24  because of his message, but the content of his message

```
1    was full of hate, genocide, apology -- how do you
2    pronounce it?
3         Q    Apologia.
4         A    -- apologia and bigotry, yet treating him
5    like the next best thing since Jesus.  So my secular
6    sensibilities find that to be blasphemous and a little
7    delulu.  I guess we grew apart."
8         Q    So what, to you, is that initial post about?
9         A    Well, the person that says they've
10   unfriended -- I guess the headline is they've
11   unfriended four people because of Kirk's
12   assassination.  I think --
13        Q    And what else?
14        A    -- it seems self-evident.  What's that?
15        Q    And what else?
16        A    What do you mean what else?
17        Q    Oh, is there anything else that post is
18   about?
19        A    A person that expresses their opinion of
20   what his message is.
21        Q    Right.  So it's about the fact that that
22   individual who made that post had people she
23   unfriended after Kirk's assassination because she
24   believed -- her viewpoint was that Charlie Kirk's
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
1    message -- and it says it.  I mean, it not hiding the
2    ball -- it was full of hate, genocide, apologia, and
3    bigotry; correct?
4        A    That's what it says, yes.
5        Q    So that's what that post is about, in part;
6    right?  And then it also says that they're treating
7    him, the four friends, treating him, being Charlie
8    Kirk, like the next best thing since Jesus; correct?
9        A    Yes.
10       Q    And that this person found that to be
11   blasphemous; fair?
12       A    That's what they said, yes.
13       Q    Right.  So that's what this post is about;
14   correct?
15            Just like we talked about, if you wrote a
16   post, "Hey, great game, UT basketball.  So-and-so
17   scored, you know, 50 points.  That was amazing.  No
18   one has ever scored 50 points," right, and someone
19   responds, "Yeah, that guy is incredible.  I can't
20   believe we won tonight.  Big win," like, it's in
21   response to your post; correct?
22       A    Yes.
23       Q    Okay.  So Dr. Shirinian's comment was in
24   response to that post, wasn't it?
```

```
 1      A      From the document you shared with me, I -- I
 2   believe so, yes.
 3      Q      Yeah.  Yeah.  And that's fairly obvious.  I
 4   mean, is that fairly obvious to you, at least?
 5      A      Yes.  I didn't see the Facebook post, but
 6   from what you've handed me, yes.
 7      Q      You didn't see what Facebook post, sir?
 8      A      The post from -- I didn't look on Facebook
 9   and see this other person's post.  But from this
10   printed copy, it appears to be, yes.  I just want to
11   make sure that I -- that I'm basing my -- my response
12   based on this piece of paper.
13      Q      Is this the first time you're seeing that
14   original post?
15      A      The original post?  Probably not, but I
16   don't recall it.
17      Q      Okay.  So when -- would you think that
18   seeing anyone's comment to a Facebook post, it's of
19   vital importance to see the initial post?
20      A      No.
21      Q      You don't?
22      A      No.
23      Q      So if you have a friend who posted "Thank
24   God Saddam Hussein is dead.  That guy killed a bunch
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

1   of people and was a" -- or better, "Thank God Osama

2   bin Laden is dead after all he did in 9/11 and killing

3   all my friends.

4           "I had friends who were in the towers, and

5   it was devastating to me what he and the other people

6   who flew those planes into the World Trade Centers

7   did.  And it's despicable and I've lost loved ones."

8           And you said, in response to your friend's

9   post, "Yeah.  The world is a better off place, better

10  off without Saddam Hussein.  Even those who are sad

11  for his wife and kids, the kids are better off with

12  someone as evil and horrible as Saddam Hussein or

13  Osama bin Laden.  And he was a disgusting psychopath,

14  so I'm sure his wife was a miserable person too."

15          Wouldn't you think that your comment to that

16  post should be read in regards to the main post

17  itself?

18                  MR. FITZGERALD:  Object to the form of

19  the crazy hypothetical.

20                  MR. BIGELOW:  You're welcome to -- he

21  understands what I'm saying.

22                  THE WITNESS:  I think her comment

23  stands alone.

24  //

BY MR. BIGELOW:

    Q    That's not my question, sir.

    A    Okay.  What's your question?

           MR. FITZGERALD:  Don't do it again.

           MR. BIGELOW:  No, I'm going to do it again.

           MR. FITZGERALD:  Okay.

           MR. BIGELOW:  But thank you for telling me what to do.

BY MR. BIGELOW:

    Q    If someone posted the exact post I just told you about Osama bin Laden, right, if they said, "I can't believe Osama bin Laden is dead.  I'm so happy he is because he was full of hatred and vitriol and he flew his plane into the Twin Towers.

         "And I had family who died in the Twin Towers, and thank God he's dead.  And I can't believe anyone would follow Osama bin Laden."  Your friend's post in this hypothetical, that's the post.

         And your response, a comment that you make to your friend's post, a comment is "The world is better off without him in it.  Even those who are claiming to be sad for his wife and kids, his kids are better off living in a world without a disgusting

www.veritext.com        Veritext Legal Solutions        800-556-8974

1  psychopath like him.

 2          "And his wife, well, she's a sick fuck for

 3  marrying him, so I don't care about her feelings."

 4  That would be your comment to your friend's post.

 5  Does that make --

 6              MR. FITZGERALD:  I object --

 7  BY MR. BIGELOW:

 8      Q    Does that sense to you?

 9              MR. FITZGERALD:  I object to the form

10  of the question on the grounds it's a complete

11  hypothetical.

12              THE WITNESS:  What -- I don't

13  understand what -- so what's the question?

14  BY MR. BIGELOW:

15      Q    The question is, if you had made that

16  comment, isn't it important to examine the initial

17  post?

18      A    No.

19      Q    It's not?

20      A    No.

21      Q    Why not?

22      A    I think there are certain standards that you

23  can't -- regardless of what you're responding to,

24  writing comments about being -- that are offensive and

1   abhorrent are not justified no matter what you're
2   responding to.
3           But again, that's not relevant to this case.
4   There are at least three things we have to
5   have -- something that's abhorrent and irresponsible
6   or -- and that are contrary to our values, you got to
7   have it in context.
8           We're talking about a university and a
9   murder on a university that we're commenting on
10  immediately, that we believe the -- the response
11  from -- the response from the public could have put
12  our students, faculty, and staff in harm's way.
13      Q    But I thought you --
14      A    That -- this has nothing to do with
15  commenting on a political event somewhere in the other
16  part of the world.
17      Q    I thought you just said that context
18  matters, though.
19      A    I did.
20      Q    So doesn't the initial -- when someone makes
21  a comment on Facebook, doesn't the initial post
22  matter?
23      A    The context I'm referring to is a murder on
24  a university campus.  That -- that's the context that

1    I'm referring to.  In every case, there -- you have to
2    take in all the context.  In this case, there was a
3    murder on another university campus.
4         Q    Okay.  So we're talking about different
5    contexts, then.  I'm talking about the context of her
6    comment.  Do you agree with me that a context -- that
7    a Facebook comment should be read in context with
8    its -- the post it's commenting on?  I mean, she
9    didn't say this in a vacuum.  She said it based on the
10   post.  Would you agree with that?
11        A    Do I agree that she was commenting on a
12   post?
13        Q    Yes.
14        A    Yes.
15        Q    So the post matters.  Otherwise, her comment
16   makes no sense?
17        A    I think her -- I -- I think I disagree.  I
18   think the comment that she made stands on its own.
19        Q    No, I'm not saying it does or it doesn't.
20   But what I'm saying --
21        A    I'm saying it does.  So --
22        Q    I'm sorry?
23        A    I said I was saying that it does.  I thought
24   you were asking me a question.  Sorry.

www.veritext.com          Veritext Legal Solutions          800-556-8974

1      Q    What I'm saying is, in the world of making
2   comments on Facebook, you would agree that the comment
3   that is made relates to the initial post?  We've
4   already discussed this.  You've admitted this;
5   correct?
6                MR. FITZGERALD:  Object to the form.
7   That's not what he testified to.  And also he's
8   answered this question about ten times.
9                MR. BIGELOW:  No, he hasn't, but thank
10  you.
11               MR. FITZGERALD:  Yes, he has.
12               THE WITNESS:  So say -- say the
13  question again.  Make -- make sure I'm clear that I'm
14  answering your question 'cause if it is -- yes.
15  BY MR. BIGELOW:
16     Q    Okay.  We had talked earlier, and we said if
17  you post something, whatever it is -- and this example
18  I gave you was something about a basketball game --
19  and someone makes a comment in reaction to your post,
20  that comment is going to be about your post; correct?
21               MR. FITZGERALD:  Object to the form.
22  Assumes facts not in evidence.  People can comment
23  about anything on Facebook, whether it's related to
24  the post or not.

```
 1                    MR. BIGELOW:  Can you -- you know the
 2      rules as to speaking objections.
 3                    MR. FITZGERALD:  Well --
 4                    MR. BIGELOW:  So and so please keep it
 5      to -- if you're going to object to the form, say
 6      object to the form.  The commentary is not allowed and
 7      not necessary.  And you know that.
 8                    MR. FITZGERALD:  Okay.  Go ahead.
 9                    THE WITNESS:  It seems to be important.
10      I want to make sure I --
11      BY MR. BIGELOW:
12         Q    This is very important.  That's why I'm
13      trying --
14         A    Repeat the question one more -- report
15      the -- repeat the question as clearly as you can one
16      more time.
17         Q    Let me ask it differently to maybe make it
18      easier.  You are on Facebook; correct?
19         A    Yes.
20         Q    And you make comment -- you make posts on
21      Facebook; correct?  You post things on Facebook?
22         A    Yes.
23         Q    When people make comments to a post that you
24      made, what are they commenting on?
```

www.veritext.com                Veritext Legal Solutions                800-556-8974

```
 1      A    On the post that I made.

 2      Q    That's fairly obvious; correct?

 3      A    Yes.

 4      Q    Okay.  So Dr. Shirinian, in making her

 5  comment, was responding to the post; correct?

 6      A    Yes.

 7      Q    Okay.  That's all I was trying to get at,

 8  sir.  I wasn't trying to trick you or anything like

 9  that.

10           MR. FITZGERALD:  He said that 15

11  minutes ago.

12           MR. BIGELOW:  Again, why -- you're

13  going to keep talking?  Is that a -- are you -- can I

14  ask you questions?

15           MR. FITZGERALD:  No.

16           MR. BIGELOW:  Are you going to testify?

17           MR. FITZGERALD:  No, but you asked and

18  answered that question about ten times.

19           MR. BIGELOW:  Okay.  Well, then you can

20  say object to form or you can say asked and answered.

21           MR. FITZGERALD:  Yeah.

22           MR. BIGELOW:  But if you want to

23  comment, I can start asking you questions if you'd

24  like to testify.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1                    MR. FITZGERALD:  I'm not.  Robb, just
 2   keep going.
 3   BY MR. BIGELOW:
 4        Q    So based on Exhibit 74, which is Dr.
 5   Shirinian's letter to Chancellor Plowman, do you have
 6   any reason to dispute anything that Dr. Shirinian
 7   wrote in this email or this letter?  I'm sorry.
 8        A    With regards to anything that she wrote,
 9   like, I don't have enough knowledge about all the --
10   are you referring to the quotes that Charlie Kirk made
11   or that anybody else made?
12        Q    Oh, let's go through it.
13        A    Okay.  That's broad.  I just need to know --
14        Q    That's fair.  That's a --
15        A    -- make sure I understand.
16        Q    That's a fair point.  Let's go to the second
17   paragraph.  Dr. Shirinian writes "Admittedly, the
18   Facebook comment I made privately and not in my
19   capacity as a UT professor was ineloquent and
20   heartless."  Do you agree that her comment she made
21   was made privately?
22        A    I don't believe there's anything private
23   about social media.
24        Q    Okay.  So in your opinion, anything that you
```

1   put on social media -- for instance, if you sent a
2   comment to a friend, just you and a friend on your
3   personal page, that's not private?
4        A    No.
5        Q    Okay.  Is that also the stance of the
6   University of Tennessee?
7        A    Do we have a policy on -- I don't know.
8        Q    Do you know if that's the stance of the
9   University of Tennessee, though, that anything that
10  people post on Facebook in any capacity is public?
11       A    I don't know.
12       Q    Is that important to know in this case?
13       A    I don't know.
14       Q    I mean, that's a lot of what this case is
15  about; correct?
16       A    Yeah.  I think it -- I -- I can't speak if
17  there's a policy.  I can say that we should know that
18  if -- if you're posting something on social media,
19  it's -- it's going to be public.
20       Q    Is that --
21       A    And it's -- it's kind of self-evident in
22  this case.
23       Q    Is that your position as the president of
24  the University of Tennessee?

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1        A    Yes.

 2        Q    As the UT system president?

 3        A    Yes.

 4        Q    That anything anyone posts on Facebook is

 5   public?

 6        A    Yes.

 7        Q    And no matter what capacity they post it?

 8        A    Yes.

 9        Q    How did you come up with that belief?

10        A    'Cause everything that gets posted does

11   become public -- not everything.  It can become

12   public.  I think this particular situation is a good

13   example of that.  I'm not sure it's -- we claim it's

14   private, but, what, over a million people saw it?  How

15   is that private?  So I think it's self-evident.

16        Q    Do you know how anyone other than a private

17   Facebook group of friends found out about this?

18        A    No.

19        Q    You have no clue?

20        A    No.

21        Q    Do you know who Robby Starbuck is?

22        A    I know the name.

23        Q    So you don't know that someone took a

24   screenshot and sent it to Robby Starbuck?  You don't
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1   know that?
 2        A     I do know that Robby Starbuck got a copy of
 3   the screenshot.
 4        Q     So you do know he got a copy of the
 5   screenshot?
 6        A     Based on what I've read, yes.
 7        Q     Okay.  And what did he do with that copy of
 8   the screenshot?
 9        A     My understanding is he posted it.
10        Q     You said that you don't know of any policy
11   that says anything posted on Facebook is public no
12   matter what capacity; correct?
13        A     Yes.
14        Q     If you don't -- you do know, or you don't
15   know?  I'm sorry.  That was a bad question.
16        A     You asked if I -- if I --
17        Q     Is there a policy that --
18        A     -- if I said that there was not a policy.
19   And yes, I said that -- that I was not aware of a
20   policy.
21        Q     Okay.  Okay.  Do you think that that policy
22   aligns with the law?
23        A     Which policy?
24        Q     That --
```

Page 86

1      A    You just asked me if I had -- there was a
2  policy.
3      Q    No --
4      A    I said I didn't know there was a policy.
5      Q    That --
6      A    What policy?
7      Q    That your belief as the president of the
8  University of Tennessee system, that anything posted
9  on Facebook is public, no matter what capacity, do you
10 believe that is in line with the law?
11              MR. FITZGERALD:  Object to the form.
12 He's not a lawyer.
13              THE WITNESS:  I -- yeah, I don't know
14 of any -- I -- I'm not a lawyer, so I couldn't say
15 what the law is on that.
16 BY MR. BIGELOW:
17     Q    So you don't know, is --
18     A    I don't know.
19     Q    Okay.  Has anyone informed you, lawyers or
20 non-lawyers, about the First Amendment?
21     A    Yes.
22     Q    And based on the information that you have
23 learned, do you know that there is a difference
24 between speech in a private capacity and speech in a

```
 1   public capacity?

 2        A     I'm not sure.

 3        Q     And is that true as we sit here today?

 4        A     What -- is what true?

 5        Q     Actually, let me continue.  In her letter to

 6   Dr. Plowman, Dr. Shirinian writes, in the third full

 7   paragraph, "In no way did the words I used endorse,

 8   incite, or suggest that anyone should resort to

 9   violence."  Would you agree with that statement?

10        A     No.

11        Q     Okay.  Explain why you do not agree with

12   that statement.

13        A     By saying that "his kids are better off

14   living in a world without a disgusting psychopath like

15   this, and his wife, well, she's a sick fuck for

16   marrying him, so I don't care about her feelings," and

17   saying the world is better off without him, we're

18   condoning the murder.

19        Q     My question, sir, was whether it endorsed,

20   incited, or suggested that anyone should resort to

21   violence?

22        A     Yes.

23        Q     How does it suggest someone should resort to

24   violence?
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

1     A    "The world is better off without him in it."
2   She's speaking specifically of a murder.  By saying
3   that the world is better off without him in it is
4   condoning a murder.
5     Q    How do you know that?
6     A    That's how I interpret it.
7     Q    How do you know she's even speaking about
8   Charlie Kirk?
9     A    I know that -- I -- I -- because it -- it's
10  been referenced after the fact that -- when I -- when
11  I read it, it was in the context of Charlie Kirk's
12  murder.
13     Q    No, but how do you know that based on that?
14  How do you know that?
15     A    I was told that.
16     Q    By who?
17     A    Probably by Dr. Plowman and others that --
18  when we discussed the issue.
19     Q    How do you know it with regards to just
20  looking at Exhibit 3?
21     A    If -- if I were just looking at Exhibit 3
22  now, it references Charlie Kirk in the -- the opening
23  statement.
24     Q    So it's --

www.veritext.com       Veritext Legal Solutions       800-556-8974

```
 1      A      But -- but I didn't read the opening
 2  statement when I read her -- her quote.
 3      Q      When did you first read the opening
 4  statement, i.e., the post?
 5      A      I'm not sure.
 6      Q      Did you read the post before you made your
 7  post?
 8      A      No.
 9      Q      And when I say before you made your post,
10  you ultimately posted on X; correct?
11      A      Yes.
12      Q      With regards to Dr. Shirinian's comment, who
13  did you speak with about it before -- in fact, let
14  me -- just to make things easier, Exhibit 5 is -- I
15  just handed you Exhibit 5.  What is Exhibit 5, sir?
16      A      It is a screenshot of the Randy Boyd
17  Instagram account front page, I assume.
18      Q      Is it a --
19      A      Profile page.
20      Q      Is it accurate is that your X account?  I
21  believe that's your X account; correct?
22      A      I don't think so, but I don't know.  I think
23  it's -- I don't know.  I -- I assumed it was the
24  Instagram account, but I don't know.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1      Q    Okay.  And what does it say?  What does it
 2  say on that, kind of, opening page?
 3      A    Do you want me to read everything on it?
 4      Q    Please.
 5      A    It says Randy Boyd, at Randy Boyd, personal
 6  account.  Husband, father, grandfather, UT president,
 7  former at UT commissioner, chairman Radio Systems,
 8  Boyd Sports, at Tennessee Achieves, UT-Battelle,
 9  randyboyd.com.  Joined December 2016, 9.9k following,
10  seventeen-point K -- 17.6k followers.
11      Q    Why does it say personal account?
12      A    It's separate from my UT account, so my --
13  it a personal account.
14      Q    What is the difference?
15      A    These are things that you -- it's managed by
16  somebody different than the University of Tennessee.
17  So it can be about other things besides UT.
18      Q    Do you make posts on that account?
19      A    Personally?
20      Q    Yeah.
21      A    No.
22      Q    You don't personally?  Who does?
23      A    I have a team of people that do it for me.
24      Q    Who is in that team?
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1      A     A company called Crisp -- Crisp
 2   Communications.
 3      Q     And does Crisp Communications manage all of
 4   your social media accounts?
 5      A     No.
 6      Q     What accounts do they manage?
 7      A     Just the ones under Randy Boyd, public
 8   figure one.
 9      Q     And they make posts for you?
10      A     Yes.
11      Q     Do you have to, for lack of a better word,
12   bless all the posts they make before you make it?
13      A     Yes.
14      Q     Before they make it?
15      A     Yes.
16      Q     So they send it to you first?
17      A     Yes.
18      Q     Okay.  So just, I want the record to be
19   absolutely clear.  Who at Crisp Communications drafts
20   the post for you?
21      A     Could be one of several people, but Megan
22   Crisp would be a name and Ailah Jepson [ph], which is
23   A-I-L -- going to spell it wrong, so maybe I should
24   stop.  But and one other as associate there.  I don't
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

1    know her name exactly.  I don't know how to spell her
2    name correctly.
3          Q    No worries.  All right.  Do they manage --
4    what posts do they manage as far as your personal
5    posts, which --
6          A    The Randy Boyd account.
7          Q    Okay.  And that involves an X account;
8    correct?  An account on X and an account on what other
9    platforms?
10         A    Instagram and Facebook.
11         Q    And who manages your accounts as the
12   president of the University of Tennessee?
13         A    Vice president of communications.
14         Q    What do you believe to be the difference
15   between your public and your private accounts?
16         A    The -- they're all -- they're all public
17   accounts.
18         Q    For you; correct?
19         A    Yes.
20         Q    Okay.
21         A    Are you speaking -- if you wanted to say,
22   what's the difference between the Randal Deward Boyd
23   account, the Randy Boyd account, the UT president
24   account?  Let me, maybe -- I --

```
 1        Q    No, I'm just asking the difference between
 2   your -- you had said that this one was a private
 3   account.  So you have private accounts and public
 4   accounts.  What's the difference between the two?
 5        A    I didn't say private account.
 6        Q    Oh, what did you say?
 7        A    Personal account.
 8        Q    Oh, I'm sorry.  Personal.
 9        A    It's not private.
10        Q    Oh, okay.  Tell me the difference between a
11   personal account and a private account.
12        A    There's no such thing as a private account.
13   I'm -- I'm publishing something on social media.  It's
14   not private.  It may be personal.  So it's more about
15   my personal life.  The UT president account is more
16   about -- exclusively about the University of
17   Tennessee.
18        Q    So are you saying that there's no such thing
19   as privacy on social media?
20        A    Not to my -- no, I do not believe that.
21        Q    You do believe that or you do not?
22        A    I do not believe there's -- there's privacy
23   on social media.
24        Q    Okay.  Is that across any social media?
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1        A    Yes, that's my personal belief.
 2        Q    Is that the belief of the University of
 3  Tennessee?
 4        A    Yes.  It's my belief as the president of the
 5  University of Tennessee.
 6        Q    Is there a policy about that?
 7        A    Is that the same question you asked me
 8  before?  I'm not sure.
 9        Q    I guess it's similar.
10        A    What's different?
11        Q    Do you believe there should be a policy
12  about that?
13        A    I don't know.
14        Q    Do you think it's important for students and
15  faculty to know that if that's a standard of the
16  University of Tennessee?
17        A    I think they should know that generally.  We
18  may not have a policy on everything that they should
19  know, but that's something they should know.
20        Q    So for instance, if today, would you be okay
21  with Dr. Shirinian saying to the world there is, for
22  the -- if you work at the University of Tennessee,
23  there is no such thing as privacy on social media?
24  You'd be okay with that?
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1      A    I can't comment on what she could or
 2  couldn't say.  If -- she's fine -- she's fine to say
 3  whatever she wants to say.  All I'm saying is that
 4  there's no -- in my opinion, there is no privacy on
 5  social media.  When you post it socially, it's there
 6  for the world to see.
 7      Q    But that's the standard of the University of
 8  Tennessee?  I'm not just saying --
 9      A    I think -- no, I think it's a standard for
10  the world.  Everybody should know that.  That's why I
11  have a team of people that review my comments so that
12  we don't say something inappropriate.
13      Q    Do you think everyone -- well, let's do
14  this.  At the time Dr. Shirinian made her comment,
15  what, if anything that you know of, would make her
16  believe that that is the policy of the University of
17  Tennessee?
18      A    There wasn't a policy.  So there's nothing
19  for her to believe that.
20      Q    So she has no way to know that?
21      A    She should know that social media is not
22  private.
23      Q    Based on what?
24      A    Self-evident.  In this case, you post
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1   something that you thought is private and a million
 2   people see it, it's obvious that there's nothing
 3   private on social media.
 4        Q    So does that policy include anything one
 5   writes down?
 6        A    Anyone writes down?
 7        Q    Yeah.
 8        A    On any document?
 9        Q    Yeah.
10        A    No.
11        Q    Why not?
12        A    Social media is a different vehicle to
13   communicate, and it's -- it's public or it can be
14   public and shared.
15        Q    It can be, or it is?
16        A    If it can be, then it is.
17        Q    What about group texts between friends, are
18   those public?
19        A    Depends on the context.
20        Q    Explain.
21        A    If you work in a -- for a public
22   institution, you can have all of your messages, all
23   your texts FOIA'd subject to the Freedom of
24   Information Act.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

1      Q    As a -- all your texts, no matter what they
2    deal with?
3      A    Someone can -- someone can request -- I'm
4    not an expert on -- on all what people can FOIA, but
5    my understanding is that they can FOIA anything.  So
6    everything can be public.
7      Q    So if Dr. Shirinian had a text message group
8    with 15 people in it and it was all just her personal
9    friends, it wasn't as -- she didn't say, like, Dr.
10   Shirinian, UT professor; it was just personal friends.
11   If she had a text message group with 15 people, are
12   those texts public?
13     A    I think that's a legal question I think I'll
14   defer to counsel on.
15     Q    But potentially?  Is what -- I'm just asking
16   you.
17     A    I know.  And I -- I think I'd defer to
18   counsel.  It -- it sounds like a legal question.
19   I -- and I -- I'm not going to -- I don't want to
20   opine on what the --  the -- what -- what is part of
21   the Freedom of Information Act and what is not.
22     Q    I'm not asking you about the Freedom of
23   Information.  All I'm asking you is, you had said
24   earlier that there's no such thing as privacy on

1  social media.  What I am asking you is -- maybe the
2  better question is, where, if anywhere, can someone
3  expect their messages to be private?
4      A    If you're not a public employee, you are
5  less likely for it to be public, as long as you're
6  using it on -- on a -- on a -- some type of
7  communication tool that is -- is not easily hacked.
8  But even then, maybe not.
9      Q    If you are a public employee -- and when I
10 say a public employee, I mean an employee that works
11 for the state.  And you would agree that the
12 University of Tennessee, of course, is a public
13 institution; right?
14     A    Yes.
15     Q    And it's controlled by the state; correct?
16     A    Yes.
17     Q    Okay.  If you work in any capacity for the
18 state, in your opinion, can you make a message to
19 anyone else, a written message, in any form that is
20 private?
21     A    I think it depends on the subject.  It's in
22 the --
23     Q    Explain that.
24     A    If in -- if in -- I'm in a group text and

www.veritext.com          Veritext Legal Solutions          800-556-8974

1    I'm commenting on a subject that then becomes
2    something that the media wants to write about, they
3    can FOIA all the texts that we have about that
4    particular subject, and we have to turn it over to
5    them.
6        Q    Is it your belief that if Dr. Shirinian --
7    you mentioned FOIA and what's discoverable with FOIA.
8    Is it your belief as the president of University of
9    Tennessee that Dr. Shirinian can receive a FOIA
10   request that requires her to turn over private
11   conversations?
12       A    Yes.
13       Q    Okay.  Would you be shocked if I told you as
14   a lawyer, legally, that's incorrect?
15       A    Would I be shocked?  I'm not -- I don't
16   know.  If it's -- that's -- again, I'm not going to
17   opine on what's law or what's -- but I don't know all
18   the details about FOIA.  I've always operated on the
19   assumption that -- that anything could be requested.
20       Q    The viewpoints you just told me regarding
21   private versus public -- and I'm not saying what
22   lawyer -- don't tell me what lawyer or anything like
23   that -- has anyone told you that those viewpoints of
24   yours as the president of University of Tennessee is

```
 1    correct?
 2         A     I've always been cautioned from the
 3    University of Tennessee and my work in the state and
 4    prior that anything that you -- you write could
 5    be -- could be subject to an open record.
 6                   MR. FITZGERALD:  Two-minute break?
 7    BY MR. BIGELOW:
 8         Q     Has anyone told you that your viewpoints
 9    with regards to state employees and private
10    communications is correct that there's no such thing
11    as private communications of state employees on social
12    media?
13         A     -- sure I understand the question.
14         Q     Has anyone told you that your viewpoint that
15    there's no such thing as private correspondence on
16    social media is correct?
17         A     No.
18         Q     Okay.
19                   MR. BIGELOW:  We can take a break.
20                   MR. FITZGERALD:  Okay.
21                   THE VIDEOGRAPHER:  We are off the
22    record.  The time is 11:16.
23                   (Off the record.)
24                   THE VIDEOGRAPHER:  We are on the
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1    record.  The time is 11:23.
 2    BY MR. BIGELOW:
 3         Q    Sir, as the president of the University of
 4    Tennessee, what is your understanding of the First
 5    Amendment?
 6                   MR. FITZGERALD:  Object to the form.
 7    Calls for a legal conclusion.
 8                   THE WITNESS:  What is my understanding
 9    of the First Amendment?  It's the first amendment of
10    the Constitution of the United States.
11    BY MR. BIGELOW:
12         Q    And what does it say?
13         A    Word for word?
14         Q    No, just generally.
15         A    It's regarding freedom of speech, not
16    unlimited freedom of speech.
17         Q    And why is it there?  Why is there a First
18    Amendment?  Just why, do you believe?
19         A    I believe when the Founding Fathers were
20    writing it, they wanted to make it possible for people
21    to have the -- the freedom to be able to speak without
22    retribution, with -- but it -- again, it's not
23    unlimited.
24         Q    Is it your understanding that there's a
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

1  difference under the First Amendment between private
2  speech and public speech?
3       A    I -- I don't know.
4       Q    Okay.  What rights do state employees have
5  under the First Amendment?
6       A    Freedom of speech is one of them.  Other
7  rights, I'm sure.  But --
8       Q    Freedom of religion?
9       A    Yeah.
10      Q    Well, right.  Others; correct?  With regards
11  to freedom of speech, when are they allowed to discuss
12  matters of importance to -- public importance?
13      A    When are you allowed to --
14      Q    When are state employees allowed to comment
15  on matters of public importance?
16      A    Anytime.
17      Q    Okay.  And are they allowed to do that
18  without fear of repercussion from the state?
19                MR. FITZGERALD:  I'm going to object to
20  this line of questioning.
21                THE WITNESS:  It -- it's not -- not
22  unlimited.
23                MR. FITZGERALD:  These are legal
24  questions.

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1                    THE WITNESS:  I'm sorry.
 2    BY MR. BIGELOW:
 3        Q    Not unlimited?
 4        A    Yes.
 5        Q    Okay.
 6                    THE REPORTER:  Can you -- I'm sorry.
 7    Can you repeat the objection?
 8                    MR. FITZGERALD:  Yeah, I said I object
 9    to the whole line of questioning.  These are legal
10    questions.
11    BY MR. BIGELOW:
12        Q    I want to turn your attention to Professor
13    Shirinian's letter to the chancellor.  She writes at
14    the bottom -- it's the second paragraph on the
15    bottom -- "I've been a long-time advocate for peace,
16    as I see peace and civility as the only means to
17    making and sustaining a world where everybody's rights
18    and safety will be protected."
19            Do you agree with that statement --
20        A    That -- that --
21        Q    -- that peace and civility should be --
22        A    Because she says, "I have been a long-time
23    advocate."  I don't know that.
24        Q    That's fair.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1        A     So you need to tell me -- ask a specific
 2   question, I think.
 3        Q     That's fair.  Do you believe -- well, do you
 4   have any reason to disagree with what she said, what
 5   her beliefs are, what her viewpoints are?
 6        A     I have no basis to debate what her beliefs
 7   are.  I don't know.
 8        Q     Okay.  Do you believe, based on her Facebook
 9   comment, that she had a viewpoint that the world was a
10   better place without Charlie Kirk in it?
11        A     I can't assume what opinion she has or what
12   she -- what she believes.
13        Q     Can you assume based on what she wrote?
14        A     I just know the impact of -- I -- no, I
15   can't.
16        Q     You can't.  Can we assume what you believe
17   based on what you write?
18        A     Yes.
19        Q     Why is that not true with what anyone
20   writes?
21        A     I -- I can attest to myself.  I can't attest
22   to what somebody else is thinking or believing when
23   they write something.  You're -- yes, different.
24        Q     She writes on the second page that "my
```

```
1   friend's initial post was clearly about the contents
2   of Mr. Kirk's messages."  Do you agree that the
3   initial post that you read is about the content of Mr.
4   Kirk's messages?
5        A    I don't know.
6        Q    Well, you can look.  You can read it again
7   if you'd like.
8        A    Which -- which --
9        Q    The initial post in this case, her friend's
10  post that I think you have in front of you, I believe.
11       A    Okay.  So tell me the question again.
12       Q    Yeah.  Was that initial post about the
13  content of Mr. Kirk's messages, in part?
14       A    I would be assuming that I know what she was
15  thinking, so I don't -- I don't want to do that.  So
16  no, I can't.
17       Q    I'm just asking you to read the post.  And
18  based on the words --
19       A    The world -- okay.
20       Q    -- was it about the content -- based on the
21  words, was it about, in part, the content of Mr.
22  Kirk's messages?
23       A    Let me read it again.  "The world is a
24  better -- is better off without him in it.  Even those
```

1   who are claiming to be sad for his wife and kids" --

2        Q    No, I meant the initial post, sir, not the

3   comment.

4        A    "I've unfriended four people since Kirk's

5   assassination.  I get it.  They're mourning him

6   because of his message, but the content of his message

7   was full of hate, genocide, apologia and bigotry.  Yet

8   they're treating him like the next thing since Jesus."

9   So what's your question again?

10       Q    Was that initial post about the content of

11  Mr. Kirk's messages?

12       A    It reads like it is, yes.

13       Q    Okay.  Yes.  And it wasn't a celebration of

14  how Mr. Kirk died, was it?

15       A    No.

16       Q    Okay.  And it was about that individual's

17  viewpoint that people were treating Mr. Kirk like the

18  next best thing since Jesus; correct?  That's what it

19  says; right?

20       A    That's what it says.

21       Q    Okay.  So that's that person's viewpoint;

22  correct, accurate or not accurate?

23       A    That's what they wrote.

24       Q    Yeah.

```
 1       A    I don't know the viewpoint, but that's what
 2  they wrote.
 3       Q    Okay.  At what point did you learn that Dr.
 4  Shirinian was a descendant of genocide survivors?
 5       A    Did she say it in this letter?
 6       Q    She did.
 7       A    Then when I read it in this letter.
 8       Q    And when was that, sir?
 9       A    I don't recall.  Would've been -- well,
10  yeah, I don't recall exactly.
11       Q    Do you have a -- like within a week or two?
12       A    It would've been probably within a week
13  after September 22nd.
14       Q    Okay.  Have you discussed Dr. Shirinian's
15  letter, this letter dated September 22, 2025, with
16  anyone?
17       A    General counsel.
18       Q    Anyone other than general counsel?
19       A    No.
20       Q    Has anyone discussed it with you?
21       A    It'd be the same thing, wouldn't it?
22       Q    No.
23       A    Nobody has -- no, other than general
24  counsel.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

1       Q    Are you aware of anyone else who has
2   made -- this is such a bad question, but are you aware
3   of anyone else who knows about this post?
4       A    Knows about the post?  Which -- which --
5       Q    Knows about -- I'm sorry.  Knows about Dr.
6   Shirinian's letter dated September 22, 2025.
7                 MR. FITZGERALD:  Object to the form.
8   The letter was part of our public records production.
9                 THE WITNESS:  I -- I would assume,
10  since it's a public record, that the whole world would
11  have access to it.
12  BY MR. BIGELOW:
13      Q    I'm not asking --
14      A    It's a piece of --  I'm sorry.  I'm just --
15  maybe rephrase the question.  I'm not sure what --
16      Q    I wasn't asking who has access to it --
17      A    Okay.
18      Q    -- whether the world has access to it.  I'm
19  asking if you know of anyone who was forwarded -- in
20  the University of Tennessee system, anyone who was
21  forwarded this post.
22      A    Do I know of anybody that was forwarded this
23  post?
24      Q    Yeah.

Case 3:25-cv-00528-KAC-JEM    Document 46    Filed 01/21/26    Page 109 of 406
PageID #: 1051

1      A      No.

2      Q      Okay.  You just said when you read this, you

3  learned that Dr. Shirinian was a descendant of

4  genocide survivors.  Do you know if that has any

5  relevance if with regards to the viewpoint of Charlie

6  Kirk?

7      A      No.

8      Q      At the top of the third page of the letter,

9  there are a number of quotes that Dr. Shirinian wrote.

10  The first quote is from the Charlie Kirk Show, January

11  23, 2024.  It says "If I see a black pilot, I'm going

12  to be like, boy, I hope he's qualified."  Prior to

13  reading this letter, had you ever been made aware --

14  were you aware that Mr. Kirk said that?

15      A      No.

16      Q      The second quote says "The single woman

17  issue is one of the biggest issues facing a

18  civilization."  That was from the Charlie Kirk Show,

19  September 20, 2024.  Had you ever heard of that or

20  seen that prior to reading this letter?

21      A      No.

22      Q      The third says, "On black women in positions

23  of power, you do not have the brain processing power

24  to otherwise be taken really seriously.  You had to go

```
 1   steal a white person's slot to be taken somewhat
 2   seriously."  Have you heard of that?
 3       A    No.
 4       Q    Of the first three, do you agree with any of
 5   those statements?
 6       A    What's to -- what's -- to agree?
 7       Q    Yeah.  Do you agree with them, the
 8   statements that were made?  My guess is the answer is
 9   no, but I don't want to assume.
10       A    Make sure I understand, do I agree that he
11   said this?
12       Q    No.  Do you agree with those statements?
13       A    With his --
14       Q    Not that he said it.  Do you agree with
15   those statements?  Or a better question is, what do
16   you think about those statements?
17       A    I'll just say that I disagree with his view
18   on each of -- in each of these situations.
19       Q    Okay.  What do you think about those
20   statements?
21       A    I disagree -- I disagree with them.
22       Q    Do they upset you?
23       A    Yes.
24       Q    The fourth paragraph says "It's time to ban
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
1   third-world immigrants, legal or illegal.  We've

2   reached our limit, and we have a huge cultural,

3   educational, housing, financial, and essential

4   services problem to fix now because of it.  We need a

5   net-zero immigration moratorium with a ban on all

6   third-worlders."

7           It's from a Charlie Kirk post dated June 5,

8   2025.  Does that post upset you?

9       A    I disagree with it.

10      Q    Does it upset you?

11      A    Yes.

12      Q    The fifth one says "Ketanji Brown Jackson is

13  a diversity hire.  She's only there because she's a

14  black woman."  That's from a Charlie Kirk post dated

15  June 27, 2025.  Do you agree -- you disagree with that

16  post; correct?

17      A    I don't know enough about it.

18      Q    Okay.  The sixth one says "If you actually

19  watch his trial, it's obvious Kyle Rittenhouse did

20  nothing wrong."  That's from a Charlie Kirk post dated

21  November 10, 2021.  Do you agree with that statement?

22      A    I don't know who the -- I don't know

23  anything about the trial or Kyle Rittenhouse.

24      Q    Okay.  That's a fair answer.  That's why I'm
```

Page 112

```
1   going through each of these separately because I don't
2   want to just group them all.  The seventh one says
3   "Zero people from Gaza should be allowed to come to
4   America."  That's from a Charlie Kirk post on July 14,
5   2025.  Do you agree with that statement?
6        A    No.
7        Q    Does it upset you?
8        A    Yes.
9        Q    The eighth statement says "There shouldn't
10  be a transgender day of visibility.  Cancel it."
11       A    I would like to go back and say no to that.
12  It's his opinion.  Doesn't it upset me.  It's his
13  opinion.  I disagree with it, but it's his opinion.
14       Q    And he's allowed to have his opinion?
15       A    Yes.
16       Q    Okay.  Why is he allowed to have his
17  opinion?
18       A    We're all allowed to have our opinions, I
19  believe, in the -- in the United States.
20       Q    If he worked for the state of Tennessee,
21  would he be allowed to have those opinions?
22       A    Yes.
23       Q    Why?
24       A    We are allowed to have our -- our own
```

Page 113

Case 3:25-cv-00528-KAC-JEM    Document 46    Filed 01/21/26    Page 113 of 406
PageID #: 1055

```
 1   opinions.
 2        Q     Isn't the world being a better place without
 3   Charlie Kirk an opinion?
 4        A     You have -- in this situation, when you add
 5   it in the rest -- with the rest of the phrase -- and
 6   for you, let's put it -- let's go back.
 7        Q     My only question, sir, isn't that an
 8   opinion?  It's my only question.
 9        A     When you tie it to "Even those that are
10   claiming to be sad for his wife and kids, like his
11   kids are better off living a world without a
12   disgusting psychopath like him.  And his wife, well,
13   she's a sick part fuck for marrying him," yes, that's
14   an opinion.
15        Q     Is Professor Shirinian entitled to her
16   opinion?
17        A     Yes.
18        Q     Can she be punished for her opinion?
19        A     When she puts it in context where she's
20   making a statement that creates a situation that puts
21   our students', faculty's, and staff's lives at risk,
22   no.
23        Q     So why shouldn't Charlie Kirk be punished
24   for his opinions if he --
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

1     A    He doesn't work for the University of
2  Tennessee.  He wasn't making a statement about a
3  murder on another college campus days afterwards, and
4  his statement was not putting any of the students',
5  faculty, and staff's lives at risk at the University
6  of Tennessee.
7     Q    But it's your opinion that that opinion, my
8  client's opinion, was putting lives at risk.  That's
9  your opinion; right?
10     A    No, it's not her opinion that put their
11  lives at risk.  Her statement, her -- is what created
12  the -- the situation.
13     Q    What situation?
14     A    A situation in which our students',
15  faculty's, and staff's lives could be at risk.
16     Q    You said could be.  That's your opinion;
17  right?
18     A    Yes.  It's my job to keep our students',
19  faculty's, and staff's lives safe.
20     Q    What is that opinion based on?
21     A    Information that we were getting that people
22  were very upset about the -- the comments, about the
23  comment.
24     Q    Simply because people were upset, why did

1   that lead you to opine that people's lives were at
2   risk?
3        A    It was our -- our assessment of the
4   situation that people's lives were at risk.
5        Q    What evidence did you base that on?
6        A    Commentary we were hearing.
7        Q    By who?
8        A    The public.
9        Q    What specific commentary made you believe
10  that people's lives were at risk?
11       A    We've submitted all the -- the messages that
12  we've gotten, and I think I'd just defer to that body
13  as a whole.  I don't have any specific ones I can
14  quote you.
15       Q    Can you point just to one?
16       A    No.
17       Q    Even if it's not, like, specific, like from
18  a person, just generally, like someone who said -- if
19  someone said like, "I'm going to go to the University
20  of Tennessee and do horrible things because of this,"
21  did anyone say anything like that?
22       A    Rather than trying to guess, I'd rather just
23  defer to the documents.
24       Q    Do you know if there's any document that

Case 3:25-cv-00528-KAC-JEM   Document 46   Filed 01/21/26   Page 116 of 406
PageID #: 1058

```
 1   says anything that talks about violence?
 2       A    I believe so.
 3       Q    Okay.  And how many documents are there that
 4   talk about violence?
 5       A    I -- I don't know.
 6       Q    Okay.  I'm sure we can get those documents
 7   from you; right?  We'll ask.  We'll ask.  Let's
 8   continue.
 9           On number 8, Mr. Kirk stated on a post dated
10   May 31, 2024, "There shouldn't be a transgender day of
11   visibility.  Cancel it."  Do you agree with that
12   statement that there shouldn't be a transgender day of
13   visibility?
14       A    I've never heard of a transgender day of
15   visibility, so I don't know anything about it.
16       Q    Okay.  Does it matter to you one way or
17   another if there's a transgender day of visibility?
18       A    I'd need to know more before I could make an
19   opinion.  I -- I have no idea what it's about.  Or
20   I've never heard of it before.
21       Q    Okay.  So you're saying with all of these
22   comments, you need to investigate more as to the
23   context?  Is that what you're saying?  You need to
24   know more?  You --
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1      A    I -- I'm saying that his comments are
 2   irrelevant.
 3      Q    Are what?  I'm sorry.
 4      A    Irrelevant to the -- to our decision.
 5   Nobody was discussing Charlie Kirk and what his
 6   opinions were, were not, when we're deciding whether
 7   our students' and faculty and staff's lives are at
 8   risk.
 9      Q    Who was in those discussions?
10      A    The chancellor, general counsel.
11      Q    Anyone else?
12      A    Probably our chief of -- her chief of staff
13   and her provost.
14      Q    What do you mean probably?
15      A    There may have been multiple discussions.  I
16   know at least in some discussion, the provost was in
17   the -- in the -- the meeting.  And at least in some
18   discussion, chief of staff was in the -- the -- in
19   the -- on the -- in the -- in the conversation.
20      Q    Anyone else other than those people?
21      A    Not that I recall, excluding -- except for
22   general counsel.
23      Q    And this was prior to your post on X?
24      A    What time was the post on X and when?  Do
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

1  you have a copy of that?

2      Q    Yeah, absolutely.  I'm handing you Exhibit

3  4.

4      A    So the question is, again, just to make sure

5  I get it -- I'm answering the right thing.

6      Q    Who did you consult with?  Name all the

7  people you consulted with prior to making that post.

8  When was that post at?  I believe 7:33 a.m.?

9      A    Eastern Time.  It says 8:22 a.m.

10     Q    8:22.  I'm sorry.  8:22 a.m.  Is that

11  Eastern Time, you said?

12     A    It would have to be, yes.

13     Q    Okay.  And the date of that is what date?

14     A    September 15th.  If someone could recall,

15  but I believe that's a Monday.  Can we confirm that?

16     Q    It's a Monday.

17     A    Okay.

18     Q    So you learned about Dr. Shirinian's comment

19  on when?

20     A    Probably soon after the comment, but I don't

21  remember the date.  Probably the same day.

22     Q    Do you think it might have been you learned

23  about it the night before or the evening before?

24     A    No, I think it would be sooner than that.

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1       Q    Multiple days is your testimony?
 2       A    Yes.  Do we have a date on her comment?
 3       Q    We'll get into that later, for sure.
 4       A    Okay.
 5       Q    A couple more comments based on the list
 6  that we were talking about before, going back to Dr.
 7  Shirinian's letter to Chancellor Plowman dated
 8  September 22nd with regards to Charlie Kirk's -- one
 9  of the things Charlie Kirk said in his show on May 19,
10  2023, is "Prowling blacks go around for fun to target
11  white people.  That's a fact."
12            What are your thoughts on that statement of
13  Mr. Kirk?
14       A    That's not a fact to my knowledge, but
15  that's -- yeah.
16       Q    Does it make you upset that someone would
17  say that?
18       A    Yes.
19       Q    Why does it make you upset?
20       A    I think it makes me upset, one, because I'm
21  not sure that it's true.  I'm confident that it's not.
22  And it seems to incite discord and -- amongst others.
23  For the -- at University of Tennessee, we promote
24  civility and respect, and this would be contrary to
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1   civility and respect that we're trying to promote.
 2         Q    In a show, what's called the Jubilee's
 3   Internet Television Show, Mr. Kirk stated in number
 4   10, it was in response to a question about black
 5   people and their per capita income.  He stated "They
 6   were actually better in the 1940s.  It was bad.  It
 7   was evil.  But what happened?  Something changed.
 8   They committed less crimes."
 9              Does that statement upset you?
10         A    I don't know any of the data that he's
11   referring to, so I have no opinion on it.
12         Q    Okay.  Do you think black people were better
13   off in the 1940s?
14         A    I don't know.
15         Q    Okay.  In paragraph 11, Mr. Kirk writes, on
16   protestors, "If someone has had enough of your antics
17   and has to run you over to get somewhere, they
18   shouldn't face any penalties."  And that was from a
19   post he made on April 15, 2024.  Is that upsetting to
20   you, that statement?
21         A    Let me read it again.
22         Q    Sure.
23         A    On protestors --
24         Q    "If somebody has had enough of your antics
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

1     and has to run you over to get somewhere, they
2     shouldn't face any penalties."
3          A     I don't really understand what he's talking
4     about.  I don't know who --
5          Q     How do you interpret that?
6          A     I can't interpret it.  "If somebody has
7     enough of your antics" -- I'm not sure who "you" is
8     and what antics he's referring to -- "and has to run
9     you over" -- and I don't know if he's -- when he's
10    running you over, is he talking metaphorically or
11    physically?  I just don't know.
12              I can't -- I can't -- I don't have enough
13    information to understand exactly what he's talking
14    about.
15         Q     Okay.  Based on the statements of Mr. Kirk
16    that you just read, would you categorize some of those
17    statements to be racist?
18         A     Yes.
19         Q     Would you categorize some of those
20    statements to be bigoted?
21         A     Yes.
22         Q     I want to turn your attention, sir, to on
23    the next page where Dr. Shirinian talks about some of
24    the hate mail she received after Mr. Starbuck took her

```
 1   private comment and disseminated it.  Do you know if
 2   the University of Tennessee acted to protect one of
 3   their employees, Dr. Shirinian?
 4        A    Yes.
 5        Q    And what did they do?
 6        A    Removed her from the campus.
 7        Q    Did they protect her in any other manner?
 8        A    Not to my knowledge.
 9        Q    To your knowledge, did they investigate any
10   of the people who were sending her hate mail?
11        A    Not to my knowledge.
12        Q    Do you know what -- well, I know you do, and
13   I apologize.  But as you know, in the world of
14   depositions, you have to ask very rudimentary
15   questions.  You can't just assume people know it.  You
16   obviously know what AI is; correct?
17        A    In the last testimony with the -- with the
18   governor, I had to define AI because there are at
19   least two common versions of AI depending on whether
20   you come from agricultural or computer science world.
21   So why don't you say exactly?
22        Q    Oh, see, so you --
23        A    Yeah.
24        Q    -- made me feel better.  Thanks.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1        A     Yeah.

 2        Q     In the world of computer science, do you

 3    know what AI stands for?

 4        A     Artificial intelligence.

 5        Q     Right.  Do you have a pretty good idea of

 6    the vastness of capabilities of artificial

 7    intelligence?

 8        A     I -- I believe it's vast.

 9        Q     Have you seen any what are called memes or

10    any posts where someone's body and/or face is taken to

11    put them in a place where they've never been?

12        A     Yes.

13        Q     Yeah.  So things on the internet may look

14    and appear to be something that they are not.  Is

15    that -- would you agree with that?

16        A     Yes.

17        Q     Okay.  What did you do to ensure that what

18    ultimately ended up as Dr. Shirinian's Facebook

19    comment was a real Facebook comment?

20        A     What -- so the question is what actions did

21    I take to make sure it's real?

22        Q     Mm-hmm.

23        A     None.

24        Q     Why not?
```

1      A    I believe that the sources that gave it to
2  me, it felt that -- I felt was accurate.
3      Q    What sources gave it to you?
4      A    I can't recall.
5      Q    Then how would you know if what they gave
6  you was accurate?
7      A    I trusted the source.
8      Q    When did those sources give it to you?
9      A    Don't know the exact date.  Sometime between
10 the date that it was posted and September 14th -- or
11 not September -- so it would've been 9/14.
12     Q    Did they tell you about it?
13     A    It was told and shown.
14     Q    How was it shown to you?
15     A    Emailed to me.
16     Q    Okay.  What email was it sent to you on?
17     A    I don't know exactly.  Probably the UT
18 president account.
19     Q    Between the time you received that email and
20 the time -- well, let's make it even easier.  What led
21 you to make your X post?  If you would, read your X
22 post into the record.
23     A    "Celebrating or advocating violence and
24 murder is reprehensible and has no place at the

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
1   University of Tennessee.  UT Knoxville is actively
2   investigating the matter and will take decisive action
3   to ensure it is addressed with full weight and
4   attention it deserves."
5        Q     Explain to me how you ultimately posted
6   that, like what led you to post that.
7        A     Conversations with the people that we've
8   already discussed, along with reading the post and
9   receiving a lot of commentary or seeing a lot of
10  commentary about the post.
11       Q     Anything else?
12       A     Not that I recall.
13                MR. BIGELOW:  Per my promise, I said we
14  could take a break around noon.  It's around noon
15  right now.
16                MR. FITZGERALD:  It is.
17                MR. BIGELOW:  So why don't we take an
18  hour break and come back at lunch, if that's all right
19  with you?
20                THE WITNESS:  That sounds fine.
21                MR. BIGELOW:  Sounds good.
22                THE VIDEOGRAPHER:  We are off the
23  record.  The time is 11:56.
24                     (Off the record.)
```

```
 1              THE VIDEOGRAPHER:  We are on the
 2    record.  The time is 1:03.
 3    BY MR. BIGELOW:
 4         Q    This is always one of my least favorite
 5    things to do, but I'll do it anyway simply because
 6    when I was a lawyer years ago, someone said this
 7    question and I was like -- I was caught off guard.
 8    And I'm confident I know the answer, but at lunch you
 9    didn't talk about anything to do with this case, did
10    you?
11         A    No.
12         Q    Okay.  Have to ask it always, as he probably
13    knows.  And it's not meant to, like, be mean or
14    anything like that, just -- you know Chancellor
15    Plowman; correct?
16         A    Yes.
17         Q    How did she -- what role, if any, did you
18    have in her becoming chancellor?
19         A    I hired her.
20         Q    Okay.  And how did you learn about her?
21         A    She applied for the job.
22         Q    Along with how many others?
23         A    More than 50, less than a hundred.
24         Q    I once read something -- I'm not sure if
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

1  it's true -- about at some point you took a private
2  plane of yours and flew her from Lincoln to here.  Is
3  that --
4       A    Yeah, I did.  I did that with all the
5  finalists.  There were four finalists, and I -- I
6  either flew them -- either picked them up or flew them
7  back home so I could have just a -- a private time
8  with each of them.
9       Q    And you flew your plane or the pilot flew
10 your plane out to Lincoln in this case and then, yeah,
11 picked her up at an airport in Lincoln and flew here
12 to talk more, basically?
13      A    For -- she was a finalist, and the -- so the
14 finalists have a day and a half, two-day battery of
15 interviews.  And so I was flying her in for her -- her
16 interviews.
17      Q    Do you fly the plane, or does someone else
18 fly the plane?
19      A    Someone else flies the plane.
20      Q    Do you know how to fly the plane?
21      A    Not that one.
22      Q    Okay.  Do you have another plane that you
23 fly?
24      A    I used to.

```
 1       Q    Okay.  When we were talking earlier today,
 2  your lawyer objected to one thing, I think, and he
 3  said, you know, that's --
 4       A    Just one?
 5       Q    What now?
 6       A    Just one?
 7       Q    Just, I mean, maybe a couple.
 8       A    Okay.
 9       Q    One objection he said is it calls for a
10  legal conclusion.  I don't know if you remember that
11  or not.
12       A    I think there were multiple times, but yes.
13       Q    Okay.  What does that mean to you when he
14  says this calls for a legal conclusion?
15       A    I would almost have to defer to him for a --
16  the definition of a legal conclusion, but my guess --
17  and it would only be a guess -- is that this is a -- a
18  matter of law that I'm not an expert in.
19       Q    Okay.  On questions of law, who do you ask
20  about questions of law in your capacity as the
21  chancellor -- or as the president of the University of
22  Tennessee?
23       A    The general counsel.
24       Q    And that is who?
```

Case 3:25-cv-00528-KAC-JEM    Document 46    Filed 01/21/26    Page 129 of 406
PageID #: 1071

```
 1        A     Ryan Stinnett.

 2        Q     Okay.  Do you ask anyone their opinions on

 3    matters of law in your personal capacity?

 4        A     Yes.

 5        Q     Who is that?

 6        A     Depends on the situation, so multiple

 7    attorneys.

 8        Q     Okay.  In this case, have you asked anyone

 9    questions of law in your personal capacity aside from

10    Mr. Stinnett?

11        A     Regarding this case?

12        Q     Yes.

13        A     No.

14        Q     Okay.  When it comes to those questions of

15    law in this case, do you always take Mr. Stinnett's

16    advice?

17        A     I always listen to his advice, yes.

18        Q     Do you always take his advice, though?

19        A     He provides -- I always listen to his

20    advice.  So he -- he provides me the -- the advice I

21    need to make a decision.  There's -- yeah.  So yes, I

22    do.  I guess the short answer would be yes.

23        Q     Do you -- if he provides you with the option

24    that he thinks you should take, do you always do it?
```

1      A     In the history of -- of time, I would say
2   yes.
3      Q     Okay.  When looking at --
4      A     Let me say I don't recall a time when I
5   did -- I said no.  I did not take -- I -- I don't
6   recall a time when I did not take his advice.
7      Q     Where he says, "This is the right -- this is
8   the way to go; here's what I suggest doing," and then
9   you say, "Okay.  Let's go that route," you always say
10  yes?
11     A     I don't recall a time of ever saying no.
12  That would -- same thing.
13     Q     In Exhibit 3, which is the Facebook post and
14  the comment, is there anywhere in the post or Dr.
15  Shirinian's comment where a school is mentioned?
16     A     No.
17     Q     So how do you know if either the person who
18  made this post or Dr. Shirinian knew that it was a
19  school shooting?  You don't; right?
20     A     That's true.
21     Q     Okay.  Did you investigate that before
22  making your post on X?
23     A     Let me make sure that I understand the
24  question.  Your -- the question is did I investigate

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1    whether Dr. Shirinian knew that Charlie Kirk was shot
 2    at a university or not?
 3         Q    Correct.
 4         A    No.
 5         Q    Okay.  Did you call Dr. Shirinian before --
 6         A    No.
 7         Q    No.  Have you ever called Dr. Shirinian?
 8         A    No.
 9         Q    Have you ever asked anyone from your
10    university to call Dr. Shirinian?
11         A    No.
12         Q    Why not?
13         A    It would've been up to them to decide if
14    they -- they -- what they needed to -- to do.  So that
15    would -- I would defer to Dr. Plowman whether she
16    decided to call Dr. Shirinian or not.
17         Q    If you would, turn your attention to
18    what -- this was previously labeled Exhibit 9 -- is
19    that philosophy on institutional and leadership
20    statements that I believe you have.
21         A    Yeah.
22         Q    We read the first sentence together.  The
23    second says "To foster this mission, when speaking in
24    the name of or on behalf of the university, any
```

1　　university unit, university employees shall honor the
2　　principle of institutional neutrality and refrain from
3　　making statements on disputed political, moral, and
4　　religious topics.
5　　　　　　"Public statements in the name of the
6　　university should be avoided except where determined
7　　by the president, chancellor of a campus, or the vice
8　　president of the Institute of Public Service to be
9　　appropriate to address an issue that bears materially
10　　and directly on the university's core mission.
11　　　　　　"The role of the university is to provide an
12　　impartial platform for scholarly debate, not to settle
13　　those debates."  You testified earlier that you knew
14　　about this policy; correct?
15　　　　A　　Yes.
16　　　　Q　　And I would imagine -- and this just is to
17　　make it easier and just get us out of here, hopefully
18　　in a relatively short amount of time -- that you're
19　　going to say that you believe that this issue in this
20　　case involved materially and directly on the
21　　university's core mission?
22　　　　A　　Make sure I understand your question.
23　　　　Q　　Yeah.
24　　　　A　　But -- but -- say it -- state it again for

www.veritext.com　　　　Veritext Legal Solutions　　　　800-556-8974

1    me.

2        Q    Okay.  Sure.  So it says "University

3    employees," and you're a university employee; correct?

4        A    Yes.

5        Q    "Shall" -- not might or could, but "shall

6    honor the principle of institutional neutrality and

7    refrain from making statements on disputed political,

8    moral, and religious topics."

9             Do you think that your statement on X

10   involved political, moral, or religious topics?  And

11   let's just say it's not religious, but it's political

12   or moral.  Do you think your statement involved

13   political or moral topics?

14       A    No.

15       Q    You do not?  Okay.

16       A    Let me -- no, I'm sorry.  Political or

17   moral?  Moral, yes.  Sorry.

18       Q    Okay.  That's okay.  Just asking the

19   questions.  And then it says -- and why do you say it

20   involves moral topics?  I know what my answer is, but

21   that doesn't -- my answer doesn't matter in this.

22       A    I said, in the statement, "Celebrating or

23   advocating violence or murder is reprehensible."  That

24   would classify it as a comment about morality.  I

1 think -- yeah, I think murder -- murder falls within
2 the category of morality.
3    Q    Okay.  And then it states "Public statements
4 in the name of the university should be avoided except
5 where determined by the president," which is you, "the
6 chancellor of a campus, or the vice president of the
7 Institute of Public Service to be appropriate to
8 address an issue that bears materially and directly on
9 the university's core mission"; correct?
10    A    Yes.
11    Q    And why I said -- my guess is you made a
12 public statement.  That's the public statement;
13 correct, on X?
14    A    I made this public statement, yes.
15    Q    And you made it in the name of the
16 university; correct?
17    A    Yes.
18    Q    But you also made it in your personal name,
19 correct, because it was on your personal account?
20    A    Sure.  It was on both.
21    Q    So you did both?
22    A    Yes.
23    Q    Okay.  And it says they're to be avoided,
24 but then there's kind of a caveat, correct, which is

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1    "except when determined by the president, a
 2    chancellor, or vice president to be appropriate to
 3    address an issue that bears materially and directly on
 4    the university's core mission."
 5               Before you sent that out, did you determine
 6    that that statement beared materially and directly on
 7    the university's core mission?
 8         A    Yes.
 9         Q    Okay.  And what is that core mission?
10         A    To promote civility and respect.
11         Q    That's the core mission of the University of
12    Tennessee?
13         A    It's part of our mission.  It's part of who
14    we are.
15         Q    Okay.  Is there any other core mission?
16         A    Yes.
17         Q    What is that?
18         A    As we've outlined at the very -- looking --
19    "The principal mission of the University of Tennessee
20    is the pursuit and the dissemination of knowledge
21    through teaching, research, and service."
22         Q    Where does it mention civility or respect in
23    that?
24         A    It's in addition to, not replacement of.
```

```
 1   It's -- and it's not written in this document.
 2        Q    Okay.  So that's just your belief, then,
 3   even though it's not in that document?
 4        A    Not just mine, but the -- the board and the
 5   chancellors of the university.
 6        Q    How do you come to the conclusion that
 7   that's the board's mission, core mission?
 8        A    We've had discussions about it, and they've
 9   supported it.  I'm not sure that there's been a board
10   resolution that says civility and respect.  Yeah.
11        Q    Okay.  Okay.  And then it says "The role of
12   the university is to provide an impartial platform for
13   scholarly debate, not to settle those debates";
14   correct?
15        A    It says that, yes.
16        Q    What does that mean to you?
17        A    It means we want to be a place for -- a -- a
18   marketplace for ideas where people can share ideas
19   with -- and be treated with civility and respect.
20        Q    Whether you were right or whether you were
21   wrong, as to my beliefs on what you said here, I
22   suggest doesn't matter.  But when you made that
23   statement, were you saying that the death of Charlie
24   Kirk is morally reprehensible?
```

Page 137

Case 3:25-cv-00528-KAC-JEM    Document 46    Filed 01/21/26    Page 137 of 406
                              PageID #: 1079

```
 1        A    No.

 2        Q    What were you saying?

 3        A    I'm saying that celebrating and --

 4   celebrating the death, the murder of another person

 5   was morally reprehensible.  Doesn't matter whether

 6   it's Charlie Kirk or anyone.  Celebrating anyone's

 7   death is morally reprehensible.

 8        Q    And that's your viewpoint; correct?

 9        A    Correct.

10        Q    Okay.  And that's a moral viewpoint?

11        A    Yes.

12        Q    Do you think everyone has that moral

13   viewpoint?

14        A    I don't know.

15        Q    But there's a chance that people have

16   different moral viewpoints than you; correct?

17        A    There's a chance that some people think

18   people being murdered is a good thing, but I -- so

19   I -- I'm sure that's true.  But probably very few.

20        Q    Okay.  Okay.  And it says "The role of the

21   university to provide impartial platform for scholarly

22   debate.  It is not to settle those debates."  In

23   writing what you wrote, if there is debate as to if

24   murder is ever to be celebrated, at least from the
```

1  University of Tennessee's perspective, did you not
2  settle that debate?
3     A    I believe celebrating the murder of someone
4  is beyond the -- the pale and is not acceptable.
5     Q    So yes, you settled that debate on behalf of
6  the University of Tennessee?
7     A    I wouldn't say I settled.  I made a comment
8  on it.  Settling would be another order, but --
9     Q    But you made a comment on that as the head
10 of the University of Tennessee?
11    A    Yes.
12    Q    So as far as anyone who works for the
13 University of Tennessee, they know -- you realize that
14 your positions on things, you represent the University
15 of Tennessee as a whole, correct, when you make a
16 position as --
17    A    I -- I -- yes.  Yes.
18    Q    Okay.  Okay.  What does institutional
19 neutrality mean to you?
20    A    We comment on it in the -- in the document,
21 but to not -- to allow civil discourse and civil --
22 and debate on our -- on our campuses and not be
23 weighing into issues that don't directly affect our
24 university.

www.veritext.com          Veritext Legal Solutions          800-556-8974

1      Q     If any one of your professors currently
2   working were to say the past murder of someone is to
3   be celebrated, would you fire that professor?
4      A     I'd have to take it in the context.
5      Q     Okay.  Why?
6      A     If it was a -- the context matters.  In this
7   particular case, within days, you had the murder of
8   someone on a college campus.  And the reaction to the
9   comment leads you to believe that the lives of the
10  students, faculty, and staff could be at risk.  That's
11  the context.  Take out one of those parts, and it may
12  not be the same.  I think each situation is unique.
13     Q     Continuing on, it says "Rather,
14  institutional neutrality allows the university to be a
15  true marketplace of ideas in which students, faculty,
16  and staff have the broadest possible latitude to
17  speak, write, listen, challenge, learn, and discuss
18  any issue."
19           Do you believe that the students at the
20  University of Tennessee, both undergraduate and
21  graduate students, have the ability, are fully capable
22  to speak, write, listen, challenge, learn, and discuss
23  any issue?
24     A     Yes.

```
 1                    MR. FITZGERALD:  Object to the form.
 2                    THE WITNESS:  That's our aspiration.
 3  BY MR. BIGELOW:
 4      Q    And then it says "However, when acting in a
 5  personal capacity as a citizen, the employee of the
 6  university speaks when" -- I'm sorry.
 7            "However, when acting in a personal capacity
 8  as a citizen, an employee of the university speaks
 9  publicly or writes for publication, the employee shall
10  take care to ensure that the employee's statements are
11  not reasonably interpreted as being made on behalf of
12  the university."  Why is there that distinction?
13      A    Didn't follow you.  So let's go back over
14  that one.
15      Q    Sure.  Absolutely.  It's towards the bottom
16  of the page, sir.
17      A    "However, when acting in" -- this is that
18  sentence?
19      Q    Yes, sir.
20      A    "However, when acting in a personal capacity
21  as a citizen, an employee or university -- of the
22  university speaks publicly or writes for a
23  publication, the employee shall take care to ensure
24  that the employee's statements are not reasonably
```

www.veritext.com            Veritext Legal Solutions            800-556-8974

1   interpreted as being made on behalf of the
2   university."  Is that the --
3        Q    Yes, sir.
4        A    And what's the question?
5        Q    The question is, what does it mean to you?
6        A    I think it's pretty literal.  When acting in
7   a personal -- in their personal capacity, they need to
8   take care to make sure that their statements aren't
9   interpreted as being on behalf of the university.  I
10  don't -- I'm not sure how else to rephrase it.
11       Q    How does someone act in a personal capacity
12  as a citizen versus on behalf of the university?
13       A    The question is what their personal --
14       Q    Yeah.  If I --
15       A    -- the definition of personal capacity?
16       Q    Kind of.  If I work at the University of
17  Tennessee and I read this policy, which I'm supposed
18  to be bound by; correct?
19       A    Yes.
20       Q    And I read the sentence "When acting in a
21  personal capacity as a citizen, an employee of the
22  university speaks publicly or writes for publication,
23  the employee shall take care to ensure that the
24  employee's statements are not reasonably interpreted

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1   as being made on behalf of the university," if I work

 2   for you or the university, how am I supposed to know

 3   when I'm acting in a personal capacity as a citizen?

 4        A     Well, the -- the statement, I believe, says

 5   that you have to take care even in your personal

 6   capacity.  So the -- the policy carries to being in

 7   your personal capacity.

 8        Q     The statement doesn't state that, actually.

 9   What it states is "When acting in a personal capacity

10   as a citizen, an employee of the university speaks

11   publicly or writes for a publication, the employee

12   shall take care to ensure that the employee's

13   statements are not reasonably interpreted as being

14   made on behalf of the university."

15           So what I want you to focus on is when

16   someone works for you as the president, how does that

17   person know when acting -- how do they know, one, when

18   they're acting in their personal capacity as a

19   citizen?  How do they know that?

20        A     Anything -- anything that would be not

21   associated in the official capacity with the

22   university or that could be attached to you as a

23   representative of the university.

24        Q     So how can you not attach yourself if you
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1   work for the university?  How is that possible?
 2        A     Probably not.
 3        Q     It's not possible?
 4        A     Not -- not easily.
 5        Q     Well, is it ever possible?
 6        A     I don't know.
 7        Q     So how can someone on -- let's do it with
 8   this specific case, Dr. Shirinian.  Right?  Let's say
 9   she would have read this.  And nothing on her Facebook
10   page says she works at the University of Tennessee.
11   Nothing.  It doesn't -- nothing says "I'm a professor
12   at the University of Tennessee."  Doesn't mention
13   University of Tennessee.
14             In fact, maybe it even says "this is all in
15   just my personal capacity and doesn't reflect the
16   views of my employer."  Right?  And she posts
17   something.  Well, if she does that, is she taking care
18   to ensure that the statements are not reasonably
19   interpreted as being made on behalf of the university?
20        A     I would say, in this case, it's self-evident
21   that it wasn't because over a million people attached
22   the statement to the University of Tennessee.  So just
23   by -- it was -- it was evident by the -- the outcome.
24        Q     But to be fair, that's not what the --
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

1     A     It says to take care.
2     Q     Right.  It says "that employee shall take
3  care to ensure that the employee's statements are not
4  reasonably interpreted as being made on behalf of the
5  university."  What did Dr. Shirinian do to violate
6  that policy?
7     A     I think by the result, it was not -- to not
8  take enough care to prove -- to make sure it was not
9  associated with the university.
10    Q     Can you explain that?
11    A     As Randy Boyd, I can't make a comment and
12  say "I -- I -- this has nothing to do with the
13  university, but."  I -- I don't have that ability to
14  do that.  It would be nice to be able to say that I
15  have two lives, that I can separate both, but you
16  can't.
17    Q     I would suggest -- I mean, it's undoubtedly
18  more difficult for you as the president of the
19  university to separate your life as the president of
20  the university versus Randy Boyd, citizen; correct?
21    A     Yes.
22    Q     I mean, that's difficult for you to do;
23  right?
24    A     Yes.  Yes.

```
 1      Q    Are there any things at all that you do as
 2   Randy Boyd the citizen and not Randy Boyd the
 3   president of the university?
 4      A    Are there things that I do outside of my
 5   job?
 6      Q    Yeah.
 7      A    Yes.
 8      Q    Like what?
 9      A    All my activities outside of my work.  I --
10   I run.
11      Q    Okay.  And is that -- you just do that for
12   fun; right?  An activity and to stay in shape --
13      A    An activity, yeah.
14      Q    -- and all the things; right?  Because you
15   enjoy it; correct?
16      A    Yes.
17      Q    Okay.  So is that as Randy Boyd the citizen?
18      A    Yes.
19      Q    Is there anything that you say as Randy Boyd
20   the citizen?
21      A    Yes.
22      Q    Like what?
23      A    A public post wishing everybody a happy New
24   Year would be maybe the most recent.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

1    Q   I'm not talking about public post here.  I'm
2    saying about privately.
3    A   You -- are you -- I wouldn't say -- well,
4    define private versus personal.  Are we talking about
5    private versus personal again?  If I'm talking
6    about --
7    Q   We're talking about Randy Boyd the citizen,
8    not Randy Boyd the president.
9    A   And in what format?
10   Q   In any format.  Would you agree that there's
11   a difference between Randy Boyd the president of UT
12   and Randy Boyd, citizen?
13   A   I -- the public is not going to see a
14   difference.
15   Q   For you, maybe, in your opinion; right?
16   A   Yes.
17   Q   But you would also agree, I hope, that Randy
18   Boyd the citizen can do different things than Randy
19   Boyd -- based on this policy, do different things than
20   Randy Boyd the president?
21                  MR. FITZGERALD:  Object to the form.
22   BY MR. BIGELOW:
23   Q   Would you agree with that?
24   A   Trying to make sure that -- Randy Boyd -- I

Page 147

Case 3:25-cv-00528-KAC-JEM    Document 46    Filed 01/21/26    Page 147 of 406
PageID #: 1089

1  do different activities outside of the University of
2  Tennessee, the job that I do at the University of
3  Tennessee, if that's the question?
4       Q    Yeah.
5       A    That would be, yeah, self-evident.
6       Q    Do you have -- I would imagine you have
7  childhood friends?
8       A    Yes.
9       Q    And they know you.  I'm sure they know you
10 as President Boyd, and they're excited for you, of
11 course.  And they appreciate how much -- how hard
12 you've worked.  But they also just know you as, like,
13 Randy Boyd the guy; right?  Like my friend Randy.  Is
14 that fair?
15      A    Yes.
16      Q    Okay.  And if you are with those guys and
17 you say something and maybe you say something off the
18 cuff that you wouldn't say as Randy Boyd the
19 president, is that said in your capacity as Randy Boyd
20 the president or Randy Boyd the citizen?
21      A    Randy Boyd the citizen.
22      Q    And based on this policy, as long as you
23 take care -- and this is what the policy says -- as
24 long as you shall take care to ensure that your

```
 1   statements are not reasonably interpreted as being
 2   made on behalf of the university, you're okay, based
 3   on this policy?
 4       A    Within limits.
 5       Q    Where does it say within limits?
 6       A    Doesn't say it, but it's -- but it's --
 7   should be understood.  Well --
 8       Q    Okay.  So you think that when people read
 9   this, it's your opinion that they should just
10   intuitively understand that there are limits to that
11   written policy?
12       A    Yes.
13       Q    And what are those limits?
14       A    I would say specifically, in this case,
15   regardless of which group of friends you're sharing
16   this sentiment with, that you're -- think it's -- we
17   should celebrate somebody's murder, you will be -- it
18   will be associated with you and it will come back to
19   the university.
20       Q    Okay.  So --
21       A    I'm assuming if I'm with the -- that group
22   of friends, either one of them or somebody in the room
23   has a recorder, and it will be public.  And if you're
24   not assuming that, then you've missed a important part
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

1  of your education.  We need to be making sure that

2  people understand that everything is -- is on the

3  record.

4      Q    Including stuff that you say as a citizen?

5      A    Yes.  Everything is on the record.

6      Q    Okay.  Okay.  And when you say on the

7  record, what do you mean by that?

8      A    It's going to be recorded and shared.

9      Q    And when it's recorded and shared, does that

10 mean that you didn't take care to ensure that your

11 statements, like, are as a citizen?  Is that what that

12 means?

13         So if one of your friends records it and

14 then says, "Dear Press, you wouldn't believe what

15 Randy Boyd said," and then it is shown to the world,

16 so does your speech to your friend as a citizen then

17 move out of citizen speech and become a speech as

18 Randy Boyd, President?

19     A    Yes.

20     Q    Okay.  And is that --

21     A    If I -- if I was in that group of friends

22 and I said it's a great thing that Charlie Kirk was

23 murdered and it got public, most likely my board would

24 fire me.

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1       Q    Believe it or not, I disagree with you, but
 2  that's okay.
 3       A    I don't think I would -- well --
 4       Q    That's okay.
 5                 MR. FITZGERALD:  Object.
 6  Argumentative.
 7                 MR. BIGELOW:  That's fair.
 8                 THE WITNESS:  Yeah.  That's --
 9  BY MR. BIGELOW:
10       Q    But that's a legal conclusion; correct?
11       A    No, that's just an opinion.
12       Q    That's just an opinion.  Do you think you
13  might have different expectations of yourself than
14  some of the people who work for you?
15       A    Do I have different expectations for myself
16  than the expectations I have of them or the
17  expectations they have of me?
18       Q    When it comes to speaking as a citizen,
19  specifically.
20       A    I think I'm held to a higher standard.
21       Q    Okay.  Should you be held to a higher
22  standard, in your opinion?
23       A    Probably.
24       Q    Because you're the president?
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1        A     Probably.

 2        Q     Okay.  So what is your understanding

 3   generally for what it takes to become a tenured

 4   professor?

 5        A     Generally it takes a period of -- of years,

 6   and it takes a lot of scholarly research and a full

 7   body of work.  But I'm not an expert on it, but I know

 8   that's -- there's scholarly research and time.

 9        Q     And do you know what a terminal degree is?

10        A     Yes.

11        Q     Okay.  And explain what a terminal degree

12   is.

13        A     A Ph.D.

14        Q     Okay.  And is it fair to say, just

15   trying to -- is it fair to say that usually a Ph.D.,

16   you have to get your undergraduate degree, which takes

17   most people four years; correct?

18        A     Fifty-seven percent at UT.

19        Q     And then how many is less than four years?

20        A     The 43 percent.  That -- it's not -- not a

21   matter of -- it takes longer for -- for most or a lot

22   of students to get a four-year degree, to get -- I'm

23   sorry.  Not a four-year degree, to get a bachelor's

24   degree.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

1    Q    Okay.  But not 43 percent graduate less than
2    four years, like three years; right?
3    A    I'm sorry.  It takes -- takes more than four
4    years.  Yeah.  I said that --
5    Q    Okay.  I say that because I was really
6    excited about my daughter.  My daughter, amazingly,
7    shockingly to me, graduated from college in three
8    years.  And I was -- like you.  And I was astounded,
9    frankly.  I was like, that's amazing.  But you're not
10   saying --
11   A    Good for her.
12   Q    Thanks.  You're not saying that it takes --
13   43 percent graduate in three years.  You're saying 43
14   percent --
15   A    Forty-three percent graduate in something
16   more than four years.
17   Q    Okay.  So --
18   A    Sorry.  I said that wrong.
19   Q    No worries.
20   A    Thank you for asking.
21   Q    Absolutely.  So generally four or five
22   years, four or more years?
23   A    Yes.
24   Q    To get a bachelor's degree; correct?

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1        A    Yes.

 2        Q    And then a master's degree, which takes

 3   sometimes one or two years; fair?

 4        A    Yes.

 5        Q    And then a Ph.D., which can take anywhere

 6   from five to seven years.  Is that fair?

 7        A    Somewhere in that range.

 8        Q    Okay.  And in order to get a Ph.D., once

 9   you're at that level, what do you have to do?

10        A    To do what?

11        Q    In order to get a Ph.D.

12        A    Are we talking about the number of years or

13   what you have to do?

14        Q    No, just generally, what do you have to

15   accomplish in order to receive a Ph.D.?

16        A    There's usually course -- well, there is

17   coursework and then usually a dissertation.

18        Q    Okay.  And the coursework is for a number of

19   years, and then the dissertation is for a number of

20   years; correct?

21        A    I believe so.

22        Q    And at some point, you have a panel or a

23   board that decides if you get your Ph.D., correct,

24   based on your defending your dissertation; right?
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1        A     That's my understanding.

 2        Q     So it's a tremendous amount of work;

 3   correct?

 4        A     Yes.

 5        Q     And once you get that, one of the things

 6   that people like to do -- not everyone -- is to try

 7   and become a faculty member at a university; correct?

 8        A     I'm not sure what the percentage is.  Many

 9   do.

10        Q     Yeah.

11        A     I'm not sure what the percentage is.

12        Q     And that's not easy, right, to become a

13   faculty member at a university?

14        A     Not at the University of Tennessee.

15        Q     Absolutely.  What does it take to become a

16   faculty member at the University of Tennessee?

17        A     I'm going to defer to the campus 'cause I've

18   never hired a faculty member.  So I don't know.

19        Q     Do you have any general knowledge?

20        A     Not really.

21        Q     Okay.  So first you have to apply; right?

22        A     I assume so.

23        Q     And you have to say, "I want to" --

24        A     No, that would not be true.  We -- we
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1    sometimes recruit people.
 2         Q    Oh, fair.  And the people you -- do you know
 3    why the University of Tennessee would recruit faculty
 4    members?
 5         A    To fill a open position and/or to try to
 6    grow expertise in a particular field.
 7         Q    And any recruiting would probably mean that
 8    they think who they're recruiting is excellent at what
 9    they do; correct?
10         A    I would hope so.
11         Q    I mean, just like in anything, you are not
12    going to recruit a head coach for a team if you don't
13    think they're amazing at coaching; correct?
14         A    I would hope so.
15         Q    Okay.  The end result may or may not be
16    true, but that's why you recruit someone; correct?
17         A    Yes.
18         Q    Once they come to the University of
19    Tennessee or once they're hired by the University of
20    Tennessee as a professor, can you explain to me your
21    understanding of what it takes to get tenure?
22         A    Different than the way you asked the
23    question earlier?  Is that a different question or the
24    same question?
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1       Q    Yes, sir.  Like it's once you're already
 2   here, if you do not have tenure upon your entrance as
 3   a faculty member at University of Tennessee, what does
 4   it take to achieve tenure?
 5       A    I think it would be the same as my other
 6   answer.  It takes a number of years, a body of work,
 7   lots of research that's -- that's recognized.
 8   And -- and then so time -- time and research and --
 9   and I would imagine excellent performance in the
10   classroom as well.
11       Q    Are you aware that Dr. Shirinian had
12   applied, had submitted her dossier for tenure before
13   you made that post?
14       A    No.
15       Q    Okay.  Are you aware of any of the work that
16   she had put in prior to submitting her dossier?
17       A    No.
18       Q    Are you aware of where she went to school?
19       A    No.
20       Q    Are you aware that --
21       A    It may have been in something I read, but
22   I've forgotten, so no.
23       Q    Are you aware that she went to Duke?
24       A    No.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

1     Q    Would you agree that it's pretty difficult
2   academically to get into Duke?
3              MR. FITZGERALD:  Object to the form.
4   BY MR. BIGELOW:
5     Q    If you know the answer.
6     A    I believe it is.
7     Q    Okay.  Did you have any knowledge that Dr.
8   Shirinian's husband also works for you on campus?
9     A    Before or after?
10    Q    Either.
11    A    I -- yes.
12    Q    And which, before or after?
13    A    After.
14    Q    Okay.  After you made that post?
15    A    Yes.
16    Q    Okay.  How far after?
17    A    I don't know.
18    Q    Okay.  One of the things that this policy
19  says is that questions about this policy, including
20  questions about whether particular activities are
21  subject to this policy, should be directed to the
22  general counsel for the university.  Would you agree
23  that people should follow that policy?
24    A    Yes.

www.veritext.com          Veritext Legal Solutions          800-556-8974

1      Q    So if anyone has a question as to whether
2  they're acting in their personal capacity, should they
3  send an email to the general counsel for his response?
4      A    If they have -- have concerns or a question,
5  yes.
6      Q    So if anyone posts on Facebook a comment to
7  a post, should they contact the general counsel?
8      A    If they have or before they have?
9      Q    Before.
10     A    If they -- if they believe that they're
11 going to be posting something that could be
12 inflammatory or contrary to the policy and they --
13 they have concerns about that, they should.
14     Q    How should they decide if something may or
15 may not be inflammatory?
16     A    They have to use their judgment and then --
17 then contact them if they feel like it is.  At some
18 point, there's got to be some judgment on -- on the
19 member of the faculty or the -- the staff that has --
20 has to decide if this is a good idea or not.
21     Q    What if it is something that some might
22 consider salacious or hateful and they know that some
23 might consider it salacious or hateful?  Should they
24 contact the general counsel?

```
 1        A     It would be a good -- good practice.

 2        Q     Okay.  Should they all -- but, I mean, is

 3   that what you suggest to faculty members?

 4        A     We haven't suggested it, no.

 5        Q     Is that what you would suggest do it, like

 6   currently based on this policy?

 7        A     I think it -- if they -- the same as for

 8   myself, if they have a concern that what they're --

 9   what they're going to say might violate the policy,

10   yes.

11        Q     How are they supposed to know when they

12   believe they're acting as in their personal capacity

13   as a citizen?

14        A     When it's not part of the university --

15   twofold.  One, they -- when they're not acting in the

16   capacity of the university, they should know what --

17   what they're doing on a -- if it's not part of the

18   University of Tennessee business, that it would be

19   personal.

20             But as we've already discussed, there's not

21   a -- if -- if they're making a comment that could be

22   associated with the university, then they should --

23   they should verify that.  They should have that

24   checked.
```

Page 160

1    Q    But if someone could repeat what they said
2    and they happen to work for the University of
3    Tennessee, couldn't it then always be associated with
4    the University of Tennessee?
5    A    Say that again.
6    Q    If someone could repeat what they said in a
7    personal capacity, in a private capacity, if someone
8    could repeat what they said as a citizen and they
9    happened to work for the University of Tennessee, are
10   you saying it could always be interpreted that they
11   did it on behalf of -- that they said something on
12   behalf of the University of Tennessee?
13                  MR. FITZGERALD:  Object to the form of
14   that very convoluted question.
15   BY MR. BIGELOW:
16   Q    Do you understand what I'm asking?  I can
17   ask it again and --
18   A    Yeah, ask it again.  I just want to make
19   sure I answer you correctly, and I want to make sure I
20   answer -- understand the question.
21   Q    Okay.  Okay.  And I'm trying to follow the
22   policy, actually.  It says "When acting in a personal
23   capacity as a citizen," so let's pretend one of your
24   employees believes that they're acting in a personal

Case 3:25-cv-00528-KAC-JEM    Document 46    Filed 01/21/26    Page 161 of 406
                              PageID #: 1103

1    capacity as a citizen.

2            They didn't -- let's say it's Facebook.

3    They didn't mention their -- where they're employed;

4    they didn't say what they do.  It's just Joe Smith.

5    Now, Joe Smith happens to work for Tennessee, but it's

6    just Joe Smith.  It doesn't mention Tennessee

7    anywhere.

8            Would you agree with me that when Joe Smith

9    posts on his personal Facebook that doesn't mention

10   Tennessee, he is acting in his personal capacity as a

11   citizen?

12       A    Yes.

13       Q    Okay.  So with that said, when Joe, when

14   that person, acts in their personal capacity as a

15   citizen on Facebook, how are they supposed to know,

16   how are they supposed to ensure that their statements

17   are not to be interpreted as being made on behalf of

18   the university?

19           Like, how are they supposed to make sure

20   that their statements cannot be interpreted as being

21   on behalf of the university?

22       A    They can't, which is why they need to

23   exercise abundance of caution.

24       Q    So based on that, every statement that an

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1    employee makes where it doesn't mention that they work
 2    for the University of Tennessee in any capacity, they
 3    need to, if it's potentially something that might
 4    upset a lot of people, let's say, like you would agree
 5    that Dr. Shirinian's comment upset a lot of people;
 6    right?
 7         A    Yes.
 8         Q    So if they make a statement that might upset
 9    a lot of people, should they contact the general
10    counsel?
11         A    If they -- if they believe they are going to
12    make a -- a statement that's going to upset a lot of
13    people and it's going to be associated with the
14    University of Tennessee, they should probably check
15    with the general counsel.  Or better still, just not
16    make the statement.
17         Q    Okay.  Okay.  And why would that statement
18    be associated with the University of Tennessee if they
19    did it -- if they made that statement in their
20    capacity as a citizen?
21         A    'Cause people know who -- where we work
22    and -- yes.
23         Q    Okay.  Sir, I'm going to hand you what has
24    previously been marked as Exhibit 15.  It is the board
```

Case 3:25-cv-00528-KAC-JEM   Document 46   Filed 01/21/26   Page 163 of 406
PageID #: 1105

1    of trustees' policy affirming principles of free

2    speech for students and faculty, effective date of

3    11/3/2017.  Are you familiar with that?

4         A    Yes.

5         Q    And this is a policy that everyone is

6    supposed to adhere to at the University of Tennessee;

7    correct?

8         A    Yes.

9         Q    And it's a policy from the board of

10   trustees?

11        A    Yes.

12        Q    Which is the highest you can go, correct, at

13   the University of Tennessee?

14        A    Yes.

15        Q    Okay.  If you would, turn to the second page

16   where it says Section 3, policy.  If you would, read

17   out loud C, Section 3C.

18        A    "The University must be committed to

19   maintaining a campus as a marketplace of ideas for all

20   students and all faculty in which free exchange of

21   ideas is not to be suppressed because of the ideas put

22   forth or thought by some or even most members of the

23   university's community to be offensive, unwise,

24   immoral, indecent, disagreeable, conservative,

www.veritext.com          Veritext Legal Solutions          800-556-8974

1    liberal, traditional, radical, or wrongheaded."
2         Q    Do you agree with that as a principle?
3         A    Generally.
4         Q    Do you agree with that in this case?
5         A    No.
6         Q    Okay.  When someone is speaking as a private
7    citizen and they read this policy -- they work for the
8    University of Tennessee; they work for you, but
9    they're working as a private citizen and they say,
10   "Well, as a private citizen, I can say something
11   immoral" -- because it actually uses the words
12   "immoral"; right -- "and I'm going to," why should
13   they be punished for it?
14        A    In the context of a comment that's offensive
15   and reprehensible that's violating our idea of respect
16   and civility at the exact same time and referring to a
17   murder on a college campus that could create unrest on
18   the campus in which students, faculty, or staff could
19   be hurt, that would be an exception.
20        Q    Whose idea of respect and civility?
21        A    Whose idea of respect and civility?
22        Q    You mentioned respect and civility.  Whose
23   idea of respect and civility?
24        A    I don't have a definition for you, if that's

www.veritext.com        Veritext Legal Solutions        800-556-8974

1    what you're asking.

2         Q     Who gets to decide what is civil?

3         A      In this case, I give the -- a certain

4    authority to the chancellor of the campus to be able

5    to decide, based on the situation, what -- what fits

6    that definition.

7         Q     Who gets to decide what is moral?

8         A     We don't get to decide.  The -- the --

9    that's -- that's up to the individual.

10        Q     But you did decide, didn't you?

11        A      In what way?

12        Q     Well, you said that you were horrified by

13   Dr. Shirinian's post and you made a judgment on its

14   morality.  Those were your words.  So you decided.

15        A      I think in context, it -- it's not a

16   standalone decision.  Also, the timing matters and the

17   situation matters.  We're not talking about a murder

18   in some distant place.  We're talking about a murder

19   within the last few days on a college campus.  And we

20   have concern that our students', faculty's, and

21   staff's lives could be at risk.

22        Q     Where does it say in the policy that the

23   timing matters?

24        A     It doesn't.

1      Q      Where does it say in the policy that this
2   situation matters?
3      A      It doesn't, but this policy isn't the -- the
4   only thing that we -- that we have to make decisions
5   on.  We also have to make decisions on the safety of
6   our students, faculty, and staff, which supersedes the
7   policy.
8      Q      Where does it say that?
9      A      It doesn't.
10     Q      Then how did you come to that conclusion?
11     A      The -- this policy isn't the -- isn't the
12   only policy guiding the university.
13            And as -- as the CEO of the -- the
14   enterprise systemwide and Donde as the enterprise --
15   the person at the -- as the CEO of the campus, our
16   first and foremost priority is making sure our
17   students, faculty, and staff are safe and protected.
18   And that would supersede anything else.
19     Q      So you're saying that -- well, let me ask a
20   question.  It doesn't say this anywhere in this
21   policy, though, correct, what you just said?
22     A      This is not the only policy we have in
23   the -- in the -- within the University of Tennessee.
24     Q      How is someone who works at Tennessee

www.veritext.com          Veritext Legal Solutions          800-556-8974

1    supposed to know what you just said?

2        A    If they're going to make a -- a statement

3    that could put people at risk, they may not know in

4    advance, but if they did it, then at some point,

5    there -- there has to be some judgment.  It can't be a

6    policy for everything.  But there has to be some

7    judgment.

8        Q    Again, my question is, how is someone

9    supposed to know, who works for you?  How is someone

10   supposed to know that?

11       A    Know what?

12       Q    What you just said, which is no, sometimes

13   this policy doesn't -- there are exceptions to this

14   policy.  How is someone supposed to know the

15   exceptions to this policy?

16       A    I think back to our other comment on the

17   other document, if you feel like you're going to make

18   a statement that's going to create discord and

19   potential hazard and danger to the campus, maybe you

20   should check with someone before you make the post.

21       Q    I don't think that's what the document says,

22   sir.  Where in the document does it say that?

23       A    Where -- I'm -- yeah, I'm not saying that

24   that document says that.

www.veritext.com          Veritext Legal Solutions          800-556-8974

1     Q    Okay.  What document says that?

2     A    The philosophy on institutional and -- and

3  leadership statements.

4     Q    Okay.  Please tell me where it says that.

5     A    "Questions about this policy, including

6  questions about whether particular activities are

7  subject to this policy, should be directed to the

8  general counsel."

9     Q    What's the policy that talks about potential

10  violence, is my question, sir.

11     A    Are you saying do we have a -- maybe

12  rephrase the question.  What -- what's the question?

13     Q    Do you have a policy that says when someone

14  says something, they have to think if there might be

15  potential violence because of what they said?

16     A    A specific policy that tells people not to

17  say something that incites riots and creates violence?

18  I'm not sure that we do.  Is it a good idea to have a

19  policy that tells people what you think would be

20  obvious?  Probably.

21     Q    Do you think --

22     A    Maybe we should do that.

23     Q    Do you think Dr. Shirinian's speech incited

24  violence and riots?

```
 1        A     It could have.

 2        Q     Based on what?

 3        A     Comments that we were hearing from other --

 4   from people outside the university.

 5        Q     What comment made you believe her speech

 6   would incite violence and create riots?

 7        A     I'll defer to the documents that we either

 8   have sent or will send.

 9        Q     As of today -- I mean, this is an important

10   thing; right?  Very important to you; correct?

11        A     What -- what -- what's important?

12        Q     If there was a comment that someone made

13   that you believe could incite violence and create

14   riots, that would be a big deal, would it not?

15        A     Yeah.  It would've put Dr. Shirinian's life

16   at stake and others around her.

17        Q     Right.  But you should also know about that

18   comment, wouldn't you agree, if it was that important?

19        A     It wouldn't be a single comment.  It would

20   be multiple.

21        Q     Can you just name one?

22        A     Not off the -- not off the cuff.  It's been

23   four months since I've looked at all those.  But we

24   can supply you with everything that we got.
```

Page 170

```
 1      Q    Are you confident that there is a comment
 2   that someone made that they said, "This is going to
 3   incite violence.  I am going to come and now shoot
 4   people or kill people because of this"?
 5      A    Well, you went much further, but there
 6   were -- there were comments that made us feel
 7   uncomfortable with the safety for our students and
 8   faculty and staff.
 9      Q    Is there any evidence to support that your
10   faculty or staff was at risk, actual evidence?
11      A    We have the counterfactual, that -- the fact
12   that we did take the actions we had; nobody was hurt.
13   You could say, well, maybe if you didn't take action,
14   then maybe nobody was hurt either.  We'll never know
15   that.  But we do know for a fact, because of the
16   actions we took, that nobody was hurt.
17      Q    My question to you, sir, was, was there any
18   evidence that you know as you sit here today that
19   supported that there might be violence or riots?
20      A    We had comments that gave us the concern.
21      Q    But as of today, you cannot name any of
22   those comments?
23      A    I'm not going to be able to quote them word
24   for word, and I don't want to start trying to guess.
```

Page 171

```
1        Q    Do you know --
2        A    But we can provide you with everything.
3        Q    Do you know the name of any person who made
4   those comments?
5        A    Not that I recall.
6        Q    I mean, I would imagine if an individual
7   made a comment that there was going to be riots and
8   violence at the University of Tennessee, that would be
9   very important to you; correct?
10        A    Yes.
11        Q    Like you would know that person's name,
12   wouldn't you think?
13        A    Somebody would.
14        Q    No.  Wouldn't you?
15        A    Not necessarily.  But I read -- I read many
16   different ones.  So it's not like there's one person.
17   If it was that, it would've been much simpler.  But it
18   was -- there were a lot of negative comments, a lot of
19   comments that caused us to have concern for the safety
20   of Dr. Shirinian and others.
21        Q    Just none that you can specifically quote
22   now, is what you're saying?
23        A    Yes.  There were many.
24        Q    Okay.  Okay.  How many?
```

Page 172

```
 1        A    I don't know.

 2        Q    More than one?

 3        A    Yes.

 4        Q    More than two?

 5        A    I don't remember.  We can -- I --

 6        Q    I only say that because you said many.

 7        A    Yeah.

 8        Q    And I'm not trying to trick you, again.

 9        A    I'm -- I'm just saying it's -- it's no

10   reason to debate how many and what they say and who

11   they're from.  We could actually give you every single

12   document.  So that's -- that's, I think, better

13   evidence than just asking me what I can remember.

14        Q    So to be fair, there were many documents

15   that led you to believe that there were going to be

16   riots on campus?

17        A    I wouldn't say riots.  I think there were --

18   there were -- the students would be -- the students',

19   faculty, staff's lives could be at risk.

20        Q    Okay.  So in section C of that policy, it

21   mentions immoral; right?  As we talked about before;

22   right?

23        A    Mm-hmm.

24        Q    If you would, read section E.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1        A      "It is not the proper role of the university
 2   to attempt to shield individuals from free speech,
 3   including ideas and opinions they find offensive,
 4   unwise, immoral, indecent, disagreeable, conservative,
 5   liberal, traditional, radical, or wrongheaded."
 6        Q      Again, that phrase mentions immoral;
 7   correct?
 8        A      Yes.
 9        Q      And it says that it's not the role of the
10   university to shield individuals from things that
11   people say that are immoral?
12        A      Yes.
13        Q      Isn't that what the university was doing
14   here?
15        A      It was broader than that.
16        Q      Okay.  Because she said -- Dr. Shirinian
17   said that she's -- that the world is a better place
18   without Charlie Kirk in it?
19        A      And we had a person that was murdered on a
20   college campus a day or two days before that.  And we
21   had concerns about the safety faculty -- the safety of
22   the lives of the students, faculty, and staff.  Those
23   are all connected.
24        Q      Okay.  Before you sent out your post at, I
```

Case 3:25-cv-00528-KAC-JEM    Document 46    Filed 01/21/26    Page 174 of 406
PageID #: 1116

```
 1   think it was, 8:33?

 2        A    8:22.

 3        Q    8:22 in the morning, what investigative

 4   steps did you take with regards to any sort of worry

 5   of safety?

 6        A    I deferred to the chancellor, who is the one

 7   that shared those concerns with me.

 8        Q    Do you know what investigative steps she

 9   took?

10        A    No.

11        Q    I mean, you did say it was very important to

12   you --

13        A    Yes.

14        Q    -- obviously, the safety.  But you know of

15   no investigative steps that were taken.  Did you call

16   the police?

17        A    I'd have to defer to Donde.  She -- or the

18   chancellor on that.  She was the one that was -- had

19   the -- the information and shared it with me.  But I

20   don't --

21        Q    Would you expect her to call the police if

22   you believed that there was going to be riots or

23   violence on campus?

24        A    Yes.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

1      Q    That's like a pretty rudimentary step;
2  right?  If you believe that there is going to be riots
3  and violence on campus, you'd call the police; right?
4      A    Yes.
5      Q    Okay.  And you'd probably call up any
6  individuals who sent documents that made you think
7  that there were going to be riots or violence on
8  campus; right?
9      A    I would call up -- are you saying -- I'm not
10 sure I'm understanding your question.
11     Q    Yeah.  If someone sent an email -- you said
12 that there were messages sent that made you worry
13 about riots and violence on campus.  Wouldn't you
14 think that the university would contact those people
15 if they were worried about what those people -- the
16 messages they sent?
17     A    I would defer to the campus, but I would --
18 I think somebody would be trying to investigate who
19 the people were and -- and how serious they were.
20     Q    Are you aware of any such investigations?
21     A    I'd have to defer to the campus.
22     Q    Are you aware of the results of any such
23 investigations?
24     A    No.

```
 1        Q     Are you worried today of riots or violence
 2   based on Dr. Shirinian's Facebook comment?
 3        A     On our campus today, no.
 4        Q     Then why not allow her to teach?
 5        A     'Cause I think her return could possibly
 6   cause some additional risk for her and others.
 7        Q     Do you have any evidence to suggest that, or
 8   is that just your hunch?
 9        A     That's my belief.
10        Q     So there's no actual evidence you have to
11   back your belief?
12        A     How do -- the question is how do I know that
13   the people that were upset about her before have now
14   suddenly forgotten?  I don't know that.
15        Q     But you could contact your -- do you trust
16   your police who work here?
17        A     Yes.
18        Q     So you could contact the chief of police and
19   say, "Do you think it's safe for Dr. Shirinian to
20   teach here?"
21        A     I don't think --
22              MR. FITZGERALD:  Object to the form.
23              THE WITNESS:  Yeah, I don't think he
24   could answer that.  We could -- we could ask him, but
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

1    I don't know whether he could answer that.
2    BY MR. BIGELOW:
3         Q    Who decides if a campus is safe or not?
4         A    We do everything we can to keep our campuses
5    as safe as possible.  Is any campus perfectly safe?
6    Never.  But there's -- we do everything we possibly
7    can.
8         Q    If you would, look at letter G and read that
9    out loud as well, please.
10        A    "Although all students and all faculty are
11   free to state their own views about -- and -- about
12   and contest the views expressed on university property
13   and to state their own views about and contest
14   speakers who are invited to express their views on
15   university property, they may not substantially
16   obstruct or otherwise substantially interfere with the
17   freedom of others to express their views they reject
18   or even loathe.
19             "To this end, the university must promote a
20   lively and fearless freedom of debate and deliberation
21   and protect that freedom."
22        Q    Does that policy worry you with regards to
23   this case that you just read?
24        A    No.

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1        Q     Why not?
 2        A     I believe in this context, promoting and
 3   celebrating the murder of someone that was just
 4   murdered at a college campus would put our students,
 5   faculty, and staff at risk.  And I believe that's the
 6   bigger concern and it supersedes all others.
 7        Q     Is there anything -- but again, there's no
 8   policies that says that concern supersedes all others;
 9   correct?
10        A     Not that I'm aware.
11        Q     Okay.  Sir, do you know who Glenn Reynolds
12   is?
13        A     Yes.
14        Q     Who is Glenn Reynolds?
15        A     He's a professor in the -- the college of
16   law.
17        Q     And with regard -- do you have any knowledge
18   about Glenn Reynolds posting online the words "run
19   them down" when talking about individuals who are
20   protesting?
21        A     Yes.
22        Q     What did you interpret that to mean when he
23   wrote run them down?
24        A     I've only read about it after -- after the
```

Page 179

```
 1    fact, and I have -- I don't know the context.
 2         Q    Okay.  So I'll --
 3         A    I've only seen -- I've only seen the phrase.
 4         Q    Okay.  So I'll explain the context for you.
 5    There were a number of individuals who were protesting
 6    on streets, and they were protesting the death of an
 7    African American man.  And Mr. Reynolds -- to be fair,
 8    Mr. Reynolds works for you; correct?
 9         A    Yes.
10         Q    And Mr. Reynolds posted publicly, actually,
11    "run them down."  If you -- in response to, in
12    reference to those protestors.  If you were to -- if
13    someone was to say to you, in reference to those
14    protestors, "run them down," what would you interpret
15    that to mean?
16         A    He was wanting to cause them physical harm.
17         Q    Yeah.  Encouraging violence; right?
18         A    Yeah.
19         Q    Yeah.  And that's clear; right?  I mean, you
20    just admitted --
21         A    I think so.  Yeah.
22         Q    Yeah.
23         A    I think so.
24         Q    Nowhere in Dr. Shirinian's post did she
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1  openly encourage violence, did she?
 2      A    Say -- say -- phrase -- phrase the question.
 3      Q    Nowhere in Dr. Shirinian's comment, Facebook
 4  comment, did she encourage violence?  She didn't say
 5  go shoot someone or run them down?
 6      A    I think it was implied.
 7      Q    It was implied.  How did you come to that
 8  conclusion?
 9      A    A person has just been murdered and we write
10  the world is better off without him in it, imply
11  that -- that implies that him -- him having been
12  murdered is a good thing.  If I'm a -- if I'm a
13  student and I'm hearing that, I'm thinking my faculty
14  member just said that murder is a good thing and it's
15  acceptable.
16      Q    It's not encouraging people to kill people
17  who are living, though, is it?
18                  MR. FITZGERALD:  Object to the form.
19  BY MR. BIGELOW:
20      Q    Is it encouraging people to kill people who
21  are living?
22                  MR. FITZGERALD:  Objection.  Asked and
23  answered.
24                  MR. BIGELOW:  It hasn't been.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1              THE WITNESS:  It -- no, it's not.  No.
 2   BY MR. BIGELOW:
 3       Q    Okay.  Now, based on what you were saying
 4   before -- and what I agree with, not that that
 5   matters -- when you're saying run them down, run the
 6   protesters down, the protesters are currently living;
 7   right?
 8       A    I assume so, yes.
 9       Q    So it's encouraging violence against people
10   who are actually living; correct?
11       A    Yes.
12       Q    And Mr. Reynolds is still working here, is
13   he not?
14       A    Yes.
15       Q    Why don't you fire Mr. Reynolds?
16       A    His actions happened before I became
17   president, and I don't have the context of the whole
18   situation.
19       Q    You know people are upset about the
20   difference between Dr. Shirinian and Mr. Reynolds;
21   correct?  Professor Reynolds.  You know people are
22   upset about that; right?
23       A    I -- I don't know for a fact.
24       Q    Okay.  If people came to you today or
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1    tomorrow or this week and said they were really upset
 2    that Mr. Reynolds encouraged people potentially
 3    killing living people, would you fire him?
 4         A    My belief is that two things that would be
 5    different, one, there -- there wasn't a murder --
 6    there -- there wasn't an actual murder.  It wasn't on
 7    a college campus.  And to my belief, there's no
 8    students', faculty, or staff's lives at risk because
 9    he -- he is on the campus today.
10         Q    So what you're telling me is it's less
11    morally reprehensible to encourage violence to the
12    living than to celebrate someone's death who is
13    already dead?
14         A    No, I'm saying he -- no, I --
15              MR. FITZGERALD:  Object.  That's
16    mischaracterization of his testimony.
17    BY MR. BIGELOW:
18         Q    Go ahead.  Please explain.
19         A    The -- the answer to your question is no.
20    Do you have another question?
21         Q    Okay.  Yeah, absolutely.  If people -- why
22    not look into -- you said you don't know enough about
23    it.  Well, why not look into it?
24         A    It's prior -- it's prior to my tenure.  I
```

www.veritext.com            Veritext Legal Solutions            800-556-8974

1    haven't had any indication that there were going to be

2    any demonstrations or other activities on the campus

3    that would put anybody's lives at risk.  This was --

4    when was the statement?

5        Q    2016.

6        A    So ten years ago.

7        Q    Do you know who Melanie Wilson is?

8        A    Yes.

9        Q    And she was the -- who is she?

10       A    She was the dean of the college of

11   medicine -- or college of law.

12       Q    And she stated that "the tweet, Mr.

13   Reynolds' tweet, was an exercise of his First

14   Amendment rights.  Nevertheless, the tweet offended

15   many members of our community and beyond.  And I

16   understand the hurt and frustration they feel";

17   correct?

18       A    What's correct?

19       Q    That Melanie, that that was her belief.

20       A    I -- I don't know that.

21       Q    Okay.

22            MR. BIGELOW:  If you would, could

23   you --

24            THE WITNESS:  I -- I just --

                                    Page 184

```
 1                    MR. BIGELOW:  -- hand the president --
 2     Do we have it, 16?  Oh, here we go.  Exhibit 16.
 3     BY MR. BIGELOW:
 4          Q    Exhibit 16 is a Knox News article entitled
 5     No UT Penalty for Tennessee Professor Who Retweeted
 6     Run Them Down.  And turn your attention to the third
 7     paragraph.
 8          A    Okay.
 9          Q    Do you have any reason to believe that Dean
10     Wilson was wrong in her conclusion that the tweet was
11     an exercise of his First Amendment rights?
12                    MR. FITZGERALD:  Object to the form.
13     Calls for a legal conclusion.
14                    THE WITNESS:  The question is, do I --
15     do I believe that she believed that?
16     BY MR. BIGELOW:
17          Q    No, that's not the question.
18          A    Okay.
19          Q    Do you have any reason to believe that Dean
20     Wilson was wrong in her conclusion that Mr. Reynolds,
21     Professor Reynolds, was exercising his First Amendment
22     rights?
23                    MR. FITZGERALD:  Same objection.
24                    THE WITNESS:  Do I have a reason to
```

```
 1   believe that she was wrong?
 2   BY MR. BIGELOW:
 3        Q    Correct.
 4        A    I don't have a reason to believe that she's
 5   wrong.
 6        Q    Okay.  Do you trust Dean Wilson?
 7        A    As far as I know.
 8        Q    Do you trust -- would you trust the dean of
 9   the university -- of the college of law as a
10   constitutional scholar?
11        A    I don't know.
12        Q    You're not sure?
13        A    Just to be a -- I mean, a question, you can
14   be a lawyer and not be a constitutional scholar; is
15   that right?
16        Q    Would you trust the dean of a college of law
17   to make a statement on behalf of the university about
18   the First Amendment?  Would you trust the dean to do
19   that?
20        A    Probably.
21        Q    But not certainly?
22        A    Not certainly.
23        Q    Okay.  So they might be wrong, is what
24   you're saying?
```

Page 186

Case 3:25-cv-00528-KAC-JEM    Document 46    Filed 01/21/26    Page 186 of 406
PageID #: 1128

```
 1     A    Could be.  All -- all due respect to all of
 2   the great deans that we have, they -- not always right
 3   on everything, but I would -- I would assume, yeah.
 4     Q    More likely than not, you'd assume they're
 5   correct?
 6     A    Yes.
 7     Q    Okay.  The dean wrote "Nevertheless, the
 8   tweet offended many members of our community and
 9   beyond, and I understand the hurt and frustration they
10   feel"; correct?  That's what she wrote or what she
11   said?  I'm sorry.
12     A    From reading this, I believe that that's
13   what she wrote.
14     Q    Could you have said Dr. Shirinian's --
15     A    Can I go back?  Is this -- do we know if
16   this was something that the -- a reporter heard her
17   say?  Or is it something, a written document that she
18   submitted?
19     Q    It was in a post on the website, the --
20     A    That she posted?
21     Q    Yes.  Yes, sir.
22     A    Okay.  Then I would assume that that would
23   be true.  Just didn't want to make sure that I was
24   affirming something that a reporter wrote.
```

Page 187

1      Q    No, it's not.  It was in a post on the
2  website.
3      A    Okay.
4      Q    In fact, I think it might still be there,
5  just for what that's worth.
6      A    Okay.
7      Q    Could you have said in response to Dr.
8  Shirinian's comment, "As the president of the
9  University of Tennessee, I completely am offended and
10 abhor -- I think her speech in her private capacity is
11 abhorrent and it does not represent anything to do
12 with the University of Tennessee"?  Could you have
13 done that if you wanted to?
14     A    I could -- yes, I could have written
15 anything.
16     Q    Okay.  Why did you choose not to do that?
17     A    Choose not to do -- say it again.  So --
18     Q    Yeah.  Why didn't you choose -- instead of
19 the statement you wrote, why didn't you just say, "Dr.
20 Shirinian's views on her comment do not represent the
21 University of Tennessee in any capacity.  They are
22 abhorrent and disgusting.  And if anyone wants to
23 protest her views, they have the ability to do so"?
24 Why not do that?

```
1      A    Felt like what I wrote was appropriate.
2  Celebrating or advocating violence and a murder is
3  reprehensible and has no place at the University of
4  Tennessee.  And that we're -- and at that point we're
5  investigating the matter.
6      Q    So you wrote that and said at that point
7  "we're investigating the matter"; correct?
8      A    I -- yeah, UT is -- UT Knoxville is actively
9  investigating the matter.
10     Q    So the investigation had not been completed
11 before you wrote that?
12     A    I'm not sure what level of the -- to what
13 level the investigation had been complete at that
14 point.
15     Q    I'm just saying based on your words that
16 "we're investigating," it doesn't mean "We have
17 completed an investigation."  "We are currently
18 investigating"; correct?
19     A    Yes.
20     Q    Okay.  What did that investigation -- tell
21 me everything about that investigation.
22     A    I'm going to defer to Chancellor Plowman.
23     Q    Tell me everything you know about that
24 investigation.
```

```
1        A     Chancellor Plowman was investigating it, and
2    I was standing by for her advice.
3        Q     Do you know anything about the
4    investigation?
5        A     She was looking at what she felt like
6    would -- would potentially cause risk and harm to our
7    students, faculty, and staff.
8        Q     You're her boss; right?
9        A     Yes.
10       Q     And she listens to you; right?  Or she
11   should listen to you, ideally?
12       A     Yes.
13       Q     Okay.  What do you, sir, know about the
14   investigation?  You wrote about the investigation.
15   What do you know about it?
16       A     I wrote that she wasn't -- that -- that the
17   campus was investigating.
18       Q     Okay.  As we sit here today, what do you
19   know about the investigation?  If the answer is
20   nothing, that's fine, but what do you know?
21       A     I think I'm going to say I don't recall
22   'cause I don't know -- I don't know all the exact
23   details four months later, so --
24       Q     So you were worried that someone might --
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1    that people would riot or be potentially killed on
 2    campus and you know nothing about the investigation as
 3    we sit here today?
 4         A    I know that they were researching it.
 5         Q    And what steps were taken to research?
 6         A    I can't tell you.
 7         Q    What were the conclusions of the research?
 8         A    We believe that there was risk for our
 9    students, faculty, and staff.
10         Q    Who concluded that?
11         A    Chancellor Plowman.
12         Q    Based on what?
13         A    The information that she got.
14         Q    What information was that?
15         A    I would defer to her.
16         Q    I'm not trying to be difficult.
17         A    I'm --
18         Q    But as the president of the University of
19    Tennessee, wouldn't you think that would be of vital
20    importance for you to know?
21         A    There are very important decisions made
22    every day, multiple times a day, by each of our
23    chancellors.  And I trust in them to do the research
24    on the -- whatever the issue is.  They will confer
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

1  with me, but I don't go back and double-check all of
2  their work.
3        I -- there's no way I could do that.  So at
4  some point, I put my trust in the chancellors.  They
5  ask my opinion; I'll share it.  But at the end of the
6  day, I have -- my job is to hire the best people I can
7  and count on their good judgment.
8     Q    When --
9     A    And in this case, I'm counting on her
10  judgment.
11    Q    When the buck stops with you, wouldn't you
12  think that's something where you're worried about a
13  mob, as you stated, you should be involved with it?
14    A    I was.
15    Q    Okay.  And how were you involved with the
16  investigation?
17    A    She asked for my opinion on her decision.
18  And I said, "I support your decision."
19    Q    That's not my question, sir.
20    A    I -- I did not go back and double-check her
21  work or her team's work.
22    Q    All I'm asking is how were you involved with
23  the investigation?
24    A    I was not involved with the investigation.

www.veritext.com          Veritext Legal Solutions          800-556-8974

1      Q    Okay.  That was my only -- I wasn't trying
2  to be difficult.  In this news report, can you say
3  what the university did based on this?
4      A    I'm sorry --
5      Q    And specifically to help you out, on page 2.
6      A    Which news report?
7      Q    The news report No UT Penalty for Tennessee
8  Prof Who Tweeted Run Them Down.  If you look to page
9  2, you can get a pretty good idea of what the
10 investigation was from the University of Tennessee
11 with regards to Mr. Reynolds' posts or tweet.
12          And specifically page 2 towards the bottom,
13 if you would start with -- it starts "Wilson wrote,"
14 if you just read those two paragraphs.
15     A    "Wilson wrote that the -- that the law
16 school's investigation included an examination of the
17 facts, policy of the university's faculty handbook,
18 and the law."
19     Q    Keep going, please.
20     A    "She said that -- she said she also talked
21 to Reynolds, university leadership, and general
22 counsel, as well as students, staff, faculty, alumni
23 council, and Dean's Circle."
24     Q    Now to be fair, you just testified you

```
 1   weren't involved with the investigation, but --
 2        A    I wasn't here then.
 3        Q    No, the current investigation with regards
 4   to Dr. Shirinian.
 5        A    Okay.  So we're back to that.
 6        Q    Correct.
 7        A    Okay.
 8        Q    Would you, as the president of the
 9   University of Tennessee, imagine that an investigation
10   into Dr. Shirinian would be similar to the
11   investigation into Professor Reynolds?
12        A    I don't know the full context of his
13   situation, so I don't know.
14        Q    Well, you know that he tweeted something
15   that was advocating for violence; correct?
16        A    Yeah.  But again, I don't know the whole
17   context of the situation then.  I don't want to
18   speculate on what people were thinking then in the
19   situation.
20        Q    Okay.  If you were in charge of the
21   investigation with regards to Dr. Shirinian, what
22   steps would you take to investigate?  What would you
23   ask be done?
24        A    I -- I couldn't --
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1                    MR. FITZGERALD:  Object to the form.
 2                    THE WITNESS:  Yeah, I -- I --
 3                    MR. FITZGERALD:  Speculation.
 4                    THE WITNESS:  I couldn't say 'cause
 5    I -- I wasn't in charge.  I don't know the -- the
 6    faculty handbook.  I don't know the processes on the
 7    campus.
 8    BY MR. BIGELOW:
 9         Q    So you said with regards to the
10    investigation, you deferred to Chancellor Plowman; is
11    that correct?
12         A    Yes.
13         Q    Did she ever come to you with the results of
14    the investigation?
15         A    We discussed the fact that she felt like
16    the -- there was enough threat out there that
17    students', faculty, and staff's lives could be at
18    risk.
19         Q    Did you ever ask --
20         A    So that would be a conclusion.
21         Q    Okay.  Did you ever ask to see what evidence
22    that was based on?
23         A    I saw many of the -- the comments on
24    different forums that led me to believe that she was
```

```
 1   right.
 2        Q    And that's what we talked about before.  But
 3   you just, as we sit here today --
 4                  MR. FITZGERALD:  Well --
 5                  THE WITNESS:  I just don't --
 6                  MR. FITZGERALD:  -- asked and answered.
 7                  THE WITNESS:  Yeah.
 8   BY MR. BIGELOW:
 9        Q    Okay.  But those are the comments you're
10   talking about, the ones you referenced earlier?
11        A    Yes.
12                  MR. BIGELOW:  Okay.  Let's take a break
13   just for a minute if we can.
14                  THE VIDEOGRAPHER:  We are off the
15   record.  The time is 2:20.
16                  (Off the record.)
17                  THE VIDEOGRAPHER:  We are on the
18   record.  The time is 2:20.
19   BY MR. BIGELOW:
20        Q    President Boyd, I'm handing you a document.
21   I'm also handing it, as I will all the documents, to
22   your counsel.  Ask you to look at that for a moment.
23   This is a email from Cindy Moore to you and others;
24   correct?
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1      A    Yes.

 2      Q    And it's dated September 10, 2025, at 5:21

 3  p.m.  Who is Cindy Moore?

 4      A    She's the board secretary for the University

 5  of Tennessee Board of Trustees.

 6      Q    And who is Linda Martin?

 7      A    She is the executive vice president.

 8      Q    And who is David Miller?

 9      A    He is the senior executive vice president

10  and CFO.

11      Q    Of the --

12      A    The University of Tennessee system.

13      Q    Okay.  And Bernie Savarese?

14      A    Savarese.

15      Q    Savarese.

16      A    He's the vice president of academic affairs,

17  student success, and research.

18      Q    Okay.  And then Ryan Stinnett is the general

19  counsel; correct?

20      A    That's correct.

21      Q    And Melissa Tindell is who?

22      A    She -- at that time, she was the interim

23  vice president for communications.

24      Q    And Casey Whitworth is who, sir?
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1        A    Carey Whitworth is the --

 2        Q    Or Carey.  I'm sorry.

 3        A    -- vice president of government relations,

 4   alumni affairs, and economic development.

 5        Q    And this email is from Ms. Moore to all the

 6   people I mentioned; correct?

 7        A    Yes.

 8        Q    And in it, she says, "Just sharing the news,

 9   as you may have already seen it."  And it says

10   "conservative activist Charlie Kirk dies after being

11   shot at a Utah event"; correct?

12        A    Yes.

13        Q    So based on this, Mr. Kirk was sadly shot

14   and killed on the 10th of September; correct?

15        A    Yes.  I mean, yes.  You said based on this.

16        Q    Yes.

17        A    Yes.

18        Q    Yeah.  Yeah.  Okay.

19                 MR. BIGELOW:  Could we have that marked

20   as Exhibit 82, please?

21                 (Exhibit 82 was marked for

22                 identification.)

23                 THE WITNESS:  Do you want this back?

24                 THE REPORTER:  I will take it.
```

```
 1              MR. BIGELOW:  Thank you.

 2              THE WITNESS:  Thank you.

 3  BY MR. BIGELOW:

 4      Q    What I just handed you is a email from

 5  Melissa Tindell to a number of people including

 6  yourself; correct?

 7      A    Yes.

 8      Q    And in it, Ms. Tindell says, "Yes.  Sadly,

 9  yes, I'm aware.  Just update the group.  Will be

10  staying silent on social the next 24 hours or so.  I

11  reached out to you, Tisha."  Who's Tisha?

12      A    She is the vice chancellor of communications

13  at UT Knoxville.

14      Q    Okay.  And then she says, "While we do have

15  a neutrality position and more details will unfold in

16  the coming days, I do think it's an opportunity for

17  our campuses to come together to review security

18  protocols internally and determine what potential gaps

19  are when outside speakers come to one of our

20  campuses"; correct?

21      A    Correct did she type that?

22      Q    No, correct that I read that correctly.

23      A    Yes.

24      Q    She mentions a neutrality position.  So she
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

1  sent that to you on September 10th.  Is that -- what
2  do you believe she's talking -- do you know what she's
3  talking about?
4      A    That it's not something that we're going to
5  be commenting on.  That --
6      Q    That's what that means?
7      A    Yeah.  We're not going to be commenting on
8  the Charlie Kirk assassination.
9      Q    Okay.
10              MR. BIGELOW:  Could we mark that as
11  Exhibit 83, please?
12              (Exhibit 83 was marked for
13              identification.)
14              THE REPORTER:  I --
15              THE WITNESS:  Oh, I'm sorry.
16              THE REPORTER:  Thank you.
17  BY MR. BIGELOW:
18      Q    What I just handed you, sir, is something --
19  well, it looks like it's from someone named Emma
20  Tucker at the Wall Street Journal.  My guess is you
21  have a subscription to the Wall Street Journal; is
22  that fair to say?
23      A    Yes.
24      Q    Okay.  And it's to you; correct?  That's

www.veritext.com          Veritext Legal Solutions          800-556-8974

1    your email, randy@tennessee.edu?

2        A    Yes.

3        Q    And this is just -- it's forwarding an

4    article to you, or articles plural, that states in

5    part that "Charlie Kirk was in his element on the

6    first stop of his American Comeback speaking tour.  He

7    was shot dead.  His killing cut short a meteoric

8    conservative career and added another fatality to a

9    season of violence that has rattled Americans."

10          And then below it, under today's headline,

11    it says "Charlie Kirk, the 31-year-old founder of

12    Turning Point USA, was shot dead on stage at Utah

13    Valley University.  The conservative standard bearer

14    built a powerful media and political organization and

15    became a confidant of President Trump"; correct?

16        A    Does it say that?

17        Q    Yes, sir.

18        A    Yes, you read it correctly.

19        Q    At this point in time, essentially the -- or

20    actually the day after he got shot, because this is

21    dated the 11th of September, did you know that Mr.

22    Kirk was a confidant of President Trump?

23        A    No.

24        Q    Did you know anything at all about Turning

www.veritext.com        Veritext Legal Solutions        800-556-8974

```
 1    Point USA?
 2         A    No.
 3         Q    Do you know anything now about Turning Point
 4    USA?
 5         A    I'm -- I know that it was founded by Charlie
 6    Kirk.
 7         Q    Okay.  Do you know anything currently about
 8    the state of Tennessee wanting to get chapters of
 9    Turning Point USA into public schools?
10         A    I read the headline.  I know everything that
11    you just said and nothing more.
12         Q    Okay.  So yes, you do know about that,
13    though?
14         A    Yes.
15         Q    Okay.
16              MR. BIGELOW:  If we could, label that
17    as Exhibit 84.
18              (Exhibit 84 was marked for
19              identification.)
20              THE WITNESS:  I'm getting better.
21    BY MR. BIGELOW:
22         Q    Oh, I'm sorry.  Did I hand you two pages,
23    sir?
24         A    You did.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
1        Q     My apologies.  One was meant for your --
2        A     Oh, sorry.
3        Q     What I just handed you is an email from you
4   to Steven Gentile.  Gentile?
5        A     Gentile.
6        Q     Gentile.  Okay.
7        A     Gentile.
8        Q     And who is Steven Gentile?
9        A     He is the executive director -- or maybe
10  it's just director for the Tennessee Higher Education
11  Commission for the State of Tennessee.
12       Q     And what does he do as the executive
13  director for the commission?
14       A     The Tennessee Higher Education Commission is
15  the oversight body for all higher education in the
16  state of Tennessee.
17       Q     And how long have you known Mr. Gentile?
18       A     Probably for 12 years.
19       Q     Okay.  And this kind of talks about -- if
20  you look below it, it looks like he sent out an email
21  on Saturday, September 13th, to a number of people.
22  Who are those people?
23       A     I'm sorry.  That -- an email that he sent?
24       Q     Yes, sir.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1       A    Okay.  And the people that Steven Gentile
 2   sent on September 13th, Bill Hardgrave is the
 3   president of the University of Memphis.  Dwayne Tucker
 4   is the president of Tennessee State University.  Flora
 5   Tydings is the chancellor of the Tennessee Board of
 6   Regents.
 7             Mike Licari is the president of Austin Peay
 8   University.  Brian Noland is the president of East
 9   Tennessee State University.  And Phil Oldham is the
10   president of Tennessee Tech University.  And Sidney
11   McPhee is the president of MTSU.
12       Q    Have you ever talked with any of those
13   people about this Shirinian matter or communicated
14   with them?
15       A    Not about this case in particular, no.
16       Q    You have not?
17       A    No.
18       Q    Okay.  And the email that he writes is
19   "Presidents and Chancellor, the last few days since
20   Charlie Kirk shooting have brought unforeseen
21   challenges to campus leadership with regards to
22   personnel social media posts.  And I've spoken
23   individually with several of you about these
24   concerns."  And then he continues; correct?
```

1           "My immediate goal is to help facilitate
2     timely resources for you in addressing both current
3     and potential situations in the approaching days and
4     weeks.  Having all key information aligned when making
5     informed decisions now is critical.
6           "To that end, earlier today, I had a
7     conference call with Lacey Mase, Chief Deputy Attorney
8     General, along with Carolyn Smith and others from
9     General Skrmetti's office."  Do you know any of those
10    people, Lacey Mase, Deputy Attorney General Carolyn
11    Smith, or General Skrmetti?
12        A    I know Chief Deputy -- the Chief Deputy
13    Lacey Mase, and I know General Skrmetti.
14        Q    And do you know who Carolyn Smith is?
15        A    No.  I may have met her, but I don't recall.
16        Q    Okay.  And it says "While some of your
17    counsels have already been in contact with them,
18    they'll be reaching out to your counsels to schedule a
19    group meeting to discuss these urgent issues and offer
20    legal insights.  Of course, institutional
21    participation as voluntary, but your assistance is
22    also welcomed if availability permits.
23          "I expect your staff will hear from Carolyn
24    on Monday if they haven't already.  Additionally,

Case 3:25-cv-00528-KAC-JEM    Document 46    Filed 01/21/26    Page 205 of 406
                              PageID #: 1147

1    Lacey and Carolyn have provided us with respective

2    cell phone numbers should you wish contact them over

3    the weekend.  Carolyn can be reached at blank and

4    Lacey's number is such and such.  As always, I can

5    provide any assistance"; correct?

6         A    That's what it says.

7         Q    Yes.  As of that time, did you know anything

8    about the Facebook comment of Dr. Shirinian?

9         A    I believe so.

10        Q    Does it reference it anywhere on here?  I

11   mean, I would imagine if -- I'm not going to put --

12        A    Does it reference it?  I don't -- I don't

13   believe so.

14        Q    Okay.  And as of this time, it's -- this

15   time being September 14th at 11:43 a.m.; correct?

16        A    What -- there's two emails referenced here.

17        Q    Oh, I'm so sorry.  I'm talking about the

18   email on top where you say --

19        A    My email to him?

20        Q    Yeah.  You say, in your email to Mr.

21   Gentile, "It was very tough loss.  I'm hopeful for the

22   rest of the season.  Thanks for the call Saturday.  If

23   there's anything else I can do, let me know"; correct?

24        A    Yes.

1      Q    Is it fair to say if you had known about Dr.

2    Shirinian's post at that point in time, which is 11:43

3    a.m., you probably would've said something and not

4    said, "It's a very tough loss.  I'm hopeful for the

5    rest of the season"?

6                    MR. FITZGERALD:  Object to the form.

7    Speculation.

8                    THE WITNESS:  Can you ask me the

9    question -- ask the question differently?

10   BY MR. BIGELOW:

11     Q    Do you think that you knew about Dr.

12   Shirinian's Facebook comment at that point in time?

13     A    Yes.

14     Q    Okay.  Why do you think you knew about it at

15   that point in time?

16     A    I'm sure I was shared it -- I was sure it

17   was shared with me within 24 hours of the post,

18   shortly after the post.

19     Q    Okay.  Okay.  Do you know when the post was

20   made, Dr. Shirinian's post?

21     A    At -- at this moment, I'd have to go back

22   and look, but no, I can't recall the exact time or

23   date.

24     Q    Okay.

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1                    MR. BIGELOW:  That is marked, please,
 2      as Exhibit 85.
 3                    (Exhibit 85 was marked for
 4                    identification.)
 5      BY MR. BIGELOW:
 6         Q    What I just handed you, sir, is an email to
 7      you from September 14th at 8:05 p.m.; correct?  It's
 8      small print, and that's not my fault.
 9         A    Yeah.
10         Q    I'm sorry.
11         A    No, got it.
12         Q    Is that correct, sir?
13         A    That's what it says, yes, sir.
14         Q    And it says, in part, "Dear President Boyd,
15      I have two children currently in attendance at UTK.
16      So far it's been a wonderful experience for both of
17      them.  The Volunteer spirit is alive and well and for
18      the most part on display at all times.
19               "It has been brought to my attention that
20      there is a staff member who has made heinous remarks
21      regarding the death of Charlie Kirk."  And it
22      continues from there; correct?
23         A    Yes.
24         Q    Is this the first email you received with
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

1  regards to Dr. Shirinian's comment?

2       A    I'm certain -- certain not.

3       Q    Okay.

4       A    We're going to mark this one or no?

5       Q    Yeah.

6            MR. BIGELOW:  Could we mark that -- I'm

7  sorry.  Thank you -- as Exhibit 86?

8            (Exhibit 86 was marked for

9            identification.)

10 BY MR. BIGELOW:

11      Q    I am going to hand you what has already been

12 marked as Exhibit 38.  This is an email from the

13 acting vice president of communications and marketing

14 dated Sunday, September 14th, at 9:35 p.m.; correct?

15      A    Yes, that's what it says.

16      Q    And she says, to you and others, "I'm up to

17 about 95 emails on my mtindell email address";

18 correct?

19      A    That's what it says.

20      Q    Do you have any idea what she's referencing?

21      A    Well, the subject matter is "professor at

22 UTK."  And obviously, in the context, she's referring

23 to emails about the -- the media post.

24      Q    Okay.  So based on this, do you think it's

Case 3:25-cv-00528-KAC-JEM   Document 46   Filed 01/21/26   Page 209 of 406
PageID #: 1151

```
 1   fair to assume that you first learned about Dr.
 2   Shirinian's comment on September 14th at some point?
 3        A    No.
 4        Q    You learned about it before September 14th?
 5        A    Yes.
 6        Q    Are you confident about that?
 7        A    A hundred percent.
 8        Q    Okay.  Do you know what day?
 9        A    What day was the post?
10        Q    I don't know the day of the post.  I'm
11   asking what day you learned --
12                  MR. FITZGERALD:  The post is Exhibit 3.
13                  THE WITNESS:  Let's look at Exhibit 3.
14   BY MR. BIGELOW:
15        Q    It does not have a date on it.
16        A    I believe I learned about it within very
17   short proximity after the post.
18        Q    Okay.  And did you do anything about it at
19   that time?
20        A    I had conversations with Chancellor Plowman.
21        Q    Do you know what date that was?
22        A    Not exactly.
23        Q    But you know it was before September 14th?
24        A    Yes.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1        Q    And you're 100 percent confident?

 2        A    Yes.

 3        Q    Okay.  Do you know if it was a day before or

 4   more days before?  Like do you think it was the 13th?

 5   Like, because the 14th was a Sunday.  Do you think you

 6   learned about it the previous week or on that weekend?

 7        A    I think I learned about it within close

 8   proximity of the post itself.  So if you can tell me

 9   what day the post was, I could probably tell you

10   within 24 hours of what I knew about it.  Probably

11   less than 24 hours.

12        Q    Okay.

13                  MR. BIGELOW:  Can we have a -- oh,

14   that's actually already marked.  We don't need to mark

15   that.

16   BY MR. BIGELOW:

17        Q    I am handing you and opposing counsel a

18   document that is from a gentleman named James Gregory.

19   Do you know James Gregory?

20        A    I don't believe so.

21        Q    And it essentially tells you and others

22   that -- it says "It is with great disgust I have the

23   unfortunate responsibility to contact each recipient,"

24   and it talks about Dr. Shirinian's post, correct, or
```

Page 211

1    comment?

2         A    I haven't read it yet.

3         Q    Okay.  I'm sorry.  Please.  Just to make

4    life easier, on the second page, sir, it copies a

5    photo or a chopped in half photo of Dr. Shirinian;

6    correct?

7         A    I haven't got there yet.  Let me finish

8    this.  Just want to make sure I'm reading the

9    materials you hand me.  Okay.

10        Q    The second page of the exhibit that I just

11   handed you references Robby Starbuck; correct?  And

12   it's a post that Robby Starbuck made, correct, in

13   which he discusses Dr. Shirinian; correct?

14        A    Yes.

15        Q    Okay.

16                  MR. BIGELOW:  Can we have that marked

17   as Exhibit 87?

18                  (Exhibit 87 was marked for

19                  identification.)

20                  THE WITNESS:  The post for the whole

21   page?

22                  MR. BIGELOW:  The -- both, please.

23   Thank you.

24   //

Page 212

```
 1   BY MR. BIGELOW:
 2         Q    And again, it's your testimony -- and I
 3   think you testified to this earlier today -- that you
 4   didn't know who Robby Starbuck was; correct?
 5         A    I knew of him, but don't know anything about
 6   him.
 7         Q    Okay.  Explain that to me.
 8         A    I've heard the name.
 9         Q    Okay.  Have you ever --
10         A    I wouldn't --
11         Q    Have you ever researched him?
12         A    No.
13         Q    Okay.  Do you know anything about him as we
14   sit here today?
15         A    Not really.
16         Q    Okay.  Would it surprise you if I told you
17   that he was a "conservative influencer"?
18         A    I knew he was conservative.  I don't know if
19   he's an influencer.  I don't -- I'm not sure.  I don't
20   know the definition of that.
21         Q    Okay.  Totally fair. Hand you another
22   document, sir.  It's --
23                    MR. BIGELOW:  Here you go, Mike.
24   //
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1   BY MR. BIGELOW:
 2        Q    It's a email from you to Melissa Tindell;
 3   correct?
 4        A    Yes.
 5        Q    And it just says FYI, for your information,
 6   and cites a -- it includes a original message from
 7   Michael Taylor to you dated Monday, September 15th,
 8   8:14; correct?
 9        A    Yes.
10        Q    Why did you send this to Melissa Tindell?
11        A    I believe Melissa was keeping record of all
12   the complaints we've had, and so I was making sure
13   that she had this one as well.
14        Q    Okay.  Why was she keeping records of all
15   the complaints that you got?
16        A    Seemed like a good idea to keep records of
17   all the people that were complaining.
18        Q    Why is that?
19        A    To categorize or to document how much -- how
20   many people were upset with the situation.
21        Q    Okay.
22                  MR. BIGELOW:  Could we mark it as
23   Exhibit 88, please?
24   //
```

```
 1                    (Exhibit 88 was marked for
 2                    identification.)
 3    BY MR. BIGELOW:
 4         Q    What is the document I just handed you, sir?
 5         A    It's an email from me to all the chancellors
 6    asking if they have seen similar posts.
 7         Q    And do you know what is in reference to?
 8         A    I'm not sure.
 9         Q    Okay.  It says "Please see attached.  Let me
10    know if you have read -- if you have had similar posts
11    on your campuses"; correct?
12         A    Yeah.  And the -- the -- yes.
13         Q    Okay.
14                    MR. BIGELOW:  Can we have that marked
15    as Exhibit 89, please?
16                    (Exhibit 89 was marked for
17                    identification.)
18    BY MR. BIGELOW:
19         Q    What I just handed you is an email from you
20    dated September 15th at ten o'clock a.m., and the
21    subject is "professor at UTK."  We don't know who you
22    sent it to.  You may know; I'll ask you in a minute.
23              But it states "Celebrating or advocating
24    violence and murder is reprehensible and has no place
```

```
1    at the University of Tennessee.  UT Knoxville is
2    actively investigating the matter and will take
3    decisive action to ensure it is addressed with the
4    full weight and attention it deserves"; correct?
5         A    Yes.
6         Q    That's very similar to your post that you
7    made earlier that day; correct?
8         A    Yes.
9         Q    Okay.  And did you make that statement on
10   your own, or did anyone help you make that statement?
11        A    I'm confident that Melissa Tindell would've
12   helped me write it and probably with advice from
13   general counsel.
14        Q    Do you know if general counsel helped you
15   write it?
16        A    No.
17        Q    Okay.  And this is sent on the 15th,
18   correct, again, at 10 a.m.; right?
19        A    Yes.
20        Q    But it's your testimony that you were aware
21   of Dr. Shirinian's comment days before this; correct?
22        A    Yes.
23        Q    If you believe that there could be riots or
24   violence, why did you wait days to make any statement?
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

1    A    I was waiting for the advice of our
2    chancellor to decide when -- oh, when -- when did I
3    make it a -- a statement?

4    Q    Yeah.  If you were worried that there was
5    going to be violence on campus, why would you wait a
6    second or an hour or any amount of time?  And, like, I
7    would imagine you'd immediately send something out
8    that says --

9    A    It was based on the -- on the -- the emails
10   that we were getting.  We didn't get the emails on
11   the -- the immediate second.  It's a cumulative --
12   the -- the accumulation of all the different emails
13   that we got and messages we got and posts we got.

14   Q    No, but you said that you had seen Dr.
15   Shirinian's comment days before.

16   A    Yes.

17   Q    Well, when you read that comment, why didn't
18   you immediately send something out that says, "Beware
19   of riots"?

20   A    I hadn't got any -- any feedback from the
21   public that that was a possibility until later.

22   Q    So based on the post itself -- let me ask
23   this.  When did you start getting feedback from the
24   public that there might be riots?

www.veritext.com          Veritext Legal Solutions          800-556-8974

1      A     I did not say riots.

2      Q     You earlier said riots, earlier today.

3      A     Okay.  Let me rephrase that, then.  I was

4  worried that there would be harm to our students,

5  faculty, and staff.

6      Q     When --

7      A     If I said riots, it was -- I misspoke.  Very

8  specific -- more broadly, harm to our students,

9  faculty, and staff.

10     Q     When did you start believing that there was

11  going to be harm to students, faculty, and staff?

12     A     Over the accumulation of the weekend from

13  all the feedback we were getting.

14     Q     So your belief was based on the feedback you

15  were getting by people who were sending you emails?

16     A     And social media posts and other forms of

17  communication.

18     Q     Okay.

19              MR. BIGELOW:  Could we mark that as

20  Exhibit 90, please?

21              (Exhibit 90 was marked for

22              identification.)

23  BY MR. BIGELOW:

24     Q     The top of this is a message, an email from

```
 1   Tisha Benton; is that correct?
 2        A    Yes.
 3        Q    And who is Ms. Benton again?
 4        A    She's the vice chancellor of communications
 5   for UT Knoxville.
 6        Q    Okay.  And she sent an email to you and
 7   others; correct?
 8        A    Yes.
 9        Q    And underneath it is -- underneath that
10   heading is an email from Helen Spencer that was
11   forwarded to you.  It was a message from Helen Spencer
12   to Tisha Benton regarding a new voice message from
13   someone named Jacobs Bonnie.  Do you see that?  It has
14   a number on there, 360 something something?
15        A    I -- I do see that.
16        Q    Okay.  And you see "Hi, Tisha.  Dr. Heath
17   has told me to send any messages and phone calls
18   pertaining to backlash to you.  I hope you have a good
19   day."  And below that is something -- it's from
20   RingCentral.  Do you know what RingCentral is?
21        A    No.
22        Q    It looks like it's a feature that somehow
23   captures voice messages.  That's just based on the
24   look.  I don't know if you would agree or not.  But
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1   based on look, would you agree with that?
 2        A    I just don't know.
 3        Q    Okay.  Well, whatever it is, it's from
 4   RingCentral, whoever that may be, whatever company
 5   that may be.  It says notify at RingCentral.  It says
 6   Sunday, September 14, 2025, at 9:05 p.m.  And it's to
 7   the anthropology department, apparently.  Is it fair
 8   to say anthro dept, would you believe that's the
 9   anthropology department, I would imagine?
10        A    Are you asking me?
11        Q    Yes, sir.
12        A    Oh, am I asking --
13        Q    Yeah, do you think that's the
14   anthropology --
15        A    Does -- does that one say anthropology?
16        Q    It says anthro dept, so I would imagine
17   that's the anthropology department.
18        A    I'm probably looking at the wrong place.
19   Where -- I see -- I -- the only time I see it is --
20   it's spelled correctly.
21        Q    Right here, sir, where it says from and then
22   to.
23        A    Oh, I see what you're saying now.
24        Q    Yeah.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1        A    Yes, I would -- I would guess so.

 2        Q    Okay.  And then Helen Spencer, do you know

 3   who Helen Spencer is?

 4        A    No.

 5        Q    Okay.  And it's from someone named Jacobs

 6   Bonnie, at least it says.  It says "You have a new

 7   voice message from Jacobs Bonnie", and it gives Jacobs

 8   Bonnie's number.

 9             And it says "Ian [ph] has made some really

10   political disturbing comments.  She has essentially

11   promoted violence, glorified a political fascination,

12   and I do not think this looks good on your university.

13   I do not think it looks good on your anthropology

14   department.  Political violence being advocated for

15   academic -- academia must."

16             It sounds like I'm reading this wrong --

17        A    No, I --

18        Q    -- but I'm actually reading it correctly;

19   correct?  "This is the final straw.  Fire this

20   professor or we are going to escalate this.  We are

21   going to essentially call for the firing of your

22   entire department.  We have thousands of people.  We

23   are organized.

24             "This is the final straw.  We are not going
```

```
 1   to tolerate your professors calling for political
 2   violence any longer.  Either fire her tomorrow or we
 3   will essentially call for the firing of your entire
 4   anthropology department.  Thank you."  Then it says
 5   "listen to this voicemail over the phone," and it kind
 6   of goes on from there; correct?
 7        A    Yes.
 8        Q    And what I just read was the quote, whatever
 9   the voicemail said; correct?  Have you -- did this
10   alarm you at all when you read this email, if you
11   remember?
12        A    I do remember.  I wouldn't say alarm,
13   definitely concerned.
14        Q    Okay.  Did you ask anyone to give Jacobs
15   Bonnie a call and to see if Jacobs Bonnie was a real
16   person or if this was some, like, weird spam or
17   something like that?
18        A    I don't recall.
19        Q    Okay.
20             THE REPORTER:  Can you spell that last
21   name?
22             MR. BIGELOW:  Yeah.  It's Jacobs,
23   J-A-C-O-B-S, and Bonnie, B-O-N-N-I-E.  And then it
24   gives the number after that, like a phone number,
```

```
 1    which I don't think we need to make into the record,
 2    but that's what it does.  Could we have that as
 3    Exhibit 91, please?
 4                    (Exhibit 91 was marked for
 5                    identification.)
 6    BY MR. BIGELOW:
 7        Q    What I just handed you, sir, is an email
 8    from you to Cindy Moore and others; correct?
 9        A    It was to -- to Cindy Moore and copied
10    Melissa Tindell and Ryan Stinnett.
11        Q    And you write "Melissa can respond from
12    either university.  Not speaking for John, but he did
13    share earlier that personnel matters on the campus
14    belong to the campus."  What do you mean by "he did
15    share earlier that personnel matters on campus
16    belonged to campus"?
17        A    Other than what I just said or what --
18        Q    Yeah, I just -- I'm just asking you to
19    explain that.
20        A    Not speaking -- well, I'm not speaking for
21    the chairman, but he has expressed that personnel
22    matters belong to the campus.  And I'll say -- and as
23    a policy, the board doesn't get involved in personnel
24    matters.  We have 14,000 employees, and they don't
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1    weigh in on personnel matters.
 2         Q    When did he share that with you?
 3         A    It's a general rule.
 4         Q    What role does the board have, if any, in
 5    personnel matters?
 6         A    They hire and fire the president.  Then I'm
 7    responsible for everything else.
 8         Q    So the decision whether to -- if --
 9         A    Can I retract that?
10         Q    You absolutely can.
11         A    I'll just -- I'll just add also the board
12    is -- is in charge of approving all officers, both
13    their salaries and when I appoint them.  So if I
14    appoint a new chancellor or any other officer, the
15    board has to approve them.
16         Q    Who makes the final decision as to
17    whether -- like, let's just say in this case, for
18    instance, in Dr. Shirinian's case, who makes the final
19    decision as to what should or should not be done, like
20    to settle the case, to try it, to do any of those
21    things?
22         A    The chancellor.
23         Q    Okay.  So you do not?
24         A    It's her decision.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
1        Q    Are you allowed to trump the chancellor?
2        A    Yes.
3        Q    Okay.  Is the -- the board is, I would
4   imagine, also allowed to trump the chancellor;
5   correct?
6        A    No, they would -- they would have to
7   oppose -- they would have to disagree with me, which
8   is -- so it -- I report to the board.  So they
9   would -- they -- their -- their authority would be
10  to -- to disagree with me and challenge me.
11       Q    So if there is a personnel matter and the
12  individual who is suing university says, "I want $5
13  billion," it's the chancellor's decision initially,
14  correct, is what you're saying?  So what if -- can she
15  just --
16       A    I'm not sure -- decision -- her decision to
17  do what?
18       Q    Can she just say, "Yes, we'll give you five
19  million or five billion"?  I'm sorry.
20       A    That's a different question.
21       Q    Okay.  That -- let me --
22       A    Yeah.
23       Q    In a personnel matter, if someone files a
24  lawsuit against the University of Tennessee and
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

1    against individuals who work for the University of
2    Tennessee, if they put a number on the board, whatever
3    that number is, does the chancellor get to decide
4    whether the university settles or does not settle or
5    if they go to trial?
6         A    Yes, with -- with the advice of our general
7    counsel.
8         Q    So she can unilaterally say, "I want to pay
9    whatever amount that I want"?
10        A    No.  It's two different things.
11        Q    Okay.  Okay.  Explain the process to me.
12        A    What process?
13        Q    Someone sues -- Dr. Shirinian sues
14   University of Tennessee, as she has, and she -- let's
15   say she says, "I want to be reinstated," as -- do you
16   know that she wants to be reinstated?
17        A    Yes.
18        Q    Okay.  And who gets to decide whether she is
19   reinstated or not?
20        A    The chancellor.
21        Q    Okay.  And does the -- no matter what the
22   chancellor decides, is that the final decision of the
23   state of Tennessee and the University of Tennessee?
24        A    Unless somebody decides to overrule us.

```
 1        Q    What do you mean us?

 2        A    The university.

 3        Q    Okay.  So --

 4        A    I -- I would support the chancellor, and

 5   then the -- the board would support me.  The -- the

 6   governor and the -- the state could fire all the board

 7   of trustees, as they've done before, and -- and change

 8   the decision.  But unless something drastically like

 9   that happens, the chancellor will make the final

10   decision.

11        Q    You said you would -- I'm sorry.  Go ahead.

12        A    That's it.

13        Q    You said you would support the chancellor;

14   correct?  Do you have to support the chancellor?

15        A    No.

16        Q    So if the chancellor says, "I don't want Dr.

17   Shirinian back on campus," you could say, "Well, I do

18   want her back on campus"; is that correct?

19        A    I have the -- I have the -- the authority to

20   say that.

21        Q    Yes.  And that would become the decision;

22   correct?

23        A    Not necessarily.

24        Q    Because the board could then --
```

Page 227

```
 1        A    No --

 2        Q    -- say no to you?

 3        A    No.  This is a -- a question of management

 4   practice.  But I expect the people that report to me

 5   on critical decisions to ask my advice and counsel,

 6   and I would share it with them.  But at the end, it's

 7   their decision.  And I judge their body of work based

 8   on their decisions.  But not -- I don't go back and --

 9   and try to make decisions for them.

10              If I'm making decisions for them, then I

11   don't need them.  So I empower people to make

12   decisions.  And over the scope of time, if I feel like

13   in general they're making the right decisions, for the

14   most part, I'll be supporting them.  If I feel like

15   they're not, then I have to replace them.

16              But I can't go back and -- I -- I'll provide

17   my advice, but if they disagree, then they still have

18   the right to make their decision.  If I have to start

19   changing people's decisions, I need to start changing

20   the people.

21        Q    But if they make a decision -- for instance,

22   let's just keep it to this case.  If the chancellor

23   made a decision that you did not disagree with, you

24   have the power to trump that decision?
```

Page 228

```
 1        A    I always have the power to overrule the
 2   chancellor.  It's just not good practice.
 3        Q    Okay.  Okay.  And the board of trustees has
 4   the power to overrule your decision; correct?
 5        A    Yes.
 6        Q    Okay.  The document that I handed you is an
 7   email from you to Cindy Moore, and you CC Melissa
 8   Tindell and Ryan Stinnett.  And it's dated September
 9   15th, 12:28 p.m.  And it's the one we just discussed;
10   correct?
11        A    The top part.  I haven't read anything
12   beyond the first email.
13        Q    Okay.  If you would, kind of read below, if
14   you don't mind.
15        A    Okay.
16        Q    Ms. Moore states in her email to John,
17   whoever John is -- do you know who John is, by the
18   way?  It says "Dear John."
19        A    It's probably not a good practice to guess,
20   so I'll say no.
21        Q    Do you have any idea?
22        A    Do you want me to guess?
23        Q    Yeah, I mean, only if you think that there's
24   a John who might be involved in these emails.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

1      A     I would guess it was John Compton, our
2    chairman.
3      Q     Okay.  She writes "I am reaching out to let
4    you know that we have received an inquiry from WBIR,
5    and the details are in the email below.  The reporter,
6    Andrew McClung, is seeking a comment from the board
7    regarding the matter.  I forwarded the reporter's
8    email to Melissa Tindell for attention.
9          "As per our usual protocol, any public
10   statements related to this issue will be issued via
11   the campus and/or UT system as appropriate."  Do you
12   know what she means when she says, "per our usual
13   protocol, any public statements related to this issue
14   will be issued via the campus and/or UT system"?
15     A     Usually, any public statements on personnel
16   matters or a campus matter is usually responded to by
17   the campus.  The board is not in the practice of
18   responding to situations on campuses.  The campuses
19   respond to them first.
20     Q     When you say the campus, who do you mean?
21     A     University -- in this particular instance,
22   it would be -- well, in -- in that context, all
23   campuses:  The University of Tennessee Knoxville, the
24   University of Tennessee Martin, the University of

1    Tennessee Chattanooga, the University of Tennessee

2    Southern, and UT Health Science Center.

3         Q    Who responds for the campus?

4         A    Which campus?  Any of the campuses?

5         Q    Let's just keep it to UTK.

6         A    It could be different people, but the vice

7    chancellor of communications is Tisha Benton.

8         Q    So she would be the person who responds when

9    it comes to anything related to this issue?

10        A    To any issue at UT Knoxville, her or -- her

11   or her team.

12        Q    When do you decide to respond as opposed to

13   Ms. Benton?

14        A    If it's something that it deserves my

15   attention.

16        Q    Okay.

17              MR. BIGELOW:  If we could, mark this as

18   Exhibit 92, please.

19              (Exhibit 92 was marked for

20              identification.)

21   BY MR. BIGELOW:

22        Q    I'm going to hand you a document, sir,

23   that's been previously marked as Exhibit 44.

24              MR. BIGELOW:  Y'all have it already, so

Page 231

Case 3:25-cv-00528-KAC-JEM    Document 46    Filed 01/21/26    Page 231 of 406
PageID #: 1173

```
1    I don't need to hand it to you again.  Although if
2    it'll make your life easier, I'll hand it to you again
3    so you don't have to shift or sift, I mean.
4    BY MR. BIGELOW:
5        Q    The top of this says it's an email from
6    Carey Whitworth, and it's to R. Boyd.  But then it
7    says exchange administrative group.  Do you know what
8    that means?
9        A    No.
10       Q    Okay.  And the main part of the email, the
11   subject is "forward letter to President Boyd" and
12   attachment "letter to President Boyd on Shirinian
13   comments."  Do you have any idea what that attachment
14   was?
15       A    Well, reading below, it says "Hello, Ms.
16   Whitworth.  Representative Grills has sent the
17   attached letter to President Boyd about comments made
18   online by Professor Shirinian.  Representative Grills
19   wanted you to also have a copy of the letter.  Thanks
20   for your time and attention on this matter."  And I
21   have seen a letter from Representative Grills.
22       Q    Okay.  And who is Representative Grills?
23       A    He's a state representative.
24       Q    And why was he chiming in?
```

Page 232

```
 1        A    I don't know.

 2        Q    Okay.  And the kind of main part of this

 3   above that says "sharing from the tarmac.  Deplaning

 4   now.  Randy, I'll call you in a few."  Do you know who

 5   sent that to you?

 6        A    Well, email says it's from Carey Whitworth.

 7        Q    And did she call you when she said, "I'll

 8   call you in a few"?  Do you remember if she --

 9        A    I don't -- I don't recall.

10        Q    Okay.  Have you spoken with her about this

11   matter?

12        A    Yes.

13        Q    And what have you said to her?

14        A    I can't recall.  We've had -- yes.

15        Q    What is her role in this whole matter?  The

16   matter being Dr. Shirinian's matter.

17        A    She's the vice president of government

18   relations, alumni affairs, and economic development.

19        Q    What does she do as the vice president of

20   government relations?

21        A    Manage all of our government relations.

22        Q    Why is that important to you or to the

23   University of Tennessee?

24        A    We're a public university that depends on
```

Page  233

Case 3:25-cv-00528-KAC-JEM    Document 46    Filed 01/21/26    Page 233 of 406
PageID #: 1175

```
 1   the government to -- we -- we work for the government,
 2   so government relations would be important.
 3        Q    And is it fair to say that they also control
 4   the purse strings for the University of Tennessee?
 5        A    Forty percent of them.
 6        Q    Forty percent of --
 7        A    Of -- of our revenues.
 8        Q    Okay.  And the other 60 percent is?
 9        A    Tuition and fees, grants, and donations.
10        Q    If we have marked that as Exhibit --
11        A    Already got it.
12        Q    Oh, it's already as Exhibit 44.  Thank you.
13        A    My fee is small, but I do expect to be paid.
14        Q    When we're done with this whole case,
15   we'll -- next exhibit I'm going to hand you, sir, is
16   previously marked as Exhibit 45, and it is a email
17   from Chancellor Plowman to Professor Shirinian, to Dr.
18   Shirinian, and CC'ing you; correct?
19        A    Yes.
20        Q    It's dated September 15th at 12:58 p.m.;
21   correct?
22        A    Yes.
23        Q    And the attachment is the letter that
24   Chancellor Plowman sent to Dr. Shirinian on September
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

1  15th.  My question to you is, did you have any role
2  whatsoever in the drafting of this letter?
3      A    I did not help in drafting it.
4      Q    Okay.  Do you know who did?
5      A    No.
6      Q    Did you have to bless this letter before it
7  was sent out, or did you bless this letter before it
8  was sent out?
9      A    I reviewed it and supported her decision.
10     Q    Okay.  Did you review and support the
11 letter?
12     A    Yes.
13     Q    Okay.  Sir, this is a email that you sent to
14 a number of people on Monday, September 15th, 2:58
15 p.m.  And you state "Please see Steve Gill's article.
16 Most positive but worth noting how it concludes."  Who
17 is Steve Gill?
18     A    He's a political writer.
19     Q    Is it fair to say that he's a pretty
20 influential conservative political writer?
21     A    I don't know.
22     Q    Okay.  Do you know if he's conservative or
23 liberal or what side of the political divide, if
24 any --

Case 3:25-cv-00528-KAC-JEM    Document 46    Filed 01/21/26    Page 235 of 406
PageID #: 1177

1      A    He's conservative.

2      Q    Okay.  Do you know whether he has -- what
3    his reach is, like the people --

4      A    No.

5      Q    No.  Okay.  Then why would you send this?

6      A    I don't recall the article, so I can't -- I
7    can't recall why I sent it.  But the most -- well, I
8    can't recall.

9      Q    Okay.

10               MR. BIGELOW:  Let's have this as
11   Exhibit 93, please.

12               (Exhibit 93 was marked for
13               identification.)

14               THE WITNESS:  Can I see Exhibit 93
15   again?  Just want to remember the date.  Thank you.

16   BY MR. BIGELOW:

17     Q    What I just handed you is -- well, first of
18   all, do you subscribe to the Chronicle of Higher
19   Education?

20     A    I think the university subscribes for me.

21     Q    Okay.  But you get articles from them via
22   email?

23     A    I don't read them.

24     Q    You don't?  Okay.  That's fair.  This one

Case 3:25-cv-00528-KAC-JEM    Document 46    Filed 01/21/26    Page 236 of 406
PageID #: 1178

```
1   was sent on September 16th at 5:05 a.m.; correct?

2        A    I'm sorry.  What time did you say?

3        Q    September 16th at 5:05 a.m.

4        A    Yes, that appears to be correct.

5        Q    Okay.  And the article that is on the front

6   page of this is "Charlie Kirk's Watchlist Made Some

7   Professor's Lives a Living Hell."  Do you know

8   anything about Charlie Kirk's watch list?

9        A    No.

10       Q    Okay.

11                MR. BIGELOW:  Have that as Exhibit 94,

12   please.

13                (Exhibit 94 was marked for

14                identification.)

15                MS. CAIAZZA:  Can we take a short break

16   when it's a good time for you?

17                MR. BIGELOW:  Yeah, we can take a short

18   break right now.

19                MS. CAIAZZA:  Okay.

20                THE VIDEOGRAPHER:  We are off the

21   record.  The time is 3:17.

22                (Off the record.)

23                THE VIDEOGRAPHER:  We are on the

24   record.  The time is 3:30.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1   BY MR. BIGELOW:
 2       Q    President Boyd, I'm going to hand you a
 3   packet of information next, and I'll give opposing
 4   counsel a copy of it as well.  And it is -- the top of
 5   it, at least, is an email from you to someone -- and
 6   we don't know who; it's whited out -- dated September
 7   16, 2025, at 8:43 a.m.
 8            And it says "subject, forward social chatter
 9   from today."  And then you write to whoever it is
10   "more details on the reaction on the attached.  Let's
11   discuss sometime."  Do you remember who you sent that
12   to?
13       A    No.
14       Q    Okay.  I would imagine somewhere in the
15   records of the University of Tennessee it has the
16   non-redacted who you sent that to; correct?
17       A    I would assume so.
18       Q    Okay.  Whoever you sent it to, it's a series
19   of emails.  The top one is from Megan Crisp.  And
20   that's the owner, I suppose, of the company that you
21   referenced earlier today?
22       A    An employee of the company.
23       Q    Oh, an employee of the company.  So it's not
24   the owner?
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
1        A    No.

2        Q    Okay.  Who is the owner?

3        A    John Crisp.

4        Q    Okay.  Are they related?

5        A    Yes.

6        Q    How are they related?

7        A    She's her -- his daughter.

8        Q    Okay.  And Ms. Crisp sent you an email on

9   September 16th at 3:29 in the morning.  And it's to

10  you and then CC'd Melissa Tindell, Charles Kemp.

11  Who's Charles Kemp?

12       A    He does social media for the UT system.

13       Q    And Ellie Dougherty?

14       A    She works for Melissa in the -- the

15  department of communications.

16       Q    Okay.  And that email is in regard to social

17  media chatter; correct, from that --

18       A    Yes.

19       Q    From that past day.  It says "Here's the

20  September 15th sentiment and engagement report for RB

21  social."  What's RB Social?

22       A    That's the Randy Boyd media account or

23  social media accounts.

24       Q    And those are all of your social media
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

1    accounts that they handle for you; correct?

2        A    Yes.

3        Q    Okay.  And she writes "As Melissa mentioned,

4    you had a high volume of engagement on Facebook

5    especially, which took some time to sort through.

6    Overall sentiment is overwhelmingly positive, though

7    there were a number of questions about UT teaching

8    staff and curriculum.  Please let me know your

9    questions."

10            Do you know what she's addressing when

11   she's -- with this email?

12       A    Yeah.  In the other documents that you

13   shared, she is addressing social media comments and

14   reactions to -- to the decisions that Chancellor

15   Plowman and I made -- that Chancellor Plowman made and

16   I supported.

17       Q    Why does that matter?

18       A    We're always monitoring all social media

19   to -- to get -- it's a part of our brand, making sure

20   that people -- monitoring their sentiments.

21       Q    Is that important to you?

22       A    What people think about the University of

23   Tennessee?

24       Q    Yeah.

Case 3:25-cv-00528-KAC-JEM    Document 46    Filed 01/21/26    Page 240 of 406
PageID #: 1182

```
 1        A    Yes.

 2        Q    Okay.  I mean, that's why you hired these

 3   people to do this; correct?

 4        A    Yes.  I didn't hire the Crisp Communications

 5   to monitor the UT brand.

 6        Q    What did you hire them to do?

 7        A    Just to manage my personal accounts.

 8        Q    Then why are they managing the UT brand at

 9   all?

10        A    They were giving me an analysis of the post

11   that I put on my -- on the Randy Boyd account.

12        Q    And why is that important to you with

13   regards to at all to the UT brand?

14        A    We -- because I'm associated with the -- the

15   UT brand, and so they were -- and they were commenting

16   on the decisions we made at the University of

17   Tennessee.  It was about the University of Tennessee.

18        Q    Okay.  One of the emails that is kind of

19   among the others talks about concerns about

20   consistency and free speech.  That's on the second

21   page; correct?

22        A    Let me get that -- get to that.  So I'm

23   sorry.  Remind me of the question.

24        Q    It was brought to your attention that there
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1   were concerns about consistency and free speech;
 2   correct?
 3        A    Yes.
 4        Q    And some of those concerns included "whether
 5   it applied to all sides, freedom of speech versus
 6   consequences.  What about other incidents of hate
 7   speech or violence glorification?  Are we just jumping
 8   on the Charlie Kirk bandwagon?  If this is the
 9   standard, then apply it universally.  Jan. 6, Gaza,
10   George Floyd.  Freedom of speech is a cornerstone of
11   democracy."
12             And those are some of the concerns that were
13   brought to your attention; correct?
14        A    Yes.
15        Q    Have you discussed those concerns with
16   anyone?
17        A    Well, there's a lot of them.  Does this
18   apply to all sides?  Yes.  Are you wanting to go by
19   each one?
20        Q    Sure.
21        A    Maybe -- maybe --
22        Q    So you have discussed that with other
23   people, if this --
24        A    Yeah.  Maybe you want to ask each one in --
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1    in order so we make sure we're thorough.
 2         Q    I absolutely will.  The question of if this
 3    applies to all sides, have you communicated with or
 4    discussed that question with anyone?
 5         A    Yes.
 6         Q    Who have you communicated with or discussed
 7    that with?
 8         A    Chancellor Plowman and my leadership team.
 9         Q    Anyone else?
10         A    No.
11         Q    Okay.  And what did you say to Chancellor
12    Plowman and your leadership team about that question?
13         A    This applies to all sides.
14         Q    What about the "freedom of speech versus
15    consequences" phrase that was brought to your
16    attention?
17         A    That wasn't discussed.
18         Q    With anyone?
19         A    No.  I'm not clear on what they're actually
20    saying.
21         Q    Okay.  What about the other incidents of
22    hate speech or violence glorification?
23         A    It was too general.  There was no discussion
24    about that phrase.
```

Case 3:25-cv-00528-KAC-JEM    Document 46    Filed 01/21/26    Page 243 of 406
PageID #: 1185

1      Q    Okay.  What about the comment of just

2   jumping on the Charlie Kirk bandwagon?

3      A    No.

4      Q    What about the one under that that says "If

5   this is the standard, then apply it universally with

6   January 6th, Gaza, George Floyd"?

7      A    Yeah, it didn't make any sense.  So there

8   was no discussion about that.

9      Q    I mean, with regards to Jan. 6th, do you

10  understand that January 6th involved violence?

11     A    Yes.

12     Q    And that was violence on who?  Who was

13  attacked, in your view?

14     A    My recollection, there were people in the --

15  the U.S. Capitol that were attacked, security people

16  and maybe people that were working there.  But I don't

17  know exactly.

18     Q    Okay.  Is condoning violence on January 6th

19  a public issue of importance?

20     A    Is condoning it a public issue of

21  importance?  Probably, yes.

22     Q    Have you ever spoken about that issue?

23     A    No.

24     Q    Why not?

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1       A    It's not my -- not my responsibility or my
 2   role.
 3       Q    Have you ever spoken about it privately with
 4   anyone?
 5       A    I can't recall.
 6       Q    When our president pardoned everyone who
 7   attacked our capitol on January 6th, did you ever
 8   discuss that privately with anyone?
 9       A    No.
10       Q    Did you ever discuss George Floyd privately
11   with anyone?
12       A    I'm sure I did, but I can't recall a
13   specific conversation.
14       Q    Okay.  Did you ever -- it says Gaza.  What's
15   your understanding of what's going on in Gaza?
16       A    What's my understanding?  Just so that --
17   could you narrow it down a bit?
18       Q    Well, only because here, it says -- the
19   email, it just says Gaza.  Do you have any guesses as
20   to why someone would say Gaza?
21       A    No.  They're just listing a broad set of
22   issues around the world.  And there's not really a
23   specific question or request there.
24       Q    Okay.  And then the last one, it says
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1    "Freedom of speech is a cornerstone of democracy."
 2    Have you discussed that with anyone?
 3         A     The particular phrase?  No.
 4         Q     Have you discussed freedom of speech with
 5    anyone other than lawyers?
 6         A     Yes.
 7         Q     Who have you discussed it with?
 8         A     Lots of people.  I have even wrote a -- a
 9    letter in our -- our magazine about freedom of speech.
10         Q     What magazine is that?
11         A     Our Tennessee.  We can get you a copy.
12         Q     When did you write that?
13         A     I don't recall.  Three years ago.
14         Q     Who have you discussed freedom of speech
15    with since learning about Dr. Shirinian's Facebook
16    comment?
17         A     With regards to Dr. Shirinian or just
18    freedom of speech in general?
19         Q     Freedom of speech in general.
20         A     With general counsel and with our board and
21    with our leadership team.
22         Q     And when you say board, you mean the board
23    of trustees?
24         A     The board of -- UT Board of Trustees.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

1    Q    When did you discuss it with the UT Board of
2  Trustees?
3    A    We had our general counsel come to a board
4  meeting after this and do a presentation on the
5  freedom of speech.
6    Q    And did you discuss it?  Did you speak
7  during that meeting at all?
8    A    Not really.  It was -- this was a
9  presentation by our general counsel to our board going
10 through what freedom of speech is and isn't.
11   Q    I promise I'm not trying to pick apart your
12 words.  Although it sounds like when you said "not
13 really," did you speak at that meeting?
14   A    Not -- not to -- not about freedom of
15 speech.  I'm sure I spoke at the meeting.  I may have
16 introduced Ryan, so I would've spoke, but not -- I
17 wasn't trying to educate the board about freedom of
18 speech.
19   Q    Okay.  But that was the general counsel's
20 job to do; correct?
21   A    Correct.
22   Q    Okay.  When was that meeting?
23   A    October 23rd.
24   Q    How long did that meeting last?

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1      A     I don't recall exactly.

 2      Q     Do you have any idea roundabouts how long

 3   the presentation was?

 4      A     Not exactly.

 5      Q     Was it longer than an hour?

 6      A     No.

 7      Q     Okay.  Did anyone present other than the

 8   general counsel?

 9      A     On freedom of speech?

10      Q     Or on anything, that meeting.

11      A     Yes.

12      Q     Who else presented?

13      A     We could prepare you the -- the entire

14   agenda from the board meeting and all the -- all the

15   minutes.

16      Q     Okay.  Do you remember who presented or no?

17      A     At least 15 people.  This is a public board

18   meeting.

19      Q     Okay.

20                MR. FITZGERALD:  Are we talking about

21   the executive session or the entire board meeting?

22   There are two separate things.

23                THE WITNESS:  Yeah.  Thank you.

24                MR. FITZGERALD:  The executive session
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1   is not open to the public.  I think when 15 people
 2   spoke, that was the portion that is open to the
 3   public.
 4                   THE WITNESS:  Yeah.
 5                   MR. FITZGERALD:  I don't think that's
 6   what you want.
 7                   THE WITNESS:  That's correct.
 8   BY MR. BIGELOW:
 9        Q    Who presented at the portion that's not open
10   to the public?
11        A    General counsel had that part of the
12   presentation.  Then I led a general discussion, not
13   about the subject, prior to the general counsel.
14        Q    You led a discussion with regards to what?
15        A    A list of other things that the board might
16   want to know.
17        Q    Such as what?
18        A    Sometimes I update them on personnel matters
19   with regards to my leadership team.  Frankly, I can't
20   recall what was -- what was the -- the topics at the
21   time.
22        Q    Did you talk about Dr. Shirinian's matter at
23   all?
24        A    No.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1     Q    Okay.  You know that for a fact?

 2     A    Yes.  We had the -- we had the -- yeah.

 3     Q    Back to this social media Exhibit 95, the

 4  third page says RB social media.

 5     A    I don't -- wait.

 6     Q    I'm sorry.

 7     A    What's -- what's 95?

 8     Q    Oh, it's the Crisp packet that you have.

 9          MS. CAIAZZA:  It hasn't been marked.

10  BY MR. BIGELOW:

11     Q    It hasn't marked.  My apologies.  It's that

12  packet that you --

13     A    Okay.  It's not been marked.

14     Q    It is not currently marked.

15     A    Okay.  Thank you.

16     Q    It will ultimately be marked 95.  The third

17  page says RB social media September 15th social

18  chatter; correct?

19     A    On what page?

20     Q    On the third page.

21     A    That's what it says, yes.

22     Q    And it has metrics.  It talks about how many

23  reactions, how many comments, how many shares;

24  correct?  How many likes, how many hearts?
```

Page 250

```
 1        A    Yes.

 2        Q    And how many crying, how many mad, how many

 3   surprised, all that; right?

 4        A    Yes.

 5        Q    And this one says, as far as the metrics are

 6   concerned, 1,500 likes, 397 hearts, 13 cares, 5

 7   laughs, 2 crying, and 2 mad, and 1 surprised; correct?

 8        A    Yes.

 9        Q    And then underneath it talks about common

10   phrases and representative comments; correct?

11        A    Yes.

12        Q    And then underneath that, at the bottom of

13   the page, it talks about top themes in engagement and

14   specifically concerns about staffing curriculum at the

15   University of Tennessee.  And it gives a bunch of

16   different comments that people have made; correct?

17        A    Yes.

18        Q    Okay.  And then it says "summary of

19   takeaways:  75 percent agreement with the action

20   expressing support and gratitude towards leadership.

21   Seventy" -- I'm sorry -- "15 percent questions related

22   to UT teaching staff and curriculum, 9 percent neutral

23   comments or questions about UTK's decision not to hold

24   a moment of silence at the Georgia UT game, and then 1
```

```
 1   percent disagreement"; correct?

 2        A    Yes.

 3        Q    Then beneath that, it says there are two

 4   comments on the post to flag.  The first it says "Glad

 5   you're showing true colors to our community.  And by

 6   our, I mean the black community.  I hope all colored

 7   UT students are paying close attention to the actions

 8   of their administrators and respond accordingly";

 9   correct.  Did I read that correctly?

10        A    Yes.

11        Q    Do you have any idea why someone would write

12   that?

13        A    No.

14        Q    Okay.  The second comment to flag was "While

15   you're at it, the girls in the group Knoxville Women

16   Unfiltered are planning a counter vigil to happen at

17   the time of the Charlie Kirk vigil at The Rock on UT

18   campus on the 18th.  Please be sure there's extra

19   police presence to ensure the safety of those at the

20   vigil.

21             "There's some awful people in this world so

22   full of hate that they can't even see others as humans

23   anymore.  I immediately left the group and reported it

24   after seeing what they were posting.  I can't see what
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

1   they're planning anymore, but it was scary to see how
2   full of rage and hate they were in their comments."
3   Did I read that correctly, sir?
4        A    Yes.
5        Q    To your knowledge, did anyone ensure that
6   there was extra police presence?
7        A    I don't know.
8        Q    Okay.  On the next page, you'll see more
9   metrics.  And it says "post 2:  I support Chancellor
10  Plowman's swift decision.  Our responsibility is to
11  educate and shape future leaders in an environment
12  grounded in respect."  And it says what the platform
13  was, which was Facebook.
14            And then it talks about metrics again.
15  There are 5,300 likes, 1,600 hearts, 38 cares, 6
16  laughs, 5 surprises, 4 mad, and 3 crying; correct?
17       A    Yes.
18       Q    It talked about your top themes and
19  engagement and common phrases and representative
20  comments, an overwhelming number of which are positive
21  towards you; correct?
22       A    Yes.
23       Q    And it says the top themes of engagement
24  underneath it:  "concerns about staffing, curriculum,

Page 253

1   and indoctrination at UT/all colleges."  Why do you

2   think indoctrination was a theme?

3       A    Find the -- the line about indoctrination.

4   This was under representative comments?

5       Q    Top themes in engagements.

6       A    Does it go onto the next page?  I'm

7   just -- I'm -- I'm sorry.

8       Q    No, it's okay.

9       A    I'm doubt I'm not doubting you.  I'm

10  just -- I'm just not finding it.

11      Q    It's the fifth page.  And it says -- at the

12  bottom of the fifth page, it says "top themes in

13  engagement," and it mentions concerns about staffing,

14  curriculum, and indoctrination at UT, all colleges.

15      A    Okay.  Sorry.

16      Q    That's okay.

17      A    We have one, two, three, four, five.  Bottom

18  of the page?

19      Q    Yeah, where it says top themes in

20  engagement.  That's bolded.

21      A    Yeah.  Oh, the -- oh, the -- the -- under

22  number 2, concerns about staffing, curriculum, and

23  indoctrination at all UT colleges.  Sorry.  I was

24  looking for bullets.

```
 1        Q     That's okay.

 2        A     And the question was?

 3        Q     Why do you think indoctrination would be a

 4    top theme?

 5        A     It's a common perception that universities

 6    are indoctrinating students.

 7        Q     Explain that.

 8        A     What specifically do you want me to --

 9        Q     What do you mean?  Indoctrinating them with

10    regards to what?

11        A     To specific ideology.

12        Q     Any specific ideology that people, in your

13    opinion, are concerned about?

14        A     I think there's a lot of people that worry

15    that the universities are indoctrinating people with

16    one particular view of the political spectrum and --

17    and not a balanced view.

18        Q     And what side do you think people are

19    concerned that that leads towards?

20                MR. FITZGERALD:  Object to the form.

21                THE WITNESS:  I think the majority

22    of -- there's a lot of people that believe that

23    universities are promoting a left-leaning ideology.

24    //
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

BY MR. BIGELOW:

Q    Okay.  Do you agree with that or no?

A    No.

Q    Do you think it is the state's
responsibility to promote any ideology?

A    No.  At -- wait.  Rephrase the question.

Q    Do you think it is the state's
responsibility to promote any specific ideology?

A    With regards to the higher education or
universities or just generally?

Q    Generally.

A    The leaders of, I would say generally, any
state or nation anywhere in the world will want to
promote the ideology in which they were elected,
universally.

Q    Do you believe it's their responsibility to
do that?

A    In a democracy, yes.  If you got elected
based on promoting a particular ideology to get into
office and not support the -- advocate for the
ideology that you got elected for, then that would be
counter what you were elected for.

Q    Do you believe it is a public university's
responsibility to promote an ideology?

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1        A     No.
 2        Q     If a public university promotes a specific
 3   ideology, that would be wrong; correct?  Or they
 4   shouldn't do that?
 5        A     Did you say a public university?
 6        Q     Yes.
 7        A     In my opinion, yes.
 8        Q     That they should not do that; correct?
 9        A     Correct.
10        Q     And that includes social; correct?  Social
11   ideology?  They shouldn't promote any sort of
12   specific, like, what they believe is socially correct
13   or not correct?
14               MR. FITZGERALD:  Object to the form.
15   BY MR. BIGELOW:
16        Q     Okay.  Well, let's make it easier.  How
17   about political ideology?  Should they promote one
18   political ideology or another?
19        A     No.
20        Q     What about moral ideology?  Should they
21   promote one moral ideology or another?
22        A     That's, I think, too broad.
23        Q     Okay.  But why did you say no with regards
24   to politics but that morals is too broad?
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1      A     If you believe that promoting civility and
 2   respect and being against murder are moral issues,
 3   then I think a university should take a position on
 4   those things.  That's why I say it's too broad when
 5   you say moral.  Moral is too broad.
 6      Q     Okay.  So you're saying that it is a public
 7   university's responsibility to inform people at a
 8   public university what they believe is moral or is not
 9   moral
10      A     Within certain limits, yes.
11      Q     Okay.  And same --
12      A     I'm not --
13      Q     And same thing --
14      A     I'm not supposed to ask you a question, but
15   would you consider students cheating on exams a moral
16   question?
17      Q     It depends, but frankly, my opinion doesn't
18   matter, as you know.
19      A     Okay.  I would -- I would --
20      Q     I think --
21      A     -- so I'll be on record saying cheating on
22   exams is a moral question.  Cheating should not be --
23   and cheating is not something that we allow.  So it
24   begs the question, your definition of moral.  And
```

www.veritext.com            Veritext Legal Solutions            800-556-8974

```
 1    apparently, there's a wide definition of -- of --
 2         Q    Does cheating involve your thoughts?
 3                   THE REPORTER:  Be sure to let him
 4    finish --
 5                   MR. BIGELOW:  Oh, I'm sorry.
 6                   THE REPORTER:  -- so I can type out the
 7    whole answer.  Thank you.
 8    BY MR. BIGELOW:
 9         Q    Does cheating involve your thoughts?
10         A    In the example I was using, it was regarding
11    taking tests.
12         Q    I understand, but that doesn't -- that
13    involves actions; correct?  That doesn't involve
14    thoughts?
15         A    Yeah.  I don't quite understand what you
16    mean by cheating in your thoughts.
17         Q    Okay.  So you asked me if I thought cheating
18    was a moral question.  And in order to cheat at a
19    university, you have to actively do something.  You
20    have to cheat.  You have to look at your neighbor's
21    test and look at their answers and think to yourself,
22    "I wonder if my neighbor is smarter than me.  I'm
23    going to write his or her answers down."
24                   Or, "Hey, I'm going to take this and I'm
```

1  going to -- it's a article that was written before;

2  I'm just going to cut and paste and I'm going to say

3  it's all mine."  Right?  It involves actions; correct?

4      A   In that example, yes.

5      Q   In any example, cheating involves actions.

6  It doesn't just involve thinking about cheating.  It's

7  actually cheating; right?

8      A   I think so.

9      Q   Like you wouldn't punish someone for saying,

10  "I think cheating on tests is amazing and would really

11  help," if they don't actually cheat, would you?

12      A   I don't know.

13      Q   Might you?

14      A   I don't -- it depends on the context.

15      Q   In any context, if a student in your

16  classroom said out loud or in a Facebook post or

17  wherever, "Boy, I think cheating is amazing as long as

18  you can do it and not get caught.  Or even if you get

19  caught, who cares?"  You're not going to kick that

20  person out of your university, are you?

21      A   Are we talking about student or faculty?

22      Q   I suppose let's -- student because -- a

23  student.  Are you going to kick that student out of

24  your university?

Page 260

```
 1        A     I don't know.  Probably not.  We do have a
 2   code of conduct for students at each school, and I'd
 3   have to reference their code of conduct.  So I -- I
 4   don't know if we say anything specifically to that or
 5   not.
 6        Q     Absolutely.  And that code of conduct, much
 7   of it, I'm sure, involves actions, correct, and not
 8   thought?
 9        A     I haven't read their code of conduct, or at
10   least I haven't read it in a long while, so I can't
11   say for sure.
12        Q     Okay.  The next page from the page that we
13   had just looked at states "representative comments."
14   And then beneath that it says "summary of takeaways."
15            And it says "only 2 percent in
16   disagreement."  And says "sentiment remains
17   overwhelmingly positive with many expressing thanks
18   and strong support for Randy, Donde, and UT
19   leadership.  Questions remain regarding UT faculty,
20   curriculum, and the path forward.  I've included a few
21   comments of disagreement below for reference."
22            And the page after that talks about your
23   X/Twitter post, which says post 1, where you say
24   "Celebrating or advocating violence and murder is
```

1    reprehensible and has no place at the University of
2    Tennessee."
3            And it talks about the metrics for that,
4    likes, comment, shares, and it talks about themes of
5    engagement.  And page after that says, again, "top
6    themes of engagement."  The third is concerns about
7    staffing, curriculum, and indoctrination.
8            Some of the representative comments for that
9    include "I'm a 1980 UTK graduate watching and hoping
10   you do take action.  This is a black eye to the
11   university" and others.
12           The summary of takeaways for that is 50
13   percent agreement with action, 25 percent comments and
14   questions about UT teaching, staff, and curriculum,
15   and 25 percent calling for immediate termination of
16   the teacher.  So a lot of people were calling for the
17   immediate termination of Dr. Shirinian; correct?
18       A    Yes.
19       Q    And there were also politicians calling for
20   her termination as well; correct?
21       A    I believe so.
22       Q    Okay.  You had knowledge of that; correct?
23       A    I believe so.  I don't remember.  I -- I --
24   there were comments from every -- every direction.

www.veritext.com          Veritext Legal Solutions          800-556-8974

1    Q    Did you have any comments from any
2    politician that said, you know, you -- did you have
3    any comments from any politician who was conservative
4    that talked about free speech or the First Amendment?
5    A    I don't recall.
6    Q    Do you have any comments --
7    A    Make sure I understand the question too
8    also.
9    Q    Absolutely.
10   A    It's -- you're speaking of comments on
11   social media?
12   Q    Excellent point.  Did you receive any
13   feedback, social media or otherwise, in person,
14   letters, anything, from politicians?
15   A    We have the one letter from Rusty Grills.  I
16   don't recall others, though there could have been.
17   Q    Were you aware of any social media comments
18   from Representative Tim Burchett?
19   A    Been made aware after the fact.
20   Q    Okay.  Do you know when you were made aware
21   of them?
22   A    Not exactly.
23   Q    Okay.  And they had -- and when you say
24   after the fact, after what fact?

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1      A     After we made the -- our decisions to put
 2   Dr. Shirinian on leave.
 3      Q     Okay.
 4              MR. BIGELOW:  Can we have that as
 5   Exhibit 95, please?
 6              (Exhibit 95 was marked for
 7               identification.)
 8   BY MR. BIGELOW:
 9      Q     I am handing you what has previously been
10   marked as Exhibit 67, sir.
11      A     Okay.
12      Q     The letter that is attached to this exhibit
13   is Chancellor Plowman's September 16th letter to Dr.
14   Shirinian.  Are you familiar with this letter?
15      A     Yes.
16      Q     Did you approve this letter just like you
17   approved the September 15th letter?
18      A     I supported it, yes.
19      Q     Okay.  Are you aware of any individual who
20   is working at the University of Tennessee who has gone
21   around -- actually, let me make this even easier.  Are
22   you aware if Dr. Plowman has gone around any policies
23   instituted by the board of trustees?
24      A     No.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1      Q    Would it surprise you if she admitted to
 2  going around a policy that was instituted by the board
 3  of trustees?
 4      A    Yes.
 5      Q    Okay.  What would you do if you ever
 6  discovered that she did that?  Would that matter to
 7  you?
 8      A    We would discuss it.
 9      Q    Okay.  Because the board of trustees is both
10  of your bosses; correct?
11      A    Yes.
12      Q    Okay.  But you're unaware of her doing that;
13  correct?
14      A    Yes.
15      Q    Okay.  Specifically, when I referenced that,
16  I'm referencing the bottom of the first page of the
17  letter that I just sent to you, on the top of the
18  second page.  Are you familiar with board of trustee
19  policies?
20      A    Yes.
21      Q    And when I say board of trustee policies,
22  those are essentially rules put down by the board that
23  they expect people to follow; correct?
24      A    Yes.
```

Page 265

1    Q    Okay.  At the bottom of page 1, it states
2    "The board of trustees has entrusted campus
3    administration with implementing this policy.  It is
4    the duty of the administration to remove from the
5    faculty any faculty member who has been found through
6    proper procedures seriously derelict in his or her
7    responsibilities as a member of the academic
8    community.
9         "Adequate cause for termination exists when
10   a faculty member engages in any misconduct directly
11   related to the fitness of the faculty member to engage
12   in teaching, research, service, or administration.
13   Appendix C sets out the procedures applicable in cases
14   of misconduct, including the expedited termination in
15   cases of egregious misconduct."
16        And then if you look to the bottom of that
17   page, sir, it points out applicable procedures.  Do
18   you see that?  It's B.
19        A    Yes.
20        Q    And it says "The applicable policy and
21   procedures are found in the board of trustees policies
22   governing academic freedom, responsibility, and tenure
23   in appendix C, including expedited procedure for
24   termination or suspension without pay in certain cases

1    of misconduct.

2         "In the following cases of alleged

3    misconduct by a faculty member, the chief academic

4    officer" -- and I'm going to stop there just for a

5    second.  The chief academic officer is the provost;

6    correct?

7         A    Yes.

8         Q    Okay.  It says "The chief academic officer,

9    after consulting with the chancellor, the president,

10   and the president of the faculty senate or the faculty

11   senate executive committee, may invoke with expedited

12   procedure to accomplish termination or suspension

13   without pay with comprehensive due process procedures

14   to be offered after termination or suspension without

15   pay."

16        Then it says "A, alleged misconduct

17   involving acts or credible threats of harm to a person

18   or university property.  Under the expedited

19   procedure, the faculty member shall be offered the

20   following before termination or suspension without

21   pay:  notice of charges, explanation of the evidence,

22   and informal opportunity to refute the charges.

23        "After termination or suspension without

24   pay, the faculty member shall" -- not may, but "shall

1   be offered the full range of due process options
2   available to faculty members and other adequate cause
3   proceedings as set forth in paragraph 7 of this
4   appendix, except that the termination or suspension
5   without pay shall not be stayed pending the outcome of
6   an ad hoc hearing committee if the faculty member
7   elects that method of contesting the action.
8          "If the university's final determination
9   after either an UAPA proceeding or an ad hoc hearing
10  committee proceeding is favorable to the faculty
11  member and concludes that the faculty member should
12  not have been/should not be terminated for adequate
13  cause, then full restitution of salary, academic
14  position, and tenure loss during suspension without
15  pay or termination shall be made."
16         Did I read that all correctly, sir?
17     A    I believe so.
18     Q    Okay.  Again, this is a letter from
19  Chancellor Plowman to Professor Shirinian.  And she's
20  saying that these policies govern what has happened to
21  Professor Shirinian; correct?
22     A    That reads that way, yes.
23     Q    Now, in what we just read, it states
24  specifically "In the following cases of alleged

Case 3:25-cv-00528-KAC-JEM    Document 46    Filed 01/21/26    Page 268 of 406
PageID #: 1210

1  misconduct by a faculty member, the chief academic
2  officer," i.e., the provost, as you stated, "after
3  consulting with the chancellor, the president, and the
4  president of the faculty senate may invoke an
5  expedited procedure."
6          Where does it say -- well, it doesn't say
7  that the chancellor gets to invoke an expedited
8  procedure, does it?
9      A    It doesn't say that.
10      Q    No, it says the provost may; right?  But in
11  Professor Shirinian's case, the provost did not invoke
12  that procedure.  The chancellor did; correct?
13      A    I'm not exactly sure of the process.  I know
14  that the provost was involved in the conversations.
15      Q    He may have been involved with the
16  conversations, but it's the chancellor, via her own
17  words, that she's saying, "I'm in charge.  I'm
18  invoking this."  She was the one to invoke it;
19  correct?
20      A    Yes.  She's the ultimate decider of the --
21  of the case.
22      Q    She may be the ultimate decider, but she's
23  not the provost, is she?
24                  MR. FITZGERALD:  Objection.

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1    Argumentative.
 2    BY MR. BIGELOW:
 3         Q    The provost and the chancellor --
 4         A    The chancellor is not the provost.
 5         Q    -- have different jobs; correct?
 6         A    Yes.
 7         Q    And under this board of trustee policy, it
 8    states that if someone is going to invoke an expedited
 9    procedure, which was invoked with Dr. Shirinian, there
10    are a number of things that happen.  It does say that;
11    correct?  It's a Board of Tennessee policy; correct?
12         A    Yes.
13         Q    And one thing it says is it says the chief
14    academic officer may invoke it.  It doesn't say anyone
15    else.  So the provost is the person to invoke that;
16    correct?
17         A    Yes.
18         Q    But the provost in Dr. Shirinian's case did
19    not do that.  The chancellor did it.  So did the
20    chancellor, in your own opinion, just by the plain
21    words and your knowledge of what happened, did the
22    chancellor follow this policy?
23         A    Yes.
24         Q    How?
```

```
 1       A    She got counsel with -- she got advice from
 2   the general counsel and from the provost.   And
 3   together they agreed that this -- this procedure was
 4   appropriate.
 5       Q    But that's not what it says.   I mean, she
 6   may have gotten advice from whoever she got advice
 7   from.
 8       A    Yeah.
 9       Q    That doesn't matter.   That's not what it
10   says; correct?
11       A    I don't know that's correct.
12       Q    Okay.   Well, what does it say?   Who is the
13   person --
14       A    The general counsel and the provost had a
15   conversation and decided that policy to -- to support
16   what they're doing, what they decided to do.
17       Q    It was the chancellor, however, who invoked
18   the expedited procedure based on this letter; correct?
19       A    Yes.
20       Q    Okay.   Based on the board of trustees
21   policy, your bosses and the chancellor's bosses, who
22   does the board of trustees require to invoke this
23   procedure?
24       A    It was our opinion that she would ultimately
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1   have the right to make that decision.  And so it was
 2   her decision to make.
 3        Q    That's not my question, sir.  My question
 4   is, who does the board of trustees require to invoke
 5   that process, based on these words?
 6        A    It was opinion of our general counsel and
 7   our -- I'm --
 8        Q    I'm not asking for your opinion, unless you
 9   want to waive --
10        A    No, I'm not -- I'm not --
11        Q    -- unless you want to waive --
12        A    No, I'm not giving you opinion --
13        Q    -- which I don't think you do.
14        A    I didn't say it was -- I didn't say it was
15   my opinion.  I -- I believe it was the opinion of our
16   general counsel and our provost that she had this
17   right.
18        Q    So I'm going to warn you, and I'm actually
19   trying to be kind, which is when you say it's the
20   opinion of your general counsel, what you're
21   essentially doing is you're saying "Ask my general
22   counsel" because -- so I'm going to ask you a question
23   again.
24             Based on this policy -- I'm not asking whose
```

Page 272

1  opinion or anything.  I'm saying based on this actual
2  policy, it is the chief academic officer's
3  responsibility; correct?  The policy that speaks for
4  itself.
5      A    And he could, I think -- it has been
6  interpreted to, in turn, allow the -- the chancellor,
7  who's the ultimate decider, to decide.
8      Q    It has been interpreted by your general
9  counsel, you're saying?
10     A    By -- by all the parties.  The --
11     Q    How did you come to that interpretation?
12     A    From the chancellor and her -- her provost
13  and general counsel, that we -- that this was -- this
14  was appropriate.
15     Q    How do you come to that determination based
16  on the words?
17     A    I'm not --
18              THE REPORTER:  Make sure you let each
19  other finish --
20              MR. BIGELOW:  Okay.
21              THE REPORTER:  -- or the record is
22  going to be -- thank you.
23              THE WITNESS:  I wasn't trying to
24  interpret the policy.  I was counting on others that

```
 1   were very familiar with the policy, which would be the
 2   chancellor, the provost, and the general counsel, to
 3   interpret the policy.  And it was their interpretation
 4   that this was appropriate action.
 5   BY MR. BIGELOW:
 6        Q    Does this policy say -- do the words say, of
 7   the policy, that the chancellor can invoke an
 8   expedited procedure?
 9        A    The interpretation of the chancellor, the
10   provost --
11        Q    That's not my question, sir.
12        A    That's my answer.
13                  MR. FITZGERALD:  Robb, this also says
14   expedited procedure for termination or suspension
15   without pay.
16                  MR. BIGELOW:  Again --
17                  MR. FITZGERALD:  You're not reading him
18   the whole document.  You're trying to --
19                  MR. BIGELOW:  Again, would you like me
20   to ask you questions as well?  Are you --
21                  MR. FITZGERALD:  No.  No, but --
22                  MR. BIGELOW:  Is this a speaking
23   objection?
24                  MR. FITZGERALD:  No.  Go ahead.  I've
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1   spoken.
 2              MR. BIGELOW:  I mean, this is the
 3   second time you've done this in two days where you've
 4   spoke way more than objection to form or this is
 5   general counsel or this is attorney-client privilege,
 6   where you've, like, testified.
 7              And I really do mean this, and I'm not
 8   trying to be difficult.  Like, the rules don't allow
 9   you to do that.  And if you think they do, then I am
10   happy to put you under oath and ask you questions and
11   you can testify if you'd like to do that.  Would you
12   like me to ask you questions under oath?
13              MR. FITZGERALD:  No.
14              MR. BIGELOW:  Okay.
15   BY MR. BIGELOW:
16      Q    Is it your understanding that Professor
17   Shirinian is being paid or not being paid?
18      A    It's my understanding that she's getting
19   paid now.
20      Q    Okay.  Do you have any idea why she's still
21   getting paid?
22      A    We haven't put a -- we haven't made the
23   final decision to -- she hasn't been officially
24   terminated yet.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

1    Q    Why not?  If she's so horrible and morally
2    corrupt and if she asked for violence and all this, as
3    you believe, why not just fire her?
4    A    We have to decide that.
5    Q    Why haven't you?
6    A    Empathy and -- and kindness.  Is your -- no,
7    I'm not asking a question.
8    Q    I'm happy for whatever answer you have, sir.
9    When you said empathy and kindness, what do you mean?
10   A    Providing her with compensation to support
11   herself until a decision is made on the -- on the
12   ultimate outcome of her situation.
13   Q    Okay.  Based on this process, if she was
14   terminated without pay, she gets to appeal; correct?
15   A    I'm not aware.
16   Q    Okay.  I'd like to point your attention to
17   the first -- actually, the second full paragraph on
18   page 3 of what I handed you.  It's the last page, sir.
19   A    The second paragraph?
20   Q    Yeah, the second full paragraph.  Yes, sir,
21   starting after "termination."  If you would, just read
22   that.  You can read it yourself.
23   A    Okay.
24   Q    The second -- I'm sorry, the last full

Case 3:25-cv-00528-KAC-JEM    Document 46    Filed 01/21/26    Page 276 of 406
PageID #: 1218

1    sentence says "If the university's final determination
2    after a UAPA proceeding or an ad hoc hearing committee
3    proceeding is favorable to the faculty member and
4    concludes that the faculty member should not have
5    been/should not be terminated for adequate cause, then
6    full restitution of salary, academic position, and
7    tenure lost during the suspension without pay or
8    termination shall be made"; correct?
9         A    That's what it says.
10        Q    The beginning of that paragraph talks about
11   a full range of due process.  What is your
12   understanding as to due process?
13        A    In this -- in this context, I don't know all
14   the details of what the faculty handbook says or -- or
15   the process with the faculty.
16        Q    Just generally, do you agree that the state
17   affords people due process?
18        A    Yes.
19        Q    What does that mean to you?
20        A    A chance to have a -- to -- to discuss -- to
21   defend themself and to -- to -- and to discuss the
22   evidence in their case.
23        Q    Absolutely.  So in this, if Dr. Shirinian
24   were to have been terminated without pay, she would

Case 3:25-cv-00528-KAC-JEM    Document 46    Filed 01/21/26    Page 277 of 406
PageID #: 1219

```
 1    have an opportunity to have one of two things:  either
 2    an ad hoc hearing committee, correct, or a UAPA
 3    proceeding; correct, based on this?
 4          A    Based on this, yes.
 5          Q    Okay.  But as of now, because she's being
 6    paid, she doesn't have that opportunity; is that
 7    correct?
 8          A    My understanding of reading this, yes.
 9          Q    Okay.  Why did -- I mean, do you have any
10    idea, if you blessed or approved this letter, why was
11    this policy even cited to Dr. Shirinian if she
12    couldn't use it?
13          A    I don't know.
14          Q    Don't you think that's kind of odd?
15          A    I'm not sure what the logic was behind it,
16    so I -- I just don't know.  There may -- there may
17    have been a logical reason for including it, but I
18    don't know.
19          Q    Okay.  Again, that was already into evidence
20    as Exhibit 67.
21                    THE REPORTER:  Just so you know, I need
22    to change memory cards in seven minutes.
23                    MR. BIGELOW:  Okay.
24                    THE REPORTER:  It's going to run out.
```

Case 3:25-cv-00528-KAC-JEM    Document 46    Filed 01/21/26    Page 278 of 406
PageID #: 1220

```
 1                    MR. BIGELOW:  We'll get about two or
 2    three minutes' worth of work done and then you can do
 3    just that.  How about that?
 4    BY MR. BIGELOW:
 5         Q    I'm going to hand you a document, sir.  And
 6    this is going to be -- will ultimately be marked as
 7    Exhibit 96.  It's not currently marked.  It's an
 8    article sent to you from the subscriptions to the
 9    Chronicle of Higher Education.  I don't want to
10    misconstrue any of your testimony.  You said these --
11    are these articles you just normally don't read?
12         A    Yes.
13         Q    Okay.  But it is an article that was sent to
14    you; correct?  Or articles that were sent to you?
15         A    Yes.
16         Q    Okay.  Thank you.
17                    MR. BIGELOW:  That's Exhibit 96.
18                    (Exhibit 96 was marked for
19                    identification.)
20    BY MR. BIGELOW:
21         Q    I'm handing you another, some articles that
22    were sent to you on September 22nd.  And do you read
23    articles from the Wall Street Journal that are sent to
24    you?
```

Case 3:25-cv-00528-KAC-JEM     Document 46     Filed 01/21/26     Page 279 of 406
PageID #: 1221

```
 1        A     No.  Via email?  No.

 2        Q     Okay.

 3              MR. BIGELOW:  That's Exhibit 97.

 4              (Exhibit 97 was marked for

 5              identification.)

 6              MR. BIGELOW:  See, we're clicking

 7   along.  Told you we could get some more done.  Exhibit

 8   97.

 9   BY MR. BIGELOW:

10        Q     This is -- what I'm about to hand you in

11   short order is what will be marked ultimately as

12   Exhibit 98.  This is from the Chronicle of Higher

13   Education.  It's September 23rd; correct?

14        A     Yes.  I did not read it.

15        Q     Fair enough.

16              MR. BIGELOW:  That'll be marked as

17   Exhibit 98.

18              (Exhibit 98 was marked for

19              identification.)

20              Then we can take a break.  This is a

21   good time to take a break.

22              THE WITNESS:  How long do you need?

23              THE VIDEOGRAPHER:  We are off the

24   record.  The time is 4:26.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1                    (Off the record.)
 2                    THE VIDEOGRAPHER:  We're on the record.
 3      The time is 4:34.
 4      BY MR. BIGELOW:
 5          Q    Sir, I'm handing you just one sheet of
 6      paper, and at the top of it has your name and email
 7      address.  And it's to a number of people:  Ryan
 8      Stinnett, Bill Rhodes, Bradford Box, David Watson,
 9      Donnie Smith, Decosta Jenkins, Lang Wiseman, and Bill
10      Haslam; correct?
11          A    Yes.
12          Q    And it's CC'd Cindy Moore.  And it says
13      "Dear Trustees, please call me if you'd like to
14      discuss further.  Thank you, Randy."  So this is a
15      letter sent from you to the trustees.  What was it
16      about?
17          A    Well, the subject says "regarding documents
18      related to UT faculty member Dr. Tamar Shirinian."  So
19      it would be about that.
20          Q    Do you know what the documents that were
21      attached were?  It says there's attachment --
22          A    Yeah.
23          Q    -- but it doesn't include the attachment.
24          A    I would be guessing, but since -- well,
```

Page 281

```
 1    actually, I probably shouldn't guess.  I'll -- I'll
 2    not guess.
 3         Q    Okay.  The fact that you don't know what the
 4    documents are probably means that you don't know if
 5    anyone followed up about those documents.  Is that
 6    fair to say, if you don't know what the documents are?
 7         A    Yeah, that's fair.
 8         Q    Okay.  So they may or may not have.  This is
 9    dated September 24th at 10:31 p.m.; correct?
10         A    Yes.
11         Q    Okay.  So this is Exhibit 99.
12              (Exhibit 99 was marked for
13              identification.)
14         This is a email sent --
15              MR. BIGELOW:  Goodness gracious.  For
16    the record, I'm confident that you've paid the bills,
17    but I'm not sure why this is happening.
18              THE REPORTER:  It's a wiring issue.
19              THE WITNESS:  Is it really?  This is --
20    I haven't seen this in any other room.  Unfortunately,
21    picked the wrong --
22              THE REPORTER:  We're off the record.
23              MR. BIGELOW:  We can go off the record.
24              THE VIDEOGRAPHER:  We are off the
```

Case 3:25-cv-00528-KAC-JEM    Document 46    Filed 01/21/26    Page 282 of 406
PageID #: 1224

```
 1    record.  The time is 4:37.

 2                    (Off the record.)

 3                    THE VIDEOGRAPHER:  We are on the

 4    record.  The time is 4:37.

 5    BY MR. BIGELOW:

 6        Q    Sir, I just handed you a document.  It's a

 7    email from you to Donde Plowman, Chancellor Plowman;

 8    correct?

 9        A    Yes.

10        Q    And it's dated September 24th, 10:31 p.m.

11    And at some point in this document it says "Please

12    confirm them before" --

13        A    Wait.  I may not be looking at the wrong

14    thing -- right thing.  You said it was 10:31 p.m.?

15        Q    Yes, sir.

16        A    I'm -- I'm seeing 8:36 -- oh, I'm sorry, up

17    above from Donde.  Sorry.

18        Q    From you to --

19        A    My -- thank you.  It says 10:31 p.m.  Yes.

20        Q    Correct.  Yes, sir.

21        A    Thank you.  Got it.  Sorry.

22        Q    And then -- that's okay.  And then below

23    that, it's an email from her to you, her being Donde

24    Plowman, Chancellor Plowman, dated Wednesday,
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

1   September 24th, 8:36 p.m.; correct?

2       A    Yes.

3       Q    It says "Matthew and Frank confirmed that it

4   was a fake posting on Facebook.  There was one last

5   week saying Danny was so sad about it that he had

6   volunteered to pay for the college education of

7   Kirks."  Who are Matthew and Frank, if you know?

8       A    Well, I'm trying to make sure I've got the

9   context before I guess.  Actually, now that I read it,

10  I'm -- it could be other people.  I -- I would've

11  assumed it was Matthew Scoggins and Frank Cuevas, the

12  chief of staff and the vice chancellor of students.

13           But I don't -- I -- I can't -- I can't

14  confirm that.  There's nothing that tells me.  I'm not

15  a hundred percent sure why Frank Cuevas would have

16  anything to say about what's happening on -- at

17  Neyland Stadium.  So --

18      Q    Well, I mean, maybe it was a -- he was there

19  trying to figure out whether something on Facebook was

20  fake or not, based on Chancellor Plowman's words to

21  you.

22      A    Yeah.

23      Q    At least that's what it appears to me, you

24  know.

```
1        A    Yes.

2        Q    Below that, it's an email from you to

3  Chancellor Plowman that says "Please confirm before I

4  tell him it's not true.  I assume some myth, but

5  wanted to be sure."

6             And if you kind of go to the bottom of that

7  page, it's an -- where the kind of source email, the

8  first email, which is dated September 24th at 11:34

9  a.m., it's from some -- it's from Cindy and Mike Corn.

10 Do you have any idea who they are?

11       A    Yes.

12       Q    Who are they?

13       A    Alumni.

14       Q    Undoubtedly all of your alumni important,

15 but how do you know who they are?

16       A    They have been supportive of the college of

17 education in particular around students with

18 disabilities.

19       Q    Do you trust them?

20       A    Yes.

21       Q    Okay.  They write to you "Randy, we are very

22 disappointed that a seat has been honored for Charlie

23 Kirk in the stadium.  I'm so sorry that this happened

24 to him, and no one deserves to die like that, but
```

Page 285

```
1   please keep politics out of sports.  He was a huge
2   bigot, and we do not need to honor that.
3            "We are considering giving up our season
4   tickets that we had for over 20 years.  Cindy and Mike
5   Corn."  When they write to you that he's a huge bigot,
6   it appears as though they're referring to Charlie
7   Kirk; correct?
8        A    Yes.
9        Q    Okay.  That's Exhibit 100.
10               (Exhibit 100 was marked for
11                identification.)
12           Did you ever call them or talk to them about
13  any of this?
14       A    No, just this email exchange.
15       Q    Okay.  Did you ever email them back?  I
16  mean, it doesn't show that you did here, but I'm just
17  curious if you did.
18       A    Yeah, I believe so.  And it should be --
19  I -- I would imagine there's a record somewhere that I
20  did, if I did.  I'm -- yeah.
21       Q    Okay.  That's Exhibit 100.  Sir, I'm going
22  to hand you what's been previously entered as Exhibit
23  7, marked as Exhibit 7.  This is a memorandum dated
24  Friday, October 3, 2025.
```

1     It's from the faculty senate faculty affairs
2  committee co-chairs David Butler and Eva Cowell to
3  Faculty Senate President Charles Noble and is copied
4  to Derek Alderman, Jud Laughter, and the faculty
5  senate executive council.  Have you ever seen this
6  document before?
7     A    Let me be sure if I -- if --
8     Q    Yeah, please feel free to read it.
9     A    I am not sure.  I don't recall it.
10    Q    Okay.  Is it fair to say that it is a letter
11 from the Faculty Senate Affairs Committee to the
12 Faculty Senate President Charlie Noble, basically
13 asking him to ask the provost to respond to a number
14 of questions that they have, the faculty senate has?
15    A    It -- it appears so.
16    Q    Do you think it is important that questions
17 that the faculty senate is asking should be answered?
18    A    Yes.
19    Q    Have you spoken with Provost Zomchick about
20 this?
21    A    No.
22    Q    Would you be surprised if I were to tell you
23 that despite the request for follow-up written
24 responses that have been requested -- and this was

www.veritext.com          Veritext Legal Solutions          800-556-8974

1 dated October 3rd -- over three months later, this has
2 not been responded to?  Would that surprise you?
3     A    I'm not aware of that.
4     Q    Okay.  Is this something that you would want
5 to be responded to in writing as was requested from
6 your faculty senate?
7     A    I'm not sure if they responded in some other
8 way.
9     Q    One of the requests of the faculty senate --
10 in fact, the second request -- there's only two
11 requests -- was that responses be provided in writing
12 so that it limits misunderstandings.  Do you believe
13 that things in writing help limit misunderstandings?
14     A    Not always.
15     Q    Explain that answer to me.
16     A    There's a lot of misunderstandings that
17 happen from things that are in writing.
18     Q    That wasn't my question.  My question is,
19 does putting things in writing help avoid
20 misunderstandings?
21     A    Not always.
22     Q    Okay.  When it comes to rules, does it help
23 you have written rules as opposed to rules that people
24 have to guess about?

www.veritext.com          Veritext Legal Solutions          800-556-8974

1    A    Yes.

2    Q    Okay.  So if the faculty is asking for,

3    essentially, "Could we have written rules to answer

4    these questions so we know how to act?" it's probably,

5    I would -- would you agree that it's a good idea to

6    give faculty written rules so that they can know how

7    to act based on written rules?

8    A    Yes, or appropriate.

9    Q    Okay.  And are you aware that the faculty

10   has voted, kind of, in regards to the Shirinian matter

11   and in free speech?  Are you aware of that vote?  It's

12   something like 50 something to 9 to 9, the vote?  I'm

13   not sure if that's exact vote, but are you aware that

14   the faculty voted?  There was a --

15   A    I -- I'm aware that the faculty voted.  I

16   can't remember what the resolution was.

17   Q    Okay.  Have you seen that resolution?

18   A    I -- not that I recall.  Maybe, but not that

19   I recall.

20   Q    Okay.  This is Exhibit 7 that's already been

21   entered.

22   A    Oh, sorry.

23   Q    Just handed you what has previously been

24   marked as Exhibit 78.  It's dated October 14th.  And

Page 289

1    it has your name on it, and I believe it's a text
2    string or part of a text string between you and the
3    chancellor; correct?
4        A    Yes.
5        Q    And you write "And it wasn't just
6    politicians.  It was alumni of parents and so many
7    others alumni parents."  What are you talking about?
8        A    I would assume it was about the reaction to
9    the post, but I -- I'm going to assume that, but I
10   don't know.  I don't -- I can't say that for a fact.
11       Q    Is it fair to say that you probably assume
12   that because she follows it by "We did the right
13   thing"?
14       A    Most likely.
15       Q    Okay.  So it was your reaction -- when you
16   say their reaction, you mean your reaction and her
17   reaction to Dr. Shirinian's post; correct?
18       A    Say -- I'm sorry.  What --
19       Q    Yeah.  You just testified it was in the
20   reaction to the post.  And I'm just trying to specify
21   when you're saying the reaction to the post, you're
22   talking about your reaction and the chancellor's
23   reaction to Dr. Shirinian's post.
24       A    The original question was about this

1  conversation and what it was about.

2      Q    Correct.

3      A    And I'm saying I'm guessing that it was

4  about the situation.

5      Q    Yes.

6      A    Or maybe I wouldn't say a particular post,

7  but this -- the -- the entire situation.

8      Q    Yeah.  And you know that because --

9      A    That's what the conversation is about.

10     Q    Yes, sir.

11     A    Just going by the date and by what we're

12  talking about.  But -- but I -- we don't say -- we

13  don't say it exactly.

14     Q    And you can infer that because the

15  chancellor said "We did the right thing"; correct?

16  And then it talks about one of the speakers said

17  "Thank you," so on and so forth.  And I believe that

18  was right after there was a faculty senate meeting.

19  Would that refresh your recollection?

20     A    The -- the -- well, the timing seems right.

21  I'll just say that we -- we have a lot -- we have lots

22  of issues on -- on a lot of different things.  But my

23  guess, based on the time -- my guess based on the

24  timing is that's what this would be about.

Page 291

1      Q     When you write "It wasn't just politicians.
2   It was alumni of parents and so many others alumni
3   parents," what are you referring to?  Are you
4   referring to your decision as to what to do?
5      A     My guess is that we were referring to the
6   input we were getting from people around the -- about
7   the case, about the situation.
8      Q     And you're saying the input you were getting
9   wasn't just from politicians; it was from other people
10  too?
11     A     Yes.
12     Q     Okay.  Thank you.  Going to hand you what's
13  been marked as -- previously marked as Exhibit 79.  If
14  you just take a moment to look that over.
15     A     Do you want me to read the whole letter?
16     Q     No, you don't have to.  Have you ever seen
17  this letter?  It's a letter from a constitutional
18  scholar at Yale Law School who is the head of the
19  Middle East Studies Association, and it's sent to
20  Chancellor Plowman.
21           And you're welcome to read.  It's basically
22  saying that the university violated the First
23  Amendment according to her and her association.
24     A     Not that I recall.

www.veritext.com          Veritext Legal Solutions          800-556-8974

1    Q    Okay.  What I just handed you, sir, has
2    previously been marked as Exhibit 10, and it talks
3    about a protest that was on your campus where people
4    were protesting about their free speech rights.  And
5    it includes a number of people who work for you.  And
6    it's dated November 13, 2025.  Are you aware of these
7    protests?
8    A    I was aware of some protests, but I don't --
9    I don't -- I -- yeah.
10    Q    And the fact that people were protesting and
11    had signed a petition to reinstate Dr. Shirinian means
12    that they support her; correct?  Otherwise --
13    A    I would suppose so, yes.
14    Q    Yeah.  Are you aware of -- you know, with
15    all these people showing up and protesting, are you
16    aware of any violence that occurred?
17    A    I'm not aware.
18    Q    If all these people are supporting Dr.
19    Shirinian and protesting on campus and there's no
20    violence, why do you think there would be any violence
21    as to this issue moving forwards?  If this occurred on
22    November 13th, why now, months and months removed from
23    the issues at hand, let alone months removed from
24    this --

1     A     We would worry that the -- the violence and
2  threats would come from people that oppose her
3  position, not the people that support her position.
4     Q     Right.  I understand that.
5     A     But I don't know that for a fact either.
6  Right.  But --
7     Q     But that makes sense.
8     A     But based on the -- on the past, they
9  haven't had anything violent yet.  So --
10    Q     So if there was to be violence, why would
11 they not attack people who support her?  I mean,
12 that's pretty --
13    A     I don't know.
14    Q     So if there's no violence when people are
15 there supporting Dr. Shirinian, if there's no
16 violence, why are you worried about violence anymore?
17    A     I don't know that that would be -- people
18 would react to people that are protesting the same way
19 they would react to her being on the campus.  I don't
20 know the thing -- the two things are the same.
21    Q     Should that not be Dr. Shirinian's decision
22 as to whether she's willing to subject herself to
23 potential violence?
24    A     It's beyond just Dr. Shirinian.  It's also

1    the other faculty, students, and staff that would be
2    surrounding her.
3         Q    But these are people who are protesting in
4    her favor, and there's no violence there.  And that
5    would be the obvious people to attack, right, if
6    you're going to attack someone?
7         A    No.
8         Q    No?
9         A    No.
10        Q    You would just attack random people on
11   campus?
12        A    No.
13        Q    Who would you attack?
14        A    Dr. Shirinian and her department.
15        Q    Why would anyone attack her department?
16        A    'Cause she's in the department.  They're not
17   going to -- if -- if she's in the middle of the
18   department, if there was something that violent
19   happened, there would be -- there could be collateral
20   damage.
21        Q    Okay.  Okay.  So you're saying you're
22   worried that someone is going to attack Dr. Shirinian
23   and that people might get hurt as collateral damage?
24        A    Yes.

```
 1       Q      Okay.  Does it matter that she's willing to
 2    take that chance?
 3       A      To put other people's in -- in harm's way?
 4       Q      Yeah.
 5       A      No.
 6       Q      What if she just worked from home?
 7       A      That would be a Dr. -- Chancellor Plowman
 8    decision.
 9       Q      What about the fact that no one has attacked
10    her to date physically?  Does that come into play?
11       A      No.
12       Q      Why not?  If someone was --
13       A      She's not on the campus.
14       Q      So you're thinking people would only attack
15    her if she's on campus but wouldn't attack her if
16    she's just having lunch with me up the road here?
17       A      There's more -- more risk in -- in that, I
18    think.
19       Q      And she's not banned from campus, like she
20    can -- she walked here; right?  She can walk on
21    campus; correct?
22       A      Anybody can walk on campus.
23       Q      Yeah.  But there's been no violence towards
24    her that you know of?
```

Page 296

```
 1        A    Not that I know of.

 2        Q    Okay.  Do you understand how that argument

 3   that you're worried about violence towards Dr.

 4   Shirinian is a difficult argument to make when we're

 5   now months removed and there's been no violence

 6   towards her?

 7                MR. FITZGERALD:  Object to the form.

 8   Argumentative.

 9                THE WITNESS:  I'll -- I'll let somebody

10   else make that decision.

11   BY MR. BIGELOW:

12        Q    I am going to hand you something that says

13   Defendant Randy Boyd's Answer to Plaintiff's Amended

14   Complaint.

15        A    Thank you.

16        Q    Sure.  Are you familiar with that document?

17        A    If this is the one that I approved -- what's

18   the date?

19        Q    It should be at the bottom of the first

20   page, I hope.

21        A    12/29.  Yes, I'm familiar with it.

22        Q    Okay.  And what did you do to help prepare

23   that document?

24        A    I read through the -- the -- I guess the
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

1  complaint and then read through all the responses.

2       Q    Okay.  Did you make the responses?

3       A    Did I write them -- did I type this

4  document?

5       Q    Yeah.

6       A    No.

7       Q    Okay.  So they were prepared for you and you

8  read through them?

9       A    Yes.

10      Q    Okay.  Did you do anything else?

11      A    That was a lot, but no.

12      Q    Okay.  Okay.  Just because it's long, is

13  that what you're saying?

14      A    Well --

15      Q    That's fair.

16      A    -- it's the day before New Year's and it's

17  416 different things I had to respond to, so I thought

18  it was a lot.

19      Q    Is that when you first saw it was the day

20  before New Year's?

21      A    I'm not sure the exact date, but I -- I was

22  given a very short turnaround.

23      Q    You do realize that it was provided before

24  that and a lot of those questions were asked months

Page 298

1  and months ago?  Are you aware of that?

2       A    No.

3       Q    You're not?

4       A    No.

5       Q    Okay.  Did you receive a copy of the

6  original complaint sent in this case?

7       A    Probably.

8       Q    Okay.  Did you ever participate in answering

9  any questions with regards to the original complaint?

10      A    My general counsel was helping to prepare

11 the responses.

12      Q    So no, you didn't personally, I'm saying?

13      A    Not that I recall.

14      Q    Okay.

15            MR. BIGELOW:  Let's have that marked as

16 Exhibit 101.  I believe that's 101; correct?

17            (Exhibit 101 was marked for

18            identification.)

19 BY MR. BIGELOW:

20      Q    President Boyd, normally I would take the

21 next hour or two or more to ask you a whole ton of

22 questions and we'd sit here for a long time.  But I

23 have been given the green light by your counsel to do

24 what I did yesterday with the chancellor, which is do

1   what's called lead you a little bit more than I

2   normally would.

3         Normally, I ask questions that are questions

4   that allow you to kind of -- that don't suggest the

5   answer.  And if you don't want to answer, if you feel

6   like you don't know the answer, you can say, "I don't

7   know the answer" or you can say, "Can you explain?"

8         But I'm going to lead you more than I

9   normally would, and it's just for a matter of time and

10  convenience for everyone here.  Is that okay with you?

11      A    It's okay with my counsel?

12      Q    It is okay.  I asked him earlier.  But I

13  just wanted to let you know --

14      A    Okay.

15      Q    -- what was going on and put that on the

16  record so that, just, people are aware.  You testified

17  earlier that you learned about Dr. Shirinian's

18  Facebook comment shortly after it was made; correct?

19      A    Yes.

20      Q    But you're not sure who made you aware of

21  it; correct?

22      A    No.

23      Q    You know that Dr. Shirinian's Facebook

24  comment was not made while she was on campus, correct,

1    but it was made at her house at night?

2          A     Yeah, I did not know that.

3          Q     Okay.  Does that matter to you?

4          A     No.

5          Q     Okay.  Do you understand that it was made on

6    her personal time?

7          A     I did -- I did not know that.

8          Q     Okay.  Does that matter to you?

9          A     No.

10         Q     Does it matter to you -- and when I say does

11   that matter to you, I don't mean in your individual

12   capacity.  I mean in your capacity as the president of

13   UT.  Fair?

14         A     Doesn't matter in us helping to -- or in

15   determining the decision we made.

16         Q     Okay.  All of these questions are going to

17   be as in shielded towards your capacity as the

18   president, which you said kind of blends with your

19   personal capacity anyway; correct?

20         A     Yes.

21         Q     Aside from running.

22         A     Yes.  I think so.

23         Q     Okay.  You understood that she did not

24   identify herself as a UT professor in her Facebook

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1   generally or her comment; correct?
 2        A    Yes.
 3        Q    Does that matter to you?
 4        A    No.
 5        Q    And you understand that University of
 6   Tennessee was not referenced in the post; correct?
 7        A    Yes.
 8        Q    Does that matter to you?
 9        A    No.
10        Q    You did not ask Dr. Shirinian what her
11   intent was or motive was for posting, for making that
12   comment; correct?
13        A    No.
14        Q    And there was no formal investigation done
15   before action was taken; correct?
16        A    I don't know.
17        Q    Okay.  From a UT perspective, is there any
18   appropriate response to the death of Charlie Kirk?
19        A    It's not our responsibility to be responding
20   to people's deaths around the world.
21        Q    Is there an appropriate response to
22   violence?
23        A    It's not our responsibility to be commenting
24   on violence around the world.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1        Q    Is it --
 2        A    Otherwise, we'd be doing that -- we'd be
 3   doing that nonstop every day.
 4        Q    Is there, from the UT's perspective, is
 5   there appropriate response to someone who's
 6   celebrating violence?
 7        A    If they're on our campus, yes.
 8        Q    What if they're off your campus?
 9        A    If they work for our -- our university and
10   represents our university, yes.
11        Q    Okay.  Have you ever been made aware that
12   Congressman Tim Burchett wanted Dr. Shirinian fired?
13        A    I know that he had posts that was unhappy,
14   but I don't remember a post that said she should be
15   fired.
16        Q    Have you ever been made --
17        A    I'm saying I can't confirm or deny what he
18   did.
19        Q    Have you ever been made aware that
20   Congressman Tim Burchett questioned the administration
21   and how the administration could ever let anyone like
22   Dr. Shirinian to become a faculty member?
23        A    Not that I recall.
24        Q    Are you saying you may have but you just
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
1   don't know?
2        A    That's right.
3        Q    Okay.  Same questions with state
4   representative Jack Zachary.
5        A    I think there's a Jack Zachary.  Maybe
6   double check.
7        Q    Just asking --
8        A    There's not a Jack --
9        Q    Do you know --
10       A    There's not a Jack Zachary.
11       Q    Okay.  Have you spoken with any politicians
12  regarding Dr. Shirinian's comment, Facebook comment?
13       A    Not that I recall.
14       Q    Have you -- and when I say spoke, have you
15  communicated with any politicians, either yourself or
16  through people who work for you?
17       A    I can't say whether anybody in my government
18  relations team may or may not have said something to a
19  politician, but not -- not at my direction.
20       Q    Okay.  And you know that a number of
21  Republican politicians demanded that UT take action
22  against Professor Shirinian; correct?
23       A    I'm aware that some have.
24       Q    Okay.  And you understood that these demands
```

Page 304

Case 3:25-cv-00528-KAC-JEM    Document 46    Filed 01/21/26    Page 304 of 406
PageID #: 1246

```
 1   were political in nature; correct?
 2                   MR. FITZGERALD:  Objection to form.
 3                   THE WITNESS:  No, not really.
 4   BY MR. BIGELOW:
 5        Q    You don't understand that?  Okay.  You
 6   understood that the people who asked that Dr.
 7   Shirinian be terminated, they disagreed with your
 8   viewpoint; correct?
 9        A    Which -- which viewpoint?  I'm sorry.
10   What's the question?
11        Q    It's fine.  Did you respond by telling
12   anyone that UT could not punish protected speech?  Did
13   you ever say that to anyone?
14        A    In this particular case?
15        Q    Mm-hmm.
16        A    Not that I recall.
17        Q    Have you said it to anyone in any case?
18        A    Not exactly in that way.
19        Q    Okay.  You understand that UT depends on
20   legislative goodwill for funding; correct?
21        A    Yes.
22        Q    You understand that there's potential
23   fallout with Republicans in the legislature if UT did
24   nothing; correct?
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1        A     Didn't understand that that would
 2   necessarily be the case, and I would also say that it
 3   wasn't ideological.  I don't think that only
 4   Republicans condemn murder, celebration of murder.
 5   You're saying that only Republicans thought it was bad
 6   to celebrate someone's murder?
 7        Q     I didn't say that, actually.
 8        A     I thought -- I thought you did.
 9        Q     I did not.
10        A     My mistake.
11               MR. FITZGERALD:  Can you repeat the
12   question?
13               MR. BIGELOW:  Could you repeat the
14   question please?
15               THE REPORTER:  Yes.
16               (The reporter repeated the record as
17               requested.)
18               THE WITNESS:  And I would disagree that
19   it would be only Republicans that would have an issue.
20   I don't see this as a political issue.
21   BY MR. BIGELOW:
22        Q     Are you aware of any politicians who are
23   Democrats who demanded that Dr. Shirinian be fired?
24        A     I believe that there were some that -- that
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1    made comments that we should.

 2         Q    Can you name one?

 3         A    No.

 4         Q    So it's just your guess?

 5         A    Yeah.  There -- there may be some, but I

 6    don't want to guess without having -- having

 7    documents.

 8         Q    Okay.  Did you ever discuss funding concerns

 9    with regards to the issue in this case with anyone?

10         A    No, not that I recall.

11         Q    No trustee instructed you that UT must

12    protect Dr. Shirinian's speech; correct?

13         A    No.

14         Q    No trustee instructed you to halt her

15    discipline; is that correct?

16         A    No.

17         Q    That is correct?

18         A    I'm sorry.  Repeat the question.

19         Q    Sure.  I'll repeat the first one.  No

20    trustee instructed you that UT must protect Dr.

21    Shirinian's speech; correct?

22         A    No trustee instructed me to protect her

23    speech.

24         Q    Correct.  Is that correct?
```

```
 1        A     No trustee instructed us to protect her
 2   speech.
 3        Q     Yes, that's correct; right?
 4        A     That's a correct statement.
 5        Q     Okay.  And no trustee instructed you that
 6   you should halt discipline; is that correct?
 7        A     That's correct.
 8        Q     And no trustee has instructed you to
 9   reinstate Dr. Shirinian; correct?
10        A     Correct.
11        Q     In fact, no trustee objected to termination
12   proceedings; is that correct?
13        A     Correct.
14        Q     And the trustees ratified the course of
15   action either by their silence or their non-objection;
16   correct?
17                   MR. FITZGERALD:  Object to the form.
18                   THE WITNESS:  It's not a matter in
19   which they would normally opine or get involved in.
20   BY MR. BIGELOW:
21        Q     But they could, as we talked about earlier?
22        A     Yeah.  They -- with 14,000 employees, they
23   don't weigh in on employee or disciplinary actions
24   across the -- across the system.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1       Q    And that's their choice?

 2       A    Yes.

 3       Q    Okay.  After Dr. Shirinian was placed on

 4  leave, you still remain involved with issues related

 5  to this case; correct?  Even before there was a

 6  lawsuit, like there are text messages to you and

 7  emails, like you were still involved with matters

 8  involving Dr. Shirinian; correct?

 9       A    Yes.

10       Q    You knew that faculty objected to your

11  decision; correct?

12       A    I had heard that some faculty objected.

13       Q    Did you know that, percentage-wise, an

14  overwhelming number of faculty objected to this

15  decision?

16                 MR. FITZGERALD:  Object to the form.

17                 THE WITNESS:  I didn't know the

18  percentage.

19  BY MR. BIGELOW:

20       Q    Okay.  Would it surprise you that it was

21  significantly more than 75 percent?

22       A    I can't say whether I was surprised or not.

23       Q    Does it matter what faculty think?

24       A    Yes.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1        Q     Have you talked with faculty about this?
 2        A     That would be the chancellor's job.
 3        Q     Okay.  And do you just defer to the
 4   chancellor when talking with faculty?
 5        A     Faculty is the domain of the -- the
 6   chancellors, and they usually prefer that I don't get
 7   involved in their -- their relationships with their
 8   faculty.
 9        Q     Are you aware that a number of students
10   actually support Dr. Shirinian's return?
11        A     No.
12        Q     You're not aware of that?
13        A     No.
14        Q     Have you received any emails with regards to
15   that?
16        A     From students?
17        Q     Yeah.
18        A     No.
19        Q     Are you --
20        A     Not that I recall.
21        Q     Are you aware that the chancellor has
22   received emails asking for her return from students?
23        A     No.
24        Q     Do you think that's something that the
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1   chancellor should tell you?
 2        A    At her discretion.
 3        Q    Is that important to you, what the students
 4   think?
 5        A    Yes.
 6        Q    With regards to Dr. Shirinian?
 7        A    With any subject matter.  But she does have
 8   42,000 students, so she can't report to me on every
 9   single student's thoughts on any -- on any issue.
10        Q    And you knew there was no actual disruption;
11   correct?
12                MR. FITZGERALD:  Object to the form.
13   Calls for a legal conclusion.
14                THE WITNESS:  I do -- do know that
15   based on our actions, no -- there was no harm done to
16   anyone.
17   BY MR. BIGELOW:
18        Q    And you knew that no violence actually
19   occurred; correct?
20        A    Due to the actions that we took, we -- we
21   protected our students, faculty, and staff.
22        Q    Was there any violence before the actions
23   you took?
24        A    No.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1        Q    Was there any disruption before the actions
 2   you took?
 3        A    No.
 4        Q    Was there any --
 5        A    Can we go back --
 6        Q    Was there any --
 7        A    -- back to the -- the last question?  Not
 8   that I'm aware of.
 9        Q    Okay.  But there was no safety incident
10   you're aware of that occurred before you took action;
11   correct?
12        A    Not that I'm aware of.
13        Q    And there was no safety incident after that
14   you took action that you're aware of; correct?
15        A    Not -- not that I'm aware of.
16        Q    Are you aware that the University of
17   Tennessee has permitted white supremacist speakers on
18   campus?
19        A    Yes.
20        Q    Were you scared of violence when UT
21   permitted white supremacist speakers on campus?
22        A    We were concerned about it, yes.
23        Q    Why did you allow them on campus?
24        A    They have the right to come and -- and speak
```

Page 312

1    on campus as to anybody with any viewpoint as long as
2    they follow time, place, and manner.
3         Q    Is that because -- that's a legal term,
4    though; right?
5         A    What's that?
6         Q    Time, place, and manner?
7         A    I don't know.
8         Q    How do you know about time, place, and
9    manner?
10        A    It's been a policy that we've had in place
11   at all of our campuses regarding student or public
12   demonstrations on our campuses --
13        Q    So you --
14        A    -- for a variety of topics.
15        Q    So UT has defended the First Amendment
16   rights of white supremacist speakers; correct?
17        A    Wouldn't say we had defended them, but we
18   recognized them and allowed them to be on the campus.
19        Q    The same is true of neo-Nazis; correct?
20        A    Yes.  I -- I don't -- I'm not aware, but
21   maybe.  We would defend the right of people from any
22   ideology to be able -- on the campus and -- and share
23   their thoughts and views.
24        Q    Are you aware that part of those movements

www.veritext.com          Veritext Legal Solutions          800-556-8974

1   encourages violence?
2                    MR. FITZGERALD:  Object to the form.
3                    THE WITNESS:  Actually, no.  I -- I
4   would -- I don't know.  I don't -- I don't study
5   their -- I don't -- what their modern ideology is.  I
6   really don't know.  I don't pay attention to them.
7   BY MR. BIGELOW:
8       Q    Are you aware that neo-Nazis encourage
9   terrorizing people?
10                   MR. FITZGERALD:  Object to the form.
11                   THE WITNESS:  I'm not -- I'm not aware.
12  BY MR. BIGELOW:
13      Q    What about white supremacists?
14                   MR. FITZGERALD:  Object to the form.
15                   THE WITNESS:  I'm not aware.
16  BY MR. BIGELOW:
17      Q    What do you know about neo-Nazis?
18      A    Nothing.
19      Q    What do you know about white supremacists?
20      A    Virtually nothing.
21      Q    If Dr. Shirinian had praised Charlie Kirk,
22  would the University of Tennessee have disciplined
23  her?
24      A    No.

Case 3:25-cv-00528-KAC-JEM    Document 46    Filed 01/21/26    Page 314 of 406
PageID #: 1256

1      Q    If she had condemned a progressive figure,
2  would UT have disciplined her?
3      A    If -- I'm sorry.  The question is --
4      Q    If she would've have condemned a progressive
5  figure, someone, you know, if she condemned, said bad
6  things about George Floyd --
7      A    Yeah.
8      Q    -- would UT have disciplined her?
9      A    Depends on what she said.  But it -- George
10 Floyd didn't die on a college campus.  But if she
11 wrote a post saying, "I'm glad that George Floyd is
12 dead.  I don't feel any sympathy for his mother or his
13 family, and they were -- they're better off without
14 him," we'd have to consider it.
15     Q    Is faculty expressing conservative political
16 views at UT protected under the First Amendment at --
17 is it protected under the First -- is it protected
18 under your policies?
19     A    Yes.
20     Q    Okay.  You were aware of the public
21 controversy surrounding Dr. Shirinian's speech;
22 correct, obviously?
23     A    Yes.
24     Q    And was it a very large controversy?

```
 1        A    Yes.
 2        Q    Was it a significant issue to the public,
 3   based on all of the comments you received?
 4        A    Yes.
 5        Q    In your opinion, was the death of Charlie
 6   Kirk an important issue to the public?
 7        A    Was it an important issue to the public?
 8        Q    Yeah.
 9        A    Did it get a lot of news coverage?
10        Q    Yeah.
11        A    Yes.
12        Q    In your answer to your amended complaint,
13   you stated that you lack sufficient knowledge or
14   information to admit or deny factual allegations.  Is
15   that -- that's correct?
16        A    I'm --
17        Q    If you're -- you're welcome to look at it
18   again, but you stated a number of times you lacked  --
19   what's called lacked sufficient knowledge or
20   information to admit or deny multiple factual
21   allegations; correct?
22        A    This is something I said today?
23        Q    No, sir.  It's in your answer to your
24   amended complaint.  The very last exhibit that I --
```

www.veritext.com            Veritext Legal Solutions            800-556-8974

```
 1  that you had.
 2                 MR. BIGELOW:  If you don't mind handing
 3  it to him.
 4                 MS. CAIAZZA:  We didn't get a copy.
 5                 THE WITNESS:  Yeah.
 6                 MR. BIGELOW:  Oh, I'm sorry.
 7                 MS. CAIAZZA:  It's this one?
 8  BY MR. BIGELOW:
 9      Q    You have it, 101.  If you just briefly look
10  through it, there's hundreds of times where you say
11  that you lacked sufficient knowledge or factual -- you
12  lacked sufficient knowledge or information.
13      A    Is the question did I answer all the
14  questions correctly?
15      Q    No.  The answer is in your answer, you
16  stated that you lack sufficient knowledge or
17  information to admit or deny multiple factual
18  allegations; correct?
19      A    Yes.
20      Q    Okay.  And you reviewed and approved that
21  answer before it was filed; correct?
22      A    Yes.
23      Q    And your answer was filed both on your
24  behalf and as official UT's official litigation
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1   position; correct?
 2        A    Yes.  I believe that would be true.  That's
 3   a legal question, but I guess I'm answering as our
 4   legal position.
 5        Q    Yeah.  Today to this day, Dr. Shirinian
 6   remains excluded from her position; correct,
 7   obviously?
 8        A    Yeah.  I believe so, yes.
 9        Q    Are you relying on advice of counsel to
10   defend this lawsuit in your personal or professional
11   capacity?
12                    MR. FITZGERALD:  Object.
13                    Don't answer that.
14                    He's not going to answer that --
15                    MR. BIGELOW:  He can ask whether he's
16   relying on your counsel to defend this case.  He can
17   answer that.  I'm not asking what you told him or
18   anything like that.  He's allowed to ask if he's
19   relying on it.
20                    MR. FITZGERALD:  Okay.  Go ahead.
21                    THE WITNESS:  Yes.
22   BY MR. BIGELOW:
23        Q    Are you contending that your actions were
24   lawful because your attorneys advised you that they
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
1   were lawful?
2                MR. FITZGERALD:  Object to the form.
3                Don't answer that.
4                That is asking for privileged
5   information.
6                MR. BIGELOW:  He said he's relying on
7   you all.
8                MR. FITZGERALD:  And that's all he's
9   saying.
10               MR. BIGELOW:  So he is or he isn't?  So
11  he's not relying or he is relying?
12               MR. FITZGERALD:  I think he just
13  testified that he is relying on us.  And I don't think
14  you can ask any further.  What is your question?
15               MR. BIGELOW:  Well, if he's saying he
16  is relying, then I can ask what he's relying on, can I
17  not?
18               MR. FITZGERALD:  He's relying on the
19  advice of counsel.  Anything beyond that is
20  privileged.
21               MR. BIGELOW:  I disagree with that.  If
22  someone is relying on advice of counsel to defend a
23  lawsuit, then the person who is pursuing that lawsuit
24  is allowed to know what advice of counsel they're
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1    relying on.
 2                  MR. FITZGERALD:  No, you're not.
 3    BY MR. BIGELOW:
 4         Q    Did you consider issuing a statement
 5    reaffirming academic freedom?
 6         A    I'm not sure.  Since that time, we may have
 7    said something about academic freedom in some context,
 8    but I -- I'm not -- I can't recall.
 9         Q    Did you ever consider clarifying to your UT
10    community and others that Dr. Shirinian's views were
11    simply her own views?
12         A    No.
13         Q    Did you ever consider allowing her to
14    continue teaching while monitoring the situation?
15         A    No.
16         Q    So discipline was the first and only
17    response that you had?
18         A    Yes.
19                  MR. BIGELOW:  What time is it?
20                  MR. FITZGERALD:  Almost 5:30.
21                  MR. BIGELOW:  But for a few flickers
22    and a few unknown switches in time, I was pretty
23    close.
24                  THE WITNESS:  That's enough?
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1                    MR. BIGELOW:  Yeah.  Thank you, sir.
 2   Thank you very much.
 3                    THE WITNESS:  I appreciate it.  Thank
 4   you.
 5                    THE VIDEOGRAPHER:  We're off the
 6   record.  The time is 5:23.
 7                    (Signature waived.)
 8                    (Whereupon, at 5:23 p.m., the
 9                    proceeding was concluded.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1              CERTIFICATE OF DEPOSITION OFFICER
 2              I, JONI C. BOLDEN, the officer before whom
 3    the foregoing proceedings were taken, do hereby
 4    certify that any witness(es) in the foregoing
 5    proceedings, prior to testifying, were duly sworn;
 6    that the proceedings were recorded by me and
 7    thereafter reduced to typewriting by a qualified
 8    transcriptionist; that said digital audio recording of
 9    said proceedings are a true and accurate record to the
10    best of my knowledge, skills, and ability; that I am
11    neither counsel for, related to, nor employed by any
12    of the parties to the action in which this was taken;
13    and, further, that I am not a relative or employee of
14    any counsel or attorney employed by the parties
15    hereto, nor financially or otherwise interested in the
16    outcome of this action.
```

*Joni Bolden*

```
17                              JONI C. BOLDEN
18                   Certified Reporter in and for the
19                                State of Tennessee
20
21
22
23
24
```

```
 1              CERTIFICATE OF TRANSCRIBER

 2          I, DAVID SHAHVERDIAN, do hereby certify that

 3   this transcript was prepared from the digital audio

 4   recording of the foregoing proceeding, that said

 5   transcript is a true and accurate record of the

 6   proceedings to the best of my knowledge, skills, and

 7   ability; that I am neither counsel for, related to,

 8   nor employed by any of the parties to the action in

 9   which this was taken; and, further, that I am not a

10   relative or employee of any counsel or attorney

11   employed by the parties hereto, nor financially or

12   otherwise interested in the outcome of this action.

13

14

15                              DAVID SHAHVERDIAN

16

17

18

19

20

21

22

23

24

                                           Page 323
```

## &

**&** 40:5

## 1

**1** 251:7,24
261:23 266:1
**1,500** 251:6
**1,600** 253:15
**10** 3:8 112:21
121:4 197:2
216:18 293:2
**100** 4:23 211:1
286:9,10,21
**101** 5:3 299:16
299:16,17
317:9
**10:00** 3:23
**10:08** 59:14
**10:15** 59:17
**10:17** 4:5
**10:31** 282:9
283:10,14,19
**10:51** 4:22
**10th** 198:14
200:1
**11** 39:12
121:15
**11/3/2017**
164:3
**11:03** 3:17
**11:16** 101:22
**11:23** 102:1
**11:56** 126:23

**11th** 201:21
**12** 203:18
**12/29** 297:21
**12:28** 4:7 229:9
**12:58** 234:20
**13** 251:6 293:6
**133,000** 18:10
**13th** 203:21
204:2 211:4
293:22
**14** 3:12,14,16
39:12,13 113:4
220:6
**14,000** 223:24
308:22
**1400** 16:4
**14th** 125:10
206:15 208:7
209:14 210:2,4
210:23 211:5
289:24
**15** 3:20,22 4:4
4:6,8 82:10
98:8,11 121:19
163:24 248:17
249:1 251:21
**15th** 119:14
214:7 215:20
216:17 229:9
234:20 235:1
235:14 239:20
250:17 264:17
**16** 4:11,13 14:5
14:5 23:14

185:2,2,4
238:7
**16th** 237:1,3
239:9 264:13
**17** 18:7 41:18
**17.6k** 91:10
**18th** 252:18
**19** 14:6 55:22
120:9
**1940s** 121:6,13
**196** 32:5
**1975** 34:22
**198** 3:8
**1980** 262:9
**1993** 9:5
**1:03** 127:2
**1st** 22:15

## 2

**2** 193:5,9,12
251:7,7 253:9
254:22 261:15
**20** 110:19
286:4
**200** 3:9
**2006** 16:6
49:21
**2007** 16:6,14
**2008** 41:18
**2013** 9:6 18:13
**2014** 20:4
**2016** 91:9
184:5

**2017** 23:2
**2018** 23:3 50:7
**202** 3:11
**2020** 16:3
**2021** 112:21
**2023** 120:10
**2024** 110:11,19
117:10 121:19
**2025** 3:8,12,14
3:16,20,22 4:4
4:6,8,11,13,16
4:20,21,23
42:2 108:15
109:6 112:8,15
113:5 197:2
220:6 238:7
286:24 293:6
**2026** 1:15 6:9
**208** 3:13
**209** 3:15
**212** 3:17
**215** 3:19,21
**218** 3:23
**22** 4:16 108:15
109:6
**223** 4:5
**22nd** 108:13
120:8 279:22
**23** 4:20 42:2
110:11
**231** 4:7
**236** 4:9
**237** 4:12

Case 3:25-cv-00528-KAC-JEM    Document 46    Filed 01/21/26    Page 324 of 406
PageID #: 1266

| | | | |
|---|---|---|---|
| **23rd** 45:24 | **319** 5:8 | **4:34** 281:3 | **7** |
| 247:23 280:13 | **32** 19:17 | **4:37** 283:1,4 | |
| **24** 4:21,23 | **32489** 323:13 | **4th** 23:3 | **7** 268:3 286:23 |
| 199:10 207:17 | **36** 22:15 | | 286:23 289:20 |
| 211:10,11 | **360** 219:14 | **5** | **700** 18:6 |
| **24th** 282:9 | **37215** 2:6 | | **74** 66:17 83:4 |
| 283:10 284:1 | **37902** 1:19 | **5** 90:14,15,15 | **75** 251:19 |
| 285:8 | 2:16 | 112:7 225:12 | 309:21 |
| **25** 262:13,15 | **38** 209:12 | 251:6 253:16 | **76** 34:22 |
| **264** 4:14 | 253:15 | **5,300** 253:15 | **78** 289:24 |
| **27** 112:15 | **397** 251:6 | **50** 73:17,18 | **7824825** 1:21 |
| **279** 4:17 | **3:17** 237:21 | 127:23 262:12 | **79** 292:13 |
| **280** 4:18,20 | **3:25** 1:7 | 289:12 | **7:33** 119:8 |
| **282** 4:22 | **3:29** 239:9 | **500** 18:5 | |
| **28335** 322:16 | **3:30** 237:24 | **505** 2:15 | **8** |
| **286** 4:24 | **3:42** 4:17 | **528** 1:7 | |
| **299** 5:4 | **3c** 164:17 | **55** 19:17,18 | **8** 1:15 3:3 6:9 |
| **2:20** 196:15,18 | **3rd** 288:1 | 20:17 | 117:9 |
| **2:52** 4:9 | | **550,000** 18:8 | **804-6272** 2:8 |
| | **4** | **599-5149** 26:3 | **82** 3:7 198:20 |
| **3** | | 27:19 | 198:21 |
| | **4** 65:4 119:3 | **5:05** 4:12 237:1 | **83** 3:9 200:11 |
| **3** 5:8 71:20 | 253:16 | 237:3 | 200:12 |
| 89:20,21 | **4,000** 16:4 | **5:23** 321:6,8 | **84** 3:10 202:17 |
| 131:13 164:16 | **400** 1:18 | **5:30** 320:20 | 202:18 |
| 210:12,13 | **416** 298:17 | | **85** 3:12 32:7 |
| 253:16 276:18 | **42,000** 311:8 | **6** | 208:2,3 |
| 286:24 | **4235** 2:5 | | **86** 3:14 209:7,8 |
| **3,000** 15:22 | **43** 152:20 | **6** 242:9 253:15 | **865** 2:8,18 26:3 |
| **3/3/25** 59:22 | 153:1,13,13 | **60** 19:15 21:5 | **87** 3:16 212:17 |
| **30** 18:20 | **44** 231:23 | 234:8 | 212:18 |
| **300** 18:5 | 234:12 | **650** 16:3 | **88** 3:18 214:23 |
| **31** 117:10 | **45** 234:16 | **67** 264:10 | 215:1 |
| 201:11 | **4:26** 280:24 | 278:20 | **89** 3:20 215:15 |
| | | **6th** 244:6,9,10 | 215:16 |
| | | 244:18 245:7 | |

www.veritext.com                    Veritext Legal Solutions                    800-556-8974

| | | | |
|---|---|---|---|
| **8:05** 3:15 208:7 | **98** 4:19 280:12 | **above** 53:21 | **accomplish** |
| **8:14** 214:8 | 280:17,18 | 233:3 283:17 | 64:4,20 154:15 |
| **8:22** 119:9,10 | **99** 4:21 282:11 | **absent** 6:13 | 267:12 |
| 119:10 175:2,3 | 282:12 | **absolutely** | **accomplishm...** |
| **8:33** 175:1 | **9:05** 220:6 | 12:10 52:9 | 13:22 |
| **8:36** 4:24 | **9:09** 1:16 6:5 | 54:7 59:11 | **accomplishm...** |
| 283:16 284:1 | **9:35** 209:14 | 92:19 119:2 | 22:17 |
| **8:43** 4:14 238:7 | **9:42** 3:21 | 141:15 153:21 | **accord** 63:4 |

| **9** | **a** | 155:15 183:21 | **account** 30:5,6 |
|---|---|---|---|
| **9** 59:22 132:18 | **a.m.** 1:16 3:13 | 224:10 243:2 | 31:4 54:18,19 |
| 251:22 289:12 | 3:21,23 4:12 | 261:6 263:9 | 90:17,20,21,24 |
| 289:12 | 4:14,17 6:5 | 277:23 | 91:6,11,12,13 |
| **9.9k** 91:9 | 119:8,9,10 | **abundance** | 91:18 93:6,7,8 |
| **9/11** 75:2 | 206:15 207:3 | 162:23 | 93:8,23,23,24 |
| **9/14** 125:11 | 215:20 216:18 | **abuse** 20:19 | 94:3,5,7,11,11 |
| **90** 3:22 18:21 | 237:1,3 238:7 | **academia** | 94:12,15 |
| 218:20,21 | 285:9 | 221:15 | 125:18 135:19 |
| **91** 4:3 223:3,4 | **abhor** 188:10 | **academic** 17:10 | 239:22 241:11 |
| **92** 4:6 231:18 | **abhorrent** | 64:11 197:16 | **accounts** 28:24 |
| 231:19 | 69:14 78:1,5 | 221:15 266:7 | 30:3 92:4,6 |
| **93** 4:8 236:11 | 188:11,22 | 266:22 267:3,5 | 93:11,15,17 |
| 236:12,14 | **ability** 17:10 | 267:8 268:13 | 94:3,4 239:23 |
| **94** 4:10 237:11 | 140:21 145:13 | 269:1 270:14 | 240:1 241:7 |
| 237:13 | 188:23 322:10 | 273:2 277:6 | **accumulation** |
| **95** 4:13 209:17 | 323:7 | 320:5,7 | 217:12 218:12 |
| 250:3,7,16 | **able** 13:22 14:3 | **academically** | **accurate** 57:19 |
| 264:5,6 | 17:5,15 20:2,7 | 158:2 | 90:20 107:22 |
| **96** 4:15 279:7 | 20:22 22:2 | **acceptable** | 107:22 125:2,6 |
| 279:17,18 | 23:19 64:20 | 139:4 181:15 | 322:9 323:5 |
| **97** 4:18 280:3,4 | 102:21 145:14 | **access** 109:11 | **achieve** 64:10 |
| 280:8 | 166:4 171:23 | 109:16,18 | 157:4 |
| **974-9321** 2:18 | 313:22 | **accidentally** | **achieves** 19:24 |
| | | 27:17 | 20:1 91:8 |

Veritext Legal Solutions

**achieving** 21:12

**acknowledg...** 6:12

**acquired** 40:6

**act** 97:24 98:21 142:11 289:4,7

**acted** 123:2

**acting** 141:4,7 141:17,20 142:6,20 143:3 143:9,17,18 159:2 160:12 160:15 161:22 161:24 162:10 209:13

**action** 126:2 171:13 216:3 251:19 262:10 262:13 268:7 274:4 302:15 304:21 308:15 312:10,14 322:12,16 323:8,12

**actions** 43:19 124:20 171:12 171:16 182:16 252:7 259:13 260:3,5 261:7 308:23 311:15 311:20,22 312:1 318:23

**actively** 126:1 189:8 216:2 259:19

**activist** 198:10

**activities** 146:9 148:1 158:20 169:6 184:2

**activity** 146:12 146:13

**acts** 162:14 267:17

**actual** 71:21 171:10 177:10 183:6 273:1 311:10

**actually** 10:17 12:7 14:3 16:15 18:16 28:11 40:5 41:23 88:5 112:18 121:6 143:8 161:22 165:11 173:11 180:10 182:10 201:20 211:14 221:18 243:19 260:7,11 264:21 272:18 276:17 282:1 284:9 306:7 310:10 311:18 314:3

**ad** 268:6,9 277:2 278:2

**add** 20:24 21:1 69:7 114:4 224:11

**added** 201:8

**addition** 136:24

**additional** 64:19 177:6

**additionally** 6:13 205:24

**address** 133:9 135:8 136:3 209:17 281:7

**addressed** 126:3 216:3

**addressing** 205:2 240:10 240:13

**adequate** 266:9 268:2,12 277:5

**adhere** 164:6

**administer** 6:12

**administration** 20:23 266:3,4 266:12 303:20 303:21

**administrative** 232:7

**administrators** 252:8

**admit** 316:14 316:20 317:17

**admitted** 80:4 180:20 265:1

**admittedly** 68:9 83:17

**adopted** 61:21

**advance** 168:4

**advice** 130:16 130:17,18,20 130:20 131:6 190:2 216:12 217:1 226:6 228:5,17 271:1 271:6,6 318:9 319:19,22,24

**advised** 318:24

**advisor** 19:2 22:1

**advocate** 41:6 104:15,23 256:20

**advocated** 221:14

**advocates** 41:8 68:12

**advocating** 125:23 134:23 189:2 194:15 215:23 261:24

**affairs** 197:16 198:4 233:18 287:1,11

**affect** 139:23

**affiliation** 39:21

Case 3:25-cv-00528-KAC-JEM Document 46 Filed 01/21/26 Page 327 of 406 PageID #: 1269

affinity 42:13
affirming
  164:1 187:24
affords 277:17
african 180:7
age 14:6
agenda 248:14
ago 16:20
  24:24 43:11
  82:11 127:6
  184:6 246:13
  299:1
agree 6:15
  36:21 42:18
  69:3 79:6,10
  79:11 80:2
  83:20 88:9,11
  99:11 104:19
  106:2 111:4,6
  111:7,10,12,14
  112:15,21
  113:5 117:11
  124:15 147:10
  147:17,23
  158:1,22 162:8
  163:4 165:2,4
  170:18 182:4
  219:24 220:1
  256:2 277:16
  289:5
agreed 271:3
agreement
  251:19 262:13

agricultural
  123:20
agriculture
  39:2,15 50:6
ahead 81:8
  183:18 227:11
  274:24 318:20
ai 123:16,18,19
  124:3
aid 64:19
ailah 92:22
air 14:18,19,20
  14:22
airport 128:11
alarm 222:10
  222:12
alderman 56:7
  56:8 287:4
aligned 35:11
  205:4
aligns 86:22
alive 208:17
allegations
  316:14,21
  317:18
alleged 267:2
  267:16 268:24
allow 139:21
  177:4 258:23
  273:6 275:8
  300:4 312:23
allowed 81:6
  103:11,13,14
  103:17 113:3

113:14,16,18
113:21,24
225:1,4 313:18
318:18 319:24
allowing
  320:13
allows 140:14
alumni 193:22
  198:4 233:18
  285:13,14
  290:6,7 292:2
  292:2
amazing 19:3
  73:17 153:9
  156:13 260:10
  260:17
amazingly
  153:6
amended 5:4
  297:13 316:12
  316:24
amendment
  87:20 102:5,9
  102:9,18 103:1
  103:5 184:14
  185:11,21
  186:18 263:4
  292:23 313:15
  315:16
america 16:17
113:4
american 180:7
  201:6

americans
  201:9
amount 133:18
  155:2 217:6
  226:9
amplify 29:4
analysis 241:10
andrew 230:6
andy 39:3,14
announced
  19:16 20:3,4
  23:2
answer 5:3,6
  11:9 12:6
  29:19 44:23
  53:13,20,20
  111:8 112:24
  127:8 130:22
  134:20,21
  157:6 158:5
  161:19,20
  177:24 178:1
  183:19 190:19
  259:7 274:12
  276:8 288:15
  289:3 297:13
  300:5,5,6,7
  316:12,23
  317:13,15,15
  317:21,23
  318:13,14,17
  319:3
answered 80:8
  82:18,20

Page 5

181:23 196:6 287:17

**answering** 80:14 119:5 299:8 318:3

**answers** 11:21 259:21,23

**antarctica** 31:15

**anthro** 220:8 220:16

**anthropology** 66:2 220:7,9 220:14,15,17 221:13 222:4

**anti** 29:18

**antics** 121:16 121:24 122:7,8

**anybody** 83:11 109:22 296:22 304:17 313:1

**anybody's** 184:3

**anymore** 16:7 252:23 253:1 294:16

**anyone's** 74:18 138:6

**anyplace** 19:14

**anytime** 103:16

**anyway** 11:4 127:5 301:19

**apart** 72:7 247:11

**apologetic** 68:6 68:18

**apologia** 72:3,4 73:2 107:7

**apologies** 203:1 250:11

**apologize** 43:5 61:4 66:5 68:13 123:13

**apology** 72:1

**apparently** 70:12 220:7 259:1

**appeal** 276:14

**appear** 124:14

**appears** 57:5 74:10 237:4 284:23 286:6 287:15

**appendix** 266:13,23 268:4

**applaud** 22:18

**applicable** 6:19 266:13,17,20

**applied** 127:21 157:12 242:5

**applies** 58:12 243:3,13

**apply** 18:10 155:21 242:9 242:18 244:5

**appoint** 37:20 224:13,14

**appointed** 39:11,13,15

**appoints** 37:21

**appreciate** 22:20 148:11 321:3

**approaching** 205:3

**appropriate** 58:8,15 133:9 135:7 136:2 189:1 230:11 271:4 273:14 274:4 289:8 302:18,21 303:5

**approve** 224:15 264:16

**approved** 264:17 278:10 297:17 317:20

**approving** 224:12

**april** 121:19

**areas** 64:14

**argument** 297:2,4

**argumentative** 151:6 270:1 297:8

**arkansas** 51:10

**arms** 35:6

**article** 4:18,20 185:4 201:4

235:15 236:6 237:5 260:1 279:8,13

**articles** 201:4 236:21 279:11 279:14,21,23

**artificial** 124:4 124:6

**ashlee** 53:1

**aside** 42:16 43:7 52:5 53:15 130:9 301:21

**asked** 17:2 20:11 43:4,10 71:4 82:17,20 86:16 87:1 95:7 130:8 132:9 156:22 181:22 192:17 196:6 259:17 276:2 298:24 300:12 305:6

**asking** 15:4 33:11 66:6 67:19 79:24 82:23 94:1 98:15,22,23 99:1 106:17 109:13,16,19 134:18 153:20 161:16 166:1 173:13 192:22 210:11 215:6

Case 3:25-cv-00528-KAC-JEM  Document 46  Filed 01/21/26  Page 329 of 406  PageID #: 1271

220:10,12
223:18 272:8
272:24 276:7
287:13,17
289:2 304:7
310:22 318:17
319:4
**asks** 31:16
**aspiration**
141:2
**assassination**
71:23 72:12,23
107:5 200:8
**assessment**
116:3
**assigned** 6:3
**assistance**
205:21 206:5
**associate** 10:4
92:24
**associated**
143:21 145:9
149:18 160:22
161:3 163:13
163:18 241:14
**association**
292:19,23
**assume** 90:17
105:11,13,16
109:9 111:9
123:15 155:22
182:8 187:3,4
187:22 210:1
238:17 285:4

290:8,9,11
**assumed** 90:23
284:11
**assumes** 80:22
**assuming**
106:14 149:21
149:24
**assumption**
100:19
**assure** 68:11
**astounded**
31:20 153:8
**at&t** 28:6
**athletic** 17:10
**attach** 143:24
**attached** 28:18
143:22 144:21
215:9 232:17
238:10 264:12
281:21
**attachment**
66:24 232:12
232:13 234:23
281:21,23
**attack** 294:11
295:5,6,10,13
295:15,22
296:14,15
**attacked**
244:13,15
245:7 296:9
**attainment**
19:18,18

**attempt** 174:2
**attendance** 7:2
208:15
**attention** 29:23
53:9 104:12
122:22 126:4
132:17 185:6
208:19 216:4
230:8 231:15
232:20 241:24
242:13 243:16
252:7 276:16
314:6
**attest** 105:21
105:21
**attorney** 7:16
41:23 43:2
46:19 48:7,10
205:7,10 275:5
322:14 323:10
**attorneys** 46:1
46:7,8 47:6
130:7 318:24
**audio** 322:8
323:3
**audit** 41:22
43:1 45:24
46:6
**august** 23:3
**austin** 204:7
**authority** 42:6
42:7 166:4
225:9 227:19

**authorized**
6:11
**automobile**
49:8
**autozone** 47:13
**availability**
205:22
**available** 268:2
**avid** 31:6
**avoid** 288:19
**avoided** 133:6
135:4,23
**aware** 35:20,22
40:3 43:19
54:8 55:16
65:11 86:19
109:1,2 110:13
110:14 157:11
157:15,18,20
157:23 176:20
176:22 179:10
199:9 216:20
263:17,19,20
264:19,22
276:15 288:3
289:9,11,13,15
293:6,8,14,16
293:17 299:1
300:16,20
303:11,19
304:23 306:22
310:9,12,21
312:8,10,12,14
312:15,16

Case 3:25-cv-00528-KAC-JEM Document 46 Filed 01/21/26 Page 330 of 406 PageID #: 1272

313:20,24
314:8,11,15
315:20
**awesome** 10:15
10:24 31:11
55:1
**awful** 252:21

**b**

**b** 3:5 4:1 5:1
222:23,23
266:18
**bachelor's**
152:23 153:24
**back** 14:14,17
16:12,14 20:11
59:8 113:11
114:6 120:6
126:18 128:7
141:13 149:18
168:16 177:11
187:15 192:1
192:20 194:5
198:23 207:21
227:17,18
228:8,16 250:3
286:15 312:5,7
**background**
65:19
**backlash**
219:18
**backup** 33:1
**backwards**
28:11

**bad** 86:15
109:2 121:6
306:5 315:5
**balanced**
255:17
**ball** 73:2
**ban** 111:24
112:5
**bandwagon**
242:8 244:2
**banned** 296:19
**banter** 21:16
**base** 116:5
**based** 28:23
38:9 57:6,11
74:12 79:9
83:4 86:6
87:22 89:13
96:23 105:8,13
105:17 106:18
106:20 115:20
120:5 122:15
147:19 148:22
149:2 154:24
160:6 162:24
166:5 170:2
177:2 182:3
189:15 191:12
193:3 195:22
198:13,15
209:24 217:9
217:22 218:14
219:23 220:1
228:7 256:19

271:18,20
272:5,24 273:1
273:15 276:13
278:3,4 284:20
289:7 291:23
291:23 294:8
311:15 316:3
**basically**
128:12 287:12
292:21
**basing** 74:11
**basis** 105:6
**basketball**
54:24 55:1,1
73:16 80:18
**battelle** 38:1
91:8
**battery** 128:14
**beared** 136:6
**bearer** 201:13
**bears** 133:9
135:8 136:3
**becoming**
127:18
**beginning**
277:10
**begs** 258:24
**behalf** 2:2,10
58:3 132:24
139:5 141:11
142:1,9,12
143:1,14
144:19 145:4
149:2 161:11

161:12 162:17
162:21 186:17
317:24
**behavior** 69:15
**belief** 85:9 87:7
95:1,2,4 100:6
100:8 137:2
177:9,11 183:4
183:7 184:19
218:14
**beliefs** 105:5,6
137:21
**believe** 10:10
13:15 24:19
28:6 29:6 44:8
55:10 56:22
57:11 63:10
70:18,23 71:11
73:20 74:2
76:13,17 78:10
83:22 87:10
90:21 93:14
94:20,21,22
95:11 96:16,19
102:18,19
105:3,8,16
106:10 113:19
116:9 117:2
119:8,15 124:8
125:1 132:20
133:19 139:3
140:9,19 143:4
150:14 151:1
154:21 158:6

Page 8

| | | | |
|---|---|---|---|
| 159:10 160:12 | **benton** 4:4 | 37:12 38:12 | 202:16,21 |
| 163:11 170:5 | 219:1,3,12 | 55:2 73:20 | 207:10 208:1,5 |
| 170:13 173:15 | 231:7,13 | 170:14 | 209:6,10 |
| 176:2 179:2,5 | **berlin** 31:3 | **bigelow** 2:3,4 | 210:14 211:13 |
| 185:9,15,19 | **bernie** 197:13 | 3:3 7:15,15 8:9 | 211:16 212:16 |
| 186:1,4 187:12 | **best** 12:3 23:3,5 | 8:13 9:19 | 212:22 213:1 |
| 191:8 195:24 | 39:23 48:5 | 11:13,18,24 | 213:23 214:1 |
| 200:2 206:9,13 | 64:10 65:8 | 12:2,10,11 | 214:22 215:3 |
| 210:16 211:20 | 72:5 73:8 | 25:16 33:10,13 | 215:14,18 |
| 214:11 216:23 | 107:18 192:6 | 33:16 34:7 | 218:19,23 |
| 220:8 255:22 | 322:10 323:6 | 45:14 48:3,5,8 | 222:22 223:6 |
| 256:16,23 | **bet** 15:9 | 50:24 51:4,12 | 231:17,21,24 |
| 257:12 258:1,8 | **better** 22:7 | 59:11,18 60:10 | 232:4 236:10 |
| 262:21,23 | 23:12,20 64:16 | 60:14,17,20,22 | 236:16 237:11 |
| 268:17 272:15 | 64:24 75:1,9,9 | 75:20 76:1,5,8 | 237:17 238:1 |
| 276:3 286:18 | 75:11 76:22,24 | 76:10 77:7,14 | 249:8 250:10 |
| 288:12 290:1 | 88:13,17 89:1 | 80:9,15 81:1,4 | 256:1 257:15 |
| 291:17 299:16 | 89:3 92:11 | 81:11 82:12,16 | 259:5,8 264:4 |
| 306:24 318:2,8 | 99:2 105:10 | 82:19,22 83:3 | 264:8 270:2 |
| **believed** 13:20 | 106:24,24 | 87:16 101:7,19 | 273:20 274:5 |
| 35:14 72:24 | 111:15 114:2 | 102:2,11 104:2 | 274:16,19,22 |
| 175:22 185:15 | 114:11 121:6 | 104:11 109:12 | 275:2,14,15 |
| **believes** 105:12 | 121:12 123:24 | 126:13,17,21 | 278:23 279:1,4 |
| 161:24 | 163:15 173:12 | 127:3 141:3 | 279:17,20 |
| **believing** | 174:17 181:10 | 147:22 151:7,9 | 280:3,6,9,16 |
| 105:22 218:10 | 202:20 315:13 | 158:4 161:15 | 281:4 282:15 |
| **bell** 35:5 | **beware** 217:18 | 178:2 181:19 | 282:23 283:5 |
| **belong** 223:14 | **beyond** 44:22 | 181:24 182:2 | 297:11 299:15 |
| 223:22 | 45:22 139:4 | 183:17 184:22 | 299:19 305:4 |
| **belonged** | 184:15 187:9 | 185:1,3,16 | 306:13,21 |
| 223:16 | 229:12 294:24 | 186:2 195:8 | 308:20 309:19 |
| **beneath** 252:3 | 319:19 | 196:8,12,19 | 311:17 314:7 |
| 261:14 | **big** 21:10 24:4 | 198:19 199:1,3 | 314:12,16 |
| | 25:6,12,18 | 200:10,17 | 317:2,6,8 |

www.veritext.com    Veritext Legal Solutions    800-556-8974

318:15,22
319:6,10,15,21
320:3,19,21
321:1
**bigelowlegal....**
2:7
**bigger** 19:13
179:6
**biggest** 110:17
**bigot** 286:2,5
**bigoted** 122:20
**bigotry** 72:4
73:3 107:7
**bill** 18:14 21:22
24:15 38:21,24
42:9 49:17
204:2 281:8,9
**billion** 225:13
225:19
**bills** 282:16
**bin** 75:2,13
76:12,13,18
**bit** 21:15 65:18
66:14 245:17
300:1
**black** 57:16
110:11,22
112:14 121:4
121:12 252:6
262:10
**blacks** 120:10
**blank** 39:9
206:3

**blasphemous**
72:6 73:11
**blends** 301:18
**bless** 92:12
235:6,7
**blessed** 14:2
278:10
**board** 18:13
37:20 38:10,12
38:20 39:2,18
41:21,21,24
42:3,11 43:19
45:16,17,19,23
46:3,5,21 47:2
47:16,19 48:12
48:13 51:2,8
52:13,18 53:22
61:22 62:3
137:4,9 150:23
154:23 163:24
164:9 197:4,5
204:5 223:23
224:4,11,15
225:3,8 226:2
227:5,6,24
229:3 230:6,17
246:20,22,22
246:24,24
247:1,3,9,17
248:14,17,21
249:15 264:23
265:2,9,18,21
265:22 266:2
266:21 270:7

270:11 271:20
271:22 272:4
**board's** 137:7
**body** 116:12
124:10 152:7
157:6 203:15
228:7
**bohon** 56:4,7
57:5 58:5
**bolded** 254:20
**bolden** 1:20 6:3
322:2,17
**bonnie** 219:13
221:6,7 222:15
222:15,23
**bonnie's** 221:8
**born** 9:23
**boss** 38:3,10
40:7 190:8
**bosses** 21:21,22
39:6,11 51:21
51:23 265:10
271:21,21
**bottom** 56:6
104:14,15
141:15 193:12
251:12 254:12
254:17 265:16
266:1,16 285:6
297:19
**bound** 142:18
**box** 38:22
46:16,17,18,18
281:8

**boy** 110:12
260:17
**boyd** 1:9,14
2:11 3:18 6:6,9
7:8,17,17,22
8:2,10 29:2
30:5 90:16
91:5,5,8 92:7
93:6,22,23
145:11,20
146:2,2,17,19
147:7,8,11,12
147:18,19,20
147:24 148:10
148:13,18,19
148:20,21
150:15,18
196:20 208:14
232:6,11,12,17
238:2 239:22
241:11 299:20
**boyd's** 5:3
297:13
**boyds** 35:3
**brad** 38:22
46:17,18
**bradford** 281:8
**brain** 110:23
**brand** 240:19
241:5,8,13,15
**break** 12:12,14
12:17 59:10
63:14 101:6,19
126:14,18

www.veritext.com

Case 3:25-cv-00528-KAC-JEM Document 46 Filed 01/21/26 Page 333 of 406 PageID #: 1275

196:12 237:15
237:18 280:20
280:21
**brian** 204:8
**brief** 47:6
**briefed** 41:21
41:23 42:3,4
**briefing** 43:2
46:2
**briefly** 8:14
13:13 317:9
**briefs** 46:9
**brilliant** 15:15
**bring** 20:13
**broad** 64:6
83:13 245:21
257:22,24
258:4,5
**broader** 174:15
**broadest**
140:16
**broadly** 218:8
**broken** 48:23
**brother** 10:19
**brought** 204:20
208:19 241:24
242:13 243:15
**brown** 112:12
**buck** 192:11
**building** 22:14
**built** 201:14
**bullets** 254:24
**bunch** 74:24
251:15

**burchett**
263:18 303:12
303:20
**bureaucratic**
18:19 19:11
**business** 14:11
14:15,16 15:23
15:24 16:1,23
18:17 27:18
40:2,16 49:18
160:18
**businesses** 53:8
**businessperson**
18:12
**butler** 287:2
**buy** 15:8

**c**

**c** 1:20 2:1 6:1
164:17 173:20
222:23 266:13
266:23 322:2
322:17
**caiazza** 2:23
7:9,9 237:15
237:19 250:9
317:4,7
**call** 50:20
132:5,10,16
175:15,21
176:3,5,9
205:7 206:22
221:21 222:3
222:15 233:4,7

233:8 281:13
286:12
**called** 8:3 15:5
16:15 20:5
21:14 40:4
92:1 121:2
124:9 132:7
300:1 316:19
**calling** 222:1
262:15,16,19
**calls** 102:7
129:9,14
185:13 219:17
311:13
**campaign** 21:7
29:3 30:5
**campus** 35:24
36:4,5,9 55:16 58:5
69:23 70:2,23
78:24 79:3
115:3 123:6
133:7 135:6
140:8 155:17
158:8 164:19
165:17,18
166:4,19
167:15 168:19
173:16 174:20
175:23 176:3,8
176:13,17,21
177:3 178:3,5
179:4 183:7,9
184:2 190:17

191:2 195:7
204:21 217:5
223:13,14,15
223:16,22
227:17,18
230:11,14,16
230:17,20
231:3,4 252:18
266:2 293:3,19
294:19 295:11
296:13,15,19
296:21,22
300:24 303:7,8
312:18,21,23
313:1,18,22
315:10
**campuses**
37:23 139:22
178:4 199:17
199:20 215:11
230:18,18,23
231:4 313:11
313:12
**cancel** 113:10
117:11
**capabilities**
124:6
**capable** 140:21
**capacities** 1:11
**capacity** 9:10
19:21 26:6
83:19 84:10
85:7 86:12
87:9,24 88:1

Case 3:25-cv-00528-KAC-JEM     Document 46     Filed 01/21/26     Page 334 of 406
PageID #: 1276

99:17 129:20
130:3,9 141:5
141:7,20 142:7
142:11,15,21
143:3,6,7,9,18
143:21 144:15
148:19 159:2
160:12,16
161:7,7,23
162:1,10,14
163:2,20
188:10,21
301:12,12,17
301:19 318:11
**capita** 16:21
121:5
**capitol** 244:15
245:7
**captures**
219:23
**card** 27:18
**cards** 278:22
**care** 12:14
53:24 60:17
65:3 77:3
88:16 141:10
141:23 142:8
142:23 143:5
143:12 144:17
145:1,3,8
148:23,24
150:10
**career** 201:8

**cares** 251:6
253:15 260:19
**caretaker** 22:3
**carey** 198:1,2
232:6 233:6
**carolyn** 205:8
205:10,14,23
206:1,3
**carries** 143:6
**case** 1:6 40:18
41:20,24 42:24
43:8,11,12,21
43:23,24 44:21
45:21 46:2,14
47:4,23 48:15
49:1,11 50:3
50:10 68:1
69:11 70:14,18
78:3 79:1,2
84:12,14,22
96:24 106:9
127:9 128:10
130:8,11,15
133:20 140:7
144:8,20
149:14 165:4
166:3 178:23
192:9 204:15
224:17,18,20
228:22 234:14
269:11,21
270:18 277:22
292:7 299:6
305:14,17

306:2 307:9
309:5 318:16
**cases** 8:21
64:18 266:13
266:15,24
267:2 268:24
**casey** 197:24
**categorize**
122:16,19
214:19
**category** 135:2
**cattle** 13:14
**caught** 127:7
260:18,19
**cause** 13:9
27:17 30:10
32:5 69:7
70:24 80:14
85:10 155:17
163:21 177:5,6
180:16 190:6
190:22 195:4
266:9 268:2,13
277:5 295:16
**caused** 172:19
**caution** 162:23
**cautioned**
101:2
**caveat** 135:24
**cc** 229:7
**cc'd** 239:10
281:12
**cc'ing** 234:18

**celebrate**
149:17 183:12
306:6
**celebrated**
138:24 140:3
**celebrating**
125:23 134:22
138:3,4,6
139:3 179:3
189:2 215:23
261:24 303:6
**celebration**
107:13 306:4
**cell** 206:2
**center** 231:2
**centers** 75:6
**ceo** 45:9 48:20
51:14 167:13
167:15
**certain** 29:4
30:24 32:9
58:6 77:22
166:3 209:2,2
258:10 266:24
**certainly** 59:24
70:10 186:21
186:22
**certificate**
322:1 323:1
**certified** 6:16
322:18
**certify** 322:4
323:2

Case 3:25-cv-00528-KAC-JEM     Document 46     Filed 01/21/26     Page 335 of 406
PageID #: 1277

**cfo** 197:10
**chair** 38:19
**chairman**
  21:22 38:20
  42:11 49:7
  91:7 223:21
  230:2
**chairs** 287:2
**challenge**
  140:17,22
  225:10
**challenges**
  204:21
**chance** 138:15
  138:17 277:20
  296:2
**chancellor**
  56:11,12 62:4
  66:22,24 67:2
  83:5 104:13
  118:10 120:7
  127:14,18
  129:21 133:7
  135:6 136:2
  166:4 175:6,18
  189:22 190:1
  191:11 195:10
  199:12 204:5
  204:19 210:20
  217:2 219:4
  224:14,22
  225:1,4 226:3
  226:20,22
  227:4,9,13,14

227:16 228:22
229:2 231:7
234:17,24
240:14,15
243:8,11 253:9
264:13 267:9
268:19 269:3,7
269:12,16
270:3,4,19,20
270:22 271:17
273:6,12 274:2
274:7,9 283:7
283:24 284:12
284:20 285:3
290:3 291:15
292:20 296:7
299:24 310:4
310:21 311:1
**chancellor's**
  225:13 271:21
  290:22 310:2
**chancellors**
  38:4 62:17
  137:5 191:23
  192:4 215:5
  310:6
**change** 60:15
  227:7 278:22
**changed** 19:7
  20:10 121:7
**changes** 52:15
**changing**
  228:19,19

**chapters** 202:8
**charge** 20:8
  23:9 194:20
  195:5 224:12
  269:17
**charges** 267:21
  267:22
**charity** 16:9
**charles** 1:9
  2:11 6:9
  239:10,11
  287:3
**charlie** 35:17
  35:21 36:20
  37:1,3,7 50:15
  55:13 57:13
  69:8,9,11 70:5
  72:24 73:7
  83:10 89:8,11
  89:22 105:10
  110:5,10,18
  112:7,14,20
  113:4 114:3,23
  118:5 120:8,9
  132:1 137:23
  138:6 150:22
  174:18 198:10
  200:8 201:5,11
  202:5 204:20
  208:21 237:6,8
  242:8 244:2
  252:17 285:22
  286:6 287:12
  302:18 314:21

316:5
**chattanooga**
  48:21 49:9
  231:1
**chatter** 238:8
  239:17 250:18
**chatting** 53:8
**cheap** 14:7,20
**cheaper** 14:7
**cheat** 259:18,20
  260:11
**cheating**
  258:15,21,22
  258:23 259:2,9
  259:16,17
  260:5,6,7,10,17
**check** 163:14
  168:20 192:1
  192:20 304:6
**checked** 160:24
**chief** 56:18,23
  118:12,12,18
  177:18 205:7
  205:12,12
  267:3,5,8
  269:1 270:13
  273:2 284:12
**childhood**
  148:7
**children**
  208:15
**chiming** 232:24
**choice** 309:1

| | | | |
|---|---|---|---|
| **choir** 32:13,14 | **city** 16:17,19 | **client's** 115:8 | 29:22 47:20 |
| **choose** 188:16 | **civic** 34:9 | **clinics** 65:1 | 65:20 85:9 |
| 188:17,18 | **civil** 139:21,21 | **close** 211:7 | 113:3 123:20 |
| **chopped** 212:5 | 166:2 | 252:7 320:23 | 126:18 137:6 |
| **chris** 38:23 | **civility** 69:18 | **closely** 41:9 | 149:18 156:18 |
| 48:4,9 | 70:22 104:16 | **club** 34:12,14 | 167:10 171:3 |
| **chronical** 4:19 | 104:21 120:24 | **clubs** 34:8,9 | 181:7 195:13 |
| **chronicle** 4:10 | 121:1 136:10 | **clue** 85:19 | 199:17,19 |
| 4:15 236:18 | 136:22 137:10 | **clutter** 29:18 | 247:3 273:11 |
| 279:9 280:12 | 137:19 165:16 | 30:7 | 273:15 294:2 |
| **church** 33:22 | 165:20,21,22 | **coach** 156:12 | 296:10 312:24 |
| 34:3 | 165:23 258:1 | **coaching** | **comeback** |
| **cindy** 3:7 | **civilization** | 156:13 | 201:6 |
| 196:23 197:3 | 110:18 | **code** 261:2,3,6 | **comes** 130:14 |
| 223:8,9 229:7 | **claim** 85:13 | 261:9 | 151:18 231:9 |
| 281:12 285:9 | **claiming** 76:23 | **collateral** | 288:22 |
| 286:4 | 107:1 114:10 | 295:19,23 | **comfortable** |
| **circle** 193:23 | **clarifying** | **college** 13:15 | 14:23 |
| **cited** 278:11 | 320:9 | 13:17 14:4 | **coming** 36:11 |
| **cites** 214:6 | **classify** 134:24 | 17:5,6 18:10 | 199:16 |
| **citizen** 141:5,8 | **classroom** | 20:8,8 69:23 | **comment** 36:20 |
| 141:21 142:12 | 22:16 157:10 | 115:3 140:8 | 36:24 54:9,9 |
| 142:21 143:3 | 260:16 | 153:7 165:17 | 54:20 55:3 |
| 143:10,19 | **clayton** 40:5 | 166:19 174:20 | 65:12 67:12 |
| 145:20 146:2 | **clean** 60:11 | 179:4,15 183:7 | 68:1,9 73:23 |
| 146:17,20 | **cleaner** 12:5 | 184:10,11 | 74:18 75:15,22 |
| 147:7,12,18 | **clear** 80:13 | 186:9,16 284:6 | 76:20,21 77:4 |
| 148:20,21 | 92:19 180:19 | 285:16 315:10 | 77:16 78:21 |
| 150:4,11,16,17 | 243:19 | **colleges** 254:1 | 79:6,7,15,18 |
| 151:18 160:13 | **clearly** 81:15 | 254:14,23 | 80:2,19,20,22 |
| 161:8,23 162:1 | 106:1 | **colored** 252:6 | 81:20 82:5,23 |
| 162:11,15 | **clicking** 280:6 | **colors** 252:5 | 83:18,20 84:2 |
| 163:20 165:7,9 | **client** 275:5 | **come** 18:15 | 90:12 96:1,14 |
| 165:10 | | 20:11 22:2 | 103:14 105:9 |

www.veritext.com                    Veritext Legal Solutions                    800-556-8974

**[comment - compton]**

107:3 115:23
119:18,20
120:2 123:1
124:19,19
131:14,15
134:24 139:7,9
139:20 140:9
145:11 159:6
160:21 163:5
165:14 168:16
170:5,12,18,19
171:1 172:7
177:2 181:3,4
188:8,20 206:8
207:12 209:1
210:2 212:1
216:21 217:15
217:17 230:6
244:1 246:16
252:14 262:4
300:18,24
302:1,12
304:12,12
**commentary**
81:6 116:6,9
126:9,10
**commenting**
69:24 78:9,15
79:8,11 81:24
100:1 200:5,7
241:15 302:23
**comments**  55:5
69:14 71:15
77:24 80:2

81:23 96:11
115:22 117:22
118:1 120:5
170:3 171:6,20
171:22 172:4
172:18,19
195:23 196:9
221:10 232:13
232:17 240:13
250:23 251:10
251:16,23
252:4 253:2,20
254:4 261:13
261:21 262:8
262:13,24
263:1,3,6,10,17
307:1 316:3
**commission**
203:11,13,14
**commissioner**
20:12 39:1,14
50:6 91:7
**committed**
121:8 164:18
**committee**
42:12 45:24
267:11 268:6
268:10 277:2
278:2 287:2,11
**common**
123:19 251:9
253:19 255:5
**communicate**
26:22 50:15

97:13
**communicated**
43:7,14 44:3
46:13 204:13
243:3,6 304:15
**communicates**
31:5
**communication**
26:12 99:7
218:17
**communicati...**
26:5 43:21
49:4 92:2,3,19
93:13 101:10
101:11 197:23
199:12 209:13
219:4 231:7
239:15 241:4
**communist**
35:6,7
**communities**
20:17
**community**
16:21 17:6,22
20:8,12 35:7
164:23 184:15
187:8 252:5,6
266:8 320:10
**company**  8:22
8:23,24 13:1
16:3 19:1 40:4
40:5,6 45:10
48:21 92:1
220:4 238:20

238:22,23
**compensation**
276:10
**compete**  15:13
**competition**
15:20
**complainant**
58:4
**complaining**
57:12 214:17
**complaint**  5:4
59:4 297:14
298:1 299:6,9
316:12,24
**complaints**
57:15 214:12
214:15
**complete**  42:16
77:10 189:13
**completed**
189:10,17
**completely**
188:9
**completeness**
51:6 52:12
**completing**
21:7
**compliance**
41:22 43:2
45:24 46:6
**comprehensive**
267:13
**compton**  21:22
38:19 40:1,1

www.veritext.com          Veritext Legal Solutions          800-556-8974

40:15 43:6,7
43:11 52:5
230:1
**computer**
123:20 124:2
**concern** 160:8
166:20 171:20
172:19 179:6,8
**concerned**
62:15 63:12
70:3 222:13
251:6 255:13
255:19 312:22
**concerns** 159:4
159:13 174:21
175:7 204:24
241:19 242:1,4
242:12,15
251:14 253:24
254:13,22
262:6 307:8
**concise** 13:9
**concluded**
191:10 321:9
**concludes**
235:16 268:11
277:4
**conclusion**
102:7 129:10
129:14,16
137:6 151:10
167:10 181:8
185:10,13,20
195:20 311:13

**conclusions**
191:7
**condemn** 306:4
**condemned**
315:1,4,5
**conditioning**
14:19,21,22
**condoning**
88:18 89:4
244:18,20
**conduct** 261:2
261:3,6,9
**confer** 191:24
**conference**
205:7
**confidant**
201:15,22
**confident**
120:21 127:8
171:1 210:6
211:1 216:11
282:16
**confines** 47:19
**confirm** 119:15
283:12 284:14
285:3 303:17
**confirmed**
284:3
**congrats** 31:11
**congressman**
303:12,20
**connected**
174:23

**consequences**
242:6 243:15
**conservative**
164:24 174:4
198:10 201:8
201:13 213:17
213:18 235:20
235:22 236:1
263:3 315:15
**consider** 41:13
52:7 159:22,23
258:15 315:14
320:4,9,13
**considered**
34:10
**considering**
286:3
**consistency**
241:20 242:1
**consistent** 69:6
**constitute** 6:23
**constitution**
102:10
**constitutional**
186:10,14
292:17
**constraints**
11:20
**consult** 62:24
63:2 119:6
**consulted**
119:7
**consulting**
267:9 269:3

**cont'd** 4:1 5:1
**contact** 159:7
159:17,24
163:9 176:14
177:15,18
205:17 206:2
211:23
**contending**
318:23
**content** 71:24
106:3,13,20,21
107:6,10
**contents** 106:1
**contest** 178:12
178:13
**contesting**
268:7
**context** 43:1
44:22 45:22
47:5,15 69:20
69:23 70:23
71:8 78:7,17
78:23,24 79:2
79:5,6,7 89:11
97:19 114:19
117:23 140:4,6
140:11 165:14
166:15 179:2
180:1,4 182:17
194:12,17
209:22 230:22
260:14,15
277:13 284:9
320:7

www.veritext.com    Veritext Legal Solutions    800-556-8974

**[contexts - correct]**

| | | | |
|---|---|---|---|
| **contexts** 79:5 | **cool** 11:3 32:16 | 101:1,10,16 | 212:11,12,13 |
| **continents** | **copied** 223:9 | 103:10 107:18 | 213:4 214:3,8 |
| 31:13 | 287:3 | 107:22 112:16 | 215:11 216:4,7 |
| **continue** 88:5 | **copies** 212:4 | 123:16 127:15 | 216:18,21 |
| 117:8 320:14 | **copy** 43:18 | 132:3 133:14 | 219:1,7 221:19 |
| **continues** | 60:11 74:10 | 134:3 135:9,13 | 222:6,9 223:8 |
| 204:24 208:22 | 86:2,4,7 119:1 | 135:16,19,24 | 225:5,14 |
| **continuing** | 232:19 238:4 | 137:14 138:8,9 | 227:14,18,22 |
| 140:13 | 246:11 299:5 | 138:16 139:15 | 229:4,10 |
| **contrary** 78:6 | 317:4 | 142:18 145:20 | 234:18,21 |
| 120:24 159:12 | **core** 133:10,21 | 146:15 151:10 | 237:1,4 238:16 |
| **contrite** 68:6 | 135:9 136:4,7 | 152:17 153:24 | 239:17 240:1 |
| 68:16,18 | 136:9,11,15 | 154:20,23 | 241:3,21 242:2 |
| **control** 234:3 | 137:7 | 155:3,7 156:9 | 242:13 247:20 |
| **controlled** | **corn** 285:9 | 156:13,16 | 247:21 249:7 |
| 99:15 | 286:5 | 164:7,12 | 250:18,24 |
| **controlling** | **cornerstone** | 167:21 170:10 | 251:7,10,16 |
| 54:19 | 242:10 246:1 | 172:9 174:7 | 252:1,9 253:16 |
| **controversial** | **corporation** | 179:9 180:8 | 253:21 257:3,8 |
| 36:4,11 | 8:24 37:22 | 182:10,21 | 257:9,10,12,13 |
| **controversy** | **correct** 13:7 | 184:17,18 | 259:13 260:3 |
| 315:21,24 | 26:19 29:14 | 186:3 187:5,10 | 261:7 262:17 |
| **convenience** | 31:7 36:9 54:5 | 189:7,18 194:6 | 262:20,22 |
| 300:10 | 54:18,20 55:3 | 194:15 195:11 | 265:10,13,23 |
| **conversation** | 55:9,13 56:21 | 196:24 197:19 | 267:6 268:21 |
| 118:19 245:13 | 57:7,13,17 | 197:20 198:6 | 269:12,19 |
| 271:15 291:1,9 | 63:15,23 64:2 | 198:11,14 | 270:5,11,11,16 |
| **conversations** | 65:9 71:9,11 | 199:6,20,21,22 | 271:10,11,18 |
| 100:11 126:7 | 71:16 73:3,8 | 200:24 201:15 | 273:3 276:14 |
| 210:20 269:14 | 73:14,21 80:5 | 204:24 206:5 | 277:8 278:2,3 |
| 269:16 | 80:20 81:18,21 | 206:15,23 | 278:7 279:14 |
| **convoluted** | 82:2,5 84:15 | 208:7,12,22 | 280:13 281:10 |
| 161:14 | 86:12 90:10,21 | 209:14,18 | 282:9 283:8,20 |
| | 93:8,18 99:15 | 211:24 212:6 | 284:1 286:7 |

Case 3:25-cv-00528-KAC-JEM    Document 46    Filed 01/21/26    Page 340 of 406
PageID #: 1282

290:3,17 291:2
291:15 293:12
296:21 299:16
300:18,21,24
301:19 302:1,6
302:12,15
304:22 305:1,8
305:20,24
307:12,15,17
307:21,24,24
308:3,4,6,7,9
308:10,12,13
308:16 309:5,8
309:11 311:11
311:19 312:11
312:14 313:16
313:19 315:22
316:15,21
317:18,21
318:1,6
**correctly** 93:2
161:19 199:22
201:18 220:20
221:18 252:9
253:3 268:16
317:14
**corresponden...**
101:15
**corrupt** 276:2
**cost** 20:9
**costs** 15:7
**council** 193:23
287:5

**counsel** 7:6,7
44:13 46:1,9
61:20 98:14,18
108:17,18,24
118:10,22
129:23 158:22
159:3,7,24
163:10,15
169:8 193:22
196:22 197:19
211:17 216:13
216:14 226:7
228:5 238:4
246:20 247:3,9
248:8 249:11
249:13 271:1,2
271:14 272:6
272:16,20,22
273:9,13 274:2
275:5 299:10
299:23 300:11
318:9,16
319:19,22,24
322:11,14
323:7,10
**counsel's**
247:19
**counsels**
205:17,18
**count** 32:6
192:7
**counter** 252:16
256:22

**counterfactual**
171:11
**counting** 192:9
273:24
**country** 16:21
31:18,19,22
34:8,12 64:23
**county** 17:1,5
**couple** 59:24
120:5 129:7
**course** 28:3
40:6 99:12
148:11 154:16
205:20 308:14
**coursework**
154:17,18
**court** 1:1 11:7
12:18
**coverage** 316:9
**cowell** 287:2
**crazy** 75:19
**create** 17:2
20:5 31:3
70:22 165:17
168:18 170:6
170:13
**created** 15:13
15:19 16:14,16
17:15 19:21
70:24 115:11
**creates** 114:20
169:17
**creating** 15:10
65:1

**credible** 267:17
**credit** 14:13
**crimes** 121:8
**crisp** 92:1,1,3
92:19,22
238:19 239:3,8
241:4 250:8
**critical** 18:3
205:5 228:5
**crying** 251:2,7
253:16
**crystal** 10:21
**cuevas** 284:11
284:15
**cuff** 148:18
170:22
**cultural** 112:2
**cumulative**
217:11
**curious** 31:21
38:18 286:17
**current** 25:4
39:2,3 48:20
52:17 194:3
205:2
**currently** 25:21
39:15 59:22
140:1 160:6
182:6 189:17
202:7 208:15
250:14 279:7
**curriculum**
240:8 251:14
251:22 253:24

Case 3:25-cv-00528-KAC-JEM     Document 46     Filed 01/21/26     Page 341 of 406
PageID #: 1283

254:14,22
261:20 262:7
262:14
**customers** 15:2
15:2,4 53:9,9
53:11 54:4
**cut** 201:7 260:2
**cv** 1:7

**d**

**d** 3:1 6:1
**dad** 13:13 14:9
14:12 22:13
**damage** 295:20
295:23
**damages** 20:19
**danger** 168:19
**danny** 284:5
**data** 121:10
**date** 1:15 54:10
56:20 59:21
119:13,13,21
120:2 125:9,10
164:2 207:23
210:15,21
236:15 291:11
296:10 297:18
298:21
**dated** 108:15
109:6 112:7,14
112:20 117:9
120:7 197:2
201:21 209:14
214:7 215:20

229:8 234:20
238:6 282:9
283:10,24
285:8 286:23
288:1 289:24
293:6
**daughter** 153:6
153:6 239:7
**david** 38:23,23
48:20 49:7
197:8 281:8
287:2 323:2,15
**day** 10:18
23:14 31:19
35:22 36:13,16
36:18 54:16,24
65:17 113:10
117:10,12,14
117:17 119:21
128:14,14
174:20 191:22
191:22 192:6
201:20 210:8,9
210:10,11
211:3,9 216:7
219:19 239:19
298:16,19
303:3 318:5
**day's** 17:22
**days** 18:20,21
19:15 21:5
115:3 120:1
140:7 166:19
174:20 199:16

204:19 205:3
211:4 216:21
216:24 217:15
275:3
**dead** 74:24
75:2 76:13,17
183:13 201:7
201:12 315:12
**deal** 21:11 25:6
25:12,18 33:14
33:14 98:2
170:14
**dealership** 49:8
**dealerships**
15:14,18
**dean** 184:10
185:9,19 186:6
186:8,16,18
187:7
**dean's** 193:23
**deans** 187:2
**dear** 58:1
150:14 208:14
229:18 281:13
**death** 137:23
138:4,7 180:6
183:12 208:21
302:18 316:5
**deaths** 302:20
**debate** 105:6
133:12 137:13
138:22,23
139:2,5,22
173:10 178:20

**debates** 133:13
137:13 138:22
**december** 91:9
**decent** 57:2
**decide** 62:14,17
62:22 63:3
132:13 159:14
159:20 166:2,5
166:7,8,10
217:2 226:3,18
231:12 273:7
276:4
**decided** 15:12
20:15,23
132:16 166:14
271:15,16
**decider** 269:20
269:22 273:7
**decides** 154:23
178:3 226:22
226:24
**deciding** 118:6
**decision** 42:5,7
62:10 70:8
118:4 130:21
166:16 192:17
192:18 224:8
224:16,19,24
225:13,16,16
226:22 227:8
227:10,21
228:7,18,21,23
228:24 229:4
235:9 251:23

Page 19

253:10 272:1,2
275:23 276:11
292:4 294:21
296:8 297:10
301:15 309:11
309:15
**decisions** 167:4
167:5 191:21
205:5 228:5,8
228:9,10,12,13
228:19 240:14
241:16 264:1
**decisive** 126:2
216:3
**decosta** 38:22
45:7,8 281:9
**dedicated**
16:12
**defend** 277:21
313:21 318:10
318:16 319:22
**defendant** 5:3
7:7 297:13
**defendants**
1:12 2:10 7:7
**defended**
313:15,17
**defending**
154:24
**defer** 98:14,17
116:12,23
129:15 132:15
155:17 170:7
175:17 176:17

176:21 189:22
191:15 310:3
**deferred** 175:6
195:10
**define** 27:9
34:5 123:18
147:4
**definitely** 69:5
222:13
**definition**
129:16 142:15
165:24 166:6
213:20 258:24
259:1
**degree** 13:23
47:14 152:9,11
152:16,22,23
152:24 153:24
154:2
**delete** 27:22
28:1,12 29:7,9
29:13,16,16,24
30:8
**deliberation**
178:20
**delulu** 72:7
**delve** 37:18
67:17
**demanded**
304:21 306:23
**demands**
304:24
**democracy**
242:11 246:1

256:18
**democrats**
306:23
**demonstrations**
184:2 313:12
**dental** 65:1,3
**deny** 303:17
316:14,20
317:17
**department**
57:7 220:7,9
220:17 221:14
221:22 222:4
239:15 295:14
295:15,16,18
**depend** 59:3
63:5,6
**depending**
123:19
**depends** 62:8
62:13,24 97:19
99:21 130:6
233:24 258:17
260:14 305:19
315:9
**deplaning**
233:3
**deposition** 1:14
6:6,21 8:15 9:9
11:15 55:18
322:1
**depositions** 9:1
123:14

**dept** 220:8,16
**deputy** 205:7
205:10,12,12
**derek** 56:7,8
287:4
**derelict** 266:6
**descendant**
108:4 110:3
**description** 3:6
4:2 5:2
**deserves** 126:4
216:4 231:14
285:24
**desire** 18:18
**despicable** 75:7
**despite** 287:23
**detail** 13:4
**details** 66:4
100:18 190:23
199:15 230:5
238:10 277:14
**determination**
268:8 273:15
277:1
**determine**
136:5 199:18
**determined**
133:6 135:5
136:1
**determining**
301:15
**detroit** 9:23,24
**devastating**
75:5

Case 3:25-cv-00528-KAC-JEM     Document 46     Filed 01/21/26     Page 343 of 406
PageID #: 1285

**development**
20:12 198:4
233:18
**deward** 93:22
**die** 285:24
315:10
**died** 16:9 76:16
107:14
**dies** 198:10
**difference** 19:9
19:12 22:6
87:23 91:14
93:14,22 94:1
94:4,10 103:1
147:11,14
182:20
**different** 26:21
27:14 65:1,6
79:4 91:16
95:10 97:12
105:23 138:16
147:18,19
148:1 151:13
151:15 156:22
156:23 172:16
183:5 195:24
217:12 225:20
226:10 231:6
251:16 270:5
291:22 298:17
**differently**
81:17 207:9
**difficult** 145:18
145:22 158:1

191:16 193:2
275:8 297:4
**digital** 322:8
323:3
**dipietro** 21:14
**direct** 15:16,19
15:19 57:4
**directed** 158:21
169:7
**direction**
262:24 304:19
**directly** 57:4
133:10,20
135:8 136:3,6
139:23 266:10
**director** 41:8
203:9,10,13
**disabilities**
285:18
**disagree** 79:17
105:4 111:17
111:21,21
112:9,15
113:13 151:1
225:7,10
228:17,23
306:18 319:21
**disagreeable**
164:24 174:4
**disagreed**
305:7
**disagreement**
252:1 261:16
261:21

**disappointed**
285:22
**disciplinary**
308:23
**discipline**
65:19 307:15
308:6 320:16
**disciplined**
314:22 315:2,8
**discord** 120:22
168:18
**discourse**
139:21
**discoverable**
100:7
**discovered**
265:6
**discretion**
311:2
**discuss** 103:11
140:17,22
205:19 238:11
245:8,10 247:1
247:6 265:8
277:20,21
281:14 307:8
**discussed** 44:22
45:22 80:4
89:18 108:14
108:20 126:8
160:20 195:15
229:9 242:15
242:22 243:4,6
243:17 246:2,4

246:7,14
**discusses**
212:13
**discussing**
118:5
**discussion** 53:5
118:16,18
243:23 244:8
249:12,14
**discussions**
118:9,15 137:8
**disgust** 211:22
**disgusting**
75:13 76:24
88:14 114:12
188:22
**display** 208:18
**dispute** 83:6
**disputed** 133:3
134:7
**disruption**
311:10 312:1
**disseminated**
123:1
**dissemination**
63:22 136:20
**dissertation**
154:17,19,24
**distant** 166:18
**distinction**
141:12
**distributing**
15:22

www.veritext.com
Veritext Legal Solutions
800-556-8974

| | | | |
|---|---|---|---|
| **district** 1:1,2 | 48:5 64:20 | 73:23 82:4 | 264:13,22 |
| **disturbing** | 131:8 160:17 | 83:4,6,17 88:6 | 270:9,18 |
| 221:10 | 174:13 265:12 | 88:6 89:17 | 277:23 278:11 |
| **diversity** | 271:16 272:21 | 90:12 95:21 | 281:18 290:17 |
| 112:13 | 303:2,3 | 96:14 98:7,9 | 290:23 293:11 |
| **divide** 235:23 | **dollar** 17:17,19 | 100:6,9 108:3 | 293:18 294:15 |
| **document** 57:9 | **dollars** 15:24 | 108:14 109:5 | 294:21,24 |
| 57:11 61:8 | 16:1 18:4 | 110:3,9 119:18 | 295:14,22 |
| 74:1 97:8 | **domain** 310:5 | 120:6 122:23 | 296:7 297:3 |
| 116:24 137:1,3 | **donations** | 123:3 124:18 | 300:17,23 |
| 139:20 168:17 | 234:9 | 131:14,18 | 302:10 303:12 |
| 168:21,22,24 | **donde** 1:8 2:11 | 132:1,5,7,10,15 | 303:22 304:12 |
| 169:1 173:12 | 6:8 167:14 | 132:16 144:8 | 305:6 306:23 |
| 187:17 196:20 | 175:17 261:18 | 145:5 157:11 | 307:12,20 |
| 211:18 213:22 | 283:7,17,23 | 158:7 163:5 | 308:9 309:3,8 |
| 214:19 215:4 | **donnie** 51:6,10 | 166:13 169:23 | 310:10 311:6 |
| 229:6 231:22 | 51:13 281:9 | 170:15 172:20 | 314:21 315:21 |
| 274:18 279:5 | **dossier** 157:12 | 174:16 177:2 | 318:5 320:10 |
| 283:6,11 287:6 | 157:16 | 177:19 180:24 | **drafting** 235:2 |
| 297:16,23 | **double** 192:1 | 181:3 182:20 | 235:3 |
| 298:4 | 192:20 304:6 | 187:14 188:7 | **drafts** 92:19 |
| **documents** | **doubt** 254:9 | 188:19 194:4 | **drastically** |
| 33:8 116:23 | **doubting** 254:9 | 194:10,21 | 227:8 |
| 117:3,6 170:7 | **dougherty** | 206:8 207:1,11 | **drive** 1:18 |
| 173:14 176:6 | 239:13 | 207:20 209:1 | 19:17 20:17 |
| 196:21 240:12 | **downtown** | 210:1 211:24 | **dubilier** 40:5 |
| 281:17,20 | 34:13 | 212:5,13 | **due** 187:1 |
| 282:4,5,6 | **dr** 7:13,16 8:14 | 216:21 217:14 | 267:13 268:1 |
| 307:7 | 11:16 43:22 | 219:16 224:18 | 277:11,12,17 |
| **dodge** 14:17 | 46:14 47:23 | 226:13 227:16 | 311:20 |
| **dog** 13:11 | 48:17 50:3,12 | 233:16 234:17 | **duke** 157:23 |
| 16:21 17:2 | 54:7,8 65:11 | 234:24 246:15 | 158:2 |
| **doing** 15:23 | 65:15 66:23,23 | 246:17 249:22 | **duly** 8:3 322:5 |
| 16:3 23:13 | 67:1,11 68:1 | 262:17 264:2 | |

Case 3:25-cv-00528-KAC-JEM   Document 46   Filed 01/21/26   Page 345 of 406
PageID #: 1287

**duty** 266:4
**dwayne** 204:3

**e**

**e** 2:1,1 3:1,5 4:1
5:1 6:1,1 34:1
173:24 222:23
**earlier** 8:14
35:24 53:8
55:11,15 80:16
98:24 129:1
133:13 156:23
196:10 205:6
213:3 216:7
218:2,2 223:13
223:15 238:21
300:12,17
308:21
**early** 14:4,8
**easier** 67:19
81:18 90:14
125:20 133:17
212:4 232:2
257:16 264:21
**easily** 99:7
144:4
**east** 204:8
292:19
**eastern** 1:2
119:9,11
**easy** 155:12
**economic** 20:12
198:4 233:18

**educate** 64:8,9
247:17 253:11
**educated** 71:6
**education** 4:11
4:16,19 13:21
18:16,23 19:3
22:1 41:6
53:13,14 65:4
150:1 203:10
203:14,15
236:19 256:9
279:9 280:13
284:6 285:17
**educational**
41:9,10 112:3
**effective** 59:21
164:2
**efforts** 41:10
**egregious**
266:15
**eight** 21:1
**eighth** 113:9
**either** 26:6 44:8
50:2 128:6,6
131:17 149:22
158:10 170:7
171:14 222:2
223:12 268:9
278:1 294:5
304:15 308:15
**elected** 256:14
256:18,21,22
**election** 21:14
25:1

**electric** 13:14
14:16 45:9
**elects** 268:7
**element** 18:3
201:5
**ellie** 239:13
**email** 3:7,9,11
3:12,14,16,18
3:20,22 4:3,6,8
4:10,13,15,21
4:23 26:14,19
27:6 43:15,18
56:7,11 57:24
58:2 66:21,22
67:1 83:7
125:16,19
159:3 176:11
196:23 198:5
199:4 201:1
203:3,20,23
204:18 206:18
206:19,20
208:6,24
209:12,17
214:2 215:5,19
218:24 219:6
219:10 222:10
223:7 229:7,12
229:16 230:5,8
232:5,10 233:6
234:16 235:13
236:22 238:5
239:8,16
240:11 245:19

280:1 281:6
282:14 283:7
283:23 285:2,7
285:8 286:14
286:15
**emailed** 125:15
**emails** 26:21,24
57:6 206:16
209:17,23
217:9,10,12
218:15 229:24
238:19 241:18
309:7 310:14
310:22
**embarrassing**
52:20
**emma** 200:19
**empathy** 276:6
276:9
**employed**
162:3 322:11
322:14 323:8
323:11
**employee** 99:4
99:9,10,10
134:3 141:5,8
141:9,21,23
142:21,23
143:10,11
145:2 163:1
238:22,23
308:23 322:13
323:10

Page 23

Case 3:25-cv-00528-KAC-JEM    Document 46    Filed 01/21/26    Page 346 of 406
PageID #: 1288

**employee's**
  141:10,24
  142:24 143:12
  145:3
**employees** 16:5
  101:9,11 103:4
  103:14 123:3
  133:1 134:3
  161:24 223:24
  308:22
**employer**
  144:16
**empower**
  228:11
**encourage**
  61:19 181:1,4
  183:11 314:8
**encouraged**
  61:17 183:2
**encouragement**
  17:14
**encourages**
  314:1
**encouraging**
  180:17 181:16
  181:20 182:9
**ended** 24:17
  124:18
**endorse** 88:7
**endorsed** 88:19
**endorsement**
  24:9,12,18
  25:5,7,13,19

**engage** 266:11
**engagement**
  239:20 240:4
  251:13 253:19
  253:23 254:13
  254:20 262:5,6
**engagements**
  254:5
**engages** 266:10
**enjoy** 146:15
**ensure** 124:17
  126:3 141:10
  141:23 142:23
  143:12 144:18
  145:3 148:24
  150:10 162:16
  216:3 252:19
  253:5
**entered** 60:4
  286:22 289:21
**enterprise**
  167:14,14
**entire** 37:21
  38:2 39:18
  41:24 221:22
  222:3 248:13
  248:21 291:7
**entirety** 68:4
**entitled** 114:15
  185:4
**entrance** 157:2
**entrusted**
  266:2

**environment**
  253:11
**epb** 48:20
**epiphany** 16:6
**equity** 40:4
**erin** 33:21 34:1
  34:3
**ernest** 35:4
**es** 322:4
**escalate** 221:20
**especially**
  240:5
**esquire** 2:3,13
**essential** 112:3
**essentially**
  51:24 57:12
  201:19 211:21
  221:10,21
  222:3 265:22
  272:21 289:3
**established**
  71:13
**europe** 26:17
**eva** 287:2
**evening** 119:23
**event** 78:15
  198:11
**events** 58:5
**everybody**
  15:12 17:19
  31:5,16 35:7
  96:10 146:23
**everybody's**
  104:17

**evidence** 80:22
  116:5 171:9,10
  171:18 173:13
  177:7,10
  195:21 267:21
  277:22 278:19
**evident** 72:14
  84:21 85:15
  96:24 144:20
  144:23 148:5
**evidentiary**
  6:20
**evil** 75:12
  121:7
**exact** 54:10
  69:18 76:11
  125:9 165:16
  190:22 207:22
  289:13 298:21
**exactly** 65:22
  67:15 93:1
  108:10 122:13
  123:21 125:17
  210:22 244:17
  248:1,4 263:22
  269:13 291:13
  305:18
**examination**
  3:2 8:8 193:16
**examine** 77:16
**examined** 8:5
**example** 80:17
  85:13 259:10
  260:4,5

exams 258:15
258:22
excellent 156:8
157:9 263:12
except 118:21
133:6 135:4
136:1 268:4
exception
62:21,22
165:19
exceptions 62:8
168:13,15
exchange
164:20 232:7
286:14
excited 148:10
153:6
exciting 32:21
excluded 318:6
excluding
118:21
exclusive 30:23
exclusively
94:16
executive 41:8
49:18 197:7,9
203:9,12
248:21,24
267:11 287:5
exercise 162:23
184:13 185:11
exercising
185:21

exhibit 3:7,9,10
3:12,14,16,18
3:20,22 4:3,6,8
4:10,13,15,18
4:19,21,23 5:3
55:22 59:22
66:17 71:20
83:4 89:20,21
90:14,15,15
119:2 131:13
132:18 163:24
185:2,4 198:20
198:21 200:11
200:12 202:17
202:18 208:2,3
209:7,8,12
210:12,13
212:10,17,18
214:23 215:1
215:15,16
218:20,21
223:3,4 231:18
231:19,23
234:10,12,15
234:16 236:11
236:12,14
237:11,13
250:3 264:5,6
264:10,12
278:20 279:7
279:17,18
280:3,4,7,12,17
280:18 282:11
282:12 286:9

286:10,21,22
286:23 289:20
289:24 292:13
293:2 299:16
299:17 316:24
exhibits 60:4
exists 266:9
expect 69:16
99:3 175:21
205:23 228:4
234:13 265:23
expectations
151:13,15,16
151:17
expedited
266:14,23
267:11,18
269:5,7 270:8
271:18 274:8
274:14
experience
18:11 208:16
expert 98:4
129:18 152:7
expertise 156:6
explain 13:4
37:19 54:15
68:8 88:11
97:20 99:23
126:5 145:10
152:11 156:20
180:4 183:18
213:7 223:19
226:11 255:7

288:15 300:7
explanation
267:21
express 178:14
178:17
expressed
178:12 223:21
expresses 72:19
expressing
251:20 261:17
315:15
extension 65:3
extra 252:18
253:6
eye 262:10

**f**

face 121:18
122:2 124:10
facebook 26:9
28:18,19,24
29:3,5 54:9,11
54:13,17,19
65:12 67:11
68:1,7,9 71:15
74:5,7,8,18
78:21 79:7
80:2,23 81:18
81:21,21 83:18
84:10 85:4,17
86:11 87:9
93:10 105:8
124:18,19
131:13 144:9

Case 3:25-cv-00528-KAC-JEM    Document 46    Filed 01/21/26    Page 348 of 406
PageID #: 1290

159:6 162:2,9
162:15 177:2
181:3 206:8
207:12 240:4
246:15 253:13
260:16 284:4
284:19 300:18
300:23 301:24
304:12
**facilitate** 205:1
**facing** 110:17
**fact** 24:21
57:23 59:1
72:21 89:10
90:13 120:11
120:14 144:14
171:11,15
180:1 182:23
188:4 195:15
250:1 263:19
263:24,24
282:3 288:10
290:10 293:10
294:5 296:9
308:11
**factor** 24:4
**factory** 13:14
13:18
**facts** 70:14
80:22 193:17
**factual** 316:14
316:20 317:11
317:17

**faculty** 64:10
64:18 65:8
69:13,16 70:4
71:1 78:12
95:15 115:5
118:7 140:10
140:15 155:7
155:13,16,18
156:3 157:3
159:19 160:3
164:2,20
165:18 167:6
167:17 171:8
171:10 173:19
174:21,22
178:10 179:5
181:13 183:8
190:7 191:9
193:17,22
195:6,17 218:5
218:9,11
260:21 261:19
266:5,5,10,11
267:3,10,10,19
267:24 268:2,6
268:10,11
269:1,4 277:3
277:4,14,15
281:18 287:1,1
287:3,4,11,12
287:14,17
288:6,9 289:2
289:6,9,14,15
291:18 295:1

303:22 309:10
309:12,14,23
310:1,4,5,8
311:21 315:15
**faculty's**
114:21 115:15
115:19 166:20
**fafsas** 18:9
**failed** 14:11
21:3
**fair** 11:9 12:1
27:10,12 30:13
34:16,16 37:15
38:7 53:21
67:3 73:11
83:14,16
104:24 105:3
112:24 144:24
148:14 151:7
152:14,15
154:3,6 156:2
173:14 180:7
193:24 200:22
207:1 210:1
213:21 220:7
234:3 235:19
236:24 280:15
282:6,7 287:10
290:11 298:15
301:13
**fairly** 55:8 74:3
74:4 82:2
**fake** 284:4,20

**fall** 58:13
**fallout** 305:23
**falls** 135:1
**familiar** 61:11
61:13 164:3
264:14 265:18
274:1 297:16
297:21
**family** 29:2
35:8,9 76:16
315:13
**fan** 10:8,9
32:17,18,22,23
32:24 33:2
**fantastic** 22:11
22:19 31:17
**far** 26:5 27:12
33:17 50:22
62:15 63:10,11
93:4 139:12
158:16 186:7
208:16 251:5
**farewell** 35:6
**farm** 14:18
**fascination**
221:11
**fatality** 201:8
**father** 35:1
91:6
**father's** 13:1
**fathers** 102:19
**fault** 61:7
208:8

www.veritext.com Veritext Legal Solutions 800-556-8974

**favor** 17:3 295:4
**favorable** 268:10 277:3
**favorite** 127:4
**fear** 103:18
**fearless** 178:20
**feature** 219:22
**fee** 234:13
**feedback** 217:20,23 218:13,14 263:13
**feel** 32:19 69:1 123:24 159:17 168:17 171:6 184:16 187:10 228:12,14 287:8 300:5 315:12
**feelings** 77:3 88:16
**fees** 17:6,20 18:11 234:9
**felt** 68:14 125:2 125:2 189:1 190:5 195:15
**fence** 13:11 15:5,10,13
**fencing** 13:14 14:17
**field** 156:6
**fifth** 112:12 254:11,12

**fifty** 31:10 152:18
**figure** 92:8 284:19 315:1,5
**figured** 53:19 53:20
**filed** 317:21,23
**files** 225:23
**fill** 18:9 156:5
**final** 221:19,24 224:16,18 226:22 227:9 268:8 275:23 277:1
**finalist** 128:13
**finalists** 128:5 128:5,14
**finally** 12:12
**finance** 42:12
**financial** 112:3
**financially** 322:15 323:11
**find** 72:6 174:3 254:3
**finding** 254:10
**fine** 96:2,2 126:20 190:20 305:11
**finish** 12:6,6 212:7 259:4 273:19
**finishing** 20:17
**fire** 140:3 150:24 182:15

183:3 221:19 222:2 224:6 227:6 276:3
**fired** 303:12,15 306:23
**firing** 221:21 222:3
**first** 8:3 15:22 15:24 18:3,4 19:15,15 21:5 26:18 35:16,20 39:24 48:11 54:8 67:3 74:13 87:20 90:3 92:16 102:4,9,9,17 103:1,5 110:10 111:4 132:22 155:21 167:16 184:13 185:11 185:21 186:18 201:6 208:24 210:1 229:12 230:19 236:17 252:4 263:4 265:16 276:17 285:8 292:22 297:19 298:19 307:19 313:15 315:16,17 320:16
**fitness** 266:11
**fits** 166:5

**fitzgerald** 2:13 7:4,5 11:11,14 11:23 12:4,9 25:14 33:7,12 33:15 45:11,13 48:2 50:23 51:1,5 59:9,12 60:21 75:18 76:4,7 77:6,9 80:6,11,21 81:3,8 82:10 82:15,17,21 83:1 87:11 101:6,20 102:6 103:19,23 104:8 109:7 126:16 141:1 147:21 151:5 158:3 161:13 177:22 181:18 181:22 183:15 185:12,23 195:1,3 196:4 196:6 207:6 210:12 248:20 248:24 249:5 255:20 257:14 269:24 274:13 274:17,21,24 275:13 297:7 305:2 306:11 308:17 309:16 311:12 314:2 314:10,14

Case 3:25-cv-00528-KAC-JEM    Document 46    Filed 01/21/26    Page 350 of 406
PageID #: 1292

318:12,20
319:2,8,12,18
320:2,20
**five** 16:2 19:21
37:23 66:3
153:21 154:6
225:18,19
254:17
**fix** 112:4
**flag** 252:4,14
**flew** 75:6 76:15
128:2,6,6,9,9
128:11
**flickers** 320:21
**flies** 128:19
**flora** 204:4
**floyd** 242:10
244:6 245:10
315:6,10,11
**fly** 128:17,18
128:20,23
**flying** 128:15
**focus** 17:7
53:12,13,22
143:15
**focused** 20:20
**foia** 98:4,5
100:3,7,7,9,18
**foia'd** 97:23
**folks** 10:2
**follow** 62:4,7
76:18 141:13
158:23 161:21
265:23 270:22

287:23 313:2
**followed** 62:1
282:5
**followers** 91:10
**following** 19:14
91:9 267:2,20
268:24
**follows** 8:5
290:12
**foods** 51:14
**football** 52:7
**ford** 10:20
**foregoing**
322:3,4 323:4
**foremost**
167:16
**forgotten** 36:12
157:22 177:14
**form** 25:14
26:11 28:16
75:18 77:9
80:6,21 81:5,6
82:20 87:11
99:19 102:6
109:7 141:1
147:21 158:3
161:13 177:22
181:18 185:12
195:1 207:6
255:20 257:14
275:4 297:7
305:2 308:17
309:16 311:12
314:2,10,14

319:2
**formal** 302:14
**format** 147:9
147:10
**former** 18:13
29:2 45:9
49:17,18,18
50:6 51:14
91:7
**forms** 218:16
**forth** 26:9
43:16 164:22
268:3 291:17
**forty** 153:15
234:5,6
**forums** 195:24
**forward** 232:11
238:8 261:20
**forwarded**
109:19,21,22
219:11 230:7
**forwarding**
201:3
**forwards**
293:21
**foster** 132:23
**found** 73:10
85:17 266:5,21
**founded** 202:5
**founder** 201:11
**founding**
102:19
**four** 21:1 32:23
71:22 72:11

73:7 107:4
128:5 152:17
152:19,22,23
153:2,3,16,21
153:22 170:23
190:23 254:17
**fourteen** 38:13
**fourth** 111:24
**frame** 9:1
**franchise** 15:13
**franchises** 49:8
**frank** 284:3,7
284:11,15
**frankly** 11:21
53:21 60:14
153:9 249:19
258:17
**fraternities**
34:8
**fraternity**
34:11
**free** 17:6,10,20
18:10 19:5
20:8 35:14
65:1,3 164:1
164:20 174:2
178:11 241:20
242:1 263:4
287:8 289:11
293:4
**freedom** 97:23
98:21,22
102:15,16,21
103:6,8,11

Case 3:25-cv-00528-KAC-JEM    Document 46    Filed 01/21/26    Page 351 of 406
PageID #: 1293

178:17,20,21
242:5,10
243:14 246:1,4
246:9,14,18,19
247:5,10,14,17
248:9 266:22
320:5,7
**friday**  286:24
**friend**  31:18
39:7,8 41:13
41:14 68:12
74:23 84:2,2
148:13 150:16
**friend's**  75:8
76:18,21 77:4
106:1,9
**friendly**  16:17
16:19
**friends**  10:22
28:21 40:8
42:21 44:16
46:22,24 49:22
49:24 50:8
51:15,18,23
73:7 75:3,4
85:17 97:17
98:9,10 148:7
149:15,22
150:13,21
**front**  16:22
37:8 90:17
106:10 237:5
**frustration**
184:16 187:9

**fuck**  77:2 88:15
114:13
**full**  72:1 73:2
76:14 88:6
107:7 126:3
152:6 194:12
216:4 252:22
253:2 268:1,13
276:17,20,24
277:6,11
**fully**  140:21
**fun**  120:10
146:12
**functions**  47:21
47:21
**funding**  305:20
307:8
**further**  34:5
171:5 281:14
319:14 322:13
323:9
**fussed**  12:8
**fussing**  12:5
**future**  253:11
**fyi**  214:5

**g**

**g**  6:1 178:8
**game**  10:17
52:7 73:16
80:18 251:24
**gaps**  199:18
**gas**  14:21

**gaza**  113:3
242:9 244:6
245:14,15,19
245:20
**general**  7:5
25:1 43:17
46:1,9 61:20
108:17,18,23
118:10,22
129:23 155:19
158:22 159:3,7
159:24 163:9
163:15 169:8
193:21 197:18
205:8,9,10,11
205:13 216:13
216:14 224:3
226:6 228:13
243:23 246:18
246:19,20
247:3,9,19
248:8 249:11
249:12,13
271:2,14 272:6
272:16,20,21
273:8,13 274:2
275:5 299:10
**generally**  9:2
25:11 35:12
95:17 102:14
116:18 152:3,5
153:21 154:14
165:3 256:10
256:11,12

277:16 302:1
**genocide**  72:1
73:2 107:7
108:4 110:4
**gentile**  203:4,4
203:5,6,7,8,17
204:1 206:21
**gentleman**
55:12 211:18
**geographically**
51:9
**george**  242:10
244:6 245:10
315:6,9,11
**georgia**  251:24
**getting**  19:6
23:5,12 115:21
202:20 217:10
217:23 218:13
218:15 275:18
275:21 292:6,8
**gill**  235:17
**gill's**  235:15
**girls**  252:15
**give**  13:17,24
16:8,10 38:20
125:8 166:3
173:11 222:14
225:18 238:3
289:6
**given**  8:15 9:9
40:21 298:22
299:23

Case 3:25-cv-00528-KAC-JEM     Document 46     Filed 01/21/26     Page 352 of 406
PageID #: 1294

gives 221:7
222:24 251:15
giving 16:12,14
241:10 272:12
286:3
glad 252:4
315:11
glenn 179:11
179:14,18
glorification
242:7 243:22
glorified
221:11
go 7:3 10:13
13:17 14:14
17:5,11,15,19
18:2 19:17
20:7 21:12
28:11 31:3
32:7 37:17
39:24 40:23,24
52:7 63:10,17
81:8 83:12,16
110:24 113:11
114:6 116:19
120:10 131:8,9
141:13 164:12
181:5 183:18
185:2 187:15
192:1,20
207:21 213:23
226:5 227:11
228:8,16
242:18 254:6

274:24 282:23
285:6 312:5
318:20
goal 15:21
205:1
goals 21:13
32:7
god 74:24 75:1
76:17
goes 10:21
222:6
going 11:21
12:17 13:15,21
15:16 18:18,24
20:5 23:15
30:22 39:24
50:14 51:9,9
53:3,19,20
54:15 56:20
59:19 66:12,14
71:19 76:5
80:20 81:5
82:13,16 83:2
84:19 92:23
98:19 100:16
103:19 110:11
113:1 116:19
120:6 133:19
147:13 150:8
155:17 156:12
159:11 160:9
163:11,12,13
163:23 165:12
168:2,17,18

171:2,3,23
172:7 173:15
175:22 176:2,7
184:1 189:22
190:21 193:19
200:4,7 206:11
209:4,11 217:5
218:11 221:20
221:21,24
231:22 234:15
238:2 245:15
247:9 259:23
259:24 260:1,2
260:2,19,23
265:2 267:4
270:8 272:18
272:22 273:22
278:24 279:5,6
286:21 290:9
291:11 292:12
295:6,17,22
297:12 300:8
300:15 301:16
318:14
good 6:2 8:10
8:12 49:24
62:23 85:12
124:5 126:21
138:18 153:11
159:20 160:1,1
169:18 181:12
181:14 192:7
193:9 214:16
219:18 221:12

221:13 229:2
229:19 237:16
280:21 289:5
goodness
282:15
goodwill
305:20
gotten 116:12
271:6
govern 268:20
governing
266:22
government
18:16,18 19:10
35:15 198:3
233:17,20,21
234:1,1,2
304:17
governor 18:14
19:16 20:3,3
21:1,4,23
22:24 23:4,5
24:1,5,10,17
39:13,17 44:13
49:17,19
123:18 227:6
governor's
19:2
grab 12:19
gracious
282:15
grade 22:15
graduate 14:8
42:10 64:8,12

Page 30

Case 3:25-cv-00528-KAC-JEM   Document 46   Filed 01/21/26   Page 353 of 406
PageID #: 1295

140:21 153:1 153:13,15 262:9

**graduated** 14:4 14:5 153:7

**graduating** 20:13

**grandfather** 91:6

**grant** 23:9

**grants** 64:17 234:9

**gratitude** 251:20

**great** 23:8 42:16,17 73:16 150:22 187:2 211:22

**green** 299:23

**gregory** 211:18 211:19

**grew** 9:23 72:7

**grills** 232:16,18 232:21,22 263:15

**grosse** 9:24 10:4

**ground** 9:12

**grounded** 253:12

**grounds** 77:10

**group** 85:17 97:17 98:7,11 99:24 113:2

149:15,21 150:21 199:9 205:19 232:7 252:15,23

**groups** 30:24 31:1 33:17,18 33:19 39:7,8

**grow** 156:6

**guard** 127:7

**guess** 45:16 53:3 59:2 61:5 67:16 71:6 72:7,10 95:9 111:8 116:22 129:16,17 130:22 135:11 171:24 200:20 221:1 229:19 229:22 230:1 282:1,2 284:9 288:24 291:23 291:23 292:5 297:24 307:4,6 318:3

**guesses** 245:19

**guessing** 24:21 66:10 281:24 291:3

**guiding** 167:12

**guy** 18:18 73:19 74:24 148:13

**guys** 40:8 148:16

**h**

**h** 3:5 4:1 5:1 65:4

**hacked** 99:7

**half** 15:20,24 23:15 128:14 212:5

**halls** 23:15

**halt** 307:14 308:6

**hand** 7:22 55:21 59:19 66:20 71:19 163:23 185:1 202:22 209:11 212:9 213:21 231:22 232:1,2 234:15 238:2 279:5 280:10 286:22 292:12 293:23 297:12

**handbook** 193:17 195:6 277:14

**handed** 61:8 66:21,22 74:6 90:15 199:4 200:18 203:3 208:6 212:11 215:4,19 223:7 229:6 236:17 276:18 283:6 289:23 293:1

**handing** 60:11 66:16 119:2 196:20,21 211:17 264:9 279:21 281:5 317:2

**handle** 240:1

**hang** 40:10 44:18

**happen** 161:2 252:16 270:10 288:17

**happened** 11:19 69:24 121:7 161:9 182:16 268:20 270:21 285:23 295:19

**happening** 282:17 284:16

**happens** 11:8,9 62:7 162:5 227:9

**happily** 9:20

**happy** 76:13 146:23 275:10 276:8

**hard** 11:7 148:11

**hardgrave** 204:2

**harm** 180:16 190:6 218:4,8 218:11 267:17

Page 31

Case 3:25-cv-00528-KAC-JEM Document 46 Filed 01/21/26 Page 354 of 406 PageID #: 1296

311:15
**harm's** 71:1
78:12 296:3
**haslam** 18:14
21:23 38:24
49:16,17,19,20
281:10
**hate** 72:1 73:2
107:7 122:24
123:10 242:6
243:22 252:22
253:2
**hateful** 69:4
159:22,23
**hatred** 76:14
**hazard** 168:19
**head** 139:9
156:12 292:18
**heading** 219:10
**headline** 72:10
201:10 202:10
**headlines** 37:14
**health** 231:2
**hear** 15:3,7
205:23
**heard** 9:13
13:10 110:19
111:2 117:14
117:20 187:16
213:8 309:12
**hearing** 7:20
43:2 116:6
170:3 181:13
268:6,9 277:2

278:2
**heartless** 68:10
83:20
**hearts** 250:24
251:6 253:15
**heath** 219:16
**heckling** 57:16
58:11,16
**heinous** 208:20
**held** 151:20,21
**helen** 4:3
219:10,11
221:2,3
**hell** 237:7
**hello** 7:4
232:15
**help** 17:1,2
56:21 60:18
64:10,15,17
193:5 205:1
216:10 235:3
260:11 288:13
288:19,22
297:22
**helped** 18:11
23:19 61:15
216:12,14
**helping** 20:16
299:10 301:14
**hemingway**
35:5
**hereto** 322:15
323:11

**hey** 9:19 12:14
61:5 73:16
259:24
**hi** 219:16
**hiding** 73:1
**high** 14:4 22:14
22:14 240:4
**higher** 4:10,15
4:19 18:16,22
19:3 22:1
151:20,21
203:10,14,15
236:18 256:9
279:9 280:12
**highest** 164:12
**hill** 1:18
**hillsboro** 2:5
**hire** 112:13
192:6 224:6
241:4,6
**hired** 127:19
155:18 156:19
241:2
**history** 131:1
**hmm** 27:21
124:22 173:23
305:15
**hoc** 268:6,9
277:2 278:2
**hold** 251:23
**holding** 9:4
**holt** 39:3,14
50:5

**home** 128:7
296:6
**honor** 133:1
134:6 286:2
**honored**
285:22
**hope** 110:12
147:17 156:10
156:14 219:18
252:6 297:20
**hopeful** 206:21
207:4
**hopefully**
133:17
**hoping** 262:9
**horrible** 75:12
116:20 276:1
**horrified**
166:12
**horses** 13:15
**hour** 12:17
126:18 217:6
248:5 299:21
**hours** 23:14
199:10 207:17
211:10,11
**house** 39:16
301:1
**housing** 112:3
**hr** 47:12
**huge** 10:9 53:4
112:2 286:1,5
**huh** 11:5

Case 3:25-cv-00528-KAC-JEM    Document 46    Filed 01/21/26    Page 355 of 406
PageID #: 1297

| | | | |
|---|---|---|---|
| **humans** 252:22 | 289:5 | 194:9 206:11 | 191:20 244:19 |
| **hunch** 177:8 | **ideally** 190:11 | 217:7 220:9,16 | 244:21 |
| **hundred** 13:10 | **ideas** 137:18,18 | 225:4 238:14 | **important** 38:5 |
| 15:21 32:15 | 140:15 164:19 | 286:19 | 53:14,16 63:11 |
| 65:5 127:23 | 164:21,21 | **imessage** 26:9 | 70:13,15,15,17 |
| 210:7 284:15 | 174:3 | **immediate** | 70:17,18 71:6 |
| **hundreds** | **identification** | 205:1 217:11 | 77:16 81:9,12 |
| 317:10 | 198:22 200:13 | 262:15,17 | 84:12 95:14 |
| **hurt** 165:19 | 202:19 208:4 | **immediately** | 149:24 170:9 |
| 171:12,14,16 | 209:9 212:19 | 78:10 217:7,18 | 170:10,11,18 |
| 184:16 187:9 | 215:2,17 | 252:23 | 172:9 175:11 |
| 295:23 | 218:22 223:5 | **immigrants** | 191:21 233:22 |
| **hurts** 60:1 | 231:20 236:13 | 112:1 | 234:2 240:21 |
| **husband** 91:6 | 237:14 264:7 | **immigration** | 241:12 285:14 |
| 158:8 | 279:19 280:5 | 112:5 | 287:16 311:3 |
| **hussein** 74:24 | 280:19 282:13 | **immoral** | 316:6,7 |
| 75:10,12 | 286:11 299:18 | 164:24 165:11 | **importantly** |
| **hypothetical** | **identify** 7:2 | 165:12 173:21 | 9:14 17:13 |
| 75:19 76:19 | 64:14 301:24 | 174:4,6,11 | **impressive** |
| 77:11 | **ideological** | **impact** 19:13 | 32:15 39:4 |
| | 306:3 | 64:22 105:14 | **inappropriate** |
| **i** | **ideology** | **impartial** | 96:12 |
| | 255:11,12,23 | 133:12 137:12 | **incident** 36:6 |
| **i.e.** 90:4 269:2 | 256:5,8,14,19 | 138:21 | 312:9,13 |
| **ian** 221:9 | 256:21,24 | **implementing** | **incidents** 242:6 |
| **idea** 19:23 | 257:3,11,17,18 | 266:3 | 243:21 |
| 58:19 117:19 | 257:20,21 | **implied** 181:6,7 | **incite** 88:8 |
| 124:5 159:20 | 313:22 314:5 | **implies** 181:11 | 120:22 170:6 |
| 165:15,20,21 | **ignore** 62:18,20 | **imply** 181:10 | 170:13 171:3 |
| 165:23 169:18 | **illegal** 112:1 | **import** 63:15 | **incited** 88:20 |
| 193:9 209:20 | **imaged** 33:8 | 67:10,13,15 | 169:23 |
| 214:16 229:21 | **imagine** 61:22 | **importance** | **incites** 169:17 |
| 232:13 248:2 | 133:16 148:6 | 53:14 74:19 | **include** 57:15 |
| 252:11 275:20 | 157:9 172:6 | 103:12,12,15 | 97:4 262:9 |
| 278:10 285:10 | | | |

Case 3:25-cv-00528-KAC-JEM    Document 46    Filed 01/21/26    Page 356 of 406
PageID #: 1298

281:23
**included**
193:16 242:4
261:20
**includes** 37:23
214:6 257:10
293:5
**including** 7:7
12:16,18 31:15
150:4 158:19
169:5 174:3
199:5 266:14
266:23 278:17
**income** 121:5
**inconsistent**
70:21
**incorrect**
100:14
**incredible**
13:24 20:15
73:19
**indecent**
164:24 174:4
**indication**
184:1
**individual**
19:19 72:22
166:9 172:6
225:12 264:19
301:11
**individual's**
107:16
**individually**
204:23

**individuals**
57:16 174:2,10
176:6 179:19
180:5 226:1
**indoctrinating**
255:6,9,15
**indoctrination**
254:1,2,3,14,23
255:3 262:7
**ineloquent**
68:10 83:19
**infer** 291:14
**inflammatory**
159:12,15
**influencer**
213:17,19
**influential**
235:20
**inform** 258:7
**informal**
267:22
**information**
57:8 65:21
67:23,24 87:22
97:24 98:21,23
115:21 122:13
175:19 191:13
191:14 205:4
214:5 238:3
316:14,20
317:12,17
319:5
**informed** 87:19
205:5

**initial** 67:22
72:8 74:19
77:16 78:20,21
80:3 106:1,3,9
106:12 107:2
107:10
**initially** 225:13
**initiative** 16:16
18:21,23
**initiatives**
20:16,18 65:6
**input** 292:6,8
**inquiry** 230:4
**insensitive**
68:10
**insights** 205:20
**instagram** 26:8
26:15 30:3,3
30:11 90:17,24
93:10
**instance** 58:18
84:1 95:20
224:18 228:21
230:21
**institute** 133:8
135:7
**instituted**
264:23 265:2
**institutes** 37:23
**institution**
97:22 99:13
**institutional**
59:20 132:19
133:2 134:6

139:18 140:14
169:2 205:20
**instructed** 5:6
307:11,14,20
307:22 308:1,5
308:8
**instruction**
11:12
**instructions**
61:2
**intelligence**
124:4,7
**intended** 6:18
**intent** 302:11
**interact** 54:2
**interest** 51:5
**interested**
21:19 322:15
323:12
**interesting**
11:3
**interfere**
178:16
**interim** 197:22
**internally**
199:18
**internet** 121:3
124:13
**interpret** 89:6
122:5,6 179:22
180:14 273:24
274:3
**interpretation**
273:11 274:3,9

www.veritext.com

**interpreted**
141:11 142:1,9
142:24 143:13
144:19 145:4
149:1 161:10
162:17,20
273:6,8
**interrupt** 12:3
**interviews**
128:15,16
**introduced**
247:16
**intuitively**
149:10
**investigate**
58:8,15 65:15
65:16 117:22
123:9 131:21
131:24 176:18
194:22
**investigated**
58:23
**investigating**
126:2 189:5,7
189:9,16,18
190:1,17 216:2
**investigation**
59:6 189:10,13
189:17,20,21
189:24 190:4
190:14,14,19
191:2 192:16
192:23,24
193:10,16

194:1,3,9,11,21
195:10,14
302:14
**investigations**
176:20,23
**investigative**
175:3,8,15
**invisible** 15:5
15:10,13
**invited** 178:14
**invoke** 267:11
269:4,7,11,18
270:8,14,15
271:22 272:4
274:7
**invoked** 270:9
271:17
**invoking**
269:18
**involve** 8:21
259:2,9,13
260:6
**involved** 33:17
33:20 133:20
134:10,12
192:13,15,22
192:24 194:1
223:23 229:24
244:10 269:14
269:15 308:19
309:4,7 310:7
**involves** 93:7
134:20 259:13
260:3,5 261:7

**involving** 36:20
43:23 267:17
309:8
**irrelevant**
118:2,4
**irresponsible**
78:5
**issue** 89:18
110:17 133:9
133:19 135:8
136:3 140:18
140:23 191:24
230:10,13
231:9,10
244:19,20,22
282:18 293:21
306:19,20
307:9 311:9
316:2,6,7
**issued** 230:10
230:14
**issues** 43:23
110:17 139:23
205:19 245:22
258:2 291:22
293:23 309:4
**issuing** 320:4
**it'd** 108:21
**it'll** 60:18 232:2

### j

**j** 222:23
**jack** 304:4,5,8
304:10

**jackson** 46:19
112:12
**jacobs** 219:13
221:5,7,7
222:14,15,22
**james** 211:18
211:19
**jamie** 38:21
41:2
**jan** 242:9 244:9
**january** 1:15
6:9 110:10
244:6,10,18
245:7
**jem** 1:7
**jenkins** 38:22
45:4,5,6,7,8,15
46:14 281:9
**jepson** 92:22
**jesus** 72:5 73:8
107:8,18
**job** 1:21 13:17
13:18,24 18:17
21:6,6,9 23:11
25:9 55:1
56:19,21 57:3
71:5 115:18
127:21 146:5
148:2 192:6
247:20 310:2
**jobs** 19:4 20:13
270:5
**joe** 21:14 162:4
162:5,6,8,13

www.veritext.com          Veritext Legal Solutions          800-556-8974

**john** 21:22
38:19 40:1
223:12 229:16
229:17,17,18
229:24 230:1
239:3
**joined** 40:4
91:9
**joni** 1:20 6:3
322:2,17
**journal** 3:10
4:18 200:20,21
279:23
**jubilee's** 121:2
**jud** 287:4
**jude's** 31:2
**judge** 228:7
**judgment**
62:23 63:7
159:16,18
166:13 168:5,7
192:7,10
**july** 113:4
**jumping** 242:7
244:2
**june** 112:7,15
**justice** 68:13
**justified** 78:1

**k**

**k** 91:10
**kac** 1:7
**keep** 27:24
29:16 56:19

71:7 81:4
82:13 83:2
115:18 178:4
193:19 214:16
228:22 231:5
286:1
**keeping** 14:22
214:11,14
**kemp** 239:10
239:11
**kept** 35:10
**ketanji** 112:12
**key** 205:4
**kick** 260:19,23
**kids** 16:9 18:5
75:11,11 76:23
76:23 88:13
107:1 114:10
114:11
**kill** 171:4
181:16,20
**killed** 74:24
191:1 198:14
**killing** 75:2
183:3 201:7
**kind** 10:24 13:4
17:21 52:11
56:19 84:21
91:2 135:24
142:16 203:19
222:5 229:13
233:2 241:18
272:19 278:14
285:6,7 289:10

300:4 301:18
**kindness** 276:6
276:9
**kirk** 35:17,21
36:21,23 37:1
37:3 50:16
55:13,15 57:13
68:20 69:8,11
70:5 73:8
83:10 89:8,22
105:10 107:14
107:17 110:6
110:10,14,18
112:7,14,20
113:4 114:3,23
117:9 118:5
120:9,13 121:3
121:15 122:15
132:1 137:24
138:6 150:22
174:18 198:10
198:13 200:8
201:5,11,22
202:6 204:20
208:21 242:8
244:2 252:17
285:23 286:7
302:18 314:21
316:6
**kirk's** 37:7 69:9
71:22 72:11,23
72:24 89:11
106:2,4,13,22
107:4,11 120:8

237:6,8
**kirks** 284:7
**knew** 15:17
36:3,5,10
71:14 131:18
132:1 133:13
207:11,14
211:10 213:5
213:18 309:10
311:10,18
**know** 8:18 9:21
11:1,1,8,15
15:18 21:3
23:6,10,12,17
24:11,17,20
26:4,8 29:6
30:11 32:11
33:19 34:8
35:16,18,19
36:14,19,19
38:14 39:18,19
39:20,22,24
40:1,6 41:3,5
44:11 45:18
46:11,12,20
47:15 48:12,23
52:18,19 53:3
53:10,12 56:4
56:8,12,12,12
59:1 65:17,18
65:18,19,20,23
65:24 66:8,20
73:17 81:1,7
83:13 84:7,8

Case 3:25-cv-00528-KAC-JEM     Document 46     Filed 01/21/26     Page 359 of 406
PageID #: 1301

| | | | |
|---|---|---|---|
| 84:11,12,13,17 | 155:18 156:2 | 219:24 220:2 | **knowledge** |
| 85:16,21,22,23 | 158:5,17 | 221:2 226:16 | 63:22 64:15 |
| 86:1,2,4,10,14 | 159:22 160:11 | 229:17 230:4 | 83:9 120:14 |
| 86:15 87:4,13 | 160:16 162:15 | 230:12 232:7 | 123:8,9,11 |
| 87:17,18,23 | 163:21 168:1,3 | 233:1,4 235:4 | 136:20 155:19 |
| 89:5,7,9,13,14 | 168:9,10,11,14 | 235:21,22 | 158:7 179:17 |
| 89:19 90:22,23 | 170:17 171:14 | 236:2 237:7 | 253:5 262:22 |
| 90:24 93:1,1 | 171:15,18 | 238:6 240:8,10 | 270:21 316:13 |
| 95:13,15,17,19 | 172:1,3,11 | 244:17 249:16 | 316:19 317:11 |
| 95:19 96:10,15 | 173:1 175:8,14 | 250:1 253:7 | 317:12,16 |
| 96:20,21 98:17 | 177:12,14 | 258:18 260:12 | 322:10 323:6 |
| 100:16,17 | 178:1 179:11 | 261:1,4 263:2 | **known** 41:11 |
| 103:3 104:23 | 180:1 182:19 | 263:20 269:13 | 41:16 42:19 |
| 105:7,14 106:5 | 182:21,23 | 271:11 277:13 | 44:12 45:15 |
| 106:14 108:1 | 183:22 184:7 | 278:13,16,18 | 48:21 49:19 |
| 109:19,22 | 184:20 186:7 | 278:21 281:20 | 50:7 66:3 |
| 110:4 112:17 | 186:11 187:15 | 282:3,4,6 | 68:23 203:17 |
| 112:22,22 | 189:23 190:3 | 284:7,24 | 207:1 |
| 116:24 117:5 | 190:13,15,19 | 285:15 289:4,6 | **knows** 109:3,4 |
| 117:15,18,24 | 190:20,22,22 | 290:10 291:8 | 109:5,5 127:13 |
| 118:16 121:10 | 191:2,4,20 | 293:14 294:5 | **knox** 17:4 |
| 121:14 122:4,9 | 194:12,13,14 | 294:13,17,20 | 19:23,24 185:4 |
| 122:11 123:1 | 194:16 195:5,6 | 296:24 297:1 | **knoxville** 1:2,8 |
| 123:12,12,13 | 200:2 201:21 | 300:6,7,13,23 | 1:19 2:11,16 |
| 123:15,16 | 201:24 202:3,5 | 301:2,7 302:16 | 6:8,10 16:16 |
| 124:3 125:5,9 | 202:7,10,12 | 303:13 304:1,9 | 19:23 34:13 |
| 125:17 127:8 | 205:9,12,13,14 | 304:20 309:13 | 40:2 126:1 |
| 127:14 128:20 | 206:7,23 | 309:17 311:14 | 189:8 199:13 |
| 129:3,10 | 207:19 210:8 | 313:7,8 314:4 | 216:1 219:5 |
| 131:17 134:20 | 210:10,21,23 | 314:6,17,19 | 230:23 231:10 |
| 138:14 139:13 | 211:3,19 213:4 | 315:5 319:24 | 252:15 |
| 143:2,17,17,19 | 213:5,13,18,20 | **knowing** 67:16 | **korea** 32:2 |
| 144:6 148:9,9 | 215:7,10,21,22 | 67:23 | **kyle** 112:19,23 |
| 148:12 152:7,9 | 216:14 219:20 | | |

www.veritext.com          Veritext Legal Solutions          800-556-8974

## l

l 92:23
**label** 202:16
**labeled** 132:18
**labs** 37:24
**lacey** 205:7,10
205:13 206:1
**lacey's** 206:4
**lack** 92:11
316:13 317:16
**lacked** 316:18
316:19 317:11
317:12
**laden** 75:2,13
76:12,13,18
**lake** 10:21
**land** 23:9
**lang** 38:22
44:10 281:9
**large** 315:24
**latitude** 140:16
**laughs** 251:7
253:16
**laughter** 287:4
**law** 86:22
87:10,15
100:17 129:18
129:19,20
130:3,9,15
179:16 184:11
186:9,16
193:15,18
292:18

**lawful** 318:24
319:1
**laws** 6:20
**lawsuit** 225:24
309:6 318:10
319:23,23
**lawyer** 44:14
52:23,24 87:12
87:14 100:14
100:22,22
127:6 129:2
186:14
**lawyers** 87:19
87:20 246:5
**lead** 18:20,21
116:1 300:1,8
**leader** 40:2
41:6
**leaders** 38:6
253:11 256:12
**leadership**
59:21 132:19
169:3 193:21
204:21 243:8
243:12 246:21
249:19 251:20
261:19
**leading** 41:10
**leads** 140:9
255:19
**lean** 29:17
**leaning** 255:23
**learn** 23:1
36:17 37:1

68:19 108:3
127:20 140:17
140:22
**learned** 36:24
87:23 110:3
119:18,22
210:1,4,11,16
211:6,7 300:17
**learning**
246:15
**leave** 264:2
309:4
**led** 34:24
125:20 126:6
173:15 195:24
249:12,14
**lee** 24:15,17
44:13
**left** 29:3 51:3
51:10 252:23
255:23
**legacy** 20:24
**legal** 2:4 42:4
44:13 46:9
98:13,18 102:7
103:23 104:9
112:1 129:10
129:14,16
151:10 185:13
205:20 311:13
313:3 318:3,4
**legally** 100:14
**legislative**
305:20

**legislature**
305:23
**letter** 67:1 83:5
83:7 88:5
104:13 108:5,7
108:15,15
109:6,8 110:8
110:13,20
120:7 178:8
232:11,12,17
232:19,21
234:23 235:2,6
235:7,11 246:9
263:15 264:12
264:13,14,16
264:17 265:17
268:18 271:18
278:10 281:15
287:10 292:15
292:17,17
**letters** 263:14
**level** 154:9
189:12,13
**liberal** 165:1
174:5 235:23
**licari** 204:7
**lieutenant**
39:17
**life** 16:11 17:13
19:7 20:11
94:15 145:19
170:15 212:4
232:2

Case 3:25-cv-00528-KAC-JEM   Document 46   Filed 01/21/26   Page 361 of 406
PageID #: 1303

light   299:23
likely   99:5
  150:23 187:4
  290:14
likes   15:7
  250:24 251:6
  253:15 262:4
limb   53:4
limit   112:2
  288:13
limits   149:4,5
  149:10,13
  258:10 288:12
lincoln   128:2
  128:10,11
linda   197:6
line   5:7 87:10
  103:20 104:9
  254:3
lines   32:17
lions   10:8,8,9
  32:17,18,22
list   26:11 120:5
  237:8 249:15
listen   15:2
  130:17,19
  140:17,22
  190:11 222:5
listening   15:1
listens   190:10
listing   245:21
literal   142:6
literally   12:13

litigation   42:14
  317:24
little   11:21
  19:23 21:15
  36:18 40:11
  65:18 66:14
  72:6 300:1
lived   9:17
lively   178:20
lives   22:6 64:24
  114:21 115:5,8
  115:11,15,19
  116:1,4,10
  118:7 140:9
  145:15 166:21
  173:19 174:22
  183:8 184:3
  195:17 237:7
living   76:24
  88:14 114:11
  181:17,21
  182:6,10 183:3
  183:12 237:7
loathe   178:18
location   1:17
logic   278:15
logical   278:17
long   9:17 11:21
  15:2,8 32:7,22
  42:19 45:15
  46:24 49:19
  51:18 66:17
  99:5 104:15,22
  148:22,24

203:17 247:24
  248:2 260:17
  261:10 280:22
  298:12 299:22
  313:1
longer   18:1
  152:21 222:2
  248:5
look   18:21
  21:23 37:4
  59:24 74:8
  106:6 124:13
  178:8 183:22
  183:23 193:8
  196:22 203:20
  207:22 210:13
  219:24 220:1
  259:20,21
  266:16 292:14
  316:17 317:9
looked   170:23
  261:13
looking   51:1
  89:20,21 131:3
  136:18 190:5
  220:18 254:24
  283:13
looks   200:19
  203:20 219:22
  221:12,13
loss   206:21
  207:4 268:14
lost   21:10 23:2
  75:7 277:7

lot   10:3,20,22
  15:11 25:10
  64:24 70:6,9
  84:14 126:9,9
  152:6,21 163:4
  163:5,9,12
  172:18,18
  242:17 255:14
  255:22 262:16
  288:16 291:21
  291:22 298:11
  298:18,24
  316:9
lots   157:7
  246:8 291:21
loud   71:21
  164:17 178:9
  260:16
love   42:15
loved   75:7
lower   35:15
lunch   12:16,19
  21:17 40:16
  126:18 127:8
  296:16
lunches   23:15

m

mad   251:2,7
  253:16
made   13:14,23
  20:6 32:12
  68:7,9 72:22
  77:15 79:18

Case 3:25-cv-00528-KAC-JEM   Document 46   Filed 01/21/26   Page 362 of 406
PageID #: 1304

80:3 81:24
82:1 83:10,11
83:18,20,21
90:6,9 96:14
109:2 110:13
111:8 116:9
121:19 123:24
131:18 135:11
135:14,15,18
137:22 139:7,9
141:11 142:1
143:1,14
144:19 145:4
149:2 157:13
158:14 162:17
163:19 166:13
170:5,12 171:2
171:6 172:3,7
176:6,12
191:21 207:20
208:20 212:12
216:7 221:9
228:23 232:17
237:6 240:15
240:15 241:16
251:16 263:19
263:20 264:1
268:15 275:22
276:11 277:8
300:18,20,24
301:1,5,15
303:11,16,19
307:1

**magazine**
246:9,10
**mail** 122:24
123:10
**main** 53:22
54:4,5 75:16
232:10 233:2
**maintaining**
164:19
**majority**
255:21
**make** 15:1
16:16,22 19:3
19:5,9,12,13
22:5 54:21
64:12,15,22,24
69:1 71:5,7
74:11 76:20
77:5 80:13,13
81:10,17,20,20
81:23 83:15
90:14 91:18
92:9,12,12,14
96:15 99:18
102:20 111:10
117:18 119:4
120:16,19
124:21 125:20
125:21 130:21
131:23 133:17
133:22 139:15
142:8 145:8,11
147:24 161:18
161:19 162:19

163:8,12,16
167:4,5 168:2
168:17,20
186:17 187:23
212:3,8 216:9
216:10,24
217:3 223:1
227:9 228:9,11
228:18,21
232:2 243:1
244:7 257:16
263:7 264:21
272:1,2 273:18
284:8 297:4,10
298:2
**makes** 71:14
78:20 79:16
80:19 120:20
163:1 224:16
224:18 294:7
**making** 16:20
42:5,7 43:19
54:21 68:14
69:13,13 80:1
82:4 104:17
114:20 115:2
119:7 131:22
133:3 134:7
150:1 160:21
167:16 205:4
214:12 228:10
228:13 240:19
302:11

**male** 57:16
**mallon** 53:1,5
**man** 180:7
**manage** 37:24
92:3,6 93:3,4
233:21 241:7
**managed** 91:15
**management**
228:3
**manager** 21:8
**manages** 93:11
**managing**
241:8
**manner** 6:21
13:9 52:12
58:6,7,9,13
123:7 313:2,6
313:9
**marathon** 31:3
31:6
**marathons**
31:2,9,13
**march** 23:2
**mark** 60:3,18
60:23 200:10
209:4,6 211:14
214:22 218:19
231:17
**marked** 55:22
59:22 66:16
71:20 163:24
198:19,21
200:12 202:18
208:1,3 209:8

| | | | |
|---|---|---|---|
| 209:12 211:14 | **materials** 212:9 | 309:7 | 229:23 230:20 |
| 212:16,18 | **matter** 6:7 15:7 | **matthew** 56:11 | 232:3 241:2 |
| 215:1,14,16 | 28:3 43:22 | 56:13 284:3,7 | 244:9 246:22 |
| 218:21 223:4 | 53:5 78:1,22 | 284:11 | 252:6 255:9 |
| 231:19,23 | 85:7 86:12 | **maxivan** 14:17 | 259:16 271:5 |
| 234:10,16 | 87:9 98:1 | **mayor** 16:24 | 275:2,7 276:9 |
| 236:12 237:13 | 117:16 126:2 | 17:1 49:18 | 277:19 278:9 |
| 250:9,11,13,14 | 129:18 134:21 | **mcclung** 230:6 | 284:18 286:16 |
| 250:16 264:6 | 137:22 138:5 | **mckinney** | 290:16 294:11 |
| 264:10 279:6,7 | 152:21 189:5,7 | 38:23 47:9,11 | 301:11,12 |
| 279:18 280:4 | 189:9 204:13 | 47:11 | **means** 6:22 |
| 280:11,16,18 | 209:21 216:2 | **mcphee** 204:11 | 21:12 104:16 |
| 282:12 286:10 | 225:11,23 | **mean** 22:21 | 137:17 150:12 |
| 286:23 289:24 | 226:21 230:7 | 24:2 26:7 | 200:6 230:12 |
| 292:13,13 | 230:16 232:20 | 33:13 39:4 | 232:8 282:4 |
| 293:2 299:15 | 233:11,15,16 | 43:23 53:21 | 293:11 |
| 299:17 | 233:16 240:17 | 55:8 57:19 | **meant** 107:2 |
| **marketing** | 249:22 258:18 | 64:9 67:15 | 127:13 203:1 |
| 209:13 | 265:6 271:9 | 68:8,16 72:16 | **media** 83:23 |
| **marketplace** | 289:10 296:1 | 73:1 74:4 79:8 | 84:1,18 92:4 |
| 137:18 140:15 | 300:9 301:3,8 | 84:14 99:10 | 94:13,19,23,24 |
| 164:19 | 301:10,11,14 | 118:14 127:13 | 95:23 96:5,21 |
| **marrying** 77:3 | 302:3,8 308:18 | 129:7,13 | 97:3,12 99:1 |
| 88:16 114:13 | 309:23 311:7 | 137:16 139:19 | 100:2 101:12 |
| **martin** 42:10 | **matters** 42:4 | 142:5 145:17 | 101:16 201:14 |
| 42:13 52:23 | 69:23 71:9 | 145:22 150:7 | 204:22 209:23 |
| 197:6 230:24 | 78:18 79:15 | 150:10 156:7 | 218:16 239:12 |
| **mase** 205:7,10 | 103:12,15 | 156:11 160:2 | 239:17,22,23 |
| 205:13 | 130:3 140:6 | 170:9 172:6 | 239:24 240:13 |
| **master's** 154:2 | 166:16,17,23 | 175:11 179:22 | 240:18 250:3,4 |
| **matched** 17:24 | 167:2 182:5 | 180:15,19 | 250:17 263:11 |
| **materially** | 223:13,15,22 | 186:13 189:16 | 263:13,17 |
| 133:9,20 135:8 | 223:24 224:1,5 | 198:15 206:11 | **medicine** |
| 136:3,6 | 230:16 249:18 | 223:14 227:1 | 184:11 |

www.veritext.com
Veritext Legal Solutions
800-556-8974

**meet** 47:18
**meeting** 41:22
  41:22 45:23
  46:3,5 47:8
  118:17 205:19
  247:4,7,13,15
  247:22,24
  248:10,14,18
  248:21 291:18
**meetings** 34:14
  47:19
**megan** 92:21
  238:19
**melanie** 184:7
  184:19
**melissa** 3:9,19
  197:21 199:5
  214:2,10,11
  216:11 223:10
  223:11 229:7
  230:8 239:10
  239:14 240:3
**member** 32:14
  34:11,12,13
  42:10 51:8
  52:13,15,17
  155:7,13,16,18
  157:3 159:19
  181:14 208:20
  266:5,7,10,11
  267:3,19,24
  268:6,11,11
  269:1 277:3,4
  281:18 303:22

**members** 18:13
  156:4 160:3
  164:22 184:15
  187:8 268:2
**memes** 124:9
**memorandum**
  286:23
**memory** 29:15
  278:22
**memphis** 42:9
  47:13 48:10
  204:3
**mention** 55:20
  136:22 144:12
  162:3,6,9
  163:1
**mentioned**
  28:10,15 30:13
  33:21 36:1,11
  43:15 44:8
  53:7 55:11,15
  100:7 131:15
  165:22 198:6
  240:3
**mentions**
  173:21 174:6
  199:24 254:13
**mentor** 18:1
**mentoring**
  17:14 18:2
**message** 28:23
  30:11 43:15
  71:24,24 72:20
  73:1 98:7,11

  99:18,19 107:6
  107:6 214:6
  218:24 219:11
  219:12 221:7
**messages** 28:10
  28:12 29:4,7
  29:16,20,24
  97:22 99:3
  106:2,4,13,22
  107:11 116:11
  176:12,16
  217:13 219:17
  219:23 309:6
**messaging** 26:8
  30:23 44:3,23
  45:2 49:13
**messenger**
  26:15 28:15,16
  28:19
**met** 32:11
  205:15
**meta** 28:17
**metaphorically**
  122:10
**meteoric** 201:7
**method** 268:7
**methodist**
  32:13
**metrics** 250:22
  251:5 253:9,14
  262:3
**michael** 2:13
  214:7

**michigan** 9:24
  10:4,20,21
**middle** 292:19
  295:17
**mike** 7:5 204:7
  213:23 285:9
  286:4
**mike.fitzgerald**
  2:17
**miller** 197:8
**million** 15:23
  16:1,2,4 85:14
  97:1 144:21
  225:19
**mind** 229:14
  317:2
**mine** 62:11
  137:4 260:3
**minute** 9:7
  59:10 101:6
  196:13 215:22
**minutes** 43:11
  46:5 59:24
  82:11 248:15
  278:22 279:2
**miraculously**
  21:13
**mischaracteri...**
  183:16
**mischaracteri...**
  30:15
**misconduct**
  266:10,14,15
  267:1,3,16

269:1

**misconstrue**
279:10
**miserable**
75:14
**missed** 34:15
60:13 61:1
149:24
**missing** 17:9
**mission** 17:3
19:16,20 20:24
21:7 54:6
63:20 64:1,10
64:20 70:22
71:4 132:23
133:10,21
135:9 136:4,7
136:9,11,13,15
136:19 137:7,7
**misspoke** 218:7
**mistake** 306:10
**misunderstan...**
288:12,13,16
288:20
**misuse** 20:19
**mitigate** 20:18
**mixed** 39:19
**mm** 27:21
124:22 173:23
305:15
**mob** 192:13
**modern** 314:5
**mom** 22:15

**moment** 22:23
56:1 66:14
70:1,4 196:22
207:21 251:24
292:14
**monday** 40:16
119:15,16
205:24 214:7
235:14
**money** 16:14
17:11
**monitor** 241:5
**monitoring**
240:18,20
320:14
**month** 15:21,22
30:12
**months** 14:12
16:1 21:24
22:5 170:23
190:23 288:1
293:22,22,23
297:5 298:24
299:1
**moore** 3:7
196:23 197:3
198:5 223:8,9
229:7,16
281:12
**moral** 133:3
134:8,10,12,13
134:17,17,20
138:10,12,16
166:7 257:20

257:21 258:2,5
258:5,8,9,15,22
258:24 259:18
**morality**
134:24 135:2
166:14
**morally** 137:24
138:5,7 183:11
276:1
**morals** 257:24
**moratorium**
112:5
**morning** 6:2
8:10,11,12
175:3 239:9
**mother** 68:12
315:12
**motive** 302:11
**mourning**
71:23 107:5
**move** 150:17
**movements**
313:24
**moving** 293:21
**mtindell**
209:17
**mtsu** 204:11
**multiple** 25:24
118:15 120:1
129:12 130:6
170:20 191:22
316:20 317:17
**murder** 35:23
70:1,23 78:9

78:23 79:3
88:18 89:2,4
89:12 115:3
125:24 134:23
135:1,1 138:4
138:24 139:3
140:2,7 149:17
165:17 166:17
166:18 179:3
181:14 183:5,6
189:2 215:24
258:2 261:24
306:4,4,6
**murdered**
36:13,16,24
69:21,22
138:18 150:23
174:19 179:4
181:9,12
**myth** 285:4

| n |
| --- |

**n** 2:1 3:1 6:1
34:1 222:23,23
**name** 6:2 7:4
8:13 36:1,12
36:12 37:7
39:8 40:1 51:2
52:20 85:22
92:22 93:1,2
119:6 132:24
133:5 135:4,15
135:18 170:21
171:21 172:3

Page 43

Case 3:25-cv-00528-KAC-JEM   Document 46   Filed 01/21/26   Page 366 of 406
PageID #: 1308

172:11 213:8
222:21 281:6
290:1 307:2
**named** 35:21
39:23 55:12
200:19 211:18
219:13 221:5
**names** 38:14,21
39:24 40:24
**narrow** 245:17
**nashville** 2:6
**nation** 256:13
**national** 37:24
45:9,10
**nature** 305:1
**nazis** 313:19
314:8,17
**nec** 45:10
**necessarily**
53:11 172:15
227:23 306:2
**necessary** 81:7
**necessitate**
59:5
**need** 12:12 15:3
16:7 18:1
26:11 64:12,20
83:13 105:1
112:4 117:18
117:22,23
130:21 142:7
150:1 162:22
163:3 211:14
223:1 228:11

228:19 232:1
278:21 280:22
286:2
**needed** 18:22
23:17 132:14
**needs** 64:14
**negative**
172:18
**neighbor**
259:22
**neighbor's**
259:20
**neither** 322:11
323:7
**neo** 313:19
314:8,17
**nes** 45:9,10,11
45:12
**net** 112:5
**neutral** 251:22
**neutrality**
133:2 134:6
139:19 140:14
199:15,24
**never** 18:19
19:19 27:15
39:20 117:14
117:20 124:11
155:18 171:14
178:6
**nevertheless**
184:14 187:7
**new** 20:5
146:23 219:12

221:6 224:14
298:16,20
**news** 37:12
185:4 193:2,6
193:7 198:8
316:9
**newspaper**
37:8
**newspapers**
37:5,10
**neyland** 284:17
**nice** 145:14
**nicest** 10:23
**night** 119:23
301:1
**nine** 16:2 24:24
**noble** 1:9 2:12
6:9 287:3,12
**noland** 204:8
**non** 16:15 27:7
87:20 238:16
308:15
**nonstop** 303:3
**noon** 126:14,14
**normally** 11:24
279:11 299:20
300:2,3,9
308:19
**north** 9:16 32:1
**northern** 10:19
10:21
**notary** 6:11
**note** 19:3

**notice** 267:21
**notify** 220:5
**noting** 235:16
**november**
112:21 293:6
293:22
**number** 19:4
26:3,4 27:19
27:20 71:4
110:9 117:9
121:3 154:12
154:18,19
157:6 180:5
199:5 203:21
206:4 219:14
221:8 222:24
222:24 226:2,3
235:14 240:7
253:20 254:22
270:10 281:7
287:13 293:5
304:20 309:14
310:9 316:18
**numbers** 26:2
206:2

## o

**o** 6:1 222:23,23
**o'clock** 215:20
**oak** 37:24
**oath** 71:17
275:10,12
**oaths** 6:12

Case 3:25-cv-00528-KAC-JEM    Document 46    Filed 01/21/26    Page 367 of 406
PageID #: 1309

**object** 25:14
75:18 77:6,9
80:6,21 81:5,6
82:20 87:11
102:6 103:19
104:8 109:7
141:1 147:21
151:5 158:3
161:13 177:22
181:18 183:15
185:12 195:1
207:6 255:20
257:14 297:7
308:17 309:16
311:12 314:2
314:10,14
318:12 319:2
**objected** 129:2
308:11 309:10
309:12,14
**objection** 6:13
7:20 104:7
129:9 181:22
185:23 269:24
274:23 275:4
305:2 308:15
**objections** 81:2
**observed** 58:10
**obstruct**
178:16
**obvious** 55:8
71:14 74:3,4
82:2 97:2
112:19 169:20

295:5
**obviously**
30:15 58:20
123:16 175:14
209:22 315:22
318:7
**occasionally**
9:19 11:20
27:8 30:16
**occur** 64:4
**occurred**
293:16,21
311:19 312:10
**october** 42:2
45:24 247:23
286:24 288:1
289:24
**odd** 278:14
**offended**
184:14 187:8
188:9
**offensive** 69:14
77:24 164:23
165:14 174:3
**offer** 13:23
205:19
**offered** 18:16
267:14,19
268:1
**office** 7:5 25:18
205:9 256:20
**officer** 224:14
267:4,5,8
269:2 270:14

322:1,2
**officer's** 273:2
**officers** 224:12
**offices** 65:4
**official** 1:10
48:22 143:21
317:24,24
**officially**
275:23
**oh** 10:5,9,11,13
38:20 66:21
67:6 72:17
83:12 94:6,8
94:10 123:22
156:2 185:2
200:15 202:22
203:2 206:17
211:13 217:2
220:12,23
234:12 238:23
250:8 254:21
254:21 259:5
283:16 289:22
317:6
**okay** 8:17,21
8:23 9:7,9,12
10:1 11:4 13:8
21:11 23:24
24:6,9,12,14,20
24:20 25:11,21
26:2,5,18 27:4
27:7,10 28:5
28:10,15,19
29:11,22 30:2

30:22 31:1
32:3 33:12,15
34:20 35:2
36:13,16,23
37:10,12,17
38:9,12,16,19
39:18,22,22
40:10,14,17,20
40:23 41:13,16
42:1,5,8,23
43:4,22 44:2,6
44:8,11,16,20
44:23 45:4,20
46:10,13,16,24
47:3,7,18,22
48:1,14,19
49:3,6,16 50:2
50:5,22 51:5
51:18,21 52:2
52:11,21 54:11
55:8,11 56:3,6
56:10,19,23
57:1,5 58:18
59:7 60:6,7,18
60:20 61:10,16
61:21,24 62:7
62:10,10,12,12
62:14,17 63:2
63:6,10,14,17
63:19 65:23
66:12,19 67:8
67:10 68:19
71:13,19 73:23
74:17 76:3,7

www.veritext.com
800-556-8974

**[okay - okay]**

| | | | |
|---|---|---|---|
| 79:4 80:16 | 139:18,18 | 200:24 202:7 | 247:19,22 |
| 81:8 82:4,7,19 | 140:5 146:11 | 202:12,15 | 248:7,16,19 |
| 83:13,24 84:5 | 146:17 148:16 | 203:6,19 204:1 | 250:1,13,15 |
| 86:7,21,21 | 149:2,8,20 | 204:18 205:16 | 251:18 252:14 |
| 87:19 88:11 | 150:6,6,20 | 206:14 207:14 | 253:8 254:8,15 |
| 91:1 92:18 | 151:2,4,21 | 207:19,19,24 | 254:16 255:1 |
| 93:7,20 94:10 | 152:2,11,14 | 209:3,24 210:8 | 256:2 257:16 |
| 94:24 95:20,24 | 153:1,5,17 | 210:18 211:3 | 257:23 258:6 |
| 99:17 100:13 | 154:8,18 | 211:12 212:3,9 | 258:11,19 |
| 101:18,20 | 155:21 156:15 | 212:15 213:7,9 | 259:17 261:12 |
| 103:4,17 104:5 | 157:15 158:7 | 213:13,16,21 | 262:22 263:20 |
| 105:8 106:11 | 158:14,16,18 | 214:14,21 | 263:23 264:3 |
| 106:19 107:13 | 160:2 161:21 | 215:9,13 216:9 | 264:11,19 |
| 107:16,21 | 161:21 162:13 | 216:17 218:3 | 265:5,9,12,15 |
| 108:3,14 | 163:17,17,23 | 218:18 219:6 | 266:1 267:8 |
| 109:17 110:2 | 164:15 165:6 | 219:16 220:3 | 268:18 271:12 |
| 111:19 112:18 | 169:1,4 172:24 | 221:2,5 222:14 | 271:20 273:20 |
| 112:24 113:16 | 172:24 173:20 | 222:19 224:23 | 275:14,20 |
| 117:3,6,16,21 | 174:16,24 | 225:3,21 | 276:13,16,23 |
| 119:13,17 | 176:5 179:11 | 226:11,11,18 | 278:5,9,19,23 |
| 120:4 121:12 | 180:2,4 182:3 | 226:21 227:3 | 279:13,16 |
| 121:15 122:15 | 182:24 183:21 | 229:3,3,6,13,15 | 280:2 282:3,8 |
| 124:17 125:16 | 184:21 185:8 | 230:3 231:16 | 282:11 283:22 |
| 127:12,20 | 185:18 186:6 | 232:10,22 | 285:21 286:9 |
| 128:22 129:1,8 | 186:23 187:7 | 233:2,10 234:8 | 286:15,21 |
| 129:13,19 | 187:22 188:3,6 | 235:4,10,13,22 | 287:10 288:4 |
| 130:2,8,14 | 188:16 189:20 | 236:2,5,9,21,24 | 288:22 289:2,9 |
| 131:3,9,21 | 190:13,18 | 237:5,10,19 | 289:17,20 |
| 132:5 134:2,15 | 192:15 193:1 | 238:14,18 | 290:15 292:12 |
| 134:18,18 | 194:5,7,20 | 239:2,4,8,16 | 293:1 295:21 |
| 135:3,23 136:9 | 195:21 196:9 | 240:3 241:2,18 | 295:21 296:1 |
| 136:15 137:2 | 196:12 197:13 | 243:11,21 | 297:2,22 298:2 |
| 137:11,11 | 197:18 198:18 | 244:1,18 | 298:7,10,12,12 |
| 138:10,20,20 | 199:14 200:9 | 245:14,24 | 299:5,8,14 |

Page 46

Case 3:25-cv-00528-KAC-JEM     Document 46     Filed 01/21/26     Page 369 of 406
PageID #: 1311

300:10,11,12
300:14 301:3,5
301:8,16,23
302:17 303:11
304:3,11,20,24
305:5,19 307:8
308:5 309:3,20
310:3 312:9
315:20 317:20
318:20
**old** 27:18 30:5
40:6 201:11
**oldham** 204:9
**once** 12:21
27:16 28:2,12
127:24 154:8
155:5 156:18
156:19 157:1
**ones** 29:6 32:9
75:7 92:7
116:13 172:16
196:10
**online** 179:18
232:18
**open** 101:5
156:5 249:1,2
249:9
**opening** 68:2,4
89:22 90:1,3
91:2
**openly** 181:1
**operate** 38:2
**operated**
100:18

**opine** 98:20
100:17 116:1
308:19
**opinion** 69:4
72:19 83:24
96:4 99:18
105:11 113:12
113:13,13,14
113:17 114:3,8
114:14,16,18
115:7,7,8,9,10
115:16,20
117:19 121:11
147:15 149:9
151:11,12,22
192:5,17
255:13 257:7
258:17 270:20
271:24 272:6,8
272:12,15,15
272:20 273:1
316:5
**opinions** 70:7
113:18,21
114:1,24 118:6
130:2 174:3
**opioids** 20:20
**opportunities**
17:4
**opportunity**
199:16 267:22
278:1,6
**oppose** 225:7
294:2

**opposed** 231:12
288:23
**opposing**
211:17 238:3
**opposite** 69:18
**option** 130:23
**options** 268:1
**order** 139:8
154:8,11,15
243:1 259:18
280:11
**organization**
38:2 201:14
**organizations**
34:16,19,20
**organized**
221:23
**original** 55:6
74:14,15 214:6
290:24 299:6,9
**originally** 9:16
**osama** 75:1,13
76:12,13,18
**outcome**
144:23 268:5
276:12 322:16
323:12
**outlined** 136:18
**outside** 47:18
52:3 146:4,9
148:1 170:4
199:19
**overall** 240:6

**overnight**
31:23
**overrule**
226:24 229:1,4
**overseas** 30:16
30:22
**oversee** 37:21
**oversight**
203:15
**overwhelming**
253:20 309:14
**overwhelmin...**
240:6 261:17
**own** 14:11 19:5
34:15 63:4
79:18 113:24
178:11,13
216:10 269:16
270:20 320:11
**owned** 15:9
**owner** 238:20
238:24 239:2
**owns** 10:19
54:18

| p |
|---|

**p** 2:1,1 6:1
**p.m.** 3:8,15,17
4:5,7,9,22,24
197:3 208:7
209:14 220:6
229:9 234:20
235:15 282:9
283:10,14,19

Page 47

www.veritext.com
Veritext Legal Solutions
800-556-8974
Case 3:25-cv-00528-KAC-JEM    Document 46    Filed 01/21/26    Page 370 of 406
PageID #: 1312

284:1 321:8
**packet** 238:3
250:8,12
**page** 3:2,6 4:2
5:2,7 29:3,6
37:8 68:7 84:3
90:17,19 91:2
105:24 110:8
122:23 141:16
144:10 164:15
193:5,8,12
212:4,10,21
237:6 241:21
250:4,17,19,20
251:13 253:8
254:6,11,12,18
261:12,12,22
262:5 265:16
265:18 266:1
266:17 276:18
276:18 285:7
297:20
**pages** 67:18
202:22
**paid** 19:6
234:13 275:17
275:17,19,21
278:6 282:16
**pain** 32:19
**pale** 139:4
**panel** 154:22
**paper** 74:12
281:6

**paragraph**
68:2 83:17
88:7 104:14
111:24 121:15
185:7 268:3
276:17,19,20
277:10
**paragraphs**
193:14
**paralegal** 2:23
7:9
**pardoned**
245:6
**parents** 290:6,7
292:2,3
**parks** 16:21
17:2
**part** 18:2 23:3
23:5 64:13
73:5 78:16
98:20 106:13
106:21 109:8
114:13 136:13
136:13 149:24
160:14,17
201:5 208:14
208:18 228:14
229:11 232:10
233:2 240:19
249:11 290:2
313:24
**participate**
299:8

**participation**
205:21
**particular**
18:17 85:12
100:4 140:7
156:6 158:20
169:6 204:15
230:21 246:3
255:16 256:19
285:17 291:6
305:14
**parties** 6:14
273:10 322:12
322:14 323:8
323:11
**partnership**
38:1
**parts** 65:2
140:11
**party** 34:24
35:10
**past** 28:7 140:2
239:19 294:8
**paste** 260:2
**path** 261:20
**patterson**
38:23 48:2,3,4
48:9
**pay** 13:24 14:3
226:8 266:24
267:13,15,21
267:24 268:5
268:15 274:15
276:14 277:7

277:24 284:6
314:6
**paying** 252:7
**peace** 104:15
104:16,21
**peay** 204:7
**pedestrian**
14:16
**peers** 13:21
**penalties**
121:18 122:2
**penalty** 185:5
193:7
**pending** 268:5
**pendleton** 2:21
7:11
**penny** 20:9
**people** 10:4
11:6 17:4 22:6
23:6,10,11,13
23:16,18,19
24:6,9 26:22
28:22 39:23
42:15 50:15
53:15,16 54:5
54:20 55:3
65:3 69:17,17
71:22 72:11,22
75:1,5 80:22
81:23 84:10
85:14 91:23
92:21 96:11
97:2 98:4,8,11
102:20 107:4

www.veritext.com                    Veritext Legal Solutions                    800-556-8974

| | | | |
|---|---|---|---|
| 107:17 113:3 | 246:8 248:17 | **perception** | 98:8,10 130:3 |
| 115:21,24 | 249:1 251:16 | 255:5 | 130:9 135:18 |
| 118:20 119:7 | 252:21 255:12 | **perfectly** 178:5 | 135:19 141:5,7 |
| 120:11 121:5 | 255:14,15,18 | **performance** | 141:20 142:7,7 |
| 121:12 123:10 | 255:22 258:7 | 157:9 | 142:11,13,15 |
| 123:15 126:7 | 262:16 265:23 | **period** 37:4 | 142:21 143:3,5 |
| 137:18 138:15 | 277:17 281:7 | 152:5 | 143:7,9,18 |
| 138:17,18 | 284:10 288:23 | **permits** 205:22 | 144:15 147:4,5 |
| 144:21 149:8 | 292:6,9 293:3 | **permitted** 6:18 | 159:2 160:12 |
| 150:2 151:14 | 293:5,10,15,18 | 312:17,21 | 160:19 161:7 |
| 152:17 155:6 | 294:2,3,11,14 | **person** 11:3 | 161:22,24 |
| 156:1,2 158:23 | 294:17,18 | 35:21 36:7 | 162:9,10,14 |
| 163:4,5,9,13,21 | 295:3,5,10,23 | 54:18 68:11 | 241:7 301:6,19 |
| 168:3 169:16 | 296:14 300:16 | 69:22 72:9,19 | 318:10 |
| 169:19 170:4 | 304:16 305:6 | 73:10 75:14 | **personally** |
| 171:4,4 174:11 | 313:21 314:9 | 116:18 131:17 | 91:19,22 |
| 176:14,15,19 | **people's** 64:24 | 138:4 143:17 | 299:12 |
| 177:13 181:16 | 116:1,4,10 | 162:14 167:15 | **personnel** |
| 181:16,20,20 | 228:19 296:3 | 172:3,16 | 204:22 223:13 |
| 182:9,19,21,24 | 302:20 | 174:19 181:9 | 223:15,21,23 |
| 183:2,3,21 | **percent** 19:17 | 222:16 231:8 | 224:1,5 225:11 |
| 191:1 192:6 | 19:18 152:18 | 260:20 263:13 | 225:23 230:15 |
| 194:18 198:6 | 152:20 153:1 | 267:17 270:15 | 249:18 |
| 199:5 203:21 | 153:13,14,15 | 271:13 319:23 | **perspective** |
| 203:22 204:1 | 210:7 211:1 | **person's** 74:9 | 139:1 302:17 |
| 204:13 205:10 | 234:5,6,8 | 107:21 111:1 | 303:4 |
| 214:17,20 | 251:19,21,22 | 172:11 | **pertaining** |
| 218:15 221:22 | 252:1 261:15 | **personal** 1:10 | 219:18 |
| 228:4,11,20 | 262:13,13,15 | 26:3,6 27:5,6,7 | **pet** 16:17,19,23 |
| 231:6 235:14 | 284:15 309:21 | 27:8,9,20,20 | **petition** 293:11 |
| 236:3 240:20 | **percentage** | 29:1 30:4 84:3 | **petsafe** 8:22 |
| 240:22 241:3 | 155:8,11 | 91:5,11,13 | **ph** 92:22 221:9 |
| 242:23 244:14 | 309:13,18 | 93:4 94:7,8,11 | **ph.d.** 152:13,15 |
| 244:15,16 | | 94:14,15 95:1 | 154:5,8,11,15 |

www.veritext.com Veritext Legal Solutions 800-556-8974

Case 3:25-cv-00528-KAC-JEM Document 46 Filed 01/21/26 Page 372 of 406 PageID #: 1314

154:23
**pharmacist**
  47:13
**pharmacy**
  47:14
**phase**  24:5
**phenomenal**
  13:3
**phil**  204:9
**philosophy**
  35:12 59:20
  132:19 169:2
**phone**  25:23
  26:4 27:16,18
  28:7,12 33:9
  206:2 219:17
  222:5,24
**phones**  25:22
  25:24 26:1
  27:14
**photo**  212:5,5
**phrase**  114:5
  174:6 180:3
  181:2,2 243:15
  243:24 246:3
**phrases**  251:10
  253:19
**physical**  180:16
**physically**
  122:11 296:10
**pick**  22:3
  247:11
**picked**  128:6
  128:11 282:21

**pictures**  29:16
**piece**  74:12
  109:14
**pike**  2:5
**pilot**  110:11
  128:9
**place**  2:15
  10:22 22:7
  58:6,7,9 64:16
  69:17 75:9
  105:10 114:2
  124:11 125:24
  137:17 166:18
  174:17 189:3
  215:24 220:18
  262:1 313:2,6
  313:8,10
**placed**  309:3
**plain**  270:20
**plaintiff**  1:5 2:2
  2:22 7:14
**plaintiff's**  5:4
  297:13
**plane**  76:15
  128:2,9,10,17
  128:18,19,20
  128:22
**planes**  75:6
**planning**
  252:16 253:1
**platform**
  133:12 137:12
  138:21 253:12

**platforms**  26:7
  93:9
**play**  23:24
  67:24 296:10
**playoff**  10:17
**please**  7:2,22
  26:13 51:4
  60:3 71:20
  81:4 91:4
  169:4 178:9
  183:18 193:19
  198:20 200:11
  208:1 212:3,22
  214:23 215:9
  215:15 218:20
  223:3 231:18
  235:15 236:11
  237:12 240:8
  252:18 264:5
  281:13 283:11
  285:3 286:1
  287:8 306:14
**pllc**  2:4
**plowman**  1:8
  2:11 6:8 11:16
  56:11,12 66:23
  66:24 67:2
  83:5 88:6
  89:17 120:7
  127:15 132:15
  189:22 190:1
  191:11 195:10
  210:20 234:17
  234:24 240:15

240:15 243:8
  243:12 264:22
  268:19 283:7,7
  283:24,24
  285:3 292:20
  296:7
**plowman's**
  253:10 264:13
  284:20
**plural**  201:4
**plus**  41:17
**point**  12:1
  58:24 66:3
  69:7 83:16
  91:10 108:3
  116:15 128:1
  154:22 159:18
  168:4 189:4,6
  189:14 192:4
  201:12,19
  202:1,3,9
  207:2,12,15
  210:2 263:12
  276:16 283:11
**pointe**  9:24
  10:4
**points**  73:17,18
  266:17
**police**  175:16
  175:21 176:3
  177:16,18
  252:19 253:6
**policies**  58:7
  61:24 62:9,15

Case 3:25-cv-00528-KAC-JEM     Document 46     Filed 01/21/26     Page 373 of 406
PageID #: 1315

62:18,19,20
63:10 179:8
264:22 265:19
265:21 266:21
268:20 315:18
**policy**  59:19,20
61:11,14,18,21
62:13 63:9,11
63:14,17 84:7
84:17 86:10,17
86:18,20,21,23
87:2,4,6 95:6
95:11,18 96:16
96:18 97:4
133:14 142:17
143:6 145:6
147:19 148:22
148:23 149:3
149:11 158:18
158:19,21,23
159:12 160:6,9
161:22 164:1,5
164:9,16 165:7
166:22 167:1,3
167:7,11,12,21
167:22 168:6
168:13,14,15
169:5,7,9,13,16
169:19 173:20
178:22 193:17
223:23 265:2
266:3,20 270:7
270:11,22
271:15,21

272:24 273:2,3
273:24 274:1,3
274:6,7 278:11
313:10
**political**  33:18
34:16,18,20
39:21 69:9
78:15 133:3
134:7,10,11,13
134:16 201:14
221:10,11,14
222:1 235:18
235:20,23
255:16 257:17
257:18 305:1
306:20 315:15
**politician**  263:2
263:3 304:19
**politicians**  25:5
262:19 263:14
290:6 292:1,9
304:11,15,21
306:22
**politics**  25:8
257:24 286:1
**portion**  58:13
249:2,9
**position**  13:5,6
52:4 69:10
84:23 139:16
156:5 199:15
199:24 258:3
268:14 277:6
294:3,3 318:1

318:4,6
**positions**
110:22 139:14
**positive**  235:16
240:6 253:20
261:17
**possibility**
217:21
**possible**  20:6
29:17 102:20
140:16 144:1,3
144:5 178:5
**possibly**  177:5
178:6
**post**  19:17,18
28:22,23 29:4
54:9,11,19,19
54:20 55:1,3,6
55:6 68:15
71:15,16,21
72:8,17,22
73:5,13,16,21
73:24 74:5,7,8
74:9,14,15,18
74:19 75:9,16
75:16 76:11,19
76:19,21 77:4
77:17 78:21
79:8,10,12,15
80:3,17,19,20
80:24 81:21,23
82:1,5 84:10
85:7 90:4,6,7,9
92:20 96:5,24

106:1,3,9,10,12
106:17 107:2
107:10 109:3,4
109:21,23
112:7,8,14,16
112:20 113:4
117:9 118:23
118:24 119:7,8
121:19 125:21
125:22 126:6,8
126:10 131:13
131:14,18,22
146:23 147:1
157:13 158:14
159:7 166:13
168:20 174:24
180:24 187:19
188:1 207:2,17
207:18,19,20
209:23 210:9
210:10,12,17
211:8,9,24
212:12,20
216:6 217:22
241:10 252:4
253:9 260:16
261:23,23
290:9,17,20,21
290:23 291:6
302:6 303:14
315:11
**posted**  54:13
68:7 74:23
76:11 85:10

Page 51

| | | | |
|---|---|---|---|
| 86:9,11 87:8 | 230:17 | 125:18 129:21 | 294:12 320:22 |
| 90:10 125:10 | **praised** 314:21 | 133:7,8 135:5 | **previous** 211:6 |
| 126:5 180:10 | **prefer** 310:6 | 135:6 136:1,2 | **previously** |
| 187:20 | **prepare** 248:13 | 143:16 145:18 | 55:22 68:20 |
| **posting** 84:18 | 297:22 299:10 | 145:19 146:3 | 132:18 163:24 |
| 159:11 179:18 | **prepared** 298:7 | 147:8,11,20 | 231:23 234:16 |
| 252:24 284:4 | 323:3 | 148:10,19,20 | 264:9 286:22 |
| 302:11 | **presbyterian** | 150:18 151:24 | 289:23 292:13 |
| **posts** 54:17 | 33:22,24 34:3 | 182:17 185:1 | 293:2 |
| 81:20 85:4 | **presence** | 188:8 191:18 | **price** 15:20 |
| 91:18 92:9,12 | 252:19 253:6 | 194:8 196:20 | **primary** 25:3 |
| 93:4,5 124:10 | **present** 2:20 | 197:7,9,16,23 | **principal** 63:20 |
| 144:16 159:6 | 248:7 | 198:3 201:15 | 64:1 136:19 |
| 162:9 193:11 | **presentation** | 201:22 204:3,4 | **principle** 133:2 |
| 204:22 215:6 | 247:4,9 248:3 | 204:7,8,10,11 | 134:6 165:2 |
| 215:10 217:13 | 249:12 | 208:14 209:13 | **principles** |
| 218:16 303:13 | **presented** | 224:6 232:11 | 164:1 |
| **potential** 21:21 | 248:12,16 | 232:12,17 | **print** 208:8 |
| 168:19 169:9 | 249:9 | 233:17,19 | **printed** 74:10 |
| 169:15 199:18 | **president** 7:17 | 238:2 245:6 | **prior** 53:8 |
| 205:3 294:23 | 8:10 9:10 13:6 | 267:9,10 269:3 | 60:11 101:4 |
| 305:22 | 13:11 21:19 | 269:4 287:3,12 | 110:12,20 |
| **potentially** | 22:8 23:8,21 | 299:20 301:12 | 118:23 119:7 |
| 47:7,8 98:15 | 23:21 24:3 | 301:18 | 157:16 183:24 |
| 163:3 183:2 | 25:6,7,13,19 | **presidents** | 183:24 249:13 |
| 190:6 191:1 | 29:5 30:6 | 204:19 | 322:5 |
| **power** 45:10 | 37:18,21 53:10 | **press** 150:14 | **priority** 167:16 |
| 48:20 110:23 | 57:20 58:1 | **pretend** 161:23 | **privacy** 94:19 |
| 110:23 228:24 | 60:2,12 71:3 | **pretty** 25:3,12 | 94:22 95:23 |
| 229:1,4 | 84:23 85:2 | 28:6 34:15 | 96:4 98:24 |
| **powerful** | 87:7 91:6 | 37:8 69:4 | **private** 18:4 |
| 201:14 | 93:12,13,23 | 124:5 142:6 | 19:19 40:4 |
| **practice** 160:1 | 94:15 95:4 | 158:1 176:1 | 46:6 83:22 |
| 228:4 229:2,19 | 100:8,24 102:3 | 193:9 235:19 | 84:3 85:14,15 |

Case 3:25-cv-00528-KAC-JEM    Document 46    Filed 01/21/26    Page 375 of 406
PageID #: 1317

85:16 87:24
93:15 94:2,3,5
94:9,11,12,14
96:22 97:1,3
99:3,20 100:10
100:21 101:9
101:11,15
103:1 123:1
128:1,7 147:4
147:5 161:7
165:6,9,10
188:10
**privately**   83:18
83:21 147:2
245:3,8,10
**privilege**   275:5
**privileged**
319:4,20
**probably**   9:5
18:2 22:7
27:15 28:2
30:4 35:22
49:21 58:17
59:5,5 74:15
89:17 108:12
118:12,14
119:20,21
125:17 127:12
138:19 144:2
151:23 152:1
156:7 163:14
169:20 176:5
186:20 203:18
207:3 211:9,10

216:12 220:18
229:19 244:21
261:1 282:1,4
289:4 290:11
299:7
**problem**   112:4
**problematic**
63:3
**procedural**
6:19
**procedure**
266:23 267:12
267:19 269:5,8
269:12 270:9
271:3,18,23
274:8,14
**procedures**
266:6,13,17,21
267:13
**proceed**   8:7
**proceeding**   6:4
6:17 268:9,10
277:2,3 278:3
321:9 323:4
**proceedings**
268:3 308:12
322:3,5,6,9
323:6
**process**   16:5
40:22 226:11
226:12 267:13
268:1 269:13
272:5 276:13
277:11,12,15

277:17
**processes**   195:6
**processing**
110:23
**produced**   6:16
**product**   15:5
28:17
**production**
109:8
**products**   16:4
**prof**   193:8
**professional**
26:6 318:10
**professor**   57:6
58:1 66:1
70:10 83:19
98:10 104:12
114:15 140:3
144:11 152:4
156:20 179:15
182:21 185:5
185:21 194:11
209:21 215:21
221:20 232:18
234:17 268:19
268:21 269:11
275:16 301:24
304:22
**professor's**
237:7
**professors**   62:5
62:14 140:1
222:1

**profile**   90:19
**profit**   16:15
**program**   17:15
20:5
**progress**   16:20
16:22
**progressive**
315:1,4
**project**   17:22
**promise**   9:4
19:24 20:6
22:18 126:13
247:11
**promote**
120:23 121:1
136:10 178:19
256:5,8,14,24
257:11,17,21
**promoted**
221:11
**promotes**   257:2
**promoting**
179:2 255:23
256:19 258:1
**pronounce**
72:2
**proper**   58:9
174:1 266:6
**property**
178:12,15
267:18
**protect**   123:2,7
178:21 307:12
307:20,22

www.veritext.com
Veritext Legal Solutions
800-556-8974

308:1
**protected**
104:18 167:17
305:12 311:21
315:16,17,17
**protest** 188:23
293:3
**protesters**
182:6,6
**protesting**
179:20 180:5,6
293:4,10,15,19
294:18 295:3
**protestors**
121:16,23
180:12,14
**protests** 293:7
293:8
**protocol** 230:9
230:13
**protocols**
199:18
**proud** 14:14
**prove** 145:8
**provide** 17:4,14
46:9 64:11,18
133:11 137:12
138:21 172:2
206:5 228:16
**provided** 17:17
17:18,20 206:1
288:11 298:23
**provider** 28:5

**provides**
130:19,20,23
**providing** 65:4
276:10
**provost** 118:13
118:16 267:5
269:2,10,11,14
269:23 270:3,4
270:15,18
271:2,14
272:16 273:12
274:2,10
287:13,19
**prowling**
120:10
**proximity**
210:17 211:8
**psychopath**
75:13 77:1
88:14 114:12
**public** 10:2
18:12 19:13
22:14,16 33:8
78:11 84:10,19
85:5,11,12
86:11 87:9
88:1 92:7
93:15,16 94:3
97:13,14,18,21
98:6,12 99:4,5
99:9,10,12
100:21 103:2
103:12,15
109:8,10 116:8

133:5,8 135:3
135:7,12,12,14
146:23 147:1
147:13 149:23
150:23 202:9
217:21,24
230:9,13,15
233:24 244:19
244:20 248:17
249:1,3,10
256:23 257:2,5
258:6,8 313:11
315:20 316:2,6
316:7
**publication**
141:9,23
142:22 143:11
**publicly** 141:9
141:22 142:22
143:11 180:10
**publishing**
94:13
**pull** 32:20,24
**punish** 260:9
305:12
**punished**
114:18,23
165:13
**purpose** 14:24
**purse** 234:4
**pursuing**
319:23
**pursuit** 63:21
136:20

**put** 70:24 78:11
84:1 114:6
115:10 124:11
157:16 164:21
168:3 170:15
179:4 184:3
192:4 206:11
226:2 241:11
264:1 265:22
275:10,22
296:3 300:15
**puts** 114:19,20
**putting** 115:4,8
288:19

**q**

**qualified**
110:12 322:7
**question** 9:22
12:6 25:15
44:2 47:3
48:11 49:13
50:14 55:14
64:6 67:22
76:2,3 77:10
77:13,15 79:24
80:8,13,14
81:14,15 82:18
86:15 88:19
95:7 98:13,18
99:2 101:13
105:2 106:11
107:9 109:2,15
111:15 114:7,8

119:4 121:4
124:20 127:7
131:24,24
133:22 142:4,5
142:13 148:3
156:23,23,24
159:1,4 161:14
161:20 167:20
168:8 169:10
169:12,12
171:17 176:10
177:12 181:2
183:19,20
185:14,17
186:13 192:19
207:9,9 225:20
228:3 235:1
241:23 243:2,4
243:12 245:23
255:2 256:6
258:14,16,22
258:24 259:18
263:7 272:3,3
272:22 274:11
276:7 288:18
288:18 290:24
305:10 306:12
306:14 307:18
312:7 315:3
317:13 318:3
319:14
**questioned**
303:20

**questioning**
103:20 104:9
**questions** 5:6
30:2 50:5
51:15 82:14,23
103:24 104:10
123:15 129:19
129:20 130:9
130:14 134:19
158:19,20
169:5,6 240:7
240:9 251:21
251:23 261:19
262:14 274:20
275:10,12
287:14,16
289:4 298:24
299:9,22 300:3
300:3 301:16
304:3 317:14
**quickly** 9:18
**quite** 259:15
**quote** 90:2
110:10,16
116:14 171:23
172:21 222:8
**quotes** 83:10
110:9

**r**

**r** 2:1 6:1 34:1
232:6
**racist** 122:17

**radical** 165:1
174:5
**radio** 8:24
14:18,24 91:7
**rage** 253:2
**ragsdale** 16:24
**raise** 7:22
**rally** 57:13
**ran** 24:6,10
**randal** 93:22
**random** 295:10
**randy** 1:8,14
2:11 3:18 5:3
6:6,9 7:7,17
8:2 27:1 29:2
30:5 90:16
91:5,5 92:7
93:6,23 145:11
145:20 146:2,2
146:17,19
147:7,8,11,12
147:17,18,20
147:24 148:13
148:13,18,19
148:20,21
150:15,18
201:1 233:4
239:22 241:11
261:18 281:14
285:21 297:13
**randyboyd.co...**
27:4
**randyboyd.co...**
27:1 91:9

**range** 154:7
268:1 277:11
**rare** 26:16
**rather** 116:22
116:22 140:13
**ratified** 308:14
**rattled** 201:9
**rb** 239:20,21
250:4,17
**rbigelow** 2:7
**rdb** 27:1,4
**reach** 236:3
**reached** 112:2
199:11 206:3
**reaching**
205:18 230:3
**react** 57:21,23
294:18,19
**reaction** 80:19
140:8 238:10
290:8,15,16,16
290:17,20,21
290:22,23
**reactions**
240:14 250:23
**read** 37:10 56:1
66:18 68:5
69:1,5 71:20
75:16 79:7
86:6 89:11
90:1,2,3,6 91:3
106:3,6,17,23
108:7 110:2
121:21 122:16

Case 3:25-cv-00528-KAC-JEM   Document 46   Filed 01/21/26   Page 378 of 406
PageID #: 1320

| | | | |
|---|---|---|---|
| 125:21 127:24 | **real** 124:19,21 | 144:18 145:4 | **receiving** 126:9 |
| 132:22 142:17 | 222:15 | 149:1 | **recent** 146:24 |
| 142:20 144:9 | **realize** 139:13 | **recall** 24:2 36:7 | **recipient** |
| 149:8 157:21 | 298:23 | 37:2 43:17,20 | 211:23 |
| 164:16 165:7 | **realized** 14:10 | 44:1 46:4,10 | **recognized** |
| 172:15,15 | 14:12 18:23 | 47:8 52:19 | 157:7 313:18 |
| 173:24 178:8 | 19:8 22:5 | 65:22 66:4 | **recollection** |
| 178:23 179:24 | **realizing** 16:11 | 67:9 74:16 | 244:14 291:19 |
| 193:14 199:22 | **really** 10:11 | 108:9,10 | **record** 6:4,5,14 |
| 201:18 202:10 | 11:7 12:14 | 118:21 119:14 | 7:2 12:5 34:14 |
| 212:2 215:10 | 15:16 16:7,11 | 125:4 126:12 | 48:23 59:14,15 |
| 217:17 222:8 | 16:11 19:8,12 | 131:4,6,11 | 59:17 60:10 |
| 222:10 229:11 | 21:6,10 22:5 | 172:5 190:21 | 69:8 92:18 |
| 229:13 236:23 | 22:21 24:3,4 | 205:15 207:22 | 101:5,22,23 |
| 252:9 253:3 | 25:9 30:18 | 222:18 233:9 | 102:1 109:10 |
| 261:9,10 | 32:16 110:24 | 233:14 236:6,7 | 125:22 126:23 |
| 268:16,23 | 122:3 153:5 | 236:8 245:5,12 | 126:24 127:2 |
| 276:21,22 | 155:20 183:1 | 246:13 248:1 | 150:3,5,7 |
| 279:11,22 | 213:15 221:9 | 249:20 263:5 | 196:15,16,18 |
| 280:14 284:9 | 245:22 247:8 | 263:16 287:9 | 214:11 223:1 |
| 287:8 292:15 | 247:13 260:10 | 289:18,19 | 237:21,22,24 |
| 292:21 297:24 | 275:7 282:19 | 292:24 299:13 | 258:21 273:21 |
| 298:1,8 | 305:3 314:6 | 303:23 304:13 | 280:24 281:1,2 |
| **reading** 68:2,19 | **realm** 52:3 | 305:16 307:10 | 282:16,22,23 |
| 110:13,20 | **reason** 11:19 | 310:20 320:8 | 283:1,2,4 |
| 126:8 187:12 | 12:13,13 13:16 | **receive** 57:24 | 286:19 300:16 |
| 212:8 221:16 | 29:13 31:18 | 58:2 100:9 | 306:16 321:6 |
| 221:18 232:15 | 83:6 105:4 | 154:15 263:12 | 322:9 323:5 |
| 274:17 278:8 | 173:10 185:9 | 299:5 | **recorded** 6:21 |
| **reads** 107:12 | 185:19,24 | **received** 33:7 | 150:8,9 322:6 |
| 268:22 | 186:4 278:17 | 122:24 125:19 | **recorder** |
| **reaffirming** | **reasonably** | 208:24 230:4 | 149:23 |
| 320:5 | 141:11,24 | 310:14,22 | **recording** 6:16 |
| | 142:24 143:13 | 316:3 | 322:8 323:4 |

Page 56

Case 3:25-cv-00528-KAC-JEM Document 46 Filed 01/21/26 Page 379 of 406 PageID #: 1321

**records** 33:8
109:8 150:13
214:14,16
238:15
**recruit** 64:8,9,9
65:8 156:1,3
156:12,16
**recruiting**
156:7,8
**redacted**
238:16
**reduced** 322:7
**reenergize**
18:22
**refer** 17:8
**reference**
180:12,13
206:10,12
215:7 261:3,21
**referenced**
89:10 196:10
206:16 238:21
265:15 302:6
**references** 58:5
89:22 212:11
**referencing**
209:20 265:16
**referring** 78:23
79:1 83:10
121:11 122:8
165:16 209:22
286:6 292:3,4
292:5

**reflect** 60:11
69:14,15
144:15
**reform** 41:9,10
**refrain** 133:2
134:7
**refresh** 291:19
**refute** 267:22
**regard** 179:17
239:16
**regarding**
100:20 102:15
130:11 208:21
219:12 230:7
259:10 261:19
281:17 304:12
313:11
**regardless**
77:23 149:15
**regards** 25:5
43:6 49:13
62:18 75:16
83:8 89:19
90:12 101:9
103:10 110:5
120:8 175:4
178:22 193:11
194:3,21 195:9
204:21 209:1
241:13 244:9
246:17 249:14
249:19 255:10
256:9 257:23
289:10 299:9

307:9 310:14
311:6
**regents** 204:6
**register** 36:2
**regret** 68:14
**reinstate**
293:11 308:9
**reinstated**
226:15,16,19
**reiterate** 71:2
**reject** 178:17
**related** 80:23
230:10,13
231:9 239:4,6
251:21 266:11
281:18 309:4
322:11 323:7
**relates** 80:3
**relations** 198:3
233:18,20,21
234:2 304:18
**relationships**
310:7
**relative** 322:13
323:10
**relatively** 22:10
133:18
**relevance** 70:8
110:5
**relevant** 70:5,6
78:3
**religion** 103:8
**religious** 33:18
33:21 133:4

134:8,10,11
**rely** 46:8
**relying** 318:9
318:16,19
319:6,11,11,13
319:16,16,18
319:22 320:1
**remain** 261:19
309:4
**remains** 261:16
318:6
**remarks**
208:20
**remember**
52:18 54:10
71:17 119:21
129:10 173:5
173:13 222:11
222:12 233:8
236:15 238:11
248:16 262:23
289:16 303:14
**remembered**
36:8
**remind** 241:23
**reminded**
35:23 67:24
**remorse** 68:14
**remove** 68:18
266:4
**removed** 123:6
293:22,23
297:5

www.veritext.com          Veritext Legal Solutions          800-556-8974

**repeat** 25:15
81:14,15 104:7
161:1,6,8
306:11,13
307:18,19
**repeated**
306:16
**repercussion**
103:18
**rephrase** 61:17
109:15 142:10
169:12 218:3
256:6
**replace** 228:15
**replacement**
136:24
**report** 81:14
193:2,6,7
225:8 228:4
239:20 311:8
**reported** 1:20
36:5 252:23
**reporter** 6:2,3
7:19 8:6 12:7
12:18 33:23
34:2 60:15
104:6 187:16
187:24 198:24
200:14,16
222:20 230:5
259:3,6 273:18
273:21 278:21
278:24 282:18
282:22 306:15

306:16 322:18
**reporter's**
230:7
**reporters** 11:7
**reports** 57:4
**reprehensible**
125:24 134:23
137:24 138:5,7
165:15 183:11
189:3 215:24
262:1
**represent** 8:14
139:14 188:11
188:20
**representative**
50:7 143:23
232:16,18,21
232:22,23
251:10 253:19
254:4 261:13
262:8 263:18
304:4
**represents**
303:10
**republican**
24:7 34:24
35:10 304:21
**republicans**
25:6,12,17
34:23 35:3
39:19 305:23
306:4,5,19
**request** 33:8
98:3 100:10

245:23 287:23
288:10
**requested**
100:19 287:24
288:5 306:17
**requests** 288:9
288:11
**require** 23:7
271:22 272:4
**required** 17:21
**requires**
100:10
**reread** 67:11
**research** 63:22
64:13,15,21
136:21 152:6,8
157:7,8 191:5
191:7,23
197:17 266:12
**researched**
213:11
**researching**
37:3 191:4
**resolution**
137:10 289:16
289:17
**resort** 88:8,20
88:23
**resources**
205:2
**respect** 69:18
70:22 120:24
121:1 136:10
136:22 137:10

137:19 165:15
165:20,21,22
165:23 187:1
253:12 258:2
**respective**
206:1
**respond** 223:11
230:19 231:12
252:8 287:13
298:17 305:11
**responded**
230:16 288:2,5
288:7
**responding**
77:23 78:2
82:5 230:18
302:19
**responds** 73:19
231:3,8
**response** 55:5
58:8 71:16
73:21,24 74:11
75:8 76:20
78:10,11 121:4
159:3 180:11
188:7 302:18
302:21 303:5
320:17
**responses**
287:24 288:11
298:1,2 299:11
**responsibilities**
266:7

Case 3:25-cv-00528-KAC-JEM   Document 46   Filed 01/21/26   Page 381 of 406
PageID #: 1323

**responsibility**
38:1 211:23
245:1 253:10
256:5,8,16,24
258:7 266:22
273:3 302:19
302:23
**responsible**
224:7
**rest** 114:5,5
206:22 207:5
**restaurant**
10:19
**restitution**
268:13 277:6
**result** 145:7
156:15
**results** 176:22
195:13
**retailers** 15:16
**retiring** 21:18
**retract** 224:9
**retribution**
102:22
**return** 177:5
310:10,22
**retweeted**
185:5
**revenues** 234:7
**review** 96:11
199:17 235:10
**reviewed** 235:9
317:20

**reynolds**
179:11,14,18
180:7,8,10
182:12,15,20
182:21 183:2
184:13 185:20
185:21 193:11
193:21 194:11
**rhetoric** 68:20
69:2,3
**rhodes** 38:21
42:8,9,19 44:6
281:8
**rice** 40:5
**ride** 17:10
**ridge** 37:24
**right** 7:3,22
13:18 15:12
48:24 53:9
54:24 72:21
73:6,13,18
76:12 93:3
99:13 103:10
107:19 115:9
115:17 117:7
119:5 124:5
126:15,18
131:7,19
137:20 144:8
144:16 145:2
145:23 146:12
146:14 147:15
148:13 153:2
154:24 155:12

155:21 163:6
165:12 170:10
170:17 173:21
173:22 176:2,3
176:8 180:17
180:19 182:7
182:22 186:15
187:2 190:8,10
196:1 216:18
220:21 228:13
228:18 237:18
251:3 260:3,7
269:10 272:1
272:17 283:14
290:12 291:15
291:18,20
294:4,6 295:5
296:20 304:2
308:3 312:24
313:4,21
**rights** 103:4,7
104:17 184:14
185:11,22
293:4 313:16
**ringcentral**
219:20,20
220:4,5
**riot** 191:1
**riots** 169:17,24
170:6,14
171:19 172:7
173:16,17
175:22 176:2,7
176:13 177:1

216:23 217:19
217:24 218:1,2
218:7
**risk** 114:21
115:5,8,11,15
116:2,4,10
118:8 140:10
166:21 168:3
171:10 173:19
177:6 179:5
183:8 184:3
190:6 191:8
195:18 296:17
**rittenhouse**
112:19,23
**road** 296:16
**robb** 7:15 8:13
33:7 50:23
59:9 83:1
274:13
**robby** 85:21,24
86:2 212:11,12
213:4
**robert** 2:3
**rock** 252:17
**role** 37:18 47:1
48:22 51:20
127:17 133:11
137:11 138:20
174:1,9 224:4
233:15 235:1
245:2
**roles** 38:5

www.veritext.com          Veritext Legal Solutions          800-556-8974

| | | | |
|---|---|---|---|
| **room** 149:22 | 229:8 247:16 | **savarese** | 303:24 306:5 |
| 282:20 | 281:7 | 197:13,14,15 | 315:11 319:9 |
| **rotary** 34:13 | | **save** 32:10 | 319:15 |
| **roundabouts** | **s** | **saw** 27:17 | **says** 10:22,23 |
| 248:2 | **s** 2:1 3:5 4:1 5:1 | 40:15 65:12 | 31:22,23 59:20 |
| **route** 131:9 | 6:1 222:23 | 85:14 195:23 | 69:10 72:9 |
| **rudimentary** | **sad** 10:16 75:10 | 298:19 | 73:1,4,6 86:11 |
| 123:14 176:1 | 76:23 107:1 | **saying** 9:16 | 91:5 104:22 |
| **rule** 31:24 | 114:10 284:5 | 21:8 38:9 | 107:19,20 |
| 224:3 | **saddam** 74:24 | 57:24 58:19 | 110:11,16,22 |
| **rules** 6:20 9:12 | 75:10,12 | 75:21 79:19,20 | 111:24 112:12 |
| 81:2 265:22 | **sadly** 198:13 | 79:21,23 80:1 | 112:18 113:2,9 |
| 275:8 288:22 | 199:8 | 88:13,17 89:2 | 117:1 119:9 |
| 288:23,23 | **safe** 71:7 | 94:18 95:21 | 129:14 131:7 |
| 289:3,6,7 | 115:19 167:17 | 96:3,8 100:21 | 132:23 134:2 |
| **run** 21:1 22:23 | 177:19 178:3,5 | 117:21,23 | 134:19 135:23 |
| 25:18 31:3,9 | 178:5 | 118:1 131:11 | 137:10,11,15 |
| 31:13 121:17 | **safety** 70:3 | 137:23 138:2,3 | 138:20 140:13 |
| 122:1,8 146:10 | 104:18 167:5 | 147:2 153:10 | 141:4 143:4 |
| 179:18,23 | 171:7 172:19 | 153:12,13 | 144:10,11,14 |
| 180:11,14 | 174:21,21 | 161:10 167:19 | 145:1,2 148:23 |
| 181:5 182:5,5 | 175:5,14 | 168:23 169:11 | 150:14 158:19 |
| 185:6 193:8 | 252:19 312:9 | 172:22 173:9 | 161:22 164:16 |
| 278:24 | 312:13 | 176:9 182:3,5 | 168:21,24 |
| **runner** 31:7 | **salacious** | 183:14 186:24 | 169:1,4,13,14 |
| **running** 20:16 | 159:22,23 | 189:15 220:23 | 174:9 179:8 |
| 21:4 23:4,5 | **salaries** 224:13 | 225:14 243:20 | 198:8,9 199:8 |
| 24:1 122:10 | **salary** 268:13 | 258:6,21 260:9 | 199:14 201:11 |
| 301:21 | 277:6 | 268:20 269:17 | 205:16 206:6 |
| **rural** 20:16 | **sales** 16:4 | 272:21 273:1,9 | 208:13,14 |
| 65:2 | **salesman** 13:11 | 284:5 290:21 | 209:15,16,19 |
| **rusty** 263:15 | 15:6 | 291:3 292:8,22 | 211:22 214:5 |
| **ryan** 130:1 | **saturday** | 295:21 298:13 | 215:9 217:8,18 |
| 197:18 223:10 | 203:21 206:22 | 299:12 303:17 | 220:5,5,16,21 |

www.veritext.com
800-556-8974
Case 3:25-cv-00528-KAC-JEM    Document 46    Filed 01/21/26    Page 383 of 406
PageID #: 1325

221:6,6,9
222:4 225:12
226:15 227:16
229:18 230:12
232:5,7,15
233:3,6 238:8
239:19 244:4
245:14,18,19
245:24 250:4
250:17,21
251:5,18 252:3
252:4 253:9,12
253:23 254:11
254:12,19
261:14,15,16
261:23 262:5
266:20 267:8
267:16 269:10
270:13,13
271:5,10
274:13 277:1,9
277:14 281:12
281:17,21
283:11,19
284:3 285:3
297:12
**scared** 312:20
**scary** 253:1
**schedule**
205:18
**scholar** 186:10
186:14 292:18
**scholarly**
133:12 137:13

138:21 152:6,8
**scholarship**
17:18,19
**school** 10:3
14:4 18:5
22:14,14,16
42:16,17
131:15,19
157:18 261:2
292:18
**school's** 193:16
**schools** 202:9
**science** 123:20
124:2 231:2
**scoggins** 56:11
56:13,14,15
284:11
**scope** 228:12
**score** 41:8
**scored** 73:17,18
**screenshot**
85:24 86:3,5,8
90:16
**se** 53:11
**season** 201:9
206:22 207:5
286:3
**seat** 285:22
**second** 9:15
11:4 14:15
16:18 17:11,20
28:11 33:3
52:20 55:21
64:13 66:15

69:20 83:16
104:14 105:24
110:16 132:23
164:15 212:4
212:10 217:6
217:11 241:20
252:14 265:18
267:5 275:3
276:17,19,20
276:24 288:10
**secondary**
19:17,18
**secretary** 197:4
**section** 164:16
164:17 173:20
173:24
**secular** 72:5
**security** 199:17
244:15
**see** 51:2 58:9
67:8,10 74:5,7
74:9,19 96:6
97:2 104:16
110:11 123:22
147:13 195:21
215:9 219:13
219:15,16
220:19,19,23
222:15 235:15
236:14 252:22
252:24 253:1,8
266:18 280:6
306:20

**seeing** 74:13,18
126:9 252:24
283:16
**seeking** 230:6
**seemed** 214:16
**seems** 72:14
81:9 120:22
291:20
**seen** 67:4,6
110:20 124:9
180:3,3 198:9
215:6 217:14
232:21 282:20
287:5 289:17
292:16
**select** 38:6
**self** 72:14 84:21
85:15 96:24
144:20 148:5
**sell** 15:21
**selling** 14:16
**semester** 17:23
**senate** 39:17
267:10,11
269:4 287:1,3
287:5,11,12,14
287:17 288:6,9
291:18
**send** 27:17
28:22 92:16
159:3 170:8
214:10 217:7
217:18 219:17
236:5

www.veritext.com
Veritext Legal Solutions
800-556-8974

Case 3:25-cv-00528-KAC-JEM    Document 46    Filed 01/21/26    Page 384 of 406
PageID #: 1326

sending 123:10
218:15
senior 197:9
sense 16:23
54:21 77:8
79:16 244:7
294:7
sensibilities
72:6
sent 18:3,5,8
43:18 66:21
84:1 85:24
125:16 136:5
170:8 174:24
176:6,11,12,16
200:1 203:20
203:23 204:2
215:22 216:17
219:6 232:16
233:5 234:24
235:7,8,13
236:7 237:1
238:11,16,18
239:8 265:17
279:8,13,14,22
279:23 281:15
282:14 292:19
299:6
sentence
132:22 141:18
142:20 277:1
sentiment
149:16 239:20
240:6 261:16

sentiments
240:20
separate 91:12
145:15,19
248:22
separately
113:1
september 3:8
3:12,14,16,20
3:22 4:4,6,8,11
4:13,16,20,21
4:23 108:13,15
109:6 110:19
119:14 120:8
125:10,11
197:2 198:14
200:1 201:21
203:21 204:2
206:15 208:7
209:14 210:2,4
210:23 214:7
215:20 220:6
229:8 234:20
234:24 235:14
237:1,3 238:6
239:9,20
250:17 264:13
264:17 279:22
280:13 282:9
283:10 284:1
285:8
series 238:18
serious 176:19

seriously
110:24 111:2
266:6
servant 18:12
serve 23:9,19
service 17:21
17:22 19:13
63:23 64:22
65:6 133:8
135:7 136:21
266:12
services 112:4
session 46:7
248:21,24
set 15:18,19
19:20 245:21
268:3
sets 266:13
setting 34:14
settle 133:12
137:13 138:22
139:2 224:20
226:4
settled 139:5,7
settles 226:4
settling 139:8
seven 22:9
31:10,15
152:18 154:6
278:22
seventeen
91:10
seventh 113:2

seventy 251:21
several 92:21
204:23
shahverdian
323:2,15
shanea 38:22
shape 146:12
253:11
share 137:18
192:5 223:13
223:15 224:2
228:6 313:22
shared 46:1
65:21 74:1
97:14 150:8,9
175:7,19
207:16,17
240:13
shares 250:23
262:4
sharing 22:13
149:15 198:8
233:3
sheet 281:5
shield 174:2,10
shielded 301:17
shift 18:11
232:3
shirinian 1:4
2:2,22 6:7 7:13
7:13,16 8:15
43:22 46:14
47:23 48:17
50:3,12 54:8

Case 3:25-cv-00528-KAC-JEM    Document 46    Filed 01/21/26    Page 385 of 406
PageID #: 1327

| | | | |
|---|---|---|---|
| 65:11,15 66:23 | 309:3,8 311:6 | **shooting** | **significance** |
| 66:23 67:1 | 314:21 318:5 | 131:19 204:20 | 63:8 |
| 70:10 82:4 | **shirinian's** 54:9 | **short** 15:9 | **significant** |
| 83:6,17 88:6 | 67:11 68:1 | 22:10 130:22 | 316:2 |
| 95:21 96:14 | 73:23 83:5 | 133:18 201:7 | **significantly** |
| 98:7,10 100:6 | 90:12 104:13 | 210:17 237:15 | 309:21 |
| 100:9 108:4 | 108:14 109:6 | 237:17 280:11 | **silence** 251:24 |
| 110:3,9 114:15 | 119:18 120:7 | 298:22 | 308:15 |
| 122:23 123:3 | 124:18 131:15 | **shortly** 18:24 | **silent** 199:10 |
| 131:18 132:1,5 | 158:8 163:5 | 207:18 300:18 | **similar** 95:9 |
| 132:7,10,16 | 166:13 169:23 | **shot** 50:18,20 | 194:10 215:6 |
| 144:8 145:5 | 170:15 177:2 | 132:1 198:11 | 215:10 216:6 |
| 157:11 172:20 | 180:24 181:3 | 198:13 201:7 | **simpler** 172:17 |
| 174:16 177:19 | 187:14 188:8 | 201:12,20 | **simply** 60:9 |
| 182:20 194:4 | 188:20 207:2 | **show** 110:10,18 | 115:24 127:5 |
| 194:10,21 | 207:12,20 | 120:9 121:2,3 | 320:11 |
| 204:13 206:8 | 209:1 210:2 | 286:16 | **sing** 32:13 |
| 212:5,13 | 211:24 216:21 | **showing** 252:5 | **single** 30:11 |
| 226:13 227:17 | 217:15 224:18 | 293:15 | 110:16 170:19 |
| 232:12,18 | 233:16 246:15 | **shown** 125:13 | 173:11 311:9 |
| 234:17,18,24 | 249:22 269:11 | 125:14 150:15 | **sir** 48:11 51:15 |
| 246:17 262:17 | 270:18 290:17 | **sick** 77:2 88:15 | 55:19 57:10 |
| 264:2,14 | 290:23 294:21 | 114:13 | 59:7,19 66:20 |
| 268:19,21 | 300:17,23 | **side** 27:5 | 74:7 76:2 82:8 |
| 270:9 275:17 | 304:12 307:12 | 235:23 255:18 | 88:19 90:15 |
| 277:23 278:11 | 307:21 310:10 | **sides** 242:5,18 | 102:3 107:2 |
| 281:18 289:10 | 315:21 320:10 | 243:3,13 | 108:8 114:7 |
| 293:11,19 | **shocked** 100:13 | **sidney** 204:10 | 122:22 141:16 |
| 294:15,24 | 100:15 | **sift** 232:3 | 141:19 142:3 |
| 295:14,22 | **shockingly** | **signal** 26:8 | 157:1 163:23 |
| 297:4 302:10 | 153:7 | **signature** 321:7 | 168:22 169:10 |
| 303:12,22 | **shoot** 171:3 | 322:16 323:13 | 171:17 179:11 |
| 304:22 305:7 | 181:5 | **signed** 293:11 | 187:21 190:13 |
| 306:23 308:9 | | | 192:19 197:24 |

www.veritext.com                Veritext Legal Solutions                800-556-8974

Case 3:25-cv-00528-KAC-JEM    Document 46    Filed 01/21/26    Page 386 of 406
PageID #: 1328

200:18 201:17
202:23 203:24
208:6,12,13
212:4 213:22
215:4 220:11
220:21 223:7
231:22 234:15
235:13 253:3
264:10 266:17
268:16 272:3
274:11 276:8
276:18,20
279:5 281:5
283:6,15,20
286:21 291:10
293:1 316:23
321:1
**sit** 53:5 88:3
171:18 190:18
191:3 196:3
213:14 299:22
**situation** 63:1,9
69:21 70:24
85:12 114:4,20
115:12,13,14
116:4 130:6
140:12 166:5
166:17 167:2
182:18 194:13
194:17,19
214:20 276:12
291:4,7 292:7
320:14

**situations**
111:18 205:3
230:18
**six** 14:12 15:4
15:23,24 21:24
22:4 67:18
**sixth** 112:18
**skills** 322:10
323:6
**skrmetti**
205:11,13
**skrmetti's**
205:9
**slot** 111:1
**slow** 9:20,20
18:19 19:10
**small** 208:8
234:13
**smart** 14:6,10
**smarter** 14:13
259:22
**smith** 51:6,11
51:13,16,19
162:4,5,6,8
205:8,11,14
281:9
**social** 33:18,19
34:5,10 68:12
83:23 84:1,18
92:4 94:13,19
94:23,24 95:23
96:5,21 97:3
97:12 99:1
101:11,16

199:10 204:22
218:16 238:8
239:12,16,21
239:21,23,24
240:13,18
250:3,4,17,17
257:10,10
263:11,13,17
**socialize** 52:4,6
**socializing** 52:8
**socially** 40:10
44:18 96:5
257:12
**sociology** 57:7
66:1
**sold** 15:19,22
16:3
**somebody** 22:3
22:3 27:16
32:24 36:1,4
36:10,11 40:3
91:16 105:22
121:24 122:6
149:22 172:13
176:18 226:24
297:9
**somebody's**
149:17
**someone's**
124:10 183:12
306:6
**somewhat**
111:1

**son** 35:4
**soon** 119:20
**sooner** 119:24
**sorry** 28:17
32:18 33:23
34:4 40:12,24
48:3 51:7
52:15 56:15
60:5 61:1 64:9
66:4 68:3
79:22,24 83:7
86:15 94:8
104:1,6 109:5
109:14 118:3
119:10 134:16
134:17 141:6
152:23 153:3
153:18 187:11
193:4 198:2
200:15 202:22
203:2,23
206:17 208:10
209:7 212:3
225:19 227:11
237:2 241:23
250:6 251:21
254:7,15,23
259:5 276:24
283:16,17,21
285:23 289:22
290:18 305:9
307:18 315:3
317:6

www.veritext.com
Veritext Legal Solutions
800-556-8974

**sort** 26:5 45:2
49:3 175:4
240:5 257:11
**sounds** 98:18
126:20,21
221:16 247:12
**source** 125:7
285:7
**sources** 125:1,3
125:8
**south** 32:4,10
**southeast** 14:18
16:19
**southern** 231:2
**spam** 222:16
**speak** 9:18
22:23 46:3
52:2,3 84:16
90:13 102:21
140:17,22
247:6,13
312:24
**speaker** 39:16
39:17
**speakers**
178:14 199:19
291:16 312:17
312:21 313:16
**speaking** 43:7
81:2 89:2,7
93:21 132:23
151:18 165:6
201:6 223:12
223:20,20

263:10 274:22
**speaks** 141:6,8
141:22 142:22
143:10 273:3
**special** 19:2
22:1
**specific** 105:1
116:9,13,17
144:8 169:16
218:8 245:13
245:23 255:11
255:12 256:8
257:2,12
**specifically**
17:7 67:20
89:2 149:14
151:19 172:21
193:5,12
251:14 255:8
261:4 265:15
268:24
**specify** 290:20
**spectrum**
255:16
**speculate**
194:18
**speculation**
195:3 207:7
**speech** 87:24
87:24 102:15
102:16 103:2,2
103:6,11
150:16,17,17
164:2 169:23

170:5 174:2
188:10 241:20
242:1,5,7,10
243:14,22
246:1,4,9,14,18
246:19 247:5
247:10,15,18
248:9 263:4
289:11 293:4
305:12 307:12
307:21,23
308:2 315:21
**spell** 92:23 93:1
222:20
**spelled** 220:20
**spencer** 4:3
219:10,11
221:2,3
**spend** 23:14
25:10 37:3
70:6,9
**spending** 16:13
**spends** 10:20
**spent** 19:2
**spirit** 208:17
**spoke** 8:14 36:1
48:24 247:15
247:16 249:2
275:4 304:14
**spoken** 35:23
40:17 41:19
42:23 43:5,10
43:12 44:20
45:20 46:11

47:3,22 48:14
49:10 50:2,10
204:22 233:10
244:22 245:3
275:1 287:19
304:11
**sports** 91:8
286:1
**st** 31:2
**stadium** 284:17
285:23
**staff** 56:18,23
69:16 70:4
71:1 78:12
118:12,18
140:10,16
159:19 165:18
167:6,17 171:8
171:10 174:22
179:5 190:7
191:9 193:22
205:23 208:20
218:5,9,11
240:8 251:22
262:14 284:12
295:1 311:21
**staff's** 114:21
115:5,15,19
118:7 166:21
173:19 183:8
195:17
**staffing** 251:14
253:24 254:13
254:22 262:7

Page 65

Case 3:25-cv-00528-KAC-JEM    Document 46    Filed 01/21/26    Page 388 of 406
PageID #: 1330

| | | | |
|---|---|---|---|
| **stage** 201:12 | 41:7,11 50:6 | 163:12,16,17 | **steal** 111:1 |
| **stake** 170:16 | 51:8,9 64:23 | 163:19 168:2 | **stem** 65:4 |
| **stance** 84:5,8 | 65:2 99:11,15 | 168:18 184:4 | **stenographic** |
| **standalone** | 99:18 101:3,9 | 186:17 188:19 | 6:22 |
| 166:16 | 101:11 103:4 | 216:9,10,24 | **step** 176:1 |
| **standard** 95:15 | 103:14,18 | 217:3 308:4 | **stephanie** 56:4 |
| 96:7,9 151:20 | 113:20 133:24 | 320:4 | 56:7 57:5 58:5 |
| 151:22 201:13 | 143:8 178:11 | **statements** | **stephen** 2:21 |
| 242:9 244:5 | 178:13 202:8 | 59:21 70:21 | 7:11 |
| **standards** | 203:11,16 | 111:5,8,12,15 | **steps** 175:4,8 |
| 77:22 | 204:4,9 226:23 | 111:16,20 | 175:15 191:5 |
| **standing** 190:2 | 227:6 232:23 | 122:15,17,20 | 194:22 |
| **stands** 75:23 | 235:15 256:13 | 132:20 133:3,5 | **steve** 235:15,17 |
| 79:18 124:3 | 277:16 304:3 | 134:7 135:3 | **steven** 203:4,8 |
| **starbuck** 85:21 | 322:19 | 141:10,24 | 204:1 |
| 85:24 86:2 | **state's** 256:4,7 | 142:8,24 | **stick** 66:11 |
| 122:24 212:11 | **stated** 64:1 | 143:13 144:18 | **stinnett** 130:1 |
| 212:12 213:4 | 117:9 121:3,5 | 145:3 149:1 | 130:10 197:18 |
| **start** 82:23 | 184:12 192:13 | 150:11 162:16 | 223:10 229:8 |
| 171:24 193:13 | 269:2 316:13 | 162:20 169:3 | 281:8 |
| 217:23 218:10 | 316:18 317:16 | 230:10,13,15 | **stinnett's** |
| 228:18,19 | **statement** 88:9 | **states** 1:1 | 130:15 |
| **started** 14:5,11 | 88:12 89:23 | 102:10 113:19 | **stipulation** |
| 14:15 15:4 | 90:2,4 104:19 | 135:3 143:9 | 6:23 |
| 16:10,13 21:4 | 112:21 113:5,9 | 201:4 215:23 | **stop** 21:8 92:24 |
| 61:8 | 114:20 115:2,4 | 229:16 261:13 | 201:6 267:4 |
| **starting** 16:6 | 115:11 117:12 | 266:1 268:23 | **stops** 192:11 |
| 276:21 | 120:12 121:9 | 270:8 | **stores** 14:18 |
| **starts** 63:20 | 121:20 134:9 | **statute** 39:1,14 | 15:19 |
| 193:13 | 134:12,22 | **stay** 31:23 | **story** 13:10 |
| **state** 18:9,15,23 | 135:12,12,14 | 146:12 | 15:8 18:1 |
| 19:16,20 20:4 | 136:6 137:23 | **stayed** 268:5 | 22:10,10 |
| 20:4,7 23:6,10 | 143:4,8 144:22 | **staying** 25:8 | **strategies** |
| 23:11,13,18,19 | 162:24 163:8 | 57:3 199:10 | 19:22 |

Case 3:25-cv-00528-KAC-JEM     Document 46     Filed 01/21/26     Page 389 of 406
PageID #: 1331

| | | | |
|---|---|---|---|
| **strategy** 15:15 | 173:18,18 | **subscription** | **super** 39:4 |
| **straw** 221:19 | 174:22 178:10 | 3:10 200:21 | **supersede** |
| 221:24 | 179:4 183:8 | **subscriptions** | 167:18 |
| **street** 3:10 4:18 | 190:7 191:9 | 279:8 | **supersedes** |
| 200:20,21 | 193:22 195:17 | **substance** | 167:6 179:6,8 |
| 279:23 | 218:4,8,11 | 20:19 | **supply** 170:24 |
| **streets** 180:6 | 252:7 255:6 | **substantially** | **support** 64:11 |
| **string** 290:2,2 | 258:15 261:2 | 178:15,16 | 64:17,19 69:6 |
| **strings** 234:4 | 284:12 285:17 | **suburban** 9:24 | 171:9 192:18 |
| **strong** 261:18 | 295:1 310:9,16 | **success** 64:11 | 227:4,5,13,14 |
| **stuck** 22:9 | 310:22 311:3,8 | 197:17 | 235:10 251:20 |
| **student** 20:6 | 311:21 | **sudan** 32:4,4 | 253:9 256:20 |
| 52:12,13,15,17 | **studies** 292:19 | 32:10 | 261:18 271:15 |
| 52:22 59:4 | **study** 314:4 | **suddenly** | 276:10 293:12 |
| 69:21 181:13 | **studying** 52:23 | 177:14 | 294:3,11 |
| 197:17 260:15 | **stuff** 10:24 | **sued** 29:23 | 310:10 |
| 260:21,22,23 | 150:4 | **sues** 226:13,13 | **supported** |
| 260:23 313:11 | **subject** 97:23 | **sufficient** | 137:9 171:19 |
| **student's** 311:9 | 99:21 100:1,4 | 316:13,19 | 235:9 240:16 |
| **students** 17:8 | 101:5 158:21 | 317:11,12,16 | 264:18 |
| 18:8 20:13 | 169:7 209:21 | **suggest** 88:8,23 | **supporting** |
| 53:18,22,24 | 215:21 232:11 | 131:8 137:22 | 228:14 293:18 |
| 54:2 57:17 | 238:8 249:13 | 145:17 160:3,5 | 294:15 |
| 58:18 64:8,19 | 281:17 294:22 | 177:7 300:4 | **supportive** |
| 65:4 70:4 71:1 | 311:7 | **suggested** | 285:16 |
| 71:5 78:12 | **submitted** | 88:20 160:4 | **suppose** 11:5 |
| 95:14 114:21 | 116:11 157:12 | **suing** 225:12 | 32:16 34:9 |
| 115:4,14,18 | 187:18 | **summary** | 238:20 260:22 |
| 118:7 140:10 | **submitting** | 251:18 261:14 | 293:13 |
| 140:15,19,21 | 157:16 | 262:12 | **supposed** 62:4 |
| 152:22 164:2 | **subscribe** | **summer** 2:15 | 142:17 143:2 |
| 164:20 165:18 | 236:18 | **summit** 1:18 | 160:11 162:15 |
| 166:20 167:6 | **subscribes** | **sunday** 209:14 | 162:16,19 |
| 167:17 171:7 | 236:20 | 211:5 220:6 | 164:6 168:1,9 |

www.veritext.com     Veritext Legal Solutions     800-556-8974

Case 3:25-cv-00528-KAC-JEM    Document 46    Filed 01/21/26    Page 390 of 406
PageID #: 1332

168:10,14
258:14
**suppressed**
164:21
**supremacist**
312:17,21
313:16
**supremacists**
314:13,19
**sure** 8:20 9:13
12:15 15:1
24:23 25:3
28:6 29:10
34:15 42:20
45:17 53:3
58:24 64:12
71:5,7 74:11
75:14 80:13
81:10 83:15
85:13 88:2
90:5 95:8
101:13 103:7
109:15 111:10
117:6 119:4
120:3,21
121:22 122:7
124:21 127:24
131:23 133:22
134:2 135:20
137:9 138:19
141:15 142:8
142:10 145:8
147:24 148:9
150:1 155:8,11

161:19,19
162:19 167:16
169:18 176:10
186:12 187:23
189:12 207:16
207:16 212:8
213:19 214:12
215:8 225:16
240:19 242:20
243:1 245:12
247:15 252:18
259:3 261:7,11
263:7 269:13
273:18 278:15
282:17 284:8
284:15 285:5
287:7,9 288:7
289:13 297:16
298:21 300:20
307:19 320:6
**surprise** 25:11
25:17 213:16
265:1 288:2
309:20
**surprised** 32:4
251:3,7 287:22
309:22
**surprises**
253:16
**surprising** 32:1
**surrounding**
295:2 315:21
**survivors** 108:4
110:4

**suspension**
266:24 267:12
267:14,20,23
268:4,14
274:14 277:7
**sustaining**
104:17
**swear** 7:20
**swift** 253:10
**switches**
320:22
**sworn** 6:14 8:3
322:5
**sydney** 31:3
**sympathy**
315:12
**system** 7:18
9:10 13:6
37:19 53:10,17
59:20 85:2
87:8 109:20
197:12 230:11
230:14 239:12
308:24
**systems** 8:24
91:7
**systemwide**
167:14

| t |
| --- |

**t** 3:5 4:1 5:1
**take** 6:4,11
12:12,14,17
18:24 19:22

23:11 56:1
59:9,24 66:17
67:17 68:17
79:2 101:19
124:21 126:2
126:14,17
130:15,18,24
131:5,6 140:4
140:11 141:10
141:23 142:8
142:23 143:5
143:12 145:1,2
145:8 148:23
148:24 150:10
154:5 155:15
157:4 171:12
171:13 175:4
194:22 196:12
198:24 216:2
237:15,17
258:3 259:24
262:10 280:20
280:21 292:14
296:2 299:20
304:21
**takeaways**
251:19 261:14
262:12
**taken** 6:7
110:24 111:1
124:10 175:15
191:5 302:15
322:3,12 323:9

Page 68

Case 3:25-cv-00528-KAC-JEM Document 46 Filed 01/21/26 Page 391 of 406 PageID #: 1333

**takes** 152:3,5,6
152:16,21
153:3,3,12
154:2 156:21
157:6
**talk** 10:18 23:4
23:4 33:10
67:19,21 117:4
127:9 128:12
249:22 286:12
**talked** 12:16
21:21 73:15
80:16 173:21
193:20 196:2
204:12 253:18
263:4 308:21
310:1
**talking** 11:16
21:15 23:16
78:8 79:4,5
82:13 120:6
122:3,10,13
129:1 147:1,4
147:5,7 154:12
166:17,18
179:19 196:10
200:2,3 206:17
248:20 260:21
290:7,22
291:12 310:4
**talks** 117:1
122:23 169:9
203:19 211:24
241:19 250:22

251:9,13
253:14 261:22
262:3,4 277:10
291:16 293:2
**tamar** 1:4 2:2
2:22 6:7 7:13
281:18
**target** 120:10
**tarmac** 233:3
**taught** 22:14
22:15
**taxes** 35:15
**taxpayers** 20:9
**taylor** 214:7
**teach** 177:4,20
**teacher** 262:16
**teachers** 10:3
**teaching** 63:22
136:21 240:7
251:22 262:14
266:12 320:14
**team** 32:21
33:3 91:23,24
96:11 156:12
231:11 243:8
243:12 246:21
249:19 304:18
**team's** 192:21
**tech** 204:10
**technical** 17:5
20:7
**technically**
34:13

**teenage** 34:22
**television** 121:3
**tell** 8:4 9:14
15:3 25:9 35:2
35:13 39:8
42:14 60:8,9
61:5 65:23
94:10 100:22
105:1 106:11
125:12 169:4
189:20,23
191:6 211:8,9
285:4 287:22
311:1
**telling** 76:8
183:10 305:11
**tells** 169:16,19
211:21 284:14
**ten** 8:19 41:17
80:8 82:18
184:6 215:20
**tendency** 9:18
**tennessee** 1:2,7
2:10,14,23 6:8
6:10,12 7:6,10
9:17 12:21
13:12 18:9
19:24 20:1,5,7
21:20 22:6,8
22:17 37:22
40:7 41:7,11
46:19 52:23
55:12 57:21
63:12,21 64:2

71:3 84:6,9,24
87:8 91:8,16
93:12 94:17
95:3,5,16,22
96:8,17 99:12
100:9,24 101:3
102:4 109:20
113:20 115:2,6
116:20 120:23
123:2 126:1
129:22 136:12
136:19 139:6
139:10,13,15
140:20 142:17
144:10,12,13
144:22 148:2,3
155:14,16
156:3,19,20
157:3 160:18
161:3,4,9,12
162:5,6,10
163:2,14,18
164:6,13 165:8
167:23,24
172:8 185:5
188:9,12,21
189:4 191:19
193:7,10 194:9
197:5,12 202:8
203:10,11,14
203:16 204:4,5
204:9,10 216:1
225:24 226:2
226:14,23,23

www.veritext.com Veritext Legal Solutions 800-556-8974

| | | | |
|---|---|---|---|
| 230:23,24 | **terrorizing** | 55:24 59:7,8 | 101:15 107:8 |
| 231:1,1 233:23 | 314:9 | 59:23 74:23 | 107:18 108:21 |
| 234:4 238:15 | **test** 259:21 | 75:1 76:8,17 | 119:5 129:2 |
| 240:23 241:17 | **testified** 8:5 | 80:9 153:20 | 131:12 138:18 |
| 241:17 246:11 | 80:7 133:13 | 199:1,2 200:16 | 150:22 167:4 |
| 251:15 262:2 | 193:24 213:3 | 209:7 212:23 | 170:10 181:12 |
| 264:20 270:11 | 275:6 290:19 | 222:4 234:12 | 181:14 258:13 |
| 302:6 312:17 | 300:16 319:13 | 236:15 248:23 | 270:13 283:14 |
| 314:22 322:19 | **testify** 82:16,24 | 250:15 259:7 | 283:14 290:13 |
| **tennessee's** | 275:11 | 273:22 279:16 | 291:15 294:20 |
| 139:1 | **testifying** 322:5 | 281:14 283:19 | **things** 10:23 |
| **tennessee.edu** | **testimony** | 283:21 291:17 | 15:11 16:15 |
| 2:17 27:1 | 120:1 123:17 | 292:12 297:15 | 17:9,9,16,18 |
| 201:1 | 183:16 213:2 | 321:1,2,3 | 27:5,8 28:21 |
| **tenure** 156:21 | 216:20 279:10 | **thanks** 59:12 | 37:17 43:15 |
| 157:2,4,12 | **tests** 259:11 | 123:24 153:12 | 53:7 57:3 65:7 |
| 183:24 266:22 | 260:10 | 206:22 232:19 | 78:4 81:21 |
| 268:14 277:7 | **text** 26:8,14 | 261:17 | 90:14 91:15,17 |
| **tenured** 152:3 | 27:13,13,15,17 | **theme** 14:20 | 116:20 120:9 |
| **term** 313:3 | 27:18 28:12 | 254:2 255:4 | 124:13 127:5 |
| **terminal** 152:9 | 29:19 43:15 | **themes** 251:13 | 139:14 146:1,4 |
| 152:11 | 44:3,23 50:19 | 253:18,23 | 146:14 147:18 |
| **terminated** | 98:7,11 99:24 | 254:5,12,19 | 147:19 155:5 |
| 268:12 275:24 | 290:1,2 309:6 | 262:4,6 | 158:18 174:10 |
| 276:14 277:5 | **texted** 43:6 | **themself** | 183:4 224:21 |
| 277:24 305:7 | 50:19 | 277:21 | 226:10 248:22 |
| **termination** | **texts** 27:22 | **theoretically** | 249:15 258:4 |
| 262:15,17,20 | 97:17,23 98:1 | 34:12 | 270:10 278:1 |
| 266:9,14,24 | 98:12 100:3 | **thing** 11:4 15:6 | 288:13,17,19 |
| 267:12,14,20 | **thank** 7:19 8:6 | 15:12,17 26:18 | 291:22 294:20 |
| 267:23 268:4 | 12:8 22:13,20 | 30:7 35:9 38:7 | 298:17 315:6 |
| 268:15 274:14 | 22:22 31:12 | 49:3 72:5 73:8 | **think** 8:20 |
| 276:21 277:8 | 34:2 39:10 | 94:12,18 95:23 | 12:17 13:8 |
| 308:11 | 52:15 53:2 | 98:24 101:10 | 22:18 23:3,7,8 |

Page 70

Case 3:25-cv-00528-KAC-JEM    Document 46    Filed 01/21/26    Page 393 of 406
PageID #: 1335

23:12,18 27:15
30:14,15 34:6
43:18 44:12
45:17 49:7
53:12,24 58:2
58:8,12,13,15
59:3 61:20
66:2,10 72:12
74:17 75:15,22
77:22 79:17,17
79:18 84:16
85:12,15 86:21
90:22,22 95:14
95:17 96:9,9
96:13 98:13,13
98:17 99:21
105:2 106:10
111:16,19
116:12 119:22
119:24 120:20
121:12 129:2
129:12 134:9
134:12 135:1,1
138:12,17
140:12 142:6
145:7 149:8,16
151:3,12,20
156:8,13 157:5
160:7 166:15
168:16,21
169:14,19,21
169:23 172:12
173:12,17
175:1 176:6,14

176:18 177:5
177:19,21,23
180:21,23
181:6 188:4,10
190:21 191:19
192:12 199:16
207:11,14
209:24 211:4,5
211:7 213:3
220:13 221:12
221:13 223:1
229:23 236:20
240:22 249:1,5
254:2 255:3,14
255:18,21
256:4,7 257:22
258:3,20
259:21 260:8
260:10,17
272:13 273:5
275:9 278:14
287:16 293:20
296:18 301:22
304:5 306:3
309:23 310:24
311:4 319:12
319:13
**thinking**  21:18
25:10 70:6,10
105:22 106:15
181:13 194:18
260:6 296:14
**thinks**  130:24

**third**  11:5
17:12,24 29:5
88:6 110:8,22
112:1,6 185:6
250:4,16,20
262:6
**thorough**  243:1
**thought**  13:23
14:2 19:10
21:11 29:15
35:11 57:2
78:13,17 79:23
97:1 164:22
259:17 261:8
298:17 306:5,8
306:8
**thoughts**
120:12 259:2,9
259:14,16
311:9 313:23
**thousand**  9:6
16:5 45:18
65:5
**thousands**
221:22
**threat**  195:16
**threats**  267:17
294:2
**three**  14:5
16:19 17:8,9
17:16,18 30:4
33:19 78:4
111:4 153:2,7
153:13,15

246:13 254:17
279:2 288:1
**throw**  11:11
**thursday**  1:15
**tickets**  286:4
**tie**  114:9
**tim**  263:18
303:12,20
**time**  1:16 7:1
9:1,17 10:20
11:6,17,20
12:13,22 13:16
13:19 16:13
17:1 23:21
25:10 30:18
33:4 36:23,24
37:3,4 40:14
41:7 45:15
58:6,7,9 59:14
59:17 67:3
70:5,6,9 74:13
81:16 96:14
101:22 102:1
104:15,22
111:24 118:24
119:9,11
125:19,20
126:23 127:2
128:7 131:1,4
131:6,11
133:18 152:8
157:8,8 165:16
196:15,18
197:22 201:19

Page 71

206:7,14,15
207:2,12,15,22
210:19 217:6
220:19 228:12
232:20 237:2
237:16,21,24
240:5 249:21
252:17 275:3
280:21,24
281:3 283:1,4
291:23 299:22
300:9 301:6
313:2,6,8
320:6,19,22
321:6
**timely** 205:2
**times** 8:17 10:4
11:15 13:10
80:8 82:18
129:12 191:22
208:18 316:18
317:10
**timing** 166:16
166:23 291:20
291:24
**tina** 2:23 7:9
**tindell** 3:9,19
197:21 199:5,8
214:2,10
216:11 223:10
229:8 230:8
239:10
**tisha** 4:4
199:11,11

219:1,12,16
231:7
**titans** 32:23,24
33:2,3
**title** 19:5
**tn** 1:19 2:6,16
**today** 11:18
18:7 25:18
88:3 95:20
129:1 170:9
171:18,21
177:1,3 182:24
183:9 190:18
191:3 196:3
205:6 213:3,14
218:2 238:9,21
316:22 318:5
**today's** 201:10
**together** 41:9
132:22 199:17
271:3
**told** 13:16 21:8
31:19 40:20
76:11 89:15
100:13,20,23
101:8,14
125:13 213:16
219:17 280:7
318:17
**tolerate** 222:1
**tomorrow**
183:1 222:2
**ton** 299:21

**tonight** 73:20
**took** 13:4 19:1
36:5 37:14
85:23 122:24
128:1 171:16
175:9 240:5
311:20,23
312:2,10,14
**tool** 99:7
**top** 56:10 57:3
110:8 206:18
218:24 229:11
232:5 238:4,19
251:13 253:18
253:23 254:5
254:12,19
255:4 262:5
265:17 281:6
**topics** 133:4
134:8,10,13,20
249:20 313:14
**totally** 12:1
30:13 213:21
**touch** 31:24
**tough** 33:4,5,6
206:21 207:4
**tour** 201:6
**towards** 141:15
193:12 251:20
253:21 255:19
296:23 297:3,6
301:17
**tower** 1:17 6:10

**towers** 75:4
76:15,17
**town** 23:15
**trade** 16:24
35:14 75:6
**trades** 22:15
**traditional**
165:1 174:5
**transcriber**
323:1
**transcript** 6:16
323:3,5
**transcriptionist**
322:8
**transformative**
22:2
**transgender**
57:16 113:10
117:10,12,14
117:17
**travel** 30:16
**treat** 69:17
**treated** 137:19
**treating** 72:4
73:6,7 107:8
107:17
**tremendous**
155:2
**trial** 112:19,23
226:5
**trick** 82:8
173:8
**true** 19:9,10
27:15 29:19

42:13 88:3,4
105:19 120:21
128:1 131:20
138:19 140:15
155:24 156:16
187:23 252:5
285:4 313:19
318:2 322:9
323:5
**truly** 22:21
35:22
**trump** 23:22
25:6 201:15,22
225:1,4 228:24
**trump's** 25:7
25:13,19
**trust** 62:23
177:15 186:6,8
186:8,16,18
191:23 192:4
285:19
**trusted** 125:7
**trustee** 265:18
265:21 270:7
307:11,14,20
307:22 308:1,5
308:8,11
**trustees** 37:20
38:10,12 42:11
164:1,10 197:5
227:7 229:3
246:23,24
247:2 264:23
265:3,9 266:2

266:21 271:20
271:22 272:4
281:13,15
308:14
**truth** 8:4,4,5
9:14
**try** 11:5 20:24
24:9,12 54:2
54:16 64:17
155:6 156:5
224:20 228:9
**trying** 11:22
13:8 20:18
32:6,6 34:6
60:8,9 81:13
82:7,8 116:22
121:1 147:24
152:15 161:21
171:24 173:8
176:18 191:16
193:1 247:11
247:17 272:19
273:23 274:18
275:8 284:8,19
290:20
**tucker** 200:20
204:3
**tuition** 17:6,20
18:10 234:9
**turn** 66:14
100:4,10
104:12 122:22
132:17 164:15
185:6 273:6

**turnaround**
298:22
**turned** 17:12
**turning** 201:12
201:24 202:3,9
**turns** 14:7
**tweet** 184:12
184:13,14
185:10 187:8
193:11
**tweeted** 193:8
194:14
**twelve** 39:12
**twin** 76:15,16
**twitter** 261:23
**two** 9:6 14:9
16:5,15 20:14
20:23 21:21,21
26:1,23 27:2
27:13 31:20,21
32:1,3 37:23
39:15 45:18
59:10 94:4
101:6 108:11
123:19 128:14
145:15 154:3
173:4 174:20
183:4 193:14
202:22 206:16
208:15 226:10
248:22 252:3
254:17 275:3
278:1 279:1
288:10 294:20

299:21
**twofold** 160:15
**tydings** 204:5
**type** 8:21 23:16
59:6 99:6
199:21 259:6
298:3
**typewriting**
322:7
**typical** 13:10
**tyson** 51:14

**u**

**u.s.** 244:15
**uapa** 268:9
277:2 278:2
**uh** 11:5,6,6
**ultimate**
269:20,22
273:7 276:12
**ultimately**
24:14,15 90:10
124:18 126:5
250:16 271:24
279:6 280:11
**un** 32:5
**unaware**
265:12
**uncharacteris...**
68:11
**uncomfortable**
171:7
**under** 6:19
11:20 58:13

www.veritext.com          Veritext Legal Solutions          800-556-8974

71:17 92:7
103:1,5 201:10
244:4 254:4,21
267:18 270:7
275:10,12
315:16,17,18
**underdog**
32:20
**undergraduate**
140:20 152:16
**underneath**
71:15 219:9,9
251:9,12
253:24
**underpaying**
14:10
**underserved**
17:8
**understand**
6:15 9:15,21
77:13 83:15
101:13 111:10
122:3,13
131:23 133:22
149:10 150:2
161:16,20
184:16 187:9
244:10 259:12
259:15 263:7
294:4 297:2
301:5 302:5
305:5,19,22
306:1

**understanding**
12:20 24:22
25:4 86:9 98:5
102:4,8,24
152:2 155:1
156:21 176:10
245:15,16
275:16,18
277:12 278:8
**understands**
75:21
**understood**
149:7 301:23
304:24 305:6
**undoubtedly**
145:17 285:14
**unfiltered**
252:16
**unfold** 199:15
**unforeseen**
204:20
**unfortunate**
211:23
**unfortunately**
282:20
**unfriended**
71:22 72:10,11
72:23 107:4
**unhappy**
303:13
**unilaterally**
226:8
**unique** 140:12

**unit** 133:1
**united** 1:1
102:10 113:19
**units** 15:21,22
**universally**
242:9 244:5
256:15
**universities**
255:5,15,23
256:10
**university** 1:7
2:10,14,23 6:8
7:6,10 12:21
13:11 21:19
22:8 23:9
37:22 40:7
52:22 55:12
56:20 57:20,21
58:3 60:2
63:12,21 64:2
69:16 71:3
78:8,9,24 79:3
84:6,9,24 87:8
91:16 93:12
94:16 95:2,5
95:16,22 96:7
96:16 99:12
100:8,24 101:3
102:3 109:20
115:1,5 116:19
120:23 123:2
126:1 129:21
132:2,10,24
133:1,1,6,11

134:2,3 135:4
135:16 136:11
136:19 137:5
137:12 138:21
139:1,6,10,13
139:14,24
140:14,20
141:6,8,12,21
141:22 142:2,9
142:12,16,22
143:1,2,10,14
143:22,23
144:1,10,12,13
144:19,22
145:5,9,13,19
145:20 146:3
148:1,2 149:2
149:19 155:7
155:13,14,16
156:3,18,19
157:3 158:22
160:14,16,18
160:22 161:2,4
161:9,12
162:18,21
163:2,14,18
164:6,13,18
165:8 167:12
167:23 170:4
172:8 174:1,10
174:13 176:14
178:12,15,19
186:9,17 188:9
188:12,21

189:3 191:18
193:3,10,21
194:9 197:4,12
201:13 204:3,4
204:8,9,10
216:1 221:12
223:12 225:12
225:24 226:1,4
226:14,23
227:2 230:21
230:23,24,24
231:1 233:23
233:24 234:4
236:20 238:15
240:22 241:16
241:17 251:15
257:2,5 258:3
258:8 259:19
260:20,24
262:1,11
264:20 267:18
292:22 302:5
303:9,10
312:16 314:22
**university's**
133:10,21
135:9 136:4,7
164:23 193:17
256:23 258:7
268:8 277:1
**unknown**
320:22
**unlimited**
102:16,23

103:22 104:3
**unrest** 165:17
**unwise** 164:23
174:4
**update** 40:21
199:9 249:18
**upset** 111:22
112:8,10 113:7
113:12 115:22
115:24 120:16
120:19,20
121:9 163:4,5
163:8,12
177:13 182:19
182:22 183:1
214:20
**upsetting**
121:19
**urgent** 205:19
**usa** 201:12
202:1,4,9
**use** 26:7,10,17
26:21 27:7,12
29:1,4 30:18
30:19,20,23
159:16 278:12
**used** 14:21
25:23 63:8
68:21 88:7
128:24
**uses** 6:18
165:11
**using** 29:15
99:6 259:10

**usual** 230:9,12
**usually** 27:19
30:8 46:8
152:15 154:16
154:17 230:15
230:16 310:6
**ut** 1:17 6:10
7:18 9:10 13:6
14:5 26:4
27:16 29:5
30:6,6 37:18
38:1 42:10,13
47:20,21 48:22
53:10,17 54:23
54:24 55:1,16
58:18 73:16
83:19 85:2
91:6,7,8,12,17
93:23 94:15
98:10 125:17
126:1 147:11
152:18 185:5
189:8,8 193:7
199:13 216:1
219:5 230:11
230:14 231:2
231:10 239:12
240:7 241:5,8
241:13,15
246:24 247:1
251:22,24
252:7,17 254:1
254:14,23
261:18,19

262:14 281:18
301:13,24
302:17 304:21
305:12,19,23
307:11,20
312:20 313:15
315:2,8,16
320:9
**ut's** 303:4
317:24
**utah** 198:11
201:12
**utk** 208:15
209:22 215:21
231:5 262:9
**utk's** 251:23

**v**

**v** 1:6
**vacuum** 79:9
**valley** 201:13
**value** 13:20
**values** 69:15
78:6
**variety** 313:14
**vast** 124:8
**vastness** 124:6
**vehicle** 97:12
**venezuela** 32:1
**venue** 23:16
**verify** 160:23
**veritext** 6:3
**version** 15:10

www.veritext.com                Veritext Legal Solutions                800-556-8974

versions 123:19
versus 100:21
142:12 145:20
147:4,5 242:5
243:14
vice 93:13
133:7 135:6
136:2 197:7,9
197:16,23
198:3 199:12
209:13 219:4
231:6 233:17
233:19 284:12
video 59:2
videographer
2:21 7:11,12
12:19 59:13,16
101:21,24
126:22 127:1
196:14,17
237:20,23
280:23 281:2
282:24 283:3
321:5
videotaped
1:14
view 111:17
244:13 255:16
255:17
viewpoint
72:24 101:14
105:9 107:17
107:21 108:1
110:5 138:8,10

138:13 305:8,9
313:1
viewpoints
67:24 100:20
100:23 101:8
105:5 138:16
views 144:16
178:11,12,13
178:14,17
188:20,23
313:23 315:16
320:10,11
vigil 252:16,17
252:20
violate 145:5
160:9
violated 292:22
violating
165:15
violence 88:9
88:21,24 117:1
117:4 125:23
134:23 169:10
169:15,17,24
170:6,13 171:3
171:19 172:8
175:23 176:3,7
176:13 177:1
180:17 181:1,4
182:9 183:11
189:2 194:15
201:9 215:24
216:24 217:5
221:11,14

222:2 242:7
243:22 244:10
244:12,18
261:24 276:2
293:16,20,20
294:1,10,14,16
294:16,23
295:4 296:23
297:3,5 302:22
302:24 303:6
311:18,22
312:20 314:1
violent 294:9
295:18
virtually
314:20
visibility
113:10 117:11
117:13,15,17
visit 31:22
55:11
visited 31:17
31:19
vital 74:19
191:19
vitriol 76:14
voice 219:12,23
221:7
voicemail
222:5,9
volume 240:4
voluntary
205:21

volunteer
208:17
volunteered
18:20 284:6
vote 289:11,12
289:13
voted 16:18
289:10,14,15
vs 6:7

w

wade 38:23
48:19,20
wait 216:24
217:5 250:5
256:6 283:13
waiting 217:1
waive 272:9,11
waived 321:7
walk 296:20,22
walked 296:20
wall 3:10 4:18
200:20,21
279:23
want 14:21
16:10 19:9,12
21:6,9 22:2
30:14 37:17,17
38:17 55:21
61:16 62:14,18
62:19 63:17
64:22 69:17
74:10 81:10
82:22 91:3

92:18 98:19
104:12 106:15
111:9 113:2
122:22 137:17
143:15 155:23
161:18,19
171:24 187:23
194:17 198:23
212:8 225:12
226:8,9,15
227:16,18
229:22 236:15
242:24 249:6
249:16 255:8
256:13 272:9
272:11 279:9
288:4 292:15
300:5 307:6
**wanted** 13:21
15:1 17:7 22:5
93:21 102:20
188:13 232:19
285:5 300:13
303:12
**wanting** 180:16
202:8 242:18
**wants** 52:23
96:3 100:2
188:22 226:16
**warn** 272:18
**waste** 13:16,18
14:22
**watch** 112:19
237:8

**watching** 262:9
**watchlist** 237:6
**watson** 38:23
49:6,7 281:8
**way** 7:3 14:1,3
16:18 21:11,18
23:12 39:4
43:14 67:17
71:1 78:12
88:7 96:20
117:16 131:8
156:22 166:11
192:3 229:18
268:22 275:4
288:8 294:18
296:3 305:18
**ways** 32:7 65:1
**wbir** 230:4
**we've** 18:7,8,8
21:14 41:11
43:15 45:22
80:3 112:1
116:11,12
126:7 136:18
137:8 160:20
214:12 233:14
313:10
**webpage** 51:2
**website** 187:19
188:2
**wednesday**
283:24
**week** 21:13
28:2,13 30:8

30:10 108:11
108:12 183:1
211:6 284:5
**weekend** 206:3
211:6 218:12
**weeks** 205:4
**weigh** 224:1
308:23
**weighing**
139:23
**weight** 126:3
216:4
**weird** 222:16
**welcome** 60:23
75:20 292:21
316:17
**welcomed**
205:22
**went** 10:17
12:21 14:9
157:18,23
171:5
**west** 1:18
**whatsapp** 26:8
26:17 30:14
31:4
**whatsoever**
235:2
**white** 111:1
120:11 312:17
312:21 313:16
314:13,19
**whited** 238:6

**whitworth**
197:24 198:1
232:6,16 233:6
**wide** 59:20
259:1
**wife** 61:5 75:11
75:14 76:23
77:2 88:15
107:1 114:10
114:12
**wife's** 61:2
**willing** 19:4
294:22 296:1
**wilson** 184:7
185:10,20
186:6 193:13
193:15
**win** 55:2 73:20
**wins** 54:24
**wiring** 282:18
**wise** 309:13
**wiseman** 38:22
44:9,10,11
281:9
**wish** 206:2
**wishing** 146:23
**witness** 6:14,15
7:21 8:3 25:15
34:1,3 45:12
48:4,7 51:7
60:13,19 75:22
77:12 80:12
81:9 87:13
102:8 103:21

Case 3:25-cv-00528-KAC-JEM Document 46 Filed 01/21/26 Page 400 of 406 PageID #: 1342

| | | | |
|---|---|---|---|
| 104:1 109:9 | **word** 68:17,18 | **working** 12:24 | 297:3 |
| 126:20 141:2 | 92:11 102:13 | 16:8 47:12 | **worries** 93:3 |
| 151:8 177:23 | 102:13 171:23 | 140:2 165:9 | 153:19 |
| 182:1 184:24 | 171:24 | 182:12 244:16 | **worry** 175:4 |
| 185:14,24 | **words** 68:15 | 264:20 | 176:12 178:22 |
| 195:2,4 196:5 | 88:7 106:18,21 | **works** 47:12 | 255:14 294:1 |
| 196:7 198:23 | 165:11 166:14 | 99:10 139:12 | **worth** 15:24 |
| 199:2 200:15 | 179:18 189:15 | 143:16 144:10 | 17:22 188:5 |
| 202:20 207:8 | 247:12 269:17 | 158:8 167:24 | 235:16 279:2 |
| 210:13 212:20 | 270:21 272:5 | 168:9 180:8 | **would've** 45:17 |
| 236:14 248:23 | 273:16 274:6 | 239:14 | 59:5 108:9,12 |
| 249:4,7 255:21 | 284:20 | **world** 53:15,16 | 125:11 132:13 |
| 273:23 280:22 | **work** 14:3,9 | 64:14,15,23 | 170:15 172:17 |
| 282:19 297:9 | 16:7 18:15 | 65:8 75:6,9 | 207:3 216:11 |
| 305:3 306:18 | 19:5 20:21 | 76:21,24 78:16 | 247:16 284:10 |
| 308:18 309:17 | 58:1 95:22 | 80:1 88:14,17 | 315:4 |
| 311:14 314:3 | 97:21 99:17 | 89:1,3 95:21 | **write** 39:23 |
| 314:11,15 | 101:3 115:1 | 96:6,10 104:17 | 61:15 100:2 |
| 317:5 318:21 | 142:16 143:1 | 105:9 106:19 | 101:4 105:17 |
| 320:24 321:3 | 144:1 146:9 | 106:23 109:10 | 105:23 140:17 |
| 322:4 | 151:14 152:7 | 109:18 112:1 | 140:22 181:9 |
| **woman** 110:16 | 155:2 157:6,15 | 114:2,11 | 216:12,15 |
| 112:14 | 161:2,9 162:5 | 123:13,20 | 223:11 238:9 |
| **women** 110:22 | 163:1,21 165:7 | 124:2 150:15 | 246:12 252:11 |
| 252:15 | 165:8 177:16 | 174:17 181:10 | 259:23 285:21 |
| **won** 24:14,15 | 192:2,21,21 | 245:22 252:21 | 286:5 290:5 |
| 54:23 73:20 | 226:1 228:7 | 256:13 302:20 | 292:1 298:3 |
| **wonder** 259:22 | 234:1 279:2 | 302:24 | **writer** 235:18 |
| **wonderful** | 293:5 303:9 | **worlders** 112:6 | 235:20 |
| 22:17 208:16 | 304:16 | **worried** 20:22 | **writes** 83:17 |
| **woodson** 38:21 | **worked** 41:9 | 176:15 177:1 | 88:6 97:5,6 |
| 41:1,2,2,3,5,19 | 113:20 148:12 | 190:24 192:12 | 104:13 105:20 |
| 44:2 | 296:6 | 217:4 218:4 | 105:24 121:15 |
| | | 294:16 295:22 | 141:9,22 |

www.veritext.com
Veritext Legal Solutions
800-556-8974

142:22 143:11
204:18 230:3
240:3
**writing** 61:9,18
77:24 102:20
138:23 288:5
288:11,13,17
288:19
**written** 6:23
99:19 137:1
149:11 187:17
188:14 260:1
287:23 288:23
289:3,6,7
**wrong** 15:11
92:23 112:20
137:21 153:18
185:10,20
186:1,5,23
220:18 221:16
257:3 282:21
283:13
**wrongheaded**
165:1 174:5
**wrote** 40:24
57:18 61:20
73:15 83:7,8
105:13 107:23
108:2 110:9
138:23 179:23
187:7,10,13,24
188:19 189:1,6
189:11 190:14
190:16 193:13

193:15 246:8
315:11

**x**

**x** 3:1,5 4:1 5:1
90:10,20,21
93:7,8 118:23
118:24 125:21
125:21 131:22
134:9 135:13
261:23

**y**

**y'all** 46:24
231:24
**yale** 292:18
**yeah** 9:3 10:2,6
10:7,9,10,12,16
11:13,23 12:4
12:9 13:8
22:12 27:11
28:20 30:9
32:9,15 34:16
38:5,8,18 45:1
45:13 48:4
49:17 50:24
52:14 53:19,24
54:7 55:11,20
56:16 57:24
58:21,24 60:13
60:19 66:7,22
67:18 73:19
74:3,3 75:9
82:21 84:16
87:13 91:20

97:7,9 103:9
104:8 106:12
107:24 108:10
109:24 111:7
119:2 120:15
123:23 124:1
124:13 128:4
128:10 130:21
132:21 133:23
135:1 137:10
142:14 146:6
146:13 148:4,5
151:8 153:4
155:10 161:18
168:23 170:15
173:7 176:11
177:23 180:17
180:18,19,21
180:22 183:21
187:3 188:18
189:8 194:16
195:2 196:7
198:18,18
200:7 206:20
208:9 209:5
215:12 217:4
220:13,24
222:22 223:18
225:22 229:23
237:17 240:12
240:24 242:24
244:7 248:23
249:4 250:2
254:19,21

259:15 271:8
276:20 281:22
282:7 284:22
286:18,20
287:8 290:19
291:8 293:9,14
296:4,23 298:5
301:2 307:5
308:22 310:17
315:7 316:8,10
317:5 318:5,8
321:1
**year** 10:16,17
16:2 18:3,4,5,6
18:24 19:1,2,7
19:8,14,15,21
20:10 23:14,15
25:22 27:16
28:8 35:24
52:16 146:24
152:22,23
201:11
**year's** 298:16
298:20
**years** 14:6,9
15:4,23 16:20
18:7 20:14,23
21:2 22:9,15
24:24 32:23
33:19 40:3
41:17,18 66:3
127:6 152:5,17
152:19 153:2,2
153:4,8,13,16

www.veritext.com Veritext Legal Solutions 800-556-8974

**[years - zomchick]**

153:22,22
154:3,6,12,19
154:20 157:6
184:6 203:18
246:13 286:4
**yesterday**
11:15,19
299:24
**young**   17:4

**z**

**zachary**   304:4
304:5,10
**zero**   18:18
112:5 113:3
**zomchick**
287:19

www.veritext.com          Veritext Legal Solutions          800-556-8974

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.