**From:** The New York Times
**To:** [redacted]
**Subject:** Breaking news: Officials recover rifle and seek gunman of "college age" in Charlie Kirk killing
**Date:** Thursday, September 11, 2025 11:05:05 AM

View in browser     nytimes.com



September 11, 2025

**BREAKING NEWS**

EXHIBIT
22

Cheney Orr/Reuters

## Officials Recover Rifle and Seek Gunman 'of College Age' in Charlie Kirk Killing

A "high-powered bolt-action rifle" was found in a wooded area near the Utah Valley University campus, an F.B.I. special agent said. The shooter is at large and unidentified amid speculation about his motive.

Follow live updates

**MORE COVERAGE**

**Conservative Christians are mourning Charlie Kirk as a martyr.** →



**Kirk's assassination has raised fear of surging political violence.** →

**At the White House, President Trump's grief and shock turned to rage.** →

If you received this newsletter from someone else,

Need help? Review our                or            for assistance.

You received this message because you signed up for updates from The New York Times.

To stop receiving From The Times,              To opt out of other promotional emails from The Times, including those regarding The Athletic,

Connect with us on:



LiveIntent Logo

The New York Times Company  620 Eighth Avenue New York, NY 10018

**From:** Inside Higher Ed
**To:** jbbowman
**Subject:** ED Moves to End Funding for Minority-Serving Institutions
**Date:** Thursday, September 11, 2025 5:42:34 AM

View this email in your browser

September 11, 2025

https://bit.ly/3JJAKO2



Inside Higher Ed

# Daily News Update



EXHIBIT

24

A cracked crystal ball shows the acronym MSI shrouded in fog

# Education Department Moves to End Funding for Minority-Serving Institutions

Trump administration officials call the programs unconstitutional. But advocates argue they improve the quality of education for all students who enroll.

## News

Students   Safety

### Turning Point USA Founder Charlie Kirk Killed at Utah Valley University

Kirk was a driving force behind the modern conservative movement on college campuses. Utah's governor called his death "a political assassination."

Government    Student Aid Policy

## New Federal Caps Could Lead Students to Take Out Private Loans, Studies Show

Multiple analyses show that in certain programs, like dentistry, as many as half of students may need to take out more debt than a new federal limit allows.

Government    Science & Research Policy

## NIH Cuts Mean Job Losses in College Towns

New report from the Brookings Institution shows that National Institutes of Health funding increases can boost labor markets in college towns. But if Trump's proposed budget cuts takes effect, some will lose thousands of jobs.

Student Success    Health & Wellness

## Only One-Third of College Students Have Positive Mental Health

A new survey finds poor mental health conditions, particularly anxiety and depression, continue to impact a significant share of college students.



See All

# ICYMI

Institutions    Minority-Serving Institutions

## What You Need to Know About MSIs

Minority-serving institutions are in the news after a recent lawsuit targeted Hispanic-serving institutions. There are important differences among them.

Want to advertise here?

# Quick Takes

Quick Takes

### Commerce Secretary Says He Wants Half of University Patent Money

Quick Takes

### New Report Details Community College Student Parents' Struggles

Quick Takes

### Record-Breaking Gifts for Georgia Tech, Colby College

Quick Takes

### The Key Podcast: StoryCorps Wants Students to See the Humanity in Other People

**See All**

# Views

Views

### AAUP Should Rethink Stance on Israel, Antisemitism

The AAUP's leaders should focus on academic freedom rather than criticize U.S. military aid to Israel or minimize concerns about campus antisemitism, Miriam Elman and Mark G. Yudof write.



# Career Advice

Career Advice    Teaching

### Teaching Sept. 11 Using Virtual Reality

Seeking a way to convey the import of the Sept. 11 terrorist attacks to students too young to remember them, Adam M. McMahon writes that he turned to virtual reality.



# Columns

Columns    Editor's Note

### Cruel Summer

College leaders have had little rest, but the fall promises more upheaval.

Columns    Beyond Transfer

### The Transfer Credit Myth: More on Excess Credits

Part 2: The academic adviser's perspective.

Columns    Confessions of a Community College Dean

**Consulting the Manual**

How to teach American Government in Trump II? Focus on the Constitution, readers say.

Columns    Learning Innovation

### 3 Questions for Quinnipiac's Adam Nemeroff

A conversation with the assistant provost for innovations in learning, teaching and technology

**See All**

Inside Higher Ed Careers

Enhanced Job Search over 40,000 jobs now

President

**United Theological Seminary** • Dayton, Ohio

View Details »

Associate Dean of Career Services

**Tufts University** • Medford, Massachusetts

view Details »

Assistant Vice President for Gift Planning

**Virginia Tech** • Blacksburg, Virginia

View Details »

Associate Dean, Mathematics

**Cuyahoga Community College** • Highland Hills, Ohio

View Details »

Professor

**GALGOTIAS UNIVERSITY** • India (IN)

View Details »

OPEN RANK – Employee & Labor Relations Specialist

**University of Maryland Baltimore** • Baltimore, MD

View Details »

Senior Director of Development, UMBC College of Engineering

**University of California, Berkeley** • San Francisco

View Details »

DIRECTOR OF ENROLLMENT MARKETING, COMMUNICATIONS & VISITOR EXPERIENCES

**The University of Nebraska–Lincoln** • Lincoln, Nebraska

View Details »

Dean, College of Public Affairs and Education

**University of Illinois Springfield** • Springfield, Illinois

View Details »

Chief Financial Officer

**St. Joseph's University, New York** • Brooklyn, New York

View Details »

To feature your job in this newsletter post at
**recruiters.insidehighered.com**
and choose our Premium Posting option, or email
**recruit@insidehighered.com** for information.

# More Information ────────────

Don't miss the next issue.
Add **newsroom@insidehighered** to your address book.

**Click here to advertise with us.**

For questions or comments, email **newsroom@insidehighered.com.**

© Copyright 2025 Inside Higher Ed.

Inside Higher Ed · 1150 Connecticut Avenue NW, Suite 400 · Washington, DC
20036

**Update your preferences** or **unsubscribe** from ALL Inside Higher Ed emails.

**dplowman**

| | |
|---|---|
| **From:** | Tindell, Melissa |
| **Sent:** | Sunday, September 14, 2025 9:35 PM |
| **To:** | rdboyd; Stinnett, Ryan; Scoggins III, Matthew; dplowman; Whitworth, Carey; Benton, Tisha (Tisha Benton) |
| **Subject:** | Re: Professor At UTK |
| | |
| **Follow Up Flag:** | Flag for follow up |
| **Flag Status:** | Flagged |

I'm up to about 95 emails to my mtindell email address. Those have been forwarded to Tisha.



social

THE UNIVERSITY OF
**TENNESSEE**
SYSTEM

Melissa Tindell (UTK '93, UTM '21)
Acting Vice President, Communications and Marketing
University of Tennessee System
505 Summer Place (Postal)
400 W. Summit Hill Drive – UT Tower #1236
Knoxville, TN. 37902
865-974-0741 (Office)
865-216-1051 (Cell)
tennessee.edu
#EverywhereUT

**From:** rdboyd <randy@tennessee.edu>
**Date:** Sunday, September 14, 2025 at 9:32 PM
**To:** Stinnett, Ryan <ryanstinnett@tennessee.edu>, Tindell, Melissa <mtindell@tennessee.edu>,
Scoggins III, Matthew <scoggins@utk.edu>, dplowman <dplowman@utk.edu>, Whitworth, Carey
<carey.whitworth@tennessee.edu>
**Subject:** FW: Professor At UTK

Only one I have gotten. Just fyi

**From:**
**Sent:** Sunday, September 14, 2025 7:46 PM
**To:** rdboyd <randy@tennessee.edu>
**Subject:** Professor At UTK

Hi, my name is            am a           currently studying            I recently saw a
Facebook post from a professor, Tamar Shirinian, supporting the death of Charlie Kirk and claiming his
wife would be better off dead as well. I find the comments extremely disturbing and have also read on her
RateMyProfessor that she pushes her beliefs heavily on students and is prejudice to those who don't
agree. Attached below is a picture of the comments made by Dr. Shirinian.

1

EXHIBIT
38

**From:** Plowman
**To:** Shirinian, Daniel
**Subject:** Notice of Grounds for Termination
**Date:** Tuesday, September 16, 2025 4:06:20 PM
**Attachments:** Dr Shirinian 9.16.2025.pdf
image001.png

Dr. Shirinian,

Please see the attached letter.



**Donde Ashmos Plowman, PhD**
Chancellor

800 Andy Holt Tower
1331 Circle Park Drive
Knoxville, TN 37996
865-974-2444

THE UNIVERSITY OF
**TENNESSEE**
KNOXVILLE



EXHIBIT

67



THE UNIVERSITY OF
TENNESSEE
KNOXVILLE

September 16, 2025

Dr. Tamar Shirinian
Assistant Professor
Department of Anthropology
*Via Email:* tshirini@utk.edu

Subject: Notice of Grounds for Termination

Dr. Shirinian,

As I explained in my letter yesterday placing you on administrative leave, your social media post creates grave concerns about your judgment as a faculty member. Given the public nature of your egregious misconduct and, after consulting with the Provost and President Boyd, I will continue to handle this matter directly as the chief executive officer of this campus. This letter provides notice of the grounds on which I have initiated an expedited termination of your tenure track appointment, procedures to be followed (including your rights to challenge any termination), and opportunities for you to respond to the proposed termination.

A. University Expectations for Faculty

The Board of Trustees Policies Governing Academic Freedom, Responsibility, and Tenure (BT0006) first and foremost describes the "Academic Freedom *and Responsibility*" of a faculty member: "membership in a society of scholars enjoins upon a faculty member certain obligations to colleagues, to the University and to the State that guarantees academic freedom." (Article 1.) Several policies clearly describe the freedom a faculty member has to seek knowledge and share that knowledge in the context of their academic discipline. But that freedom comes with the obligation to engage in a civil manner:

> When, as a citizen, a faculty member speaks outside the classroom or writes for publication, he or she should be free, as a citizen, to express his or her opinions. Each faculty member should conduct himself or herself professionally, should be accurate, should exercise appropriate restraint, should show respect for the opinions of others . . . .

(BT0006 Article I. Paragraph 7.) The Board of Trustees has entrusted campus administration with implementing this policy: "it is the duty of the administration . . . to remove from the faculty any faculty member who has been found, through proper procedures, seriously derelict in his or her responsibilities as a member of the academic community." (Article II. Paragraph 3.) Adequate cause for termination exists

Office of the Chancellor
800 Andy Holt Tower  1331 Circle Park Drive  Knoxville, TN 37996-0180
865-974-2444  chancellor.utk.edu

*Flagship Campus*    *University of Tennessee System* **ut**

Case 3:25-cv-00528-KAC-JEM    Document 47    Filed 01/22/26    Page 15 of 44
PageID #: 1363

when a faculty member engages in "any misconduct directly related to the fitness of the faculty member to engage in teaching, research, service, or administration." (Article III. Section J.1.). Appendix C sets out the procedures applicable in cases of misconduct, including the expedited termination in cases of egregious misconduct.

The Code of Conduct and the associated Guidance Document extend the expectation for civil and professional engagement to all employees, including without limitation specific expectations relating to respectful conduct:

> 5.1 Respect
>
> People are the University of Tennessee's most important resource; as such, employees are expected to treat one another, students, and the general public with dignity, respect, and professionalism at all times. Employees are expected to create an environment that promotes academic freedom, diversity, fair treatment and respect for others. Respectful conduct includes:
>> (1) Treating others with dignity regardless of their position, role, or background;
>> (2) Maintaining a professional and appropriate tone in written and verbal communication;
>> (3) Providing positive or critical workplace feedback courteously;
>> (4) Valuing another person's point of view, even when disagreement exists; and
>> (5) Managing conflict in a proactive and mutually respectful way.

(HR0580 Section 5.1.) "Gross misconduct" includes "[b]ehavior of any nature that brings the University into disrepute" and "[a]ny other action, behavior *or communication* that, as perceived by University officials adversely affects the University." (HR0580 Guidance Document: Gross Misconduct, Paragraphs (p) and (s).)

### B. Applicable Procedures

The applicable policy and procedures are found in the Board of Trustees Policies Governing Academic Freedom, Responsibility, and Tenure, Article III.J.1.c.(2) (defining misconduct) and Appendix C, including § 8-Expedited Procedure for Termination or Suspension without Pay in Certain Cases of Misconduct:

> 8. In the following cases of alleged misconduct by a faculty member, the chief academic officer, after consulting with the Chancellor, the President, and the President of the Faculty Senate or the Faculty Senate Executive Committee, may invoke an expedited procedure to accomplish termination or suspension without pay, with comprehensive due process procedures to be offered after termination or suspension without pay:
>> a. alleged misconduct involving (i) acts or credible threats of harm to a person or University property . . . .

Under the expedited procedure, the faculty member shall be offered the following process before termination or suspension without pay:
    (1) notice of the charges;
    (2) an explanation of the evidence; and
    (3) an informal opportunity to refute the charges . . . .

After termination or suspension without pay, the faculty member shall be offered the full range of due process options available to faculty members in other Adequate Cause proceedings as set forth in paragraph 7 of this appendix, except that the termination or suspension without pay shall not be stayed pending the outcome of an ad hoc hearing committee if the faculty member elects that method of contesting the action. If the University's final determination after either a UAPA proceeding or an ad hoc hearing committee proceeding is favorable to the faculty member and concludes that the faculty member should not have been / should not be terminated for Adequate Cause, then full restitution of salary, academic position and tenure lost during the suspension without pay or termination shall be made.

As required by these procedures, before deciding to initiate termination proceedings, I consulted with System President Boyd and Faculty Senate President, Charles Noble. This letter provides notice of the charge of gross misconduct (Section A above), sets out the rationale for my conclusion that your social media post (attached) constitutes gross misconduct (Section C below, in addition to my letter yesterday), and describes your opportunities for responding to the charge of gross misconduct (Section D below).

C. Social Media Post Inconsistent with Minimum Standards for Faculty

Even as a public institution, the University of Tennessee upholds core values and strives to model civil discourse. Your post on social media (attached) went beyond expression of your disdain for the shooting victim by dehumanizing the man and his family. Your decision to post a public statement endorsing – even celebrating – violence and murder on a college campus constitutes a serious dereliction of your obligations as a member of this academic community. Your statements fail to meet the expectations for professional engagement set out in our policies. In my view your reckless use of incendiary language demonstrates that you lack the fitness to engage in teaching, research, or service as a member of this faculty.

D. Your Opportunity to Respond

As a result, any response to this letter should be directed to me. Given that your statements were made in writing, and the heightened emotion surrounding this issue, I conclude that it is in the University's interest to confine our discussion to writing so that there can be no misunderstandings or alternate interpretations. I invite you to provide a written response to this notice by Monday, September 22.

Sincerely,

*Donde Plowman*

Donde Plowman
Chancellor



## THE UNIVERSITY OF
## TENNESSEE
### KNOXVILLE

**MEMORANDUM**

**DATE:** Friday, October 3, 2025

**FROM:** Faculty Senate Faculty Affairs Committee Co-Chairs

David Butler, Department of Plant Sciences

Eva Cowell, Department of Management & Entrepreneurship

**TO:** Faculty Senate President Charlie Noble

**COPY:** Faculty Senate Past-President Derek Alderman

Faculty Senate President-Elect Jud Laughter

Faculty Senate Executive Council

**SUBJECT:** Review of Institutional Policies and Procedures Highlighted by Recent Personnel Actions Prepared for Executive Council Meeting

In light of the University's announcement regarding termination proceedings against Dr. Tamar Shirinian and the subsequent statements by Chancellor Plowman and Provost Zomchick at the September 22, 2025 Faculty Senate meeting, the Faculty Affairs Committee has compiled the following questions concerning related policy and procedural issues. We believe these questions address matters of critical importance to the faculty and will inform the work of the Executive Council and our Committee in reviewing and amending faculty governance policies this year.

We request that this memo be added to the Faculty Senate Executive Council agenda for October 13, 2025, and request that Provost Zomchick be prepared to respond to these questions at the meeting. We also request that follow-up written responses be provided by Provost Zomchick to limit the potential for misunderstandings and so that this important information can be shared with the Faculty Senate as a whole.

**Relevant Law and Policy Document Links:**

- U.S. Constitution, Amendment One (Freedom of Speech)
- U.S. Constitution, Amendment Fourteen (Due Process)
- Tennessee Campus Free Speech Protection Act
- BT0006: Policies Governing Academic Freedom, Responsibility, and Tenure
- BT0010: Policy Affirming Principles of Free Speech for Students and Faculty
- HR0580: Code of Conduct (and Guidance)
- UTK Faculty Handbook (See 3.12.3 and 2.1.3)

1. The University is pursuing the termination of Dr. Shirinian under *Faculty Handbook section 3.12.3 (Termination Procedures for Misconduct)*, yet it has bypassed the standard

1

**EXHIBIT 7**

outlined in subsections *3.12.3.2* (*Consultation with the tenured faculty*), *3.12.3.3* (*Department Head's recommendation*), and *3.12.3.4* (*Dean's recommendation*) by invoking the *Expedited Procedure* outlined in *3.12.3.8* (See Chancellor Plowman letter to Dr. Tamar Shirinian, dated Sept. 16, 2025 as reported by WVLT). However, the Handbook strictly limits the use of this expedited procedure to situations involving "*credible threats of harm to a person or university property,*" or "*theft or misappropriation.*" The three reasons publicly provided by Chancellor Plowman to the Faculty Senate (as quoted in the *Knoxville News Sentinel*) for initiating termination proceedings do not align with these narrow criteria.

    a.   Given that the publicly stated reasons for termination do not meet the narrow criteria for invoking the expedited procedure under *3.12.3.8*, on what specific grounds is the University now proceeding with termination?

    b.   Irrespective of the case of Dr. Shirinian, is it the University's position that failure to follow the guidelines of *Faculty Handbook 3.12.3*, while moving forward with termination proceedings of a faculty member under *3.12.3*, would not represent a due process violation?

2.    University policy delineates faculty speech into three categories:

- Workplace speech within a faculty member's professional expertise (core academic freedom).

- Workplace speech outside their professional expertise (non-academic workplace speech).

- Speech outside the workplace and their role as a faculty member (private citizen speech).

The right of faculty speech as a private citizen is affirmed in *Faculty Handbook 2.1.3.*, which states that when faculty members communicate as citizens on matters of public concern that they "*operate independently of the university*" and that faculty members have rights common to all citizens, including the right to "*voice their opinions.*" This mirrors similar language in Board of Trustees' Policy *BT0006*.

    a.   How does the administration reconcile its actions in this case with the specific protections for faculty private citizen speech outlined in *Faculty Handbook 2.1.3* and how does the administration plan to uphold *Faculty Handbook 2.1.3* and protect faculty free speech rights as private citizens going forward?

    b.   The University's actions in this case appear to treat speech that is affirmed as a right under *Faculty Handbook 2.1.3* as potential "*misconduct.*" Please explain how the University can maintain that private citizen speech is a protected right while simultaneously holding that the same speech can constitute misconduct, without rendering the protections of *2.1.3* meaningless.

    c.   Given this potential conflict, what specific, objective criteria does the University use to distinguish between speech made by a faculty member as a private citizen and speech undertaken in their capacity as a University employee?

2

3. The Tennessee Campus Free Speech Protection Act explicitly states that concerns about civility shall never be used to close off discussion of ideas, however offensive they may be to some. Given this legal standard:

   a. How does the administration reconcile the initiation of termination proceedings against Dr. Shirinian with the specific, unequivocal protections for faculty speech codified in state law?

   b. Please clarify if the administration's position is that speech protected by the Tennessee Campus Free Speech Protection Act can simultaneously be deemed "*misconduct*" under University policy. If so, please explain how this position is legally tenable.

4. The University's fundamental duty of care to provide a safe workplace is particularly important in the context of a tenure-track faculty appointment. This career path is defined by a long-term, reciprocal commitment and relatively limited mobility, as most faculty cannot easily or quickly change institutions without incurring substantial professional and personal costs. This deep institutional tie entails a unique vulnerability that demands a correspondingly high level of institutional support and protection.

   The Faculty Affairs Committee is deeply concerned that the University's response to a faculty member being targeted with violent, bigoted harassment through its own official channels has created a perception that the University is failing in its duty of care and is instead penalizing the target of the harassment. To address this, we request detailed answers to the following questions:

   a. What specific University protocols are activated when a faculty member is targeted with violent, bigoted, or threatening harassment through official University communications channels? Please detail every action taken by the University in Dr. Shirinian's case, in accordance with these protocols.

   b. What specific actions did the University take to assess the source of violent, bigoted, and threatening harassment against Dr. Shirinian? This includes determining if any perpetrators were affiliated with the University and evaluating whether the threats constituted an imminent risk to Dr. Shirinian, her students, or colleagues.

   c. Does the University currently provide or facilitate legal support, public relations assistance, or other institutional resources for faculty facing organized external harassment campaigns? If not, will the University commit to creating and funding such a support policy?

5. The current situation reveals a critical lack of clear, neutral, and transparent protocols for reviewing faculty speech, opening the process to perceptions of arbitrariness and political influence.

   a. What are the University's explicit, written protocols regarding the review of a faculty member's personal speech or personal social media activity? Furthermore, do these protocols include any temporal guidelines or a functional statute of

3

limitations governing when historical speech becomes subject to review, and how the relevance or timeliness of a complaint is assessed?

b. How does the administration respond to the perception that review is inconsistent or initiated primarily in response to politically motivated external complaints? What specific, measurable steps will the administration take to ensure that the initiation of speech reviews is based on neutral, content-agnostic criteria rather than the volume or source of complaints?

c. In reviewing a faculty member's online speech, does the University differentiate between the type of engagement (e.g., an original post, a comment, a repost/sharing of content, or a like) and the nature of the forum (e.g., a private chat room or members-only group versus a fully public platform)? If so, what are the specific criteria applied to each context?

d. What support and resources will be available to faculty who are active on social media platforms, both to protect the University's interests and to protect faculty from potential targeting or harassment?

6. What specific, verifiable measures are in place to safeguard the integrity and independence of all personnel processes from external political influence, and to ensure decisions are based solely on University policy and applicable law? Specifically, does the University have a protocol for logging, disclosing, and formally insulating a case from external communications (e.g., from politicians, donors, or organized groups) that attempt to influence a personnel process?

4

| | |
|---|---|
| From: | dplowman <dplowman@utk.edu> |
| Sent time: | 09/15/2025 12:58:40 PM |
| To: | Shirinian, Tamar <tshirini@utk.edu> |
| Cc: | rdboyd <randy@tennessee.edu> |
| Subject: | Notice of Administrative Leave |
| Attachments: | image001.jpg   image002.png   T Shirinian 9.15 2025.pdf |

Dr. Shirinian,

Please see the attached letter.

**Donde Ashmos Plowman, PhD**
Chancellor

800 Andy Holt Tower
1331 Circle Park Drive
Knoxville, TN 37996

865-974-2444

THE UNIVERSITY OF
**TENNESSEE**
KNOXVILLE

EXHIBIT
45



THE UNIVERSITY OF
**TENNESSEE**
KNOXVILLE

September 15, 2025

Dr. Tamar Shirinian
Assistant Professor
Department of Anthropology
*Via Email:* [redacted]

Subject: Notice of Administrative Leave

Dr. Shirinian,

This letter provides notice of my decision to place you on administrative leave (with pay) pending termination proceedings. This administrative leave is effective immediately and requires that you discontinue any university-related business while on leave. As such, you will have no need to be on campus.

Violence on a university campus wounds the heart of our academic mission, and no statement endorsing a campus shooting can be acceptable to an institution. As faculty members, even when we speak privately, our speech has a broader impact. By celebrating violence and murder in your social media posts, you have violated the university's expectations for the people teaching our students. Your decision to post incendiary comments publicly at a time of heightened anxiety reveals that you do not have the competencies necessary to be an effective instructor.

Teaching and shaping the lives of young people is core to the mission of the University of Tennessee, Knoxville. Faculty have a great responsibility as educators of America's future leaders to make sure students have a healthy educational environment in which to learn, wrestle with difficult issues, and express themselves civilly. That starts with modeling civil discourse, even when expressing personal opinions. The incendiary nature of your statements has already negatively impacted the academic environment and increases the risk of violence on our campus.

For these reasons, I am also initiating proceedings to terminate your tenure track appointment. Shortly, I will provide additional details regarding applicable procedures for expedited termination. (_____ – Board Policies Governing Academic Freedom, Responsibility, and Tenure.)

Sincerely,

*Donde Plowman*

Donde Plowman
Chancellor

cc:     Randy Boyd, President, The University of Tennessee System

Office of the Chancellor
800 Andy Holt Tower  1331 Circle Park Drive  Knoxville, TN 37996-0180
865-974-2444  chancellor.utk.edu

System UT

**From:** Dan Howell
**To:** dplowman
**Subject:** Professor terminations.
**Date:** Monday, September 15, 2025 2:29:55 PM

[You don't often get email from rep.dan.howell@capitol.tn.gov. Learn why this is important at
https://aka.ms/LearnAboutSenderIdentification ]

Chancellor Plowman, I commend you for the swift action you took regarding the professor who celebrated the
assassination of Charlie Kirk.
   You have my gratitude and unwavering support.
Rep Dan Howell



From:       dplowman
To:         'Dan Howell'
Subject:    RE: Professor terminations.
Date:       Monday, September 15, 2025 2:32:00 PM

Rep. Howell,

Thanks for your message. We need peace and love at t his time, not hatred and violence.

Appreciate you.

Donde


Donde Ashmos Plowman, PhD
Chancellor

The University of Tennessee, Knoxville
800 Andy Holt Tower
1331 Circle Park Drive
Knoxville, TN 37996
dplowman@utk.edu
865-974-2444


-----Original Message-----
From: Dan Howell <rep.dan.howell@capitol.tn.gov>
Sent: Monday, September 15, 2025 2:30 PM
To: dplowman <dplowman@utk.edu>
Subject: Professor terminations.

[You don't often get email from rep.dan.howell@capitol.tn.gov. Learn why this is important at
https://aka.ms/LearnAboutSenderIdentification ]

Chancellor Plowman, I commend you for the swift action you took regarding the professor who celebrated the
assassination of Charlie Kirk.
  You have my gratitude and unwavering support.
Rep Dan Howell



The Daily Beacon • November 13, 2025 • https://utdailybeacon.com/83339/news/united-campus-workers-protest-hand-deliver-petition-to-reinstate-shirinian-to-chancellors-office/




# United Campus Workers protest, hand-deliver petition to reinstate Shirinian

**Olivia Lee, Staff Writer**

Fiery chants filled the cold air Wednesday afternoon as University of Tennessee students and faculty rallied for free speech.

"Hey Plowman, hear our call, free speech rights are for us all," protesters said.

The rally, organized by UT's chapter of the United Campus Workers, started off with speeches at the Humanities and Social Sciences Plaza and ended with the delivery to the chancellor's office of a petition to reinstate ousted UT assistant professor Tamar Shirinian.

Jacob Watkins, senior lecturer in human geography and member of UCW, spoke first. He discussed the contrast between the free speech rights of politicians, who responded on social media to Shirinian's post, and Shirinian herself. Watkins specifically mentioned U.S. Rep. Tim Burchett, who alerted government officials of the comment.



Jayden Randolph/The Daily Beacon

United Campus Workers gather in HSS plaza to defend freedom of speech and support Dr. Tamar Shirinian. Wednesday, Nov. 12, 2025.

"He and Dr. Shirinian were both exercising their free speech on their own platforms. However, on Sept. 15, 2025, a day after Tim Burchett claimed 'on it,' Chancellor Plowman acquiesced to the congressman's request for Dr. Shirinian's termination," Watkins said. "How are we, as faculty, staff and grad workers and students, held to a different standard?"

Shirinian's husband, Raja Swamy, associate professor in cultural anthropology at UT, wrapped up the conversation before protesters marched to the chancellor's office in Andy Holt Tower, chanting and raising signs in the air.

"I would like to address the misogynistic and queerphobic hatred directed at Dr. Shirinian," Swamy said, prompting cheers from the protesters. "I want to emphasize that this hatred, in fact, embodies the very fears that her work sensitively and empathetically seeks to shed light on."

EXHIBIT 10

Swamy explained that the basis of Shirinian's work is not to brush opposing views under the rug, but to seek to understand them.

"Life itself is endangered, economically, socially and politically," Swamy said.

Many protesters attended the rally because of their involvement in United Campus Workers.

"I recently moved here from Canada and joined the union, and want to support Dr. Shirinian in getting reinstated because it sets a very scary precedent for both teachers and students," Natalia Ilyniak, graduate student and United Campus Workers member, said. "This is to respond to this situation, but also is with the hopes of preventing things like this from happening again."

The petition to reinstate Shirinian obtained over 1,400 signatures. United Campus Workers delivered to the chancellor's office a formal, 8-by-11 inch copy of the petition as well as a large, poster-sized version.

Protesters also showed up due to their broader commitment to protecting free speech.

"I'm here for free speech," Jacob Lietz, graduate teaching associate studying creative writing, said. "We do not believe that the firing of our colleague is in line with what we believe the university should be standing for, and we are here to support her in that."

Anne Langendorfer, president of United Campus Workers and associate professor in the English department, said that protest attendees stand with thousands of faculty members at universities across the region.

"I want you to know that all across the Southeast, you are standing with colleagues at all of the public universities here in the Southeast," Langendorfer said to protesters. "And you are all, unfortunately, going through something that a lot of other workers on college campuses across the Southeast are going through."

United Campus Workers has been working with other campus organizations, including the Progressive Student Association and the American Association of University Professors, hosting workshops and panel discussions that shed light on issues of free speech and academic freedom following professor terminations across the country.

"Unions are the reason that we have any type of workers' rights at all," Ilyniak said. "And I believe in workers' rights."

knox **news.**

EDUCATION

# Faculty presses University of Tennessee to publicly affirm professors' private speech rights

**Ryan Wilusz and Keenan Thomas** Knoxville News Sentinel

Nov. 18, 2025    Updated Nov. 19, 2025, 1:17 p.m. ET

University of Tennessee at Knoxville faculty are asking administrators to go on record saying the university will not retaliate against professors' private speech after Chancellor Donde Plowman initiated the firing of an assistant professor over a Facebook comment she made about Charlie Kirk's assassination.

The UT Faculty Senate passed a resolution Nov. 17 requesting the university "publicly reaffirm its commitment to free speech" by providing a written statement to the school community. The resolution passed 59-11-9 and faculty senate members will reach out to administrators to determine the next steps.

The resolution calls for the statement to include "specific directives" for academic leaders and to affirm private speech by professors is "unequivocally protected by University policy and existing law."

The type of expedited firing Plowman pursued against assistant professor Tamar Shirinian requires the chief academic officer, who is Provost John Zomchick, to consult with the chancellor, UT System President Randy Boyd and the president of the faculty senate (or its executive committee), according to UT Board of Trustees policies.

EXHIBIT

12

The faculty senate's resolution asserts UT administration violated university policies by initiating the firing of Shirinian without going through proper channels.

"These actions have created a chilling effect on faculty, staff, and student speech and damaged trust in University governance," the resolution says. "The University's reputation and strength are built upon a foundation of trust in its governance and its adherence to the law."

Plowman told the Faculty Senate at its Sept. 22 meeting she made her decision "in consultation with quite a number of people."

"Ultimately, I'm responsible, and people can judge my actions and give me feedback on them," she said.

UT decided to take "swift action" and initiate the firing of Shirinian on Sept. 15, one day after conservative social media activist Robby Starbuck urged his nearly 845,000 followers to contact the university to push for her termination.

Shirinian's Sept. 12 comment about Kirk – which said the "world is better off without him in it" and referred to his wife as a "sick f---" – was posted on a private Facebook thread.

Shirinian filed a complaint Oct. 29 in federal court naming Plowman, Boyd and Faculty Senate President Charles Noble, who she claims were under political pressure to fire her.

The suit also says the defendants tried to protect the university against backlash from donors rather than backing her First Amendment free speech rights.

The university has not announced Shirinian has been fired, which would allow the professor to pursue a hearing by a special committee of faculty members through a Uniform Administrative Procedures Act hearing.

The suit asks for Shirinian to be allowed back in the classroom and will challenge the firing proceedings in the meantime. Shirinian is asking for the university to drop the proceedings, as well as to compensate her for back pay, emotional distress, "loss of enjoyment of life" and damages.

Shirinian, who has worked five years for UT, was making $89,808 as an assistant professor as of Nov. 1, 2024, according to the UT System employee salary database.

**Correction:** *A previous version of this story misrepresented Tamar Shirinian's title at UT, which is an assistant professor.*

**Ryan Wilusz** *is the business growth and development editor for Knox News. Email: ryan.wilusz@knoxnews.com Instagram: @knoxscruff*

**Keenan Thomas** *is the higher education reporter for Knox News. Email keenan.thomas@knoxnews.com. X, formerly known as Twitter @specialk2real.*

*Support strong local journalism by subscribing to subscribe.knoxnews.com.*



# Reinstate Dr. Tamar Shirinian!
# Defend Free Speech at UTK!

### Chancellor Donde Plowman

## 1,379 Signatures Collected

Only 221 more until our goal of 1,600

## Sign This Petition



Not in US?

Employer

Department

What is your job category? *

Faculty, Tenure Track

Faculty, Non-Tenure Track

Staff

Graduate Worker

Undergraduate Worker

Student

Alumni

Community Supporter

Healthcare Worker

Are you ready to join your union? *

Yes!

Maybe – please reach out and share more

No

I'm already a member!

**Add Your Name**

You may receive email updates from *United Campus Workers*, the sponsor of this petition.

Edit Subscription Preferences

🚩 FLAG AS SPAM



**United Campus Workers**
TENNESSEE'S HIGHER EDUCATION UNION

## Reinstate Dr. Tamar Shirinian! Defend Free Speech at UTK!

United Campus Workers Southeast (CWA Local 3821) – UTK Chapter

On Monday, September 15, 2025, University of Tennessee, Knoxville (UTK), Chancellor Donde Plowman announced termination proceedings against Dr. Tamar Shirinian, an assistant professor in the Department of Anthropology, for a social media post in which Dr. Shirinian commented on Charlie Kirk's death. Terminating employees for exercising their first amendment rights to freedom of expression is wrong. UTK should immediately reinstate Dr. Shirinian.

Disciplinary action against Dr. Shirinian violates her First Amendment right to freedom of speech. Dr. Shirinian's comment was made on a Facebook post that did not mention Dr. Shirinian's work at The University of Tennessee, Knoxville. Dr. Shirinian

should be able to post on social media without retaliation from her employer.

The Board of Trustees "Policy Affirming Principles of Free Speech for Students and Faculty" (BT0010 – Section 3) states:

**C.** The University must be committed to maintaining a campus as a marketplace of ideas for all students and all faculty in which the free exchange of ideas is not to be suppressed because the ideas put forth are thought by some or even by most members of the University's community to be offensive, unwise, immoral, indecent, disagreeable, conservative, liberal, traditional, radical, or wrongheaded.

**D.** It is for the University's individual students and faculty to make judgments about ideas for themselves, and to act on those judgments not by seeking to suppress free speech, but by openly and vigorously contesting the ideas that they oppose.

**E.** It is not the proper role of the University to attempt to shield individuals from free speech, including ideas and opinions they find offensive, unwise, immoral, indecent, disagreeable, conservative, liberal, traditional, radical, or wrong-headed.

In the past, UTK condoned actual calls to violence by faculty members, when in 2016 Dr. Glenn Reynolds tweeted "Run 'em down" in response to protesters in Charlotte blocking highways. Reynolds received no disciplinary action from the University. Therefore, the targeting of Dr. Shirinian reflects an increased attack on the freedom of speech of UTK workers.

**We, the undersigned faculty, staff, students, and allies across institutions of higher education, stand in solidarity with Dr. Shirinian and call on Chancellor Donde Plowman, to:**

1. Reinstate Dr. Shirinian immediately.
2. Publicly affirm the constitutional right of all employees to speak as private individuals without retaliation.
3. Affirm the policies guaranteeing free speech to faculty in the UT Board of Trustees Policy.
4. Establish clear UT Board of Trustees policies for any termination.

   *You may view the over 1,300 electronic and paper signees here

SPONSORED BY

 UNITED CAMPUS WORKERS

**To: Chancellor Donde Plowman**
**From: [Your Name]**





GET STARTED

Mobilize communities, raise money, and engage supporters with tools built for teams just like yours.

**Sign Up**

Login

TOOLS FOR...

Non-Profit Organizations

Large National Organizations

Advocacy Organizations

Political Campaigns

ACTION NETWORK

Email

Mobile Messaging

Petitions

Events

Fundraising

Advocacy Automation

DISCOVER

Get Started

Demo

Mobile Messaging Demo

Careers

Contact Us

# THE UNIVERSITY OF TENNESSEE

| System-wide Policy: |
| --- |
| BT0010 - Policy Affirming Principles of Free Speech for Students and Faculty |

| Version: 1 | Effective Date: 11/03/2017 |
| --- | --- |

## BOARD OF TRUSTEES
## POLICY AFFIRMING PRINCIPLES OF FREE SPEECH
## FOR STUDENTS AND FACULTY

### SECTION 1.  PURPOSE

The purpose of this policy is to affirm certain principles of free speech for students and faculty at The University of Tennessee in accordance with the First Amendment to the United States Constitution, Article I, Section 19 of the Tennessee Constitution, and the Campus Free Speech Protection Act.

### SECTION 2.  DEFINITIONS

A. "Constitutional time, place and manner restrictions" means restrictions on the time, place, and manner of free speech that do not violate the First Amendment to the United States Constitution or Article I, Section 19 of the Tennessee Constitution that are reasonable, content- and viewpoint-neutral, narrowly tailored to satisfy a significant University interest, and leave open ample alternative channels for the communication of the information or message to its intended audience.

B. "Faculty" or "Faculty Member" means any person, whether or not the person is compensated by the University, and regardless of political affiliation, who is tasked with providing scholarship, academic research or teaching. For the purposes of this policy, "faculty" includes tenured and non-tenured professors, adjunct professors, visiting professors, lecturers, graduate student instructors and those in comparable positions, however titled. For the purposes of this policy, "faculty" does not include persons whose primary responsibilities are administrative or managerial.

C. "Free Speech" means speech, expression, or assemblies protected by the First Amendment of the United States Constitution or Article I, Section 19 of the Tennessee Constitution, verbal or written, including but not limited to, all forms of peaceful assembly, protests, demonstrations, rallies, vigils, marches, public speaking, distribution of printed materials, carrying signs, displays, or circulating petitions. "Free speech" does not include the promotion, sale, or distribution of any product or service.

D. "Student" means:



| System-wide Policy: BT0010 - Policy Affirming Principles of Free Speech for Students and Faculty | |
|---|---|
| Version: 1 | Effective Date: 11/03/2017 |

1. An individual currently enrolled in a course of study at the University; and
2. An organization that is comprised entirely of individuals currently enrolled in a course of study at the University and is registered with the University pursuant to University rules.

## SECTION 3. POLICY

The Board of Trustees of The University of Tennessee affirms the following principles of free speech with respect to University students and University faculty:

A. Students have a fundamental constitutional right to free speech.

B. The University must be committed to giving students the broadest possible latitude to speak, write, listen, challenge, learn, and discuss any issue, subject to Section 4.

C. The University must be committed to maintaining a campus as a marketplace of ideas for all students and all faculty in which the free exchange of ideas is not to be suppressed because the ideas put forth are thought by some or even by most members of the University's community to be offensive, unwise, immoral, indecent, disagreeable, conservative, liberal, traditional, radical, or wrongheaded.

D. It is for the University's individual students and faculty to make judgments about ideas for themselves, and to act on those judgments not by seeking to suppress free speech, but by openly and vigorously contesting the ideas that they oppose.

E. It is not the proper role of the University to attempt to shield individuals from free speech, including ideas and opinions they find offensive, unwise, immoral, indecent, disagreeable, conservative, liberal, traditional, radical, or wrong-headed.

F. Although the University greatly values civility and mutual respect, concerns about civility and mutual respect must not be used by the University as a justification for closing off the discussion of ideas, however offensive, unwise, immoral, indecent, disagreeable, conservative, liberal, traditional, radical, or wrongheaded those ideas may be to some students or faculty.

| System-wide Policy: BT0010 - Policy Affirming Principles of Free Speech for Students and Faculty | |
|---|---|
| Version: 1 | Effective Date: 11/03/2017 |

G. Although all students and all faculty are free to state their own views about and contest the views expressed on University property, and to state their own views about and contest speakers who are invited to express their views on University property, they may not substantially obstruct or otherwise substantially interfere with the freedom of others to express views they reject or even loathe. To this end, the University must promote a lively and fearless freedom of debate and deliberation and protect that freedom.

H. The University must be committed to providing an atmosphere that is most conducive to speculation, experimentation, and creation by all students and all faculty, who shall always remain free to inquire, to study and to evaluate, and to gain new understanding.

I. The primary responsibility of faculty is to engage an honest, courageous, and persistent effort to search out and communicate the truth that lies in the areas of their competence.

J. Although faculty are free in the classroom to discuss subjects within areas of their competence, faculty shall be cautious in expressing personal views in the classroom and shall be careful not to introduce controversial matters that have no relationship to the subject taught, and especially matters in which they have no special competence or training and in which, therefore, faculty's views cannot claim the authority accorded statements they make about subjects within areas of their competence; provided, that no faculty will face adverse employment action for classroom speech, unless it is not reasonably germane to the subject matter of the class as broadly construed, and comprises a substantial portion of classroom instruction.

K. The University must maintain the generally accessible, open, outdoor areas of its campus as traditional public forums for free speech by students (i.e., limited public forums because the University has intentionally opened those areas for the limited purpose of free expression activities by a certain group, students).

NOTE: As stated in Chapter 1720-01-12 of the Rules of The University of Tennessee, University property is not a traditional public forum or a designated public forum for non-affiliated persons (persons or entities who are not University units, students, student organizations, employees, or volunteers) and thus is not

# THE UNIVERSITY OF TENNESSEE

| System-wide Policy: BT0010 - Policy Affirming Principles of Free Speech for Students and Faculty | |
| --- | --- |
| Version: 1 | Effective Date: 11/03/2017 |

open for use by non-affiliated persons, either by tradition or by University policy, for free expression activities, except as otherwise expressly provided in Chapter 1720-01-12.

L. The University must not restrict students' free speech only to particular areas of a campus, sometimes known as "free speech zones."

M. The University must not deny student activity fee funding to a student organization based on the viewpoints that the student organization advocates.

N. The University must not establish permitting requirements that prohibit spontaneous outdoor assemblies or outdoor distribution of literature, although the University may maintain policies that grant members of the University community the right to reserve certain outdoor spaces in advance.

O. The University must not charge students security fees based on the content of their speech, the content of the speech of guest speakers invited by students, or the anticipated reaction or opposition of listeners to speech.

P. The University must allow all students and all faculty to invite guest speakers to campus to engage in free speech regardless of the views of guest speakers.

Q. The University must not disinvite a speaker invited by a student, student organization, or faculty member because the speaker's anticipated speech may be considered offensive, unwise, immoral, indecent, disagreeable, conservative, liberal, traditional, radical, or wrong-headed by students, faculty, administrators, government officials, or members of the public.

SECTION 4. EXCEPTIONS

Nothing in this policy shall be construed as prohibiting the University from imposing measures that do not violate the First Amendment to the United States Constitution or Article I, Section 19 of the Tennessee Constitution such as:

A. Constitutional time, place, and manner restrictions;

B. Reasonable and viewpoint-neutral restrictions in nonpublic forums;

Case 3:25-cv-00528-KAC-JEM    Document 47    Filed 01/22/26    Page 40 of 44
PageID #: 1388

# THE UNIVERSITY OF TENNESSEE

| System-wide Policy: | |
|---|---|
| **BT0010 - Policy Affirming Principles of Free Speech for Students and Faculty** | |
| **Version: 1** | **Effective Date: 11/03/2017** |

C. Restricting the use of University property to protect the free speech rights of students and faculty and preserve the use of the property for the advancement of the University's mission;

D. Prohibiting or limiting speech, expression, or assemblies that are not protected by the First Amendment to the United States Constitution or Article I, Section 19 of the Tennessee Constitution; or

E. Content restrictions on speech that are reasonably related to a legitimate pedagogical purpose, such as classroom rules enacted by faculty.

## SECTION 5.   CAMPUS AND INSTITUTE POLICIES

University campuses and institutes must adopt policies on the use of University property that are consistent with this policy.

## SECTION 6.   ANNUAL PUBLICATION OF THIS POLICY

Campuses and institutes must make this policy available to students and faculty annually through one or more of the following methods:

A. Published annually in the campus/institute student handbook and faculty handbook, whether paper or electronic;

B. Made available to students and faculty by way of a prominent notice on the internet site for the campus/institute other than through the electronic publication of the policy in the student handbook and faculty handbook;

C. Sent annually to students and employees to their University-provided email address; or

D. Addressed by the campus/institute in orientation programs for new students and new faculty.

NATION NOW

# No UT penalty for Tenn. prof who tweeted 'Run 'em down'

Knoxville (Tenn.) News-Sentinel
Sept. 27, 2016, 4:26 p.m. ET

KNOXVILLE, Tenn. — The University of Tennessee will take no disciplinary action against one of its law professors who urged motorists to run over demonstrators blocking traffic in Charlotte, N.C., a dean said Tuesday.

Glenn Reynolds is also a USA TODAY and Knoxville News Sentinel columnist.

"The tweet was an exercise of his First Amendment rights," Dean Melanie D. Wilson of the University of Tennessee's College of Law wrote Tuesday in a post on the law school's website. "Nevertheless, the tweet offended many members of our community and beyond, and I understand the hurt and frustration they feel."

Twitter briefly suspended Reynolds' account after he responded to a tweet from a TV news station Wednesday night in Charlotte that showed protesters — angered by the police shooting of a black man — on Interstate 277.

"Run them down," he wrote.

USA TODAY suspends columnist, university investigates professor over Charlotte tweet

Reynolds, the creator of the Instapundit blog, tweets from the handle @Instapundit.

EXHIBIT
16

The law school had begun an investigation after the tweet.

As of Thursday, USA TODAY suspended Reynolds' column, which he had been writing twice a week, for one month, according to Bill Sternberg, USA TODAY's editorial page editor. Reynolds has been writing for the national newspaper since at least 2005.

He apologized for the tweet the day after he sent it and explained his thinking beyond any 140-character Twitter limit:

"Wednesday night one of my 580,000 tweets blew up. I didn't live up to my own standards, and I didn't meet USA TODAY's standards," Reynolds said in a statement. "For that I apologize, to USA TODAY readers and to my followers on social media. ...

"Those words can easily be taken to advocate drivers going out of their way to run down protesters. I meant no such thing, and I'm sorry it seemed I did. What I meant is that drivers who feel their lives are in danger from a violent mob should not stop their vehicles," he wrote.

Wilson wrote that the law school's investigation included "an examination of the facts, policies in the university's Faculty Handbook, and the law."

She said she also talked to Reynolds, university leadership and the general counsel as well as students, staff, faculty, Alumni Council and Dean's Circle.

"In short, no disciplinary action will be taken against Professor Reynolds," she wrote.

Statement from Glenn Reynolds

Reynolds also issued an apology to the law school via email.

"I appreciate Professor Reynolds's statement," Wilson wrote. "We will now move forward to rebuild our law school community and refocus on our primary purpose: educating future lawyers and leaders."

On Thursday, Reynolds posted to Twitter that his account had been unblocked after he agreed to delete his offending tweet.

Statement from Bill Sternberg, editorial page editor of USA TODAY

"The university is committed to academic freedom, freedom of speech, and diverse viewpoints, all of which are important for an institution of higher education and the free exchange of ideas," Wilson wrote. "My colleagues and I in the university's leadership support peaceful disobedience and all forms of free speech, but we do not support violence or language that encourages violence."

She called the concerns about the tweet from students and staff, along with those from citizens across the country, "serious and legitimate."

Steve Clevenger: How a catcher tweeted his way out of a major league career

Chancellor Jimmy Cheek said in a news release that he supports Wilson and her comments.

"Wilson's statement about the faculty member's social media post reinforces the university's commitment to fostering a civil and inclusive learning environment," he said.

*Contributing: Megan Boehnke, Knoxville News-Sentinel*