# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

| | | |
|---|---|---|
| **TAMAR SHIRINIAN** | ) | |
| | ) | |
| *Plaintiff,* | ) | **Civil Action No. 3:25-cv-528-KAC-JEM** |
| | ) | |
| **v.** | ) | |
| | ) | **Judge Crytzer** |
| **DONDE PLOWMAN, et al.** | ) | **Magistrate Judge McCook** |
| **in their personal and official capacities** | ) | |
| | ) | **JURY DEMAND** |
| | ) | |
| *Defendants.* | ) | |

---

## PLAINTIFF'S NOTICE OF MATERIAL DEVELOPMENTS

---

Plaintiff respectfully submits this Notice to inform this Court of material developments relevant to the pending Motion for Preliminary Injunction. (Doc 42).

1. On January 20, 2026, Plaintiff filed a Motion for Preliminary Injunction. (Doc. 42).

2. On January 27, 2026, Defendants filed a Motion for Extension of Time seeking an additional ninety (90) days beyond the February 4, 2026, response deadline. (Doc. 48). In support, Defendants represented that they wished to depose Plaintiff because they "think the evidence will demonstrate that Plaintiff herself recognized that her actions jeopardized campus safety" and that "Plaintiff's testimony will be pivotal to their argument that her Facebook post created an undeniable safety risk that disrupted campus operations." (*Id*. at 3).

3. On January 28, 2026, Plaintiff filed a Response in Opposition to Defendants' Motion for Extension. (Doc. 49).

4. The next day, on January 29, 2026, Chancellor Plowman sent Plaintiff written notice that the University was moving forward with the process of terminating her tenure-track faculty

appointment. The letter offered Plaintiff an opportunity to meet with the Chancellor, with a court reporter present and without counsel. A copy of the January 29, 2026 letter is attached as Exhibit 1.

5.  On Friday, January 30, 2026, Plaintiff accepted the opportunity to meet and submitted written questions regarding the proposed meeting. A copy of Plaintiff's January 30, 2026 correspondence is attached as Exhibit 2.

6.  On January 30, 2026, relying on Defendants' representation that Plaintiff's testimony is "pivotal to their argument" [*see* Doc. 48 at 3], this Court ordered Plaintiff's counsel to facilitate a deposition no later than February 9, 2026, and that Defendants file a response to Plaintiff's January 20, 2026, Motion for a Preliminary Injunction by March 9, 2026.  (Doc. 50).

7.  On Sunday, February 1, 2026, Chancellor Plowman responded to Plaintiff's January 30 correspondence and questions. A copy of that response is attached as Exhibit 3.

8.  On February 4, 2026, Plaintiff met with Chancellor Plowman on the UTK Campus.

9.  On Friday, February 6, 2026, Defendants deposed Plaintiff on the UTK Campus. A copy of the deposition transcript is attached as Exhibit 4.

10. On Monday, February 9, 2026, Plaintiff deposed Tennessee State Representative Chris Todd pursuant to stipulation. A copy of the transcript is attached as Exhibit 5.

11. Three days later, on February 12, 2026, Plaintiff received notice that her employment had been terminated and that she had fifteen (15) days to appeal the decision. A copy of the February 11, 2026 termination letter is attached as Exhibit 6.

12. On February 24, 2026, Plaintiff notified Chancellor Plowman in writing that she is seeking to appeal the termination decision. A copy of that correspondence is attached as Exhibit 7.

2

Respectfully Submitted,

 /s/ Robert C. Bigelow, Esq.
Robert C. Bigelow, Esq. #022022
Bigelow Legal, PLLC
4235 Hillsboro Pike, Suite 301
Nashville, TN 37215
(615) 829-8986
rbigelow@bigelowlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2026, a copy of the foregoing is being sent via email to all opposing counsel per the Court CM/ECF system:

/s/ Robert C. Bigelow
Robert C. Bigelow #022022
Bigelow Legal, PLLC
4235 Hillsboro Pike, Suite 301
Nashville, TN 37215
rbigelow@bigelowlegal.com
(615) 829-8986