

# THE UNIVERSITY OF
# TENNESSEE
### KNOXVILLE

January 29, 2026

Dr. Tamar Shirinian                                    VIA FEDERAL EXPRESS
5112 Holston Drive
Knoxville, TN 37914

Dear Dr. Shirinian:

I have elected to move forward with the process of terminating your tenure-track faculty appointment with the University of Tennessee, Knoxville. I have previously explained the grounds for my decision to place you on administrative leave in earlier correspondence, dated September 15, 2025, and September 16, 2025. I have also received and reviewed your correspondence dated September 22, 2025.

Before I make a final decision, I am offering you an opportunity to meet with me directly and to respond to the stated grounds and the proposed termination of your tenure-track faculty appointment.

Only you and I will be present at this meeting; neither your attorney nor the University's attorneys will attend, per the University's practice. Given that litigation is pending, however, I will have a court reporter in the room to record everything that is said so we both will have a full transcript of the conversation.

I would like to schedule this meeting for Tuesday, February 3, 2026, at 8:00 a.m., in my office, located at 800 Andy Holt Tower (8th Floor). If you are unable to attend at this date and time, please let me know, and we can find a mutually agreeable time.

Regards,

*Donde Plowman*

Donde Plowman
Chancellor