---------- Forwarded message ----------
From: **dplowman** <dplowman@utk.edu>
Date: Sun, Feb 1, 2026, 5:06 PM
Subject: Re: Response to letter
To: Tamar Shirinian <tshirinian@gmail.com>
Cc: Fitzgerald, Michael <mfitzge8@utk.edu>

Dr. Shirinian:

I am pleased that we will be able to meet and look forward to our conversation. I can meet with you on Wednesday, February 4 at 3:00 p.m. in my office at 800 Andy Holt Tower.

In answer to your questions:

> 1.      *Whether the meeting will conclude the University's internal decision-making process, or whether additional steps, reviews, or recommendations will occur before a final determination is made;*

This is the final step before I make a final decision about your employment at the University.

> 2.      *What University policies or procedures govern this meeting and the proposed termination process, including the identity of the decision-maker, the standards being applied, and any post-decision review or appeal rights that may be available;*

In general, Policy BT0006 Appendix C, part 8 governs the process for the expedited termination of a faculty member who alleges in misconduct that creates a credible threat of harm to University policy. In this case, I stood in the role of chief academic officer because the decision to initiate the termination process was mine. This part requires:

1. Notice of the charges, which I provided to you in my letter dated September 17, 2025;
2. An explanation of the evidence, which was contained in the same letter;

and

3. An informal opportunity to refute the charges in a meeting with [the decision-maker].

The meeting on Wednesday is intended to fulfill the third requirement.

We will address post-decision processes, if necessary at the appropriate time.

> 3. *Whether there are written materials, allegations, or evidence the University intends to rely upon as grounds for termination that can be provided to me in advance of the meeting so that I may respond meaningfully.*

For the purposes of our meeting, I will be relying solely on your Facebook post.

Again, I appreciate your willingness to participate in this meeting and look forward to our conversation. I commit to maintaining an open mind and receptiveness to your explanation of the events.

Regards,



**Donde Ashmos Plowman, PhD**
Chancellor

The University of Tennessee, Knoxville
800 Andy Holt Tower
1331 Circle Park Drive
Knoxville, TN 37996
dplowman@utk.edu
865-974-2444

THE UNIVERSITY OF
TENNESSEE
KNOXVILLE

---

**From:** Tamar Shirinian <tshirinian@gmail.com>
**Sent:** Friday, January 30, 2026 4:55 PM
**To:** dplowman <dplowman@utk.edu>
**Cc:** Fitzgerald, Michael <mfitzge8@utk.edu>
**Subject:** Response to letter

You don't often get email from tshirinian@gmail.com. Learn why this is important

**2 attachments**

**Outlook-Donde Sign**
8K

THE UNIVERSITY OF
TENNESSEE
KNOXVILLE

**Outlook-utlogo_ema.png**
4K