

## THE UNIVERSITY OF
## TENNESSEE
### KNOXVILLE

February 11, 2026

Dr. Tamar Shirinian                                          VIA OVERNIGHT FEDERAL EXPRESS
5107 Wilkshire Drive
Knoxville, TN 37921

Re:     Termination

Dear Dr. Shirinian:

I have given a great deal of thought about my decision with respect to your employment. As Chancellor, it is my obligation to make difficult decisions in the best interest of the University of Tennessee, Knoxville. After thoughtful deliberation, I conclude that your employment should be terminated for misconduct, namely the reputational harm you caused the University and the safety risk you created and continue to create.

Our policies set clear expectations for the conduct of our faculty members:

- A faculty member should strive to maintain the mutual respect and confidence of his or her colleagues." BT0006, Article I, paragraph 6.
- A faculty member is expected to "show respect for the opinions of others." BT0006, Article I, paragraph 7.
- "Beyond the University, individual faculty members are representatives to the wide community, which they treat with respect and fairness." UTK Faculty Handbook paragraph 2.2.5.

You failed to meet these expectations. I understand that you believe your unfortunate social media posting to have been "private," but within 48 hours millions of people associated your words with the University. If your message had advocated a political position or engaged in civil debate, I would have a different perspective. Instead, your words celebrated a gruesome murder, which horrifically took place on a college campus similar to our own, and then went on to callously demean the grief and loss felt by the widow and young children of the victim while also mocking any grief felt by others who sympathized with the surviving family.

Page Two
Letter to Dr. Shirinian
February 11, 2026


The antagonizing tenor of your words makes you a target for potential retributive violence that could put our students and faculty in harm's way, as well as irreparably damage the public's trust in our University. I have a responsibility to minimize any such risks.

As a result, I conclude that your incendiary online statements constitute misconduct under BT0006, Article III, Section J.1, and your statements relate directly to your fitness to engage in teaching, research, service, or administration. I also find that your actions violate the University's Code of Conduct, HR0580 section 1. For these reasons, your faculty appointment (and by extension your employment) is terminated, effective immediately.

If you wish to appeal the termination, you may contest my decision under the Uniform Administrative Procedures Act. This process is more fully explained in BT0006 Appendix C, paragraph 7.b. If you wish to pursue this process, you must notify me of your decision within 15 days of the date of this letter.

I deeply regret that this decision is necessary. It is my sincere hope that you will recover from this misstep and continue your academic career somewhere else in the future.

Regards,

Donde Plowman, Chancellor


Cc:     Randy Boyd, President