**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | |
|---|---|
| **TAMAR SHIRINIAN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| **v.** ) | **No. 3:25-cv-528-KAC-JEM** |
| ) | **JURY DEMANDED** |
| **DONDE PLOWMAN,** *et al.* ) | |
| ) | |
| **Defendants.** ) | |

**JOINT MOTION FOR ENLARGEMENT OF TIME**
**TO FILE SECOND AMENDED COMPLAINT**

Come now the parties, jointly, and request as follows:

1. On June 15, 2026, the Court entered an Order [Doc 67] granting Plaintiff's Motion for Leave to File Second Amended Complaint [Doc 58].

2. The Order [Doc 67] commands plaintiff to file her Second Amended Complaint within seven (7) days of entry.

3. The parties jointly request that the deadline to file the Second Amended Complaint be extended by seven (7) additional days, making the deadline fourteen (14) days from the entry of the Order [Doc 67].

4. Among other reasons for this request, defense counsel would like to inform the John Doe defendant of their inclusion in the lawsuit and the potential of their name being released to the public.

5. Plaintiff agrees to file her Second Amended Complaint by June 29, 2026.

1

WHEREFORE, for the reasons contained herein, the parties respectfully request that the Court enlarge the time for Plaintiff to file her Second Amended Complaint by seven (7) days, in which case the deadline will be June 29, 2026.

Respectfully submitted this 19th day of June, 2026.

**THE UNIVERSITY OF TENNESSEE**

*s/ Michael D. Fitzgerald*
Michael D. Fitzgerald (BPR # 20079)
T. Mitchell Panter (BPR #031744)
505 Summer Place, UTT#1155
Knoxville, TN 37902
(865) 974-9321
mike.fitzgerald@tennessee.edu
mitchell.panter@tennessee.edu

*Attorneys for Defendants*

*s/Robert C. Bigelow*
Robert C. Bigelow (BPR #022022)
Bigelow Legal, PLLC
4235 Hillsboro Pike, Ste. 201
Nashville, TN 37215
rbigelow@bigelowlegal.com
(615) 829-8986

*Attorney for Plaintiff*

2