# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | |
|---|---|
| TAMAR SHIRINIAN, ) | |
| ) | |
| **Plaintiff,** ) | |
| **v.** ) | **No. 3:25-cv-528-KAC-JEM** |
| ) | **JURY DEMAND** |
| **DONDE PLOWMAN et al.** ) | |
| **Defendants.** ) | |

## NOTICE OF SETTLEMENT

The parties, by and through their respective counsel and pursuant to Local Rule 68.1, give

notice that they have reached a tentative settlement that will resolve this matter in its entirety.  The

parties' settlement is subject to approval by the necessary State officials in accordance with

Tennessee law.  *See* Tenn. Code Ann. § 20-13-103.  The parties anticipate filing a stipulation of

dismissal with prejudice within 60 days from the date of this Notice but will promptly update the

Court if additional time is needed to complete the settlement approval process.

Respectfully submitted this the 29th day of June, 2026.

**THE UNIVERSITY OF TENNESSEE**

*s/ Michael D. Fitzgerald*
Michael D. Fitzgerald (BPR # 20079)
T. Mitchell Panter (BPR #031744)
505 Summer Place, UTT#1155
Knoxville, TN 37902
(865)974-9321
mike.fitzgerald@tennessee.edu
mitchell.panter@tennessee.edu

*Attorneys for Defendants*

*s/Robert C. Bigelow*
Robert C. Bigelow (BPR #022022)
Bigelow Legal, PLLC
4235 Hillsboro Pike, Ste. 201
Nashville, TN 37215
rbigelow@bigelowlegal.com
(615)829-8986

*Attorney for Plaintiff*

2